LARRY L. DEBUS, State Bar #002037
LAWRENCE I. KAZAN, State Bar #005456
Debus, Kazan & Westerhausen, Ltd.
335 East Palm Lane
Phoenix, AZ 85004
Telephone: (602) 257-8900
Facsimile: (602) 257-0723
E-Mail: lld@dkwlawyers.com
E-Mail: lik@dkwlawyers.com
Attorneys for Defendant Lacey



FILED ___ LODGED
___ RECEIVED ___ COPY

APR - 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | Case No. CR-18-00422-01-PHX-SPL |
| Plaintiff, | **SEALED** |
| vs. | **Notice of Appearance** |
| Michael Lacey, | |
| Defendant. | |

I hereby enter my appearance in the above-captioned matter on behalf of the Defendant, Michael Lacey, for all further proceedings. I am admitted or otherwise authorized to practice in this court.

Respectfully submitted this 6th day of April 2018.

DEBUS, KAZAN & WESTERHAUSEN, LTD

By _____
Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant

cc: AUSA, Dft's Cnsl

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System, which will send a filing notification to all counsel of record.

By _____
Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant