```
1  LARRY L. DEBUS, State Bar #002037
   LAWRENCE I. KAZAN, State Bar #005456
2  Debus, Kazan & Westerhausen, Ltd.
   335 East Palm Lane
3  Phoenix, AZ 85004
   Telephone: (602) 257-8900
4  Facsimile:  (602) 257-0723
   E-Mail: lld@dkwlawyers.com
5  E-Mail: lik@dkwlawyers.com
   Attorneys for Defendant Lacey
```

FILED ___ LODGED
___ RECEIVED ___ COPY

APR - 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States Of America, | Case No. CR-18-00422-01-PHX-SPL |
|---|---|
| Plaintiff, | **SEALED** |
| vs. | **Request to Allow New York Counsel to Appear Telephonically** |
| Michael Lacey, | |
| Defendant. | |

Counsel undersigned respectfully moves the Court for an Order allowing co-counsel, Paul Cambria, to appear telephonically from New York for the hearing today at 3:00p.m. Mr. Cambria is a member of the New York, California, Pennsylvania and District of Colombia Bar Associations. Counsel undersigned will be present in person.

Respectfully submitted this 6th day of April 2018.

DEBUS, KAZAN & WESTERHAUSEN, LTD

By _____
Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant

cc: AUSA, Dft's Cnsl

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System, which will send a filing notification to all counsel of record.

By /s/ 
Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant