AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
      Plaintiff )
v. ) Case No. CR-18-00422-07-PHX-SPL
Joye Vaught )
      Defendant )

**APPEARANCE OF COUNSEL**

**SEALED**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Date: 4/6/18

_____
Attorney's signature

Stephen M. Weiss
Printed name and bar number

3060 N Swan Tucson
Address

sweiss@karpweiss.com
E-mail address

520-325-4200
Telephone number

520-325-4224
FAX number

FILED / RECEIVED
APR - 6 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

cc: AUSA, Dft's Cnsl