# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA - PHOENIX
# CRIMINAL MINUTES
# <u>SEALED</u>

Case No.   CR-18-00422-001-PHX-SPL        Date:   4/6/2018

United States of America v.      Michael Lacey

Presiding:    Hon. Eileen S. Willett, United States Magistrate Judge

Assistant U.S. Attorneys:    Margaret Perlmeter, Dominic Lanza, and Reginald Jones

Attorneys for Defendant:    Larry Debus, Lawrence Kazan, and Gregory Zamora

Defendant:  _X_ Present    _X_ Custody (restraint level 0)    Date of Arrest:  4/6/18

Deputy Clerk:    Marion Holmes        Court Reporter/ECR:    Recorded by CourtSmart

---

**PROCEEDINGS:**    ___Open Court   ___Chambers   ___Other   _X_ SEALED

Case called at 4:18 p.m.

Initial Appearance and Arraignment held.  The following documents from the law firm of Debus, Kazan & Westerhausen, Ltd. are filed in court on behalf of the defendant: "Notice of Appearance" and "Request to Allow New York Counsel to Appear Telephonically."  **IT IS ORDERED DENYING** "Request to Allow New York Counsel to Appear Telephonically" as the defendant is appearing with local counsel.

Defense counsel advises that the defendant has not received a copy of the Indictment.  The Government addresses the Court with respect to unsealing the case as to this defendant while redacting the names of co-defendants identified in the Indictment that are not yet in custody.   The Court directs the Government to provide a copy of the redacted Indictment to the defendant.  Defendant waives a formal reading of the Indictment.  Plea of NOT guilty entered as to all pending counts.

The Government is seeking detention until the parties are able to confer to determine if there is a set of release conditions that satisfies the Government's concerns.  Upon request of the Government, the Court sets a Detention Hearing for **April 11, 2018 at 4:00 PM before Magistrate Judge Bridget S. Bade in Courtroom 304**.  Defense attorney Larry Debus opposes the Government's position to delay the Detention Hearing and requests an immediate ruling.  Argument is heard.  **IT IS ORDERED DENYING** defense counsel's request for an immediate Detention Hearing.  The Court AFFIRMS the Detention Hearing set for April 11, 2018.

Counsel for the Government orally moves to unseal the entire case.  **IT IS ORDERED DENYING** the Government's oral motion without prejudice, with leave to file as a written motion.

The Court has made an individualized determination that restraints are unnecessary on the defendant in the courtroom.

CR-18-00422-01-PHX-SPL                                              Page 2 of 2
*USA vs. Michael Lacey*


Case recalled at 5:05 p.m.

The following parties are present: AUSA Margaret Perlmeter, retained attorney Lawrence Kazan, and the defendant (restraint level waived for the purpose of this proceeding).

**IT IS ORDERED** setting Jury Trial for **June 5, 2018 at 9:00 AM before Judge Steven P. Logan in Courtroom 501**.  **IT IS FURTHER ORDERED** setting a deadline of 21 days for all pretrial motions.

IA: 13 min.
ARR: 2 mins.
4:18 p.m. to 4:32 p.m. and
5:05 p.m. to 5:07 p.m.

cc: AUSA, Dft's Cnsl, PTS, USMS, SPL