# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA - PHOENIX
# CRIMINAL MINUTES
# <u>SEALED</u>

Case No.   CR-18-00422-007-PHX-SPL                     Date:   4/6/2018

United States of America v.   Joye Vaught

Presiding:   Hon. Eileen S. Willett, United States Magistrate Judge

Assistant U.S. Attorneys:   Margaret Perlmeter and Dominic Lanza

Attorneys for Defendant:   Stephen M. Weiss

Defendant:  X  Present     X  Custody (restraint level 0)   Date of Arrest:  4/6/18

Deputy Clerk:   Marion Holmes           Court Reporter/ECR:   Recorded by CourtSmart

**PROCEEDINGS:**     __Open Court     __Chambers     __Other     X  SEALED

Initial Appearance and Arraignment held.  Notice of Appearance filed in court by retained attorney Stephen M. Weiss.  Counsel for the Government advises that a redacted copy of the Indictment has been provided to defense counsel.  Defendant waives a formal reading of the Indictment and enters a plea of NOT guilty to all pending counts.

**IT IS ORDERED** setting Jury Trial for **June 5, 2018 at 9:00 AM before Judge Steven P. Logan in Courtroom 501**.  **IT IS FURTHER ORDERED** setting a deadline of 21 days for all pretrial motions.

The Government is not seeking detention, as the parties have stipulated as to release conditions.  **IT IS ORDERED** releasing the defendant on her personal recognizance with conditions.  Conditions of release reviewed on the record with the defendant.

The Court has made an individualized determination that restraints are unnecessary on the defendant in the courtroom.

IA: 3 min.
ARR: 2 mins.
DH: 12 min.
4:35 p.m. to 4:52 p.m.

cc: AUSA, Dft's Cnsl, PTS, USMS, SPL