ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, Kevin.Rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, Dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, Margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-SPL (BSB) |
| Plaintiff, | **MOTION TO UNSEAL** |
| vs. | |
| Michael Lacey, et al. | |
| Defendants. | |

The United States of America, by and through counsel undersigned, moves this Court to unseal the indictment and this case.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion and order based thereon.

Respectfully submitted this 6th day of April, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP
DOMINIC LANZA
MARGARET PERLMETER
Assistant U.S. Attorneys