# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having considered the United States' Motion to Unseal dated April 6, 2018,

IT IS ORDERED granting the Motion to Unseal.

IT IS FURTHER ORDERED unsealing the indictment and this case.

The Court finds excludable delay under 18 U.S.C. § 3161(h) \_\_\_\_\_ from _____ to _____.

Dated this 9th day of April, 2018.

_____
Honorable Eileen S. Willett
United States Magistrate Judge