# EXHIBIT

# C

# A+B KASHA
### THE ART OF THE PIED-A-TERRE

M. Mme LARKIN
14, rue Saint Guillaume
75007 Paris

Paris le 11 juillet 2016

Facture numéro : 16/46

TVA : ███████ 4026

Nos prestations de rénovation et réalisation de votre appartement à
14, rue St Guillaume 75007 Paris
Pour un montant total de 105 000€ Hors Taxes selon notre accord

| | |
|---|---|
| Acompte 2/3 | 35 000,00 € |
| Régularisation sur acompte 1/3 | 8 333,33 € |
| Total HT | **43 333,33 €** |
| TVA 20% | 8 666,66 € |
| **TTC à régler** | **51 999,99 €** |

Pour paiement par virement
AB Kasha Designs
IBAN: ███████████████████ 053
BIC: ESCBFRPP

16 RUE DE L'UNIVERSITE 75007 PARIS T:+331 45 44 08 10 F:+331 45 44 08 88 CONTACT@ABKASHA.COM WWW.ABKASHA.COM