# EXHIBIT

# D

**Exhibit D - Domestic Wires**

The following is a summary of international wire transfers made from Charles Schwab & Co. Account ▮4693, in the name of James Anthony Larkin & Margaret Garr Larkin Designated Beneficiary Plan/TOD.

| Date | Recipient | Recipient's Financial Institution | Amount USD | |
|---|---|---|---|---|
| 07/01/2016 | Acacia Conservation Fund, LP -Acct ▮1121 | Pershing, LLC | $ 15,000,000.00 | |
| 01/03/2017 | Acacia Conservation Fund, LP -Acct ▮1121 | Pershing, LLC | $ 2,500,000.00 | |
| 01/04/2017 | Acacia Conservation Fund, LP -Acct ▮1121 | Pershing, LLC | $ 2,500,000.00 | |
| | | | | $ 20,000,000.00 |
| 01/14/2016 | Ocotillo Family Trust ▮9562 | The Northern Trust Company | $ 13,500,000.00 | |
| 02/16/2016 | Ocotillo Family Trust ▮9562 | The Northern Trust Company | $ 250,000.00 | |
| 12/16/2016 | Ocotillo Family Trust ▮9562 | The Northern Trust Company | $ 2,500,000.00 | |
| | | | | $ 16,250,000.00 |
| 11/30/2015 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 200,000.00 | |
| 01/19/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 127,500.00 | |
| 02/05/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 25,000.00 | |
| 02/18/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 125,000.00 | |
| 03/03/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 50,000.00 | |
| 03/18/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 225,000.00 | |
| 03/24/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 75,000.00 | |
| 04/19/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 4,250,000.00 | |
| 05/16/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 175,000.00 | |
| 06/15/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 1,750,000.00 | |
| 07/20/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 70,000.00 | |
| 07/21/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 200,000.00 | |
| 07/25/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 60,000.00 | |
| 08/10/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 25,000.00 | |
| 08/22/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 50,000.00 | |
| 08/25/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 100,000.00 | |
| 09/01/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 25,000.00 | |
| 09/14/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 3,100,000.00 | |
| 12/21/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 100,000.00 | |
| 12/28/2016 | James Larkin/Margaret Larkin ▮8744 | Wells Fargo Bank, NA | $ 515,000.00 | |
| | | | | $ 11,247,500.00 |
| 08/05/2016 | Agave Rose Wine Co ▮6741 | Wells Fargo Bank, NA | $ 50,000.00 | |
| | | | | $ 50,000.00 |
| 01/27/2016 | Magnolia Tree Holdings - Margaret Larkin ▮053 | Wells Fargo Bank, NA | $ 125,000.00 | |
| 03/21/2016 | Magnolia Tree Holdings - Margaret Larkin ▮053 | Wells Fargo Bank, NA | $ 128,000.00 | |
| 08/18/2016 | Magnolia Tree Holdings - Margaret Larkin ▮053 | Wells Fargo Bank, NA | $ 150,000.00 | |
| 10/07/2016 | Magnolia Tree Holdings - Margaret Larkin ▮053 | Wells Fargo Bank, NA | $ 100,000.00 | |
| | | | | $ 503,000.00 |
| | | | | $ 48,050,500.00 |
| 10/07/2016 | Cereus Properties, LLC Acct ▮3873 | Compass Bank | $ 250,000.00 | |
| 02/23/2016 | Executive Aircraft Services | JP Morgan Chase Bank | $ 11,500.02 | |
| 10/05/2016 | Executive Aircraft Services | JP Morgan Chase Bank | $ 15,356.42 | |
| 11/16/2016 | Executive Aircraft Services | JP Morgan Chase Bank | $ 3,500.00 | |
| | | | | $ 30,356.44 |
| 04/13/2016 | American Expres C/M Wire Depository ▮3036 | JP Morgan Chase Bank | $ 247,336.54 | |