# EXHIBIT

# E

**Exhibit E**

**Screenshots from Backpage 2017**

(1 of 4) Archived Phoenix Backpage Category Listings from February 1, 2017 obtained through Archive.org's Wayback Machine—*dates for related screens are near this date, but not always on the same date since archive.org does not capture a whole website all at once.*



(2 of 4) Clicking on the link for the Escorts Section or one of the other categories with the "censored" label in red would direct the user to the following screen:



(3 of 4) The Women Seeking Men Section had become populated with ads that did not appear to belong in the Personals/Dating Section



(4 of 4)A case in point being the following ad advertising a "private spa" with no signs, where "if your (sic) feeling generous you can upgrade to a Toe Curling Body-2-Body Treatment."

Blue rectangles have been added to this document.

