# EXHIBIT

# F

## Exhibit F

## Current [04/03/2018] Ads on Backpage from different U.S. Cities:

Blue rectangles were added to this document to provide some privacy to the posters as well as not to advertise for them.

## (1 of 5) Boston

## (2 of 5) Cleveland:



(3 of 5) Phoenix:



(4 of 5) Phoenix:



(5 of 5) Portland:

