```
 _____
|V̲ FILED        ____ LODGED       |
|____ RECEIVED   ____ COPY         |
|                                  |
|       APR 0 9 2018               |
|  CLERK U S DISTRICT COURT        |
|     DISTRICT OF ARIZONA          |
| BY_____ DEPUTY        |
 _____
```

1  **feder law office, p.a.**
   2930 e. camelback road, suite 160
2  phoenix, arizona 85016
   (602) 257-0135
3  bf@federlawpa.com
   fl@federlawpa.com
4
   Bruce Feder - State Bar No. 004832
5  Attorney for Defendant, Scott Spear

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF ARIZONA
8

9
   United States of America,              )
10                                         )
                Plaintiff,                 )   NO. CR18-00422 PHX SPL (3)
11                                         )
                vs.                        )
12                                         )   **NOTICE OF APPEARANCE**
   Scott Spear.                            )
13                                         )
                Defendant.                 )
14  _____

15

16         **FEDER LAW OFFICE, P.A.**, by and through BRUCE FEDER, hereby enters its

17  appearance as attorneys of record for the Defendant, SCOTT SPEAR, for all proceedings in the

18  within-captioned matter.

19         RESPECTFULLY SUBMITTED this 9th day of April, 2018.

20                                         **FEDER LAW OFFICE, P.A.**

21

22                                         _____

23                                         Attorney for Defendant, Scott Spear

24

25    .   .   .

26

                                    1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2018, I forwarded the original and one copy of this document for filing with the Clerk's Office and provided copies to the following:

**Kevin Rapp**
Kevin.Rapp@usdoj.gov
**Dominic Lanza**
Dominic.Lanza@usdoj.gov
**Margaret Perlmeter**
Margaret.Perlmeter@usdoj.gov
*Attorneys for the United States*

**Christopher Aguedas**
arguedas@achlaw.com
**Ted Cassman**
cassman@achlaw.com
*Attorneys for Jim Larkin*

**Michael Piccarreta**
mlp@pd-law.com
*Attorney for Andrew Padilla*

**Paul Cambria**
pcambira@lglaw.com
**Larry Kazan**
lik@dkwlawyers.com
**Larry Debus**
lld@dkwlawyers.com
*Attorneys for Michael Lacey*

**Michael Kimerer**
mdk@kimerer.com
*Attorney for Jed Brunst*

By: *any jones*