# Exhibit A

 

12-2-11362-4   49324693   ORDYMT   06-01-17

:D TO THE HONORABLE KATHRYN J. NELSON
HEARING DATE: MAY 24, 2017
WITH ORAL ARGUMENT

FILED
DEPT. 13
IN OPEN COURT
MAY 26 2017
By _____ DEPUTY

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| J.S., S.L., and L.C., <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE VOICE MEDIA HOLDINGS, L.L.C., d/b/a Backpage.com; BACKPAGE.COM, L.L.C.; NEW TIMES MEDIA, L.L.C., d/b/a Backpage.com; and, BARUTI HOPSON, <br><br> Defendants. | NO. 12-2-11362-4 <br><br> ORDER DENYING VILLAGE VOICE MEDIA HOLDINGS, LLC; BACKPAGE.COM, LLC, AND NEW TIMES MEDIA, LLC'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court on Defendants Village Voice Media Holding LLC, Backpage.com, and New Times Media, LLC's Motion for Summary Judgment. After listening to the oral argument of counsel, and after reviewing the materials submitted by the parties, including:

(1) Defendants Village Voice Media Holding LLC, Backpage.com, and New Times Media, LLC's Motion for Summary Judgment, including the declarations and evidence submitted in support thereof;

(2) Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, including the declarations and evidence submitted in support thereof; and,

(3) Defendants Village Voice Media Holding LLC, Backpage.com, and New Times Media, LLC's Reply in Support of Defendants' Motion for Summary Judgment, and the declarations or evidence submitted in support thereof, if any; and,

(4) _JS, SL, LC v Village Voice Media et al Sup.Ct. N. 90510-0_

ORDER DENYING BACKPAGE DEFS'
MOT. FOR SUMMARY JUDGMENT - 1 of 3

PFAU COCHRAN VERTETIS AMALA PLLC
403 Columbia St. Suite 500
Seattle, Washington 98104
Phone: (206) 462-4334  Fax: (206) 623-3624
http://www.pcvalaw.com

(5) *Jane Doe v Backpage.com No. 15-1724 (1ˢᵗ Circuit Dist. of Mass)*

the Court hereby **ORDERS** that Defendants Village Voice Media Holding LLC, Backpage.com, and New Times Media, LLC's Motion for Summary Judgment is **DENIED**.

*(The court reviewed other case law cited within the briefs as well, including the Supplemental authorities submitted.)*

DONE IN OPEN COURT this 26 day of May, 2017.

_____
THE HONORABLE KATHRYN J. NELSON

**FILED**
DEPT. 13
IN OPEN COURT
MAY 26 2017
By _____ DEPUTY

ORDER DENYING BACKPAGE DEFS'
MOT. FOR SUMMARY JUDGMENT - 2 of 3

PFAU COCHRAN VERTETIS AMALA PLLC
403 Columbia St. Suite 500
Seattle, Washington 98104
Phone: (206) 462-4334  Fax: (206) 623-3624
http://www.pcvalaw.com

PRESENTED BY:

LAW OFFICE OF ERIK L. BAUER

By: _____
Erik L. Bauer, WSBA No. 14937
Attorney for Plaintiffs


PFAU COCHRAN VERTETIS AMALA PLLC

By: _____
Michael T. Pfau, WSBA #24649
michael@pcvalaw.com
Jason P. Amala, WSBA # 37054
jason@pcvalaw.com
Vincent T. Nappo, WSBA # 44191
vincent@pcvalaw.com
Attorneys for Plaintiffs


4845-2341-7417, v. 1

⊗ Copies mailed to counsel of record

ORDER DENYING BACKPAGE DEFS'
MOT. FOR SUMMARY JUDGMENT - 3 of 3

PFAU COCHRAN VERTETIS AMALA PLLC
403 Columbia St. Suite 500
Seattle, Washington 98104
Phone: (206) 462-4334  Fax: (206) 623-3624
http://www.pcvalaw.com