LODGED
FILED ___ COPY
RECEIVED
APR 09 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:18-mj-00213-BN **SEALED** |
| | § | Other Dist. Docket No. CR-18-00422-PHX-SPL |
| v. | § | Charge Pending 18 USX 1956(a)(3)(A) |
| | § | District of Arizona |
| DAN HYER (1) | § | Phoenix Division |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
APR - 9 '18
CLERK, U.S. DISTRICT COURT
By_____ Deputy

### REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
### AND ORDER ENTERED THEREON    CR-18-422-PHX-SPL

The defendant is charged in the above-referenced district with the offense of CONSPIRACY TO COMMIT TRAVEL ACT – FACILITATE PROSTITUTION... Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)**     **Transfer**

☐    The government has produced a copy of the warrant, and

☒    The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

         ☒    The defendant waived identity hearing.

         ☐    An identity hearing was conducted, and the defendant's identity was established.

☐    The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:**     **Preliminary Hearing**

☒    No preliminary hearing is necessary because the defendant is charged by indictment.

☐    The defendant waived a preliminary hearing.

☐    The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐    The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

         ☐    There is probable cause to believe that the defendant committed the offense(s) charged.

         ☐    There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)    Detention Hearing**

 No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ The defendant should be detained.

  ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO:  UNITED STATES MARSHAL

☐ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

 It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 9th day of April, 2018

United States Magistrate Judge

(Use Other Side for Return)

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:18-mj-00213-BN *SEALED* |
| v. | |
| DAN HYER (1) | Charging District's Case No. CR-18-00422-PHX-SPL |

FILED
NORTHERN DISTRICT OF TEXAS
APR - 9 2018
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the District of Arizona, Phoenix Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9 day of April, 2018

_____
Defendant's Signature

_____
Signature of defendant's attorney

MARCO CAPETILLO
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: DAVID L. HORAN | |
|---|---|
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:18 – 2:39 |
| A.M.            2:00 P.M. | DATE: April 09, 2018 |

☒ MAG. NO.        ☐ DIST. CR. NO. 3:18-mj-00213-BN *SEALED*        US Magistrate Judge David L. Horan

UNITED STATES OF AMERICA        §    Nicole Dana, AUSA
                                §
v.                              §    ☐
                                §
                                §    Marlo Cadeddu (R)    ☐
                                §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)
DAN HYER (1)                    §

☑ INITIAL APPEARANCE   ☐ IDENTITY   ☐ BOND HEARING   ☐ PRELIMINARY HEARING
☐ DETENTION HEARING   ☐ COUNSEL DETERMINATION HEARING   ☐ REMOVAL HEARING   ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 04/09/2018   ☐ SURRENDER
☑ RULE 5/32   ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES   ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED
☑ DEFT HAS RETAINED COUNSEL Marlo Cadeddu
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____   ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☑ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☑ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☑ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED TO REPORT TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☑ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 9 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

CLOSED

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:18-mj-00213-BN-1

| | |
|---|---|
| Case title: USA v. Hyer | Date Filed: 04/09/2018 |
| Other court case number: CR-18-00422-PHX-SPL District of Arizona, Phoenix Division | Date Terminated: 04/09/2018 |

Assigned to: Magistrate Judge David L. Horan

**Defendant (1)**

**Dan Hyer**
*TERMINATED: 04/09/2018*

represented by **Marlo P Cadeddu**
Law Office of Marlo P Cadeddu PC
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
214-220-9000
Fax: 214-744-3015
Email: cadeddulaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest (District of Arizona, Phoenix Division) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Nicole Dana-DOJ** <br> United States Attorney's Office <br> 1100 Commerce St <br> Third Floor <br> Dallas, TX 75242 <br> 214-659-8694 <br> Fax: 214-659-8803 <br> Email: nicole.dana@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2018 | 1 | Rule 5 Arrest as to Dan Hyer (1). (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 2 | Minute Entry for proceedings held before Magistrate Judge David L. Horan: Initial Appearance as to Dan Hyer held on 4/9/2018. Date of Arrest: 4/9/2018. Defendant appeared with counsel. Defendant waived Identity. Government did not seek to detain. Defendant released on conditions and ordered to report to the District of Arizona. Location interval set to: LR. Attorney Appearances: AUSA - Nicole Dana; Defense - Marlo Cadeddu. (Court Reporter: Digital File) (No exhibits) Time in Court - :21. (Interpreter N/A.) (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 3 | NOTICE OF (LIMITED) ATTORNEY APPEARANCE by Marlo P Cadeddu appearing for Dan Hyer. (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 4 | WAIVER of Rule 5 Hearings (ID only) by Dan Hyer. (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 5 | ORDER Setting Conditions of Release as to Dan Hyer (1) PR. (Ordered by Magistrate Judge David L. Horan on 4/9/2018) (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Dan Hyer. Defendant is released from custody on bond pending further proceedings. Paperwork sent to District of Arizona, Phoenix Division. (Ordered by Magistrate Judge David L. Horan on 4/9/2018) (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 7 | Notice FROM Texas Northern TO District of Arizona, Phoenix Division of a Rule 5 Appearance as to Dan Hyer. Your case number is: 2:18-cr-00422-SPL. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 04/09/2018) |
| 04/09/2018 | 8 | (Document restricted to court users only) Receipt for Surrender of Passport as to Dan Hyer. (mcrd) (Entered: 04/10/2018) |