AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

2018 MAR 29   AM 9: 56

| United States of America | ) | |
| v. | ) | Case No.   CR-18-00422-03-PHX-SPL |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Scott Spear | ) | |
| *Defendant* | ) | |

FILED ☑    ___ LODGED
___ RECEIVED    ___ COPY

APR 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Scott Spear                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:371 – Conspiracy
18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution
18:1956(h) – Conspiracy to Commit Money
18:1956(a)(1)(B)(i) – Concealment Money Laundering
18:1956(a)(2)(A) – International Promotional Money Laundering
18:1957(a) – Transactional Money Laundering

Date:    03/29/2018

_____
*Issuing officer's signature*

City and state:    Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03/29/2018 , and the person was arrested on *(date)* 04/06/2018
at *(city and state)* Phoenix, AZ .

Date: 04/09/2018

_____
*Arresting officer's signature*

Surrender to USMS
*Printed name and title*