AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.   CR-18-00422-05-PHX-SPL |
| Dan Hyer | | |
| *Defendant* | | |

FILED ___ LODGED<br>
___ RECEIVED ___ COPY

APR 1 0 2018

CLERK U S DISTRICT COURT<br>
DISTRICT OF ARIZONA<br>
BY_____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dan Hyer
,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:371 – Conspiracy
18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution
18:1956(h) – Conspiracy to Commit Money
18:1956(a)(1)(B)(i) – Concealment Money Laundering
18:1956(a)(2)(A) – International Promotional Money Laundering

Date:    03/29/2018

_____
Issuing officer's signature

City and state:    Phoenix, Arizona

Amanda Duran, Deputy Clerk
Printed name and title

---

**Return**

This warrant was received on *(date)* 3|29|2018 , and the person was arrested on *(date)* 4|9|2018
at *(city and state)* Dallas, TX .

Date: 4|9|2018

by: _____
Arresting officer's signature

arrested by FBI

Printed name and title