AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-18-00422-01-PHX-SPL |
| | ) | |
| Michael Lacey | ) | |
| Defendant | ) | |

FILED / RECEIVED  APR 10 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Lacey

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 – Conspiracy
18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution
18:1956(h) – Conspiracy to Commit Money
18:1956(a)(1)(B)(i) – Concealment Money Laundering
18:1956(a)(2)(A) – International Promotional Money Laundering
18:1957(a) – Transactional Money Laundering

Date:   03/29/2018

*issuing officer's signature*

City and state:   Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/29/2018, and the person was arrested on *(date)* 4/6/2018
at *(city and state)* Paradise Valley, AZ

Date: 4/6/2018

*Arresting officer's signature*
arrested by FBI
*Printed name and title*