AO 442  Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Andrew Padilla<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  CR-18-00422-06-PHX-SPL |

2018 MAR 29 AM 9: 55

FILED ___ LODGED
RECEIVED ___ COPY

APR 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Andrew Padilla                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  18:371 – Conspiracy
  18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution

Date:    03/29/2018

*Issuing officer's signature*

City and state:    Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03/29/2018, and the person was arrested on *(date)* 04/09/2018
at *(city and state)* Plano, TX.

Date: 04/09/2018

*Arresting officer's signature*

FBI
*Printed name and title*