# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | |
|---|---|---|
| **TO:** Office of Legal Affairs, Passport Services<br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle #1227<br>Sterling, VA 20166-1227 | **FROM:** | United States Pretrial Services<br>Sandra Day O'Connor Courthouse, Suite 260<br>401 W. Washington Street, SPC 8<br>Phoenix, Arizona 85003-2119<br>(602) 322-7350<br>Fax: (602) 322-7380 |

### Original Notice

Date: April 16, 2018
By: JML

---

Defendant: Michael Lacey           Case Number: 0970 2:18CR00422
Date of Birth: _____      Place of Birth: Binghamton, New York
SSN: _____

---

**Notice of Court Order** (Order Date: April 13, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number _____ to the custody of the U.S. Pretrial Services on April 16, 2018.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court