1 | BROWNE GEORGE ROSS LLP
K.C. Maxwell (State Bar No. 214701)
2 |   kmaxwell@bgrfirm.com
101 California Street, Suite 1225
3 | San Francisco, California 94111
Telephone: (415) 391-7100
4 | Facsimile: (415) 391-7198

5 | Attorneys for Dan Hyer
*Pro hac admission pending*

6

7

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF ARIZONA, PHOENIX DIVISION

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00422-SPL (JZB) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| 5.  DAN HYER, | |
| Defendant. | |

Undersigned counsel, K.C. Maxwell, hereby enters her appearance as counsel on behalf of Defendant Dan Hyer for any and all proceedings arising from the above-captioned case. Counsel's *pro hac vice* application is pending.

DATED:  April 17, 2018            Respectfully submitted,

                                  BROWNE GEORGE ROSS LLP
                                     K.C. Maxwell


                                  By:  /s/ K.C. Maxwell
                                          K.C. Maxwell
                                  Attorneys for Dan Hyer

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all registered counsel:

/s/ K.C. Maxwell
K.C. Maxwell