Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone: 602-279-5900
Facsimile: 602-264-5566
mdk@kimerer.com
rneff@kimerer.com
Attorneys for Defendant, John "Jed" Brunst

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States Of America, | Case No. 2:18-cr-00422-004-PHX-SPL |
|---|---|
| Plaintiff, | |
| vs. | ***AMENDED* NOTICE OF APPEARANCE ON BEHALF OF JOHN "JED" BRUNST** |
| John "Jed" Brunst, | |
| Defendant. | (Honorable Steven P. Logan) |

Undersigned counsel, Michael D. Kimerer, hereby amends the Notice of Appearance (Doc. 28) filed on April 9, 2018, to include both Michael D. Kimerer and Rhonda Elaine Neff as counsel on behalf of the Defendant, John "Jed" Brunst, for any and all proceedings arising from the above captioned case.

RESPECTFULLY SUBMITTED this 17th day of April, 2018.

KIMERER & DERRICK, P.C.

/s/ Michael D. Kimerer
Michael D. Kimerer
Rhonda Elaine Neff
Attorneys for Defendant, John "Jed" Brunst

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2018, I electronically transmitted the foregoing Notice of Appearance as Co-Counsel on Behalf of John "Jed" Brunst to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Dominic Lanza: Dominic.Lanza@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
John J. Kucera: John.Kucera@usdoj.gov
*Attorneys for Government*

By: /s/ Melissa Wallingsford