# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, | |
| Defendant. | |

The Court has considered Defendant's Motion to File Under Seal (Doc. 56), and Amended Motion to File Under Seal (Doc. 83), and finding good cause,

**IT IS ORDERED** that Defendant's Motion to File Under Seal (Doc. 56) and Amended Motion to File Under Seal (Doc. 83) are **GRANTED** as follows:

1. The Clerk of Court is directed to file the Exhibits A-E attached to Defendants Notice of Errata (Doc. 57) as the exhibits to Defendant's Response in Opposition to the Government's Motion for Pretrial Detention. (Doc. 23.) The Clerk is further directed that Exhibit D, lodged at Doc. 57-1 at 40-44, shall be filed under seal. The Clerk shall file Exhibits A, B, C, and E, lodged at Doc. 57-1 at 2, 4-18, 20-38, and 46-50, in the public record.

2. The Clerk of Court is directed to strike Exhibits A-K filed with Defendant's Opposition to the Government's Motion for Pretrial Detention. (Doc. 23-1 at 1-144.) Although stricken by this Order, Exhibits A-D, G, and H-K may be filed in the public

1  record, but Exhibits E and F, lodged at Doc. 57-1 at 74-96 and 98-100, shall be filed
2  under seal.
3      Dated this 18th day of April, 2018.

*Bridget S. Bade*
Bridget S. Bade
United States Magistrate Judge