AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 1)

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America
v.

Dan Hyer
*Defendant*

)
)
)
)
)
)
)

Case No. CR-18-00422-005-PHX-SPL

FILED ____ LODGED
RECEIVED ____ COPY
APR 17 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2018 APR 11 PM Y:35

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Sandra Day O'Connor United States Courthouse<br>401 West Washington Street<br>Phoenix, Arizona 85003<br>MAGISTRATE JUDGE:<br>John Z. Boyle | Courtroom No.: 302 |
|---|---|---|
| | | Date: April 18, 2018<br>Time: 3:00 pm |

This offense is briefly described as follows:
(1) 18:371 Conspiracy (2-51) 18:1952(a)(3)(A) and (b)(1)(i) Travel Act Facilitate Prostitution (52) 18:1956(h) Conspiracy to Commit Money Laundering (53-62) 18:1956(a)(1)(B)(i) Concealment Money Laundering (63-68) 18:1956(a)(2)(A) International Promotional Money Laundering

Date: April 11, 2018

*M Frasher*
*Issuing officer's signature*

Molly Frasher, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 04-16-2018

*Server's signature*

HARKER   DUSM
*Printed name and title*

cc: AUSA;           PTS; USM (orig + copy)