Cristina C. Arguedas (Cal. Bar No. 87787)
Ted W. Cassman (Cal. Bar No. 98932)
Arguedas, Cassman & Headley, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Email:  arguedas@achlaw.com
        cassman@achlaw.com

Attorneys for James Larkin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | NO. CR 18-0422-PHX-SPL |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS DEFENDANT JAMES LARKIN'S ATTORNEYS |
| vs. | |
| JAMES LARKIN, et al. | |
| Defendants. | |

Pursuant to Local Rule 83-3(b), Cristina C. Arguedas, Ted W. Cassman and Julie Salamon of Arguedas, Cassman & Headley, LLP, hereby move to withdraw as attorneys of record in this matter.  The motion is made on the grounds, as confirmed by the accompanying Declaration of James Larkin (Exhibit A), that Mr. Larkin has decided that he does not wish to be represented by said attorneys.  Mr. Larkin is currently also represented by James C. Grant and of Davis, Wright Tremaine, LLP so he will not be without representation and counsels' withdrawal will not result in

//

//

//

any delay or disruption of the proceedings.

Dated: April 23, 2018

                                                    /s/
                                  TED W. CASSMAN,
                                  Attorney for Defendant James Larkin