# EXHIBIT A

Cristina C. Arguedas (Cal. Bar No. 87787)
Ted W. Cassman (Cal. Bar No. 98932)
Julie A. Salamon (Cal. Bar No. 214298)
Arguedas, Cassman & Headley, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Email: arguedas@achlaw.com
       cassman@achlaw.com

Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-0422-PHX-SLP |
| Plaintiff, | DECLARATION OF JAMES LARKIN |
| vs. | |
| JAMES LARKIN, et al. | |
| Defendants. | |

I, James Larkin, declare as follows:

1. I am one of the defendants in the above-entitled matter.

2. I am currently represented in this matter by attorneys Cristina C. Arguedas, Ted W. Cassman, Julie A. Salamon, and James C. Grant.

3. I have decided that I no longer wish to be represented by Cristina C. Arguedas, Ted W. Cassman, and Julie A. Salamon.

4. I join and concur in their motion to withdraw as my attorneys.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed this 23rd day of April 23, 2018 in Maricopa County, Arizona.

/s/
JAMES LARKIN