**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 18-0422-PHX-SPL |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | MOTION TO WITHDRAW AS |
| vs. ) | DEFENDANT JAMES LARKIN'S |
| ) | ATTORNEYS |
| JAMES LARKIN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon the motion of Cristina C. Arguedas, Ted W. Cassman and Julie Salamon of Arguedas, Cassman & Headley, LLP, with the consent of Defendant James Larkin and good cause appearing, it is hereby ordered that the motion to withdraw is granted and that Ms. Arguedas, Mr. Cassman and Ms. Salamon are terminated as attorneys of record for Mr. Larkin in this matter.