# Exhibit B

April 13, 2018

*Via Email*
tom@henzecookmurphy.com
janey@henzecookmurphy.com

Tom Henze
Janey Henze Cook
Henze Cook Murphy PLLC
4645 North 32nd Street, Suite 150
Phoenix, AZ 85018

Dear Mr. Henze and Ms. Henze Cook,

I respectfully request that you and your firm comply with the Arizona Rules of Professional Conduct as they relate to your duties to former clients.[1]

Now that I have entered guilty pleas in the federal and California matters related to Backpage, I believe an incurable conflict has now arisen as between me and each of the defendants in federal Case No. 2:18-cr-00422-SPL (D. Ariz.) and California Superior Court Case No. 16FE024013. This includes a direct, incurable conflict between me and Mr. Larkin and Mr. Lacey.

To the extent that you may assert that I have waived the protections afforded to me as a former client of your firm, I do not agree. As stated in my letter to your firm dated April 6, 2018, I have withdrawn any prior waiver that may have existed regarding conflicts of interest. I further believe that any prior informed consent would no longer be valid, as the issuance of a federal indictment in this matter has materially changed the facts and circumstances surrounding any such consent.

Sincerely,

Carl Ferrer

CC:   Nanci Clarence, Jonathan Baum

---

[1] *See* Rule of Professional Conduct 1.9(a) ("A lawyer who has formerly represented a client in a matter shall not thereafter represent another person in the same or a substantially related matter in which that person's interests are materially adverse to the interests of the former client unless the former client gives informed consent, confirmed in writing.").