# **Exhibit D**

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Senate Permanent Subcommittee on Investigations ) <br> *Plaintiff* ) <br> v. ) <br> Carl Ferrer ) <br> *Defendant* ) | Case No. 16-mc-00621-RMC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carl Ferrer

Date: 04/26/2016

*Attorney's signature*

Robert Corn-Revere (DC Bar # 375415)
*Printed name and bar number*

DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
*Address*

bobcornrevere@dwt.com
*E-mail address*

(202) 973-4225
*Telephone number*

(202) 973-4499
*FAX number*