# Exhibit O

| Consumer Division | Governmental Affairs | | Labor Division | Litigation Division |
|---|---|---|---|---|
| Phone: (314) 340-6816 | Phone: (314) 340-7544 | | Phone: (314) 340-7827 | Phone: (314) 340-7861 |
| Fax: (314) 340-7957 | Fax: (314) 340-7891 | | Fax: (314) 340-7850 | Fax: (314) 340-7029 |
| | | | | No Call Division |
| Financial Services | | | | Phone: (314) 340-7977 |
| Phone: (314) 340-4748 | | | | Fax: (314) 340-7981 |
| Fax: (314) 340-7121 | | | | |



ATTORNEY GENERAL OF MISSOURI

JEFFERSON CITY

65102

JOSHUA D. HAWLEY
ATTORNEY GENERAL

Reply to:
P.O. Box 861
St. Louis, MO 63188

IN THE MATTER OF:

**Backpage.com**

*VIA Hand Delivery*

C.I.D. NO. SL-01-17
DATE: May 10, 2017

## INVESTIGATIVE DEMAND

TO: Carl Ferrer
2531 Tumbleweed Way
Frisco, TX 75034

The Attorney General of the State of Missouri believes it to be in the public interest that an investigation be made to ascertain whether Backpage.com, Carl Ferrer, Michael Lacey, James Larkin, and agents thereof (collectively referred to as the "Subjects") have engaged in or are engaging in any merchandising practices declared to be unlawful by § 407.020, RSMo.

The investigation will inquire into the activities of Subjects in connection with the sale or advertisement, as defined in Section 407.010, RSMo, of commercial sexual conduct, other sexually oriented services, massage services, dating services and other merchandise.

Please note that this demand will be subject to disclosure to other state and federal law enforcement agencies pursuant to an information sharing agreement. You are advised that you are under an obligation not to destroy any documents because you are on notice of this investigation.

The Attorney General has reason to believe that it is in the public interest to determine whether the Subjects have used deception, fraud, false promise, misrepresentation, unfair practice, or the concealment, suppression, or omission of material fact in connection with the sale or advertisement of the above merchandise.

The Attorney General believes that you have information, documentary material, or physical evidence relevant to the above-mentioned suspected violation.

## DEFINITIONS

In this demand the following terms shall have these meanings:

1. "Identify," when used with respect to a person or entity, means information sufficient to allow employees of the Attorney General to ascertain the name, address, telephone number, and if not a natural person, the contact person of the entity or facility to be identified, as well as the relationship of that person or entity to you.

2. "Identify," when used with respect to a fact or event, means information sufficient to allow employees of the Attorney General to ascertain the fact or event with reasonable particularity, and to identify each person believed to have knowledge with respect to the fact or event and each document that refers or relates to the fact or event.

3. "Document" means all written, printed, typed, and recorded matter of every kind and description, originals and copies, and all attachments and appendices thereto. Without limiting the foregoing, "documents" include all agreements, contracts, correspondence and other communications including notes, memoranda and marginal notations, records, reports, books, manuals, instructions, statistical data and data compilations, drafts, charts, graphs and tables, bills, statements and invoices, advertising, surveys, transcripts, microfilm and microfiche, electronic records that can be reproduced in paper form, recordings, film, tapes, photographs, electronic mail and Web pages, and all other computer-generated, computer-stored, or electronically-stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made.

4. "You," including your, means Backpage.com, Carl Ferrer, Michael Lacey, James Larkin, and any agents thereof.

5. "Backpage" includes, but is not limited to, Backpage.com LLC, Camarillo Holdings LLC, New Times Media LLC, or any other predecessors, successors, or other entity administering, owning, operating, or controlling the website or suite of websites comprising Backpage.com and its affiliated websites from January 1, 2010 to the present day.

6. "Adult Sections" includes, but is not limited to all subsections in the "adult" section of Backpage ("escorts," "body rubs," "strippers and strip clubs," "dom & fetish," "ts," "male escorts," "phone & websites," and "adult jobs") and the subsection "massages" in the "services" section of Backpage.

7. "Relating to," "related to," "relate to" means to be relevant in any way to the subject matter in question, including without limitation all information that directly or indirectly contains, records, reflects, summarizes, evaluates, refers to, is pertinent to, indicates, comments upon, or discusses the subject matter; or that states the background of, or was the basis for, or that records, evaluates, comments, was referred to, relied upon, utilized, generated, transmitted, or received in arriving at any conclusion, opinion, estimate, position, decision, belief, policy, practice, course of business, course of conduct, procedure, or assertion concerning the subject matter.

8. "Missouri Locations" means the Backpage location-specific pages for "Columbia/Jeff City," Missouri; Joplin, Missouri; Kansas City, Missouri; Kirksville, Missouri; "Lake of the Ozarks," Missouri; "Southeast Missouri"; Springfield, Missouri; St. Joseph, Misouri; and St. Louis, Missouri.

## DEMAND FOR DOCUMENTS AND INFORMATION

Demand is hereby made upon you, under the authority granted by § 407.030, RSMo to produce to Jennifer Grayson, Analyst, P.O. Box 861, St. Louis, Missouri 63188 no later than **Wednesday, June 7, 2017 at 10:00 a.m.**, answers to the following Demands for Documents and Information that may be in your possession, custody, or control:

1. Identify the names, the position and title, and the percentage of ownership interest held by all current and former owners, officers, and directors of Backpage.

2. Provide copies of all advertising and promotional materials, including a copy of each substantially different advertisement, fax, brochure, marketing script, website, YouTube video, training document, or other material related to the advertising or marketing of Backpage.

3. Identify each and every individual by name, address and date of birth that has either been employed by Backpage or has acted as an agent,

SDprincipal, representative, or volunteer responsible for locating and interdicting inappropriate or illegal content on the Backpage website.

4. Provide all documents concerning Backpage's reviewing, blocking, deleting, editing, or modifying advertisements that appear on its website, either by Backpage employees or agents, or by automated software processes, including but not limited to policies, manuals, memoranda, and guidelines.

5. Provide all documents concerning advertising posting limitations, including but not limited to the "Banned Terms List," the "Grey List," and error messages, prompts, or other messages conveyed to users during the advertisement drafting or creation process.

6. Provide all documents concerning reviewing, verifying, blocking, deleting, disabling, or flagging user accounts or user account information, including but not limited to the verification of name, age, phone number, payment information, email address, photo, and IP address. *This request does not include the personally identifying information of any Backpage user or account holder.*

7. Provide all documents concerning human trafficking, sex trafficking, human smuggling, prostitution, or the facilitation or investigation thereof, including but not limited to policies, manuals, staff training materials, memoranda, and guidelines.

8. Provide all documents concerning Backpage policies regarding data retention, retention or removal of metadata of images, and hashing of images.

9. Provide documents sufficient to show, for each of the past three years, the number of advertisements posted in the Adult Sections on a monthly and yearly basis.

10. Produce documents sufficient to show, for each of the past three years, the number of advertisements posted in the Adult Sections for the Missouri Locations on a monthly and yearly basis.

11. Identify every posting or advertisement posted in the Adult Sections of any of the Missouri Locations that was either (a) deleted, edited,

4

or modified by Backpage employees or agents, or (b) blocked, deleted, edited, or modified by any automated software process.

12. For each posting or advertisement identified in response to Paragraph 11 above, provide both (a) a copy of the posting or advertisement as originally submitted by the Backpage user, and (b) a copy of the posting or advertisement as it was publicly posted on Backpage.

13. Provide documents sufficient to show, for each of the past three years, the number of advertisements posted in the Services Section, Massage subsection on a monthly and yearly basis.

14. Provide documents sufficient to show, for each of the past three years, the number of advertisements posted in the Services Section, Massage subsection for the Missouri Locations on a monthly and yearly basis.

15. Provide documents sufficient to show, for each of the past three years, the number of advertisements in the Services Section, Massage subsection deleted or blocked by automated review, or by employee, independent contractor, or agent review.

16. Provide documents sufficient to show, for each of the past five years, Backpage's annual revenue and profit.

17. Provide documents sufficient to show, for each of the past five years, Backpage's annual revenue and profit derived from the Services Section, Massage subsection.

18. Provide documents sufficient to show, for each of the past three years, the number of advertisements posted in the Services Section, Miscellaneous subsection on a monthly and yearly basis.

19. Provide documents sufficient to show, for each of the past three years, the number of advertisements in the Services Section, Miscellaneous subsection deleted or blocked by automated review, or by employee, independent contractor or agent review.

20. Provide documents sufficient to show, for each of the past five years, Backpage's annual revenue and profit, including annual revenue and profit derived from the Services Section, Miscellaneous subsection.

21. Provide documents sufficient to show, for each of the past three years, the number of advertisements posted in the Dating Section on a monthly and yearly basis.

22. Provide documents sufficient to show, for each of the past three years, the number of advertisements in the Dating Section deleted or blocked by automated review, or by employee, independent contractor or agent review.

23. Provide documents sufficient to show, for each of the past five years, Backpage's annual revenue and profit, including annual revenue and profit derived from the Dating Section.

24. Identify all banks, and account numbers You have or have had and have received payments, checks, or other payments that have been deposited on behalf of Backpage.

Except where indicated otherwise, the time period covered by this Investigative Demand is from January 1, 2010 to the present.

You are further notified that upon notice, further information or documentation may be required by the Attorney General pursuant to this Investigative Demand.

You are advised that an extension of time or modification of the terms of the Investigative Demand may be sought only for good cause pursuant to the terms of the Section 407.070, RSMo.

Your attention is respectfully called to the provisions of Section 407.080, RSMo, which makes certain acts done with the intent to avoid, evade, or prevent compliance in whole or in part with any Investigative Demand served hereunder a Class A Misdemeanor, which is punishable by a fine not to exceed $1,000 for individuals and $5,000 for corporations, or by imprisonment for a term of not more than one year, or both a fine and imprisonment.

Please note that the Attorney General reserves the right to seek access to additional documents and to pursue additional avenues of inquiry as may be appropriate under Chapter 407 and other Missouri statutes and regulations.

Submit the foregoing Certification of Compliance and produce all requested documentation and information to the Attorney General's Office by causing the same to be hand-delivered, mailed, or sent by overnight courier to arrive no later than 10:00 a.m. June 7, 2017, to:

Jennifer Grayson
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188

Respectfully,

JOSHUA D. HAWLEY
Attorney General

_____
Mary D. Morris
Assistant Attorney General
Consumer Protection Section

7