# Exhibit P

**From:** Grant, James
**Sent:** Monday, June 19, 2017 9:04 AM
**To:** 'Morris, Mary'
**Cc:** Corn-Revere, Bob
**Subject:** RE: Civil Investigative Demand

Ms. Morris,

My firm is counsel for Mr. Ferrer and Backpage, and I made that clear in our call. Note that, in my confirming email, I indicated the extension was on behalf of "my clients," not solely Mr. Ferrer. We strongly object to the AG's office filing any suit under these circumstances, and, if you have done so, demand that your office withdraw the suit immediately.

Jim Grant | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8096 | Fax: (206) 757-7096
Email: jamesgrant@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Morris, Mary [mailto:Mary.Morris@ago.mo.gov]
**Sent:** Monday, June 19, 2017 8:35 AM
**To:** Grant, James
**Cc:** Corn-Revere, Bob
**Subject:** RE: Civil Investigative Demand

Jim,

We are honoring the extension of time to respond to the CID directed to Mr. Ferrer as we discussed. The lawsuit was filed against Backpage, not Mr. Ferrer.

When we spoke on May 19, Backpage had not accepted service of the CID. In fact, in attempting to serve Backpage, the Registered Agent directed us to contact attorney Jason Brookner prior to accepting service. We did not contact Mr. Brookner, and upon a subsequent attempt, the Registered Agent accepted service on May 26, 2017. Upon completing service, I did not hear from Mr. Brookner or from anyone on Backpage's behalf.

Mary

**From:** Grant, James [mailto:jimgrant@dwt.com]
**Sent:** Sunday, June 18, 2017 9:32 AM
**To:** Morris, Mary
**Cc:** Corn-Revere, Bob
**Subject:** RE: Civil Investigative Demand

Mary,

We have seen the following published reports about your office filing suit against Backpage: http://www.joplinglobe.com/news/local_news/attorney-general-seeks-court-s-help-in-backpage-investigation/article_ac84b87b-f364-5197-9ef2-b78dfbd0f33d.html
and:

We assume this is a mistake in light of the extension we agreed upon, that no response would be due until July 7 (see notes below). Will you please confirm that the State continues to honor its commitment concerning the response date we set. If your office in fact has filed suit, we expect that you will dismiss it immediately. Thank you.

Jim Grant | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8096 | Fax: (206) 757-7096
Email: jamesgrant@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Morris, Mary [mailto:Mary.Morris@ago.mo.gov]
**Sent:** Friday, May 19, 2017 1:23 PM
**To:** Grant, James
**Subject:** RE: Civil Investigative Demand

Thank you. My full contact information can be found below.

Have a nice weekend.

Mary Delworth Morris
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
(314) 340-6816
Mary.Morris@ago.mo.gov

**From:** Grant, James [mailto:jimgrant@dwt.com]
**Sent:** Friday, May 19, 2017 1:42 PM
**To:** Morris, Mary
**Subject:** Civil Investigative Demand

Ms. Morris,

Thanks for returning my call this morning and for agreeing to an extension to July 7, 2017 for my clients to assess and respond with regard to the civil investigative demand served by our office on Mr. Ferrer. I appreciate the courtesy.

**Jim Grant** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8096 | Fax: (206) 757-7096
Email: jamesgrant@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by § 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.
This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by § 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.