# Exhibit Q

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BACKPAGE.COM, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSHUA D. HAWLEY, in his official )<br>capacity as Attorney General of the State of )<br>Missouri, )<br>)<br>Defendant. ) | No. 4:17 CV 1951 |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Backpage.com, LLC "(Backpage") moves pursuant to Fed. R. Civ. P. 65 for a preliminary injunction, enjoining Missouri Attorney General Joshua D. Hawley from enforcing the Civil Investigative Demand served on Backpage and its CEO Carl Ferrer, and from further pursuing or threatening other action against Backpage.

The motion is based on Backpage's statutory immunity from state law claims based on its activities as an online publisher and distributor of third-party content, and on Backpage's constitutional rights under the First, Fourth, and Fifth Amendments to the United States Constitution.

As further explained in the accompanying Memorandum, Attorney General Hawley has taken actions that, unless enjoined, will chill, inhibit, and prevent expressive activities protected by the First Amendment of the United States Constitution. Because the activities that Attorney General Hawley targets are expressly immunized by federal law from any state action, civil or criminal, Attorney General Hawley's investigation and legal action cannot be legally justified and must be enjoined.

1

A 1996 federal law makes it "the policy of the United States" to "preserve the vibrant and competitive free market that presently exists for the Internet and other interactive computer services, unfettered by Federal or State regulation." 47 U.S.C. § 230(b)(2). This act—Section 230 of the Telecommunications Act of 1996, 47 U.S.C. § 230 ("Section 230"; sometimes known as the Communications Decency Act because of the subchapter in which it appeared)—totally immunizes interactive computer services with respect to their publishing or distributing of content created by others, and with respect to their self-policing of their services, which Section 230 permits and encourages. In hundreds of cases, courts have applied and enforced Section 230, including multiple cases regarding Backpage, one of which was decided in this district. *See M.A. v. Village Voice Media Holdings, LLC,* 809 F.Supp.2d 1041 (E.D. Mo. 2011). Because section 230 absolutely immunizes Backpage's conduct in carrying third-party content, and taking protective review and selection activities with respect to it, it cannot be liable under state law based on those activities.

Attorney General Hawley, however, has publicly announced that he seeks to investigate and prosecute Backpage, under the Missouri Merchandising Practices Act, for those protected activities, and that his goal is to shut it down. He initiated such actions with a Civil Investigative Demand directed to Backpage, and a preemptive Petition to Enforce it, even before Backpage's response was due. His actions clearly threaten the First Amendment rights of Backpage and its users, and therefore should be enjoined. *Backpage.com v. Dart*, 807 F.3d at 230, 235 (7th Cir. 2015) (upholding injunction against sheriff's effort to "shut down" and "crush" Backpage by threatening credit card companies as a prior restraint and "censorship . . . prohibited by the First Amendment"; "[A] public official who tries to shut down an avenue of expression of ideas and opinions through actual or threatened imposition of government power or sanction is violating

2

the First Amendment." ). *See also Major League Baseball v. Crist*, 331 F.3d 1177 (11th Cir. 2003) ("[I]nvestigations premised solely upon *legal* activity are the very type of 'fishing expeditions' that were the target of Justice Holmes's assault in *American Tobacco*."; "[I]t is clear that an investigation predicated solely upon legal activates does not pass muster under *any* standard.") (emphasis in original).

For the reasons more fully stated in the Complaint and accompanying Memorandum, Backpage requests that the Court issue a preliminary injunction, enjoining Missouri Attorney General Hawley from enforcing the Civil Investigative Demand served on Backpage and its CEO Carl Ferrer, and from further pursuing or threatening other action against Backpage, and that it provide for such other and further relief as are just and proper in the circumstances.

DATED: July 27, 2017.

> Respectfully submitted,
>
> */s/ Mark Sableman*
> Mark Sableman, MO - 36276
> Jan Paul Miller, MO – 58112
> Michael L. Nepple, MO – 42082
> THOMPSON COBURN LLP
> One US Bank Plaza
> St. Louis, Missouri 63101
> 314-552-6000
> FAX 314-552-7000
> msableman@thompsoncoburn.com
> jmiller@thompsoncoburn.com
> mnepple@thompsoncoburn.com
>
> Attorneys for Plaintiff Backpage.com, LLC

3

James C. Grant
(*Pro hac vice application submitted*)
Robert E. Miller
(*Pro hac vice application to be submitted*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 622-3150 (tel.); (206) 757-7700 (fax)
jimgrant@dwt.com
robertmiller@dwt.com

Robert L. Corn-Revere
(*Pro hac vice application granted*)
Ronald London
(*Pro hac vice application submitted*)
DAVIS WRIGHT TREMAINE LLP
Suite 800, 1919 Pennsylvania Avenue NW
Washington, DC 20006-3401
(202) 973-4225 (tel.); (202) 973-4499 (fax)
bobcornrevere@dwt.com
ronnielondon@dwt.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2017, the foregoing was filed electronically with the Clerk of Court, and, additionally served in the following manner on Defendant Joshua Hawley and his representatives:

Mary Delworth Morris
Assistant Attorney General
Old Post Office Building
8154 Olive Street, suite 200
St. Louis, MO 63188
Mary.Morris@ago.mo.gov
BY HAND DELIVERY (on 7/28/17) and EMAIL

Joshua D. Hawley
Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Phones: (573) 751-3321
Fax: (573) 751-0774
attorney.general@ago.mo.gov
BY FAX and FEDERAL EXPRESS (7/28/17) and EMAIL

                                    */s/ Mark Sableman*
                                    Mark Sableman, MO - 36276