# **Exhibit R**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

SCOTT KOCHER,

    **Plaintiff(s),**

v.

HILTON WORLDWIDE HOLDINGS, INC., et al.,

    **Defendant(s).**

Civil Case No. 3:18-cv-00449-SB

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **James C. Grant** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: Grant / James / C. /
    *(Last Name)* *(First Name)* *(MI)* *(Suffix)*
Firm or Business Affiliation: Davis Wright Tremaine LLP
Mailing Address: 1201 3rd Ave., Ste. 2200
City: Seattle    State: WA    Zip: 98101
Phone Number: (206) 757-8096    Fax Number: (206) 757-7096
Business E-mail Address: jimgrant@dwt.com

---

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Washington State Bar #14358, admitted on 11/01/1984

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC, Western District of Washington, admitted on 01/23/1986
Ninth Circuit Court of Appeals, admitted on 01/30/2006

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Leeward Holdings, LLC; Camarillo Holdings, LLC; Dartmoor Holdings, LLC; IC Holdings, LLC;

Backpage.com, LLC; Website Technologies, LLC; Amstel River Holdings, LLC; Lupine Holdings, LLC;

Kickapoo River Investments, LLC; CF Holdings GP, LLC; CF Acquisitions, LLC; Carl Ferrer; Michael Lacey; James Larkin

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 15th day of March, 2018

*(Signature of Pro Hac Counsel)*

James C. Grant
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 19th day of March, 2018

s/ Tim Cunningham
*(Signature of Local Counsel)*

Name: Cunningham (Last Name), Timothy (First Name), M (MI), (Suffix)

Oregon State Bar Number: 100906
Firm or Business Affiliation: Davis Wright Tremaine LLP
Mailing Address: 1300 SW 5th Ave., Ste. 2400
City: Portland  State: OR  Zip: 97201
Phone Number: (503) 241-2300  Business E-mail Address: timcunningham@dwt.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**U.S. District Court–Oregon**  **Application for Special Admission -** *Pro Hac Vice*
Revised April 27, 2017  Page 3 of 3