# Exhibit U



Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045

**James Grant**
206-757-8096 tel
206-757-7096 fax

jimgrant@dwt.com

**VIA EMAIL**

April 20, 2018

Carl Ferrer
Backpage.com, LLC
c/o Nanci Clarence, Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109

   Re:  Termination of Representation

Dear Mr. Ferrer**:**

This is to inform you that, in light of your April 6, 2018 letter and other actions, Davis Wright Tremaine LLP ("DWT") must withdraw from representation in all matters and cases as counsel for you, Backpage.com, LLC, and all related entities owned or controlled by you, including UGC Tech Group CV; Website Technologies, LLC; Altantische Bedrijven CV; Amstel Holdings, LLC; Lupine Holdings LLC; Kickapoo River Investments LLC, CF Holdings GP LLC, and CF Acquisitions LLC.

Attached is a list of the pending civil cases in which DWT has appeared.  We have annotated the list to indicate pending motions (including two dismissal motions we plan to withdraw) and upcoming deadlines, so that you may secure replacement counsel and take steps as you deem appropriate regarding these cases.  If you would like us to transfer the pleadings files for the cases, please let me know so we can discuss arrangements.

In the coming week, DWT will file notices of withdrawal in the cases, in which we will indicate that you are currently represented by Clarence Dyer and Cohen, LLP.  We will also alert co-counsel in the respective cases about DWT's withdrawal, and, although we cannot speak for these other firms, we expect that they will also seek to withdraw, as DWT has.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

James C. Grant

Enclosure

# ATTACHMENT
## Litigation Matters/Clients From Which Davis Wright Tremaine, LLC Will Withdraws as Counsel (parties in bold)

| Plaintiff(s) | | Defendant(s) | Case No./Court | Upcoming Deadlines of Note | |
|---|---|---|---|---|---|
| *Rodgers* | *v.* | **Backpage.com, LLC,** **Carl Ferrer,** **Atlantische Bedrijven, C.V,** | No. 38-CV-2017-900041.00 (Houston Cty. Cir. Ct., Alabama) | Defendants Reply on Motions to:<br>- Dismiss/Def. Statement<br>- Strike PSI Report<br>- Set Scheduling Order<br><br>Hearing on Motions | 5/15/18<br>5/15/18<br>5/15/18<br><br>5/31/18 |
| *Jane Doe* | *v.* | **Carl Ferrer** **Backpage.com, LLC,** **Atlantische Bedrijven, C.V.** **UGC Tech Group C.V.** | No. MCC1700068 (Super. Ct. Riverside Cty., Cal.) | Hearing on demurer<br><br>Case management conference | 5/1/18<br><br>5/1/18 |
| *Florida Abolitionist & Jane Doe* | *v.* | **Backpage.com, LLC** **Carl Ferrer** **EvilEmpire.com** **BigCity.com** | No. 6:17-cv-218-Orl-28TBS (M.D. Fla.) | Plaintiffs deadline to file amended complaint | 4/30/18 |
| **Backpage.com, LLC** | *v.* | *Sheriff Thomas J. Dart* | No. 15-cv-06340 (N.D. Ill.) | Status Conference | 4/26/18 |

| Plaintiff(s) | | Defendant(s) | Case No./Court | Upcoming Deadlines of Note | |
|---|---|---|---|---|---|
| *Ambrose* | *v.* | ***Backpage.com, LLC*** | No. 17 L4979 (Cook Cty. Cir. Ct., Ill.) | Opposition to Plaintiff's Motion to Redact Ex. B | 5/10/18 |
| | | | | Reply | 5/31/18 |
| | | | | Plaintiff's Opposition to Defendants' Motions to: - Dismiss/Def. Statement - Strike PSI Report | 5/21/18 5/21/18 |
| | | | | Defendants Reply on Motions to: - Dismiss/Def. Statement - Strike PSI Report | 6/4/18 6/4/18 |
| | | | | Status Conf. on Motions | 6/5/18 |
| ***Backpage.com LLC*** | *v.* | *Healey* | No. 17-2090 (1st Cir.) | Appellee's Brief | 4/30/18 |
| | | | | Appellant's Reply Brief | 5/14/18 |
| *Jane Doe Nos. 1, 2 & 3* | *v.* | ***Backpage.com, LLC Carl Ferrer*** | No. 17-cv-11069-LTS (D. Mass.) | Response to Amended Complaint | 5/3/18 |
| ***Backpage.com LLC*** | *v.* | *Hawley* | No. 18-1096 (8th Cir.) | Appellant's Reply Brief | 4/26/18 (extension to be filed until 5/3/18) |
| *Hawley* | *v.* | ***Backpage.com*** | No. 1711-CC00589 (11th Jud. Dist. Mo.) | | |

2

| Plaintiff(s) | | Defendant(s) | Case No./Court | Upcoming Deadlines of Note | |
|---|---|---|---|---|---|
| *Kocher* | *v.* | ***Backpage.com, LLC*** *<br>**Carl Ferrer**<br>**UGC Tech Group, LLC**<br>**Website Technologies, LLC**<br>**Altantische Bedrijven C.V.**<br>**Amstel Holdings, LLC**<br>**Lupine Holdings, LLC**<br>**Kickapoo River, LLC**<br>**CF Holdings, LLC**<br>**CF Acquisitions LLC*** | No. 3:18-cv-00449-SB (D. Or.) | Opposition to Motion for Remand | 4/27/18 |
| *Plaintiff XXXXXXX* | *v.* | ***Backpage.com, LLC***<br>***Carl Ferrer***<br>***UGC Tech Group, LLC***<br>***Website Technologies, LLC***<br>***Altantische Bedrijven C.V.***<br>***Amstel Holdings, LLC***<br>***Lupine Holdings, LLC***<br>***Kickapoo River, LLC***<br>***CF Holdings, LLC***<br>***CF Acquisitions LLC*** | No. DC-17-00951<br>(44th Jud. Dist. Ct. Dallas, Tex.) | Motion to Dismiss briefed, argued and awaiting decision | |
| *Jane Doe #1* | *v.* | ***Backpage.com, LLC***<br>***Carl Ferrer***<br>***Altantische Bedrijven C.V.***<br>***UGC Tech Group, LLC***<br>***Amstel Holdings, LLC***<br>***Lupine Holdings***<br>***Kickapoo River, LLC***<br>***CF Holdings GP***<br>***CF Acquisitions LLC*** | NO. 2018-04-501<br>(270th Jud. Dist. Ct. Houston, Tex.) | Opposition to Motion to Dismiss<br><br>NOTE: Defendants' counsel intend to withdraw the motion to dismiss by April 25, 2018 unless directed otherwise | 4/27/18 |

3

| Plaintiff(s) | | Defendant(s) | Case No./Court | Upcoming Deadlines of Note | |
|---|---|---|---|---|---|
| *Jane Doe #2* | *v.* | ***Backpage.com, LLC*** *<br>****Carl Ferrer*** *<br>****Altantische Bedrijven C.V.*** *<br>****UGC Tech Group, LLC*** *<br>****Amstel Holdings, LLC*** *<br>****Lupine Holdings*** *<br>****Kickapoo River, LLC*** *<br>****CF Holdings GP*** *<br>****CF Acquisitions LLC*** | No. 2018-09781<br>(270th Jud. Dist. Ct. Houston, Tex.) | Motion to Dismiss | 4/23/18 |
| *Jane Doe #3* | *v.* | ***Backpage.com, LLC*** | No. 2018-12781<br>(125th Jud. Dist. Ct. Houston, Tex.) | Opposition to Motion to Dismiss<br><br>NOTE: Defendants' counsel intend to withdraw the motion to dismiss by April 25, 2018 unless directed otherwise | 5/4/18 |
| *Jane Doe #4* | *v.* | ***Backpage.com, LLC*** *<br>****Carl Ferrer*** *<br>****Altantische Bedrijven C.V.*** *<br>****UGC Tech Group, LLC*** *<br>****Amstel Holdings, LLC*** *<br>****Lupine Holdings*** *<br>****Kickapoo River, LLC*** *<br>****CF Holdings GP*** *<br>****CF Acquisitions LLC*** | No. 2018-12747<br>(157th Jud. Dist. Ct. Houston, Tex.) | Motion to Dismiss | 5/4/18 |

| Plaintiff(s) | | Defendant(s) | Case No./Court | Upcoming Deadlines of Note | |
|---|---|---|---|---|---|
| *R.O. & K.M* | *v.* | *Backpage.com, LLC*<br>*Carl Ferrer*<br>*UGC Tech Group, LLC*<br>*Website Technologies, LLC*<br>*Altantische Bedrijven C.V.*<br>*Amstel Holdings, LLC*<br>*Lupine Holdings*<br>*Kickapoo River, LLC*<br>*CF Holdings GP*<br>*CF Acquisitions LLC* | No. 17-2-04897-1<br>(Super. Ct. Pierce Cty., Wash.) | Substantial document production due per court order of 1/12/18<br><br>Disclosure of rebuttal witnesses<br><br>Discovery cutoff | <br><br><br>5/23/18<br><br>7/25/18 |
| | | | | | |
| *O.L.* | *v.* | *Backpage.com, LLC*<br>*Carl Ferrer*<br>*UGC Tech Group, LLC*<br>*Website Technologies, LLC*<br>*Altantische Bedrijven C.V.*<br>*Amstel Holdings, LLC*<br>*Lupine Holdings*<br>*Kickapoo River, LLC*<br>*CF Holdings GP*<br>*CF Acquisitions LLC* | No. 13-2-13382-8<br>(Super. Ct. Pierce Cty., Wash.) | | |

5