# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER OF REFERRAL** |
| vs. | |
| 1. Michael Lacey and<br>2. James Larkin, | |
| Defendants. | |

**IT IS HEREBY ORDERED** referring the Government's Motion to Disqualify Counsel (Doc. 118) to referral judge Magistrate Judge Bridget S. Bade for ruling.

Dated this 2nd day of May, 2018.

*/s/ Steven P. Logan*
Honorable Steven P. Logan
United States District Judge