PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL LACEY, et al.,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSES TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL (Doc. 118) (First Request) |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon, as explained more fully below.

Defendant Andrew Padilla, by and through his undersigned attorney, respectfully requests this Court, pursuant to LRCrim 12.1 and LRCiv 7.2(c) and 7.3, to issue its order extending the time for filing Defendants' responses to the government's motion to disqualify counsel (Doc. 118). The government's motion to disqualify raises very serious constitutional issues affecting all defendants and their counsel and additional time is needed to properly address these matters for the Court. Mr. Padilla, on behalf of all defendants, therefore requests an extension

of fourteen (14) days to file their responses. Undersigned counsel has consulted with counsel for all co-defendants and counsel for the government, Assistant United States Attorney Dominic Lanza, Esq., and none of them opposes this request.

RESPECTFULLY SUBMITTED this 2nd day of May, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/ Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

On May 2, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dominic Lanza, dominic.lanza@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov