UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LACEY, et al.,<br><br>Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>ORDER |

Upon Defendant Andrew Padilla's Unopposed Motion to Extend Time for Filing Responses to Government's Motion to Disqualify Counsel, and good cause appearing,

IT IS HEREBY ORDERED:

Extending the otherwise applicable time for filing all Defendants' responses to the government's motion to disqualify counsel for fourteen (14) days and the responses will be due on or before May 23, 2018.