| ✎AO 435<br>AZ Form (Rev. 3/2018) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME<br>Kenneth M. Miller | | 2. PHONE NUMBER<br>(949) 369-3700 | 3. DATE<br>May 3, 2018 | |
| 4. FIRM NAME<br>Bienert, Miller & Katzman PLC | | | | |
| 5. MAILING ADDRESS<br>903 Calle Amanecer, #350 | | 6. CITY<br>San Clemente | 7. STATE<br>CA | 8. ZIP CODE<br>92673 |
| 9. CASE NUMBER<br>18-cr-422-02-PNX-SPL | 10. JUDGE<br>Mag. John Z. Boyle | DATES OF PROCEEDINGS | | |
| | | 11. April 16, 2018 | 12. | |
| 13. CASE NAME<br>USA v. JAMES LARKIN (2) | | LOCATION OF PROCEEDINGS | | |
| | | 14. Phoenix | 15. STATE  Arizona | |

16. ORDER FOR
- ☐ APPEAL
- ☑ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☑ BAIL HEARING | April 16, 2018 | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☐ | ☐ | | ☐ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☑ | ☐ | | ☑ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS<br>pkralich@bmkattorneys.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  /s/ Kenneth M. Miller

20. DATE  May 3, 2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY