# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

The Court has considered Defendant Padilla's Unopposed Motion to Extend Time for Filing Responses to the Government's Motion to Disqualify Counsel (Doc. 130), in which he requests an extension of time for all Defendants to respond to the Government's Motion to Disqualify Counsel (Doc. 118), and good cause appearing,

**IT IS ORDERED** that the motion to extend time (Doc. 130) is **GRANTED**. The deadline for all Defendants to respond to Government's Motion to Disqualify Counsel (Doc. 118) is extended to and including **May 23, 2018**.

Dated this 3rd day of May, 2018.

_____
Bridget S. Bade
United States Magistrate Judge