IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | CERTIFICATE OF PAUL J. CAMBRIA, JR., IN SUPPORT OF DEFENDANTS' MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO PRETRIAL SEIZURE OF DEFENDANTS' ASSETS |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

STATE OF NEW YORK   )
COUNTY OF ERIE       ) ss.:
CITY OF BUFFALO      )

Paul J. Cambria, Jr., Esq., being duly sworn, certifies that:

        1)    I am an attorney at law duly licensed to practice in the State of New York and am a partner in the law firm of Lipsitz Green Scime Cambria LLP, located at 42 Delaware Avenue, Suite 300, Buffalo, New York, attorneys for Defendant Michael Lacey. I was admitted to this Court *pro hac vice* for the instant prosecution.

2)      I make this certificate based on personal knowledge and in support of Defendants' Motion for Disclosure of Documents Related to Pretrial Seizure of Defendants' Assets ("Defendants' Motion").

3)      As set forth in greater detail in the Memorandum of Points and Authorities in Defendants' Motion, Defendants have requested the government to provide Defendants with prompt disclosure of the documents upon which the government relied to seek the pretrial seizure of Defendants' assets.

4)      Initially, the government declined Defendants' request on the ground that the documents Defendants sought were subject to a sealing order. More recently, the government has stated that it would promptly provide bank records the government used to trace Defendants' assets, but would not be able to provide the requested seizure warrants, warrant applications, and forfeiture orders and earlier than the end of this month, which is nearly two months after the assets were seized.

5)      I have personally consulted with the government in a good faith and sincere effort to resolve this discovery dispute without the filing of a motion.

6)      Unfortunately, the parties have reached an impasse and are unable to reach a satisfactory resolution of Defendants' discovery demand. In light of this impasse, it was necessary to file Defendants' Motion with this Court.

7)      I therefore certify, pursuant to LRCrim 12.1 and LRCiv 7.2(j), that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve this matter.

DATED:        May 11, 2018            Respectfully Submitted,
                                      LIPSITZ GREEN SCIME CAMBRIA LLP


                                      /s/      *Paul J. Cambria, Jr.*
                                              PAUL J. CAMBRIA, JR.
                                              Attorneys for Defendant Michael Lacey

Sworn to before me this
11th day of May, 2018.

s/ April Kelly
Commissioner of Deeds
In and For the City of Buffalo, N.Y.
My Commission expires December 31, 2018