Tom Henze (Bar No. 003262)
Janey Henze Cook (Bar No. 022496)
**HENZE COOK MURPHY, PLLC**
722 East Osborn Road, Suite 120
Phoenix, Arizona 85014
(602) 956-1730
tom@henzecookmurphy.com
janey@henzecookmurphy.com
*Attorneys for Michael Lacey*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR-18-00422-PHX-SPL(BSB) |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| MICHAEL G. LACEY, *et al.*, | |
| Defendants. | |

  Henze Cook Murphy, PLLC hereby provides notice of its change of address. The firm changed its address, effective March 1, 2018, (prior to the start of this case) but the Clerk of Court has advised that this Notice is still necessary. The firm's current address is:

**HENZE COOK MURPHY, PLLC**
**722 East Osborn Road, Suite 120**
**Phoenix, Arizona 85014**

All other contact information remains the same.

  RESPECTFULLY SUBMITTED this 15th day of May, 2018.

          HENZE COOK MURPHY, PLLC


By: _____
   Janey Henze Cook

1

722 East Osborn Rd, Suite 120  
Phoenix, Arizona 85014  
*Attorney for Michael G. Lacey*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record, including the following CM/ECF registrants:

Kevin Rapp  
Assistant United States Attorney  
District of Arizona  
Two Renaissance Square  
40 N. Central Ave., Suite 1200  
Phoenix, AZ 85004-4408  
Kevin.rapp@usdoj.gov

Dominc Lanza  
Dominic.lanza@usjoj.gov

MARGARET PERLMETER  
margaret.perlmeter@usdoj.gov)

Reginald E. Jones  
Trial Attorney  
United States Department of Justice  
Child Exploitation and Obscenity Section  
1400 New York Avenue, NW  
Washington, DC 20530  
Reginald.jones4@usdoj.gov

By: */s/ Jackie Beavers*