ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No. 18-CR-00422-PHX-SPL<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Andrew C. Stone is associated as co-counsel for the United States in the above-captioned matter.

Respectfully submitted this 15th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Andrew C. Stone*
ANDREW C. STONE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anne Michelle Chapman, Erin E. McCampbell, Gregory Michael Zamora, James C. Grant, Larry L. Debus, Lawrence I, Kazan, Lee David Stein, Paul John Cambria, Jr., Robert Corn-Revere, Ronald Gary London, Janey Henze Cook, John Lewis Littrell, Kenneth Morley Miller, Thomas Henry Bienert, Jr., Bruce S. Feder, Michael D. Kimerer, Rhonda Elaine Neff, David Seiyei Wakukawa, K. C. Maxwell, Michael L. Piccarreta and Stephen M. Weiss

*s/Gaynell Smith*
US Attorney's Office