1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF ARIZONA
6
7   United States of America,                )   CR-18-00422-PHX-SPL (BSB)
                                             )
8              Plaintiff,                     )
                                             )
9   v.                                        )   **[PROPOSED] ORDER**
                                             )
10  1.  Michael Lacey, and                    )
11  2.  James Larkin,                          )
                                             )
12             Defendants.                     )
13  _____ )

14        Upon review of Henze Cook Murphy, PLC's Motion for Extension of Time, there

15  being no objection from the Government, and good cause appearing,

16        IT IS HEREBY ORDERED extending the deadline for Henze Cook Murphy, PLC

17  to respond to the United States' pending Motion to Disqualify Counsel (Doc. 118) from

18  May 23, 2018 to June 6, 2018.

19        The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to

20  _____.

21
22
23
24
25
26
27
28