Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
John L. Littrell, State Bar No. 221601
jlittrell@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for Defendant
James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>MICHAEL LACEY, ET AL.<br><br>Defendants | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO GOVERNMENT MOTION TO DISQUALIFY COUNSEL** |

Defendants James Larkin and Michael Lacey, through their undersigned counsel of record, hereby move for an extension of their deadline to respond to the United States' pending Motion to Disqualify Counsel filed on April 25, 2015 (Doc. 118). Defendants request that the Court extend the response deadline to June 6, 2018 (from the current deadline of May 23, 2018).

The government's motion goes to the heart of Defendants' Sixth Amendment rights to counsel of their choice—here, the firm of Davis Wright Tremaine LLP ("DWT"), which has been lead counsel in cases concerning the First Amendment and Internet issues related to Backpage.com for over six years. Defendants request an extension for several reasons:

*First,* the government agreed to an extension of the motion response deadline to June 6, 2018 for the Henze Cook Murphey, PLC ("HCM") firm, which is the other target of the government's motion to disqualify. There is no good reason why the portion of its motion attacking DWT should be heard on a different and more accelerated schedule. The defense unsuccessfully attempted to resolve this issue through personal consultation with the government.

*Second,* Defendants need additional time to consult with counsel on the ethics issues the government has raised and because of other commitments and scheduling conflicts of the lead counsel for DWT in connection with this matter.

*Third,* based on recent disclosures and positions of the government, an extension may be conducive for the parties to further discuss and perhaps resolve the issues raised by the government's motion.

Given the importance of the issue, Defendants submit that an additional two weeks is reasonable. That is particularly so given that the government agreed to the same extension for Henze Cook Murphy, PLC (HCM), and granting this motion would put all responses in the same time frame.

The defense does not expect that this motion will result in an excludable delay under 18 U.S.C. § 3161(h).

Dated: May 18, 2018

/s/     *Kenneth M. Miller*
BIENERT, MILLER & KATZMAN, PLC
Attorneys for Defendant James Larkin

/s/     *Paul J. Cambria, Jr.*
LIPSITZ GREENE SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacy

MEMORANDUM OF POINTS AND AUTHORITIES

Defendants request their deadline to respond to the United States' pending Motion to Disqualify Counsel, filed on April 25, 2015 (Doc. 118), be extended by two weeks to June 6, 2018. The current deadline is May 23, 2018.

The government's motion goes to the heart of Defendants' Sixth Amendment rights to counsel of their choice.

> Sixth Amendment right to counsel of choice…commands, not that a trial be fair, but that a particular guarantee of fairness be provided -- to wit, that the accused be defended by the counsel he believes to be best. . . . The right to select counsel of one's choice…has been regarded as the root meaning of the constitutional guarantee. . . . Where the right to be assisted by counsel of one's choice is wrongly denied, therefore, it is unnecessary to conduct an ineffectiveness or prejudice inquiry to establish a Sixth Amendment violation. . . . Deprivation of the right is 'complete' when the defendant is erroneously prevented from being represented by the lawyer he wants, regardless of the quality of the representation he received.

*United States v. Gonzalez-Lopez*, 548 U.S. 140, 146-48 (2006).

The counsel at issue is Davis Wright Tremaine (DWT). As the government is well aware, DWT has obtained successful results all across the country for Defendants in proceedings involving Backpage.com.[1] So this is a huge issue to Defendants, who need more time to prepare an adequate response. And there is good cause to give these

---

[1] A partial list includes successfully enjoining state criminal laws directed at Backpage's operations on the grounds that these activities are protected by the First Amendment. *See Backpage.com LLC v. Cooper*, 939 F.Supp.2d 805 (M. D. Tenn. 2013); *Backpage.com LLC v. Hoffman*, 2013 WL 4502097 (D. N. J. 2013); *Backpage.com LLC v. McKenna*, 881 F.Supp.2d 1262 (W. D. Wash. 2012). Other successes include *Jane Doe No. 1 v. Backpage.com LLC*, 817 F.3d 12, 21 (1st Cir. 2016) ["Features such as [Backpage's decisions about how to treat postings], which reflect choices about what content can appear on the website and in what form, are editorial choices that fall within the purview of traditional publisher functions"]; and *Backpage.com LLC v. Dart*, 807 F.3d 229 (7th Cir. 2015) [recognizing First Amendment protections for Backpage's activities and finding that county sheriff's demand that credit card companies prohibit use of their cards to purchase any ads on Backpage violated Backpage's First Amendment rights].

Defendants an extension.

*First,* the government agreed to an extension of the motion response deadline to June 6, 2018 for the Henze Cook Murphey, PLC ("HCM") firm, which is the other target of the government's motion to disqualify. There is no good reason why the portion of its motion attacking DWT should be heard on a different and more accelerated schedule. The defense unsuccessfully attempted to resolve this issue through personal consultation with the government.

*Second,* Defendants need additional time to consult with counsel on the ethics issues the government has raised and because of other commitments and scheduling conflicts of the lead counsel for DWT in connection with this matter.

*Third,* based on recent disclosures and positions of the government, an extension may be conducive for the parties to further discuss and perhaps resolve the issues raised by the government's motion.

Accordingly, Defendants submit that a 2-week extension for them to file a response to the government's motion to disqualify counsel is both reasonable and appropriate. Defendants have concurrently submitted a motion for an accelerated hearing on this matter to take place on May 23, 2018 at 9:00 a.m. There is a previously scheduled hearing in this case to take place on that date and time. *See* Doc. 143.

Dated: May 18, 2018

/s/        Kenneth M. Miller
BIENERT, MILLER & KATZMAN, PLC
Attorneys for Defendant James Larkin


 /s/        Paul J. Cambria, Jr.
LIPSITZ GREENE SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacy

# CERTIFICATE OF SERVICE

I, Toni Lindemann, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO GOVERNMENT MOTION TO DISQUALIFY COUNSEL** on the interested parties as follows:

**X   BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

**SEE ATTACHED SERVICE LIST**

**BY MAIL** - I deposited such envelope in the mail at San Clemente, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Clemente, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

This certificate was executed on May 18, 2018, at San Clemente, California. I certify under penalty of perjury that the foregoing is true and correct.

                                         */s/ Toni Lindemann*
                                         Toni Lindemann

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| COUNSEL | REPRESENTING |
|---|---|
| Anne M. Chapman<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Email: anne@mscclaw.com | Michael Lacey, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught |
| Lee Stein<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>lee@mscclaw.com | Michael Lacey, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught |
| Larry Debus<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>lld@dkwlawyers.com | Michael Lacey |
| Larry Kazan<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>lik@dkwlawyers.com | Michael Lacey |
| Gregory M. Zamora<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>gmz@dkwlawyers.com | Michael Lacey |
| James C. Grant<br>Davis Wright Tremaine LLP<br>1201 3rd Ave., Ste. 2200<br>Seattle, WA 98101-3045<br>jimgrant@dwt.com | Michael Lacey |
| Robert Corn-Revere<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>bobcornrevere@dwt.com | Michael Lacey |
| Ronald G. London<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>ronnielondon@dwt.com | Michael Lacey |
|  |  |

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| | |
|---|---|
| Paul J. Cambria, Jr.<br>Liptsitz Green Scime Cambria LLP<br>42 Delaware Ave., Ste. 120<br>Buffalo, NY 14202<br>pcambria@lglaw.com | Michael Lacey |
| Janey Henze Cook<br>Henze Cook Murphy PLLC<br>4645 N 32nd St., Ste. 150<br>Phoenix, AZ 85018<br>janey@henzecookmurphy.com | Michael Lacey |
| Bruce Feder<br>Feder Law Office PA<br>2930 E Camelback Rd., Ste. 160<br>Phoenix, AZ 85016<br>bf@federlawpa.com | Scott Spear |
| Michael D. Kimerer<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>mdk@kimerer.com | John Brunst |
| Rhonda E. Neff<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>rneff@kimerer.com | John Brunst |
| Gary S. Lincenberg<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>glincenberg@birdmarella.com | John Brunst |
| Ariel A. Neuman<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>aneuman@birdmarella.com | John Brunst |
| Gopi Panchapakesan<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>gpanchapakesan@birdmarella.com | John Brunst |
| KC Maxwell<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>kmaxwell@bgrfirm.com | Dan Hyer |

USA v. Lacey, et al.
USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)

| | |
|---|---|
| David Wakukawa<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>dwakukawa@bgrfirm.com | Dan Hyer |
| Michael L. Piccarreta<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>mlp@pd-law.com | Andrew Padilla |
| Jefferson Keenan<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>jlk@pd-law.com | Andrew Padilla |
| Stephen M. Weiss<br>Karp & Weiss PC<br>3060 N Swan Rd.<br>Tucson, AZ 85712<br>sweiss@karpweiss.com | Joye Vaught |
| Dominic Lanza<br>US Attorneys Office<br>40 N Central Ave, Ste 1800<br>Phoenix, AZ 85004<br>dominic.lanza@usdoj.gov | USA |
| John Jacob Kucera<br>US Attorneys Office - Los Angeles, CA<br>312 N Spring St., Ste. 1200<br>Los Angeles, CA 90012<br>john.kucera@usdoj.gov | USA |
| Kevin M. Rapp<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>kevin.rapp@usdoj.gov | USA |
| Margaret Wu Perlmeter<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>margaret.perlmeter@usdoj.gov | USA |
| Reginald E. Jones<br>US Dept of Justice - Child Exploitation &<br>Obscenity Section | USA |

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| | |
|---|---|
| 1400 New York Ave. NW, Ste. 600<br>Washington, DC 20530<br>reginald.jones4@usdoj.gov | |
| | |