Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
John L. Littrell, State Bar No. 221601
jlittrell@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendant
James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL LACEY, ET AL.<br><br>    Defendants | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>**MOTION TO ACCELERATE HEARING** |

    Defendants James Larkin and Michael Lacey, through their undersigned counsel of record, hereby move for an accelerated hearing to take place on May 23, 2018 at 9:00 a.m. on their concurrently filed Motion for Extension of Time to File Opposition to Motion to Disqualify Counsel.  This motion is made on the grounds that, for the reasons explained in the Motion for Extension, defendants will be irreparably harmed if their request for more time is not heard until after the due date of their response.  Further, there is a previously scheduled hearing in this case scheduled for that date and time.  See Doc. 143.

    Defendants do not expect that this motion will result in an excludable delay under 18 U.S.C. § 3161(h).

1 | Dated: May 18, 2018

/s/      *Kenneth M. Miller*
BIENERT, MILLER & KATZMAN, PLC
Attorneys for Defendant James Larkin


/s/      *Paul J. Cambria, Jr.*
LIPSITZ GREENE SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacy

MEMORANDUM OF POINTS AND AUTHORITIES

Defendants James Larkin and Michael Lacey, through their undersigned counsel of record, hereby move for an accelerated hearing on May 23, 2018 at 9:00 a.m. on their concurrently filed Motion for Extension of Time to File Opposition to Motion to Disqualify Counsel.  That motion seeks to extend their deadline to respond to the government's disqualification motion to June 6, 2018 from their current deadline of May 23, 2018.  This motion is made on the grounds that defendants will be irreparably harmed if their request for more time is not heard until after the current deadline for their response to the disqualification motion (because the deadline will have passed before the motion for extension will have been heard).  Further, there is a previously scheduled hearing in this case on that date and time.  See Doc. 143.

Dated:  May 18, 2018                                 /s/          Kenneth M. Miller
                                                     BIENERT, MILLER & KATZMAN, PLC
                                                     Attorneys for Defendant James Larkin


                                                      /s/          Paul J. Cambria, Jr.
                                                     LIPSITZ GREENE SCIME CAMBRIA LLP
                                                     Attorneys for Defendant Michael Lacy

# **CERTIFICATE OF SERVICE**

I, Toni Lindemann, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **MOTION TO ACCELERATE HEARING** on the interested parties as follows:

**X     BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

## **SEE ATTACHED SERVICE LIST**

__     **BY MAIL** - I deposited such envelope in the mail at San Clemente, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Clemente, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

This certificate was executed on May 18, 2018, at San Clemente, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Toni Lindeman*
Toni Lindemann

1
PROOF OF SERVICE

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| COUNSEL | REPRESENTING |
|---|---|
| Anne M. Chapman<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Email: anne@mscclaw.com | Michael Lacey, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught |
| Lee Stein<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>lee@mscclaw.com | Michael Lacey, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught |
| Larry Debus<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>lld@dkwlawyers.com | Michael Lacey |
| Larry Kazan<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>lik@dkwlawyers.com | Michael Lacey |
| Gregory M. Zamora<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>gmz@dkwlawyers.com | Michael Lacey |
| James C. Grant<br>Davis Wright Tremaine LLP<br>1201 3rd Ave., Ste. 2200<br>Seattle, WA 98101-3045<br>jimgrant@dwt.com | Michael Lacey |
| Robert Corn-Revere<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>bobcornrevere@dwt.com | Michael Lacey |
| Ronald G. London<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>ronnielondon@dwt.com | Michael Lacey |
|  |  |

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| | |
|---|---|
| Paul J. Cambria, Jr.<br>Liptsitz Green Scime Cambria LLP<br>42 Delaware Ave., Ste. 120<br>Buffalo, NY 14202<br>pcambria@lglaw.com | Michael Lacey |
| Janey Henze Cook<br>Henze Cook Murphy PLLC<br>4645 N 32nd St., Ste. 150<br>Phoenix, AZ 85018<br>janey@henzecookmurphy.com | Michael Lacey |
| Bruce Feder<br>Feder Law Office PA<br>2930 E Camelback Rd., Ste. 160<br>Phoenix, AZ 85016<br>bf@federlawpa.com | Scott Spear |
| Michael D. Kimerer<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>mdk@kimerer.com | John Brunst |
| Rhonda E. Neff<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>rneff@kimerer.com | John Brunst |
| Gary S. Lincenberg<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>glincenberg@birdmarella.com | John Brunst |
| Ariel A. Neuman<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>aneuman@birdmarella.com | John Brunst |
| Gopi Panchapakesan<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>gpanchapakesan@birdmarella.com | John Brunst |
| KC Maxwell<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>kmaxwell@bgrfirm.com | Dan Hyer |

## USA v. Lacey, et al.
## USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)

| | |
|---|---|
| David Wakukawa<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>dwakukawa@bgrfirm.com | Dan Hyer |
| Michael L. Piccarreta<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>mlp@pd-law.com | Andrew Padilla |
| Jefferson Keenan<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>jlk@pd-law.com | Andrew Padilla |
| Stephen M. Weiss<br>Karp & Weiss PC<br>3060 N Swan Rd.<br>Tucson, AZ 85712<br>sweiss@karpweiss.com | Joye Vaught |
| Dominic Lanza<br>US Attorneys Office<br>40 N Central Ave, Ste 1800<br>Phoenix, AZ 85004<br>dominic.lanza@usdoj.gov | USA |
| John Jacob Kucera<br>US Attorneys Office - Los Angeles, CA<br>312 N Spring St., Ste. 1200<br>Los Angeles, CA 90012<br>john.kucera@usdoj.gov | USA |
| Kevin M. Rapp<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>kevin.rapp@usdoj.gov | USA |
| Margaret Wu Perlmeter<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>margaret.perlmeter@usdoj.gov | USA |
| Reginald E. Jones<br>US Dept of Justice - Child Exploitation &<br>Obscenity Section | USA |

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| | |
|---|---|
| 1400 New York Ave. NW, Ste. 600<br>Washington, DC 20530<br>reginald.jones4@usdoj.gov | |
| | |