Thomas H. Bienert, Jr., State Bar No. 135311
*(Admitted Pro Hac Vice)*
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
*(Admitted Pro Hac Vice)*
kmiller@bmkattorneys.com
John L. Littrell, State Bar No. 221601
*(Admitted Pro Hac Vice)*
jlittrell@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700 / Facsimile (949) 369-3701

Attorneys for Defendant
James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-18-00422-PHX-SPL (BSB) |
| Plaintiff | **NOTICE OF ERRATA (DOC 149)** |
| v. | |
| Michael Lacey, et al., | |
| Defendants | |

Defendants Michael Lacey and James Larkin, through their undersigned counsel of record, hereby file this Notice of Errata.  The Motion for Extension of Time to File Opposition to Government Motion to Disqualify Counsel (Doc. 149) omitted that this is Defendant's second motion for an extension of time.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 21, 2018 | By: */s/ Kenneth M. Miller* |
| 3 | | BIENERT, MILLER & KATZMAN, PLC |
| 4 | | Attorneys for Defendant James Larkin |
| 5 | | |
| 6 | Dated: May 21, 2018 | By: /s/ Paul J. Cambria, Jr. |
| 7 | | LIPSITZ GREENE SCIME CAMBRIA LLP |
| 8 | | Attorneys for Defendant Michael Lacy |

# **CERTIFICATE OF SERVICE**

I, Pamela S. Kralich, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **NOTICE OF ERRATA (DOC 149); [Proposed] Order** on the interested parties as follows:

**X   BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

## **SEE ATTACHED SERVICE LIST**

**X   BY MAIL** - I deposited such envelope in the mail at San Clemente, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Clemente, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

This certificate was executed on May 21, 2018, at San Clemente, California.

I certify under penalty of perjury that the foregoing is true and correct.

 */s/ Pamela S. Kralich*
 Pamela S. Kralich

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| COUNSEL | REPRESENTING |
|---|---|
| Anne M. Chapman<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Email: anne@mscclaw.com | Janey Henze Cook |
| Lee Stein<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>lee@mscclaw.com | Janey Henze Cook |
| Larry Debus<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>lld@dkwlawyers.com | Michael Lacey |
| Larry Kazan<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>lik@dkwlawyers.com | Michael Lacey |
| Gregory M. Zamora<br>Debus Kazan & Westerhausen Limited<br>335 E Palm Ln.<br>Phoenix, AZ 85004-1532<br>gmz@dkwlawyers.com | Michael Lacey |
| James C. Grant<br>Davis Wright Tremaine LLP<br>1201 3rd Ave., Ste. 2200<br>Seattle, WA 98101-3045<br>jimgrant@dwt.com | Michael Lacey |
| Robert Corn-Revere<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>bobcornrevere@dwt.com | Michael Lacey |
| Ronald G. London<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>ronnielondon@dwt.com | Michael Lacey |

# USA v. Lacey, et al.
## USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)

| COUNSEL | REPRESENTING |
|---|---|
| Paul J. Cambria, Jr.<br>Liptsitz Green Scime Cambria LLP<br>42 Delaware Ave., Ste. 120<br>Buffalo, NY 14202<br>pcambria@lglaw.com | Michael Lacey |
| Janey Henze Cook<br>Lee Stein<br>Anne Chapman<br>Henze Cook Murphy PLLC<br>4645 N 32nd St., Ste. 150<br>Phoenix, AZ 85018<br>janey@henzecookmurphy.com | Michael Lacey |
| Bruce Feder<br>Feder Law Office PA<br>2930 E Camelback Rd., Ste. 160<br>Phoenix, AZ 85016<br>bf@federlawpa.com | Scott Spear |
| Michael D. Kimerer<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>mdk@kimerer.com | John Brunst |
| Rhonda E. Neff<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>rneff@kimerer.com | John Brunst |
| Gary S. Lincenberg<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>glincenberg@birdmarella.com | John Brunst |
| Ariel A. Neuman<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>aneuman@birdmarella.com | John Brunst |
| Gopi Panchapakesan<br>Bird Marella<br>1875 Century Park E # 23, Los Angeles, CA 90067<br>gpanchapakesan@birdmarella.com | John Brunst |

## USA v. Lacey, et al.
## USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)

| COUNSEL | REPRESENTING |
|---|---|
| KC Maxwell<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>kmaxwell@bgrfirm.com | Dan Hyer |
| David Wakukawa<br>Browne George Ross LLP<br>101 California St., Ste. 1225<br>San Francisco, CA 94111<br>dwakukawa@bgrfirm.com | Dan Hyer |
| Michael L. Piccarreta<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>mlp@pd-law.com | Andrew Padilla |
| Jefferson Keenan<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>jlk@pd-law.com | Andrew Padilla |
| Stephen M. Weiss<br>Karp & Weiss PC<br>3060 N Swan Rd.<br>Tucson, AZ 85712<br>sweiss@karpweiss.com | Joye Vaught |
| Dominic Lanza<br>US Attorneys Office<br>40 N Central Ave, Ste 1800<br>Phoenix, AZ 85004<br>dominic.lanza@usdoj.gov | USA |
| John Jacob Kucera<br>US Attorneys Office - Los Angeles, CA<br>312 N Spring St., Ste. 1200<br>Los Angeles, CA 90012<br>john.kucera@usdoj.gov | USA |
| Kevin M. Rapp<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>kevin.rapp@usdoj.gov | USA |

**USA v. Lacey, et al.**
**USDC - Arizona Case No. CR-18-00422-PHX-SPL (BSB)**

| COUNSEL | REPRESENTING |
|---|---|
| Margaret Wu Perlmeter<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>margaret.perlmeter@usdoj.gov | USA |
| Reginald E. Jones<br>US Dept of Justice - Child Exploitation & Obscenity Section<br>1400 New York Ave. NW, Ste. 600<br>Washington, DC 20530<br>reginald.jones4@usdoj.gov | USA |