IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Michael Lacey, et al.,<br><br>    Defendants | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SECOND EXTENSION OF TIME TO FILE OPPOSITION TO GOVERNMENT MOTION TO DISQUALIFY COUNSEL** |

Upon Defendants' Second Motion for Extension of Time to File Opposition to Government Motion to Disqualify Counsel, from the current deadline of May 23, 2018, and good cause appearing,

IT IS HEREBY ORDERED:

Extending the otherwise applicable time for filing all Defendants' responses to government's motion to disqualify counsel for fourteen (14) days and the responses will be due on or before June 6, 2018.

Dated:_____

_____
HONORABLE BRIDGET S. BADE
United States Magistrate Judge