# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | |
| v. | |
| Michael Lacey, et al., | **ORDER** |
| Defendants. | |

The Court has considered Henze Cook Murphy, PLC's Unopposed Motion for Extension of Time (Doc. 147), and good cause appearing,

**IT IS ORDERED** that the motion (Doc. 147) is **GRANTED** and the deadline for Henze Cook Murphy, PLC to respond to the United States' pending Motion to Disqualify Counsel (Doc. 118) is extended to and including **June 6, 2018**.

Dated this 21st day of May, 2018.

Bridget S. Bade
United States Magistrate Judge