IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Def. 1 Michael Lacey<br>Def. 2 James Larkin,<br><br>　　　　　　Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

Defendants James Larkin and Michael Lacey have filed a motion for an extension of time to file an opposition in response to the government's motion to disqualify counsel (second request). (Doc. 149.) These Defendants ask the Court to extend the time for their response in opposition from May 23, 2018 to June 6, 2018. (*Id*.) Defendants state that they were unable to resolve this issue through personal consultation with the government's counsel. (*Id*. at 2.)

Defendants have also filed a motion for an accelerated hearing on their motion for an extension of time. (Doc. 150.) Defendants ask the Court to set a hearing on the motion for an extension of time for May 23, 2018 at 9:00 a.m., at the same time as another hearing in this matter. (*Id*.) However, Defendants subsequently filed a notice of errata after realizing that the May 23, 2018 hearing is set before United States District Judge Steven P. Logan, not before United States Magistrate Judge Bridget S. Bade.[1]

---

[1] The government's motion to disqualify counsel (Doc. 118) was referred to United States Magistrate Judge Bridget S. Bade on May 2, 2018. (Doc. 129.)

(Doc. 153.) The government has not yet filed a response to Defendants' motion for an extension of time.

Although the Court cannot set an accelerated hearing on the motion for an extension of time for May 23, 2018, at the same time as the hearing set before United States District Judge Steven P. Logan, it recognizes that Defendants' response to the motion to disqualify counsel is due before the government's response to the motion for an extension of time is due. Therefore, the Court will order expedited briefing on the motion for an extension of time and stay the deadline for the Defendants' response to the motion to disqualify until it rules on the motion for an extension of time.

Accordingly,

**IT IS ORDERED** that the government must file its response to Defendants' motion for an extension of time (Doc. 149) by **May 23, 2018 at 12:00 p.m.**

**IT IS FURTHER ORDERED** that Defendants must file their reply in support of their motion for an extension of time, if any, by **May 24, 2018 at 9:00 a.m.**

**IT IS FURTHER ORDERD** that the deadline for Defendants' response to the motion to disqualify counsel is stayed pending resolution of their motion for an extension of time.

**IT IS FURTHER ORDERED** that Defendants' motion to accelerate hearing (Doc. 150) is **DENIED** as moot.

Dated this 21st day of May, 2018.

_____
Bridget S. Bade
United States Magistrate Judge