# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



## Notice Regarding United States Passport for Criminal Defendant

**To:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**From:** Stuart Siegel
1100 Commerce Street
Room 1329
Dallas, TX 75242

☒ Original Notice
  Date: 4/12/2018
  By: Stuart Siegel- U.S. Probation Officer

☐ Notice of Disposition
  Date:
  By:

---

Defendant:     Jaala Joye Vaught          Case No.: 2:18-CR-00422(7)
Date of Birth:
SSN:
Place of Birth:   Phoenix, Arizona

---

**Notice of Court Order** (Order Date: 4/6/2018)

☒  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☒  The above-named defendant surrendered Passport Number 5687          to the custody of the U.S. District Court on the 4/12/2018.

---

**Notice of Disposition**

The above case has been disposed of.

☐  The above order of the court is no longer in effect.

☐  Defendant not convicted – Document returned to defendant.

☐  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐  Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court