PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ 85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | DEFENDANT PADILLA'S JOINDER IN DEFENDANTS MICHAEL LACEY AND JAMES LARKIN'S MOTION FOR EXTENSION OF TIME (DOC. 147) TO RESPOND TO THE GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL (DOC. 118) |
| vs. | |
| 6. Andrew Padilla, (Counts 1-51) | |
| Defendants. | |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this motion or an order based thereon, as explained more fully below.

Defendant Andrew Padilla joins in defendants Michael Lacey and James Larkin's Motion for Extension of Time (First Request) (Doc. 147) to respond to the government's pending Motion to Disqualify Counsel (Doc. 118), and requests that the deadline for all defendants' responses be extended to June 6, 2018.

Additional time is needed to complete the research and properly prepare the response. This defendant's response will focus on the implications to the Fifth and Sixth Amendments to the United States Constitution and the impact as to all of the defendants if the government's motion is granted. Additionally, since the response deadline for the law firm of Henze Cook Murphy PLLC has been extended to June 6, 2018, it seems to

make sense that all responses be due on the same date so that the same motion and issues are on the same time schedule and the government can simultaneously respond to all responses in its reply.

WHEREFORE, it is requested that the response time for all defendants to respond to the government's Motion to Disqualify Counsel (Doc. 118) be extended until June 6, 2018.

RESPECTFULLY SUBMITTED this 23rd day of May, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/     Michael L. Piccarreta
         Michael L. Piccarreta
         Attorney for Andrew Padilla

On May 23, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Tom Bienert (via email: tbienert@bmkattorneys.com)
Paul Cambria (via email: pcambria@lglaw.com)
Bruce Feder (via email: bf@federlawpa.com; fl@federlawpa.com)
Mike Kimerer (via email: mdk@kimerer.com)
Gary Lincenberg (via email: gsl@birdmarella.com)
KC Maxwell (via email: kcm@kcmaxlaw.com)
Steve Weiss (via email: sweiss@karpweiss.com)