**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN "JED" BRUNST, DAN HYER, ANDREW PADILLA, and JOYE VAUGHT <br><br> Defendants | 2:18-CR-00422-SPL <br> (CR-18-422-PHX-SPL (BSB) <br><br><br> JOINDER IN DEFENDANT LARKIN'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1) may occur as a

result of this Motion or an order based thereon, as explained more fully below.

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss,

hereby joins in the Motion to Extend Time to file a Response to the Government's

Motion to Disqualify Counsel filed by and on behalf of Defendant Larkin and adopts the

positions set forth in said Motion as if fully set forth herein.  The issues raised by

Defendant Larkin in said Motion apply with equal force to Defendant Vaught.

DATED this 23rd day of May, 2018.

**KARP & WEISS, P.C.**

By ___*/s/ Stephen M. Weiss*___
Stephen M. Weiss
Attorney for Defendant Vaught

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of May, 2018, I electronically transmitted the foregoing Joinder in Defendant Larkin's Motion for Extension of Time to File Response to Government's Motion to Disqualify Counsel on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

Kevin M. Rapp:  kevin.rapp@usdoj.gov
Dominic William Lanza:  dominic.lanza@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Attorneys for Government

Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
K. C. Maxwell:  kmaxwell@bgrfirm.com
Michael D. Kimerer:  MDK@kimerer.com
Michael L. Piccarreta:  mlp@pd-law.com
Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Attorneys for Defendants

2