Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone: 602-279-5900
Facsimile: 602-264-5566
mdk@kimerer.com
rneff@kimerer.com
*Attorneys for Defendant Jed Brunst*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOHN "JED" BRUNST**, <br><br> Defendant. | Case No. 2:18-cr-00422-004-PHX-SPL <br><br> **DEFENDANT BRUNST'S NOTICE OF JOINDER IN DEFENDANTS LACEY AND LARKIN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL** <br><br> "Defendant Not in Custody" <br><br> (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, joins in defendants Michael Lacey and James Larkin's Motion for Extension of Time (First Request) (Doc. 147) to respond to the Government's pending Motion to Disqualify Counsel (Doc. 118), as well as defendant Padilla's Joinder to that motion (Doc. 160), and hereby requests that this Court grant the relief sought by defendant Padilla to extend the deadline as to all defendants to June 6, 2018.

Defendant Brunst is in agreement with the grounds listed in Defendant Larkin and Lacey's Motion for Extension of Time (Doc. 147) as well as the grounds in Defendant Padilla's Joinder (Doc. 160).

Wherefore, it is requested that the response time for all defendants to respond to the Government's Motion to Disqualify Counsel (Doc. 188) be extended until June 6, 2018.

Respectfully submitted this 23rd day of May, 2018.

        KIMERER & DERRICK, P.C.

        /s/ Michael D. Kimerer
        Michael D. Kimerer
        Rhonda Elaine Neff
        1313 E. Osborn Road, Suite 100
        Phoenix, AZ 85014
        *Attorneys for Defendant John "Jed" Brunst*

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, I electronically transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendant Lacey and Larkin's Motion for Extension of Time to Respond to Government's Motion to Disqualify Counsel to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com

James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
*Attorney for Defendant Joye Vaught*

By: /s/ Melissa Wallingsford