ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | CR-18-422-PHX-SPL (BSB)<br><br>**UNITED STATES' MOTION TO TRANSFER CASES** |

On March 28, 2018, the grand jury returned an indictment against seven defendants in *United States v. Lacey, et al.*  That case was assigned to Judge Logan and given the case number CR 18-422-PHX-SPL.  Subsequently, two related cases—both arising from the same underlying events and transactions—were opened and assigned to Judge Humetewa.

Those two related cases are *United States v. Ferrer* (CR 18-464-PHX-DJH) and *United States v. Backpage.com, LLC et al.* (CR 18-465-PHX-DJH).

Pursuant to Arizona Local Rule of Civil Procedure 42.1 and Arizona Local Rule of Criminal Procedure 5.2, the United States respectfully moves to transfer the more recently-opened cases (Case Nos. CR 18-464-PHX-DJM and CR 18-465-PHX-DJM) from Judge Humetewa to Judge Logan, who is the assigned judge in the older case (Case No. CR 18-422-PHX-SPL).  Such a transfer is appropriate because all of these matters arise from substantially the same transaction or event, because all of these matters may call for determination of substantially the same questions of law, and because assignment to a different district judge would otherwise entail substantial duplication of labor.  *See* LR Civ. P. 42.1(a) ("When two or more cases are pending before different Judges, a party in any of those cases may file a motion to transfer the case or cases to a single Judge on the ground that the cases . . . arise from substantially the same transaction or event; . . . call for determination of substantially the same questions of law; or . . . for any other reason would entail substantial duplication of labor if heard by different Judges."); LR Crim. P. 5.2 ("With regard to transfer of related cases assigned to different Judges to a single judge, . . . see Rule 42.1, Local Rules of Civil Procedure.").[1]

Undersigned counsel can avow that counsel for Mr. Ferrer (in CR 18-464-PHX-DJM) and counsel for the corporate entities (in CR 18-465-PHX-DJM) have no objection to this request.

---

[1] This motion is being filed in the docket of CR 18-422-PHX-SPL (BSB), as opposed to the dockets of the more recently-filed cases, because this approach is required by LR Civ. P. 42.1(b):  "A motion to transfer under subparagraph (a) . . . must identify all the cases that are the subject of the motion by case name and case number. The movant . . . must file the motion in the case with the lowest case number in which the movant is a party.  The ECF System . . . will electronically file the motion in each affected case identified in the motion."

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 24th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s Kevin Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

Certificate of Service: I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, Gregory Zamora, James Grant, Larry Debus, Lawrence Kazan, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss, Nanci Clarence, Jonathan Baum, David Botsford.

*s/Zachry Stoebe*
U.S. Attorney's Office