IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | CR-18-422-PHX-SPL (BSB)<br><br>**ORDER** |

　　Upon the motion of the United States, and good cause showing, **IT IS HEREBY ORDERED** granting the United States' motion to transfer cases.

　　**IT IS FURTHER ORDERED** that *United States v. Carl Ferrer*, No. CR 18-464-PHX-DJH (JZB), will hereafter be assigned to this Court and captioned as *United States v. Carl Ferrer*, No. CR 18-464-PHX-SPL (BSB).

　　**IT IS FURTHER ORDERED** that *United States v. Backpage.com, LLC et al.*, No. CR 18-465-PHX-DJH (JZB), will hereafter be assigned to this Court and captioned as *United States v. Backpage.com, LLC et al.*, No. CR 18-465-PHX-SPL (BSB).

　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

　　SO ORDERED this _____ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HON. STEVEN P. LOGAN
UNITED STATES DISTRICT JUDGE