**LARRY L. DEBUS, State Bar #002037**
**LAWRENCE I. KAZAN, State Bar #005456**
**Debus, Kazan & Westerhausen, Ltd.**
**335 East Palm Lane**
**Phoenix, AZ 85004**
**Telephone:  (602) 257-8900**
**Facsimile:   (602) 257-0723**
**E-Mail: lld@dkwlawyers.com**
**E-Mail: lik@dkwlawyers.com**
**Attorneys for Defendant Lacey**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL** |
| MICHAEL LACEY, et al., | |
| Defendants. | |

Larry Debus and Larry Kazan of Debus, Kazan & Westerhausen, Ltd. hereby withdraw as counsel in this matter.   Undersigned counsel's appearances were limited to the Initial Appearance and Mr. Lacey is represented by Paul Cambria.

Respectfully submitted this 29th day of May 2018.

DEBUS, KAZAN & WESTERHAUSEN, LTD

By _____
Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant

1

### CERTIFICATE OF SERVICE

2

    I hereby certify that on the 29th day of May 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System, which will send a filing notification to all counsel of record.

3

4

5

6

By_____

7

Larry L. Debus
Lawrence I. Kazan
Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28