# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

Upon the motion of the United States, and good cause showing,

**IT IS HEREBY ORDERED** granting the United States' Motion to Transfer Cases (Doc. 164).

**IT IS FURTHER ORDERED** that United States v. Carl Ferrer, No. CR-18-00464-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Carl Ferrer, No. CR-18-00464-PHX-SPL-(BSB).

**IT IS FURTHER ORDERED** that United States v. Backpage.com, LLC et al., No. CR 18-465-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Backpage.com, LLC et al., No. CR-18-00465-PHX-SPL-(BSB).

**IT IS FURTHER ORDERED** directing the Clerk's Office to file this order in all three above-mentioned cases.

. . .

. . .

. . .

1 | The Court finds excludable delay under Title 18 U.S.C. § 3161(h)____ from_____
2 | to _____ .
3 | Dated this 30th day of May, 2018.

*[signature]*
Honorable Steven P. Logan
United States District Judge