✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of                     ARIZONA

| United States of America | CONSENT ORDER GRANTING |
|---|---|
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| Michael Lacey, et al. | CASE NUMBER:  18-CR-00422 SPL |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court,   Daniel Hyer   substitutes

(Party (s) Name)

K.C. Maxwell   , State Bar No.   214701   as counsel of record in

(Name of New Attorney)

place of    Browne George Ross LLP   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    MAXWELL LAW, PC

Address:    899 ELLIS STREET, SAN FRANCISCO, CA  94109

Telephone:    (415) 494-8887       Facsimile

E-Mail (Optional):    kcm@kcmaxlaw.com

I consent to the above substitution.

Date:    5/17/2018

_____
(Signature of Party (s))

I consent to being substituted.

Date:    5/17/2018

Brown George Ross LLP
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    5/31/2018

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**