# EXHIBIT A

## DECLARATION OF MICHAEL LACEY

I, Michael Lacey, declare:

1. I am a defendant in the above captioned matter.

2. My lead trial counsel in this matter is Paul Cambria of the Buffalo, New York law firm of Lipsitz Green Scime Cambria.

3. I am also represented in this matter by Tom Henze and Janey Henze Cook of Henze Cook Murphy, a Phoenix, Arizona law firm.

4. I understand that Tom and Janey previously represented a non-party to this case, Carl Ferrer, who was the CEO of Backpage.com, a company I co-founded.

5. I further understand that Mr. Ferrer has pled guilty to crimes related to his work for Backpage.com, is cooperating with the Government, and is likely to be a witness in this case.

6. I have discussed with Mr. Cambria my understanding of Tom and Janey's prior representation of Mr. Ferrer and the issues raised by that representation.

7. Mr. Cambria explained the potential risks of Tom and Janey continuing to represent me in a limited capacity notwithstanding their previous representation of Mr. Ferrer. In particular, we discussed the fact that Tom and Janey would not be able to reveal any confidences of Mr. Ferrer, would not be able to cross examine Mr. Ferrer or others in the trial, and could only represent me in a limited capacity, specifically on forfeiture matters, limited administrative matters, and with respect to conditions of my pretrial release.

8. I understand that Tom and Janey owe continuing duties to Mr. Ferrer, as their former client.

9. I continue to want to be represented by Tom and Janey after having thoroughly discussed the matter with Mr. Cambria and considered my alternative options.

10. I would like the court to understand why I want Tom and Janey to be part of my legal team. Because of my former co-ownership of the controversial website, Backpage.com, I have had to select a legal team for a complicated and seemingly endless courtroom battle.

11. I chose attorneys believing that in the face of threats at both the state and federal level, I would, at a minimum, choose who spoke on my behalf.

12. In the strongest terms possible, I would like the court to understand that I want Tom and Janey Henze. They are my family firm: the counseled my oldest son when his teenage years overtook him; they did the legal review of exposes I wrote about the notorious Maricopa County Sheriff, Joe Arpaio. They bailed me out of jail when the Sheriff arrested me for articles I published about his ethical lapses. When the FBI arrested me, they swept up my wife's jewelry, jewelry she owned prior to our engagement, prior to our first date. Now the Henze's are also helping my wife.

13. When the State of California had a warrant out for my detention, the Henze's turned me over.

14. Now, I want Tom and Janey to be part of the legal team in the latest legal chapter.

15. The firm is also managing my assets and administering the paying of my bills. This is not a simple accounting task because the government seized my bank accounts. They are the interface between creditors, on the one hand, and federal authorities on the other, all stakeholders in my financial affairs.

16. Finally, they not only have my confidence, they are friends. This is not a small point in a large confrontation.

17. I hereby give my written consent to Tom Henze and Janey Henze Cook representing me.

EXECUTED this 6 day of June, 2018.

_____
Michael Lacey