1  **KARP & WEISS, P.C.**
   **3060 North Swan Road**
2  **Tucson, Arizona 85712-1225**
   **Telephone (520) 325-4200**
3  **Facsimile (520) 325-4224**

4  **Stephen M. Weiss**
   **PCC No. 61412**
5  **State Bar No. 002261**
   sweiss@karpweiss.com
6
   **Adam C. Page**
7  **PCC No. 66148**
   **State Bar No. 025015**
8  apage@karpweiss.com

9  **Attorneys for Defendant Joye Vaught**

10             **IN THE UNITED STATES DISTRICT COURT**

11                **FOR THE DISTRICT OF ARIZONA**

12
   | UNITED STATES OF AMERICA, | 2:18-CR-00422-SPL |
13 | | (CR-18-422-PHX-SPL (BSB) |
   | Plaintiff | |
14 | | |
   | v. | JOINDER IN DEFENDANT |
15 | | PADILLA'S OPPOSITION TO |
   | MICHAEL LACEY, JAMES LARKIN, | GOVERNMENT'S MOTION TO |
16 | SCOTT SPEAR, JOHN "JED" BRUNST, | DISQUALIFY COUNSEL |
   | DAN HYER, ANDREW PADILLA, and | |
17 | JOYE VAUGHT | |
   | | |
18 | Defendants | |

19

20         The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss,

21 hereby joins in Defendant Padilla's Opposition to the Government's Motion to

22 Disqualify Counsel and adopts the positions set forth in said Motion as if fully set forth

23 herein.  The issues raised by Defendant Padilla in said Motion apply with equal force to

24 Defendant Vaught.

25

26

27

28

                                          1

DATED this 6th day of June, 2018.

**KARP & WEISS, P.C.**

By _____ */s/ Stephen M. Weiss*
Stephen M. Weiss
Attorney for Defendant Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2018, I electronically transmitted the foregoing Joinder in  Defendant Padilla's Opposition to Government's Motion to Disqualify Counsel on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

Kevin M. Rapp:  kevin.rapp@usdoj.gov
Dominic William Lanza:  dominic.lanza@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Attorneys for Government

Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
K. C. Maxwell:  kmaxwell@bgrfirm.com
Michael D. Kimerer:  MDK@kimerer.com
Michael L. Piccarreta:  mlp@pd-law.com
Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Attorneys for Defendants