# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Defendants Michael Lacey and James Larkin have filed a Motion for Leave to File Over-Length Opposition to United States' Motion to Disqualify Counsel (Doc. 179), and they ask the Court to allow them to file an opposition that exceeds the page limits by seven pages. The Court finds good cause to allow the additional pages.

Therefore,

**IT IS ORDERED** that the motion is **GRANTED**. Defendants Lacey and Larkin may file a response to the government's motion to disqualify counsel that exceeds the page limit by seven pages.

**IT IS FURTHER ORDERED** that the Clerk of Court will treat Defendants' response (Doc. 180) as properly filed. The Court reminds counsel that they must lodge a proposed filing that exceeds page limits with a motion to exceed the page limits, and the Court will determine if the document may be filed.

Dated this 7th day of June, 2018.

_____
Bridget S. Bade
United States Magistrate Judge