Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

*Attorney for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT LACEY'S<br>NOTICE OF JOINDER IN DEFENDANT PADILLA'S OPPOSITION TO GOVERNMENT'S<br>MOTION TO DISQUALIFY<br><br>(Oral argument requested) |

   Defendant Michael Lacey, by and through his undersigned attorney, hereby joins in Defendant Andrew Padilla's Opposition to Government's Motion to Disqualify Counsel (Doc. 177).  Mr. Lacey adopts the positions set forth in that opposition as if fully set forth herein.

   RESPECTFULLY SUBMITTED this 8th day of June, 2018,


             */s/     Paul J. Cambria, Jr.*
                  LIPSITZ GREEN SCIME CAMBRIA LLP
                  Attorneys for Defendant Michael Lacey

| | |
|---|---|
| 1 | On June 8, 2018, a PDF version |
| 2 | of this document was filed with |
| 3 | Clerk of the Court using the CM/ECF |
| 4 | System for filing and for Transmittal |
|   | Of a Notice of Electronic Filing to the |
| 5 | Following CM/ECF registrants: |
| 6 | |
|   | Dominic Lanza, dominic.lanza@usdoj.gov |
| 7 | Kevin Rapp, kevin.rapp@usdoj.gov |