**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      ) | NO. CR18-00422 PHX SPL |
| Plaintiff,      ) | |
| vs.      ) | **DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANTS' OPPOSITIONS TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL** |
| Scott Spear.      ) | |
| Defendant.      ) | |

The Defendant, Scott Spear, by and through his attorneys undersigned, and to the extent it involves Defendant Spear, Mr. Spear joins in Defendant Lacey's Opposition to Government's Motion to Disqualify Henze Cook Murphy, PLLC filed on June 6, 2018 [DE 174] AND Henze Cook Murphy's Response to the United States' Motion to Disqualify Counsel filed June 6, 2018 [DE176].

Most relevant to Defendant Spear, he joins in the opposition to the disqualification of Davis Wright Tremaine that was filed on June 6, 2018 [DE 180].  Defendant Spear hereby joins in Defendant Padilla's Opposition to government's Motion to Disqualify counsel filed June 6, 2018 [DE 177].  Defendant Spear is similarly situation to Defendant Padilla and adopts his positions set forth in said Response as if fully set forth herein.

Defendant Spear is in agreement with the arguments made in the respective responses and those responses sufficiently state Defendant Spear's position on the issue of disqualification of both Henze Cook Murphy and, separately, Davis Wright Tremaine, LLP.

Therefore, Defendant Spear respectfully requests this Court deny the Government's Motion to Disqualify.

RESPECTFULLY SUBMITTED this 8th day of June, 2018.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
Peter S. Kozinets:   Peter. Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:** pcambira@lglaw.com
**James Grant:** jimgrant@dwt.com
**Erin McCampbell:** emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:** ronnielondon@dwt.com
**Janey Henze Cook:** janey@henzecookemurphy.com
**John Littrell:** jlittrell@bmkattorneys.com
**Kenneth Miller:** kmiller@bmkattorneys.com
**Thoms Bienert:** tbienert@bmkattorneys.com
**KC Maxwell:** kcm@kcmazlaw.com

1   **David Wakukawa:** dsw@kcmaxlaw.com
    **Michael Piccarreta:** mlp@pd-law.com
2   **Stephen M. Weiss:**   sweiss@karpweiss.com
    **Michael Kimerer:**   mdk@kimerer.com
3   **Tom Bienert:**   tbienert@bmkattorneys.com
    **Gary Lincenberg:**   gsl@birdmarella.com
4   *Attorneys for the Defense*

5

6   *By: /s/    A. Jones_____*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26