# **Exhibit B**

```
                        0818FERRER.txt


 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4
    BACKPAGE.COM, LLC,,                  )
 5                                       )
                                         )
 6           Plaintiff,                  )
                                         )
 7   VS.                                 ) Case No.
                                         ) 1:15-cv-06340
 8   THOMAS J. DART, Sheriff of Cook     )
     County, Illinois,                   )
 9                                       )
                                         )
10           Defendant.                  )
    _____
11

12

13          VIDEOTAPED DEPOSITION OF CARL FERRER

14                 Tuesday, August 18, 2015

15                   Los Angeles, California

16

17  REPORTED BY:

18  GRACE CHUNG, CSR No. 6426, RMR, CRR, CLR

19  FILE NO.: 445

20

21

22

23
                           Page 1
```

0818FERRER.txt

24

25

        1

1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF ILLINOIS

3                      EASTERN DIVISION

4

   BACKPAGE.COM, LLC,,                    )
5                                         )
                                          )
6           Plaintiff,                    )
                                          )
7   VS.                                   ) Case No.
                                          ) 1:15-cv-06340
8   THOMAS J. DART, Sheriff of Cook       )
    County, Illinois,                     )
9                                         )
                                          )
10          Defendant.                    )
   _____
11

12

13

14           Videotaped Deposition of CARL FERRER

15   taken on behalf of Defendant, at 333 South Hope

16   Street, 29th Floor, Los Angeles, California,

17   beginning at 4:13 p.m. and ending at 7:53 p.m., on

18   Tuesday, August 18, 2015, before GRACE CHUNG, CSR

19   No. 6246, RMR, CRR, CLR.

```
                            0818FERRER.txt
    20

    21

    22

    23

    24

    25

                                                                    2



     1                    A P P E A R A N C E S

     2

     3    For the Plaintiff:

     4
          HENZE COOK MURPHY
     5    BY: TOM HENZE, ESQ.
              JANEY HENZE COOK, ESQ
     6    4645 North 32nd Street
          Suite 150
     7    Phoenix, Arizona 85018
          (602) 956-1730
     8    tom@henzecookmurphy.com
          janey2henzecookmurphy.com
     9    (602) 956-1730


    10
          For the Defendant:
    11
          KIRKLAND & ELLIS
    12    BY:  ZACHARY D. HOLMSTEAD, ESQ.
          300 North LaSalle
    13    Chicago, Illinois 60654
          (312) 862-2392
    14    zachary.holmstead@kirkland.com


    15

    16    Also Present:    TOM BISHEL, Videographer
                                Page 3
```

```
                           0818FERRER.txt
   17                    LIZ McDOUGALL

   18

   19

   20

   21

   22

   23

   24

   25

                                                                      3




    1                            INDEX

    2   WITNESS    EXAMINATION                              PAGE

    3     CARL FERRER

    4          BY MR. HOLMSTEAD                               6

    5          BY MS. COOK                                  127

    6

    7                          EXHIBITS

    8    NO.       DESCRIPTION                             PAGE

    9   Exhibit 25   Letter from Bank Frick to Payment      38
                     Solutions, dated June 30, 2015
   10
        Exhibit 26   E-mail to Yoni (Privilege               47
   11                Redaction)

   12   Exhibit 27   E-mail chain, with top e-mail from      61
                     Julie Rottenberg to Thomas Brown,
                              Page 4
```

```
                          0818FERRER.txt
13              dated July 9, 2015

14   Exhibit 28   E-mail chain, with top e-mail from    86
                  Carl Ferrer to Trent Voigt, dated
15                July 21, 2015

16   Exhibit 29   Declaration of Carl Ferrer in         99
                  support of motion for temporary
17                restraining order

18   Exhibit 30   E-mail chain, with top e-mail from   106
                  Mickey Jansen to Carl Reffer, dated
19                July 21, 2015

20

21            QUESTIONS INSTRUCTED NOT TO ANSWER

22                       PAGE   LINE

23                        95     21

24

25


                                                         4
```

```
1            THE VIDEOGRAPHER:  Good afternoon.  We are

2    now going on the record.  Today's date is August

3    18th, 2015.  And the time is approximately 4:13

4    p.m.  The location is 333 South Hope Street, 29th

5    floor, Los Angeles, California 90071.  My name is

6    Tom Bishel, video specialist representing Certus

7    Deposition Services.  The civil action number is

8    115-CV-06340 in the matter of Backpage.com, LLC

9    versus Thomas J. Dart, et al.  The deponent is Carl
                              Page 5
```

0818FERRER.txt

10  Ferrer.  The video deposition is requested by the

11  law offices of Kirkland & Ellis.

12              Will all counsel please identify

13  yourselves and state whom you represent.

14              MR. HOLMSTEAD:  Zach Holmstead on behalf

15  of Sheriff Dart.

16              MS. COOK:  Janey Henze Cook of Henze Cook

17  Murphy on behalf of Backpage.com.

18              MR. HENZE:  Tom Henze on behalf of

19  Backpage.com.    MS. McDOUGALL:  Liz McDougall on

20  behalf of Backpage.com.

21              MR. HENZE:  Yeah.  And I think we ought to

22  state for the record that in her capacity as

23  general counsel, Liz McDougall is in the room.  She

24  is not going to participate in lawyering the

25  deposition, however.

                                                          5

 1                   CARL FERRER,

 2     having been first duly sworn, was examined

 3              and testified as follows:

 4                   EXAMINATION

 5  BY MR. HOLMSTEAD:

0818FERRER.txt

6    Q.   Good afternoon.

7    A.   Good afternoon.

8    Q.   Will you state your name for the record?

9    A.   Carl Ferrer.

10   Q.   And how many times have you testified in
11   open court, Mr. Ferrer?

12   A.   Four times.

13   Q.   Were any of those civil matters?

14   A.   No.

15   Q.   How many times have you been deposed?

16   A.   One time.

17   Q.   Was that in a civil matter?

18   A.   Yes.

19   Q.   What was the nature of the case?

20   A.   It was two newspapers suing each other.

21   Q.   Do you remember what court it was in or
22   what state?

23   A.   I recall the case was in either Midland,
24   Texas or Odessa, Texas, I'm not sure which one.

25   Q.   Thank you.

                                                          6



1             And do you remember what year it was that
2    you were deposed?

0818FERRER.txt

3      A.    I don't.  It was a long time ago.

4      Q.    More than ten years ago?

5      A.    Yes.

6      Q.    Okay.  And having testified before and

7   given a deposition before, you understand that you

8   are under oath?

9      A.    I do.

10     Q.    And the most important thing this

11  afternoon is that you and I understand each other.

12  So if at any point I ask a question that's unclear,

13  or you don't understand what you heard, just let me

14  know.  I am happy to re-ask it or rephrase it.

15  Okay?

16     A.    Agreed.

17     Q.    And if you go ahead and answer the

18  question, then I'll assume that you heard it and

19  that you understood it.  Is that fair?

20     A.    Yes.

21     Q.    And I also wanted to just state for the

22  record that in accordance with the hearing that we

23  had last week, we will be covering a limited number

24  of topics at your deposition today, and we can

25  cover the remaining topics at the next deposition.

0818FERRER.txt

7

 1  Okay?

 2      A.   Yes.

 3      Q.   And, in -- in general, unless I state

 4  otherwise, my questions are limited to the time

 5  period January 1st, 2015, through the present.

 6      A.   Okay.

 7      Q.   Great.  What did you do to prepare for

 8  your deposition today?

 9      A.   Today, I read the -- my declaration and

10  some of the exhibits.

11      Q.   That was what you did today?

12      A.   That's what I did today, yes.

13      Q.   What else have you done to prepare for

14  your deposition?

15      A.   Yesterday I met with counsel.

16      Q.   Who was that?

17      A.   The counsel that's present here today, Tom

18  Henze, Janey Henze.

19      Q.   Was Ms. McDougall there?

20      A.   I'm sorry?

21      Q.   Was Ms. McDougall present at that --

22      A.   And -- and Liz McDougall.

Page 9

0818FERRER.txt

23      Q.   Approximately, how long did that meeting

24   last?

25      A.   We met in -- during the day.  There was a

                                                             8

1    break.  There was a series of breaks so I'm trying

2    to put together the time.

3       Q.   Sir, just to the nearest part.

4       A.   I -- I would estimate eight to ten hours.

5       Q.   And did you personally review any

6    documents outside your declaration and the

7    exhibits?

8       A.   Say -- I'm sorry.

9       Q.   Sure.  You mentioned that you reviewed

10   today your declaration and some of the exhibits.

11   Have you reviewed any other documents to prepare

12   for your deposition?

13      A.   No.

14      Q.   You didn't, for example, open your e-mail

15   account and go -- scroll through all the e-mails to

16   try to refresh your memory about things that had

17   happened?

18      A.   I did not go through my e-mails today to

19   refresh my memory.

0818FERRER.txt

 20      Q.   How about since the time that you -- your

 21  deposition was noticed last week?

 22      A.   Yesterday I went through old e-mails with

 23  counsel.

 24      Q.   And you are aware that Ms. McDougall was

 25  deposed this morning?

                                                          9

  1      A.   Yes.

  2      Q.   Have you discussed Ms. McDougall's

  3  deposition with anyone?

  4      A.   I have not discussed -- I'm sorry, I

  5  didn't understand that question.

  6      Q.   Sure.  Did -- did you discuss any of

  7  the -- for example, the topics that Ms. McDougall

  8  was deposed about this morning?

  9      A.   No.

 10      Q.   Did you have any conversations regarding

 11  any of the substance of Ms. McDougall's deposition?

 12      A.   No.

 13           MR. HENZE:  Counsel, can I make a

 14  statement for the record, just -- just because I

 15  think Mr. Ferrer's not a lawyer.  As you know, from

                         Page 11

```
                              0818FERRER.txt
16   the previous deposition, Ms. McDougall fulfilled
17   some of her 30(b)(6) witness duties by sitting down
18   with Carl and trying to gain corporate knowledge.
19   But I -- I don't want you to be misunderstood.
20   Ms. McDougall was not preparing Mr. Ferrer for his
21   deposition, although we met -- we met yesterday, we
22   did both things in the same day, I guess, is what
23   I'm trying to say.
24           MR. HOLMSTEAD:  Same day, same people,
25   same room.

                                                            10


 1           MR. HENZE:  Yeah, but -- but, for example,
 2   we had a number of hours, five, six hours, four --
 3   four to six hours without Ms. McDougall in the room
 4   where we had Mr. Ferrer in the room.  And we had
 5   some other substantial periods of time without
 6   Mr. Ferrer in the room when we had Ms. McDougall in
 7   the room, and then there was some time when we had
 8   Ms. McDougall and Mr. Ferrer together.  That was
 9   the subject matter of Ms. McDougall's 30(b)(6)
10   preparation.
11           MR. HOLMSTEAD:  Thank you.
12           I appreciate that.
                              Page 12
```

0818FERRER.txt

13     A.   Zach, can I just -- just so that I'm
14  accurate, how many hours did I say that I met?
15  BY MR. HOLMSTEAD:
16     Q.   Eight to ten.
17     A.   Eight to ten.  Okay.  It's probably more
18  like ten.
19     Q.   More like ten, okay.
20          Was there anyone present besides the three
21  attorneys in the room today and your -- and
22  yourself?
23     A.   No.
24     Q.   What's your understanding of what an
25  acquiring bank is?

                                                          11

1      A.   My understanding of the acquiring bank is
2   that they are the bank that you need to facilitate
3   a credit card transaction or to secure a merchant
4   account.
5      Q.   And you used the word "you need."  Who --
6   who are you referring to when you said "you"?
7      A.   The -- a business would need.
8      Q.   A merchant?