# Exhibit B



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**Eric M. Stahl**
206-757-8148 tel
206-757-7148 fax

ericstahl@dwt.com

May 24, 2018

VIA EMAIL AND OVERNIGHT MAIL
mcastillo@curtislaw.net

Mark A. Castillo
Curtis Castillo PC
Bank of America Plaza
901 Main Street, Suite 6515
Dallas, TX 75202

Re:   *R.O. v. Medalist Holdings, Inc.*; Pierce County (WA) Superior Court No. 17-2-04897-1

Dear Mr. Castillo:

We are in receipt of your email indicating that you have been retained by Carl Ferrer, Backpage.com, LLC, and several affiliates in connection with the above-referenced case, and are working to obtain local counsel in the matter. We did not receive the email until after yesterday's hearing on the motion for sanctions and motion to compel, both of which the Court granted, as further described below.

We will forward your email to the Court today, relaying your request for an extension. You should be aware, however, that we had previously moved for a 30-day continuance on the plaintiffs' motions, to allow Mr. Ferrer and the Backpage.com Defendants[1] an opportunity to appear and respond. As I indicated in my May 18 letter to Mr. Ferrer and Nanci Clarence, the Court denied that request, other than to extend the pending motions over for hearing until May 23.

At yesterday's hearing, the Court made the following rulings:

1.   The Court granted the request of Davis Wright Tremaine ("DWT") to withdraw as counsel of record for the Backpage.com Defendants.

---

[1] The "Backpage.com Defendants" in this case are Carl Ferrer; Backpage.com, LLC; Dartmoor Holdings, LLC; IC Holdings, LLC; UGC Tech Corp. Group C.V.; Website Technologies, LLC; Atlantische Bedrijven, C.V.; Amstel River Holdings, LLC; Lupine Holdings, LLC; Kickapoo River Investments, LLC; CF Holdings GP, LLC; and CF Acquisitions, LLC.

4824-1311-1142v.2 3710078-000085

May 24, 2018
Page 2

2.      The Court *sua sponte* ruled that DWT is disqualified from continuing to represent the "Medalist Defendants" in this action.[2]

3.      The Court assessed sanctions against both the Backpage.com Defendants and the Medalist Defendants in the amount of $100,000 for each of the two Plaintiffs, plus a reasonable attorneys' fee to Plaintiffs' counsel in an amount to be determined.  Payment is due within 30 days of entry of an order, which is expected to be presented to the Court on June 21, 2018.  If Defendants do not comply, further sanctions of $1,120,624 will be assessed for every 14 days of non-compliance.

4.      The Court granted Plaintiffs' motion to compel compliance with its January 12, 2018, discovery order, and ordered DWT to preserve and secure the database we had been using to search for documents potentially responsive to discovery in this case.  The particulars of the Court's ruling are somewhat unclear.  The Court has directed the parties to confer and present a written order about this and the other rulings on June 21.

We also suggest that the Backpage.com Defendants' new counsel enter an appearance, and address any request for further extension directly with the Court, as soon as possible.  Again, an order regarding the above rulings will be presented June 21 before Judge Whitener.  The hearing will be at 9:00 a.m. in Pierce County Superior Court, 930 Tacoma Ave. S., Tacoma, Washington.

Sincerely,

Davis Wright Tremaine LLP

*/s/Eric M. Stahl*

Eric M. Stahl


cc:     James Grant
        Jamie Wendell

---

[2] The "Medalist Defendants" in this case are Medalist Holdings, Inc.; Leeward Holdings, LLC; Camarillo Holdings, LLC; James Larkin; and Michael Lacey

4824-1311-1142v.2 3710078-000085