# Exhibit B

**SEALED**

**ORIGINAL FILED**
APR 1 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of ) <br> ) <br> Information associated with email accounts identified ) <br> in Attachment A that is stored at premises controlled by ) <br> the California Attorney General's Office ) <br> ) | Case No. <br> 2:17-SW-0275 AC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the ____Eastern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1952(a) | Interstate and foreign travel or transportation in aid of racketeering enterprises |
| 18 U.S.C. § 1956(h) | Conspiracy to launder monetary instruments |
| 18 U.S.C. § 1956(a)(1)(A)(i) | Laundering of monetary instruments |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☑ Continued on the attached sheet.
- ☐ Delayed notice ____ days (give exact ending date if more than 30 ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Amy L. Fryberger, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/18/17__

_____
*Judge's signature*

City and state: Sacramento, California       Allison Claire, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Description of Property to be Searched

This warrant applies to information associated with the following email addresses for the time period of, 2010-2016:

    carl.ferrer@backpage.com,

    carl@backpage.com,

    ferrer.carl@gmail.com,

    andrew@backpage.com,

    joye@backpage.com,

    adam@backpage.com,

    abuse@backpage.com,

    jim.larkin@villagevoicemedia.com, and

    michael.lacey@villagevoicemedia.com,

that is stored at the California Attorney General's Office, located at 1300 I Street, Sacramento, California, 95814.

**ATTACHMENT B**

**Items to be Searched and Seized**

**I.     Items to be seized by the government**

All information, in whatever form it exists, that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code §§ 1952(a) (Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises); 1956(a)(1)(A)(i) (Promotional Money Laundering); and 1956(h) (Conspiracy to Commit Money Laundering) involving Backpage.com, including, for each account, address, or identifier listed in Attachment A, information pertaining to the following matters:

    a.    Any information related to Backpage.com matters;

    b.    Any communications to, from, or concerning Backpage.com;

    c.    Records relating to who created, used, or communicated with the account or identifiers, including records about their identities and whereabouts.

**II.     Search Procedure**

    a.    Upon receipt of the items described in Attachment A, the Filter Team will review the documents for privilege or protection only and will disseminate non-privileged and non-protected documents to the Investigative Team. The Investigative Team will determine which documents constitute evidence of unlawful activity. Because the Filter Team will be properly walled off from the Investigative Team, it may review emails to and from Elizabeth McDougall or other Backpage attorneys to determine if they properly qualify for privilege or protections, in accordance with procedures set forth above. This will eliminate the risk that protected information from or to Ms. McDougall or other Backpage attorneys will reach the Investigative Team.