# Exhibit F

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

KEVIN M. RAPP, AUSA (Arizona Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA, AUSA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

REGINALD E. JONES, Trial Attorney (Miss. No. 102806, reginald.jones4@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue NW Suite 600
Washington, DC 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In re Grand Jury Subpoena No. 16-04-108 | GJ No. 16-4 |
|---|---|
| | **PARTIES' JOINT NOTICE RE: SUBPOENA COMPLIANCE** |
| | **(Filed Under Seal)** |
| | **Assigned to Hon. David G. Campbell** |

The parties wish to provide a status update to the Court in this matter. On June 29, 2017, the Ninth Circuit affirmed this Court's order requiring Mr. Ferrer and Backpage to comply with subpoena number 16-04-108. On September 7, 2017, the Ninth Circuit issued its mandate. On September 15, 2017—well before the 14-day deadline imposed by this Court's compliance order—Mr. Ferrer and Backpage produced a hard drive to the United States containing documents responsive to subpoena number 16-04-108.

The United States is currently reviewing the hard drive, and working with Backpage's counsel on some logistical issues, to ensure that compliance is complete.

Respectfully submitted this 21st day of September, 2017.

> ELIZABETH A. STRANGE
> Acting United States Attorney
> District of Arizona
>
> */s/*
>
> KEVIN RAPP
> DOMINIC LANZA
> Assistant U.S. Attorneys
>
> REGINALD E. JONES
> Trial Attorney, CEOS

I hereby certify that on this date, I hand-delivered an original of the foregoing under-seal document to the Clerk of the U.S. District Court and sent copies via electronic mail to:

James C. Grant
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
jamesgrant@dwt.com

Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
bobcornrevere@dwt.com

Tom Henze
Janey Henze Cook
HENZE COOK MURPHY, PLLC
4645 North 32nd Street
Phoenix, Arizona 85018
tom@henzecookmurphy.com
janey@henzecookmurphy.com