# **Exhibit I**

| | |
|---|---|
| **From:** | Simrin Hooper [shooper@sspblue.com] on behalf of Simrin Hooper |
| **Sent:** | Wednesday, April 27, 2011 5:17 PM |
| **To:** | Carl Ferrer; Jim Larkin; Scott Spear |
| **Cc:** | Hemanshu Nigam; Jamie Schumacher |
| **Subject:** | BP NCMEC-Polaris Action Items |
| **Attachments:** | Backpage NCMEC-Polaris Action Items v1.xlsx |

Hi there,

Attached is a tracking document for the agreed upon changes and initiatives based on the meetings with NCMEC and Polaris, as well as our subsequent call.  I'll coordinate with Carl on the details.

Please let me know if you have any questions!

Thanks,
Simrin

1

SSP Blue | Backpage | NCMEC | Polaris  
Action Items

Internal Document  
Attorney-Client Privileged

Based on meetings 3/1/11

Confidential

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Area | Issue | Change | Owner | Date |
| 2 | NCMEC Reports | Appearance that reports are coming from users instead of moderators | Train moderators that while they are reviewing images for compliance with Terms, they should be reviewing images to ensure that there aren't any users under 18 in these photos. | | |
| 3 | NCMEC Reports | Appearance that reports are coming from users instead of moderators | Inform moderators they need to amp up review in terms of reporting possible under 18 images. | | |
| 4 | NCMEC Reports | Appearance that reports are coming from users instead of moderators | Inform moderators that they should be reporting these images NCMEC. | | |
| 5 | NCMEC Reports | Appearance that reports are coming from users instead of moderators | Tell moderators in how to report images to NCMEC. | | |
| 6 | NCMEC Reports | Appearance that reports are coming from users instead of moderators | Send vendor sample photos of under 18 images. | | |
| 7 | NCMEC Reports | Appearance that reports are coming from users instead of moderators | Remove password entry requirement to increase ease of moderator reporting. | | |
| 8 | NCMEC Reports | Blurred Images causing difficulty in identifying underage photos | Use blurred images as a flag for moderators that the ad/image may be indicative of under age user, so look at that more closely.  If it's obvious the image is not of an under 18, then do not report (obvious = individual appears to be 30+). | | |
| 9 | NCMEC Reports | User Reports | Carl to send Simrin examples of user reports to see what similarities there are in the user reports to see if that info can be given to moderators to assist in identifying potential under-age ads/images. | | |
| 10 | Partnerships | Join "Demi & Ashton Foundation" | Hemu to draft letter to the foundation for Scott to send, expressing their interest in joining the foundation and explaining the reasons for the slow response. | | |
| 11 | Partnerships | Join "Demi & Ashton Foundation" | Determine requirements of foundation members. | | |
| 12 | Finding Illegal Ads | Key Words | "New In Town" terminology is often used by pimps who shuttle children to locations where they do not know anyone and cannot get help. When this phrase is used, moderators should be told to be on heightened alert that the images may belong to an under 18. | | |

BP-AZGJ_0110846

Confidential

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 13 | Finding Illegal Ads | Credit Cards and Phone Numbers | Determine if there is a way to see if one credit card is used to post numerous ads for different girls, and flag these ads for moderators; this could indicate a prostitution situation or a human trafficking situation. | | |
| 14 | Finding Illegal Ads | Credit Cards and Phone Numbers | Create a way to figure out if one phone number is being used on numerous different ads and flag these for moderators and put these in a separate review queue, this could indicate a prostitution situation or a human trafficking situation. | | |
| 15 | Finding Illegal Ads | Credit Cards and Phone Numbers | Determine if there is a way to figure out if a card being used is prepaid; this could be one indicator (of many) to moderators to pay closer attention to the ad as a potential trafficking ad. | | |
| 16 | Finding Illegal Ads | The Erotic Review: TER.com | Automate a periodic flush out of TER ID's. Inform moderators that all ID numbers that are not clearly marked as massage license authentication numbers should be removed upon discovery. | | |
| 17 | Finding Illegal Ads | The Erotic Review: TER.com | Ads visited directly from TER should be indentified and removed. | | |
| 18 | Finding Illegal Ads | The Erotic Review: TER.com | Add the Polaris 1-800 # in the "Report Ad" Area. | | |
| 19 | Human Trafficking | User Reporting to Polaris | Add a link to Polaris that also explains trafficking and encourages reporting | | |
| 20 | Human Trafficking | User Reporting to Polaris | Set up trainings between Backpage moderators and Polaris on how to identify potential victims in ads. | | |
| 21 | Human Trafficking | Moderator Reporting | Provide moderators with human trafficking terms/situations: Use of fake names, like "Diamonds", Pictures that are taken in obvious hotel rooms (as opposed to homes), Massage Parlors with terms like "Grand Opening" or "New Management", Ads written from masculine perspective or with particularly graphic photos or text. | | |
| 22 | Human Trafficking | Moderator Reporting | Inform moderators to pay increased attention to "Body Rubs" section in terms of human trafficking. | | |
| 23 | Human Trafficking | Moderator Reporting | Backpage needs to meet with Byron Fassett in Dallas (High Risk Victim Technology Creator). | | |
| 24 | Human Trafficking | Partnerships | | | |

Confidential

SSP Blue | Backpage | NCMEC | Polaris
Action Items

Internal Document
Attorney-Client Privileged

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 25 | User Education | Increase user awareness of human trafficking through iniative across BP | Target Audience: Anyone who believes they are a victim of human trafficking, Users who may have knowledge of a victim, General users | | |
| 26 | User Education | Increase user awareness of human trafficking through iniative across BP | Methods: Banners ads on partner sites, Sponsor ads on the Backpage sites, Links on top of the page in the adult and personals section, Announcement in Backpage blog, Additional methods to be identified | | |
| 27 | User Education | Safety, Security and Privacy Section | Create and develop content for SSP section on BP | | |

Based on meetings 3/1/11

BP-AZGJ_0110848