# **<u>Exhibit J</u>**

| | |
|---|---|
| **From:** | Tony Knight [Tony_Knight@sitrick.com] |
| **Sent:** | Saturday, January 07, 2012 1:43 AM |
| **To:** | Edward E. McNally |
| **Cc:** | jim.larkin@villagevoicemedia.com; michael.lacey@villagevoicemedia.com; Mike Sitrick; Carl Ferrer |
| **Subject:** | Following up on the AC360 postmortem... |
| **Attachments:** | Messaging and QA for Adult Services Advertising v1.0 1-6-12.docx |

Everyone – As I said in my analysis of the AC360 story, Ed did a brilliant job, but Cooper spent too much time harping on the content of advertising that has been in the alternative press since I was skateboarding to class and covering the first Earth Day for the Ohio State Lantern.

I suggested earlier that we should develop more robust messaging on this issue. I've tried to distill not only what Ed said in the interview, but added a few flourishes that I hope might help.

This is an effort to delink prattle about the ad content from the real problem which is violent crime. One of the tactics here is to imply that the questioner/critic is a prude. In this day and age, not many journalists want to be in that category. Hopefully, we can get them to shift sooner to the issue of trafficking and interdicting it by leveraging Internet technologies.

1

BP-AZGJ_01111026

**Q and A – Messaging for Questions Adult Services Advertising on BP**

*Private and confidential/ attorney-client work product*

**Q1: Why pander to sleazy customers offering what are obviously illegal services?**

A: Backpage is unapologetic about its Adult Services advertising. This type of advertising has been carried in the Village Voice and the company's other newspapers for decades. It meets the applicable legal standards, and it is consistent with the long tradition of the alternative press, which has its roots in the counter culture movement of the 1960s.

**Q2: But these are obviously ads for prostitution and that's illegal isn't it?**

A: There is nothing illegal about this advertising. Backpage reviews all ads for compliance with its terms of use and many are rejected. No nudity is allowed and as many as 22,000 words are banned. What Backpage doesn't do is judge the lifestyles of adults who use the service to find other like-minded adults.

**Q3: Your terms of use say ads for illegal activities are prohibited. That's hypocritical isn't it?**

A:  The ads are legal and this type of advertising in the alternative press has been accepted in communities throughout the U.S. for more than 50 years. You're ignoring the real problem which is violent criminals using the Internet to commit violent crimes. Backpage is a leader in policing its web site and has been praised by local law enforcement across the nation for its efforts.

**Q4: Why don't you just admit that you are enabling prostitution?**

A: Look, the Village Voice was founded by Norman Mailer in Greenish Village in 1955 and went citywide in the 1960s as a part of the counter culture movement. This movement was a revolt against what was seen as the uptight and prudish moral values of the previous generation. The Voice and other alternative newspapers have won numerous Pulitzer Prizes for aggressive and innovative reporting and brilliant writing. Far from being just tolerated, the alternative press is respected and praised in the communities it serves, and throughout its entire history it has carried Adult Services advertising.

**Q5: Then why say you're against illegal activity?**

A: Let's not get sidetracked on this issue when we should be confronting a much graver phenomenon of violent criminals using the Internet to commit their crimes. Censorship and banning web sites does nothing to address this problem. Backpage is a leader in leveraging Internet technologies in an effort to prevent these crimes and to help law enforcement identify and capture these criminals. Literally millions of ads for Adult Services are posted on tens of thousands of Internet pages every day. If you want to be uptight about Adult Services advertising, fine. But you're not doing anything to get violent predators off of the Internet.

###

BP-AZGJ_01111027