# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

United States of America,       )
                                 )   No.   CR 18-0422-PHX-SPL
            Plaintiff,           )
                                 )
      vs.                        )   Phoenix, Arizona
                                 )   April 16, 2018
James Larkin (2),                )   2:07 p.m.
                                 )
            Defendant.           )
_____)

BEFORE:   THE HONORABLE JOHN Z. BOYLE, MAGISTRATE JUDGE

TRANSCRIPT OF PROCEEDINGS

(*Detention Hearing*)

APPEARANCES:
For the Plaintiff:
        U.S. ATTORNEY'S OFFICE
        By:  Kevin M. Rapp, Esq.
        By:  Dominic W. Lanza, Esq.
        40 North Central Avenue, Suite 1200
        Phoenix, Arizona 85004

For the Defendant:
        ARGUEDAS CASSMAN & HEADLEY LLP
        By:  Ted W. Cassman, Esq.
        803 Hearst Avenue
        Berkeley, California 94710

Transcriptionist:
Laurie A. Adams
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC-43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

```
 1  that make sense?
 2          THE DEFENDANT:  Yes.
 3          THE COURT:  Okay.  You are not to assert any control
 4  over Backpage.com.  Is there anything we need to clarify?
 5  Because right now that's an absolute prohibition.                03:49PM
 6          MR. CASSMAN:  There's nothing that needs to be
 7  clarified, Your Honor.
 8          THE COURT:  That's an absolute prohibition over any
 9  control over Backpage.com.  Do you understand?
10          THE DEFENDANT:  Yes, I do.  I haven't been in control   03:49PM
11  for three years.
12          THE COURT:  That's fine.  I don't know anything about
13  your involvement in that company.  I just asked in case you
14  have a question.  Seems you don't have any control over it so
15  that should not be an issue.  United States Attorney's Office   03:50PM
16  will be monitoring that as well.
17          Finally, you are to abide and take steps within three
18  days to transfer the balance of the Banque Wormser account.
19  Let me first have, I guess, Mr. Cassman, can you describe what
20  this condition means.                                            03:50PM
21          MR. CASSMAN:  Your Honor, there's a bank account in
22  France that we have agreed to repatriate the funds.  But there
23  was a little interdelineation in the previous bond that we
24  meant to include there, which is within 72 hours of release of
25  his computer to Mr. Larkin, because he's doesn't have the       03:50PM
```

```
 1
 2
 3
 4
 5                    C E R T I F I C A T E
 6
 7         I, LAURIE A. ADAMS, court-approved transcriber,
 8   certify that the foregoing is a correct transcript from the
 9   official sound recording of the proceedings in the
10   above-entitled matter.
11
12         DATED at Phoenix, Arizona, this 3rd day of May, 2017.
13
14
15                              s/Laurie A. Adams
                                _____
16                              Laurie A. Adams
17
18
19
20
21
22
23
24
25
```