# EXHIBIT G

Comments in this color below:
Meeting Agenda for 8-20-07
Larkin, Tobias, Spear, Ferrer

I. Financial Results Review Jan-June 2007
BP Jan - June Financial actuals (tab 2)
VVM net Jan-June 2007 (tab 3)
Dallas Upsells Jan -June 2007 (tab 4)
Web only VVM 06 v 07 (tab 5)
Owned and Operated net profitability Jan-June 07 (tab 6)
July Mid month report (tab 7)

II. NY apt rentals
a. Ad count posting down:
June: 6310
July projection.: 3764
Page views and revenue is the same or better than June.
July apt rental revenue projection

b. Increasing apt ad count
Either sell harder or lower price.
In the coming months, we may need to lower the price.

Selling harder includes:
- Contact idle agent accounts
- Angie takes over the sales to the top 10 brokers.
- Better sales info to staff
- More up front free postings.
- Develop better way of browsing accounts.

c. NY needs to increase traffic in adult to build traffic in rentals.
- Trade with TER
- Stop blocking international inquiries to escorts.
- Get nude images for print ads, not PDF of print ads they are doing well at this - see tab 9 e-mail note
- Use better talent in NY

III.. Dallas update
a. Wrapping up SF, Nashville, KC, and OC
b. Next: identify cities and categories needing help and fill in content.
c. Personals position: Makala is doing this job
d. Andrea is training to be the national sales manager.
e. Audit coming next month on papers running ads, personals, and posting adult ads online.
f. Adding a person to aggregate rentals next month.

IV. National buy
a. Launched August 13th.
b. Revenue to date: ???
c. http://www.backpage.com/classifieds/central/PostNationalAd
d. Next development phase: small fixes, add auto re-post, add ability to pay commission, and add ability to accept
e. Marketing phase 1 (done)
- Email every user that posted nationally a promotion code
- Provide traffic reports on request

e. Marketing phase 2
...Build national database of leads from google, yahoo, competing web sites, pet breeders, other escort and dating
...Send upate email to 600k other users with AMEX random drawings

VI. Questionable web project distractions
a. Employment site in phx
b. Trulia
c. Ad Index
d. Automotive


VII. Next major development project
a. Meeting Desertnet on 9/11 to go over profiles and social networking tools
b. Next competitive strategy: user reviews of business profiles
c. Create section reviews, import business profiles from VVM sites, allow users to submit profiles w/review, allow b
d. Result: backpage brand awareness with small business owners via google and inventory for VVM banner ads.

VIII. Customer service and inventory control
a. Documentation provided on BP admin tasks
b. Plan to lock down abusive practices
...giving clients an auto repost every day for one month for $50.
...scheduling 40 rental ads promoting a web site in rentals via PBS.


VIV. Strategies discussion
a. Creating web-oriented call/email centers.
MySpace, Facebook and dozens of other sites have free classifieds. Ebay's free ad site has adult.
We need to add staff add staff for web centers to create content and users to continue growth.

b. Easy growth sites
Use dallas aggregators to grow top OO's: Atlanta, Chicago, Tampa
We need to be more national to grow local.

c. Compete with craig by serving small businesses.
Add content and serve small business with profiles and reviews.
Google referrals.
Reward senior users

d. Grow by appealling an under served market.
The national buy is for small web site publishers who can't afford google
It converts spammers to paying clients.
Need to increase page views and content to make a sponsor ad more valuable.