UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO.   CR-18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **CERTIFICATE OF PAUL J. CAMBRIA, JR., IN SUPPORT OF DEFENDANT MICHAEL LACEY'S MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO CARL FERRER'S WAIVER OF PRIVILEGE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

STATE OF NEW YORK   )
COUNTY OF ERIE        ) ss.:
CITY OF BUFFALO      )

Paul J. Cambria, Jr., Esq., being duly sworn, certifies that:

      1)    I am an attorney at law duly licensed to practice in the State of New York and am a partner in the law firm of Lipsitz Green Scime Cambria LLP, located at 42 Delaware Avenue, Suite 300, Buffalo, New York, attorneys for Defendant Michael Lacey. I was admitted to this Court *pro hac vice* for the instant prosecution.

      2)    I make this certificate based on personal knowledge and in support of Defendant Michael Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege ("Defendant's Motion).

      3)    As set forth in greater detail in the Memorandum of Points and Authorities in Support of Defendant's Motion, on May 1, 2018, Michael Piccarreta, counsel

for Andrew Padilla, requested the government to provide defendants with prompt disclosure of all documents related to Mr. Ferrer's waiver of privilege.

4) The government declined this request.

5) Mr. Piccarreta personally consulted with the government in a good faith and sincere effort to resolve this discovery dispute without the filing of a motion.

6) Unfortunately, the parties have reached an impasse and are unable to reach a satisfactory resolution of these discovery demand. In light of this impasse, it was necessary to file Defendant's Motion with this Court.

7) I therefore certify, pursuant to LRCrim 12.1 and LRCiv 7.2(j), that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve this matter.

DATED:    June 28, 2018        Respectfully Submitted,
                                LIPSITZ GREEN SCIME CAMBRIA LLP

                                /s/    Paul J. Cambria, Jr.
                                PAUL J. CAMBRIA, JR.
                                Attorneys for Defendant Michael Lacey

Sworn to before me this
28th day of June, 2018.

s/ April Kelly
Commissioner of Deeds
In and For the City of Buffalo, N.Y.
My Commission expires December 31, 2018