1  Michael D. Kimerer, #002492
   Rhonda Elaine Neff, #029773
2  **KIMERER & DERRICK, P.C.**
   1313 E. Osborn Road, Suite 100
3  Phoenix, AZ 85014
   Telephone:  602-279-5900
   Facsimile:  602-264-5566
4  mdk@kimerer.com
   rneff@kimerer.com
5  Attorneys for Defendant, Jed Brunst

6                  UNITED STATES DISTRICT COURT
                       DISTRICT OF ARIZONA
7

8  **United States of America**,          Case No. 2:18-cr-00422-PHX-SPL (BSB)

                        Plaintiff,         **DEFENDANTS' *UNOPPOSED***
9                                          **MOTION FOR EXTENSION OF TIME**
                                           **TO RESPOND TO UNITED STATES'**
   vs.                                     **MOTION TO RESOLVE ATTORNEY-**
10                                         **CLIENT PRIVILEGE ISSUES**

11 **Michael Lacey, et. al.**,

                        Defendant.         "Defendant Not in Custody"
12
                                           (Honorable Steven P. Logan)
13

14         Defendant John "Jed" Brunst, by and through undersigned counsel, hereby

15 moves for an extension of the deadline to respond to the United States' pending

16 Motion to Resolve Attorney-Client Privilege Issues filed on June 14, 2018 (Doc.

17 195). The current deadline is June 28, 2018. Defendant Brunst requests that the Court

18 extend the response deadline as to all defendants by two weeks for a deadline of July

19 13, 2018.  As grounds in support of this Motion, Defendant states as follows:

20         This case involves a 93-count indictment alleging a range of criminal acts

21 involving Conspiracy, Concealment, Money Laundering (transactional and

22 international promotional), and Travel Act - Facilitate Prostitution. This case

23

1   involves complex legal issues that have been being litigated for several years. The

2   Government's motion seeks to resolve attorney-client privilege issues that are deeply

3   rooted in the past litigation involving these defendants over the past six years. In

4   addition to this motion, there are several outstanding motions that the defense is

5   working on drafting or responding to. Additional time is needed to put together the

6   necessary information to submit a thorough response to the Government's motion on

7   privilege issues. The issues raised in the Government's motion are of significant

8   importance to how this case moves forward. The Government seeks a court order

9   completely dissolving the attorney-client privilege as it relates to attorneys involved

10  in Backpage litigation over the years. Given the importance of the issue at stake,

11  Defendants submit that an additional two weeks is reasonable.

12       Counsel for Defendant Brunst has conferred with Assistant United States

13  Attorney Kevin Rapp regarding the need for this extension and he has no objection to

14  an extension to July 13, 2018. Counsel for Mr. Brunst has conferred with counsel for

15  the remaining defendants and they are in agreement with a two week extension of

16  this deadline.

17       The defense does not expect that this motion will result in an excludable delay

18  under 18 U.S.C. § 3161(h).

19       Therefore, Defendant Brunst hereby respectfully requests this Court extend

20  the deadline for filing a response to the United States' Motion to Resolve Attorney-

21  Client Privilege Issues (Doc. 195) to July 13, 2018. Defendant Brunst is seeking to

22

23

1   extend this deadline as to all defendants. A proposed order is attached for the Court's

2   consideration.

3       Respectfully submitted this 28th day of June, 2018.

4                          KIMERER & DERRICK, P.C.

5                       /s/Michael D. Kimerer
                      Michael D. Kimerer

6                       Rhonda Elaine Neff
                      *Attorneys for Defendant John "Jed" Brunst*

7

8                       CERTIFICATE OF SERVICE

9       I hereby certify that on this 28th day of June, 2018, I electronically
transmitted the foregoing Unopposed Motion for Extension of Time to File

10   Response to United States' Motion to Resolve Attorney-Client Privilege Issues to
the Clerk of the Court by filing with the CM/ECF system and understand a copy of

11   the filing will be emailed to the attorneys of record.

12   By: /s/ Melissa Wallingsford

13

14

15

16

17

18

19

20

21

22

23