# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  <br>    Plaintiff,  <br>v.  <br>Michael Lacey, et al.,  <br>    Defendants. | No. CR-18-00422-001-PHX-SPL  <br><br>**ORDER** |

The Court has considered Defendant Brunst's Unopposed Motion for Extension of Time to Respond to United States' Motion to Resolve Attorney-Client Privilege Issues (Doc. 203), filed on behalf of all Defendants, and good cause appearing,

**IT IS ORDERED** that the motion for an extension of time (Doc. 203) is **GRANTED** and the deadline for all Defendants to respond to the motion to resolve privilege issues is extended to and including **July 13, 2018**.

The Court finds excludable delay under 18 U.S.C. § 3161(h) ____ from ____ to ____.

Dated this 2nd day of July, 2018.

_____
Bridget S. Bade
United States Magistrate Judge