Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  602-279-5900
Facsimile:  602-264-5566
mdk@kimerer.com
rneff@kimerer.com
*Attorneys for Defendant Jed Brunst*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **John "Jed" Brunst**, <br><br> Defendant. | Case No. 2:18-cr-00422-004-PHX-SPL (BSB) <br><br> **DEFENDANT BRUNST'S NOTICE OF JOINDER IN DEFENDANT LACEY'S MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO CARL FERRER'S WAIVER OF PRIVILEGE AS MATERIAL TO DISQUALIFICATION** <br><br> "Defendant Not in Custody" <br><br> (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, joins in defendant Michael Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification (Doc. 200, re-filed at Doc. 202) and hereby requests that the Court grant the relief sought by Defendant Lacey.

Defendant Brunst is in agreement with the arguments made in Defendant Lacey's Motion. Defendant Brunst has a sufficient interest in disclosure of the

requested information. Defendant Brunst adopts the positions set forth in said Motions(s) as if fully set forth herein.

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this Motion or entry of an Order based herein.

Therefore, it is requested that the Court grant Defendant Lacey's Motion and order the Government to disclosure of the requested records and information.

Respectfully submitted this 2nd day of July, 2018.

                                  KIMERER & DERRICK, P.C.

                                  /s/ Michael D. Kimerer
                                  Michael D. Kimerer
                                  Rhonda Elaine Neff
                                  1313 E. Osborn Road, Suite 100
                                  Phoenix, AZ 85014
                                  *Attorneys for Defendant John "Jed" Brunst*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2018, I electronically transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendant Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
*Attorney for Defendant Joye Vaught*

Gary Lincenberg: glincenberg@Birdmarella.com
Gopi K. Panchapakesan: gpanchapakesan@birdmarella.com
Ariel Neuman: aneuman@birdmarella.com
*Co-Counsel for Defendant John Brunst*

By: /s/ Melissa Wallingsford