**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN "JED" BRUNST, DAN HYER, ANDREW PADILLA, and JOYE VAUGHT <br><br> Defendants | CR-18-422-PHX-SPL (BSB) <br><br> DEFENDANT JOYE VAUGHT'S NOTICE OF JOINDER IN DEFENDANT LACEY'S MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO CARL FERRER'S WAIVER OF PRIVILEGE AS MATERIAL TO DISQUALIFICATION |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1) may occur as a result of this Motion or an order based thereon, as explained more fully below.

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss, hereby joins in Defendant Michael Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification **[DE 200, refiled at DE 202]** and adopts the positions set forth in said Motion as if fully set forth

herein.  The issues raised by Defendant Lacey in said Motion apply with equal force to Defendant Vaught.

DATED this 3rd day of July, 2018.

**KARP & WEISS, P.C.**


By      */s/ Stephen M. Weiss*
Stephen M. Weiss
Attorney for Defendant Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2018, I electronically transmitted the foregoing Joinder in Defendant Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Peter Kozinets:  peter.kozinets@usdoj.gov
Dominic William Lanza:  dominic.lanza@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
Kevin M. Rapp:  kevin.rapp@usdoj.gov
Andrew Stone:  andrew.stone@usdoj.gov
Attorneys for Government

Paul J. Cambria, Jr.:  pcambria@lglaw.com
Anne M. Chapman:  anne@mscclaw.com
Janey Henze Cook:  janey@henzecookmurphy
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
Jefferson Keenan:  jlk@pd-law.com
Michael D. Kimerer:  MDK@kimerer.com

Gary S. Lincenberg: glincenberg@birdmarella.com
Ronald G. London: ronnielondon@dwt.com
K. C. Maxwell: kmaxwell@bgrfirm.com
Rhonda E. Neff: rneff@kimerer.com
Ariel A. Neuman: aneuman@birdmarella.com
Gopi Panchapakesan: gpanchapakesan@birdmarella.com
Michael L. Piccarreta: mlp@pd-law.com
Lee Stein: lee@mscclaw.com
David Wakukawa: dwakukawa@bgrfirm.com
Attorneys for Defendants