IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR-18-00422-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Michael Lacey, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS ORDERED** referring the above matter to Magistrate Judge Bridget S. Bade for ruling on the Motion to Resolve Attorney-Client Privilege (Doc. 195) and the Motion for Discovery (Doc. 202).

Dated this 3rd day of July, 2018.

Honorable Steven P. Logan
United States District Judge