UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No. 2:18-cr-00422-PHX-SPL(BSB) |
| Plaintiff, | **ORDER RE: DEFENDANTS' SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION TO RESOLVE ATTORNEY-CLIENT PRIVILEGE ISSUES** |
| vs. | |
| **Michael Lacey, et. al.**, | |
| Defendant. | |

The Court having reviewed and considered Defendant Brunst's Second Unopposed Motion for Extension of Time to Respond to United States' Motion to Resolve Attorney-Client Privilege Issues, with no objection by the Government, and good cause showing,

**IT IS HEREBY ORDERED** extending the otherwise applicable time for filing all Defendants' responses to the Government's Motion to Resolve Privilege Issues (Doc. 195) for a period of one additional week and the responses will be due on or before July 20, 2018.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

Dated: _____

_____
Magistrate Judge Bridget S. Bade