Official Records of Coconino County    3814854
Patty Hansen - Recorder   05/10/2018 02:37:04 PM   Pgs: 7
SIMPLIFILE LC E-RECORDING    LP    $11.00

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:   Shannen Beckman
        Senior Paralegal

MAILING    Shannen.beckman@usdoj.gov
ADDRESS:   312 N. Spring St., 14th Floor
CITY, STATE,   Los Angeles, CA
ZIP CODE:  90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

# TITLE(S)

## Recording of Lis Pendens

███████████████████████ Sedona, AZ 86336
Coconino County

## APN: 405-06-001B

EXHIBIT A

```
ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805,
margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-280

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LACEY<br><br>Defendant. | No. CR 18-00422-PHX-SPL (BSB)<br><br>LIS PENDENS<br><br>As to:<br>████████████████,<br>Sedona, Arizona<br><br>Titled Owners: Creek Hideaway, LLC |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona. This action may affect the title to property situated in Coconino County, Arizona known as and located at ████████████████████████ Sedona, Arizona with Coconino County

EXHIBIT A

Assessor parcel number 405-06-001B, and is more particularly described as follows:

> That portion of Lot 12, Section 34, Township 19 North, Range 6 East of the Gila and Salt River Base and Meridian, Coconino County, Arizona, more particularly described as follows:
>
> BEGINNING at a point on the Northerly right of way line of Alternate U.S. Highway 89, Westerly and opposite Engineers Station 361 + 31.8, said right of way being recorded in Book 6 of Promiscuous Records, Page 101, records of Coconino County, Arizona, and said point bearing South 50 degrees, 49 minutes West, a distance of 735.67 feet from the Northeast corner of said Lot 12;
>
> Thence Northeasterly along said Northerly right of way line, a distance of 100 feet;
>
> Thence North 36 degrees, 40 minutes West, a distance of 200 feet;
>
> Thence South 53 degrees, 20 minutes West, a distance of 250 feet;
>
> Thence South 36 degrees, 40 minutes East, a distance of 205 feet to said Northerly right of way line of U.S. Highway 89A;
>
> Thence Northeasterly along said right of way line, a distance of 150.50 feet to the POINT OF BEGINNING.
>
> EXCEPTING THEREFROM that portion of said land conveyed to the State of Arizona by instrument recorded in Docket 1543, Page 441, records of Coconino County, Arizona, described as follows:
>
> BEGINNING at the intersection of the East line of the above described property with the existing Northwesterly right of way line of said U.S. Highway 89A (Prescott-Flagstaff Highway);
>
> Thence along said East line, North 36 degrees, 40 minutes, 00 seconds West (record North 36 degrees, 41 minutes, 00 seconds West), a distance of 20.00 feet;

2

EXHIBIT A

```
 1    Thence South 53 degrees, 20 minutes, 00 seconds West, a
      distance of 15.00 feet;
 2
 3    Thence South 36 degrees, 40 minutes, 00 seconds East, a
      distance of 20.00 feet to the Northwesterly right of way
 4    line of U.S. Highway 89A;

 5    Thence along said right of way line, to the POINT OF
      BEGINNING.
 6
 7  titled to Creek Hideaway, LLC, as evidenced by the Special Warranty

 8  Deed signed on March 29, 2017, and recorded on April 17, 2017, with

 9  sequence number 3781948 in the records of the Coconino County

10  Recorder, Arizona.

11       That this action is to forfeit this property for violations of

12  Title 18, United States Code, Sections 371, 9152, 1956, 1957, 981 and

13  981, as against all other persons known or unknown claiming any

14  right, title, estate, lien or interest in said real property

15  / / /

16  / / /

17

18
...
28
```

3

EXHIBIT A

including more particularly the interest, if any, of Creek Hideaway, LLC. This property is forfeitable pursuant to Title 18, United States Code, Sections 981 and 982.

Dated: May 10, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

4

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May 10, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮▮▮▮▮▮▮▮▮▮ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE SERVICE LIST**

**X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 10, 2018** at Los Angeles, California.

/SHANNEN BECKMAN

EXHIBIT A

## SERVICE LIST

Creek Hideaway, LLC
c/o Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Creek Hideaway, LLC
19647 N SR 89A
Sedona, AZ 86336

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 13, 2018**, I served a copy of: **NOTICE OF FILING OF LIS PENDENS** (███████████████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE SERVICE LIST**

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 13, 2018** at Los Angeles, California.

/s/ SHANNEN BECKMAN
SHANNEN BECKMAN

## SERVICE LIST

Creek Hideaway, LLC
c/o Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Creek Hideaway, LLC
19647 N SR 89A
Sedona, AZ 86336