RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name: Shannen Beckman
       Senior Paralegal

MAILING ADDRESS: Shannen.beckman@usdoj.gov
CITY, STATE, ZIP CODE: 312 N. Spring St., 14th Floor
Los Angeles, CA
90012

COPY

CONFORMED COPY of document recorded
07/02/2018, 2018K635052
on _____ with document no _____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

**Recording of Lis Pendens**

██████████████ **San Francisco, CA 94123**
**County of San Francisco**

**APN: Lot 029, Block 0563**

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500

 9  JOHN P. CRONAN
    Acting Assistant Attorney General
10  Criminal Division, U.S. Department of Justice

11  REGINALD E. JONES (Miss. Bar No. 102806),
    reginald.jones4@usdoj.gov
12  Senior Trial Attorney, U.S. Department of Justice
    Child Exploitation and Obscenity Section
13  950 Pennsylvania Ave N.W., Room 2116
    Washington, D.C. 20530
14  Telephone (202) 616-2807
15  Attorneys for Plaintiff

16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ▉▉▉▉▉▉▉▉▉▉ |
| MICHAEL LACEY | San Francisco, California |
| Defendant. | Titled Owners: Casa Bahia for San Francisco, LLC |

EXHIBIT A

1  NOTICE IS HEREBY GIVEN that the foregoing action has been
2  commenced and is now pending in the United States District Court for
3  the District of Arizona. The real property that is the subject of
4  this action is located in San Francisco, California and is more
5  particularly described as follows:

6      LOT 29, AS SHOWN ON THE MAP ENTITLED, "PARCEL MAP BEING A
    RESUBDIVISION OF ASSESSOR'S LOTS NO. 2 AND 3, BLOCK 563,
7      ALSO BEING A PORTION OF WESTERN ADDITION BLOCK 347, SAN
    FRANCISCO", RECORDED SEPTEMBER 8, 1981, IN THE OFFICE OF
8      THE COUNTY RECORDER OF THE CITY AND COUNTY OF SAN
9      FRANCISCO, STATE OF CALIFORNIA, IN BOOK 21 OF PARCEL MAPS,
    AT PAGE 51.
10

11  Lot 029, Block 0563

12  For further information concerning the forfeiture, reference may
13  be had to the records of the Clerk of the Court for the United States
14  / / /
15  / / /

```
 1  District Court at Phoenix, Arizona.  Title to the defendant property
 2  is held in the name of Casa Bahia for San Francisco, LLC, a Delaware
 3  limited liability company.
 4  Dated: May 10, 2018           Respectfully submitted,
 5
                                  ELIZABETH A. STRANGE
 6                                First Assistant United States Attorney
                                  District of Arizona
 7
                                  JOHN P. CRONAN
 8                                Acting Assistant Attorney General
                                  Criminal Division, U.S. Department of
 9                                Justice

10                                _____
11                                KEVIN RAPP
                                  DOMINIC LANZA
12                                MARGARET PERLMETER
                                  JOHN J. KUCERA
13                                Assistant U.S. Attorneys
14
                                  REGINALD JONES
15                                Senior Trial Attorney
16
                                  Attorneys for Plaintiff
17                                UNITED STATES OF AMERICA
```

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May 24, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮ upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 24, 2018** at Los Angeles, California.

/s/ Beckman
SHANNEN BECKMAN

EXHIBIT A

## SERVICE LIST

CASA BAHIA FOR SAN FRANCISCO, LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

CASA BAHIA FOR SAN FRANCISCO, LLC
2755 Fillmore St.
San Francisco, CA 94123

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **July 17, 2018**, I served a copy of: **NOTICE OF RECORDED LIS PENDENS** (███████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 17, 2018** at Los Angeles, California.

_____
SHANNEN BECKMAN

SERVICE LIST

CASA BAHIA FOR SAN FRANCISCO, LLC
Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

CASA BAHIA FOR SAN FRANCISCO, LLC
2755 Fillmore St.
San Francisco, CA 94123