```
 1 | ELIZABETH A. STRANGE
   | First Assistant United States Attorney
 2 | District of Arizona
   | KEVIN M. RAPP (Ariz. Bar No. 14249),
 3 | kevin.rapp@usdoj.gov
   | MARGARET PERLMETER (Ariz. Bar No. 024805),
 4 | margaret.perlmeter@usdoj.gov
   | PETER S. KOZINETS (Ariz. Bar No. 019856),
 5 | Peter.kozinets@usdoj.gov
   | ANDREW C. STONE (Ariz. Bar No. 026543),
 6 | Andrew.stone@usdoj.gov
   | Assistant U.S. Attorneys
 7 | 40 N. Central Avenue, Suite 1800
   | Phoenix, Arizona 85004-4408
 8 | Telephone (602) 514-7500
 9 | JOHN J. KUCERA (Cal. Bar No. 274184),
   | john.kucera@usdoj.gov
10 | Special Assistant U.S. Attorney
   | 312 N. Spring Street, Suite 1400
11 | Los Angeles, CA 90012
   | Telephone (213) 894-3391
12 |
   | JOHN P. CRONAN
13 | Acting Assistant Attorney General
   | Criminal Division, U.S. Department of Justice
14 |
   | REGINALD E. JONES (Miss. Bar No. 102806),
15 | reginald.jones4@usdoj.gov
   | Senior Trial Attorney, U.S. Department of Justice
16 | Child Exploitation and Obscenity Section
   | 950 Pennsylvania Ave N.W., Room 2116
17 | Washington, D.C. 20530
   | Telephone (202) 616-2807
18 | Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN PARADISE VALLEY, ARIZONA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on May 10, 2018, it recorded the attached *Lis Pendens* with the Maricopa County Recorder under Doc. # 20180358680, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: July 17, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on July 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Shannen Beckman*
 U.S. Attorney's Office