Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
emccampbell@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, *et al*.,<br><br>　　　　　　　Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY ON DEFENDANT'S MOTION FOR DISCLOSURE (DOC. 202)<br><br>"Defendant Not in Custody"<br><br>(Honorable Steven P. Logan) |

　　　　Defendant Michael Lacey, by and through his undersigned attorney, hereby moves for an extension of the deadline to submit the reply on Defendant's Motion for Disclosure (Doc. 202). The current deadline is July 19, 2018. Defendant Lacey requests that the Court extend the response deadline by three weeks for a revised deadline of August 9, 2018. As grounds in support of this Motion, Defendant states as follows:

　　　　This case involves a 93-count indictment alleging a range of criminal acts involving Conspiracy, Concealment, Money Laundering (transactional and international promotional), and Travel Act – Facilitate Prostitution. This case involves complex legal issues that have been being litigated for several years. In addition to this motion, there are several outstanding motions that the defense is working on drafting or responding to.

Additional time is needed to put together the necessary information to submit a thorough reply to the Government's opposition to Defendant Lacey's Motion for Disclosure. Moreover, additional time is needed to accommodate counsel's appearances on other cases and counsel's previously scheduled vacation. In light of the foregoing, Defendant submits that an additional three weeks is reasonable.

Counsel for Defendant Lacey has conferred with Assistant United States Attorney Kevin Rapp regarding the need for this extension and he has no objection to an extension to August 9, 2018. Counsel for Mr. Lacey has conferred with counsel for the remaining defendants and they are in agreement with a three week extension of this deadline.

The defense does not expect that this motion will result in an excludable delay under 18 U.S.C. § 3161(h).

Therefore, Defendant Lacey hereby respectfully requests this Court extend the deadline for filing a reply on Defendant's Motion for Disclosure to August 9, 2018. This extension is sought on behalf of Defendant Lacey's Co-Defendants, all of whom have joined in Defendant Lacey's Motion for Disclosure. A proposed order is attached for the Court's consideration.

Respectfully submitted this 17th day of July, 2018,

> /s/     Erin E. McCampbell
> Erin E. McCampbell, Esq.
> LIPSITZ GREEN SCIME CAMBRIA LLP
> Attorneys for Defendant Michael Lacey

CERTIFICATE OF SERVICE

I hereby certify that on this 17th date of July 2018, I electronically transmitted the foregoing Unopposed Motion for Extension of Time to File a Reply on Defendant's Motion for Disclosure to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ April Kelly