IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al*.,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>ORDER RE:<br>DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY ON DEFENDANT'S MOTION FOR DISCLOSURE (DOC. 202) |

The Court having reviewed and considered Defendant Lacey's Motion for Extension of Time to Submit Reply on Defendant's Motion for Disclosure, with no objection by the Government, and good cause showing,

IT IS HEREBY ORDERED extending the otherwise applicable time for filing the Reply on Defendant's Motion for Disclosure (Doc. 202) for a period of three weeks and the response will be due on or before August 9, 2018.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

Dated: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Steve Logan
　　　　　　　　　　　　　　　　　　United States District Court Judge

3