# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court has considered Defendant Lacey's unopposed Motion for Extension of Time to Submit Reply on Defendant's Motion for Disclosure (Doc. 221), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED**. The deadline for Defendant Lacey to file a reply to the government's response to his motion for disclosure (Doc. 202) is extended to and including **August 9, 2018**.

The Court finds excludable delay under 18 U.S.C. § 3161(h) \_\_\_\_ from \_\_\_\_ to \_\_\_\_.

Dated this 17th day of July, 2018.

_____
Bridget S. Bade
United States Magistrate Judge