# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-02-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| James Larkin, | |
| Defendant. | |

On July 20, 2018, the Court held a hearing on Defendant Larkin's Motion to Modify Conditions of Release (Doc. 183) and denied the motion, as stated on the record. However, without objection from the parties, and to conform to the understanding of the parties and Pretrial Services, the Court amends the location monitoring condition in the Order Setting Conditions of Release (Doc. 93) to clarify that Defendant is subject to active GPS location monitoring, not location monitoring in the discretion of the Pretrial Services officer, as erroneously indicated on the order.

Accordingly,

**IT IS ORDERED** that the Order Setting Conditions of Release (Doc. 93) is **AMENDED** to require active GPS location monitoring.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

Dated this 20th day of July, 2018.

Bridget S. Bade
United States Magistrate Judge