# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Having considered Defendants Michael Lacey's and James Larkin's Motion for Leave to File Over-Length Opposition to United States' Motion to Resolve Privilege Issues and Cross Motion to Obtain and Address Privilege Issues, and good cause appearing:

**IT IS ORDERED** that the Motion is **GRANTED**.

DATED this ___ day of _____, 20___