## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | May 24, 2018 Discovery Letter from Assistant United States Attorney Kevin Rapp to counsel for all defendants describing government's initial disclosure of documents |
| 2 | October 18, 2016 from Attorney Cristina Arguedas to Deputy California Attorney Generals Mailman and Krell re: attorney-client privileged documents in *People v. Ferrer et al.* |
| 3 | Six (6) Letters dated April 26, 2018; May 1, 2018; May 2, 2018; May 15, 2018; and May 23, 2018; and June 12, 2018 from Attorney Michael Piccareta to Assistant United States Attorney Kevin Rapp re: attorney-client privileged documents |
| 4 | April 26, 2018 letter from Nancy Clarence to Hon. Leo Sorokin, U.S. District COurt for the District of Massachusetts |