# Exhibit 2

# ARGUEDAS, CASSMAN & HEADLEY, LLP

Law Offices

803 Hearst Avenue, Berkeley, California 94710
Phone: (510) 845-3000   Fax: (510) 845-3003
www.achlaw.com

Cristina C. Arguedas
Ted W. Cassman
Laurel L. Headley
Julie A. Salamon
Raphael M. Goldman

Of Counsel:
Christy H. Chandler

October 18, 2016

<u>Sent via email and First Class U.S. Mail</u>

Ms. Randy Mailman, Deputy Attorney General
Ms. Maggy Krell, Supervising Deputy Attorney General
California Department of Justice
1300 I Street, Suite 125
P.O. Box 94425
Sacramento, CA 94244-2550

*Re: People v. Ferrer, et al., Case No. 16FE019224 (Sup. Ct, Sacramento County)*

Dear Ms. Mailman and Ms. Krell:

I am writing on behalf of defendants Carl Ferrer, Michael Lacey and James Larkin in the above-entitled action.

I understand that your office is in possession of documents and data obtained by the service of one or more search warrants in connection with this case. This letter is to inform you that the following individuals have rendered legal advice to Backpage or one of the named individual defendants:

| | |
|---|---|
| Christopher F. Allen, Esq. | Liz McDougall, Esq. |
| Sebastien Angel, Esq. | Edward E. Mcnally, Esq. |
| Mark Bartlett, Esq. | Craig L. Meredith, Esq. |
| Robert A. Bersche, Esq. | Jeff Modisett, Esq. |
| Anthony F. Blum, Esq. | Don Bennett Moon, Esq. |
| Rodney J. Boyd, Esq. | Sam Neel, Esq. |
| Stanley M. Brand, Esq. | Michael L. Nepple, Esq. |
| Thomas P. Brown, Esq. | Hemanshu Nigam, Esq. |
| Zana Bugaighis, Esq. | Lucian T. Pera, Esq. |
| Alisha C. Burgin, Esq. | Charles H.R. Peters, Esq. |
| Janey Henze Cook, Esq. | Jeffrey J. Pyle, Esq. |
| Robert Corn-Revere, Esq. | Shalini K. Rajoo, Esq. |
| Ambika K. Doran, Esq. | Breena M. Roos, Esq. |

| | |
|---|---|
| Samuel Fifer, Esq. | Steven L. Ross, Esq. |
| Jason H. Fisher, Esq. | Bruce S. Rosen, Esq. |
| John Goldmark, Esq. | Stephen Ryan, Esq. |
| Maria Gorecki, Esq. | Mark Sableman, Esq. |
| James C. Grant, Esq. | Gerald S. Sachs, Esq. |
| Megan L. Greer, Esq. | Harry H. Schneider, Esq. |
| Tom E. Henze, Esq. | Larry L. Shosid, Esq. |
| Kenneth G. Kolmin, Esq. | Lori S. Smith, Esq. |
| Mark E. Kasowitz, Esq. | Eric M. Stahl, Esq. |
| James Lawson, Esq. | Rebecca Stroder, Esq. |
| Ronald G. London, Esq. | Steve Suskin, Esq. |
| Robert D. Luskin, Esq. | Candice Tewell, Esq. |
| Susan Lu Lyon-Hintze, Esq. | Lisa B. Zycherman, Esq. |

This list may be amended as further information is developed.

Neither Backpage nor any of the defendants waives the attorney-client or work-product privileges in any respect. Please take appropriate steps to maintain any privilege that may apply to the documents and data you possess.

Sincerely,

*[signature]*

Cristina Arguedas

cc:   Tom E. Henze, Esq.
      Janey Henze Cook, Esq.