◈ AO 435
AZ Form (Rev. 3/2018)

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Toni Thomas | 2. PHONE NUMBER 949/369-3700 | 3. DATE 7/23/2018 |
| 4. FIRM NAME Bienert, Miller & Katzman | | |
| 5. MAILING ADDRESS 903 Calle Amanecer, #350 | 6. CITY San Clemente | 7. STATE CA    8. ZIP CODE 92673 |
| 9. CASE NUMBER 2:18-cr-00422-SPL | 10. JUDGE Bade | DATES OF PROCEEDINGS  11. 7/20/2018   12. 7/20/2018 |
| 13. CASE NAME USA v. LACEY, et al | | LOCATION OF PROCEEDINGS  14. Phoenix   15. STATE Az |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☑ BAIL HEARING | 7/20/2018 | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☑ | ☑ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

DELIVERY INSTRUCTIONS (Check all that apply.)
- ☐ PAPER COPY
- ☑ PDF (e-mail)
- ☐ ASCII (e-mail)

E-MAIL ADDRESS: tthomas@bmkattorneys.com

ESTIMATED COSTS

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Thomas H. Bienert /s/

20. DATE July 23, 2018

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY