# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court has considered the United States' Motion to Extend Time to file its Reply to Defendants' Opposition (Doc. 229), and good cause showing,

**IT IS ORDERED** the motion is **GRANTED**. The deadline for the United States to file a reply to Defendants' opposition to motion to resolve privilege issues and cross-motion to obtain discovery and address privilege issues (Doc. 226) is extended to **August 10, 2018.**

The Court finds excludable delay under 18 U.S.C. § 3161(h) \_\_\_\_ from \_\_\_\_ to \_\_\_\_.

Dated this 25th day of July, 2018.

_____
Bridget S. Bade
United States Magistrate Judge