IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Scott Spear, et al.,<br><br>             Defendant. | No. CR-18-0422-03-PHX-SPL<br><br>**ORDER** |

The Court has considered Defendant Scott Spear's unopposed Motion to Modify Release Conditions (Doc. 231), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED**. Defendant Spear's release conditions are modified s follows:

1. Defendant Spear may consume alcohol, not to excess; and
2. Defendant Spear is no longer required to participate in mental health counseling.

**IT IS FURTHER ORDERED** that all other prior conditions of release remain in full force and effect.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

Dated this 25th day of July, 2018.

_____
Bridget S. Bade
United States Magistrate Judge