| | |
|---|---|
| 1 | PICCARRETA DAVIS KEENAN FIDEL PC |
| 2 | 2 East Congress Street, Suite 1000 |
|   | Tucson, AZ  85701 |
| 3 | (520) 622-6900 |
|   | Michael L. Piccarreta |
| 4 | State Bar No. 003962 |
| 5 | Email: mlp@pd-law.com |
|   | Attorney for Defendant Andrew Padilla |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF INTENT TO WAIVE DEFENDANT'S PRESENCE AT ARRAIGNMENT |
| vs. | |
| 6.  Andrew Padilla, (Counts 1-51) | |
| Defendant. | |

Counsel, on behalf of defendant Andrew Padilla, hereby tenders Notice of Intent to Waive Defendant's Presence at Arraignment scheduled for August 8, 2018, at 10:00 a.m. in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z. Boyle.

RESPECTFULLY SUBMITTED this 30th day of July, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/    Michael L. Piccarreta
       Michael L. Piccarreta
       Attorney for Andrew Padilla

On July 30, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Reginald Jones, Reginald.Jones4@usdoj.gov
Margaret Perlmeter, Margaret.Perlmeter@usdoj.gov