PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>6. Andrew Padilla,<br>       (Counts 1-51)<br><br>            Defendant. | NO. CR-18-00422-06-PHX-SPL (BSB)<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA<br><br>COURT'S ACCEPTANCE OF WAIVER<br>[RULE 10(b), Fed. R. Crim. P.] |

The Defendant in the above case acknowledges and agrees to the following:

1.      I have received a copy of the Superseding Indictment against me. My lawyer has discussed the charges with me and has answered all questions I have so far. I waive reading of the charges against me.

2.      My true and correct name is as indicated on the Superseding Indictment.

3.      I understand I have the right to personally appear in open court on these charges. By signing this waiver, I give up my right to personally appear in open court for an arraignment.

4.      I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

DATE:  7-26-18                    _____
                                  Defendant Andrew Padilla

I am the attorney for the above-named Defendant. I have reviewed the charges against my client and agree with the "Waiver of Appearance at Arraignment."

DATE:  7-26-18                    _____
                                  Michael L. Piccarreta
                                  Attorney for Defendant Andrew Padilla

The Court accepts "Waiver of Defendant's Appearance at Arraignment" and enters a plea of "Not Guilty" for the Defendant Andrew Padilla.

DATE:_____      _____
                                  United States Magistrate Judge