**KARP & WEISS, P.C.**
3060 North Swan Road
Tucson, Arizona 85712-1225
Telephone (520) 325-4200
Facsimile (520) 325-4224

**Stephen M. Weiss**
PCC No. 61412
State Bar No. 002261
sweiss@karpweiss.com

**Adam C. Page**
PCC No. 66148
State Bar No. 025015
apage@karpweiss.com

Attorneys for Defendant Joye Vaught

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>v.<br><br>JOYE VAUGHT<br>(Counts 1-51)<br><br>Defendants | CR-18-00422-PHX-SPL (BSB)<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA<br><br>COURT'S ACCEPTANCE OF WAIVER (RULE 10(b), Fed. R. Crim. P.] |

The Defendant, Joye Vaught, in the above case acknowledges and agrees to the following:

1. I have received a copy of the Superseding Indictment against me. My lawyer has discussed the charges with me and has answered all questions I have so far. I waive reading of the charges against me.

2. My true and correct name is as indicated on the Superseding Indictment.

3. I understand I have the right to personally appear in open court on these

1

charges. By signing this Waiver, I give up my right to personally appear in open court for an arraignment.

    4. I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

DATED 7/30/18, 2018.      _____
                                          JOYE VAUGHT, Defendant

I am the attorney for the above-named Defendant. I have reviewed the charges against my client and agree with the "Waiver of Appearance at Arraignment."

DATED 7/30/18, 2018.      _____
                                          Stephen M. Weiss, Attorney

The Court accepts "Waiver of Defendant's Appearance at Arraignment" and enters a plea of "Not Guilty" for the Defendant Joye Vaught.

DATED _____, 2018.      _____
                                          United States Magistrate