1  MAXWELL | LAW PC
   KC Maxwell (State Bar No. 214701)
2     KCM@KCMaxlaw.com
   David S. Wakukawa (State Bar No. 262546)
3     DSW@KCMaxlaw.com
   899 Ellis Street
4  San Francisco, California  94109
   Telephone: (415) 494-8887
5  Facsimile: (415) 749-1694

6
   Attorneys for Defendant DAN HYER
7

8

9                  UNITED STATES DISTRICT COURT

10                        DISTRICT OF ARIZONA

11

12  | UNITED STATES OF AMERICA, | Case No.  CR-18-00422-05-PHX-SPL (BSB) |
    |---|---|
13  | Plaintiff(s), | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA** |
14  | vs. | |
15  | 5.  DAN HYER, (Counts 1-63), | COURT'S ACCEPTANCE OF WAVIER [RULE 10(b) Fed. R. Crim. P.] |
16  | Defendants. | |

The Defendant in the above case acknowledges and agrees to the following:

1. I have received a copy of the Superseding Indictment against me. My lawyer has discussed the charges with me and has answered all questions I have so far. I waive reading of the charges against me.

2. My true and correct name is as indicated on the Superseding Indictment.

3. I understand I have the right to personally appear in open court on these charges. By signing this waiver, I give up my right to personally appear in open court for an arraignment.

4. I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

DATE:  July 30, 2018

_____
Defendant DAN HYER

I am the attorney for the above-named Defendant. I have reviewed the charges against my client and agree with the "Waiver of Appearance at Arraignment."

DATE:  July 30, 2018

_____
KC MAXWELL
Attorney for Defendant DAN HYER

The Court accepts "Waiver of Defendant's Appearance at Arraignment" and enters a plea of "Not Guilty for the Defendant Dan Hyer.

DATE: _____

_____
UNITED STATES MAGISTRATE JUDGE