Michael D. Kimerer – State Bar No. 002492
  mdk@kimerer.com
Rhonda Elaine Neff – State Bar No. 029773
  rneff@kimerer.com
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone: (602) 279-5900
Facsimile: (602) 264-5566

Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    vs.<br><br>4. John Brunst,<br><br>      Defendant. | CASE NO. 2:18-cr-00422-004-SPL-BSB<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA**<br><br>**COURT'S ACCEPTANCE OF WAIVER**<br><br>**[RULE 10(b), Fed. R. Crim. P.]**<br><br>Assigned to Hon. Steven P. Logan |

3512660.1

WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA

Defendant John Brunst acknowledges and agrees to the following in the above case:

1. I have received a copy of the Superseding Indictment against me. My lawyer has discussed the charges with me and has answered all questions I have so far. I waive reading of the charges against me.

2. My true and correct name is as indicated on the Superseding Indictment.

3. I understand I have the right to personally appear in open court on these charges. By signing this waiver, I give up my right to personally appear in open court for an arraignment.

4. I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

DATED: August 1, 2018

*[signature]*
John Brunst
Defendant

//
//
//
//

I am the attorney for the above-named Defendant. I have reviewed the charges against my client and agree with the "Waiver of Appearance at Arraignment."

DATED: August 1, 2018

Michael D. Kimerer
Rhonda Elaine Neff
Kimerer & Derrick, P.C.

By: /s/ Michael D. Kimerer
      Michael D. Kimerer

DATED: August 1, 2018

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: /s/ Gary S. Lincenberg
      Gary S. Lincenberg

*Attorneys for Defendant John Brunst*

The Court accepts "Waiver of Defendant's Appearance at Arraignment" and enters a plea of "Not Guilty" for the Defendant John Brunst.

DATED:

_____
United States Magistrate Judge