Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099

```
     FILED        LODGED
     RECEIVED     COPY

     AUG 0 1 2018

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

July 26, 2018

Honorable Steven P. Logan
U.S. District Court
District of Arizona
401 West Washington Street
Phoenix, AZ 85003-2118

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCiv P 5.4
(Rule Number/Section)

Re: United States v. Lacey, et al.
18 Crim. 422 (SPL)

Judge Logan:

The undersigned apologizes in advanced for sending this request directly to chambers, however the Court Clerk refused to file two (2) previous letters addressed to the Court on the docket of the above-referenced case, instead the undersigned received two invoices for service requests (see annexed).

The undersigned as a "person aggrieved" respectfully requests a copy of: (1) <u>this</u> Court's individual criminal and civil rules; (2) the docket sheet; and (3) the indictment (Dkt. #3), to support an anticipated MOTION TO RETURN PROPERTY pursuant to Fed. R. Crim. P. 41(g) and to preserve evidence, et cetera.

Respectfully submitted,

Royce Corley

| **BRIAN D. KARTH**<br>District Court Executive / Clerk of Court<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA**<br>**OFFICE OF THE CLERK**<br> | **MICHAEL S. O'BRIEN**<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010<br><br>**DEBRA D. LUCAS**<br>Chief Deputy Clerk<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 |
|---|---|---|

July 13, 2018

Royce Corley #68011-054
Federal Correction Institution
33 ½ Pembroke Rd
Danbury, CT 06811

RE: Docket Sheet / CR-18-00422-PHX-SPL

On June 29, 2018, the Court received your letter requesting information on obtaining a copy of the indictment and docket sheet. Below is the cost to obtain a copy from the Clerk's Office.

A copy of the Local Rules is available at http://www.azd.uscourts.gov.

**Please remit a money order, certified check, or law firm/company/personal check payable to:**
**Clerk, U.S. District Court Phoenix**
**Please include a copy of this billing letter with your payment. We do not accept credit card payments over the phone, by mail, or by fax.**

| Service | Cost |
|---|---|
| Document reproduction | $24.00 |
| **Docket Sheet**<br>    48 pages at $0.50 per page | |
| **Indictment (Doc 3)**<br>    61 pages at $0.50 per page | $30.50 |
| **in the amount of:** | **$54.50** |

**All fees are payable in advance.**

Brian D. Karth
District Court Executive/Clerk of Court

By  s/ D. Draper
    Deputy Clerk

Please send all correspondence to:
Customer Service ▪ Sandra Day O'Connor U.S. Courthouse ▪ Suite 130 ▪ 401 W. Washington St., SPC 1 ▪ Phoenix, AZ 85003-2118

| | | |
|---|---|---|
| **BRIAN D. KARTH**<br>District Court Executive / Clerk of Court<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA**<br>**OFFICE OF THE CLERK** | **MICHAEL S. O'BRIEN**<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010<br><br>**DEBRA D. LUCAS**<br>Chief Deputy Clerk<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 |



May 18, 2018

Royce Corley 68011-054
Federal Correctional Institution
33 ½ Pembroke Rd.
Danbury, CT 06811-3099

RE: CR-18-0422-PX-SPL - U.S. v. Lacey, et al.

**Please remit a money order, certified check, or
law firm/company/personal check payable to:**
### Clerk, U.S. District Court Phoenix
**Please include a copy of this billing letter with your payment.
We do not accept credit card payments over the phone, by mail, or by fax.**

| Service | Cost |
|---|---|
| Document reproduction (docket sheet – 17 pages; Indictment, Document 3 – 61 pages)<br>78 page(s) at $0.50 per page | $39.00 |
| **in the amount of:** | **$ 39.00** |

**All fees are payable in advance.**

Please keep in mind that this is an ongoing criminal case and the docket sheet billing is for the current date only.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court


                                        s/ Beth Stephenson
                             By   Deputy Clerk