**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Scott Spear.<br><br>    Defendant. | NO. CR18-00422 PHX SPL (BSB)<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA**<br><br>COURT'S ACCEPTANCE OF WAIVER<br>(Rule 10(b) Fed. R. Crim. P.) |

Defendant, Scott Spear, acknowledges and agrees to the following:

1. I have received a copy of the Superseding Indictment against me. My lawyer has discussed the charges with me and has answered all of the questions I have so far. I waive the reading of the charges against me.

2. My true and correct name is as indicated in the Superseding Indictment.

3. I understand I have the right to personally appear in open court on these charges. By signing this Waiver, I give up my right to personally appear in open court for an arraignment.

4. I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgement" of the trial date within fifteen (15) days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

. . .

DATED this 2nd day of August, 2018.

_____
Defendant, Scott Spear

I am the attorney for the above-named Defendant, have reviewed the charges against my client and agree with the "Waiver of Personal Appearance at Arraignment and Entry of 'Not Guilty' Plea."

DATED this 2nd day of August, 2018.

FEDER LAW OFFICE, P.A.

_____
Bruce Feder
Attorney for Defendant, Scott Spear

The Court accepts "Waiver of Defendant's Appearance at Arraignment and Entry of 'Not Guilty' Plea" and enters a plea of "Not Guilty" for Defendant Scott Spear.

DATED: _____    _____
United States Magistrate Judge

. . .
. . .

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp: Kevin.Rapp@usdoj.gov
Andrew Stone: Andrew.Stone@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
John Kucera: John.Kucera@usdoj.gov
Reginald Jones: Reginald.Jones@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

Paul Cambria: pcambira@lglaw.com
James Grant: jimgrant@dwt.com
Erin McCampbell: emccampbell@lglaw.com
Robert Corn-Rever: bobcornrevere@dwt.com
Ronald London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookemurphy.com
John Littrell: jlittrell@bmkattorneys.com
Kenneth Miller: kmiller@bmkattorneys.com
Michael Piccarreta: mlp@pd-law.com
Stephen M. Weiss: sweiss@karpweiss.com
Michael Kimerer: mdk@kimerer.com
Tom Bienert: tbienert@bmkattorneys.com
Gary Lincenberg: gsl@birdmarella.com
Ariel Neuman: aneuman@birdmarella.com
KC Maxwell: kcm@kcmaxlaw.com
David Wakukawa: dsw@kcmaxlaw.com
*Attorneys for the Defense*

By: /s/  A. Jones