# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>James Larkin, et al.,<br><br>　　　　Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

　　　The Court having reviewed Defendant Andrew Padilla, Joye Vaught, John Brunst, James Larkin and Scott Spear's Waiver of Personal Appearance at Arraignment and Entry of "Not Guilty" Plea (Docs. 239, 240, 242, 243, 245), and good cause shown,

　　　IT IS ORDERED granting in part Defendants Waiver (Docs. 239, 240, 242, 243, 245),

　　　IT IS FURTHER ORDERED waiving Defendants Appearance at the Arraignment Hearing scheduled for August 8, 2018 at 10:00 AM., before Magistrate Judge John Z. Boyle, in courtroom 302. **Defendant's counsel must appear**, however, at the Arraignment, at which time Defendant's Not Guilty Plea will be entered, and Defendants trial date will be given.

　　　IT IS FURTHER ORDERED that Defendants further waive personal notice of the date of trial and will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment.

The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from \_\_\_\_ to \_\_\_\_.

Dated this 6th day of August, 2018.

_____
Honorable Michelle H. Burns
United States Magistrate Judge