MAXWELL | LAW PC
KC Maxwell (State Bar No. 214701)
  kcm@kcmaxlaw.com
David S. Wakukawa (State Bar No. 262546)
  dsw@kcmaxlaw.com
899 Ellis Street
San Francisco, California  94109
Telephone: (415) 494-8887
Facsimile: (415) 749-1694

Attorneys for Defendant DAN HYER

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.  CR-18-00422-05-PHX-SPL (BSB) |
| Plaintiff(s), | **MOTION TO APPEAR TELEPHONICALLY AT ARRAIGNMENT AS TO DEFENDANT DAN HYER** |
| vs. | |
| 5. Dan Hyer,<br>   (Counts 1-68), | PROPOSED ORDER |
| Defendants. | |

1  I, KC Maxwell, am the attorney for Defendant Dan Hyer in the above-captioned matter.  I
2  maintain my regular office in San Francisco, California and was admitted *pro hac vice* in this
3  Court on April 17, 2018.  I respectfully move the court for an Order allowing me to appear
4  telephonically at the Arraignment scheduled for Wednesday, August 8, 2008 at 10:00 a.m. in
5  Courtroom 302 as at this moment in time it is impossible for me to physically appear at the
6  arraignment.

| Dated:  August 7, 2018 | Respectfully submitted, |
|---|---|
|  | MAXWELL LAW PC |
|  | By:      /s/  *KC Maxwell* |
|  | K.C. Maxwell |
|  | Attorney for Defendant Dan Hyer |

### [PROPOSED] ORDER

Good cause having been shown, the Court HEREBY ORDERS that: KC Maxwell, attorney for Defendant Dan Hyer, motion to appear telephonically at the Arraignment scheduled for August 8, 2018 at 10:00 am in Courtroom 302 is hereby granted.

DATE: _____          _____
                                                              UNITED STATES MAGISTRATE JUDGE

-1-