Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  602-279-5900
Facsimile:  602-264-5566
mdk@kimerer.com
rneff@kimerer.com

Gary S. Lincenberg (Cal. Bar # 123058, *admitted pro hac vice*)
Ariel A. Neuman (Cal. Bar # 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (Cal. Bar # 279586, *admitted pro hac vice*)
**Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: 310-201-2100
Facsimile: 310-201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com

*Attorneys for Defendant Jed Brunst*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **John "Jed" Brunst**, <br><br> Defendant. | Case No. 2:18-cr-00422-004-PHX-SPL (BSB) <br><br> **DEFENDANT BRUNST'S NOTICE OF JOINDER IN DEFENDANTS' LACEY AND LARKIN'S OPPOSITION TO UNITED STATES' MOTION TO RESOLVE PRIVILEGE ISSUES AND CROSS-MOTION TO OBTAIN DISCOVERY AND ADDRESS PRIVILEGE ISSUES** <br><br> "Defendant Not in Custody" <br><br> (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, joins in Defendants' Michael Lacey and James Larkin's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege

Issues (235)[1] and hereby requests that the Court grant the relief sought by Defendants Lacey and Larkin.

Defendant Brunst is in agreement with the arguments made in Defendants' Lacey and Larkin's Opposition to the United States' Motion to Resolve Attorney-Client Privilege Issues (Doc. 195). Defendant Brunst adopts the positions set forth in said Opposition as if fully set forth herein.

Respectfully submitted this 8th day of August, 2018.

        KIMERER & DERRICK, P.C.

        /s/ Michael D. Kimerer
        Michael D. Kimerer
        Rhonda Elaine Neff
        1313 E. Osborn Road, Suite 100
        Phoenix, AZ 85014

        and

        BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

        /s/ Gary S. Lincenberg
        Gary S. Lincenberg
        Ariel A. Neuman
        Gopi K. Panchapakesan
        1875 Century Park East, 23rd Floor
        Los Angeles, CA 90067-2561

        *Attorneys for Defendant John "Jed" Brunst*

---

[1] Defendants Lacey and Larkin filed a Motion for Leave to File Over-Length Opposition to the Government's Motion (Doc. 225). The Motion and exhibits were lodged as Documents 226 and 227. The Court granted the request to file an over-sized brief. The brief was filed as Document 235.

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2018, I electronically transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendants Lacey and Larkin's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
*Attorney for Defendant Joye Vaught*

By: /s/ Rhonda Neff