IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SPL (BSB)<br><br>ORDER RE:<br>JOINT MOTION FOR<br>EXTENSIONS OF TIME |

　　　The Court having reviewed and considered the Joint Motion for Extensions of Time, and good cause showing,

　　　IT IS HEREBY ORDERED that Defendant's time for filing the Reply on Defendant's Motion for Disclosure (Doc. 202) is extended from August 9, 2018 to August 16, 2018, and the government's time for filing the Reply on the Government's Motion to Resolve Privilege Issues is extended from August 10, 2018 to August 17, 2018.

　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.