# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Motion for Extension of Time to file Replies (Doc. 260), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED**. The deadline for filing replies to the government's response to Defendant's Motion for Disclosure (Doc. 202) is extended from August 9, 2018 to **August 16, 2018**.

**IT IS FURTHER ORDERED** the deadline for the government to file a reply in support of its Motion to Resolve Privilege Issues (Doc. 195) is extended from August 10, 2018 to **August 17, 2018**.

Dated this 9th day of August, 2018.

_____
Bridget S. Bade
United States Magistrate Judge