IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Joye Vaught,<br><br>    Defendant. | CR-18-0422-07-PHX-SPL<br><br>**DEFENDANT'S NOTICE AND ACKNOWLEDGMENT OF TRIAL DATE** |

I, Joye Vaught, having waived my personal and physical appearance in the District Court for my arraignment, understand that a trial date in my case was set for January 15, 2020, that at the time of the arraignment, plea(s) of not guilty were entered on my behalf; and that I am required to personally and physically appear in the United States District Court for the District of Arizona in Phoenix, Arizona on January 15, 2020, Courtroom Number 501 at 9:00 a.m. for my trial before the Honorable Steven P. Logan, United States District Judge.

8/10/18
Date

_/s/ Vaught_
Defendant's Signature

Joye Vaught
Defendant's Printed Name

This completed form is required to be filed with the Clerk of the U.S. District Court by **August 23, 2018** or the defendant may be ordered to appear in person at the Sandra Day O'Connor U.S. District Courthouse in Phoenix in advance of Trial to acknowledge the date of his required appearance at Trial.