# Exhibit G

| | |
|---|---|
| **From:** | Simrin Hooper [shooper@sspblue.com] |
| **Sent:** | Monday, December 20, 2010 9:05 PM |
| **To:** | Scott Spear; Jamie Schumacher; Hemanshu Nigam; Carl Ferrer |
| **Subject:** | Updated Excel for call |
| **Attachments:** | Backpage Changes Excel v5.xlsx |

Please see the attached updated Excel for the call today.

We should discuss:
-13, 17, 18 and 30 specifically

Thanks!
Simrin

1

Confidential
BP-AZGJ_01110662

Confidential

Backpage- SSP Blue
DRAFT ATTORNEY-CLIENT PRIVILEGED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Area | Issue | Change | Notes | Owner(s) | Status | Notes/Status |
| 2 | Policy | Support Operations | Hire image review vendor for tier one image review | Spoke with Sykes, who say BP is too small; Carl is waiting to hear back from TOD; in the meantime continuing with current vendor. | Carl | Ongoing | done |
| 3 | Policy | Support Operations | Hire internal personnel to handle tier two image review | Spoke with Sykes, who say BP is too small; Carl is waiting to hear back from TOD; in the meantime continuing with current vendor. | Carl | Ongoing | done |
| 4 | Policy | Support Operations | Hire internal personnel to handle content review | | | | done |
| 5 | Policy | Image | Finalize policy on acceptable image content | No topless; no genitalia, no bare butts | | Done and in practice | |
| 6 | Policy | Image | Finalize policy on whether unacceptable images are removed from ads or if the entire ad is deleted | Remove image; keep over all | | Done and in practice | |
| 7 | Policy | Content | Finalize policy on acceptable content | List of prostitution-related terms banned from site; additional content rules pending | | Ongoing | done |
| 8 | Policy | Content | Finalize policy on whether unacceptable content is removed from ads or if the entire ad is deleted | Sex act for money ad- entire ad is removed; if it's "one" illegal word, the word is removed | | Done and in practice | |
| 9 | Policy | Content | Identify adult or personal ads on which to raise rates to decrease their volume | Increased rates where there were high posting volumes- $1 became $3, $3 became $5, etc. Especially in personals | | Done | |
| 10 | Policy | Forums | Create guidelines for adult forums prohibiting prostitution, discussion of sexual activity involving minors, and solicitations for rape and physical abuse. | 1. Update V-Bulletin Software; 2. Integrate their moderation technology; 3. Add "sign in or sign up" Account process for sex & obits forums; 4. Resource commitment | Carl to assign someone internally to handle all forums issues. | updating software; in progress | |

11.2.10

BP-AZGJ_01110663

Backpage- SSP Blue
DRAFT ATTORNEY-CLIENT PRIVILEGED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 11 | Policy | Forums | Educate the super user moderators on the new rules. | | | | |
| 12 | Policy | Support Operations | Hire personnel to review the user generated reports and any alerts generated by the keyword triggers in forums only. | 1. Update V-Bulletin Software; 2. Integrate their moderation technology; 3. Add "sign in or sign up" Account process for sex & obits forums; 4. Resource commitment | Carl to assign someone internally to handle all forums issues. | updating software; in progress | |
| 13 | Backend: Technology | Overall Review | Separate content and image review into two distinct processes such that uploaded content goes into one review queue and uploaded images go into a different review queue for all Adults and Personals ads (including paid and unpaid ads) | 1. Update V-Bulletin Software; 2. Integrate their moderation technology; 3. Add "sign in or sign up" Account process for sex & obits forums; 4. Resource commitment | Carl to assign someone internally to handle all forums issues. | updating software; in progress | |
| 14 | Backend: Technology | Image Review | Create two tier process for image review: tier one image review to be outsourced to vendor; tier two image review of images flagged by tier one to be handled internally by Backpage (for deletion or approval on site) | | Carl | decided not to do this | |
| 15 | Backend: Technology | Content Review | Create automated process for keyword searches of known bad words specific to Adult section, Personal section, and Forums sections | automated search already exists; incorporating additional prostitution related terms | Carl | current vendor being used | |
| 16 | Backend: Technology | Content Review | Ads that contain known bad words found through the automated search are put into higher priority review queue for content review | Part of "User Reporting" re-design. | Carl | Week of 11.2.10 | done |
| 17 | Backend: Technology | Content Review of Edited Ads | Edited ads do not "go live" until they are approved. | See attached possible flow chart. | Carl | January | |
| | | | | | | edited ads are being allowed to go live prior to review-- currently reviewing quicker | |

Confidential

BP-AZGJ_0110664

11.2.10

Confidential

Backpage- SSP Blue
DRAFT ATTORNEY-CLIENT PRIVILEGED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 18 | Front end | Account Creation | Require either an account log-in that indicates a user is over 18, or account creation indicating the user is over 18, in order to enter into the full view (photos and all ad text included) of Adult or Personal Ads or to post in either section.  Account creation involves dob entry, email address and password.   SEE ATTACHED FLOW CHART.  **Note- consider re-directing under 18 user to backpage.com/city they were looking at, as opposed to the backpage.com general home page | Issues: 1. How to handle existing users without a dob on record?-- Can hold off on cleaning up until this phase is complete. 2. Confirm language for disclaimer and sign-in/sign-up page (combine into one page and mimic YouTube language); 3. Finalize of length of cookie disallowing users who enter in a dob under 18 from being able to access the page. | Carl | bc removed nudity, determined they didn't tneed to ad this content | |
| 19 | Legal | Account Creation | Disclaimer Language Recommendation (based off YouTube model): "This ad or group of ads may contain content that is inappropriate for some users. To view these ads, please 'sign-in' or 'sign up'" | | | | |
| 20 | Front end | User Reporting | Add the ability for a user to report a specific image to Backpage, as opposed to reporting the entire post | See attached flow chart. | | Feb/March; fixing actual reporting in January | |
| 21 | Front end | User Reporting | Add dropdowns in the current reporting area so users can indicate why they are reporting something (Scam, Copyright, Child Porn, Prostitution, etc.) | SEE ATTACHED FLOW CHART. | | January | |
| 22 | Backend: Technology | Reporting/Support Operations | Fast track higher priority reports from users in review queue | | | January | |
| 23 | Front end | Forums | Create an easy way for users to report abuse in forums; reports to be sent to forums review queue | 1. Update V-Bulletin Software; 2. Integrate their moderation technology; 3. Add "sign in or sign up" Account process for sex & obits forums; 4. Resource commitment | Carl to assign someone internally to handle all forums issues. | updating software step currently cancelled | |

11.2.10

BP-AZGJ_01110665

Confidential

Backpage- SSP Blue
DRAFT ATTORNEY-CLIENT PRIVILEGED

11.2.10

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 24 | Front end | Content Control | Limit amount of text allowed in ads | Limited to 1500 | | 500 character limit | |
| 25 | Front end | Content Control | Require selection from list of legal adult services in Adult section postings | TABLED to be discussed later. | | made some mock-ups | |
| 26 | Front end | Content Control | Block all html in ads; reinstate for certain trusted users and sites over time | | | Week of Nov 1, 2010. | done |
| 27 | Front End | Content Control | Raise rates for posting certain adult or personal ads | | | DONE | |
| 28 | Front end | Content Control | Remove return of results when certain keywords are used (on the front end) that indicate illegal activity (i.e. rape, incest, Lolita, etc.) | SSP Blue to expand list and submit to Carl and team. | | | re-send list of terms to carl |
| 29 | Backend: Technology | Content | Create a blacklist of links and do not allow any links to these sites | | | In process now; constantly updated | done; now added in child porn url from ncmec |
| 30 | Backend: Technology | Image | Employ image hashing to prevent repeat inappropriate image uploads. | | | December | moved to february |
| 31 | Backend: Technology | NCMEC Reports | Work with NCMEC to build automated mechanism to send possible child exploitation reports to NCMEC from Backpage employees | Received API; in discussions with Megan at NCMEC. | | Ongoing- almost complete; finish in end of december | |
| 32 | Front end | Account Creation: Under 18s | Upon account creation by under 18, require the user to read a list of safety tips and refer the user to the Safety section (to be created) on the site. User indicates they have read the information via a check-box. | Will be added to "account creation" process for under 18s once the Safety Section has been created for Backpage. | | cancelled due to removing nudity | |
| 33 | Front end | Age Related Restrictions | When a known under 18 user posts ads and pictures, show the under-18 a warning regarding the disclosure of personal information and photos | | SSP Blue or NGO | impossible if account creation is cancelled | |
| 34 | Front end | Safety Pages | Create a safety, security and privacy section on the website that is accessible on the bottom of every page | | SSP Blue or NGO | send content | |

4

BP-AZGJ_0110666

Backpage- SSP Blue
DRAFT ATTORNEY-CLIENT PRIVILEGED

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | Front end | Safety Pages | Content in this section would include information on avoiding and recognizing scams, explaining illegal ads, linking to legitimate NGO's, explaining reporting mechanisms, providing access information to Law Enforcement, FTC tips, and other safety, security and privacy tips. | | SSP Blue or NGO | send content | |
| 35 | | | | | | | |
| 36 | Legal | Terms of Use | Change Terms to reflect changes in image and content policies | | Legal | | |

Confidential

11.2.10

BP-AZGJ_0110667