1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

United States of America,                    )        No. CR-18-0422-05-PHX-SPL
                                             )
9                                            )
                    Plaintiff,               )        **ORDER**
10                                           )
    vs.                                      )
11                                           )
                                             )
12                                           )
    Dan Hyer,                                )
13                                           )
                    Defendant.               )
14  _____ )

15

16          **IT IS ORDERED** setting Sentencing on November 19, 2018 at 11:00 a.m.

17          **IT IS FURTHER ORDERED** no more than ten (10) character letters shall be

18  submitted by Defense Counsel in criminal cases, unless otherwise ordered by the Court.

19          **IT IS FURTHER ORDERED** original letters must be submitted by Defense

20  Counsel in paper form with the original to the U.S. Probation Office and copies to the

21  Court and opposing counsel at least five (5) business days prior to the hearing. Character

22  letters shall not be mailed directly to the Court by any family members or other persons

23  writing in support of the Defendant. Character letters or a notice of such shall **not** be filed

24  electronically unless otherwise ordered by the Court.

25          **IT IS FURTHER ORDERED** that any motions for upward departure, downward

26  departure and sentencing memoranda must be filed, at least, seven (7) business days prior

27  to the sentencing date. Responses are due three (3) business days prior to the sentencing

28  date. Any motion to continue sentencing must be filed promptly upon discovery of the

1    cause for continuance and must state the cause with specificity. Motions to continue

2    sentencing filed less than fourteen (14) days before sentencing are disfavored.

3              Dated this 17th day of August, 2018.

4

5                                                          Honorable Steven P. Logan
                                                          United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28