**CERTIFICATION**

I have personally consulted with the government in a good faith and sincere effort to resolve this discovery dispute without the filing of a motion. Those efforts were unsuccessful. I therefore certify, pursuant to LRCrim12.1 and LRCiv7.2(j), that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve this matter.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/ Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

11