**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**
**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com
**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com
**Attorneys for Defendant Joye Vaught**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00422-SPL<br>(CR-18-422-PHX-SPL (BSB) |
| Plaintiff | |
| v. | JOINDER IN DEFENDANT<br>PADILLA'S MOTION FOR<br>ITEMIZATION OF *BRADY/GIGLIO*<br>MATERIAL |
| 7.  JOYE VAUGHT | |
| Defendant | |

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss,

hereby joins in Defendant Padilla's Motion for Itemization of *Brady/Giglio* Material

and adopts the positions set forth in said Motion as if fully set forth herein.  The issues

raised by Defendant Padilla in said Motion apply with equal force to Defendant Vaught.

DATED this 21st day of August, 2018.

**KARP & WEISS, P.C.**


By ____ */s/ Stephen M. Weiss*
Stephen M. Weiss
Attorney for Defendant Vaught

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of June, 2018, I electronically transmitted the foregoing Joinder in Defendant Padilla's Opposition to Government's Motion to Disqualify Counsel on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

Kevin M. Rapp:  kevin.rapp@usdoj.gov
Dominic William Lanza:  dominic.lanza@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Peter Kozinets:  peter.kozinets@usdoj.gov
Andrew Stone: andrew.stone@usdoj.gov
Paul Cambria: pcambria@lglaw.com
Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
K. C. Maxwell:  kmaxwell@bgrfirm.com
Michael D. Kimerer:  MDK@kimerer.com
Michael L. Piccarreta:  mlp@pd-law.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Tom Bienert: tbienert@bmkattorneys.com