Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>            Defendants. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT LACEY'S JOINDER IN DEFENDANT ANDREW PADILLA'S MOTION FOR ITEMIZATION OF *BRADY/GIGLIO* MATERIAL |

Defendant Michael Lacey hereby joins in the *Motion for Itemization of* Brady/Giglio *Material* files by Defendant Andrew Padilla on August 20, 2018 (the "Motion"). (*See* Dkt. 273.) By this joinder, Mr. Lacey adopts the positions set forth in the Motion as fully set forth herein. The issues raised in the Motion apply with equal force to Mr. Lacey.

Dated: August 22, 2018            LIPSITZ GREEN SCIME CAMBRIA LLP

                                                  */s/      Erin E. McCampbell*
                                                  Attorneys for Defendant
                                                  Michael Lacey

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of August 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ April Kelly