Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  602-279-5900
Facsimile:  602-264-5566
mdk@kimerer.com
rneff@kimerer.com
*Attorneys for Defendant Jed Brunst*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **John "Jed" Brunst**, <br><br> Defendant. | Case No. 2:18-cr-00422-004-PHX-SPL (BSB) <br><br> **DEFENDANT BRUNST'S NOTICE OF JOINDER IN DEFENDANT PADILLA'S MOTION FOR ITEMIZATION OF *BRADY/GIGLIO* MATERIAL** <br><br> "Defendant Not in Custody" <br><br> (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, joins in defendant Andrew Padilla's Motion for Itemization of *Brady/Giglio* Material filed on August 20, 2018 (Doc. 273).

Defendant Brunst agrees with the arguments made in Defendant Padilla's Motion. Defendant Brunst adopts the positions set forth in said Motion as if fully set forth herein. The issues raised in the Motion apply with equal force to Mr. Brunst.

Respectfully submitted this 22nd day of August, 2018.

KIMERER & DERRICK, P.C.

/s/ Michael D. Kimerer
Michael D. Kimerer
Rhonda Elaine Neff
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014

and

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

/s/ Gary S. Lincenberg
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

*Attorneys for Defendant John "Jed" Brunst*

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2018, I electronically transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendant Padilla's Motion for Itemization of Brady/Giglio Material to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
*Attorney for Defendant Joye Vaught*

Gary Lincenberg: glincenberg@Birdmarella.com
Gopi K. Panchapakesan: gpanchapakesan@birdmarella.com
Ariel Neuman: aneuman@birdmarella.com
*Co-Counsel for Defendant John Brunst*

By: /s/ Melissa Wallingsford