AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No.   CR-18-00422-PHX-SPL (BSB) |
| Michael Lacey, et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Larkin

Date:   08/23/2018

*Whitney Bernstein*
*Attorney's signature*

Whitney Z. Bernstein (CA SBN #304917)
*Printed name and bar number*

903 Calle Amanecer
Suite 350
San Clemente, CA 92673
*Address*

wbernstein@bmkattorneys.com
*E-mail address*

(949) 369-3700
*Telephone number*

(949) 369-3701
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of August, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

                                                  */s/ Michele Ueda*
                                                  Michele Ueda

CM/ECF Registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com