ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
Assistant U.S. Attorneys
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 North Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone: 213-894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S.  Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave. N.W., Room 2116
Washington, D.C. 20530
Telephone: 202-616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LACEY, ET AL.,<br><br>Defendant. | CR 18-422-PHX-SPL (BSB)<br><br>BILL OF PARTICULARS RE: FORFEITURE OF PROPERTY |

        The United States hereby submits the following Bill of Particulars for Forfeiture of

Property.

1    The Forfeiture Allegations of the Superseding Indictment notified defendants pursuant to

2   Rule 32.2 of the Federal Rule of Criminal Procedure that the government, in the event of the

3   conviction of any of the defendants, will seek forfeiture of property pursuant to Title 21, United

4   States Code, Section 853(p), Title 18, United States Code, Section 982(b), and Title 18, United

5   States Code, Section 982(a)(7).  The United States hereby gives further notice that, with respect

6   to the Forfeiture Allegations of the Superseding Indictment, it also intends to seek forfeiture of

7   the following specific property:  $8,778,802.96 held in Bank of America IOLTA Account

8   #50033414.

9   Dated:  August 23, 2018              Respectfully submitted,

10                                        ELIZABETH A. STRANGE
                                         First Assistant United States Attorney, District of
11                                       Arizona
                                         KEVIN M. RAPP
12                                       MARGARET PERLMETER
                                         ANDREW C. STONE
13                                       PETER S. KOZINETS
                                         Assistant United States Attorney
14
                                         BRIAN BENCZKOWSKI
15                                       Assistant Attorney General
                                         Criminal Division,
16                                       U.S. Department of Justice
17
18                                          /s/*John Kucera*
                                         JOHN KUCERA
19                                       Special Assistant U.S. Attorney
20                                       Attorneys for Plaintiff
                                         United States of America
21

22

23

24

25

26

27

28