ELIZABETH A STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   vs.<br><br>Dan Hyer,<br><br>             Defendant. | CR-18-00422-5-PHX-SPL<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

The United States of America hereby requests this Court continue the sentencing currently set for November 19, 2018, at 11:00 a.m. for defendant Dan Hyer for a period of six months because it is in the interest of justice. Counsel for defendant has no objection to this motion.

Respectfully submitted this 28th day of August, 2018.

    ELIZABETH A. STRANGE
    First Assistant United States Attorney
    District of Arizona

    */s Kevin Rapp*
    KEVIN M. RAPP
    MARGARET PERLMETER
    PETER S. KOZINETS
    ANDREW C. STONE
    JOHN J. KUCERA
    Assistant U.S. Attorneys

    BRIAN BENCZKOWSKI
    Assistant Attorney General
    Criminal Division, U.S. Department of Justice

    REGINALD E. JONES
    Senior Trial Attorney
    U.S. Department of Justice, Criminal Division
    Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

K C Maxwell
Maxwell Law PC
899 Ellis St.
San Francisco, CA 94109
415-494-8887
Email: kcm@kcmaxlaw.com

*Attorneys for defendant Dan Hyer*

*s/Zachry Stoebe*
US Attorney's Office