## INDEX OF EXHIBITS

Exhibit A        Notice of Motion and Motion to Vacate or Modify Seizure Warrants

Exhibit B        Declarations Filed in Support of the Motion to Vacate or Modify Seizure Warrants

Exhibit C        Request for Judicial Notice (without exhibits)

Exhibit D        Notice of Related Cases