# Exhibit "D"

FILED
CLERK, U.S. DISTRICT COURT

8/1/18

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

1  Thomas H. Bienert, Jr., State Bar No. 135311
   tbienert@bmkattorneys.com
2  Kenneth M. Miller, State Bar No. 151874
   kmiller@bmkattorneys.com
3  Anthony R. Bisconti, State Bar No. 269230
   tbisconti@bmkattorneys.com
4  BIENERT, MILLER & KATZMAN, PLC
5  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
6  Telephone (949) 369-3700
7  Facsimile (949) 369-3701

8  Attorneys for James Larkin

9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                      WESTERN DIVISION

                            CV18-6742-RGK(MMAx)

**In the Matter of the Seizure of:**           Case No.

Any and all funds held in ▓▓▓▓▓▓               18-MJ-00722
▓▓▓▓▓▓▓▓▓▓▓ Account(s) xxxx1889,
xxxx2592, xxxx1938, xxxx2912, and,             **NOTICE OF RELATED CASES
xxxx2500.                                      PURSUANT TO L.R. 83-1.3**

                                               [Filed concurrently herewith are the following:
                                               *Notice of Motion and Motion to Vacate or
                                               Modify Seizure Warrants*; *Declarations of
                                               James Larkin, Michael Lacey, John Brunst,
                                               Scott Spear, Margaret Larkin, Troy Larkin,
                                               Ramon Larkin, and Antoinette Thomas*; *Request
                                               for Judicial Notice*]

1　　　　Pursuant to Local Rule 83-1.3, James Larkin hereby provides notice of the following
2　related cases (collectively with the instant case, the "Related Cases"), each of which is also
3　pending in the United States District Court for the Central District of California:

- Case No. 2:18-mj-00712;
- Case No. 2:18-mj-00713;
- Case No. 2:18-mj-00715;
- Case No. 2:18-mj-00716;
- Case No. 2:18-mj-00718;
- Case No. 2:18-mj-00719;
- Case No. 2:18-mj-00720;
- Case No. 2:18-mj-00721;
- Case No. 2:18-mj-00723;
- Case No. 2:18-mj-00724;
- Case No. 2:18-mj-00751;
- Case No. 2:18-mj-00797;
- Case No. 2:18-mj-00798;
- Case No. 2:18-mj-00996;
- Case No. 2:18-mj-00997;
- Case No. 2:18-mj-01427; and
- Case No. 2:18-mj-01863.

　　　　The Related Cases arise from the same transactions, happenings, and/or events. The Related Cases all involve civil seizure warrants for assets that are allegedly proceeds from the operation of Backpage.com. All of the seizure warrants are based on the same (or very similar) probable cause allegations. And the owners of all the seized assets intend to move to vacate these seizure warrants the same grounds. Thus, there is a substantial overlap of legal and factual issues, as well as interested parties, among the Related Cases. Consequently, the Related Cases call for determination of the same or substantially related or similar questions of law and fact. As a result, and for the reasons set forth more fully

below, hearing the Related Cases by different judges would entail a substantial duplication of labor.

Given the substantial factual and legal overlap of the seizures conducted in the Related Cases, the challenges to those seizures, in this case and each of the Related Cases, will likely raise the same or substantially similar issues. Accordingly, Mr. Larkin submits that all of Related Cases should be consolidated and resolved in a single forum, before this Court.

Dated: July 30, 2018                BIENERT, MILLER & KATZMAN, PLC

                                    By: /s/ Thomas H. Bienert
                                        Thomas H. Bienert
                                        Kenneth M. Miller
                                        Anthony R. Bisconti
                                        Attorneys for James Larkin

440772-1