**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR18-00422 PHX SPL |
| Plaintiff, | |
| vs. | **DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT LARKIN'S OPPOSITION TO GOVERNMENT'S APPLICATION FOR ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY** |
| Scott Spear. | |
| Defendant. | |

The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office., P.A., hereby joins in Defendant James Larkin's Opposition to Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody [285] in all respects as said Opposition applies to him. Additionally, the Government's pleading improperly seeks to deprive Defendants of the prompt pretrial hearing they are entitled to where seizures of assets derived from First Amendment activities occur. *See*, Fort Wayne Books v. Indiana, 489 U.S. 466(1989); United States v. Crozier, 777 F.2d 1376 (9th Cir. 1985).

RESPECTFULLY SUBMITTED this 30th day of August, 2018.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**     Kevin.Rapp@usdoj.gov
**Andrew Stone:**     Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**     Margaret.Perlmeter@usdoj.gov
**John Kucera:**     John.Kucera@usdoj.gov
**Reginald Jones:**     Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**     Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**     pcambira@lglaw.com
**James Grant:**     jimgrant@dwt.com
**Erin McCampbell:**     emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:**     ronnielondon@dwt.com
**Janey Henze Cook:**     janey@henzecookemurphy.com
**John Littrell:**     jlittrell@bmkattorneys.com
**Kenneth Miller:**     kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**     sweiss@karpweiss.com
**Michael Kimerer:**     mdk@kimerer.com
**Tom Bienert:**     tbienert@bmkattorneys.com
**Gary Lincenberg:**     gsl@birdmarella.com
**Ariel Neuman:**     aneuman@birdmarella.com
**KC Maxwell:**     kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
*Attorneys for the Defense*

*By: /s/   A. Jones*