Thomas H. Bienert, Jr., CA State Bar No. 135311
*(Admitted Pro Hac Vice)*
tbienert@bmkattorneys.com
Kenneth M. Miller, CA State Bar No. 151874
*(Admitted Pro Hac Vice)*
kmiller@bmkattorneys.com
Anthony R. Bisconti, CA State Bar No. 269230
*(Admitted Pro Hac Vice)*
tbisconti@bmkattorneys.com
Whitney Z. Bernstein, CA State Bar No. 304917
*(Admitted Pro Hac Vice)*
wbernstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700 / Facsimile (949) 369-3701
Attorneys for James Larkin

Paul J. Cambria, Jr., NY State Bar No. 15873
*(Admitted Pro Hac Vice)*
pcambria@lglaw.com
Erin McCampbell, NY State Bar No. 4480166
*(Admitted Pro Hac Vice)*
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone (716) 849-1333 / Facsimile (716) 855-1580
Attorneys for Michael Lacey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>      Defendants. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>**MOTION FOR LEAVE TO LATE FILE REPLY ON CROSS-MOTION FOR DISCOVERY IN RESPONSE TO UNITED STATES' MOTION TO RESOLVE PRIVILEGE ISSUES (First Request)** |

James Larkin, by and through counsel, Bienert, Miller & Katzman, PLC, and Michael Lacey, by and through counsel, Lipsitz Green Scime Cambria LLP, respectfully move this Court for an order granting leave to late file their Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues.

Defendants' Reply on Cross-Motion for Discovery in Response to the United States' Motion to Resolve Privilege Issues is being filed late due to the press of other business that counsel has been addressing in this matter including but not limited to: the government's continuing seizure of defendants' assets, the issuance of seizure warrants in the Central District of California, the seizure of law firm retainers, defense counsel's efforts to elicit cooperation to obtain discovery necessary for the pending motions, the government's demand for return of documents previously produced, and other pending motions.

The Court has set oral argument on the government's Motion and defendants' Cross-Motion for October 4, 2018 at 1:30 p.m. (*See* Dkt. No. 291).  The government's response to Defendants' Cross-Motion was filed on August 17, 2018 (*see* Dkt. No. 269).  Defendants recognize that under the local rules, their timely reply to the government's responsive pleading was therefore due August 24, 2018.  Counsel apologizes for the delay in filing and, on behalf of Mr. Larkin and Mr. Lacey, respectfully requests that the Court allow this Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues be filed as of September 4, 2018.  Defendants submit that, because this is a reply brief to which no further response is permitted, with oral argument one month away, the government will not be prejudiced if the Court accepts Defendants' Reply brief late.

Counsel conferred with government counsel regarding this request.  The government, through Assistant U.S. Attorney Kevin M. Rapp, opposes this request.

For the above reasons, Mr. Larkin and Mr. Lacey respectfully move for leave to late file his Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues.

Respectfully submitted,

Dated:   September 4, 2018

*/s/ Thomas H. Bienert, Jr.*
BIENERT, MILLER & KATZMAN, PLC
Attorneys for James Larkin

*/s/ Paul J. Cambria Jr.*
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Michael Lacey

# CERTIFICATE OF SERVICE

I certify that on this 4th day of September, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*s/ Toni Thomas*
Toni Thomas

CM/ECF Registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com