IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　vs.<br>Michael Lacey, et al.,<br><br>　　　　Defendants. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO LATE FILE REPLY ON CROSS-MOTION FOR DISCOVERY IN RESPONSE TO UNITED STATES' MOTION TO RESOLVE PRIVILEGE ISSUES (First Request)** |

Having considered Defendants' Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues (First Request), and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　**HON. BRIDGET S. BADE**
　　　　　　　　　　　　　　　　　　United States Magistrate Judge