AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Joye Vaught<br>*Defendant* | Case No. CR-18-00422-07-PHX-SPL |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joye Vaught,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 – Conspiracy
18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution

Date: 03/29/2018

*Issuing officer's signature*

City and state: Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/29/2018, and the person was arrested on *(date)* 4/6/2018
at *(city and state)* Phoenix, AZ

Date: 8/31/2018

By: *Arresting officer's signature*
arrested by FBI

*Printed name and title*