PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR ITEMIZATION OF *BRADY/GIGLIO* MATERIAL (DOCS. 273, 294) |
| vs. | |
| 6.  Andrew Padilla,<br>     (Counts 1-51) | |
| Defendant. | "Defendant Not In Custody" |
| | **(FIRST REQUEST)** |

Defendant Andrew Padilla, by and through his undersigned attorney, hereby moves for an extension of the deadline to file his reply to the government's response (Doc. 294) to his motion for itemization of *Brady/Giglio* Material (Doc. 273). The current deadline is September 11, 2018. Defendant Padilla requests that the Court extend the reply deadline for one week for a revised deadline of September 18, 2018. As grounds in support of this motion, Defendant states as follows:

This case involves a 93-count indictment alleging a range of criminal acts involving conspiracy, Travel Act violations premised upon underlying state law prostitution offenses, conspiracy to commit money laundering, and money laundering. The case involves complex and novel legal issues, voluminous discovery, and massive seizures of defendants' assets.

There are several outstanding motions relating to several of these issues and additional time is necessary for the preparation of a thorough reply to the government's response to Mr. Padilla's motion for itemization of *Brady*/*Giglio* material. Under these circumstances, Mr. Padilla submits that an extension of one week to file his reply is reasonable.

Counsel for Mr. Padilla has conferred with Assistant United States Attorney Kevin Rapp regarding the need for this extension and he has no objection to an extension to September 18, 2018. Counsel for Mr. Padilla has conferred with counsel for the remaining defendants and they are in agreement with a one-week extension of the current deadline.

The defense does not expect that this motion will result in excludable delay under 18 U.S.C. § 3161(h)(1)(D).

Therefore, Mr. Padilla hereby respectfully requests this Court to extend the deadline for filing his reply to the government's response to his motion for itemization of *Brady*/*Giglio* material to September 18, 2018. A proposed order is attached for the Court's consideration.

RESPECTFULLY SUBMITTED this 6th day of September, 2018.

                              PICCARRETA DAVIS KEENAN FIDEL PC

                              By:   /s/   Michael L. Piccarreta
                                          Michael L. Piccarreta
                                          Attorney for Andrew Padilla

On September 6, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com