IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
| Plaintiff, | ORDER |
| vs. | |
| 6. Andrew Padilla,<br>   (Counts 1-51) | |
| Defendant. | |

The Court has considered Defendant Padilla's unopposed Motion for Extension of Time to File Reply to Response to Motion for Itemization of *Brady/Giglio* Material (Doc. _____), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED.** The deadline for Defendant Padilla to file a reply to the government's response to his motion for itemization of *Brady/Giglio* material (Doc. 273) is extended to and including **September 18, 2018.**

The Court finds excludable delay under 18 U.S.C. §3161(h) _____ from _____ to _____.

Dated this _____ day of September, 2018.

                                   _____
                                   Bridget S. Bade
                                   United States Magistrate Judge