ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SONOMA COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on June 27, 2018 it recorded the attached *Lis Pendens* with the Sonoma County Recorder under Doc. # 2018046033, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

/s/John J. Kucera
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
DOMINIC LANZA
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: s/Krystie Sor
U.S. Attorney's Office

Recording Requested By and

Return to:

Name: Shannen Beckman
Senior Paralegal

MAILING Shannen.Beckman
ADDRESS: 312 N. Spring St., 14th Floor
CITY, STATE, Los Angeles, CA
ZIP CODE: 90012

**2018046033**

Official Records Of Sonoma County
William F. Rousseau

06/27/2018 01:36 PM
Fee: $ 29.00 6 Pages

**CONFORMED COPY**
Not Compared with Original

COPY

Document Title(s)

LIS PENDEN
Sebastopol, CA 94115
Sonoma County

APN: 076-100-0008-000

Reason for exemption:

☐ Document is subject to the imposition of documentary transfer tax and includes a declaration showing the amount of documentary transfer tax paid at the time of recording

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax

☐ Exempt from fee per GC sec 27388.1 (a) (2); Document represents a transfer of real property that is a residential dwelling to an owner-occupier

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225 reached

☐ Exempt from the fee per GC 27388.1 (a) (1) Not related to real property

☒ Exempt from the fee per GC 27388.1 (a) (2); executed or recorded by a government agency

I hereby declare that the information provided above is true and correct.

_Signature_ /s/ Shannen Beckman

**Shannen Beckman**
Printed Name

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500
 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ▉▉▉▉▉▉▉▉▉▉ |
| MICHAEL LACEY | Sebastopol, California |
| Defendant. | Titled Owners: Finca Manzana for Sebastopol, LLC |

EXHIBIT A

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona. The real property that is the subject of this action is located in Sebastopol, California and is more particularly described as follows:

> Lot 2 as numbered and designated upon the map entitled "Plat of Subdivision of Lands of Pleasant Hill Orchard Company, Sonoma County, California", filed on July 21, 1905 in Book 18 of Maps at page 13, Sonoma County Records.

APN: 076-100-008-000

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Phoenix, Arizona. Title to the defendant property is held in the name of Finca Manzana for Sebastopol, LLC, a Delaware limited liability company.

Dated: May ___, 2018          Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

_/s/_____
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         )
                            )   SS
COUNTY OF LOS ANGELES       )

On this 22nd day of May, 2018, before me, Roland Hernandez, Notary Public, personally appeared Assistant U.S. Attorney John J. Kucera, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Roland Hernandez, Notary Public

ROLAND HERNANDEZ
Notary Public – California
Los Angeles County
Commission # 2229361
My Comm. Expires Jan 25, 2022

EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 25, 2018**, I served a copy of: **LIS PENDENS** (███████████████) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

__X__   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 25, 2018** at Los Angeles, California.

_/s/ Beckman_
SHANNEN BECKMAN

EXHIBIT A

## SERVICE LIST

1
2  Finca Manzana for Sebastopol, LLC
3  C/O Corporation Service Company
   Registered Agent
4  251 Little Falls Drive
   Wilmington, De 19808
5
6  Finca Manzana for Sebastopol, LLC
   2043 Pleasant Hill Rd
7  Sebastopol, CA 95472
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   SEE SERVICE LIST

_X_   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

KRYSTLE SOR

# SERVICE LIST

Finca Manzana for Sebastopol, LLC
C/O Corporation Service Company
Registered Agent
~~[redacted]~~
Wilmington, De 19808

Finca Manzana for Sebastopol, LLC
~~[redacted]~~
Sebastopol, CA 95472