ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

1    Plaintiff United States of America gives notice that on

2 July 2, 2018 it recorded the attached *Lis Pendens* with the San

3 Francisco County Recorder under Doc. # 2018K635050, and sent

4 copies of the recorded *Lis Pendens* to the titled owners and any

5 known lienholders.   A copy of the Lis Pendens is attached hereto

6 as Exhibit "A".

7 DATED: September 11, 2018        ELIZABETH A. STRANGE
                                   First Assistant United States
8                                  Attorney
                                   District of Arizona
9

10                                 BRIAN BENCZKOWSKI
                                   Acting Assistant Attorney General
11                                 Criminal Division, U.S. Department
                                   of Justice
12

13                                 /s/John J. Kucera
                                   KEVIN RAPP
14                                 MARGARET PERLMETER
                                   PETER S. KOZINETS
15                                 DOMINIC LANZA
                                   JOHN J. KUCERA
16                                 Assistant U.S. Attorneys

17                                 REGINALD JONES
                                   Senior Trial Attorney
18

19

20                          **CERTIFICATION**

21    I certify that on  September 11, 2018, I electronically
transmitted the attached document to the Clerk's Office using the
22 CM/ECF System for filing and transmittal of a Notice of Electronic
23 Filing to the following CM/ECF registrants: Anne Chapman, Erin
McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-
24 Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth
25 Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda
Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen
26 Weiss.

27

28    By: s/Krystie Sor
      U.S. Attorney's Office

                              2

COPY

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name:   Shannen Beckman
        Senior Paralegal

MAILING      Shannen.beckman@usdoj.gov
ADDRESS:     312 N. Spring St., 14th Floor
CITY, STATE, Los Angeles, CA
ZIP CODE:    90012

**CONFORMED COPY of document recorded**

**07/02/2018, 2018K635050**

on_____with document no____

This document has not been compared with the original

SAN FRANCISCO ASSESSOR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## Recording of Lis Pendens

████████████████, **San Francisco, CA 94109**
## County of San Francisco

## APN: Lot 008,  Block No. 267

EXHIBIT A

1  ELIZABETH A. STRANGE
2  First Assistant United States Attorney
   District of Arizona
3  KEVIN M. RAPP (Ariz. Bar No. 14249),
   kevin.rapp@usdoj.gov
4  DOMINIC LANZA (Cal. Bar No. 225989),
   dominic.lanza@usdoj.gov
5  MARGARET PERLMETER (Ariz. Bar No. 024805),
   margaret.perlmeter@usdoj.gov
6  JOHN J. KUCERA (Cal. Bar No. 274184),
   john.kucera@usdoj.gov
7  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
8  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500
9
   JOHN P. CRONAN
10 Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
11
   REGINALD E. JONES (Miss. Bar No. 102806),
12 reginald.jones4@usdoj.gov
   Senior Trial Attorney, U.S. Department of Justice
13 Child Exploitation and Obscenity Section
   950 Pennsylvania Ave N.W., Room 2116
14 Washington, D.C. 20530
   Telephone (202) 616-2807
15 Attorneys for Plaintiff

16
   Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18            UNITED STATES DISTRICT COURT

19        FOR THE CENTRAL DISTRICT OF CALIFORNIA

20 UNITED STATES OF AMERICA,          No. CR-18-00422-PHX-SPL

21          Plaintiff,                LIS PENDENS

22          v.                                As To:
                                       ██████████████
23 MICHAEL LACEY                       San Francisco, California

24          Defendant.                 Titled Owners: Michael G. Lacey

25

26

27

28

                                                        EXHIBIT A

1    NOTICE IS HEREBY GIVEN that the foregoing action has been

2  commenced and is now pending in the United States District Court for

3  the District of Arizona.  The real property that is the subject of

4  this action is located in San Francisco, California and is more

5  particularly described as follows:

6        Apartment No. 700, as shown on plat attached to that
         certain document recorded May 19, 2004, Reel I641, Image
7        533, Official Records, of the improvements situated on the
         following described property:
8

9        Commencing at the point of intersection of the Northerly
         line of Union Street with the Westerly line of Leavenworth
10       Street and running thence Westerly along said line of Union
         Street 65 feet; thence at a right angle Northerly 137
11       feet and 6 inches to the Southerly line of Havens Street;
         thence Easterly along said line of Havens Street 65 feet
12       to the Westerly line of Leavenworth Street, and thence
         Southerly along said line of Leavenworth Street 137 feet, 6
13       inches to the Northerly line of Union Street and the point
         of commencement.
14

15       Being part of 50 Vara Block No. 267.

16
         APN: Lot 008, Block 0097
17

18       For further information concerning the forfeiture, reference may

19  be had to the records of the Clerk of the Court for the United States

20  / / /

21  / / /

22

23

24

25

26

27

28

                                    2                          EXHIBIT A

1    District Court at Phoenix, Arizona.    Title to the defendant property

2    is held in the name of Michael G. Lacey, an Unmarried Man.

3    Dated: May /⁶ , 2018          Respectfully submitted,

4                                 ELIZABETH A. STRANGE
                                  First Assistant United States Attorney
5                                 District of Arizona

6
                                  JOHN P. CRONAN
7                                 Acting Assistant Attorney General
                                  Criminal Division, U.S. Department of
8                                 Justice

9

10                                KEVIN RAPP
                                  DOMINIC LANZA
11                                MARGARET PERLMETER
                                  JOHN J. KUCERA
12                                Assistant U.S. Attorneys

13
                                  REGINALD JONES
14                                Senior Trial Attorney

15
                                  Attorneys for Plaintiff
16                                UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

3                                                        EXHIBIT A

1   **PROOF OF SERVICE BY MAILING**

2        I am over the age of 18 and not a party to the within

3   action.  I am employed by the Office of the United States

4   Attorney, Central District of California.  My business address

5   is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6        On **May 24, 2018**, I served a copy of: **LIS PENDENS** ████

7   ███████████ ) upon each person or entity named below by

8   enclosing a copy in an envelope addressed as shown below and

9   placing the envelope for collection and mailing on the date and

10  at the place shown below following our ordinary office

11  practices.

12  TO:   **MICHAEL G. LACEY**

        ████████████████████████

13      **SAN FRANCISCO, CA 94109**

14  **X**   I am readily familiar with the practice of this office for

15  collection and processing correspondence for mailing.  On the

16  same day that correspondence is placed for collection and

17  mailing, it is deposited in the ordinary course of business with

18  the United States Postal Service in a sealed envelope with

19  postage fully prepaid.

20        I declare under penalty of perjury under the laws of the

21  United States of America that the foregoing is true and correct.

22        I declare that I am employed in the office of a member of

23  the bar of this court at whose direction the service was made.

24        Executed on: **May 29, 2018** at Los Angeles, California.

25

26                                        _____
                                          SHANNEN BECKMAN

27

28

                                                           EXHIBIT A

<u>**PROOF OF SERVICE BY MAILING**</u>

    I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

    On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  MICHAEL G. LACEY

    SAN FRANCISCO, CA 94109

 **X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on: **September 11, 2018** at Los Angeles, California.

KRYSTIE SOR