PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>6.  Andrew Padilla,<br>　　(Counts 1-51)<br><br>　　　　　　Defendant. | NO. CR-18-00422-06-PHX-SPL (BSB)<br><br>DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANT LARKIN'S RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE UNTIMELY REPLY IN SUPPORT OF ITS APPLICATION FOR ORDER REGARDING CRIMINAL FORFEITURE (DOC. 304) |

　　　　Defendant Andrew Padilla, by and through his undersigned attorney, joins in defendant James Larkin's Response to Government's Motion for Leave to File Untimely Reply in Support of its Application for Order Regarding Criminal Forfeiture (Doc. 304). Defendant Padilla agrees with the arguments made in defendant Larkin's Response. Defendant Padilla adopts the positions set forth in said Response as if fully set forth herein. The issues raised in the Response apply with equal force to Mr. Padilla.

　　　　RESPECTFULLY SUBMITTED this 18th day of September, 2018.

　　　　　　　　　　　　　　　　　　PICCARRETA DAVIS KEENAN FIDEL PC

　　　　　　　　　　　　　　　　　　By:　　/s/　　Michael L. Piccarreta
　　　　　　　　　　　　　　　　　　　　　Michael L. Piccarreta
　　　　　　　　　　　　　　　　　　　　　Attorney for Andrew Padilla

| | |
|---|---|
| 1 | On September 18, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Reginald Jones, reginald.jones4@usdoj.gov |
| | Peter Kozinets, peter.kozinets@usdoj.gov |
| 7 | Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| | Kevin Rapp, kevin.rapp@usdoj.gov |
| 8 | Andrew Stone, andrew.stone@usdoj.gov |
| | Paul Cambria, pcambria@lglaw.com |
| 9 | Tom Bienert, tbienert@bmkattorneys.com |
| 10 | Bruce Feder, bf@federlawpa.com |
| | Michael Kimerer, mdk@kimerer.com |
| 11 | Stephen Weiss, sweiss@karpweiss.com |