**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>v.<br><br>7. JOYE VAUGHT<br><br>Defendants | CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT VAUGHT'S NOTICE OF JOINDER IN DEFENDANT PADILLA'S REPLY TO RESPONSE TO MOTION FOR ITEMIZATION OF *BRADY/GIGLIO* MATERIAL (DOCS 273, 294) |

Defendant Joye Vaught, by and through her undersigned attorney, joins in Defendant Andrew Padilla's Reply to Response to Motion for Itemization of *Brady/Giglio* Material (Docs 273, 294). Defendant Vaught agrees with the arguments made in Defendant Padilla's Reply. Defendant Vaught adopts the positions set forth in said Response as if fully set forth herein. The issues raised in the Reply apply with

equal force to Ms. Vaught.

DATED this 20th day of September, 2018.

**KARP & WEISS, P.C.**


By    */s/ Stephen M. Weiss*
       Stephen M. Weiss
       Attorney for Defendant Vaught

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2018, I electronically transmitted the foregoing document on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and I understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

Reginald E. Jones:  reginald.jones4@usdoj.gov
Peter Kozinets: peter.kozinets@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Dominic William Lanza:  dominic.lanza@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
Kevin M. Rapp:  kevin.rapp@usdoj.gov
Andrew Stone: andrew.stone@usdoj.gov
Attorneys for Government

Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
Michael D. Kimerer:  MDK@kimerer.com
K. C. Maxwell:  kmaxwell@bgrfirm.com
Erin E. McCampbell:  emccampbell@lglaw.com
Michael L. Piccarreta:  mlp@pd-law.com
Rhonda Neff: RNeff@kimerer.com
Attorneys for Defendants