1  PICCARRETA DAVIS KEENAN FIDEL PC
2  East Congress Street, Suite 1000
2  Tucson, AZ  85701
3  (520) 622-6900
   Michael L. Piccarreta
4  State Bar No. 003962
5  Email: mlp@pd-law.com
   Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF WAIVER OF PERSONAL APPEARANCE AT HEARING |
| vs. | |
| 6. Andrew Padilla,<br>   (Counts 1-51) | |
| Defendant. | |

The defendant, Andrew Padilla, by and through his undersigned attorney, hereby provides notice that he waives his right to be personally present at the upcoming hearing on pending motions, set for October 5, 2018, at 9:00 a.m. *See* Rule 43(b)(3), Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED this 21st day of September, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:  /s/     Michael L. Piccarreta
     Michael L. Piccarreta
     Attorney for Andrew Padilla

On September 21, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com