Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF WAIVER OF PERSONAL APPEARANCE AT HEARING |
| vs. | |
| Michael Lacey | |
| Defendant. | |

The defendant, Michael Lacey, by and through his undersigned attorney, hereby provides notice that he waives his right to be personally present at the upcoming hearing on pending motions, set for October 5, 2018, at 9:00 a.m.  *See* Rule 43(b)(3), Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED this 21st day of September, 2018

LIPSITZ GREEN SCIME CAMBRIA LLP

*/s/     Paul J. Cambria, Jr.*
Attorneys for Defendant
Michael Lacey

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ April Kelly