**KARP & WEISS, P.C.**
3060 North Swan Road
Tucson, Arizona 85712-1225
Telephone (520) 325-4200
Facsimile (520) 325-4224

Stephen M. Weiss
PCC No. 61412
State Bar No. 002261
sweiss@karpweiss.com

Adam C. Page
PCC No. 66148
State Bar No. 025015
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CR-18-00422-PHX-SPL (BSB) |
| Plaintiff | NOTICE OF WAIVER OF PERSONAL APPEARANCE AT HEARING |
| v. | |
| 7. JOYE VAUGHT | |
| Defendants | |

Defendant Joye Vaught, by and through her undersigned attorney, hereby provides notice that she waives her right to be personally present at the upcoming hearing on pending motions scheduled for October 5, 2018, at 9:00 a.m. *See* Rule 43(b)(3), Federal Rules of Criminal Procedure.

DATED this 21st day of September, 2018.

**KARP & WEISS, P.C.**


By   */s/ Stephen M. Weiss*
       Stephen M. Weiss
       Attorney for Defendant Vaught

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2018, I electronically transmitted the foregoing document on behalf of Joye Vaught to the Clerk of the Court by filing with the CM/ECF system and I understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

Reginald E. Jones:  reginald.jones4@usdoj.gov
Peter Kozinets:  peter.kozinets@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Dominic William Lanza:  dominic.lanza@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
Kevin M. Rapp:  kevin.rapp@usdoj.gov
Andrew Stone:  andrew.stone@usdoj.gov
Attorneys for Government

Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
Michael D. Kimerer:  MDK@kimerer.com
K. C. Maxwell:  kmaxwell@bgrfirm.com
Erin E. McCampbell:  emccampbell@lglaw.com
Michael L. Piccarreta:  mlp@pd-law.com
Rhonda Neff:  RNeff@kimerer.com
Attorneys for Defendants