Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | DEFENDANT LACEY'S NOTICE OF JOINDER IN DEFENDANT LARKIN'S RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE UNTIMELY REPLY IN SUPPORT OF ITS APPLICATION FOR ORDER REGARDING CRIMINAL FORFEITURE (DOC. 304) |
| vs. | |
| Michael Lacey | |
| Defendant. | |

　　　Defendant Michael Lacey, by and through his undersigned attorney, joins in defendant James Larkin's Response to Government's Motion for Leave to File Untimely Reply in Support of its Application for Order Regarding Criminal Forfeiture (Doc. 304). Defendant Lacey agrees with the arguments made in defendant Larkin's Response. Defendant Lacey adopts the positions set forth in said Response as if fully set forth herein. The issues raised in the Response apply with equal force to Mr. Lacey.

RESPECTFULLY SUBMITTED this 21st day of September, 2018

                      LIPSITZ GREEN SCIME CAMBRIA LLP

                      */s/*     *Paul J. Cambria, Jr.*
                            Attorneys for Defendant
                            Michael Lacey

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ April Kelly