IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR-18-00422-PHX-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Michael Lacey, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendant James Larkin's Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues. (Doc. 295)  Having reviewed Defendant's motion,

**IT IS ORDERED** that the Defendant's Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues (Doc. 295) is **granted**.  The Clerk of Court shall file the lodged Reply (Doc. 295-1).

Dated this 27th day of September, 2018.

Honorable Steven P. Logan
United States District Judge