1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                             FOR THE DISTRICT OF ARIZONA

8    United States of America,           )      No.  CR-18-00422-PHX-SPL
                                          )
9                                         )
                         Plaintiff,       )      **ORDER**
10   vs.                                  )
                                          )
11                                        )
     Michael Lacey, et al.,               )
12                                        )
                                          )
13                       Defendants.      )
                                          )
14   _____       )

15          Before the Court is non-party Royce Corley's (the "Movant") Motion for Court

16   Documents. (Doc. 244)  In this motion, the Movant asks for the Court to require the

17   Clerk of Court to send the Movant copies of several documents.  First, Corley requests a

18   copy of the Court's civil and criminal rules.  The Court directs the Movant's attention to

19   the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the

20   Local Rules for the District of Arizona, all of which are available on the website for the

21   District of Arizona.[1]   Second, the Movant requests a copy of the docket sheet in this

22   matter and a copy of the indictment (Doc. 3).  The Court directs the Movant's attention to

23   the  website  for  the  District  of  Arizona,  which  sets  forth  the  fees  associated  with

24

25          [1] The Movant may find the Federal Rules of Civil Procedure at

26   http://www.uscourts.gov/sites/default/files/rules-of-civil-procedure.pdf.  The Movant
     may find the Federal Rules of Criminal Procedure at
27   http://www.uscourts.gov/sites/default/files/rules-of-criminal-procedure.pdf.  The Movant
     may find the local rules for the District of Arizona at http://www.azd.uscourts.gov/local-
28   rules.

1    requesting court records.[2]  The Court declines to circumvent the rules of the District of

2    Arizona and the Clerk of Court's Office in order to provide the Movant copies of records

3    without payment. Accordingly,

4         **IT IS ORDERED** that the Movant Royce Corley's Motion for Court Documents

5    (Doc. 244) is **denied**.

6         Dated this 27th day of September, 2018.

7

8

9         Honorable Steven P. Logan
          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28        [2] The Movant may find the fees associated with requesting copies of court records
          at http://www.azd.uscourts.gov/clerk/requesting-court-records.

2