IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Lacey, et. al., | |
| Defendant. | |

The Court having reviewed the Government's Motion to Appear Telephonically, and good cause appearing,

**IT IS ORDERED** granting the Government's Motion to Appear Telephonically.

Dated this _____ day of October, 2018.

_____
Honorable Judge Logan