# Exhibit A

*R.O. vs. Medalist Holdings LLC*

```
          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                   IN AND FOR THE COUNTY OF PIERCE
   _____

   R.O., by and through her mother,    )
   S.H., and K.M., by and through      )
   her mother, L.M.,                   )
                                       )
                    Plaintiffs,        ) No. 17-2-04897-1
                                       )
        vs.                            )
                                       )
   MEDALIST HOLDINGS, INC., et al.     )
                                       )
                    Defendants.        )
   _____

                  VERBATIM TRANSCRIPT OF PROCEEDINGS
   _____


                      Thursday, June 28, 2018
                Before The Honorable G. Helen Whitener
                      Pierce County Courthouse
                         Tacoma, Washington


                          <<<<<<   >>>>>>




                    Kimberly A. O'Neill, CCR #1954
                         Official Court Reporter
                       Department 11, Room 202-A
                           (253) 798-7281
```

1   joint representation agreements that are in the sealed
2   declaration.  I don't want to go into those; but in general,
3   we don't believe there is a conflict or anything
4   impermissible about us beginning to represent the Medalist
5   parties.
6       I'll also point out, again, you're dealing with parties,
7   as a practical matter, who don't have the ability, as
8   Mr. Grant alluded to earlier, to obtain new counsel, so
9   disqualification is prejudicial to them at this point; so we
10  would ask the Court to not disqualify us and for all the
11  reasons we've stated, I think, in the objections as well.
12                  THE COURT:  All right.  Counsel, do you
13  want to be heard?
14                  MR. AMALA:  No, Your Honor.  Thank you.
15                  THE COURT:  And, counsel on the phone, did
16  you want to be heard in regards to the disqualification?
17                  MR. CASTILLO:  Your Honor, we cannot --
18  I'm not in a position to move or support disqualification.
19  I think there are issues that I can't -- I can't move for
20  that of DWT to support disqualification.
21                  MR. AMALA:  The --
22                  THE COURT:  All right.
23                  MR. AMALA:  I'm sorry.
24                  THE COURT:  Go ahead.
25                  MR. AMALA:  The only comment that I would

*R.O. vs. Medalist Holdings LLC*