# Exhibit B

# Washington State Court of Appeals
## Division Two

950 Broadway, Suite 300, Tacoma, Washington 98402-4454
Derek Byrne, Clerk/Administrator   (253) 593-2970   (253) 593-2806 (Fax)
General Orders, Calendar Dates, and General Information at http://www.courts.wa.gov/courts **OFFICE HOURS**: 9-12, 1-4.

August 15, 2018

| | |
|---|---|
| Darrell L. Cochran<br>Pfau Cochran Vertetis Amala PLLC<br>911 Pacific Ave Ste 200<br>Tacoma, WA 98402-4413<br>darrell@pcvalaw.com | Erik Louis Bauer<br>Attorney at Law<br>215 Tacoma Ave S<br>Tacoma, WA 98402-2523<br>erik@erikbauerlaw.com |
| Jason Paul Amala<br>Pfau Cochran Vertetis Amala PLLC<br>403 Columbia St Ste 500<br>Seattle, WA 98104-1625<br>jason@pcvalaw.com | Michael Thomas Pfau<br>Pfau Cochran Vertetis Amala PLLC<br>403 Columbia St Ste 500<br>Seattle, WA 98104-1625<br>michael@pcvalaw.com |
| Eric Stahl<br>Davis Wright Tremaine LLP<br>1201 3rd Ave Ste 2200<br>Seattle, WA 98101-3045<br>ericstahl@dwt.com | Vincent Thomas Nappo<br>Pfau Cochran Vertetis Amala<br>403 Columbia St Ste 500<br>Seattle, WA 98104-1625<br>vinnie@pcvalaw.com |

**CASE #: 52264-1-II\R.O. and K.M., Respondents v. Medalist Holdings LLC, Petitioners**

Counsel:

On the above date, this court entered the following notation ruling:

### A RULING BY COMMISSIONER BEARSE:

Medalist Holdings, et al., (Medalist) moves to stay trial court proceedings pending appellate review. RAP 8.3; see also RAP 8.1(b)(3). An answer is requested. The answer is due on or before August 27, 2018. RAP 17.4(e). Any reply is due on or before August 31, 2018. Trial court proceedings are temporarily stayed to allow for full consideration of this motion. RAP 8.3; RAP 7.3.

Very truly yours,

Derek M. Byrne
Court Clerk