CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**SEETHA RAMACHANDRAN**, Bar # **SR0886**

was duly admitted to practice in this Court on

**SEPTEMBER 4th, 2001**, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street New York, New York</u>   on   **OCTOBER 3rd, 2018**

<u>Ruby J. Krajick</u>
Clerk

by _Wayne Bowne_
Deputy Clerk