**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** October 5, 2018 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SPL |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp (telephonically), John Kucera (telephonically) and Reginald Jones (telephonically).

**Defendant-1: Michael Lacey**

**Attorneys for Defendant:** James Grant, Robert Corn-Revere and Paul Cambria, retained
**Defendant:** ☐ **Present**  ☒ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**Defendant-2: James Larkin**

**Attorneys for Defendant:** James Grant, Robert Corn-Revere, Thomas Bienert, Jr., Whitney Bernstein and Seetha Ramachandran, retained
**Defendant:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**Defendant-3: Scott Spear**

**Attorney for Defendant:** Bruce Feder
**Defendant:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**Defendant-4: John Brunst**

**Attorneys for Defendant:** Michael Kimerer and Ariel Neuman, retained
**Defendant:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**Defendant-6: Andrew Padilla**

**Attorney for Defendant:** Michael Piccarreta, retained
**Defendant:** ☐ **Present**  ☒ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

USA v. Lacey et al **Date:** October 5, 2018
**Case Number: CR-18-00422-PHX-SPL** Page 2 of 2

**Defendant-7: Joye Vaught**

**Attorney for Defendant:** Stephen Weiss, retained
**Defendant:** ☐ Present  ☒ Not Present  ☒ Released  ☐ Custody ☐ Summons ☐ Writ

**Attorneys for Henze Cook Murphy PLLC:** Lee Stein and Anne Chapman, retained

## HEARING ON PENDING MOTIONS:

The following motions are argued to the Court: Government's Motion to Disqualify Counsel (Doc. 118), Government's Motion to Resolve Attorney-Client Privilege Issues (Doc. 195), Defendant Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification (Doc. 202), Defendant Larkin's Cross-Motion to Obtain Discovery and Address Privilege Issues (Doc. 235), Defendant Padilla's Motion for Itemization of *Brady/Giglio* Material (Doc. 273) Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody (Doc. 282). The motions are taken under advisement.

Court Reporter Elva Cruz-Lauer and Linda Schroeder
**Deputy Clerk** Lisa Richter

**Start: 9:12 AM**
**Stop: 12:38 PM**

Total court time: 3 hours, 6 minutes