IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-422-PHX-SPL (BSB) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO THE JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS PREVIOUSLY SUBMITTED BY DEFENDANTS MICHAEL LACEY AND JAMES LARKIN FOR *IN CAMERA* REVIEW** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having reviewed the Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review, and good cause appearing,

IT IS ORDERED granting the Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review (the Motion).

IT IS FURTHER ORDERED that Defendants Lacey and Larkin shall serve on the government copies of the three agreements previously submitted for the Court's *in camera* review as Exhibits A, B and C to the Declaration of James C. Grant (*see* Doc. 180 at 6-8).

IT IS FURTHER ORDERED that the government's deadline for moving for reconsideration of the Court's Orders denying the government's Motion for

Disqualification (Doc. 338) and Motion to Resolve Certain Attorney-Client Privilege Issues (Doc. 345) shall be continued to 14 days after the date of service of the foregoing agreements on the government.