IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | CR-18-422-PHX-SPL (BSB)<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR CLARIFICATION RE ORDER TO RESOLVE ATTORNEY-CLIENT PRIVILEGE ISSUES** |

　　The Court having reviewed the United States' Motion for Clarification re Order to Resolve Attorney-Client Privilege Issues, and good cause appearing,

　　IT IS ORDERED that the government may re-initiate its filter review of all materials that are potentially protected by the attorney-client privilege, which will ensure the discovery process continues to move forward in an efficient manner.