**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Scott Spear.<br><br>   Defendant. | NO. CR18-00422 PHX SPL<br><br>**JOINT MOTION (UNOPPOSED) TO EXTEND TIME TO RESPOND TO THE GOVERNMENT'S (SEALED) MOTION TO COMPEL DESTRUCTION OF INADVERTENTLY DISCLOSED DOCUMENTS [343] -and- MOTION FOR ACCESS TO JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS PREVIOUSLY SUBMITTED BY DEFENDANTS MICHAEL LACEY AND JAMES LARKIN FOR *IN CAMERA* REVIEW [354]** |

The Defendant, Scott Spear, by and through his attorney undersigned, with the consent and joinder of the other defendants and their respective counsel, moves this Court to extend the deadlines for responding to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents [DE 343] and Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review [DE 355], to November 19th, 2018 for the reasons that:

1.  The Government has no objection so long as the deadlines are extended commensurately for its replies, if requested;

. . .

2. Defense Counsel are in the process of preparing and filing other motions and responses in this district and an appeal to the 9th Circuit from the Stay Motion granted in the Central District of California.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defense Counsel are in the process of preparing and filing other motions and responses in this District and an appeal to the 9th Circuit from the Stay Motion granted in the Central District of California, and need additional time to respond to the two motions recently filed by the Government [343/354]. The Government, through its attorney, Kevin Rapp, has indicated there is no objection to this request, so long as the deadlines are extended commensurately for Government's replies, if requested. For these reasons, an extension to November 19th, 2018 is requested.

It is expected that excludable delay pursuant to 18 U.S.C. §3161(h) may occur as a result of this Motion or from an order based thereon.

**RESPECTFULLY SUBMITTED** this 30th day of October, 2018.

**FEDER LAW OFFICE, PA**
/s/ Bruce Feder
Attorney for Scott Spear

**LIPSITZ GREEN SCIME CAMBRIA, LLP**
/s/ Paul Cambria
Attorney for Michael Lacey

**BIENERT MILLER & KATZMAN, PLC**
/s/ Tom Bienert
Attorney for James Larkin

**PICCARRETA DAVIS KEENAN FIDEL, PC**
/s/ Michael Piccarreta
Attorney for Andrew Padilla

**KIMERER & DERRICK, PC**
/s/ Michael Kimerer
Attorney for Jed Brunst

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, PC**
/s/ Gary Lincenberg
Attorney for Jed Brunst

**KARP & WEISS, PC**
/s/ Stephen Weiss
Attorney for Joye Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**     Kevin.Rapp@usdoj.gov
**Andrew Stone:**     Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**     Margaret.Perlmeter@usdoj.gov
**John Kucera:**     John.Kucera@usdoj.gov
**Reginald Jones:**     Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**     Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**     pcambira@lglaw.com
**James Grant:**     jimgrant@dwt.com
**Erin McCampbell:**     emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:**     ronnielondon@dwt.com
**Janey Henze Cook:**     janey@henzecookemurphy.com
**John Littrell:**     jlittrell@bmkattorneys.com
**Kenneth Miller:**     kmiller@bmkattorneys.com
**Michael Piccarreta:**     mlp@pd-law.com
**Stephen M. Weiss:**     sweiss@karpweiss.com
**Michael Kimerer:**     mdk@kimerer.com
**Tom Bienert:**     tbienert@bmkattorneys.com
**Gary Lincenberg:**     gsl@birdmarella.com
**Ariel Neuman:**     aneuman@birdmarella.com
*Attorneys for the Defense*

By: /s/ A. Jones