IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

        Before the Court is the parties' Joint Motion (Unopposed) to Extend Time to Respond to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents (Doc. 343) and Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review (Doc. 354), in which they jointly move for an extension of the deadline for the Defendants to file a response to Government's Motion to Compel Destruction of Inadvertently Disclosed Documents (Doc. 343) and Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review (Doc. 354). (Doc. 356)

        Having considered this request, the joint motion fails to comply with Rule 12.1 of the Local Rules of Criminal Procedure, which directs the movants to Rule 7.3 of the Local Rules of Civil Procedure ("LRCiv").  Rules of Practice of the U.S. District Court for the District of Arizona LRCiv 7.3 provides:

(a) A party moving for an extension of time, whether by motion or stipulation, must disclose the existence of all previous extensions which have been granted concerning the matter for which an extension is sought. A statement indicating whether the motion or stipulation is the first, second, third, etc. requested extension must be included below the title of the motion or stipulation, for example: "STIPULATION FOR EXTENSION OF TIME TO ANSWER (Second Request)." The party seeking the extension must lodge, separate from the party's motion or stipulation, a proposed form of order consistent with the relief requested, complying with Rule 7.1(b)(3) of the Local Rules of Civil Procedure.

(b) Except in all civil actions in which a party is an unrepresented prisoner, a party moving for an extension of time, whether by motion or stipulation, must state the position of each other party. If the moving party's efforts to determine the position of any other party are unsuccessful, a statement to that effect must be included in the motion or stipulation.

Accordingly,

**IT IS ORDERED** that the Joint Motion (Unopposed) to Extend Time to Respond to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents (Doc. 343) and Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review (Doc. 356) is **denied without prejudice**.

Dated this 1st day of November, 2018.

Honorable Steven P. Logan
United States District Judge