IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>           Defendants. | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

       Before the Court is Defendant Andrew Padilla's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing. (Doc. 360)  Defendant Padilla requests a stay of two seizure warrants directed at funds in the IOLTA accounts of Defendants Andrew Padilla and Joye Vaught. (Doc. 360-1 at 2, 6)  For good cause appearing,

       **IT IS ORDERED** that the relief requested in Defendant Andrew Padilla's Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360) is temporarily granted pending a hearing on the motion which is scheduled for **November 16, 2018 at 9:00 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan;

///

///

///

///

**IT IS FURTHER ORDERED** that the Plaintiff shall have until **4:00 p.m. PST on November 13, 2018** to file its Response Brief, and Defendant Padilla shall have until **12:00 p.m. PST on November 15, 2018** to file his Reply Brief.

Dated this 8th day of November, 2018.

*[Signature]*
Honorable Steven P. Logan
United States District Judge