PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | SUBMISSION OF REDACTED EXHIBITS IN SUPPORT OF EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING |
| vs. | |
| 6. Andrew Padilla, (Counts 1-51) 7. Joye Vaught, (Counts 1-51) | |
| Defendant. | |

Defendants Andrew Padilla and Joye Vaught, by and through their undersigned counsel, hereby submit redacted copies of the exhibits to their Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360). The original exhibits inadvertently contained some information that should have been redacted. The redacted exhibits are therefore submitted in their stead.

RESPECTFULLY SUBMITTED this 8th day of November, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/ Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

KARP & WEISS, P.C.

By: /s/ Stephen M. Weiss
Stephen M. Weiss
Attorney for Joye Vaught

On November 18, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov>
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com