IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | No. 18-CR-00422-SPL<br><br>**[PROPOSED] ORDER GRANTING FURTHER STAY OF SEIZURE OF FUNDS IN ATTORNEYS' TRUST ACCOUNTS** |

　　　　Before the Court is Defendants James Larkin, Michael Lacey, Scott Spear, and John Brunst Joinder in the Emergency Motion to Stay Seizure of Attorneys' Fees and Request to Extend Temporary Relief. Defendants request that the Court extend the Order entered on November 8, 2018 (Doc. 361) to stay seizure warrants for other attorney trust accounts. *See* Warrant Application and Affidavit, *In the Matter of the Seizure of: JP Morgan Chase Bank Funds: Up To and Including $10,000 Held in Account XXXXX9285; Up To and Including $100,000 Held in Account XXXXX4381; Up To and Including $250,000 Held in Account XXXXX9698; and Up To and Including $100,000 Held in Account XXXXX5397*, No. 2:18-MJ-2875 (C.D. Cal. Oct. 31, 2018) (Doc. 3-1, under seal). For good cause appearing,

　　　　**IT IS ORDERED** that the relief requested in Defendants' Motion is temporarily granted pending a hearing on the Emergency Motion to Stay (Doc. 360; *see also* Docs. 360-1, 363, 363-1), scheduled for November 16, 2018 at 9:00 a.m. in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

4844-3757-0170v.1 3710078-000079

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of the grant of this Order.

DATED this _____ day of _____, 2018.

_____
Honorable Steven P. Logan
United States District Judge