Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:      (949) 369-3700
Facsimile:       (949) 369-3701
Email:            tbienert@bmkattorneys.com
                    wbernstein@bmkattorneys.com
*Counsel for Defendant James Larkin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL-02 |
| Plaintiff, | **JAMES LARKIN'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING (DOC. 376)** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon.

Mr. Larkin's ability to defend himself in this case is under fire. As a threshold matter, the government cannot lawfully restrain publishing proceeds pre-trial without satisfying a constitutionally mandated elevated probable cause showing. *See Fort Wayne Books, Inc. v. Indiana*, 489 U.S. 46, 63, 66 (1989); *Simon & Schuster, Inc. v. Members of the New York State Crime Victims Bd.*, 502 U.S. 105, 115 (1991); *Adult Video Ass'n. v. Reno*, 41 F.3d 503 (9th Cir. 1994). This is the primary focus of Mr. Larkin's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing. *See* Doc. 376.

But the government has now gone even further by aggressively seeking to deprive Mr. Larkin of non-Backpage-related funds required for counsel of his choice and for basic

living expenses.  On October 29, 2018, counsel for Mr. Larkin contacted the government seeking its position regarding modifying Mr. Larkin's bail to remove the condition of GPS ankle monitoring given Mr. Larkin's compliance on pretrial release and lack of flight risk.  *See* Exhibit A, Email Correspondence Between Mr. Bienert and AUSA Rapp, at 2.  The government responded by informing counsel that not only would it oppose such a motion but also asserted that it would be criminal conduct for Mr. Larkin to directly or indirectly access money and accounts that are not proceeds from Backpage.com.  Ex. A at 1.  The only basis provided was that the government claimed to have sourced two accounts to criminally derived funds.  Because the government has not shared its supposed sourcing nor its logic, Mr. Larkin is unable to specifically reply to these allegations.  But the defense proffers to the Court that these accounts contain proceeds from the sale of newspapers, rent payments, and contractually obligated legal indemnification payments.[1]  Undersigned counsel believes that at an evidentiary hearing the government would not be able to demonstrate that this money is tainted.

Pre-trial, the government staked out its position that any and all funds from Backpage.com, without any regard to time or scope, are illicit.  Notwithstanding the constitutional violations in this position, the government has also zealously attacked funds and accounts that are not even connected to Backpage.com but were instead unrelated and segregated by Mr. Larkin.  And the government has doubled down on its attacks by threatening Mr. Larkin for spending, or even accessing, money that is disconnected from Backpage.com.  Additionally, Mr. Larkin recently learned that the government also seized his

---

[1] Mr. Larkin is the former co-owner of Village Voice Media Holdings ("VVM"), a newspaper conglomerate that, at one time, distributed 17 weekly newspapers across the country, including the Phoenix New Times, SF Weekly, and New York's Village Voice.  During his tenure at VVM, and long before inception of Backpage, Mr. Larkin had accumulated significant wealth.  In 2012, VVM was sold to Voice Media Group and that sale generated and continues to generate significant wealth for Mr. Larkin that is unrelated to Backpage.  Further, Mr. Larkin receives rental income from rental of the Phoenix New Times Building, located on Washington Street in Phoenix, which is unrelated to Backpage.com.

children's trust accounts in its latest round of *ex parte* seizure warrants and applications.  *See* Doc. 374, Warrant Application, at 15 (Subject Accounts 43A-D).  It is anticipated that the appropriate party will file claims against these seizures at a later date.

The government's seizures, threats, and actions leave Mr. Larkin not only unable to pay counsel of his choice, but also unable to afford basic living expenses for him and his family on a daily basis without fear of incurring additional criminal charges.  It is improper for the government to threaten Mr. Larkin that withdrawing money that is clearly legal, when other funds he is entitled to use have been seized, is now also somehow criminal.  The government is both suffocating Mr. Larkin's constitutional right to counsel of his choice by depriving him of virtually all money necessary for such counsel and strangling Mr. Larkin, his wife, and his children's ability to afford basic living expenses.

Accordingly, Mr. Larkin respectfully requests that this Court address the government's seizures and threats by setting a fulsome and expedited briefing schedule and evidentiary hearing as to the propriety of the government's stranglehold on Mr. Larkin's unrelated, segregated money.

Respectfully submitted,

Dated:    November 15, 2018          BIENERT, MILLER & KATZMAN, PLC

*/s/ Thomas H. Bienert, Jr.*
Attorneys for James Larkin

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

David Lawrence Botsford, Botsford & Roark, dbotsford@aol.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Adam Christian Page, Karp & Weiss PC, apage@karpweiss.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John Jacob Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov