# EXHIBIT A



**Cereus Properties LLC**
VMG Depository Account
7150 E Camelback Rd, Suite 320
Scottsdale, AZ 85251
480-800-3282

Compass Bank
91-674/1221

1007

05/05/2017

PAY TO THE ORDER OF: Michael G Lacey          $ **451,205.36

Four hundred fifty-one thousand two hundred five and 36/100************ DOLLARS

Michael G Lacey
3300 E STELLA LANE
PARADISE VALLEY, AZ  85253

MEMO   04/27/2017 distribution

⑈001007⑈ ⑆122105744⑆ 6

---

Cereus Properties LLC                                                              1007
05/05/2017        Michael G Lacey
                            04/27/2017 distribution                                451,205.36

VOID

Compass VMG Depository         04/27/2017 distribution                             451,205.36

Cereus Properties LLC                                                              1007
05/05/2017       Michael G Lacey
                            04/27/2017 distribution                                451,205.36

PAYMENT RECORD

Compass VMG Depository         04/27/2017 distribution                             451,205.36

**EXHIBIT B**



Cereus Properties LLC
VMG Depository Account
7150 E Camelback Rd, Suite 320
Scottsdale, AZ 85251
480-800-3282

Compass Bank
91-574/1221

1010

05/23/2017

PAY TO THE ORDER OF   Michael G Lacey                                    $ **225,602.68

Two hundred twenty-five thousand six hundred two and 68/100************************   DOLLARS

Michael G Lacey
3300 E STELLA LANE
PARADISE VALLEY, AZ 85253

MEMO   05/23/2017 distribution

⑆001010⑆ ⑈122105744⑈ 6745

| Cereus Properties LLC | | | 1010 |
|---|---|---|---|
| 05/23/2017 | Michael G Lacey | | |
| | | 05/23/2017 distribution | 225,602.68 |
| Compass VMG Depository | | 05/23/2017 distribution | 225,602.68 |
| Cereus Properties LLC | | | 1010 |
| 05/23/2017 | Michael G Lacey | | |
| | | 05/23/2017 distribution | 225,602.68 |
| Compass VMG Depository | | 05/23/2017 distribution | 225,602.68 |

VOID

PAYMENT RECORD

**EXHIBIT C**

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: 6745314862 - CEREUS PROPERTIES LLC

### Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/17 | $768,029.17 |
| Deposits/Credits (4) | + $417,712.71 |
| Withdrawals/Debits (5) | - $847,350.11 |
| Ending Balance on 6/30/17 | $338,391.77 |

### Deposits and Other Credits

| Date* | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 6/1 | | INCOMING WIRE REF 20170601F2QCZ60C00257606011345FT01 ORG VOICE MEDIA GROUP, | $234,940.39 |
| 6/9 | | INCOMING WIRE REF 20170609F2QCZ60C00270206091439FT01 ORG VOICE MEDIA GROUP, | $66,666.66 |
| 6/29 | | DEPOSIT | $49,438.99 |
| 6/30 | | INCOMING WIRE REF 20170630F2QCZ60C00367106301306FT01 ORG VOICE MEDIA GROUP, | $66,666.67 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

### Withdrawals and Other Debits

| Date* | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 6/1 | | E-ACCESS BOOK TRSF DR TO REIMB CEREPROP FOR 5 31 DIST. THAT S B FROM VMG | $676,808.04 |
| 6/8 | | OUT WT E-ACCESS CSTREP REF 20170608F2QCZ60C003088 BNF Michael G. Lacey | $135,361.61 |
| 6/8 | | OUT WT E-ACCESS CSTREP REF 20170608F2QCZ60C003089 BNF Scott Spear | $12,281.08 |



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

### End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/1 | $320,257.84 | 6/9 | $222,286.11 | 6/30 | $338,391.77 |
| 6/8 | $172,615.15 | 6/29 | $271,725.10 | | |

### Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/1 | 1012 | $5,903.68 | 6/9 | 1014 * | $16,995.70 | | | |

* Indicates break in check sequence

**EXHIBIT D**

**April Kelly**

| | |
|---|---|
| **From:** | Janey Henze Cook <Janey@henzecookmurphy.com> |
| **Sent:** | Friday, May 25, 2018 6:39 AM |
| **To:** | Erin E. McCampbell |
| **Subject:** | Fwd: Clerical error |

HENZE
MURPHY

**PLEASE NOTE OUR NEW ADDRESS!!!**

**Janey Henze Cook**
722 E. Osborn Road, Ste 120
Phoenix, Arizona 85014
Direct: 602.956.1930
Cell: 602.402.9576
Main: 602.956.1730
Fax: 602.956.1220
www.henzecookmurphy.com

This email message contains information from the law firm of Henze Cook Murphy, PLLC. The contents of this message and any attachments are intended solely for the addressee(s), and may contain confidential and/or privileged information that is legally protected from disclosure. If you are not the intended recipient of this message, or if you receive this message in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited

Begin forwarded message:

> **From:** "Kucera, John (USACAC)" <John.Kucera@usdoj.gov>
> **Date:** May 16, 2018 at 3:06:45 PM MST
> **To:** Janey Henze Cook <Janey@henzecookmurphy.com>
> **Cc:** "pcambria@lglaw.com" <pcambria@lglaw.com>, "Lanza, Dominic (USAAZ)" <Dominic.Lanza@usdoj.gov>, "Rapp, Kevin (USAAZ)" <Kevin.Rapp@usdoj.gov>, "Jones, Reginald (CRM)" <Reginald.Jones4@usdoj.gov>, "Perlmeter, Margaret (USAAZ)" <Margaret.Perlmeter@usdoj.gov>
> **Subject: RE: Clerical error**
>
> Janey,
>
> We will look into the issue, but it seems unlikely that we will be able to thoroughly investigate the matter and come to a conclusion this week.
>
> -John
>
> ---
>
> John Kucera | AUSA
> (213) 894-3391

1

**From:** Janey Henze Cook <Janey@henzecookmurphy.com>
**Sent:** Wednesday, May 16, 2018 8:48 AM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** pcambria@lglaw.com
**Subject:** Clerical error

John,

This email is to confirm our conversation yesterday regarding Mr Lacey's Republic account. In that call you stated that you need to "investigate" the clerical error, and that there is no way you can discuss that issue this week. I urge you to reconsider the timing. Each day that goes by, Mr Lacey suffers undue harm.

I recognize that you are working on unsealing the documents we have been requesting and thus are busy. Nevertheless, I'm requesting that you/the agent/the team look into the issue of the clerical error as soon as possible, *ie*, this week.

As it currently stands, Mr Lacey has more bills than he has money. He does not have a bank account or a credit or debit card. Because of the pressure put on Republic bank by the postal agents, he not only has no funds, he has no bank.

Existing in today's world without a debit or credit card is nearly impossible. His lack thereof is impacting his ability to live, including his ability to comply with his release conditions. For example- his cars were seized, his wife was out of town at a funeral, and he has no ubur account. He couldn't get to a meeting with Pretrial services officer. I had to get him there. Another example is this- he has a bill to pay for electronic monitoring anklet, and the company wants payment right now via credit card. (They are in Colorado). He, as noted, doesn't have a credit card.

Mr lacey needs to pay legal bills and he needs to pay regular bills regarding his properties. Mr lacey needs to make decisions daily that turn on when his funds will be available.

I know that your position is that by releasing his 401(k) check, the government eliminated the time sensitive nature of these issues. First- that check has not cleared and is not available to him yet- so we are still frozen. (I'm hoping it will clear this week). Additionally and unfortunately, his bills (including legal bills and bills that have come in since our meeting) far exceed the $111,000 from the 401(k) check.

Mr lacey committed no act to commingle the monies. He didn't even know this was an issue until we met with you last week. I have given you everything you need to make that determination. You don't need to rely on the declaration to know that the funds were not supposed to be mingled- you can look at the wire sent within 24 hours to replace the funds. But the declaration and attached checks also clearly show the intent- for him to be paid from the VMG account (the account the checks were drawn from) and that it was an act by a third party which resulted in the mistaken wire being sent.

I can list 50 more reasons why time is of the essence on this if you need them. I know you are busy. I respect that. But it has been **six weeks** without the use of his account. Please, I urge you to look at this issue as soon as possible so that he doesn't continue to suffer undue harm. If you prefer that we file a motion, I can do that. Just let me know your preference.

Thank you for your assistance.

Best,
Janey



**PLEASE NOTE OUR NEW ADDRESS!!!**

**Janey Henze Cook**
722 E. Osborn Road, Ste 120
Phoenix, Arizona 85014
Direct: 602.956.1930
Cell: 602.402.9576
Main: 602.956.1730
Fax: 602.956.1220
www.henzecookmurphy.com

This email message contains information from the law firm of Henze Cook Murphy, PLLC. The contents of this message and any attachments are intended solely for the addressee(s), and may contain confidential and/or privileged information that is legally protected from disclosure. If you are not the intended recipient of this message, or if you receive this message in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited

**EXHIBIT E**

I, Michele McSherry, do declare as follows:

1. I am the office manager at Cereus Properties, LLC;
2. My telephone number is 480-800-3286;
3. On May 5th, 2017, Cereus Properties made a distribution from its account ending in 4862 (into which Cereus deposits payments from Voice Media Group) to Michael Lacey in the amount of $451,205.36 (*see* Check No. 1007 attached);
4. On May 23rd, 2017, Cereus Properties made a distribution from its account ending in 4862 to Michael Lacey in the amount of $225,602.68 (*see* Check No. 1010 attached);
5. The total of these two checks was $676,808.04;
6. Mr. Lacey subsequently returned the two checks, which were voided, and asked us to instead wire the distributions to his account at Republic Bank ending in 2485;
7. I initiated a wire to Mr. Lacey's account ending in 2485. I intended to send the wire from Cereus' account ending in 4862, but, due to a clerical error on my part, I sent the wire from a Cereus account ending in 3873. To explain, I used a template that had been created the day before, and did not catch that it had the wrong account number on it;
8. I had been instructed to wire the funds from Cereus' account ending in 4862, and had intended to do so;
9. When I recognized my mistake later on May 31st, 2017, I attempted to cancel or reverse the wire transfer, but was unable to do so;
10. The next day, June 1st, 2017, I transferred money from Cereus' account ending in 4862 to its account ending in 3873 to correct my mistake;
11. I thought I had corrected my mistake by reimbursing Cereus' account ending in 3873 with funds from the account ending in 4862;
12. I swear under penalty of perjury that this information is true and correct.

*Michele McSherry*                    5/14/18
Michele McSherry                      Date