IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Michael Lacey, et al.,  Defendants. | No. CR-18-00422-PHX-SPL  **ORDER** |

Before the Court is Defendants' Motion for Leave to File Joint Reply to Response to Motion to Stay Seizure of Attorneys' Fees (Doc. 383), in which the Defendants request permission to file a joint reply to the Government's Response to the Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 371) in excess of the page limitation. Finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Joint Reply to Response to Motion to Stay Seizure of Attorneys' Fees (Doc. 383) is **granted**. Defendants are granted leave to file their replies jointly and exceed the page limit in their joint reply.

Dated this 16th day of November, 2018.

Honorable Steven P. Logan
United States District Judge