Anne Chapman (#025969)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 388-1232
Attorney for Movants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR-18-00422-PHX-SPL (BSB) |
| | ) | |
| Plaintiff, | ) | **NOTICE OF ERRATA** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Lacey, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Counsel hereby files this Notice of Errata to advise the Court that footnote 3 of movant's Under Seal Reply in Support of Motion to Stay Seizure of Attorneys' Fees (Dkt. 379) should be struck.

    RESPECTFULLY SUBMITTED this 16th day of November, 2018.

                      MITCHELL | STEIN | CAREY | CHAPMAN, PC

                      By:   */s/ Anne M. Chapman*

                          Anne M. Chapman
                          Attorneys for Movants

**CERTIFICATE OF SERVICE**

I certify that on November 16th, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

        /s/  Julie Greenwood