|  |  |
|---|---|
| United States of America, | NO. CR18-00422 PHX SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Scott Spear. | |
| Defendant. | |

Upon Second Joint Motion (Unopposed) of Defendants, by and through their attorneys, for an Order extending the time for Responses and Replies regarding the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents **[343]**, Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for *In Camera* Review **[354]** and Motion for Clarification Re Order to Resolve Attorney-Client Issues **[355]** to December 21st, 2018 and January 28th, 2019, and good cause appearing,

**IT IS HEREBY ORDERED** extending the Defendants' deadlines for filing Responses to December 21st, 2018 and the Government's deadline for Replies to January 28th, 2018.

The Court finds excludable delay under 18 U.S.C. §3161(h) from _____ to _____.