IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>               Defendants. | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant Scott Spear's Joint Motion (Unopposed) to Extend Time for Responses and Replies re: The Government's (Sealed) Motion to Compel Destruction Of Inadvertently Disclosed Documents (Doc. 343), Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for in Camera Review (Doc. 354), and Motion For Clarification re: Order to Resolve Attorney-Client Privilege (Doc. 355) (Second Request) (the "Motion"). (Doc. 397)  Having reviewed the Motion,

**IT IS ORDERED** that the Motion for Extension of Time (Doc. 397) **is denied in part and granted in part**.  The Motion is denied as it pertains to extending the time for responses and replies to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents. (Docs. 343, 352, 396)

**IT IS FURTHER ORDERED** that the Defendants shall have until **December 10, 2018** to file responses to the Government's Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James

Larkin for in Camera Review and the Government's Motion For Clarification re: Order to Resolve Attorney-Client Privilege. (Docs. 354, 355)  The Government shall have until **January 4, 2019** to file any replies in support of Docs. 354 and 355.  No further extensions will be granted.

Dated this 20th day of November, 2018.

Honorable Steven P. Logan
United States District Judge