...

**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR18-00422 PHX SPL |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR RECONSIDERATION OF THE COURT'S ORDER [396-1] GRANTING GOVERNMENT'S (SEALED) MOTION TO COMPEL DESTRUCTION OF INADVERTENTLY DISCLOSED DOCUMENTS [343] AND ORDER [398] DENYING (IN PART) UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| Scott Spear. | |
| Defendant. | |

The Defendant, Scott Spear, by and through his attorney undersigned, with the consent and joinder of the other Defendants and their respective counsel, moves this Court to reconsider its:

1. Order **[DE 396-1]** granting the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents **[DE 343]**; and

2. Order **[DE 398]** denying Defendant Spear's Joint Motion (Unopposed) to Extend the Time for Responses and Replies Re: the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents (the "Motion") **[DE 397]**.

1       Defendant Spear moves for reconsideration because the Court granted the Government's
2 Motion before Defendants' responses to the Motion were due.

3       Defendants move for an order vacating the Order **[DE 396-1]** granting the Government's
4 Motion, vacating that portion of the Order **[DE 398]** denying the motion to extend responses and
5 replies on the same Motion, and setting new response and reply dates for the Motion (which
6 Defendants would propose to be December 10, 2018, and January 4, 2019, commensurate with the
7 extensions the Court granted for the other motions addressed in the Order **[DE 398]**).

8       **MEMORANDUM OF POINTS AND AUTHORITIES**

9       The Government filed its Motion to Compel Destruction of Inadvertently Disclosed
10 Documents on October 17, 2018 **[DE 343]**. On November 2, 2018, Defendants moved to extend
11 the time to respond to Monday, November 19, 2018 **[DE 358]**. The Court granted that motion
12 and gave Defendants "until November 19, 2018 to file responses to Government's Motion to
13 Compel Destruction of Inadvertently Disclosed Documents." **[DE 359]**.

14       On Friday, November 16, 2018, the Court granted the Government's Motion **[DE 396-1]**,
15 stating that the Motion was unopposed, when Defendants' responses were not yet due. On
16 November 19, 2018, before learning that the Court had already granted the Government's Motion,
17 Defendants filed an Unopposed Motion to further extend the response and reply dates into
18 December and January **[DE 397]**. The Court denied this extension motion on November 20th,
19 2018 **[DE 398]**.

20       As the Court granted the Government's Motion without the benefit of considering
21 Defendants' response, which was not yet due at the time of the Court's order **[DE 396-1]**, and
22 seemingly denied the requested extension with the belief that Defendants had missed a filing
23 deadline, the Defendants request reconsideration of the two Orders and that they be provided an
24 opportunity to respond to the Motion.

25       The underlying facts are not nearly as simple or favorable to the Government as the
26 Government suggested in its Motion. If given the opportunity, the Defendants will raise

substantive issues of a constitutional nature in response, including the Government's obligations to disclose the documents it now seeks to claw back under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972) — as the documents are exculpatory and provide a basis to impeach government witnesses and for other pretrial and trial purposes. In the weeks between the government's disclosure of the allegedly inadvertently disclosed documents and the government's request for their return/destruction, defense counsel reading and discussing the documents observed that both the documents and the information from law enforcement agents contained in them were Brady/Giglio materials, as they undermined assertions made by government agents/attorneys to Federal Magistrates issuing civil seizure warrants and, inferentially, to a grand jury returning indictments. Defendants request the ability to raise this issue, and others, in a response to the Government's Motion. Ordering destruction of the relevant, exculpatory/impeachment materials would impact Defendants' rights under the Fourth, Fifth and Sixth amendments to the United States Constitution.

It is expected that excludable delay pursuant to 18 U.S.C. §3161(h) may occur as a result of this Motion or from an order based thereon.

**RESPECTFULLY SUBMITTED** this 21st day of November, 2018.

**FEDER LAW OFFICE, PA**
/s/ Bruce Feder
Attorney for Scott Spear

**LIPSITZ GREEN SCIME CAMBRIA, LLP**
/s/ Paul Cambria
Attorney for Michael Lacey

**BIENERT MILLER & KATZMAN, PLC**
/s/ Tom Bienert
Attorney for James Larkin

**PICCARRETA DAVIS KEENAN FIDEL, PC**
/s/ Michael Piccarreta
Attorney for Andrew Padilla

. . .

|   |   |
|---|---|
| 1 | **KIMERER & DERRICK, PC** |
|   | /s/ Michael Kimerer |
| 2 | Attorney for Jed Brunst |
|   |   |
| 3 | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, PC** |
| 4 | /s/ Gary Lincenberg |
| 5 | Attorney for Jed Brunst |
|   |   |
| 6 | **KARP & WEISS, PC** |
|   | /s/ Stephen Weiss |
| 7 | Attorney for Joye Vaught |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
**Peter S. Kozinets:** Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:** pcambira@lglaw.com
**James Grant:** jimgrant@dwt.com
**Erin McCampbell:** emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:** ronnielondon@dwt.com
**Janey Henze Cook:** janey@henzecookemurphy.com
**John Littrell:** jlittrell@bmkattorneys.com
**Kenneth Miller:** kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:** sweiss@karpweiss.com
**Michael Kimerer:** mdk@kimerer.com
**Tom Bienert:** tbienert@bmkattorneys.com
**Gary Lincenberg:** gsl@birdmarella.com
**Ariel Neuman:** aneuman@birdmarella.com
*Attorneys for the Defense*

By: /s/ A. Jones