|  |  |
|---|---|
| United States of America,                ) | NO. CR18-00422 PHX SPL |
|            Plaintiff,           ) | |
|       vs.                              ) | **ORDER** |
| Scott Spear.                                  ) | |
|            Defendant.       ) | |

Upon Joint Motion of Defendants, by and through their attorneys, for Reconsideration of the Court's Order **[396-1]** Granting Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents **[343]** and Order **[398]** Denying (In Part) Unopposed Motion for Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' Joint Motion for Reconsideration of the Court's Order **[396-1]** Granting Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents **[343]** and Order **[398]** Denying (In Part) Unopposed Motion for Extension of Time;

**IT IS FURTHER ORDERED** extending the Defendants' deadlines for filing Responses to _____ and the Government's deadline for Replies to _____.

The Court finds excludable delay under 18 U.S.C. §3161(h) from _____ to _____.