**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having reviewed Defendant Scott Spear's Joint Motion for Reconsideration of the Court's Order Granting Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents and Order Denying (In Part) Unopposed Motion for Extension Of Time (Doc. 399),

**IT IS ORDERED** that the Joint Motion for Reconsideration (Doc. 399) is **granted in part**;

**IT IS FURTHER ORDERED** that the Court's Order granting the Government's Motion to Compel Destruction of Inadvertently Disclosed Documents (Doc. 396) **is vacated;**

**IT IS FURTHER ORDERED** that the Court's Order granting in part and denying in part Defendant Scott Spear's Motion for Extension of Time (Doc. 398) **is vacated;**

**IT IS FURTHER ORDERED** that the Motion for Extension of Time (Doc. 397) **is denied in part and granted in part**. The Defendants shall have until **December 5, 2018** to file responses to the Government's (Sealed) Motion to Compel Destruction of

Inadvertently Disclosed Documents. (Doc. 352)  The Government shall have until **December 12, 2018** to file any reply in support of Doc. 352.  No further extensions will be granted.

**IT IS FURTHER ORDERED** that the Defendants shall have until **December 10, 2018** to file responses to the Government's Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for in Camera Review and the Government's Motion for Clarification re: Order to Resolve Attorney-Client Privilege. (Docs. 354, 355)  The Government shall have until **January 4, 2019** to file any replies in support of Docs. 354 and 355.  No further extensions will be granted.

Dated this 28th day of November, 2018.

_____
Honorable Steven P. Logan
United States District Judge