1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Michael D. Kimerer – State Bar No. 002492
8      mdk@kimerer.com
   Rhonda Elaine Neff – State Bar No. 029773
9      rneff@kimerer.com
   KIMERER & DERRICK, P.C.
10 1313 E. Osborn Road, Suite 100
   Phoenix, AZ 85014
11 Telephone:  (602) 279-5900
   Facsimile:  (602) 264-5566
12
   Attorneys for Defendant John Brunst
13

14                    UNITED STATES DISTRICT COURT
15                    FOR THE DISTRICT OF ARIZONA
16

17
   United States of America,                CASE NO. 2:18-cr-00422-SPL
18
                Plaintiff,                   **JOHN BRUNST'S NOTICE OF**
19                                           **JOINDER IN DEFENDANTS**
          vs.                                **LACEY'S AND LARKIN'S**
20                                           **OPPOSITION TO**
   Michael Lacey, et al.,                    **GOVERNMENT'S MOTION FOR**
21                                           **ACCESS TO THE JOINT**
                Defendants.                  **REPRESENTATION AND JOINT**
22                                           **DEFENSE AGREEMENTS**
23
                                             Assigned to Hon. Steven P. Logan
24

25

26

27

28

3538802.1                                              Case No. 2:18-cr-00422-SPL

1    Defendant John Brunst, by and through undersigned counsel, joins in

2  Defendants Lacey's And Larkin's Opposition To Government's Motion For Access

3  To The Joint Representation And Joint Defense Agreements (Dkt. No. 408)

4  ("Opposition").

5    Mr. Brunst agrees with the arguments made in Lacey's And Larkin's

6  Opposition.  Mr. Brunst adopts the positions set forth in the Opposition as if fully

7  set forth herein.

8

9  DATED:  December 12, 2018        Gary S. Lincenberg
                                    Ariel A. Neuman
10                                   Gopi K. Panchapakesan
                                    Bird, Marella, Boxer, Wolpert, Nessim,
11                                   Drooks, Lincenberg & Rhow, P.C.

12

13

14
                                 By:    _/s/ Ariel A. Neuman_
15                                         Ariel A. Neuman

16                                  *Attorneys for Defendant John Brunst*

17

18

19

20

21

22

23

24

25

26

27

28

JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO
GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2018, I electronically transmitted the foregoing Petitioner John Brunst's Notice Of Joinder In Defendants Lacey's And Larkin's Opposition To Government's Motion For Access To The Joint Representation And Joint Defense Agreements to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*
David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
*Attorney for Defendant Joye Vaught*

By: /s/ Bora Lee

JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO
GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION