# **Exhibit B**

CURRICULUM VITAE
FBI Information Technology Specialist – Forensic Examiner

Matthew Frost
 (208) 238-5000
matthew.frost@ic.fbi.gov

**Education**:    *Idaho State University, Pocatello ID*                    *Graduated: May 2010*
                  **Masters of Business Administration**
                  - Computer Information Systems emphasis.
                  - Studies in information assurance.
                  - GPA: 3.61
                  - Related course work: Information assurance, computer security, network defense, and ethical hacking.

                  *Idaho State University, Pocatello ID*                    *Graduated: May 2008*
                  **Bachelor of Science**, Economics
                  - Major: Applied Economics
                  - Minors: Political Science
                  - GPA: 3.49
                  - Related course work: Information assurance, business management/law, computer information systems, statistics, calculus, and programming.

                  **Second Language/Foreign Travel**           *March 2001 – April 2003*
                  - Two years immersed in Russian culture living in several cities throughout eastern Ukraine.
                  - Speak, read, and write Russian at an advanced intermediate level.

**Employment**:   *Federal Bureau of Investigation, Pocatello, ID*        *May 09 – Present*
                  **Information Technology Specialist- Forensic Examiner**
                  - Follow rules of evidence and agency policies
                  - Collect digital evidence for forensic examinations and created forensic images of hard drives, removable media, CDs/DVDs, tapes, floppy disks and other digital storage devices.
                  - Examine physical evidence with adherence to: documented quality assurance guidelines, technical and administrative reviews, and standard operating procedures.
                  - Ensure data integrity and maintain chain of custody.
                  - Conduct both laboratory and field work in cooperation with case agents and professional staff.
                  - Generate reports to present findings of examinations.
                  - Certified as a Forensic Examiner 6/15/2011.
                      o Current FBI certifications:
                          ▪ Wintel - 6/15/2011
                          ▪ Linux  - 9/6/2011
                          ▪ Cell Phone/GPS/Mobile devices - 5/02/2013
                          ▪ Mac Basic - 4/15/2015

*Idaho State University, Pocatello ID*                    *Aug 08 - May 2009*
**Information Assurance Research Analyst**
- Operate a penetration attack and network defense operations research analyzer.
- Developing policies and compliance procedures to standards such as CNSS, NIST, and FIPS.
- Researching and developing training materials for information assurance topics.
- Evaluate government protocols, and regulations to maintain system integrity.
- Studied methods to harden networks against intrusion.
- Researching FISMA compliance, NIST risk management framework, Certification and Accreditation, as well as Plan of Action and Milestone Reporting.
- Develop training materials to assist government agencies communicate, manage, and supervise IT workers and organizations in the integration and development of Information Assurance programs.

*Federal Bureau of Investigation, Pocatello, ID*                    *Aug 2008 – May 2009*
**Internship**
- Work alongside Computer Analysis and Response Team.
- Assist with administrative tasks, archiving, labeling, and clerical.

*Federal Bureau of Investigation, Pocatello, ID*                    *Feb 2007 – Aug 2008*
**Office Automation Assistant; Team Leader**
- Prepared verbatim transcripts to be used in court proceedings.
- Led a team of ten members by: assigning work, setting standards of performance, assisting with questions, proofing work, and reporting case status to supervisor**.**
- Trained new employees.
- Received "On the Spot Performance Award"

## Other Certifications and training:

| | |
|---|---|
| A+ Essentials Certification | *October  2009* |
| AccessData Boot Camp | *November 2009* |
| A+ It Technician Designation Certification | *November  2009* |
| Security + Certification | *December  2009* |
| AccessData Internet Forensics | *March 2010* |
| AccessData Windows Forensics | *May 2010* |
| Linux Command Line | *October 2010* |
| Network+ Certification | *November  2010* |
| Certified Ethical Hacker Certification | *February 2011* |

- Certified Penetration Tester    Certification          *March 2011*
- Intermediate Linux                                      *August 2012*
- Unix Live Capture and Servers                           *September 2012*
- SANS 560 Network Penetration Testing and
    - Ethical Hacking                                     *August 2014*
    - Certification received November 2014
- SANS 408 Windows Forensic Analysis                      *October 2014*
- Mac Basic Certification                                 *April 2015*
- SANS 508 Advanced Digital Forensics and
    - Incident Response                                   *May 2015*
- Senior/Master Examiner Certification                    *September 2015*
- Industrial Control Systems Cyber Security 301           *July 2016*
- Certified Linux Forensic Practitioner                   *September 2016*
- JTAG Competency Exam                                    *July 2017*
- ISP Certification                                       *July 2017*