# Exhibit C

# QUOC THAI

300 NORTH LOS ANGELES, LOS ANGELES CA 90012
▪ quoc.thai@ci.irs.gov ▪

## Experience

**Special Agent** ▪ January 2010 – Present
Internal Revenue Service ▪

- Closed numerous significant investigations spanning IRS-CI investigative business priorities, including money laundering, criminal tax, cybercrime and digital currency cases.
- Nationally recognized subject matter expert in digital currency (such as bitcoin) and the dark net (markets and vendors). Developed cybercrime training material at FLETC that was implemented nationwide for IRS-CI. Provided training to Seattle, Dallas and Los Angeles Field Offices for audiences in excess of 80 to 120 people.
- Mentored two Special Agent Trainees as an On-The-Job Instructor.
- Successfully completed a 4 month Acting Supervisory Special Agent detail.
- Co-Sponsored OCDETF proposal to target cyber-enabled narcotics traffickers.
- Developed datamining techniques to identify investigative opportunities for Los Angeles Field Office, which was expanded nationally.
- Led as the Team Leader for numerous enforcement actions and member in good standing with Long Gun Cadre.
- Developed working partnerships across numerous federal and local law enforcement agencies and regulatory bodies. Represented IRS-CI's digital currency efforts at recent Five Eyes and SEC conferences.

**Financial/Systems Consultant** ▪ May 2002 – December 2010
One Hundred Thousand Consulting ▪

- Provided international trade, financial, and systems consulting for various companies.
- Expertise in the implementation of Enterprise Resource Planning systems

**Information Systems Coordinator** ▪ May 2006 – December 2007
Pepperdine University ▪

- Assisted in the implementation of PeopleSoft and an office-wide backup system.
- Managed the data ingestion of financial documents for accounting systems.

## Skills

- Experienced with numerous bitcoin blockchain analytics tools (Chainalysis, Elliptic, BlockSeer.)
- Experienced with numerous dark net mining tools (Flashpoint, DARPA Memex, GWERN database.)
- Developed comprehensive methodology to access and conduct surveillance and undercover operations on the dark net using various types of UC computer equipment combined with a number of anonymizers and a virtual machine (VM Ware, Oracle VirtualBox.)
- Experienced in the use of various forms of end-to-end encrypted communication platforms (Telegram, Wickr, WhatsApp, Signal, etc.)
- Experienced in the various methodologies of identifying and seizing various digital currencies and the challenges related to them. (bitcoin, alt-coins.)
- Obtained training and certification as an Instructor using the IRS-CI facilitative method. (BIFT)
- Began training and obtained certification as a computer forensic agent. (BCERT) Includes certification in FTK and Encase, as well as initial training in mobile device forensics.
- Bilingual: Fluent in Vietnamese.  Conducted interviews and prepared witnesses for testimony in Vietnamese.
- Firearms proficiency:
    - Glock 22 pistol (96/100 recent qualification)
    - Smith & Wesson M&P15 rifle (298/300 recent qualification)
    - Remington 870 shotgun (100/100 recent qualification)

## Education

Pepperdine University
2002 ▪ Bachelor of Science – International Business

Pepperdine University
2007 ▪ Masters of Business Administration

Pepperdine University
2008 ▪ Certificate of Dispute Resolution

## References

USPIS Postal Inspector Lyndon Versoza
USPIS Team Leader Noah Thompson
IRS-CI Supervisory Special Agent Michael Parrish
IRS-CI Special Agent Jameson Winters
IRS-CI Special Agent Victor Vanacore
HSI Special Agent Christopher Hicks
SEC Attorney David Hirsh