# Exhibit D

*Expert Witness Resume of*
Donald Ellsworth
Special Agent, IRS-Criminal Investigation

| **IRS-CI Positions Held** | | **Dates** |
|---|---|---|
| Special Agent, | GS-1811-13 | May 2005 – current |
| Special Agent, | GS-1811-12 | January 2004 |
| Special Agent, | GS-1811-11 | January 2003 |
| Special Agent, | GS-1811-09 | January 2002 |

**Relevant Assignments**
Undercover agent
Instructor, Bitcoin/Darknet training
Instructor, Money Laundering
OCDETF Case Agent
Darknet Workgroup founding member

**Darknet/Bitcoin investigative Experience**

As a special agent, I have been the case agent on multiple Darknet and Bitcoin related cases.  These cases have been multi-jurisdictional and prosecuted in the District of Arizona and Washington DC.  Darknet and bitcoin related investigations are a relatively new type of investigation which required extensive research on how to acquire and use bitcoin on the darknet marketplaces.

As an undercover agent:

- Created multiple profiles on various darknet marketplaces.
- Purchased goods and services from darknet vendors using bitcoin.
- Learned how to use the encrypted communications commonly used on the darknet, i.e. Tor, Tails, Jabber, Privnote.
- Learned how to create and utilize bitcoin wallets and open bitcoin exchange accounts.
- Purchased bitcoin from peer-to-peer exchangers.

As a case agent:

- Identified peer-to-peer bitcoin exchanger targets.
- Identified Darknet vendors on multiple marketplaces.
- Traced bitcoin transactions between darknet vendors and bitcoin exchangers.
- Testified before a Grand Jury regarding the criminality of peer-to-peer exchanging of bitcoin.
- Coordinated with foreign governments to secure evidence related to Darknet/Bitcoin investigations.

As a special agent, I have been the case agent for a variety of multi-jurisdictional

IRS-CI co-sponsored OCDETF and narcotics money laundering investigations with the targets being darknet vendors using bitcoin.  As a founding member of the Arizona darknet/bitcoin team, I have conducted long term and short term darknet/bitcoin related investigations.

As a special agent, I have investigated the money laundering aspects of criminals using bitcoin.  I have had training on U.S. Money Laundering and Bank Secrecy laws and how the movement of illegal proceeds in the form of bitcoin applies to these laws.

I have assisted as project coordinator for cyber-crime and underground economies for the IRS-CI Phoenix field office.  As a cyber-crime project coordinator I have developed and investigated multiple cases initiated through the project.

### *Darknet/Bitcoin Training Assignments*

As a keynote speaker, I have conducted training for federal, state and local law enforcement investigators and prosecutors in the field of Darknet/Bitcoin investigation and financial investigative techniques.  I have presented to federal judges on multiple occasions about the criminality of bitcoin and the darknet.  I have also traveled to foreign countries and provided training on this subject to government officials in those countries.

| Event | Date |
|---|---|
| Office of National Drug Control Policy, White House, Washington DC | 02/2018 |
| Federal Bar Association w/ Federal Judges seminar, Tucson, AZ | 02/2018 |
| Brazil Government Officials, Sao Paulo and Brasilia, Brazil | 11/2017 |
| Arizona Federal Magistrates Conference, Scottsdale, AZ | 09/2017 |
| AZ Attorney General's office Darknet/Bitcoin training, Phoenix, AZ | 08/2017 |
| HIDTA Darknet/Bitcoin seminar, Phoenix, AZ | 06/2017 |
| Southwest Border Money Laundering Conf, Phoenix, AZ | 06/2017 |
| New Mexico congressional delegation, Albuquerque, NM | 03/2017 |
| Royal Canadian Mounted Police, Vancouver, Canada | 03/2017 |

In addition to the training I have given above, I have provided training on multiple occasions to IRS-CI undercover agents on the mechanics of the darknet and purchasing and use of bitcoin.  I have also spoken at multiple trainings for smaller groups of Federal, State, and local law enforcement officers in the area of Darknet/Bitcoin related investigations.

| **Awards** | **Date** |
|---|---|
| IRS- CI Performance Award | 2017 |
| IRS- CI Performance Award | 2016 |
| IRS- CI Performance Award | 2015 |
| IRS- CI Performance Award | 2014 |
| IRS- CI Performance Award | 2013 |
| IRS- CI Performance Award | 2012 |
| IRS- CI Performance Award | 2011 |
| IRS- CI Performance Award | 2010 |
| IRS- CI Performance Award | 2009 |

### Education and Training

Internal Revenue Service, Criminal Investigation – over 16 years a special agent
Ongoing training classes on current laws, policies and procedures: Bank Secrecy Act Workshops, Money Laundering Seminars, numerous financial investigative techniques seminars and conferences.

Darknet/Bitcoin related training:
- DEFCON 2017 – hacking and cyber crime – Las Vegas, NV
  July 31st – August 1st, 2017

- Private bitcoin tracing training – Chainalysis – New York City, NY
  October 20th, 2016

- DEFCON 2016 – hacking, and cyber crime – Las Vegas, NV
  August 4th – 5th, 2016

- IOC-2- Darkweb threat and virtual currency seminar – Washington DC, WA
  January 6th-7th, 2016

- IRS Cybercrime Investigative tools and the Dark Web – Webinar
  October 21st, 2015

- Monthly IRS cyber coordinator training – conference calls

Bachelor of Science, Business, Northern Arizona University, 1999
Masters of Business Administration, Finance, Utah State University, 2001