PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-06-PHX-SPL |
| Plaintiff, | DEFENDANT ANDREW PADILLA'S REQUEST FOR STATUS CONFERENCE |
| vs. | |
| 6.  Andrew Padilla, | (UNOPPOSED) |
|    (Counts 1-51) | |
| Defendant. | |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon, as explained more fully below.

Defendant Andrew Padilla respectfully requests that this Court set a status conference at a date convenient to the Court on or after January 15, 2019, so that defendants can advise the Court as to the status of the case and discuss issues relative to case management. Defendants have no objection if the status conference is set in conjunction with oral argument on any pending motions. The parties have agreed to file a status conference report with the Court seven days prior to any scheduled status conference.

Counsel has discussed this matter with counsel for the co-defendants and Assistant United States Attorney Kevin Rapp who do not oppose the setting of a status conference at the Court's scheduling convenience.

RESPECTFULLY SUBMITTED this 21st day of December, 2018.

                PICCARRETA DAVIS KEENAN FIDEL PC

        By:   /s/    Michael L. Piccarreta
                      Michael L. Piccarreta
                      Attorney for Andrew Padilla

On December 21, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov>
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com