IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

　　　Having reviewed Defendant Andrew Padilla's Request For Status Conference (Doc. 425),

　　　**IT IS ORDERED** that the Request For Status Conference (Doc. 425) is **granted**. The status hearing is set for **January, 25 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

　　　Dated this 7th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　United States District Judge