James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 757-8096
Facsimile: (206) 757-7096
Email: jimgrant@dwt.com

*Counsel for Defendant Michael Lacey and James Larkin*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Michael Lacey, *et al.*,<br>Defendants. | No. 2:18-CR-00422-SPL<br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT effective November 26, 2018, the address for James C. Grant and the Seattle location of Davis Wright Tremaine, LLP, counsel of record for Defendants Michael Lacey and James Larkin has changed. Please take note of the following change of address and change your records accordingly:

| FORMER ADDRESS: | NEW ADDRESS: |
|---|---|
| James C. Grant (admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Email: jamesgrant@dwt.com<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700 | James C. Grant (admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle WA 98104-1610<br>Email: jamesgrant@dwt.com<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700 |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

RESPECTFULLY SUBMITTED this 18th day of January, 2019.

DAVIS WRIGHT TREMAINE LLP

By: ______________________
James C. Grant
*Attorney for Defendants*
*Michael Lacey and Jim Larkin*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

*James C. Grant*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax