**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** January 25, 2019 |
| **USA v. Lacey, et al** | **Case Number:** CR-18-00422-PHX-SPL |

**Assistant U.S. Attorneys:**  Kevin Rapp, Andrew Stone, Reginald Jones, John Kucera and Margaret Perlmeter

**Defendant-1:  Michael Lacey**

**Attorneys for Defendant:** Paul Cambria and Robert Corn-Revere, retained
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-2:  James Larkin**

**Attorneys for Defendant:**  Thomas Bienert, Jr. and Robert Corn-Revere, retained
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-3:  Scott Spear**

**Attorney for Defendant:**  Bruce Feder, retained
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-4:  John Brunst**

**Attorneys for Defendant:** Michael Kimerer and Gopi Panchapakesan, retained
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

**Defendant-6:  Andrew Padilla**

**Attorney for Defendant:**  Michael Piccarreta, retained
**Defendant:**  ☐ **Present**  ☒ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

| | |
|---|---|
| USA v. Lacey et al | **Date:** January 25, 2019 |
| **Case Number:** CR-18-00422-PHX-SPL | Page 2 of 2 |

**Defendant-7:  Joye Vaught**

**Attorney for Defendant:** Stephen Weiss, retained

**Defendant:**   ☐ Present   ☒ Not Present   ☒ Released   ☐ Custody ☐ Summons   ☐ Writ

**STATUS HEARING:**

Argument is presented regarding the Defendants' Joint Status Report, (Doc. 443), the United States' Memorandum (Doc. 444) and the United States' Response to Defendants' Joint Status Report (Doc. 446).

Recess taken.

Further argument is presented.  The Court treats the Defendants' Joint Status Report (Doc. 443) as a motion/request to stay the defendants' obligations.  For the reasons stated on the record, the defendants' motion is denied.  Counsel for the government and for the defense are directed to continue to meet the deadlines set forth in the Court's Scheduling Order (Doc. 131).

Court Reporter Elva Cruz-Lauer
Deputy Clerk Lisa Richter

Start:  9:35 AM
Stop:  11:29 AM

Total court time: 1 hour, 34 minutes