| AO 435<br>AZ Form (Rev. 3/2018) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Daniel J. Quigley | 2. PHONE NUMBER<br>(520) 867-4450 | | 3. DATE<br>January 28, 2019 |
| 4. FIRM NAME<br>Daniel J. Quigley, PLC | | | |
| 5. MAILING ADDRESS<br>5425 E. Broadway Blvd., Suite 352 | 6. CITY<br>Tucson | 7. STATE<br>AZ | 8. ZIP CODE<br>85711 |
| 9. CASE NUMBER<br>2:18-cr-00422 | 10. JUDGE<br>Logan | DATES OF PROCEEDINGS<br>11. January 25, 2019 | 12. |
| 13. CASE NAME<br>United States v. Lacey, et al. | LOCATION OF PROCEEDINGS<br>14. Phoenix | | 15. STATE   AZ |

16. ORDER FOR
- [ ] APPEAL
- [✓] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Status Hearing | January 25, 2019 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS | ☑ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS<br>quigley@djqplc.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE   /s/ Daniel J. Quigley

20. DATE   January 28, 2019

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY