IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No. 18-CR-00422-SPL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR FURTHER CLARIFICATION RE ORDER ALLOWING THE GOVERNMENT TO CONTINUE REVIEW OF PRIVILEGED COMMUNICATIONS** |

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will not occur as a result of the grant of this Motion.

Before the Court is Defendants James Larkin's and Michael Lacey's Motion for Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications (Doc. 445).  Defendants request an order from the Court allowing for the relief set forth in the Motion.  For good cause appearing,

**IT IS ORDERED** that the Defendants' Motion for Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications and the relief requested therein is granted.

DATED this _____ day of _____, 2019.

_____
Honorable Steven P. Logan
United States District Judge