# Exhibit B

AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-8364MB
)
Backpage related account information stored at a )
premises owned, controlled, maintained, or operated by )
Datto, Inc., a company headquartered in Connecticut. )

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Connecticut_____
*(identify the person or describe the property to be searched and give its location)*:

As set forth in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

As described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____9-14-18_____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____On duty in AZ._____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __8-31-18 @ 3:52p__     _____[signature]_____
                                             *Judge's signature*

City and state: Phoenix, Arizona            U.S Magistrate Judge John Z. Boyle
                                            *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following accounts that is stored at premises owned, maintained, controlled, or operated by Datto, Inc., a company headquartered at 101 Merritt 7, Norwalk, Connecticut 06851.

- a. joye@backpage.com
- b. joye@postfaster.com
- c. dan@backpage.com
- d. dan@websitetechnologies.com
- e. andrew@backpage.com
- f. andrew@postfaster.com
- g. carl@postsol.com
- h. carl.ferrer@backpage.com
- i. carl@adtechbv.com
- j. michael@postsol.com
- k. michaelg@postsol.com
- l. michael@adtechbv.com
- m. michael@websitetechnologies.com
- n. stefanie@postsol.com
- o. stefaniep@websitetechnologies.com
- p. issa@backpage.com
- q. nathan@backpage.com
- r. tamara@backpage.com
- s. stefan@postsol.com
- t. stefan@websitetechnologies.com
- u. bailey@postsol.com
- v. ncmec@backpage.com
- w. omar@universads.nl
- x. omar@easypost123.com
- y. julia@guliettagroup.nl
- z. juliad@mobileposting.com

## **ATTACHMENT B**

### **Particular Things to be Seized**

**I.     Information to be disclosed by Datto, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on June 12, 2018, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all emails associated with the account from 2004 through 2018, including stored or preserved copies of emails and other files associated with each user account;

b. All records or other information stored in the account, including email attachments and other documents and files; and

c. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken. The Provider is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 United States Code Section 371 (Conspiracy), 1952 (Travel Act), 1956 and/or 1957 (Money Laundering) spanning the period of the indicted conspiracies to commit any these offenses from 2004-2018.

1. Correspondence and files regarding:

a. Backpage.com, related companies and websites (including partner sites), their control, finances and operations.

b. The sale of Backpage.com and related entities along with payments made and monitoring done after that sale.

c. Methods of receiving payment from customers (including Bitcoin, other cryptocurrencies and store gift cards), applications for merchant accounts, bank accounts, Visa, MasterCard, American Express or other financial institutions, both domestic and overseas.

d. Marketing strategies, aggregation (also called the Dallas Plan), affiliate programs, investigation by the U.S. Senate Permanent Committee on Investigations.

e. Moderation of Backpage.com ads, escorts, adult services, prostitution, and child sex trafficking.

f. Training and compensation of employees, officers and affiliates, both domestic and overseas.

g. The Erotic Review (TER) and similar escort review sites and forums.

2. Bank statements and financial records for any parties named above or for Backpage.com or related business entities, including holding companies.

3. Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

a. Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

    b. The identity of the person(s) who created or used the account, including records that help reveal the whereabouts of such person(s).

### III. Search Procedure

1. Once the files and data have been obtained from the devices, the Filter Team will review the information. The Filter Team will review the document for privilege or protection only and will disseminate the non-privileged and non-protected documents to the Investigative Team. The Investigative Team will determine which documents constitute evidence of unlawful activity. Because the Filter Team will be properly walled off from the Investigative Team, it may review emails and communications between attorneys to determine if they properly qualify for privilege or protections, in accordance with procedures set forth above. This will eliminate the risk that protected information will reach the Investigative Team.

2. The separation between the Investigative Team from the Filter Team serves two purposes: (1) it allows the Filter Team to review documents for privilege and protection only and insulates the Filter Team from the substantive investigation and prosecution of Backpage and its principals and (2) it allows the Investigative Team, which is more familiar with the details and specifics of the investigation, to determine which documents constitute evidence of unlawful activity.

3. Once the Filter Team has identified any potential privileged or protected material, and before the Filter Team submits any materials to the Court *in camera* and moves for their disclosure to the Investigative Team, the Filter Team will confer

with counsel for the affected parties, as appropriate, and counsel will have the ability to file objections with the Court.