Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael Lacey<br><br>                    Defendant. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT LACEY'S NOTICE OF JOINDER IN MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL (DOC. 456) |

Defendant Michael Lacey hereby joins in Sections I and II of Defendants Andrew Padilla's and Joye Vaught's Motion to Dismiss Due to Government Interference With Right To Counsel And Request For Disclosure, Or, In The Alternative, Motion To Withdraw (Doc. 456) ("Motion to Dismiss").  Mr. Lacey adopts the legal positions and bases set forth in those sections of the Motion to Dismiss as if fully set forth herein, and seeks dismissal of the matter.

Counsel for Mr. Lacey does not, at this time, join the alternative request to withdraw that is set forth in Section III of the Motion to Dismiss.  The unconstitutionality and infirmity of the one batch of government's seizures is the subject of pending litigation in the Central District of

California,[1] and of another batch of government seizures is pending in the Ninth Circuit Court of Appeals.[2]  The rulings of these other courts could free up significant amounts of improperly seized assets and attorney's fees and obviate the need to consider withdrawing, despite the government's improper actions in improperly seizing attorney's fees.  Consequently, Mr. Lacey submits that providing appropriate time for those courts to render substantive rulings before considering withdrawal is appropriate.

RESPECTFULLY SUBMITTED this 20th day of February, 2019

LIPSITZ GREEN SCIME CAMBRIA LLP

*/s/     Paul J. Cambria, Jr.*
        Attorneys for Defendant
        Michael Lacey

---

[1] *See* 18-MJ-2782, 18-MJ-2783, 18-MJ-2784, 18-MJ-2785, 18-MJ-2786, 18-MJ-2788, 18-MJ-2880, and 18-MJ-2883 (C.D. Cal. 2018).

[2] *See United States v. Larkin et al.*, No. 18-56455 (9th Cir.).

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ Kristina Drewery