PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL |
|---|---|
| Plaintiff, | DEFENDANT ANDREW PADILLA'S REPLY TO UNITED STATES' RESPONSE (DOC. 466) TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION |
| vs. | |
| 6.  Andrew Padilla, (Counts 1-51) | |
| Defendant. | |

Defendant, Andrew Padilla, by and through his undersigned attorney, hereby replies to the United State's Response (Doc. 466) To Defendants' Joint Motion For Designation Of 39 Documents Subject To This Court's Destruction Order To Be Preserved As Part Of The *In Camera* Record In This Prosecution (Doc. 453). Defendants' joint motion stated that "Defendants are in the process of destroying the 39 documents." (Doc. 453, p. 2). Undersigned counsel's email to the government dated February 7, 2019, (Doc. 466-1, Exhibit D), was notice to the government of Mr. Padilla's compliance with the Court's order to destroy the documents. Mr. Padilla hereby provides notice to this Court that the documents have been destroyed. However, as it is constitutional error for the government to withhold

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Brady* material from the defendant, the destroyed documents must be preserved as part of the record for later review in this case or appellate review, if necessary.

RESPECTFULLY SUBMITTED this 20th day of February, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/   Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

On February 20, 2019, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Revere: bobcornrevere@dwt.com
Bruce Feder: bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Michael D. Kimerer, mdk@kimerer.com
Gary Lincenberg: glincenberg@birdmarella.com