Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
pcambria@lglaw.com
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey<br><br>　　　　　　　Defendant. | Case No. CR-18-00422-PHX-SPL (BSB)<br><br>DEFENDANT LACEY'S REPLY TO UNITED STATES' RESPONSE (DOC. 466) TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION |

　　　　Defendant, Michael Lacey, by and through his undersigned attorney, hereby replies to the United States' Response (Doc. 466) To Defendants' Joint Motion For Designation Of 39 Documents Subject To This Court's Destruction Order To Be Preserved As Part Of The *In Camera* Record In This Prosecution (Doc. 453).  Defendants' joint motion stated that "Defendants are in the process of destroying the 39 documents." (Doc. 453, p. 2).  Undersigned counsel's email to the government dated February 7, 2019, (Doc. 466-1, Exhibit D), was notice to the government of Mr. Lacey's compliance with the Court's order to destroy the documents.  Mr. Lacey hereby provides notice to this Court that the documents have been destroyed.  However, as it is constitutional error for the government to withhold *Brady* material from the

defendant, the destroyed documents must be preserved as part of the record for later review in this case or appellate review, if necessary, since they clearly contain a large amount of *Brady* material.

RESPECTFULLY SUBMITTED this 21st day of February, 2019

LIPSITZ GREEN SCIME CAMBRIA LLP

*/s/     Paul J. Cambria, Jr.*
Attorneys for Defendant
Michael Lacey

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the attorneys of record.

By: /s/ Kristina Drewery