1  Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
2  Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
   BIENERT, MILLER & KATZMAN, PLC
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone:  (949) 369-3700; Fax: (949) 369-3701
5  Email: tbienert@bmkattorneys.com
   wbernstein@bmkattorneys.com
6
7  Attorneys for James Larkin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SPL-02 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT JAMES LARKIN'S REPLY TO GOVERNMENT'S RESPONSE (DOC. 466) TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION** |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant James Larkin, by and through his undersigned attorneys, hereby replies to the government's Response (Doc. 466) to Defendants' Joint Motion For Designation Of 39 Documents Subject To This Court's Destruction Order To Be Preserved As Part Of The *In Camera* Record In This Prosecution (Doc. 453). Defendants' joint motion stated that "Defendants are in the process of destroying the 39 documents." Doc. 453 at 2.  Undersigned counsel's filing of this motion was notice to the government of Mr. Larkin's compliance with the Court's order to the destroy the documents.  Mr. Larkin hereby provides direct notice to this Court that the documents

1

JAMES LARKIN'S REPLY TO GOVERNMENT'S RESPONSE (DOC. 466) TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION

have been destroyed to the best of undersigned counsel's information and belief, though counsel is in the process of ensuring that no back-up copies may exist on any back-up server.  However, as it is constitutional error for the government to withhold *Brady* material from the defendant, the destroyed documents must be preserved as part of the record for later review in this case or appellate review, if necessary, since the documents clearly contain a large amount of *Brady* material.

                                              Respectfully submitted,

Dated:  February 23, 2019        BIENERT, MILLER & KATZMAN, PLC

                                              */s/ Thomas H. Bienert, Jr.*
                                              Thomas H. Bienert, Jr.
                                              Whitney Z. Bernstein
                                              Attorneys for James Larkin

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of February 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

/s/ *Toni Thomas*
Toni Thomas

David Lawrence Botsford, Botsford & Roark, dbotsford@aol.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Adam Christian Page, Karp & Weiss PC, apage@karpweiss.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John Jacob Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov

JAMES LARKIN'S REPLY TO GOVERNMENT'S RESPONSE (DOC. 466) TO DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE *IN CAMERA* RECORD IN THIS PROSECUTION