# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>  v.<br><br>Michael Lacey, *et al.*,<br><br>                      Defendants. | No. CR-18-422-PHX-SPL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO LATE FILE REPLY IN SUPPORT OF MOTION FOR FURTHER CLARIFICATION RE ORDER ALLOWING THE GOVERNMENT TO CONTINUE REVIEW OF PRIVILEGED COMMUNICATIONS** |

Having considered Defendants' Motion for Leave to Late File Reply in support of Motion for further Clarification re Order Allowing the Government to Continue Review of Privileged Communications, and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

DATED this _____ day of _____, 2019.

                                                          _____
                                                          Judge Steven P. Logan