PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL |
|---|---|
| Plaintiff, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456) |
| v. | |
| 6. Andrew Padilla, (Counts 1-51) | |
| Defendant. | |
| | (First Request) |

Defendant Andrew Padilla, by and through undersigned counsel, pursuant to LRCrim 12.1(b) and LRCiv 7.3, respectfully moves for an extension of time to file his Reply to the Government's Response (Doc. 476) to his Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456). The government's response raises many factual and legal matters that were beyond the scope of Mr. Padilla's motion, and Mr. Padilla respectfully requests that the current due date for this reply, March 4, 2019, be extended for four days to March 8,

1

2019. Undersigned counsel has contacted counsel for the government, Assistant United States Attorney Kevin Rapp, who does not oppose this request. Undersigned counsel has contacted counsel for all co-defendants who also agree to the request for an extension of time.

For the foregoing reasons, Mr. Padilla respectfully requests this Court to issue its order extending the time for filing his Reply to the Government's Response to his Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw, to March 8, 2019.

RESPECTFULLY SUBMITTED this 28th day of February, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/   Michael L. Piccarreta
        Michael L. Piccarreta
        Attorney for Defendant Andrew Padilla

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce Feder:  bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Michael D. Kimerer,  mdk@kimerer.com
Gary Lincenberg:  glincenberg@birdmarella.com