IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>6. Andrew Padilla,<br>　(Counts 1-51)<br><br>　　　　　　Defendant. | NO. CR-18-00422-06-PHX-SPL (BSB)<br><br>PROPOSED ORDER |

Upon unopposed motion and good cause appearing,

IT IS HEREBY ORDERED extending the time for filing Mr. Padilla's Reply to the Government's Response (Doc. 476) to Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456), to March 8, 2019.