PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email:  mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL |
|---|---|
| Plaintiff, | SUPPLEMENT TO MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456) |
| v. | |
| 6. Andrew Padilla, (Counts 1-51) | |
| Defendant. | |
| | (First Request) |

Defendant Andrew Padilla, by and through his undersigned attorney, hereby supplements his Motion for Extension of Time to Reply to Response (Doc. 476) to Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456). The government indicated that it would not oppose the request for extension of time due to the fact that undersigned counsel for Mr. Padilla has out of town travel plans for four days from Friday, March 1, 2019, and returning on Tuesday, March 5, 2019. The defense supplements its request for the four day extension on the basis of undersigned counsel's out of town travel plans.

The government does not share Mr. Padilla's view that its response raised factual and legal arguments beyond the scope of the initial motion and would not have agreed to an extension on that basis, and the government indicates that it opposes the request for extension of time to reply and requested that the email exchange be attached.

RESPECTFULLY SUBMITTED this 28th day of February, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/   Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Defendant Andrew Padilla

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce Feder:  bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Michael D. Kimerer, mdk@kimerer.com
Gary Lincenberg:  glincenberg@birdmarella.com