## Barbara Polowetz

| | |
|---|---|
| **From:** | Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov> |
| **Sent:** | Tuesday, February 26, 2019 12:47 PM |
| **To:** | Barbara Polowetz |
| **Cc:** | Michael Piccarreta |
| **Subject:** | RE: Padilla: objection to extension of time to reply to response to motion to dismiss? |

No objection to 3/8. Thanks.

**From:** Barbara Polowetz <bpolowetz@pd-law.com>
**Sent:** Tuesday, February 26, 2019 11:05 AM
**To:** Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>
**Cc:** Michael Piccarreta <mlp@pd-law.com>
**Subject:** Padilla: objection to extension of time to reply to response to motion to dismiss?

Kevin,

By my calculation, my reply memo is due Monday, March 4. Do you have any objection if we extend the reply date to Friday, March 8? I am planning out-of-town travel for a few days.

Mike Piccarreta

Barbara Polowetz, Legal Assistant
PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Ste 1000, Tucson, AZ 85701
t 520.622.6900, ext. 137 | f 520-622-0521 | www.pd-law.com