# Exhibit 2

# Exhibit 2

**From:** Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Sent:** Thursday, August 23, 2018 9:47 AM
**To:** Gary S. Lincenberg <gsl@birdmarella.com>; Ariel A. Neuman <aan@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gkp@birdmarella.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** RE: Brunst Real Property

Gary,

I'll discuss with my colleagues and get back to you ASAP.

Thanks,
John

_____

**John Kucera | AUSA**
(213) 894-3391

---

**From:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Sent:** Thursday, August 23, 2018 9:40 AM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>; Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>
**Subject:** RE: Brunst Real Property

John,

I am writing to advise that a sales contract was signed yesterday for Mr. Brunst's Del Media property for $1.925M. I am guessing that net proceeds will be ~$1.815m.

The only contingency is inspection, which should be done in about 15 days. Closing is set for Oct 22. The buyer is an unknown, arm's length person/trust named Esser Family Trust. Obviously if you contact Esser there is a risk of scaring them off, so please use your discretion in checking them out. Please confirm that you have no objection with our going forward with this sale.

Thank you,

**Gary S. Lincenberg** | *Principal*
**O**: 310.201.2100, Ext. 224  |  **E**:  glincenberg@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

---

**From:** Gary S. Lincenberg
**Sent:** Wednesday, August 8, 2018 8:32 PM
**To:** 'Kucera, John (USACAC)' <John.Kucera@usdoj.gov>; Ariel A. Neuman <aan@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gkp@birdmarella.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** RE: Brunst Real Property

John,

Your proposal is accepted. Thank you for your professional courtesy in dealing with this issue.

Sincerely,

**Gary S. Lincenberg** | *Principal*
**O**: 310.201.2100, Ext. 224  |  **E**:  glincenberg@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

---

**From:** Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Sent:** Wednesday, August 8, 2018 1:25 PM
**To:** Ariel A. Neuman <aan@birdmarella.com>; Gary S. Lincenberg <gsl@birdmarella.com>
**Cc:** Gopi K. Panchapakesan <gkp@birdmarella.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** Brunst Real Property

Gary and Ariel,

Regarding your client's real property located at 5830 E. Calle Del Media, Phoenix, AZ, the government will agree to recognize the full amount of your recorded lien on condition that the government be allowed to approve the sale of the property (which approval will not be unreasonably withheld) and any proceeds in excess of your recorded lean will then be deposited into a government account to be treated as substitute *res* in the criminal forfeiture proceeding.  Please let us know your position.

Thank you,
John

_____
**John Kucera | AUSA**
(213) 894-3391

3