**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

Stephen M. Weiss
PCC No. 61412
State Bar No. 002261
sweiss@karpweiss.com

Adam C. Page
PCC No. 66148
State Bar No. 025015
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff | |
| v. | DEFENDANT JOYE VAUGHT'S JOINDER IN ANDREW PADILLA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DSICLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC 456) |
| 7. JOYE VAUGHT, | |
| Defendant | |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1) may occur as a result of this Motion or an order based thereon, as explained more fully below.

The above referenced Motion (Doc 456) was filed on behalf of Defendants Padilla and Vaught but the Motion for Extension of Time to Reply to Response to Motion to Dismiss (Doc 480) and the Supplement (Doc 481) thereto were inadvertently

1

filed only on behalf of Defendant Padilla.  Defendant Vaught joins in the request for extension of time to March 8, 2019.

DATED this 28th day of February, 2019.

KARP & WEISS, P.C.

By  /s/ Stephen M. Weiss
Stephen M. Weiss
Attorney for Defendant Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2019, I electronically transmitted the foregoing Defendant Joye Vaught's Joinder in Larkin's & Lacey's Motion for Further Clarification re Order Allowing the Government to Continue Review of Privileged Communications to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Steven P. Logan:  logan_chambers@azd.uscourts.gov

Kevin M. Rapp:  kevin.rapp@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Andrew C. Stone:  Andrew.stone@usdoj.gov
Peter Shawn Kozinets:  peter.kozinets@usdoj.gov
Amanda Wick:  amanda.wick@usdoj.gov
Attorneys for Government

Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jamesgrant@dwt.com
Michael D. Kimerer:  MDK@kimerer.com
Michael L. Piccarreta:  mlp@pd-law.com
Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Rhonda Neff:  rneff@kimerer.com

Erin E. McCampbell: emccampbell@lglaw.com
Thomas Henry Bienert, Jr.: tbienert@bmkattorneys.com
Daniel James Quigley: quigley@djqplc.com
Anthony R. Bisconti: tbisconti@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Whitney Z. Bernstein: wbernstein@bmkattorneys.com
Ariel A. Neuman: aan@birdmarella.com
Gary S. Lincenberg: gsl@birdmarella.com
Gope K. Panchapakesan: gkp@birdmarella.com
Attorneys for Defendants