PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email:  mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>6. Andrew Padilla,<br>　(Counts 1-51)<br><br>　　　　Defendant. | NO. CR-18-00422-06-PHX-DLR<br><br>DEFENDANT PADILLA'S JOINDER IN DEFENDANT BRUNST'S OPPOSITION TO GOVERNMENT'S MOTION TO DEFER DISCLOSURE OF CARL FERRER'S JENCKS ACT STATEMENTS AND OBJECTION TO *IN CAMERA* FILING OF THE SAME, AND REQUEST FOR DISCLOSURE OF THE SAME (DOC. 477) |
|---|---|

Defendant Andrew Padilla, by and through his undersigned counsel, hereby joins in Defendant John Brunst's Opposition to Government's Motion to Defer Disclosure of Carl Ferrer's Jencks Act Statements and Objection to *in camera* Filing of the Same, and Request for Disclosure of the Same (Doc. 477), and adopts the positions set forth in said motion as if fully set forth herein. Defendant Padilla is in agreement with the arguments made in Defendant Brunst's opposition, and the issues raised by Defendant Brunst apply with equal force to Defendant Padilla.

RESPECTFULLY SUBMITTED this 1st day of March, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By:  /s/   Michael L. Piccarreta
     Michael L. Piccarreta
     Attorney for Defendant Andrew Padilla

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce Feder:  bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Michael D. Kimerer,  mdk@kimerer.com
Gary Lincenberg:  glincenberg@birdmarella.com