**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com

**Attorneys for Defendant Joye Vaught**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN "JED" BRUNST, DAN HYER, ANDREW PADILLA, and JOYE VAUGHT<br><br>Defendants | CR-18-422-PHX-DLR<br><br>DEFENDANT JOYE VAUGHT'S JOINDER IN DEFENDANT BRUNST'S OPPOSITION TO GOVERNMENT'S MOTION TO DEFER DISCLOSURE OF CARL FERRER'S JENCKS ACT STTEMENTS AND OBJECTION TO *IN CAMERA* FILING OF THE SAME AND REQUEST FOR DISCLOSURE OF THE SAME (DOC 477) |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1) may occur as a result of this Motion or an order based thereon, as explained more fully below.

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss,

hereby joins in Defendant John Brunst's Opposition to Government's Motion to Defer Disclosure of Carl Ferrer's Jencks Act Statements and Objection to *In Camera* Filing of the Same, and Request for Disclosure of the Same (Doc 477), and adopts the positions set forth in said Motion as if fully set forth herein.

DATED this 1st day of March, 2019.

**KARP & WEISS, P.C.**

By ____*/s/ Stephen M. Weiss*____
     Stephen M. Weiss
     Attorney for Defendant Vaught

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2019, I electronically transmitted the foregoing Defendant Joye Vaught's Joinder in Defendant John Brunst's Opposition to Government's Motion to Defer Disclosure of Carl Ferer's Jencks Act Statements and Objection to *In Camera* Filing of the Same, and Request for Disclosure of the Same (Doc 477) to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

Honorable Douglas L. Rayes:  rayes_chambers@azd.uscourts.gov

Kevin M. Rapp:  kevin.rapp@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Andrew C. Stone:  Andrew.stone@usdoj.gov
Peter Shawn Kozinets:  peter.kozinets@usdoj.gov
Amanda Wick:  amanda.wick@usdoj.gov
Attorneys for Government

Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jimgrant@dwt.com
Michael D. Kimerer:  MDK@kimerer.com

2

Michael L. Piccarreta:  mlp@pd-law.com
Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Rhonda Neff: rneff@kimerer.com
Erin E. McCampbell: emccampbell@lglaw.com
Thomas Henry Bienert, Jr.: tbienert@bmkattorneys.com
Daniel James Quigley: quigley@djqplc.com
Anthony R. Bisconti: tbisconti@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Whitney Z. Bernstein: wbernstein@bmkattorneys.com
Ariel A. Neuman: aan@birdmarella.com
Gary S. Lincenberg: gsl@birdmarella.com
Gope K. Panchapakesan: gkp@birdmarella.com
Attorneys for Defendants