1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-18-00422-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter. Accordingly;

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Susan M. Brnovich. All future pleadings and papers submitted for filing shall bear the following complete case number: **CR-18-00422-PHX-SMB**. Pending: Motion to Dismiss (Doc. 456).

Dated this 4th day of March, 2019.

Douglas L. Rayes
United States District Judge