PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla
        -and-
KARP & WEISS, P.C.
3060 N Swan Road
Tucson, AZ 85712
(520) 325-4200
Stephen M. Weiss
State Bar No. 002261
Email: sweiss@karpweiss.com
Attorney for Defendant Joye Vaught

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>vs.<br><br>6. Andrew Padilla,<br>   (Counts 1-51)<br>7. Joye Vaught,<br>   (Counts 1-51)<br>              Defendants. | NO. CR-18-00422-06-PHX-SPL<br><br>MOTION FOR LEAVE TO FILE JOINT REPLY AND EXCEED PAGE LIMITATION FOR REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456) |

      Defendants Andrew Padilla and Joye Vaught, by and through their undersigned attorneys, respectfully request leave to file a joint reply to the government's Response (Doc. 476) to their Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456), and to exceed

the otherwise applicable page limitation. The motion to dismiss and the government's response raise numerous serious constitutional issues regarding the defendants' right to counsel of choice under the Fifth and Sixth Amendments to the United States Constitution. Defendants Padilla and Vaught believe that it will serve the interests of judicial efficiency to address these matters in a joint reply rather than in two separate replies.[1] The defendants therefore respectfully request this Court, pursuant to LRCrim 12.1 and LRCiv 7.2(e)(2), to permit the defendants to file a joint reply and exceed the otherwise applicable page limitation.

RESPECTFULLY SUBMITTED this 8th day of March, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/ Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

KARP & WEISS, P.C.

By: /s/ Stephen M. Weiss
Stephen M. Weiss
Attorney for Joye Vaught

---

[1] Defendants Padilla and Vaught were previously permitted to file a joint reply concerning a prior motion. Doc. 386.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce Feder:  bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Michael D. Kimerer,  mdk@kimerer.com
Gary Lincenberg:  glincenberg@birdmarella.com