**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Scott Spear.<br><br>            Defendant. | NO. CR18-00422 PHX SMB<br><br>**FIRST JOINT MOTION FOR EXTENSION OF TIME TO DISCLOSE ANTICIPATED INITIAL AND REBUTTAL EXPERT TESTIMONY**<br><br>**(FIRST REQUEST)** 1<br><br>*(Assigned to the Honorable Susan M. Brnovich)* |

The Defendants, Michael Lacey, James Larkin, Jed Brunst, Scott Spear, Andrew Padilla, and Joye Vaught, through their attorneys undersigned, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments to the United States Constitution, move this Court for its order extending the time for Defendants to file their anticipated initial and rebuttal expert testimony from March 14, 2019 to at least April 1, 2019 for the reasons that:

---

1 At the 1/25/2019 Status Hearing, an extension of Defense expert disclosure was requested and denied.  A copy of the Status Hearing transcript is attached hereto as **Exhibit 1**.   This Motion may constitute the *Second* request for an extension.

1

1. The position of the Government is unknown as the Government has not responded to the undersigned attorney's email dated March 11, 2019 requesting the extension;

2. The Government has not complied with the original Scheduling Order in that it has not disclosed a substantial amount of the Rule 16 materials, and, of the Rule 16 materials that have been disclosed, such materials are not in a searchable format and do not contain an adequate index; and

3. Undersigned Defense Counsel, with one exception, is unable to retain potential experts because Defense Counsels' attorneys' fees and Defendants' assets are the subject of civil seizure warrants and/or the substantial entirety of said assets have been asserted by the Government to be criminal proceeds subject to further criminal charges if expended.

This Motion is based on the attached Memorandum of Points and Authorities, the file in this matter, and such other arguments and evidence as may be presented.

It is expected that excludable delay, pursuant to 18 U.S.C. §3161(h) may occur as a result of this Motion or from an Order based thereon.

**RESPECTFULLY SUBMITTED** this 12th day of March, 2019.

**FEDER LAW OFFICE, PA**
/s/ Bruce Feder
Attorney for Scott Spear

**LIPSITZ GREEN SCIME CAMBRIA, LLP**
/s/ Paul Cambria
Attorney for Michael Lacey

**BIENERT MILLER & KATZMAN, PLC**
/s/ Tom Bienert
Attorney for James Larkin

**KIMERER & DERRICK, PC**
/s/ Michael Kimerer
Attorney for Jed Brunst

. . .
. . .

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, PC**
/s/ Gary Lincenberg
Attorney for Jed Brunst

**PICCARRETA DAVIS KEENAN FIDEL, PC**
/s/ Michael Piccarreta
Attorney for Andrew Padilla

**KARP & WEISS, PC**
/s/ Stephen Weiss
Attorney for Joye Vaught

## MEMORANDUM OF POINTS AND AUTHORITIES

Much of the chronology of events relevant to this extension request are set forth in the pending Motion to Dismiss Due To Government Interference With Right To Counsel And Request For Disclosure Or, In the Alternative, Motion To Withdraw [DE 456], the subsequent Joinders to [DE 456] at [DEs 463, 464, 465, 467], the Government's Response [DE 476] and Defendants' Joint Reply to the Government's Response [DE 494], and by this reference, are incorporated herein as though fully set forth.

Additional facts are that the Government, notwithstanding its assertions that the Rule 16 discovery disclosed to date is searchable, contains an index, and is substantially complete, is not easily searchable, contains a cursory index, and is not substantially complete. Specifically, the only indexes to the materials disclosed by the Government are attached (***See* Exhibits 2A-2H**). At the January 25, 2019 Status Hearing, the indexes were described as, "…*we produced indexes, Your Honor, consisting of more than 25 categories denoting the source from which these documents were obtained…*" (***See* Exhibit 1, 1/25/19 Transcript at Pg. 7, Lines 14-16**). This past week, on March 8th and March 11th, the Government disclosed what appears to be tens of millions of documents on hard drives (***See* Exhibits 3A and 3B**). At the 1/25/19 Status Hearing, the Government asserted that the seven million documents it had disclosed constituted 90% of the discovery. (***See* Exhibit 1, 1/25/19 Transcript at Pg. 14, Lines 4-8**). Per recent

correspondence between Reginald Jones and Whitney Bernstein, there are tens of millions of documents to be disclosed at some unknown future date (*See* **Exhibits 4A and 4B**).

As indicated in the pending dismissal motion [DE 456], the Defendants and their counsel have had the substantial majority of their assets, including assets designated for attorneys' fees and for payment of costs for experts and other required expenditures, seized and/or made unavailable. Under the circumstances, having no funds to hire experts, Defense Counsel can file only a list of areas of potential expert testimony the defense may present, and name some of the potential experts who may testify if funds are made available to pay experts. The Defendants seek additional time to file more substantive expert disclosure pleadings compliant with Rule 16(b)(1)(C), F.R.Crim.P.

**DATED** this 12th day of March, 2019.

**FEDER LAW OFFICE, PA**
/s/ Bruce Feder
Attorney for Scott Spear

**LIPSITZ GREEN SCIME CAMBRIA, LLP**
/s/ Paul Cambria
Attorney for Michael Lacey

**BIENERT MILLER & KATZMAN, PLC**
/s/ Tom Bienert
Attorney for James Larkin

**KIMERER & DERRICK, PC**
/s/ Michael Kimerer
Attorney for Jed Brunst

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, PC**
/s/ Gary Lincenberg
Attorney for Jed Brunst

**PICCARRETA DAVIS KEENAN FIDEL, PC**
/s/ Michael Piccarreta
Attorney for Andrew Padilla

. . .

**KARP & WEISS, PC**
/s/ Stephen Weiss
Attorney for Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
K C Maxwell: kmaxwell@bgrfirm.com
Michael L. Piccarreta: mlp@pd-law.com
Stephen M. Weiss: sweiss@karpweiss.com
Michael D Kimerer: MDK@kimerer.com
Rhonda Elaine Neff: rneff@kimerer.com
Gregory Michael Zamora: gmz@dkwlawyers.com
Anthony Ray Bisconti: tbisconti@bmkattorneys.com
Whitney Z Bernstein: wbernstein@bmkattorneys.com
Seetha Ramachandran: Seetha.Ramachandran@srz.com
*Attorneys for Defense*

*By: /s/ A. Jones*

5