# EXHIBIT 3A

FD-597 (Rev. 4-13-2015)

Page 1 of 4

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID:   PX-9247052

On (date)   3/8/19

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☑ Released To

(Name)   Bruce Feder

(Street Address)   2930 E. Camelback Road, Suite 205

(City)   Phoenix, AZ 85016

Description of Item (s):   1)HQP002151-Hard Drive, Seagate, ST31000340NS, S/N:9QJ83FFQ, Image copy of sda, sdb, sdc, sdd, sde, sdf, sdg, and sdh from HQP001983. 2) HQP002152-Hard Drive, Western Digital, WD40EFRX-68N32N0, S/N:WCC7K4LDRZHC, Image copy of nvme0nl and nvmelnl from HQP001983. 3)HQP002113-Hard Drive, Seagate, ST31000340NS, S/N:9QJ63J0Z, Image copy of SDA from HQP001875. 4)HQP002114-Hard Drive, Seagate, ST31000340NS, S/N:9QJ62L2Y, Image copy of SDB from HQP001875. 5)HQP002115 Hard Drive, Seagate, ST31000340NS, S/N:9QJ65MED, Image copy of SDC from HQP001875

6)HQP002116- Hard Drive, Seagate, ST31000340NS, S/N:9QJ4VZ1J, Image copy of SDD from HQP001875

7)HQP002117- Hard Drive, Seagate, ST31000340NS, S/N:9QJ8GEAA, Image copy of SDE from HQP001875

8)HQP002118 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8GFGM, Image copy of SDF from HQP001875

9)HQP002119 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8L0DS, Image copy of SDG from HQP001875

10)HQP002120 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8LB4L, Image copy of SDH from HQP001875

11)HQP002121 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8C4YX, Image copy of SDI from HQP001875

12)HQP002122 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ5XCTG, Image copy of SDJ from HQP001875

13)HQP002123 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8GX8S, Image copy of SDK from HQP001875

14)HQP002124 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8KYYM, Image copy of SDL from HQP001875

15)HQP002125 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8C7NV, Image copy of SDM from HQP001875

16)HQP002126 -Hard Drive, Sea gate, ST31ee034eNS, S/N:9QJ8KZ7M, Image copy of SDN from HQP001875

17)HQP002127 -Hard Drive, Seagate, ST3100e340NS, S/N:9QJ60NWV, Image copy of SDO from HQP001875

18)HQP002128 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ887GJ, Image copy of SDP from HQP001875

19)HQP002137- Hard Drive, Seagate, ST31000340NS, S/N:9QJ8EWG2, Image copy of sda from HQP001982

Received By:

(Signature)

Printed Name/Title:   Bruce Feder

Received From:

(Signature)

Printed Name/Title:   Desvae Tothurst, Special Agent, FBI

FD-597 (Rev. 4-13-2015)

Page 2 of 4

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: __PX-9247052__

On (date) __3/8/19__

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☑ Released To

(Name)  Bruce Feder

(Street Address)  2930 E Camelback Road, Suite 205

(City)  Phoenix, AZ 85016

Description of Item (s):  20)HQP002138 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ84PBV, Image copy of sdb from HQP001982

21)HQP002139- Hard Drive, Seagate, ST31000340NS, S/N:9QJ5646B, Image copy of sdc from HQP001982

22)HQP002140 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8BZWJ, Image copy of sdd from HQP001982

23)HQP002141 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ64ED2, Image copy of sde from HQP001982

24)HQP002142 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ63CZW, Image copy of sdf from HQP001982

25)HQP002143 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ62MAD, Image copy of sdg and sdh from HQP001982

26)HQP002144 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ61V29, Image copy of sdi from HQP001982

27)HQP002145- Hard Drive, Seagate, ST31000340NS, S/N:9QJ60NYA, Image copy of sdj from HQP001982

28)HQP002146 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ64EX6, Image copy of sdk from HQP001982

29)HQP002147 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ65G64, Image copy of sdl from HQP001982

30)HQP002148 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8CJM6, Image copy of sdm and sdn from HQP001982

31)HQP002149 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ47SAG, Image copy of sdo from HQP001982

32)HQP002150 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ633CP, Image copy of sdp from HQP001982

33)HQP002129 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ541TG, Image copy of sda, adb, sdc, and sdd from HQP001876

34)HQP002130- Hard Drive, Seagate, ST31000340NS, S/N:9QJ5Z4CL, Image copy of sde, adf, sdg, and sdh from HQP001876

35)HQP002131 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8D6YB, Image copy of sdi, adj, and sdk from HQP001876

36)HQP002132 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ61Z83, Image copy of sdl, adm, sdn, and sdo from HQP001876

37)HQP002133 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8CZD3, Image copy of sdp, adq, sdr, and sds from HQP001876

38)HQP002134 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ65DNQ, Image copy of sdt, adu, sdv, sdw, and sdx from HQP001876

Received By: _(Signature)_

Printed Name/Title: _BRUCE FEDER_

Received From: _(Signature)_

Printed Name/Title: _Desiree K Tolbert Special Agt FBI_

FD-597 (Rev. 4-13-2015)

Page 3 of 4

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: PX-9247052

On (date) 3/8/19

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☒ Released To

(Name)  Bruce Feder

(Street Address)  2930 E Camelback Road, Suite 205

(City)  Phoenix, AZ 85016

Description of Item (s):

39)HQP002135 -Hard Drive, Seagate,ST2000DM001, S/N:SIE06F33, Image copy nvme0n1 from HQP001876

40)HQP002136 -Hard Drive, Seagate, ST2000DM001, S/N:S240BVW2, Image copy of nvmeln1 from HQP001876

41)HQP002153 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ5135K, Image copy of sda from HQP001984

42)HQP002154 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ82SC3, Image copy of sdb from HQP001984

43)HQP002155 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ8D453, Image copy of sdc from HQP001984

44)HQP002156 -Hard Drive, Sea gate, ST31000340NS, S/N:9QJ5FRF3, Image copy of sdd from HQP001984

45)HQP002157 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ5Y7BM, Image copy of sde from HQP001984

46)HQP002158 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ63D41, Image copy of sdf from HQP001984

47)HQP002159 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ64HHY, Image copy of sdg from HQP001984

48)HQP002160 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ659F6, Image copy of sdh from HQP001984

49)HQP002161 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ7PCXS, Image copy of sdi from HQP001984

50)HQP002162 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ8KCTW, Image copy of sdj from HQP001984

51)HQP002163 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ5H8Z8, Image copy of sdk from HQP001984

52)HQP002164 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ65GK6, Image copy of sdl from HQP001984

53)HQP002165 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ605Q2, Image copy of sdm from HQP001984

54)HQP002166 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ65E30, Image copy of sdn from HQP001984

55)HQP002167 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ5138M, Image copy of sdo from HQP001984

56)HQP002168 -Hard Drive, Seagate, ST31000340NS, S/N:9QJ6N1WM, Image copy of sdp from HQP001984

Received By: _(Signature)_

Printed Name/Title: BRUCE FEDER

Received From: _(Signature)_

Printed Name/Title: Desirae K Tilhust, Special Agent FBI

The naming convention for the Master database server vs Slave database server is the naming used by the hosting providers to describe the servers and their purposes.  That naming convention is shown below:

- HQP001875
  - Image server from Tucson Datacenter
- HQP001876
  - Master database server from Tucson Datacenter
- HQP001982
  - Master Database server from Amsterdam
  - All marketplace database MySQL files were extracted from this server.
- HQP001983
  - Slave Database server from Amsterdam
- HQP001984
  - Image server from Amsterdam
  - All images from Backpage ads were extracted from this server.