# EXHIBIT 3B

FD-597 (Rev. 4-13-2015)                                                          Page 1    of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID:   PX-9247052

On (date)   03/11/2019                          item (s) listed below were:
                                                ☐ Collected/Seized
                                                ☐ Received From
                                                ☐ Returned To
                                                ☑ Released To

(Name)    Bruce Feder

(Street Address)   2930 E Camelback Road #205

(City)   Phoenix, AZ 85016

Description of Item (s):   1) HQP002103: Hard drive, Seagate, ST3100340NS, S/N: 9QJ1HG1V. Custom content image.  AD1 with extracted databases from HQP001982 and a logical copy of the extracted market place databases from HQP001982.

2) HQP002179: Hard drive, Seagate, ST31000340NS, S/N:9QJ87SFM, Extracted db-g1-db1 datatbases from HQP001982, to include backpage_central and images database.

NOTHING FURTHER

Received By: _____          Received From: _____
                     (Signature)                                    (Signature)

Printed Name/Title: BRUCE FEDER          Printed Name/Title: Desirae K Tolhurst, Special Agent FBI