|   |   |   |   |
|---|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SMB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Scott Spear. | ) | |
| Defendant. | ) | |

Upon First Joint Motion of Defendants, by and through their attorneys, for an Order extending the time to disclose anticipated initial and rebuttal expert testimony, and good cause appearing,

**IT IS HEREBY ORDERED** extending the Defendants' deadlines to disclose initial expert testimony to the _____ day of _____, 2019;

**IT IS FURTHER ORDERED** extending the Defendants' deadline to disclose rebuttal expert testimony to the _____ day of _____, 2019.

The Court finds excludable delay under 18 U.S.C. §3161(h) from _____ to _____.