ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-422-PHX-SMB (BSB) |
|---|---|
| Plaintiff, | **UNITED STATES' RESPONSE TO MOTION FOR EXTENSION OF TIME TO DISCLOSE ANTICIPATED INTIAL AND REBUTTAL EXPERT TESTIMONY [Doc. 498]** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States opposes Defendants' motion to extend time to disclose anticipated and initial rebuttal expert testimony. Due to a miscommunication among the government attorneys, an email responding to defense counsel's request was never sent. If, however, the email had been sent, it would have objected to the continuance and addressed the following issues:

First, the government does not agree that Defendants need additional time to disclose experts. The deadline has been set since the Court issued the Scheduling Order on May 2, 2018 (Doc. 131), and the government timely filed its expert disclosures on December 14, 2018 (Doc. 422).

Second, the government doesn't share Defendants' view that the government has failed to satisfy its obligations under Rule 16. For all the reasons discussed in the government's status memorandum (Doc. 444), the government believes it has met its obligations through, among other things, producing 10.6 million pages in an agreed-upon electronic format, providing indices and "hot documents," along with access to a DOJ discovery specialist, all in an effort to help Defendants navigate the voluminous discovery. (Doc. 444 at 2.)

Third, and finally, the government doesn't understand defendants Lacey, Larkin, Spear, and Brunst's argument that they "hav[e] no funds to hire experts." (Doc. 498 at 4.) As the government highlighted in its recent response to Defendants' motion to dismiss, these four defendants have received over $1.5 million in untainted funds between August 2018 and early January 2019. (Doc. 476 at 17.) Clearly, they have sufficient funds available to them in order to provide "rebuttal and/or initial expert disclosures, if any" as required by the Court's Scheduling Order.

For these reasons, the government requests the Court deny Defendants' motion for extension of time to disclose anticipated initial and rebuttal expert testimony.

Respectfully submitted this 14th day of March, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

BRIAN BENCZKOWSKI

Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**Certificate of Service**

I hereby certify that on this date, March 14, 2019, I transmitted the foregoing under-seal document for filing to the Clerk of the United States District Court and sent a copy via electronic mail to: Paul J. Cambria Jr. Esq. and Erin e. McCambpell, Esq., Lipsitz Green Scime Cambria, LLC, 42 Deleware Ave, Suite 120, Buffalo, NY 14202, **pcambria@lglaw.com** and **emccampbell@lglaw.com**, Thomas H. Bienert, Jr., Esq., Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart, Miller & Katzman, PLC, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673, <u>tbienert@bmkattorneys.com</u>**,** **tbisconti@bmkattorneys.com, kmiller@bmkattorneys.com, wbernstein@bmkattorneys.com**; Davis Wright Termaine, LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101, **jimgrant@dwt.com**; Michael D. Kimerer, Esq. and Rhonda Elaine Neff, Esq., 1313 E. Osborn Road, Suite 100, Phoenix, AZ 85014, **MDK@kimerer.com** and **rneff@kimerer.com**; Robert Corn-Revere Esq., Davis Wright Termaine, LLP, 1919 Pennsylvania Avenue N.W., Suite 800, Washington, D.C., 20006, **bobcornrevere@dwt.com**; Bruce Feder, Esq., 2930 East Camelback Road, Suite 160, Phoenix, AZ 85016, **bf@federlawpa.com**; Gary Linenberg, Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan, Esq., Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067, **glincenberg@birdmarella.com, aan@birdmarella.com, gkp@birdmarella.com.**

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office