# EXHIBIT A

## A. BATES BUTLER III

A. Bates Butler III has lived in Tucson, Arizona, since 1956. A graduate of Trinity University in 1966 with a B.A. degree in political science with departmental honors, Mr. Butler obtained his Juris Doctor from The National Law Center, The George Washington University, in 1969. He was admitted to the Arizona State Bar, and the United States District Court for the District of Arizona in 1969. He is admitted to practice before the U.S. Court of Appeals, Ninth Circuit, and the United States Supreme Court. Mr. Butler has an AV Preeminent rating from Martindale-Hubbell.

From 1970 until 1977, Mr. Butler was a Deputy Pima County Attorney where he prosecuted scores of jury trials ranging from misdemeanors to homicides, narcotics conspiracies, political corruption, organized and white-collar crime. Mr. Butler also argued special actions and appeals before the Arizona Supreme Court and the Arizona Court of Appeals.

In 1977, Mr. Butler was appointed First Assistant United States Attorney for the District of Arizona. In November 1980, he was appointed as United States Attorney for the District of Arizona. Mr. Butler served in that capacity until September 1981. While in the United States Attorney's Office, Mr. Butler handled and supervised the prosecution of white collar fraud, organized crime, political corruption, civil rights cases and narcotics conspiracies. Some of the more notable cases personally handled include: *United States v. Thomas and Patrick Hannigan*, a five-week trial which involved the empanelment of two juries considering evidence simultaneously and for which Mr. Butler received a Special Commendation Award from the Attorney General of the United States; *United States v. Joseph Bonanno*, pretrial evidentiary hearing of one month's duration involving electronic surveillance, search and seizure issues and allegations of misconduct by government agents; *United States v. McIntyre*, prosecution of a police chief for illegal electronic surveillance.

Since the autumn of 1981, Mr. Butler has engaged in the general practice of law with an emphasis on litigation, including white-collar criminal defense, civil. He has also represented parties in class action lawsuits, and intellectual property lawsuits.

In 1985-1986, Mr. Butler was one of the defense attorneys in the seven-month federal prosecution of church and lay workers that became known as the "Sanctuary case."

In the spring of 1994, Mr. Butler was lead counsel in a six-defendant criminal trial involving conspiracy allegations to obtain weapons for the Irish Republican Army. The case which became known as the "Tucson Six" involved multiple wiretaps obtained under the Foreign Intelligence Security Act. After a two-month trial involving hundreds of witnesses, all defendants were acquitted of all charges.

In 1995, Mr. Butler was involved in document-intensive civil litigation representing Lexecon, Inc. (regarding allegations in connection with Charles Keating and American Continental) in federal court; Hughes Aircraft Company (k/n/a Raytheon Company) in both state and federal court; a principal individual involved in the Arthur Andersen/Baptist Foundation of Arizona litigation; and, in numerous federal and state court criminal cases.

In July 1985, Mr. Butler and Alan L. Stein formed Butler & Stein, P.C. which concentrated

its practices in the areas of personal injury, medical malpractice, employment law, domestic relations, probate, and defense of those charged with crimes.

In July 2003, Mr. Butler joined Fennemore Craig PC where he continued his practice with an emphasis in white collar criminal defense and complex civil litigation. In July, 2009, Mr. Butler opened his own private law practice continuing his emphasis in the same areas.

In 1979, Mr. Butler was selected as one of the outstanding Young Men in America by the United States Jaycees. Since 1987, Mr. Butler has been listed in Who's Who in American Law. Since 1998, Mr. Butler has been listed in the National Registry of Who's Who. In 1987, Mr. Butler was one of the recipients of a special award from the American Civil Liberties Unions for Southern Arizona and for Southern California for his work in the "Sanctuary" case. In 1987, Mr. Butler was a finalist for Trial Lawyer of the Year Award bestowed by the Trial Lawyers for Public Justice. In 1994, Mr. Butler was one of the recipients of a special award from the American Civil Liberties Union for Southern Arizona for volunteer work performed by cooperating attorneys.

Mr. Butler has been named 2011-12 Tucson Best Lawyers Litigator of the Year." Since 2004, Mr. Butler has been recognized by Chambers & Partners as one of America's Leading Lawyers for Business in Arizona for litigation in the area of white collar criminal defense. Since 2005, Mr. Butler has been selected by his peers for inclusion in The Best Lawyers in America in both civil litigation and white collar criminal defense, and "bet the company" litigation. He has also been selected for inclusion in Southwest SuperLawyers in the area of white collar criminal defense for the past several years. During this same time American Registry has included Mr. Butler as part of its Top 5 percent of the nation's Most Honored Professionals. Mr. Butler has also been honored as one of and as one Arizona's Finest Lawyers since 2010.

Mr. Butler has published articles in the University of Arizona Law Record and the Journal of the Pacific School of Theology and has been a lecturer for the Arizona State Bar, the University of Arizona College of Law (trial practice), and the National Institute for Trial Advocacy.

Mr. Butler has served as an expert witness in several legal proceedings.

Mr. Butler has served as a Lawyer Representative to the Ninth Circuit Judicial Conference, and has served as a member of the Board of Directors of the following community organizations: Community Organization for Drug Abuse Control (CODAC) of Pima County, Chairman of the Board 1980-82; the Family Counseling Agency 1988-90; and President, Board of Directors, Tucson Arizona Boys Chorus 1992-94; Moderator of Presbytery de Cristo, 1992. He was appointed by governors of Arizona to serve on the Arizona Criminal Intelligence Systems Agency Board of Directors, the Arizona Law Enforcement Merits System Counsel, and the Arizona-Mexico Commission. Mr. Butler is a Founding Fellow of the Arizona Bar Foundation; a founding member of the Arizona Attorneys for Criminal Justice; a member of the National Association of Former U.S. Attorneys; and a member of the National Association of Criminal Defense Attorneys, the Pima County Bar Association, the Federal Bar Association and the Arizona Wildcat Club. In 2006 Mr. Butler was elected to serve on the General Assembly Permanent Judicial Commission of the Presbyterian Church, USA, which Commission serves as the highest judicial authority for the denomination.