# EXHIBIT B

**Roman L. Weil**                                                                 **October 2018**

Professor Emeritus
Booth School of Business
University of Chicago
5807 S. Woodlawn Avenue
Chicago IL  60637
(773) 702-7261, Fax (206) 202-2114
**Roman.Weil@ChicagoBooth.edu**


*DEGREES AND CERTIFICATES*

B.A., Yale University, 1962; Economics and Mathematics.
M.S., Carnegie Mellon University, 1965; Industrial Administration.
Ph.D., Carnegie Mellon University, 1966; Economics.
CPA, State of Illinois, 1973; #239.002457
CMA, 1974-2007

*ACADEMIC AFFILIATIONS*

| | |
|---|---|
| 1965– | Instructor and Assistant Professor of Mathematical Economics (1965–70); Associate Professor of Management and Information Sciences (1970–76); Professor of Accounting and Sigmund E. Edelstone Professor of Accounting (1976–97); V. Duane Rath Professor [Emeritus since 2008] of Accounting (1997–  ); Director of The Institute of Professional Accounting (1978–89); Lecturer in Law (1988–89, 2000–01, 2008); Director of Directors' College (1998–2002) and Director of The Directors' Consortium (2002– 2017);      at The University of Chicago |
| 2015-17 | Lecturer with the Rank of Professor, Department of Economics, Princeton University |
| 2014-2015 | Visiting Professor, Woodrow Wilson School, Princeton University |
| 2015 | Visiting Professor, McDonough School of Business, Georgetown University |
| 2013 | Professor, Carey Business School, Johns Hopkins University |
| 2012-17 | Visiting Professor, Rady School, University of California, San Diego |
| 2005-2013 | Visiting Professor, Visiting Scholar, University of Washington, Seattle |
| 2008 | Visiting Professor, Haas School of Business, University of California, Berkeley |

| | |
|---|---|
| 2008- | Program Fellow, Stanford University Law School. |
| 2009 | Visiting Professor, Harvard Law School |
| 2009 | Visiting Professor, Tepper School of Business, Carnegie Mellon University |
| 2009 | Visiting Professor, King Fahd University of Petroleum and Minerals |
| 2010 | Visiting Professor, Princeton University, Department of Economics |
| 2010-11 | Visiting Professor of Accounting, Taxation, and Law, Stern School of Business, New York University |
| 2011 | Adjunct Professor, Cox School of Business, Southern Methodist University |
| 1990–95 | Visiting Professor of Law, Stanford University Law School. (Edwin A. Heafey, Jr. Visiting Professor in 1991 and 1992) |
| 1985 | George R. Olincy Visiting Professor of Accounting and Law, New York University School of Law |
| 1984, 1985, 2004 | Visiting Professor of Accounting, Visiting Professor of Economics, Stanford University, Economics Department and Graduate School of Business |
| 1974–76 | Mills B. Lane Professor of Industrial Management, College of Industrial Management, Georgia Institute of Technology |
| 1963–65, 1971–72 | Instructor of Mathematics and Economics, Visiting Associate Professor of Industrial Administration, Carnegie-Mellon University |

***PROFESSIONAL SOCIETIES AND SERVICE***

American Accounting Association (Associate Editor of *The Accounting Review*, 1975–79; Committee to Nominate Outstanding Contributions to the Accounting Literature, 1975–76; Resource Allocation Committee, 1976–77; Outstanding Educator Committee, 1982–83; 1983–84)

American Economic Association

American Institute of Certified Public Accountants

Association of Computing Machinery (Department Editor of *Communications of ACM*, 1971–73)

The Institute of Management Sciences (Associate Editor of *Management Science*, 1970–76, Insurance Liaison Designate, 1972– )

National Association of Accountants

Illinois Society of CPAs (Committee on Accounting Principles, 1976–77)

Securities and Exchange Commission, Advisory Committee on Replacement Cost Implementation, 1976–77

Editorial Board of *Journal of Accounting and Economics*, 1979–81

Editorial Board of *Financial Analysts Journal*, 1980–88

American Assembly of Collegiate Schools of Business Accounting Accreditation Committee, 1987–88

Financial Accounting Standards Board: Task Force on Consolidations, 1985–89; Task Force on the Role of Discounting in Accounting, 1989–

Financial Accounting Standards Advisory Council, 1989–93

Task Force on Financial Instruments, 1994–97

Steering Committee of the American Assembly's Program on the Future of the Accounting Profession, 2001–

Investment Company Institute, Director Services Committee, 2002–2004

Independent Directors' Council, 2004–

Mutual Fund Directors' Forum, 2003

***CORPORATE GOVERNANCE***

Public Company Accounting Oversight Board, Standing Advisory Group, 2012-2013.

MainStay Group of Funds—advised by New York Life Investments LLC.
    MainStay VP Series Fund, 1994-2007.
        Chairman of Audit Committee, 1995-2007.
    MainStay Group of Funds (consolidated Board of five registered fund companies,
        including MainStay VP Series Fund Inc.) 2007-15
        Member, Consolidated Audit Committee
        Audit Committee Financial Expert

Stanford University Directors' College
    Organizer, Chair, Panelist of Sessions on Audit Committee, Backdating Stock Options: 1994–2017.

University of Chicago
>Organizer and Director of Directors' College, 1998–2002.
>Organizer and Director of Directors' Consortium, 2002– 2017 .

Investment Company Institute, Independent Directors' Council, 2004–2008  .

Ygomi, LLC
>Board member and chairman of Audit Committee, 2006–2008  .

## *GRANTS*

NDEA (TITLE IV) Pre-Doctoral Fellowship, 1962–1965.

Principal Investigator for National Science Foundation Grants on "Economic Programming" and "Inflation Accounting."  July 1967 – March 1982.

Discounting in Accounting.  Coopers & Lybrand, 1987–90.

## *BOOKS*

Sidney Davidson, Leon J. Hanouille, Clyde P. Stickney, Co-authors. *Intermediate Accounting: Concepts, Methods and Uses*, Hinsdale, IL:  The Dryden Press, 1980, 1981, 1982, 1985; Canadian edition (with C. L. Mitchell), 1982.

Sidney Davidson and Clyde P. Stickney, Co-Authors. *Inflation Accounting:  General Price Level Adjusted Accounting for the Accountant and the Financial Analyst*, New York: McGraw-Hill Book Co., 1976; Spanish edition 1978; Japanese edition 1978.

Sidney Davidson and James S. Schindler, Co-authors. *Fundamentals of Accounting*, Hinsdale, IL:  The Dryden Press, 5th ed., 1975; Spanish edition, 1977.

Sidney Davidson, David O. Green, Walter Hellerstein and Albert Madansky, Co-authors. *Financial Reporting by State and Local Government Units*, Chicago, IL:  University of Chicago Press, 1977.

Michael W. Maher, Clyde P. Stickney and Sidney Davidson, Co-authors. *Managerial Accounting:  An Introduction to Concepts, Methods, and Uses*, Hinsdale, IL:  The Dryden Press, 1978, 2nd ed., 1985; 3rd ed., 1988; San Diego:  Harcourt, Brace, Jovanovich, 4th ed., 1991; Ft. Worth, TX:  The Dryden Press, 5th ed., 1994.; 6th ed., 1997; 7th ed., 2000; 8th ed., 2003; 9th ed., 2006;10th ed., 2009; 11th ed., 2012.

Patricia O'Brien, Michael Maher, Clyde P. Stickney and Sidney Davidson, Co-authors. *Accounting:  The Language of Business*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, Inc. 1974.  2nd ed., 1975; 3rd ed., 1978; 4th ed., 1979; 5th ed., 1982; 6th ed., 1984; 7th ed., 1987; 8th ed., 1990; 9th ed., 1994; 10th ed, 1998; 11th ed, 2005.

Clyde P. Stickney, Katherine Schipper, Jennifer Francis, and Sidney Davidson, Co-authors. *Financial Accounting: An Introduction to Concepts, Methods and Uses*, Hinsdale IL: The Dryden Press, 1976; 2nd ed. 1979; 3rd ed. 1982; 4th ed. 1985; 5th ed. 1988; San Diego: Harcourt, Brace, Jovanovich, 6th ed., 1991; Ft. Worth, TX: The Dryden Press, 7th ed., 1994; 8th ed., 1997; 9th ed, 2000. Thomson-SouthWestern, 10th ed., 2003; 11th ed., 2006; 12th ed., 2007; 13th ed., 2010; 14th ed., 2013. Canadian edition (with C. L. Mitchell), 1979, 1982, 1986.

## *EDITED VENTURES*

Michael W. Maher, Co-editor. *Handbook of Cost Management,* 2nd ed., New York: John Wiley & Sons, 2005.

Jack P. Friedman, Co-editor. *Litigation Support Report Writing: Accounting, Finance, and Economic Issues,* New York: John Wiley & Sons, 2003.

Elizabeth A. Evans, Peter B. Frank, David Hoffman, Christian W. Hughes, Daniel Lentz, and Michael J. Wagner, Co-editors. *Litigation Services Handbook: The Role of the Accountant as Expert*, New York: John Wiley & Sons, 1990, with annual supplements; 2nd ed., 1995; 3rd ed., 2001; 4th ed., 2006, 5th ed. 2013, 6th ed. 2017. [Other editors did not work on all editions.]

Sidney Davidson, Co-editor. *Handbook of Modern Accounting*, New York: McGraw-Hill Book Co., 2nd ed., 1977, 3rd ed., 1983; Spanish edition, 1990.

Sidney Davidson, Clyde P. Stickney, Co-editors. *CPA Examination Multiple Choice Questions from Intermediate Accounting*, Hinsdale, IL: The Dryden Press, 1980; 2nd ed., 1984.

Sidney Davidson, Co-editor. *Handbook of Cost Accounting*, New York: McGraw-Hill Book Co., 1978; Spanish edition, 1983.

Richard F. Vancil, Co-editor. *Replacement Cost Accounting: Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey: Thomas Horton & Daughters, 1976.

25th Anniversary Issue of the *Communications of the Association for Computing Machinery*, 15, 7 (July, 1972), 518–702.

## *NEWSPAPER NOTES AND ARTICLES*

"As an Investment, Wine Is No Corker," *Business Week*, October 2, 1989.

"The FASB's Healthy Proposal," *The Wall Street Journal*, March 1, 1989.

"Whom to Soak When Utilities Take a Bath," *The Wall Street Journal*, Claudia Rosett, co-author, October 9, 1984.

"De- or Misfeasance," *Barron's*, December 5, 1983.

"Inflation Accounting," *Chicago Tribune*, January 29, 1979.

"Inflation Brings Recognition to 'LIFO'," *Atlanta Constitution*, May 4, 1975.

### *ARTICLES, CHAPTERS, NOTES, AND REVIEWS*

F. R. Edwards, K.H. Hanley, & R. Litan, co-authors, "Crypto Assets Require Better Regulation," working paper from the Financial Economists Roundtable, August 2018.

"Debunking Critic's Wine Words," Chap. 26 in Handbook of the Economics of Wine, 547-58, O. Ashenfelter et al., ed. 2018, World Scientific Press, 2018.

Charles W. Calomiris, Larry Harris, and Catherine Schrand, co-authors, "Bank Capital as a Substitute for Prudential Regulation," *J of Applied Corporate Finance*, 29, 4 (Fall 2017), 65-69.

Elizabeth A. Evans and Daniel G. Lentz, co-authors, "A Dispute Resolution Primer," *Litigation Services Handbook*, 6th ed, New York: John Wiley & Sons, 2017.

Elizabeth A. Evans, co-author, "Serving as a Financial Expert in Litigation," *Litigation Services Handbook*, 6th ed, New York: John Wiley & Sons, 2017.

Elizabeth A. Evans, co-author, "*Ex Ante* Versus *Ex Post* Damages Calculations," *Litigation Services Handbook*, 6th ed, New York: John Wiley & Sons, 2017.

M.L. Marais, and W.E. Wecker, co-authors, "Statistical Estimation of Incremental Cost from Accounting Data," *Handbook of Litigation Services*, 6th ed., New York: John Wiley & Sons, 2017.

Elizabeth A. Evans and Kevin F. Rasmussen, co-authors, "Covenant Not to Compete," *Handbook of Litigation Services*, 6th ed., New York: John Wiley & Sons, 2017.

J. Milliron, co-author, "The Financial Illiteracy Defense," in 2013 *Supplement for the Litigation Services Handbook*, New York: John Wiley & Sons, 2013.

"Convolving Assumptions in Measuring Damages," in 2013 Supplement to *Litigation Services Handbook*, New York: John Wiley & Sons, 2013.

S. Buffo and D. Hoffman, co-authors, "Serving as a Financial Expert in Litigation," *Litigation Services Handbook*, New York: John Wiley & Sons, 2013.

P.B. Frank, C.W. Hughes, and M.J. Wagner, co-authors. "The Role of the Financial Expert as Witness" *Handbook of Litigation Services*, New York: John Wiley & Sons, 2007.

"Debunking Critics' Wine Words: Can Economists Distinguish the Smell of Asphalt from the Taste of Cherries?" *Journal of Wine Economics,* 2, 2, 2007, 136-44.

D.J. Coates and M.L. Marais, Co-authors.  "Audit Committee Financial Literacy:  A Work in Progress," *Journal of Accounting Auditing and Finance,* March 2007.

"Capital Budgeting:  Concepts and Methods," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Capital Budgeting:  Implementation," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Compound Interest:  Concepts and Methods," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Cost Management Concepts," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

"Accounting Magic," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Kathleen Fitzgerald, co-author.  "Accounting Underpinnings of Corporate Scandals," *Litigation Services Handbook,* 2005, New York:  John Wiley & Sons.

Gordon Shillinglaw, co-author, "Economic Concepts of Cost in Managerial Accounting," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Russell A. Taussig, co-author, "Different Costs for Different Purposes," *Handbook of Cost Management,* New York:  John Wiley and Sons, 2005.

Analysis of Reserve and Regular.  *Chance,* 18, 3 (Summer 2005), 9–15.

Roderick M. Hills, co-author.  "Nuts and Bolts Guidance for Audit Committees," *The Corporate Board,* Sept./Oct. 2004, 1–6.

Give Financial Literacy a Chance:  Leave No Audit Committee Behind, *Harvard Business Review,* May 2004, 21–24, Reprint No. F0405D.

"Convolving Assumptions in Measuring Damages," *Litigation Support Report Writing,* Jack Friedman, ed.; New York:  John Wiley & Sons, 2003.

"Compensating Plaintiff for Asynchronous Payments," *Litigation Services Handbook,* New York:  John Wiley & Sons, 2003.

"Fundamental Causes of Accounting Debacles:  Show Me Where It Says I Can't," *Institutional Investor Advocate,* 4, 3 (Fall 2002), 1–6.

"Parker v. Prial:  The Death of the Vintage Chart," *Chance,* 14, 4 (Fall 2001), 27–31.

"Diary of a Rug Virgin," *Hali,* 117 (July–Aug 2001), 19–21.

Roberts, Harry V., co-author. "Starting Research Early," in Eric Rasmusen, ed., *Readings in Games and Information,* Oxford: Blackwell Publishers, Ltd., 2001, 134–141.

"The Role Of The Financial Expert In Litigation Services," in *Litigation Services Handbook,* 3rd ed., New York: John Wiley & Sons, 2001.

"Analyzing the Issues: A Report on the Accounting Methods of the Cott Corporation," in J.H. Amernic, *Financial Accounting: Expanding Horizons,* Toronto: McGraw-Hill Ryerson, 1998, 221-24.

"Practical Application of Accounting Issues in Legal Cases," in D. S. Williams, *Accounting for Lawyers,* New York: Practicing Law Institute, 1997, 391-440.

Barchas, Isaac D., Co-author. "Lost Profits Damages to New Businesses," *Litigation Services Handbook*, 2/e, New York: John Wiley & Sons, 1995.

"Compensation for the Passage of Time," *Litigation Services Handbook*, 2/e, New York: John Wiley & Sons, 1995.

Johnson, L. Todd, Barry P. Robbins, and Robert J. Swieringa, Co-authors., "Expected Values in Financial Reporting," *Accounting Horizons*, 7, 4 (December 1993), 77–90.

"Damages to the Start-Up Business: Contrasting the Economic and Accounting Views," Frank et al., ed., *Litigation Services Handbook*, New York: John Wiley & Sons, Inc., 1991, 64–69.

"Role of the Time Value of Money in Financial Reporting," *Accounting Horizons*, 4, 4 (December 1990), 47–67.

Frank, Peter and Michael Wagner, Co-authors. "Role of the CPA in Litigation Services," *Litigation Services Handbook*, John Wiley & Sons, Inc., 1990; revised in 2nd ed., 1995.

Kormendi, Roger and others, Co-authors. *Crisis Resolution in the Thrift Industry: Beyond the December Deals*, Report of the Mid American Institute Task Force on the Thrift Crisis, March 1989, a report to the Banking Committee of the U.S. Senate.

Lindahl, Frederick W., Co-author. "Empirical Research in Choice of Inventory Accounting Method," *The Economics of Inventory Management*, M. C. Lovell editor, Amsterdam: Elsevier Science Publishers, 1988, 225–247.

Katherine Schipper and Rex Thompson, Co-authors. "Disentangling Interrelated Effects of Regulatory Changes on Shareholder Wealth: The Case of Motor Carrier Deregulation," *Journal of Law and Economics*, 30 (April 1987), 67–100.

"De- or Misfeasance? A Look at the New FASB Ruling," in Paul B. W. Miller and Rodney J. Redding, *The FASB: The People, the Process, and the Politics*, 2nd ed.; Richard D. Irwin, 1988.

Sidney Davidson, Co-author.  "Deferred Taxes," *Journal of Accountancy*, 161, 3 (March 1986), 42–45.

Sidney Davidson, and Steven F. Rasch, Co-authors.  "Behavior of the Deferred Tax Credit Account, 1973–82", *Journal of Accountancy*, 158, 4 (October 1984),138–42.

Sandra Myers, Co-author. "Policies for a Successful Doctoral Program," T. Burns, ed. *Doctoral Programs in Accounting*, Columbus:  Ohio State University Press, 1984, 297–313.

"Compound Interest--Concepts and Applications," Chapter 9, *Handbook of Modern Accounting*, 3rd ed., ed. by S. Davidson and R. Weil, New York: McGraw-Hill Book Co., 1983.

Clyde P. Stickney and Mark A. Wolfson, Co-authors.  "Income Taxes and Tax-Transfer Leases: General Electric's Accounting for a Molotov Cocktail,"  *The Accounting Review*, 58, 2, (April 1983), 439–459.

Katherine Schipper, Co-author.  "Alternative Accounting Treatments for Pensions," *The Accounting Review*, 57, 4 (October, 1982),  806–824.

J. Leslie Livingstone, Co-author.  "Accounting for Changing Prices in the U.S.:  An Explication and Evaluation of *SFAS No. 33*," R. R. Sterling and K.W. Lemke, eds., *Maintenance of Capital--Financial Versus Physical*, Houston:  Scholars Book Company, 1982, 225–257.

James M. Patell and Mark A. Wolfson, Co-authors.  "Accumulating Damages in Litigation:  The Roles of Uncertainty and Interest Rates," *The Journal of Legal Studies*, 11, 3 (June 1982), 341–364.

"Accounting for Changing Prices in Regulated Industries," *Public Utility Valuation and the Rate Make Process*, H.A. Cowles, ed., Ames, Iowa:  Iowa State University, 1981, 571–74.

"Adjusting Debt-Equity Ratios," *Financial Analysts Journal*, 37, 1 (January/February 1981), 10ff.

"Meaning of 'Cost' in Context of 'Below Cost' Pricing,"  *Antitrust Economics*, Lexecon Inc.: Chicago, IL, 1980, 181–9.

"Managing Earnings Using an Insurance Subsidiary:  A Case of Restraint by Sears/Allstate," *The Accounting Review*, 55, 4 (October 1980), 680–684.

William S. Easman, Angela Falkenstein, Co-authors.  "Changes in Sustainable Income (Computed from Current Cost Data) Correlate Better with Annualized Returns Than Do Changes In Conventionally Reported (GAAP) Income," *Financial Analysts Journal*, 35, 5 (September/October, 1979), 44–48.  Won 1979 Graham and Dodd Scroll from the Financial Analysts Federation.

Sidney Davidson, Lisa B. Skelton, Co-authors.  "Financial Reporting and Changing Prices Estimated Results of Applying the FASB Proposal," *Financial Analysts Journal*, 35, 3 (May/June, 1979), 41–54.

Daniel A. Lasman, Co-author.  "Adjusting the Debt-Equity Ratio," *Financial Analysts Journal*, 34, 5 (September/October, 1978), 49–58.  Reprinted in *CFA Readings in Financial Statement Analysis*, G. White and A. Sondhi, eds., Charlottesville:  The Institute of Chartered Financial Analysts, 1985, 106–115.

Jonathan E. Ingersoll, Jr. and Jeffery Skelton, Co-authors.  "Duration Forty Years Later," *Journal of Financial Quantitative Analysis*, November 1978, 627–650.

Sidney Davidson, Co-author.  "Income Tax Implications of Various Methods of Accounting for Changing Prices," *Journal of Accounting Research*, 16, Supplement 1978.

Richard F. Vancil, Co-author.  "Current Replacement Cost Accounting, Deferred Taxes, and Distributable Income," *The Accounting Forum*, 48, 2 (December 1978), 50–70.

Sidney Davidson, Co-author.  "Definitions and Measures of Income in Times of Changing Prices," *Realizing Knowledge as a Resource:  Proceedings of the Second Symposium on Research Applied National Needs*, Washington D.C.:  National Science Foundation, RANN 2, Volume VI, Regulation, 1977, 29–32.  (Adapted from Brookings piece, 1976; see below.)

"Capital Budgeting,"  Chapter 20 in Sidney Davidson and R.L. Weil, eds., *The Handbook of Cost Accounting*,  New York:  McGraw-Hill Book Co., 1978.

Angela Falkenstein, Co-author. "Replacement Cost Accounting:  What Will Income Statements Based on the SEC Disclosures Show? – Part I," *Financial Analysts Journal*, 33, 1 (January/February, 1977), 46–57.  "Replacement Cost Accounting:  Estimating the SEC Disclosures for Cost of Goods Sold and Depreciation – Part II," *Financial Analysts Journal*, 33, 2 (March/April, 1977), 48–57.  Won 1977 Graham and Dodd Scroll from the Financial Analysts Federation.

James A. Largay III, Co-author.  "Compound Interest:  Concepts and Applications," Chapter 8, *Handbook of Modern Accounting*, edited by Sidney Davidson and Roman L. Weil, New York:  McGraw-Hill Book Co., 1977.

Selwyn W. Becker, Co-Author.  "Determination of Risk Preference to Facilitate Customer-Portfolio Manager Interactions,"  R. Henry and O. Moeschlin, eds., *Mathematical Economics and Game Theory*, Berlin:  Springer Verlag, 1977, 553–563.

David F. Shanno, Co-author.  "The Separate Phases Method of Accounting for Leveraged Leases:  Properties of the Allocating Rate and an Algorithm for Finding It," *Journal of Accounting Research*, 14, 2 (Autumn, 1976), 348–356.

Sidney Davidson, Co-author.  "Inflation Accounting:  Some Income Tax Implications of the FASB Proposal," Chapter 3, *Inflation and the Income Tax*, H. Aaron, ed., Washington D.C.:  The Brookings Institution, 1976.  Appendix of this article is reprinted in William S. Easman, Jr., ed., *Inflation Accounting/Indexing and Stock Behavior*, New York:  Faulkner, Dawkins & Sullivan, July 1976.

Richard F. Vancil, Co-author.  "Current Replacement Cost Accounting: Depreciable Assets, and Distributable Income," *Financial Analysts Journal*, 32, 4 (July/August, 1976), 38–45. Reprinted in R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting: Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

"Implementation of Replacement Cost Accounting:  The Theory and Use of Functional Pricing," R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting: Readings on Concepts, Uses and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

Sidney Davidson, Co-author.  "Inflation Accounting:  The SEC Proposal for Replacement Cost Disclosures," *Financial Analysts Journal*, 32, 2 (March/April,1976), 57–66.  Reprinted in R. F. Vancil and R. L. Weil, eds., *Replacement Cost Accounting: Readings on Concepts, Uses, and Methods*, Glen Ridge, New Jersey:  Thomas Horton & Daughters, 1976.

Sidney Davidson and Samy Sidky, Co-authors.  "Inflation Accounting:  How Well Do General Price Level Adjustments Reflect Current Costs of Inventory?" *Proceedings of the Conference on Topical Research in Accounting*, Michael Schiff and George Sorter, eds., Ross Institute of Accounting Research, The Schools of Business of New York University, 1976.

Sidney Davidson, Co-author.  "A Shortcut in Computing Earnings per Share," *Journal of Accountancy*, 140, 6 (December, 1975) 45–47.

Sidney Davidson, Co-author.  "Lease Capitalization and Inflation Accounting." *Financial Analysts Journal*, 31, 6 (November/December, 1975), 22–29, 57.

Sidney Davidson and Lisa Skelton, Co-authors.  "On the Behavior of Deferred Tax Credits," *Journal of Accountancy*, 143, 4 (April, 1977), 53–59.

Sidney Davidson, Co-author.  "Comments on 'Are You Ready for Inflation Accounting?'" *Journal of Accountancy*, 140, 3 (September, 1975), 109–110.

Robert S. Kaplan, Co-author.  "Actuarial Economists:  A Reply," *The Actuary*, (September, 1975), 3, 8.

Sidney Davidson, Co-author.  "Impact of Inflation Accounting on 1974 Earnings," *Financial Analysts Journal*, 31, 5 (September/October, 1975), 42–54.

Sidney Davidson and James Kelly, Co-authors.  "How Inflation-adjusted Accounting Would Pare Banks' Net," *Banking*, 57, 7 (July, 1975), 31–32, 90, 94.

Sidney Davidson, Co-author.  "Inflation Accounting:  Public Utilities," *Financial Analysts Journal*, 31, 3 (May/June, 1975), 30–34,62.

Sidney Davidson, Co-author.  "Inflation Accounting:  What Will General Price Level Adjusted Income Statements Show?" *Financial Analysts Journal*, 31, 1 (January/February, 1975), 27–31, 70–84.  Reprinted in Largay and Livingstone's *Accounting for Changing Prices*,

New York, John Wiley & Sons, 1976, 91–110, 288–294.  Won 1975 Graham and Dodd Scroll from the Financial Analysts Federation.

Hugo Nurnberg and Clyde P. Stickney, Co-authors.  "Combining Stockholders' Equity Accounts Under Poolings of Interests," *The Accounting Review*, 50 (January, 1975), 179–183.

Robert S. Kaplan, Co-author.  "An Actuarial Audit of the Social Security System," U.S. Treasury Department Report, December 1974.

Richard Dietrich, Co-author.  "Partial-Rank Linear Management Information Systems," *The Accounting Review*, 49, 4 (October, 1974), 846–850.

Katherine Schipper and John R. Twombly, Co-authors.  "Evaluating Leases Under Uncertainty," *The Accounting Review*, 49, 4 (October, 1974), 796–801.

Review of *L.S.E. Essays on Cost* (Buchanan and Thirlby), *Journal of Business*, 47, 4 (October, 1974), 585–586.

Sidney Davidson, Co-author.  "On Holding Gains and Losses and the Evaluation of Management," *The Accounting Review*, 49 (July, 1974), 524–527.

John P. Gould, Co-author.  "The Rule of 69," *Journal of Business*, 47, 3 (July, 1974), 397–398.

Lawrence Fisher, Co-author.  "TIAA/CREF:  Who Gets What?"  *Journal of Business*, 47, 1 (January, 1974), 67–87.

"Reciprocal or Mutual Holdings:  Allocating Earnings and Selecting the Accounting Method," *The Accounting Review*, 48, 4 (October, 1973), 749–58.

"Macaulay's Duration:  An Appreciation," *Journal of Business*, 47, 4 (October, 1973), 589–592.

"Annuitants Can Afford CREF's Projecting Earnings at a Rate Larger Than 4 Percent," *Journal of Risk and Insurance*, 40, 2 (September, 1973), 465–72.

"Tuition Remission and the Faculty Child:  A Reconsideration," *AAUP Bulletin*, 59, 3 (September, 1973), 331–332.

Robert S. Kaplan, Co-author.  "Risk and the Value Line Contest," *Financial Analysts Journal*, 29, 4 (July/August, 1973), 56–61.

"The Algorithm for Lower-of-Cost-or-Market Inventory Valuation:  Mathematical Notation Makes It Easy," *The Accounting Review*, 48, 3 (July, 1973), 598.

L. Warwick Coppleson, Co-author.  "Are All Those Lab Tests Really Worth the Cost?"  *Prism* (American Medical Association), 4 (July, 1973), 42–45.

Review of *Economic Theory of Teams* (Marschak and Radner), *Journal of Business*, 46, 3 (July, 1973), 477–478.

Joel E. Segall and David O. Green, Co-authors.  "Premiums on Convertible Bonds:  Reply," *Journal of Finance*, 27, 5 (December, 1972), 1163–1170.

David F. Shanno, Co-author.  "Management Science:  A View from Nonlinear Programming," *Communications of the Association for Computing Machinery*, 15 (July, 1972), 542–549.

"On Two Algorithms for Computing the Von Neumann Balanced Growth Rate," *Econometrica*, 40, 4 (July, 1972), 767.

Gerald L. Thompson, Co-author.  "Matrix Pencils ($Ay = \Box By$):  Existence, Calculations, and Relations to Game Theory,"  *Linear Algebra and Its Applications*, 5 (1972), 207–226.

Lawrence Fisher, Co-author.  "Coping with the Risk of Interest Rate Fluctuations:  Returns to Bondholders from Naive and Optimal Strategies," *Journal of Business*, 44, 4 (October, 1971), 408–431.  Reprinted in Martin L. Leibowitz, ed., *Pros & Cons of Immunization Proceedings of a Seminar on the Roles and Limits of Bond Immunization*, New York:  Salomon Brothers, 1980, and in G. A. Hawawini, ed., *Bond Duration and Immunization: Early Developments and Recent Contributions*, New York:  Garland Publishing Company, 1982.

David F. Shanno, Co-author.  "'Linear' Programming with Absolute Value Functionals," *Journal of the Operations Research Society of America*, 19 (January/February, 1971), 120–124.

Gerald L. Thompson, Co-author.  "Von Neumann Solutions are Generalized Eigensystems," *Zeitschrift für Nationalőkonomie*, Suppl. 1 (1971), 139–154.  Reprinted in G. Bruchmann and W. Weber, eds., *Contributions to the Von Neumann Growth Model*, New York:  Springer-Verlag, 1971.

Paul C. Kettler, Co-author.  "Rearranging Matrices to Block Angular Form for Decomposition (and Other) Algorithms," *Management Science (Theory)*, 18 (1971), 98–108.

Alice M. Dell and Gerald L. Thompson, Co-authors.  "Computing the Roots of Matrix Pencils:  The Generalized Eigenvalue Problem," *Communications of the Association for Computing Machinery*, 14, 2 (February, 1971), 113–117.

Yale Brozen, Co-author.  *The Voucher System*, Washington, D.C.:  American Conservative Union, 1971.  Reprinted in *Educational Freedom*, 10, 2 (1972), 1–9.

Gerald L. Thompson, Co-author.  "Reducing the Rank of ($A - \Box B$)," *Proceedings of the American Mathematical Society*, 26, 4 (December, 1970), 548–554.

Joel E. Segall and David Green, Jr., Co-authors.  "A Reply," (on convertible bonds), *Journal of Finance*, 25, 4 (September, 1970), 931–933.

"Realized Interest Rates and Bondholders' Returns," *American Economic Review*, 60, 3 (June, 1970), 502–511.

John Pomeranz, Co-author.  "The Cyclical Majority Problem," *Communications of the Association for Computing Machinery*, 13, 4 (April, 1970), 251–254.

"Solutions to the Decomposable Von Neumann Model," *Econometrica*, 38, 2 (March, 1970), 276–280.

Michael J. Hamburger and Gerald L. Thompson, Co-authors.  "Computing Results from the Generalized Von Neumann Model and Using Them for Planning," *Jahrbuch Der Wirtschaft Osteuropas*, 1 (1970), Munich:  Gunter Olzog Verlag, 108–129.

Gerald L. Thompson, Co-author.  "Further Relations Between Game Theory and Eigensystems," *SIAM Review*, 11, 4 (October, 1969), 597–602.

Paul C. Kettler, Co-author.  "An Algorithm to Provide Structure for Decomposition," *Sparse Matrices and Their Applications*, Ralph Willoughby, editor, Yorktown Heights, IBM Data Processing (1969), 11–24.

"Allocating Joint Costs," *American Economic Review*, 68, 5 (December, 1968), 1342–1345.

"Game Theory and Eigensystems," *SIAM Review*, 10, 3 (July, 1968), 360–367.

Joel E. Segall and David Green, Jr., Co-authors.  "Premiums on Convertible Bonds," *Journal of Finance*, 23, 3 (June, 1968), 445–463.  Reprinted in the *Investment Process*, J. M. Lishan and D. T. Crary (eds.), Scranton, PA:  International Textbook Co. (1970), 192–212.  Reprinted in an expanded version in *Security Evaluation and Portfolio Analysis*, E. J. Elton and M. J. Gruber(eds.), Englewood Cliffs:  Prentice-Hall (1972), 274–297.

"The Decomposition of Economic Production Systems," *Econometrica*, 36, 2 (April, 1968), 260–278.

"Functional Selection for the Stochastic Assignment Model," *Journal of the Operations Research Society of America*, 15, 6 (November/December, 1967), 1063–1067.

"The Generalized Von Neumann Model and International Comparisons of Productivity," *Journal of Political Economy*, 75, 5 (October, 1967), 696–705.

Michael J. Hamburger and Gerald L. Thompson, Co-authors.  "Computation of Expansion Rates for the Generalized Von Neumann Model of an Expanding Economy," *Econometrica*, 35, 3 (July, 1967), 542–547.

Donald V. Steward, Co-author.  "The Question of Determinacy in Square Systems of Equations," *Zeitschrift fur Nationalökonomie*, 27, 3 (1967), 261–266.

"Optimal Growth Under the Fixed Time, Maximal Distance Objective," *Economics of Planning*, 6, 3 (1966), 251–271.

"Consumption in the Closed Von Neumann Model," *Economics of Planning*, 7, 1 (1967), 39–48.

"The N-Person Prisoner's Dilemma:  Some Theory and a Computer-Oriented Approach," *Behavioral Science*, 11, 3 (May, 1966), 227–234.

"Testing the Understanding of the Difference Between Call-By-Name and Call-By-Value in Algol 60," *Communications of the Association for Computing Machinery*, 8, 6 (June, 1965), 378.

"An Algorithm for the Von Neumann Economy," *Zeitschrift für Nationalökonomie*, 24, 4 (1964), 371–384.