# EXHIBIT C

**ALEXANDRA FRELL LEVY**

2156 Eck Hall of Law
Notre Dame Law School
Notre Dame, IN 46556
312.533.8010
alevy2@nd.edu

## EDUCATION

**The University of Chicago Law School**, Chicago, IL
*J.D.*, 2010

- Research Assistant to William Landes, Saul Levmore, and Richard Posner
- Elective coursework in microeconomics

**New York University**, New York, NY
*B.A. in Religious Studies*, cum laude, 2007

- Minor concentration in mathematics

## TEACHING EXPERIENCE

**Notre Dame Law School**, South Bend, IN
*Adjunct Professor*, 2013 – present

- Courses taught: Human Trafficking, Introduction to the American Legal System (for international law students), Legal Remedies for Human Trafficking
- Faculty Affiliate of the Center for Civil and Human Rights and Co-Director of the Center's Project on Legal Remedies for Victims of Human Trafficking

**University of Lucerne**, Lucerne, Switzerland
*Visiting Professor*, November 2016

- Course taught: The Law and Economics of Black Markets

**St. Thomas University School of Law Human Trafficking Academy**, Miami Gardens, FL
*Instructor*, July 2014, December 2015, February 2017

- Sessions taught: Civil Litigation and Remedies, Crimes Incidental to Human Trafficking, Harm Reduction Strategies in the Fight Against Networked Sex Trafficking, Prosecutorial Remedies at Sentencing

## PUBLICATIONS

**Law Review Articles**

- *The Virtues of Unvirtuous Spaces*, 50 WAKE FOREST L. REV. 403 (2017)
- *Innocent Traffickers, Guilty Victims*, 6 ANTI-TRAFFICKING REV. 130 (2016)
- *Breaking the Law*, 60 ST. LOUIS U. L.J. 43 (2016) (with Martina E. Vandenberg)
- *Human Trafficking and Diplomatic Immunity*, 7 INTERCULTURAL HUM. RTS. L. REV. 77 (2012) (with Martina E. Vandenberg)

**Other Writing**

- "Constitutional Challenge to FOSTA Dismissed for Lack of Standing," Technology & Marketing Law Blog (October 8, 2018)
- "An Update on the Constitutional Court Challenge to FOSTA," Technology & Marketing Law Blog (August 13, 2018)
- "Constitutional Challenge Against FOSTA Filed," Technology & Marketing Law Blog (July 5, 2018)
- "The 'CREEPER Act' Would Be Yet Another Unconstitutional Law from Congress," Technology & Marketing Law Blog (June 28, 2018)
- "More on the Unconstitutional Retroactivity of 'Worst of Both Worlds FOSTA,'" Technology & Marketing Law Blog (March 28, 2017)
- "Why FOSTA's Restriction on Prostitution Promotion Violates the First Amendment," Technology & Marketing Law Blog (March 19, 2017)
- "Would Shutting Down Backpage Reduce Violence Against Women?," Technology & Marketing Law Blog (November 7, 2017)
- "Twitter Compromises Its Free-Speech Principles in Latest Effort to Unplug Russian Bots," Front Page Confidential (November 1, 2017)
- "Facebook Knows Your Darkest Secret (And It's About to Tell Your Friends)," Front Page Confidential (October 27, 2017)
- "Facebook's Censorship Robots Cut Both Ways," Front Page Confidential (October 24, 2017)
- "Problems With SESTA's Retroactivity Provision," Technology & Marketing Law Blog (September 27, 2017)
- "Debunking Some Myths About Section 230 and Sex Trafficking," Technology & Marketing Law Blog (September 24, 2017)
- "How Section 230 Helps Sex Trafficking Victims (and SESTA Would Hurt Them)," Technology & Marketing Law Blog (August 15, 2017)

## PROFESSIONAL EXPERIENCE

**The Human Trafficking Legal Center**, Washington, DC
*Senior Staff Attorney*, 2016 – present
*Staff Attorney*, 2012 – 2016

## SELECTED PRESENTATIONS

- "The Case Against Intermediary Liability for Online Sex Trafficking" (Speaker, Michigan State University International Law Review Symposium, February 2019)
- "The International Human Right to a Healthy Environment" (Panelist, Notre Dame Journal of International & Comparative Law Symposium, February 2018)
- "Trafficking, Terrorism, and Trolls: Liability for Social Media" (Speaker, Notre Dame Law School, December 2017)
- "Disciplining For-Profit Prisons Through Civil Human Trafficking Litigation" (Speaker, Notre Dame Law School, March 2017)
- "Finding Safe Harbor: Legal Challenges Surrounding the Protection of Human Trafficking Victims" (Panelist, Wake Forest Law Review Symposium, October 2016)

- "Why is Sex Trafficking a Crime?" (Keynote Speaker, Notre Dame Journal of Legislation Symposium, October 2015)
- "Bride Brokers and Marriage Markets" (Speaker, International Institute of St. Louis, June 2015)
- "Sex & Labor: Implications of a False Dichotomy" (Panelist, Freedom Network Conference, April 2015)
- "Perspectives on Fighting Human Trafficking" (Panelist, St. Louis University Law Journal Symposium, January 2015)
- "Victimhood and Criminality" (Speaker, Notre Dame Center for Civil and Human Rights, April 2014)
- "Cutting Edge Civil Remedies" (Panelist, Freedom Network Conference, April 2014)

## OTHER SKILLS AND QUALIFICATIONS

- Member of the Bars of Indiana, Illinois (inactive), and the District of Columbia (inactive)
- Languages: French (fluent), Polish (conversational)