PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email:  mlp@pd-law.com
Attorney for Defendant Andrew Padilla
            -and-
KARP & WEISS, P.C.
3060 N Swan Road
Tucson, AZ 85712
(520) 325-4200
Stephen M. Weiss
State Bar No. 002261
Email: sweiss@karpweiss.com
Attorney for Defendant Joye Vaught

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>                     Plaintiff,<br><br>v.<br><br>6. Andrew Padilla,<br>    (Counts 1-51)<br>7. Joye Vaught,<br>    (Counts 1-51)<br><br>            Defendants. | NO. CR-18-00422-06-PHX-SMB<br><br>MOTION TO SET HEARING ON MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456)<br><br>[No Oral Argument Requested] |

        Excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this motion or

an order based thereon, as explained more fully below.

1    Defendants Andrew Padilla and Joye Vaught, by and through their undersigned

2    attorneys, hereby respectfully request this Court to set a hearing on their Motion to Dismiss

3    due to Government Interference with Right to Counsel and Request for Disclosure or, in the

4    Alternative, Motion to Withdraw (Doc. 456). Defendants' motion was filed on February 11,

5    2019, the government's response (Doc. 476) was filed on February 25, 2019, and defendants'

6    reply (Doc. 494) was filed March 8, 2019. Thus, the matters raised in the motion are fully

7    briefed and ripe for decision.

8
9        Defendants respectfully request this Court to set a hearing on their motion at a time and

10   date convenient to the Court as soon as possible. Defendants' motion is based on the fact that

11   the government's conduct has deprived defendants Padilla and Vaught of assets earmarked to

12   fund their counsel of choice, thereby rendering them unable to retain counsel of choice, expend

13
14   assets necessary to review the government's discovery, retain experts, or engage in other

15   measures necessary to defend the case. As explained in defendants' motion (Doc. 456 p. 5),

16   on October 31, 2018, the government obtained *ex parte* seizure warrants for the attorney trust

17
18   accounts of counsel for Mr. Padilla and Ms. Vaught. The government has informed counsel

19   for defendants Padilla and Vaught that the trust funds they hold cannot be used to pay any fees

20   earned after November of 2018. The government has further indicated that, although the

21
22   seizure warrants have expired, it likely will seek to again seize the attorney trust accounts, and

23   defense counsel may be investigated without any assurance that they will not be criminally

24   prosecuted if they use those funds to pay fees earned after November 2018. (Doc 456 pp. 5-6).

25
26   Thus there have been no payments to counsel for Padilla and Vaught for all work performed

27   or costs incurred since December 1, 2018, three and one-half months ago.

28

As defendants' motion also notes, issues relating to the seizure of their attorney trust accounts are now being litigated and await decision in proceedings in the Central District of California, and issues relating to the government's unlawful seizures of assets are also currently pending on appeal from the Central District of California to the Ninth Circuit Court of Appeals. (Doc. 456 p. 9; *See In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1189, xxxx2592, xxxx1938, xxxx2912, and xxxx2500, No. 18-56455*, Doc. No. 27 (9th Cir.), (setting case for expedited briefing and argument)). However, defendants are uncertain as to when requested relief relating to assets to fund counsel of choice may be forthcoming in either of those proceedings.

Accordingly, defendants request this Court to set a hearing on their Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456) as soon as possible as the pleadings are complete. If the motion to dismiss is granted, no further action from the Court will be required. If the motion to dismiss is denied, counsel have requested this Court to issue its order permitting them to withdraw and appointing the Federal Public Defender or qualified counsel from the CJA panel to represent defendants Padilla and Vaught. The government waited until 18 months after undersigned counsel began representing Mr. Padilla and seven months after undersigned counsel began representing Ms. Vaught when the defendants were originally indicted to engage in this conduct that has wrought havoc upon the defendants' ability to defend themselves, retain counsel, retain experts, fund technical assistants to navigate the impenetrable maze of government disclosure, or take other measures to defend the case. If the motion to dismiss is denied, new counsel should be appointed as soon as practicable so that

they can begin to prepare to defend the case with necessary resources.

RESPECTFULLY SUBMITTED this 15th day of March, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By:  ___/s/_____Michael L. Piccarreta_____
Michael L. Piccarreta
Attorney for Defendant Andrew Padilla

KARP & WEISS, P.C.

By:  ___/s/_____Stephen M. Weiss_____
Stephen M. Weiss
Attorney for Defendant Joye Vaught

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Bruce Feder: bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Michael D. Kimerer, mdk@kimerer.com
Gary Lincenberg: glincenberg@birdmarella.com