IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>vs.<br><br>6. Andrew Padilla,<br>　(Counts 1-51)<br>7. Joye Vaught,<br>　(Counts 1-51)<br><br>　　　　　Defendant. | NO. CR-18-00422-06-PHX-SMB<br><br>ORDER |

Before the Court is Defendants' Motion for Leave to File Joint Reply to Response to Motion to Dismiss Due to Government Interference With Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 497), in which the Defendants request permission to file a joint reply to the Government's Response to Motion to Dismiss Due to Government Interference With Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 476) in excess of the page limitation. Finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Joint Reply to Response to Motion to Dismiss Due to Government Interference With Right to Counsel and Request for

Disclosure or, in the Alternative, Motion to Withdraw (Doc. 497) is **granted**. Defendants are granted leave to file their replies jointly. The motion to exceed the page limit in their joint reply is **denied.**

Dated this 19th day of March, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge