1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF ARIZONA
9

10   United States of America,                        Case No. CR-18-00422-PHX-SMB

11                          Plaintiff,               **[PROPOSED] ORDER AMENDING**
                                                     **CONDITIONS OF RELEASE**
12   vs.

13   Michael Lacey

14
                           Defendant.
15
            Upon Defendant's Motion to Amend his Conditions of Pretrial Release and Motion for
16
     Expedited Relief, and good cause appearing,
17
            IT IS HEREBY ORDERED THAT Defendant's conditions of pretrial release are
18
     modified to remove the condition requiring continued use of an electronic monitoring device;
19
            IT IS FURTHER ORDERED by agreement of the parties, modifying release conditions
20
     to allow property bond (Doc. 65) to be replaced with substitute res of the net proceeds from the
21
     interlocutory sale of 1100 Union Street, San Francisco, California.
22

23   Dated: _____

24                                                   _____
                                                     Honorable Susan M. Brnovich
25                                                   United States District Judge

26

27

28