# **Exhibit C**

Filters Used:

# Email Report
Form Format

Date Printed: **12/08/2017**
Time Printed: **10:37AM**
Printed By: **SJR**

The information transmitted by the following e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at 480.240-4020, and delete the communication from any computer or network system.

From: Michael Lacey [mailto:mgl@qamer.net]
Sent: 07/29/2016 8:14 AM
To: John Becker
Subject:

dear john

i think i am ready to move forward with the visit to the Los Angeles lawyer you mentioned who has expertise in off-shore.

to revisit for just a moment, i am not interested in any tax avoidance. i just want to put some assets in place where litigious parties, including government parties, can not access my accounts.

i know this is short notice, but was hoping that Aug 4 or 5 might work. and for the sake of getting out of Arizona's boiler, hoping this works for your calendar.

if this is not feasible because of schedules and such short notice, then i would look at either Oct 13-14 or Oct 27-28.

finally, what do i need to do to set up an account through your office in order to send checks to former writers and editors? I have one of my colleagues assembling the names and addresses of former staff. while the individual checks are under the amount that creates consequences, there are about 400 individuals.

i would think a note from your office confirming whereabouts would precede a check.

michael lacey

BCKR 02319