# Exhibit G

>
> On Jan 31, 2012, at 8:51 AM, Michael Lacey wrote:
>
>> guys
>>
>> couple of points:
>>
>> 1) we need a statement from moon that sums up our on-going meetings
>> with attorney generals. it is not accurate to say we arent
>> co-operating. not only are we meeting with them, they have told us
>> they have not identified law breaking on our part. (but they continue
>> to drag out and not provide confidentiality as part of a process to
>> turn over documents)
>>
>> 2) we need to fish or cut bait with craig. once again we are getting
>> hit over the head with the big lie that craig got out of adult. this
>> is doubly destructive: it makes craig look like he quit; it makes it
>> look like we should quit too. i dont believe attorney from perkins
>> coie can represent us nor do i believe she is the only attorney that
>> can represent us. as in Detroit, for all we know, these people used
>> many services not just backpage, maybe even craig.
>>
>> 3)within the responcewe need to note that as deplorable as this case
>> is, and it is appalling, it is one bad case amongst how many millions
>> of ads that involve no one under age.
>>
>> 4) drug dealers use cell phones, fed-x. when you bust them you do not
>> advocate shutting down phone service, overnight deliveries. underage
>> people use phony I.D. to get into bars. thousands of people patronize
>> local bar legally, you dont close it when someone underage deceives
>> the owner of the bar.
>>
>> 5) in time period covered in this story, this is only the second case
>> developed by the attorney general. the case is awful, but with two
>> cases it is not yet a tsunami of underage trafficking. prosecute this
>> case, these individuals, get care and treatment for the victims and
>> stop pandering to yahoos.
>>
>> (how long to determine the Detroit Analysis ie where else these hoods
>> operated besides backpage)
>>
>> shouldnt sitrick have a responce prepared?
>>
>>
>> On 1/31/12, Scott Tobias <scott.tobias@villagevoicemedia.com> wrote:
>>> Guys:
>>>
>>> Link below.
>>>

Confidential                                                                                                       BP-AZGJ_01111049