# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　Defendants. | CASE NO.　CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

Upon Defendant Michael Lacey's Unopposed Motion to Extend Time for Filing Reply in Further Support of Defendant Lacey's Motion to Amend Conditions of Release, and good cause appearing,

IT IS HEREBY ORDERED:

Extending the otherwise applicable time for filing all Defendant Lacey's Reply in Further Support of his Motion to Amend Conditions of Release seven (7) days to be due on or before April 16, 2019.