IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Dan Hyer,<br><br>             Defendant. | No.  CR-18-00422-5-PHX-SMB (BSB)<br><br>**ORDER** |

    The Court having reviewed the Government's Unopposed Motion to Continue Defendant's Sentencing Hearing (Doc. _____ ), and good cause appearing,

    IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendant's Sentencing Hearing.

    IT IS FURTHER ORDERED continuing the Sentencing from May 20, 2019, to _____at _____.