1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   United States of America,                        No. CR-18-00422-001-PHX-SMB

10                      Plaintiff,                    **ORDER**

11   v.

12   Michael Lacey,

13                      Defendant.

14

15

16         Upon Defendant Michael Lacey's Unopposed Motion to Extend Time for Filing

17   Reply in Further Support of Defendant Lacey's Motion to Amend Conditions of Release,

18   and good cause appearing,

19         IT IS HEREBY ORDERED extending the otherwise applicable time for filing

20   Defendant Lacey's reply in further support of his motion to amend conditions of release

21   seven (7) days to be due on or before April 16, 2019.

22         Dated this 8th day of April, 2019.

23
24
25                                   Honorable Susan M. Brnovich
                                     United States District Judge
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28