| | |
|---|---|
| 1 | PICCARRETA DAVIS KEENAN FIDEL PC |
| 2 | 2 East Congress Street, Suite 1000 |
|   | Tucson, AZ  85701 |
| 3 | (520) 622-6900 |
|   | Michael L. Piccarreta |
| 4 | State Bar No. 003962 |
| 5 | Email: mlp@pd-law.com |
|   | Attorney for Defendant Andrew Padilla |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF WAIVER OF PERSONAL APPEARANCE AT STATUS CONFERENCE |
| vs. | |
| 6.  Andrew Padilla, (Counts 1-51) | |
| Defendant. | |

The defendant, Andrew Padilla, by and through his undersigned attorney, hereby provides notice that he waives his right to be personally present at the upcoming status conference, set for April 23, 2019, at 2:30 p.m. *See* Rule 43(b)(3), Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED this 12th day of April, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/   Michael L. Piccarreta
     Michael L. Piccarreta
     Attorney for Andrew Padilla

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones: Reginald.Jones@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
John Kucera: John.Kucera@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Kevin Rapp: Kevin.Rapp@usdoj.gov
Andrew Stone: Andrew.Stone@usdoj.gov
Thomas Bienert: tbienert@bmkattorneys.com
Paul Cambria: pcambira@lglaw.com
Robert Corn-Revere: bobcornrevere@dwt.com
Bruce Feder: bfeder@federlaw.com
James Grant: jimgrant@dwt.com
Michael D. Kimerer, mdk@kimerer.com
Gary Lincenberg: glincenberg@birdmarella.com