```
             UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF ARIZONA


United States of America,    )
                             )
            Plaintiff,       )    CR-18-0422-PHX-SPL
                             )
        vs.                  )    Phoenix, Arizona
                             )    October 5, 2018
Michael Lacey,               )       10:50 a.m.
James Larkin,                )
Scott Spear,                 )
John Brunst,                 )
Andrew Padilla,              )
Joye Vaught,                 )
                             )
            Defendants.      )
                             )
_____)


     BEFORE:  THE HONORABLE STEVEN P. LOGAN, JUDGE



          REPORTER'S TRANSCRIPT OF PROCEEDINGS

          HEARING ON PENDING MOTIONS - VOLUME I

            (Pages 1 through 60, inclusive.)
```

Official Court Reporter:
Linda Schroeder, RDR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 32
Phoenix, Arizona   85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1                        A P P E A R A N C E S

 2     For the Government:

 3              U.S. Attorney's Office
                By: PETER SHAWN KOZINETS, ESQ.
 4                  ANDREW C. STONE, ESQ.
                    MARGARET WU PERLMETER, ESQ.
 5                  KEVIN M. RAPP, ESQ. (Telephonic)
                40 North Central Avenue, Suite 1200
 6              Phoenix, AZ   85004

 7              U.S. Attorney's Office
                By: JOHN JACOB KUCERA, ESQ. (Telephonic)
 8              312 North Spring Street, Suite 1200
                Los Angeles, CA   90012
 9
                U.S. Department of Justice
10              By: REGINALD E. JONES, ESQ. (Telephonic)
                1400 New York Avenue NW, Suite 600
11              Washington, DC   20530

12     For the Defendant Lacey:

13              Liptsitz Green Scime Cambria
                By: PAUL JOHN CAMBRIA, JR., ESQ.
14              42 Delaware Avenue, Suite 120
                Buffalo, NY   14202
15
       For the Defendants Lacey and Larkin:
16
                Davis Wright Tremaine
17              By: ROBERT CORN-REVERE, ESQ.
                1919 Pennsylvania Avenue NW, Suite 800
18              Washington, DC   20006

19              Davis Wright Tremaine
                By: JAMES C. GRANT, ESQ.
20              1201 3rd Avenue, Suite 2200
                Seattle, WA   98101
21

22

23

24

25
```

```
 1    For the Defendant Larkin:

 2            Bienert Miller & Katzman
              By: THOMAS HENRY BIENERT, JR., ESQ.
 3                WHITNEY Z. BERNSTEIN, ESQ.
              903 Calle Amanecer, Suite 350
 4            San Clemente, CA   92673

 5            Schulte Roth & Zabel
              By: SEETHA RAMACHANDRAN, ESQ.
 6            919 Third Avenue, Suite 2013
              New York, NY   10022
 7
      For the Defendant Spear:
 8
              Feder Law Office
 9            By: BRUCE S. FEDER, ESQ.
              2930 East Camelback Road, Suite 160
10            Phoenix, AZ   85016

11    For the Defendant Brunst:

12            Kimerer & Derrick
              By: MICHAEL D. KIMERER, ESQ.
13            1313 East Osborn Road, Suite 100
              Phoenix, AZ   85014
14
              Bird Marella Boxer Wolpert Nessim
15             Drooks Lincenberg & Rhow
              By: ARIEL A. NEUMAN, ESQ.
16            1875 Century Park E, Suite 2300
              Los Angeles, CA   90067
17
      For the Defendant Padilla:
18
              Piccarreta Davis Keenan Fidel
19            By: MICHAEL L. PICCARRETA, ESQ.
              2 East Congress Street, Suite 1000
20            Tucson, AZ   85701

21    For the Defendant Vaught:

22            Karp & Weiss
              By: STEPHEN M. WEISS, ESQ.
23            3060 North Swan Road
              Tucson, AZ   85712
24

25
```

```
1    For Henze Cook Murphy, PLLC:

2              Mitchell Stein Carey Chapman
               By: LEE DAVID STEIN, ESQ.
3                  ANNE MICHELLE CHAPMAN, ESQ.
               2 North Central Avenue, Suite 1450
4              Phoenix, AZ   85004

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    received awards from various law enforcement officials.  There
 2    was some communications and some relationships with Backpage
 3    and various other organizations in terms of the National Child
 4    Exploitation Center, NCMEC.  They responded to subpoenas when
 5    subpoenas were provided and things like that.  That's all -- I
 6    don't think they need us to show them those documents.  I mean,
 7    that's something they're very familiar with.  They cite them
 8    back to us in a lot of the various pleadings.
 9            Now, what's at issue in this case -- and let's set
10    aside this First Amendment issue that they have raised because
11    that's a legal issue that the Court will rule on at some
12    point -- is a factual issue.  Did they know that the vast
13    majority of these advertisements that went up on this Web site
14    were for prostitution.
15            So that is what is clearly articulated in the
16    90-plus-page superseding indictment.  And there's lots of
17    material that's given as support for that.  And I think as
18    Mr. Piccarreta is going to get to, some of those documents have
19    already been turned over with respect to the superseding
20    indictment.  And there are others that we were turning over,
21    and I think today there's a disclosure.
22            So there's a continuing disclosure from the government
23    to defense on all these particular issues.  But with respect to
24    Brady or exculpatory, we're unsure what that would look like,
25    Your Honor.
```