Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
emccampbell@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**DEFENDANT MICHAEL LACEY'S SUPPLEMENT TO MOTION TO AMEND HIS CONDITIONS OF PRETRIAL RELEASE (DOC. 503)**<br><br>(Expedited oral argument requested) |

Defendant Michael Lacey, by and through his undersigned counsel, hereby respectfully submits the instant supplement to his Motion to Amend his Conditions of Pretrial Release ("Motion") (Doc. 503), which was filed on March 19, 2019.  The attached Exhibit A, a letter from physician Fred S. Markham should have been included as Exhibit A to the Motion.  We regret any inconvenience this may cause the Court.

　　　　　RESPECTFULLY SUBMITTED this 16th day of April, 2019,

　　　　　　　　　　　　　　　　　*/s/　　Erin E. McCampbell*
　　　　　　　　　　　　　　　　　LIPSITZ GREEN SCIME CAMBRIA LLP
　　　　　　　　　　　　　　　　　Attorneys for Defendant Michael Lacey

| | |
|---|---|
| 1 | On April 17, 2019, a PDF version |
| 2 | of this document was filed with |
| 3 | Clerk of the Court using the CM/ECF |
| | System for filing and for Transmittal |
| 4 | Of a Notice of Electronic Filing to the |
| 5 | Following CM/ECF registrants: |
| 6 | |
| | Kevin Rapp, kevin.rapp@usdoj.gov |
| 7 | Reginald Jones, reginald.jones4@usdoj.gov |
| 8 | Peter Kozinets, peter.kozinets@usdoj.gov |
| | John Kucera, john.kucera@usdoj.gov |
| 9 | Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 10 | Patrick Reid, Patrick.Reid@usdoj.gov |
| | Andrew Stone, andrew.stone@usdoj.gov |
| 11 | Amanda Wick, Amanda.Wick@usdoj.gov |