**FRED S. MARKHAM, MD**

804 Ainsworth Drive, #104
Prescott, AZ 86301
T 928 778 1736
F 928 717 0786
fsmarkham@smdmd.com

To Whom It May Concern:                                         3-8-19

Re: Michael G Lacey

I have cared for Mr. Lacey since 2010.  Given his personal and family history of premature coronary artery disease I have always encouraged him in aerobic exercise.  The only exercise that he seems to enjoy and would participate in on a regular basis has been swimming.  I would like to see him get back to his regular regimen of swimming to reduce his risk for symptomatic heart disease and to lose weight.  Thank you for your consideration.

Sincerely,

      Fred S Markham M.D.



signature MD
SignatureMD Affiliated Physician