# EXHIBIT 1A

**ATTACHMENT FOR GRAND JURY SUBPOENA**

Custodian of Records
BBVA Compass Bank

Records Requested For the following:

For any and all accounts, transactions or information associated with:

Feder Law Office PA

████████

**Please provide the following:**

- Please provide from January 2017 to present: statements, deposits or withdrawals over $10,000 (such as checks and wires).
    - Include copies of front and back of checks and wire transfer details.
- If account has been closed, provide any account closing information including reason for closure and any documentation indicating where funds have been moved.
- Please also include copies of the signature cards and any supporting documentation showing beneficiaries, signatories and controllers of the account.

Provide all documents in electronic format (do not send hard copies).  Please send to:

laversoza@uspis.gov
2138302518

Inspector Lyndon Versoza
U.S. Postal Inspection Service
1055 N Vignes St, 2nd Floor
Los Angeles, CA 90012

E-mail is the preferred method of transfer of these records.

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Kara Price_ (name), hereby declare as follows:

1. I am a duly authorized custodian of records for _Compass Bank_ (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

    a. My job title/position is: _Paralegal_

    b. I have been employed in this capacity for _2 years_ (duration) and by the Business Entity for _2 years_ (duration).

    c. My job duties are: _litigation, document gathering, etc._

    d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2. Attached hereto or enclosed herewith are originals/_true and correct duplicates_ of a record or records of a regularly conducted activity of the Business Entity named above.

```
 1
 2   (Circle either "originals" or "true and correct duplicates" and
 3   strike out the other term.)
 4        3.   I certify that the attached record(s):
 5            a.   was/were made at or near the time of the occurrence of
 6   the matters set forth therein,
 7            b.   was/were made by, or from information transmitted by,
 8   a person with knowledge of those matters;
 9            c.   was/were kept in the course of the regularly conducted
10   activity of the Business Entity;
11            d.   was/were made by and in the course of the regularly
12   conducted activity as a regular practice;
13            e.   if not original records, are exact duplicates of
14   original records.
15        I declare under penalty of perjury that the foregoing is true
16   and correct.  This declaration is executed at Birmingham, Alabama,
                                                    (place document was signed)
17   on 08/30/2018   .
       (date document was signed)
18                                        _____
                                               (signature)
19
20                                        Kara Price
                                          (typed or printed name)
21
22
23
24
25
26
27
28
                                    2
```