EXHIBIT 1B

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. CR18-00422-PHX-SPL |
| Michael Lacey, et al., | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
BBVA Compass
15 South 20th Street, Suite 1802
Birmingham, AL 35233

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: Courtroom 501 |
|---|---|
| U.S. Courthouse, 401 W. Washington, Phoenix, AZ 85003 | Date and Time: December 7, 2018 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Attachment

Date: 11/16/18

CLERK OF COURT

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
United States of America_____, who requests this subpoena, are:

Kevin M. Rapp
Assistant U.S. Attorney
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4408
(602) 514-7500 or 1-800-800-2570

**Attachment to Trial Subpoena Issued to BBVA Compass Bank/**
**2016R08754**

Custodian of Records
BBVA Compass
15 South 20th Street, Ste 1802,
Birmingham, AL 35233

Records Requested For the following:

**Account Numbers:**

▮▮▮▮▮▮ - Feder Law Office - IOLTA

**Please provide the following:**

Please provide from January 2015 to present: statements, deposits or withdrawals over $10,000 (such as checks and wires).
    Include copies of front and back of checks and wire transfer details.

If account has been closed, provide any account closing information including reason for closure and any documentation indicating where funds have been moved.

Please also include copies of the signature cards and any supporting documentation showing beneficiaries, signatories and controllers of the account.

Provide all documents in electronic format (CSV, or XLS for bank statements). Send to:

laversoza@uspis.gov

Inspector Lyndon Versoza
U.S. Postal Inspection Service
1055 N Vignes St, 2nd Floor
Los Angeles, CA 90012