EXHIBIT 2B

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

## CENTRAL DISTRICT OF CALIFORNIA

TO:  Custodian of Records
Bank of America
100 N. Tryon St.
Charlotte, NC 28255

**SUBPOENA TO TESTIFY
BEFORE A GRAND JURY**

SUBPOENA FOR:

☐ **Person**          ☒ **Document(s) or Object(s)**

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE:  **ROYBAL FEDERAL BUILDING**  **255 EAST TEMPLE STREET**  **LOS ANGELES, CALIFORNIA 90012** | COURTROOM:  **Room 650, 6th Floor** |
|---|---|
| | DATE AND TIME:  September 11, 2018 at 9:00am |

☒ You must also bring with you the following documents, electronically stored information, or objects:  See Attachment

**WARNING
DISCLOSURE OF THIS FEDERAL GRAND JURY SUBPOENA
PROHIBITED BY FEDERAL LAW**

**Federal law prohibits officers, directors, partners, employees, agents, and attorneys of your institution from disclosing to any person, including any customer whose records are sought, the existence or contents of this subpoena, or any information that you furnish in response to it.  See 18 U.S.C. § 1510 and/or 12 U.S.C. § 3420.  Failure to comply with this non-disclosure requirement can result in civil or criminal penalties under federal law.  Questions regarding the non-disclosure requirement should be directed to the Assistant U.S. Attorney listed below.**

| CLERK OF COURT:  *Kiry K. Gray*  By Kiry K. Gray, Clerk of the Court | DATE:  August 28, 2018 |
|---|---|
| This subpoena is issued on application of the United States of America  TRACY L. WILKISON  Attorney for the United States, Acting Under Authority Conferred by 28 U.S. C. § 515 | John J. Kucera  Assistant United States Attorney  1400 United States Courthouse  312 North Spring Street  Los Angeles, California 90012  Telephone:     Call# R 18 11973 |

Postal Inspector: Lyndon Versoza
Telephone: (213) 830-2518
LAVersoza@uspis.gov

Note: An agent of the U.S. Postal Inspection Service will deliver the above-mentioned document(s) or object(s) to the Grand Jury should you desire to volunteer them to the Grand Jury in advance of the date indicated above.

Attachment to Grand Jury Subpoena

Custodian of Records
Bank of America

Records Requested For the following:

For any and all accounts associated with:

1.) Don Moon
    a.  SSN: ▇▇▇▇▇▇

**Please provide the following in two phases:**

Phase 1 (respond by September 11, 2018):
- Account balance
- Signature cards, trust documents, or any associated documents showing ownership of account(s).
- Deposits and Credits to the account, including ACH and wire transfer details

Phase 2:
- After review of phase 1, **IF FURTHER REQUESTED**, please provide from February 2012 to present: statements, withdrawals, payments, copies of checks, safe deposit box information, statements from February 2012 to present, or any and all records associated to the account as requested.

Provide all documents in electronic format (CSV, or XLS for bank statements).  Send to:

laversoza@uspis.gov

Inspector Lyndon Versoza
U.S. Postal Inspection Service
1055 N Vignes St, 2nd Floor
Los Angeles, CA 90012