# EXHIBIT 2C

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

TO: Compass Bank
5300 San Dario Ave,
Laredo, TX 78041

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

SUBPOENA FOR:
☐ Person    ☒ Document(s) or Object(s)

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE: | COURTROOM: |
|---|---|
| UNITED STATES COURTHOUSE<br>312 NORTH SPRING STREET<br>LOS ANGELES, CALIFORNIA 90012 | Room 1346, 13th Floor |
| | DATE AND TIME:<br>February 27, 2018 at 9:00am |

☒ You must also bring with you the following documents, electronically stored information, or objects: See Attachment

**WARNING**
**DISCLOSURE OF THIS FEDERAL GRAND JURY SUBPOENA**
**PROHIBITED BY FEDERAL LAW**

Federal law prohibits officers, directors, partners, employees, agents, and attorneys of your institution from disclosing to any person, including any customer whose records are sought, the existence or contents of this subpoena, or any information that you furnish in response to it. See 18 U.S.C. § 1510 and/or 12 U.S.C. § 3420. Failure to comply with this non-disclosure requirement can result in civil or criminal penalties under federal law. Questions regarding the non-disclosure requirement should be directed to the Assistant U.S. Attorney listed below.

CLERK OF COURT:

*Kiry K. Gray* (signature)

By Kiry K. Gray, Clerk of the Court



DATE: February 12, 2018

This subpoena is issued on application of the United States of America

NICOLA T. HANNA
United States Attorney

John J. Kucera
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

Call# R 18 04319

Special Agent: Quoc Thai
Telephone: (213) 256-1780

Note: An agent of the U.S. Postal Inspection Service will deliver the above-mentioned document(s) or object(s) to the Grand Jury should you desire to volunteer them to the Grand Jury in advance of the date indicated above.

| PROOF OF SERVICE[1] | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE: | PLACE: | |
| SERVED | DATE: | PLACE: | |
| SERVED ON (PRINT NAME): | | | |
| SERVED BY (PRINT NAME & TITLE): | | | |
| ADDITIONAL INFORMATION: | | | |

**DECLARATION OF SERVER[2]**

I declare under penalty of perjury that this information is true.      Call # R 18 04319

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

---

[1] As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

[2] "Fees and Mileage need not to be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 U.S.C § 1825, Rule 17(b) Federal Rules of Criminal Procedure)."

ATTACHMENT TO GRAND JURY SUBPOENA

Subpoena Issued To:

Compass Bank
5300 San Dario Ave,
Laredo, TX 78041

Records Requested For:

Michael T Gage  SSN 

John E Brunst  SSN

Scott G Spear

For the years 2008 to the present, please produce the following documents for the above entities, to include but not be limited to the following:

1. All account opening documents, including without limitation, signature cards, power of attorney forms, etc.
2. All account statements.
3. All checks, cashier checks, deposited items, deposit slips or withdrawal slips greater than $1,000.
4. All outgoing wire transfer documents, including wire transfer requests, authorizations, and confirmation sheets greater than $1,000.
5. All information relating to safe deposit boxes.

Please contact Special Agent Quoc Thai if you have any questions or need additional information at 213-256-1780.

Please mail documents to:

Internal Revenue Service – Criminal Investigation
Attn: Special Agent Thai
300 North Los Angeles, MS 9009 Rm 5016
Los Angeles CA 90012