**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Attorney for Defendant Joye Vaught**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>7.  JOYE VAUGHT<br><br>  Defendant | CR-18-00422-07-PHX-SMB<br><br>DEFENDANT VAUGHT'S JOINDER IN DEFENDANTS LACEY AND LARKIN'S JOINT STATUS REPORT FOR APRIL 23, 2019 STATUS HEARING (Doc #537) |

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss, hereby joins in Defendants Lacey's and Larkin's Joint Status Report for April 23, 2019, Status Hearing (Doc #537).  The factual and legal matters addressed in Defendants' Joint Status Report apply with equal force to Defendant Vaught, and Defendant Vaught adopts the positions set forth in the Joint Status Report as if fully set forth herein.

DATED this 19th day of April, 2019.

**KARP & WEISS, P.C.**


By  */s/ Stephen M. Weiss*
     Stephen M. Weiss
     Attorney for Defendant Vaught

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2019, I electronically transmitted the foregoing Joinder in Defendants Lacey's and Larkin's Joint Status Report for April 23, 2019, Status Hearing (Doc #527) on behalf of Joye Vaught to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of electronic Filing to the following CM/ECF registrants:

Kevin Rapp:  kevin.rapp@usdoj.gov
Margaret Perlmeter:  margaret.perlmeter@usdoj.gov
John J. Kucera:  john.kucera@usdoj.gov
Reginald E. Jones:  reginald.jones4@usdoj.gov
Peter Kozinets: peter.kozinets@usdoj.gov
Andrew Stone: andrew.stone@usdoj.gov
Amanda Wick: amanda.wick@usdoj.gov
Attorneys for Government


Bruce S. Feder:  bf@federlawpa.com
James C. Grant:  jamesgrant@dwt.com
Michael D. Kimerer:  MDK@kimerer.com
Michael L. Piccarreta:  mlp@pd-law.com
Paul J. Cambria, Jr.:  pcambria@lglaw.com
Robert Corn-Revere:  bobcornrevere@dwt.com
Rhonda Neff: rneff@kimerer.com
Erin E. McCampbell: emccampbell@lglaw.com
Thomas Henry Bienert, Jr.: tbienert@bmkattorneys.com
Daniel James Quigley: quigley@djqplc.com
Anthony R. Bisconti: tbisconti@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Whitney Z. Bernstein: wbernstein@bmkattorneys.com
Ariel A. Neuman: aan@birdmarella.com
Gary S. Lincenberg: gsl@birdmarella.com
Gopi K. Panchapakesan: gkp@birdmarella.com
Anne Michelle Chapman: anne@mscclaw.com
Lee David Stein: lee@mscclaw.com
Attorneys for Defendants