# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey - 001<br>James Larkin - 002<br>Scott Spear - 003<br>John Brunst - 004<br>Dan Hyer - 005<br>Andrew Padilla - 006<br>Joye Vaught - 007, | |
| Defendant. | |

Having considered Defendant's Motion for Leave to Late File Reply in support of Motion for further Clarification re Order Allowing the Government to Continue Review of Privileged Communications, and good cause appearing;

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 22nd day of April, 2019.

*Honorable Susan M. Brnovich*
United States District Judge