# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey - 001<br>James Larkin - 002<br>Scott Spear - 003<br>John Brunst - 004<br>Dan Hyer - 005<br>Andrew Padilla - 006<br>Joye Vaught - 007, | |
| Defendants. | |

Pending before the Court is Defendants' Joint Motion for Designation of 39 Documents Subject to This Court's Destruction Order To Be Preserved As Part Of The In Camera Record In This Prosecution (Doc. 453). The Court has also read the Government's Response which states it has no objection to the preservation of the documents as part of the in camera record. Therefore,

IT IS ORDERED that the Government file the 39 documents subject to the destruction order under seal to be preserved.

Dated this 22nd day of April, 2019.

Honorable Susan M. Brnovich
United States District Judge