**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** April 23, 2019 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorney:** Kevin Rapp, Reginald E. Jones, Margaret Perlmeter, Andrew Stone, John Kucera, Peter Kozinets

**Defendant-1: Michael Lacey**

**Interpreter:** N/A
**Attorney for Defendant:** Paul Cambria, Robert Corn-Revere, Janey Henze-Cook, Tom Henze, James Grant Retained
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**Defendant-2: James Larkin**

**Interpreter:** N/A
**Attorney for Defendant:** James Grant, Thomas Bienert, Jr., Whitney Bernstein, Robert Corn-Revere, Retained
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**Defendant-3: Scott Spear**

**Interpreter:** N/A
**Attorney for Defendant:** Bruce Feder, Retained
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**Defendant-4: John Brunst**

**Interpreter:** N/A
**Attorney for Defendant:** Gary Lincenberg and Rhonda Neff, Retained
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**Defendant-6: Andrew Padilla**

**Interpreter:** N/A
**Attorney for Defendant:** Michael Piccarreta, Retained
**Defendant:** ☐ Present  ☒ Not Present  ☒ Released/Waived  ☐ Custody  ☐ Summons  ☐ Writ

| | |
|---|---|
| USA v. Lacey et al | **Date:** April 23, 2019 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

**Defendant-7:** Joye Vaught

**Interpreter:** N/A
**Attorney for Defendant:** Stephen M. Weiss, Retained

**Defendant:**   ☐ Present   ☒ Not Present   ☒ Released/Waived   ☐ Custody   ☐ **Summons**   ☐ Writ

**STATUS HEARING:**
Motion to Dismiss Due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456), Court has reviewed all briefing and will issue an order without oral argument.

First Motion for Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications re: (Doc. 445) Order on Motion for Miscellaneous Relief ( Doc. 452) is Denied.

First Motion to Extend Time 4/1/2019 First Joint Motion for Extension of Time to Disclose Anticipated Initial and Rebuttal Expert Testimony ( Doc. 498) is Denied as Moot.

Motion for Discovery: Motion for Immediate Discovery Regarding Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions (Doc. 531) discussed. Court will wait until the motion is fully briefed.

Status Reports ( Docs. 524,527,528) and all Joinders reviewed by the Court and discussed with the parties. Ongoing discovery issues between the parties discussed. Format of delivery of documents produced discussed. Government to provide Bates numbers to the exhibits to defense counsel. Counsel for defendant's oral motion for the Court to reconsider the disclosure of Jencks Material as it relates to Carl Ferrer is denied. Defendant's oral motion to extend the existing deadlines in the Scheduling order (Doc. 131) is denied without prejudice.  By 6/1/2019, parties shall file a notice with the Court on the status of the review of the servers, Jencks and proposed dates for extension of the existing deadlines in the scheduling order.

Defendant Michael Lacey's Motion to Modify Conditions of Release (Doc. 503) argued.  The motion is granted in part and denied in part as stated on the record. Court will issue an order.

| | |
|---|---|
| Court Reporter Christine Coaly | **Start:**  2:30 PM |
| **Deputy Clerk** Traci Abraham | **Stop:**  4:24 PM |