# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, | |
| Defendant. | |

Upon Defendant's Motion to Amend his Conditions of Pretrial Release, and argument before the Court on April 23, 2019, and good cause appearing,

IT IS HEREBY ORDERED granting in part and denying in part the motion.

IT IS ORDERED DENYING the motion to remove the condition of release requiring continued use of an electronic monitoring device.

IT IS ORDERED GRANING the motion by agreement of the parties, modifying release conditions to all property bond ( Doc. 65) to be replaced with substitute res of the net proceeds from the interlocutory sale of 1100 Union Street, San Francisco, California.

Dated this 23rd day of April, 2019.

Honorable Susan M. Brnovich
United States District Judge