PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email:  mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE (DOC. 538) |
| 6. Andrew Padilla, (Counts 1-51) | |
| Defendant. | |

Defendant Andrew Padilla, by and through his undersigned attorney, hereby joins in Defendants Scott Spear's Supplemental Expert Witness Disclosure (Doc. 538). Defendant Spear's supplemental expert witness disclosure applies with equal force to defendant Padilla, and defendant Padilla adopts the statements and positions set forth therein as if set forth fully herein.

RESPECTFULLY SUBMITTED this 26th day of April, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/   Michael L. Piccarreta
        Michael L. Piccarreta
        Attorney for Defendant Andrew Padilla

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones: Reginald.Jones@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
John Kucera: John.Kucera@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Kevin Rapp: Kevin.Rapp@usdoj.gov
Andrew Stone: Andrew.Stone@usdoj.gov
Thomas Bienert: tbienert@bmkattorneys.com
Paul Cambria: pcambira@lglaw.com
Robert Corn-Revere: bobcornrevere@dwt.com
Bruce Feder: bfeder@federlaw.com
James Grant: jimgrant@dwt.com
Michael D. Kimerer, mdk@kimerer.com
Gary Lincenberg: glincenberg@birdmarella.com