IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>     v.<br><br>Michael Lacey, et al.,<br><br>               Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER** |

Based on the United States' Motion to Extend Time for Filing Its Response, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to respond to Defendant Spears' Motion for Immediate Discovery Regarding Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions (doc. 531) to May 8, 2019.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

Dated this 26th day of April, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge