IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the United States' Unopposed Motion to Extend Deadline for Response to Defendants' Motion to Dismiss Indictment, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to respond to Defendants' Motion to Dismiss Indictment (doc. 539) to May 27, 2019.

**IT IS FURTHER ORDERED** that the United States is granted leave to file a response that is equal in length to Defendants' motion; accordingly, the government's response shall not exceed 45 pages.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.