James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Telephone:   (206) 757-8096
Facsimile:   (206) 757-7096
Email:       jamesgrant@dwt.com

Robert Corn-Revere (D.C. Bar No. 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone:   (202) 973-4225
Facsimile:   (202) 973-4499
Email:       robertcornrevere@dwt.com

*Counsel for Michael Lacey and James Larkin*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
BIENERT KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone:   (949) 369-3700
Facsimile:   (949) 369-3701
Email:       tbienert@bmkattorneys.com
             wbernstein@bmkattorneys.com

*Counsel for Defendant James Larkin*

Additional counsel listed on following pages

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **DEFENDANTS' AMENDED UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY ON MOTION TO DISMISS INDICTMENT** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

1  Paul J. Cambria, Jr. (Cal. Bar No. 177957, admitted *pro hac vice*)
2  Erin E. McCampbell (N.Y. Bar No. 4480166, admitted *pro hac vice*)
   LIPSITZ GREEN SCIME CAMBRIA LLP
3  42 Delaware Avenue, Suite #120
   Buffalo, NY 14202
4  Telephone:   (716) 849-1333
5  Facsimile:   (716) 855-1580
   Email:       pcambria@lglaw.com
6                emccampbell@lglaw.com

7  *Counsel for Defendant Michael Lacey*

8  Gary S. Lincenberg (Cal. Bar No. 123058, admitted *pro hac vice*)
9  Ariel A. Neuman (Cal. Bar No. 241594, admitted *pro hac vice*)
   Gopi K. Panchapakesan (Cal. Bar No. 279586, admitted *pro hac vice*)
10 BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
11 1875 Century Park East, 23rd Floor
12 Los Angeles, CA 90067-2561
   Telephone:   (310) 201-2100
13 Facsimile:   (310) 201-2110
14 Email:       glincenberg@birdmarella.com
                aneuman@birdmarella.com
15
   Michael Kimerer (Ariz. Bar No. 002492)
16 KIMERER & DERRICK, P.C.
17 1313 E. Osborn Road, Suite 100
   Phoenix, AR 85014
18 Telephone:   (602) 279-5900
19 Facsimile:   (602) 264-5566
   Email:       mdk@kimerer.com
20
   *Counsel for Defendant John Brunst*
21
22 Bruce Feder (Ariz. Bar No. 004832)
   Feder Law Office, P.A.
23 2930 E. Camelback Road, Suite 160
   Phoenix, AR 85016
24 Telephone:   (602) 257-0135
25 Facsimile:   (602) 954-8737
   Email:       bf@federlawpa.com
26              fl@federlawpa.com

27 *Counsel for Defendant Scott Spear*

28

1

By order dated May 3, 2019, the Court granted the government's request for an extension to file its response to Defendants' motion to dismiss the indictment, setting the deadline for the government's response as May 27, 2019. Doc. 557. Defendants than moved for an extension of the deadline for their reply brief on the motion, to June 17, 2019, and the government did not oppose that request. Doc. 559.

The government's counsel subsequently contacted Defendants' counsel and proposed a further two-day extension, having realized that May 27 is Memorial Day. Defendants agreed not to oppose the government's request to move its deadline to May 29, and the government likewise agreed not to oppose a corresponding two-day extension of the deadline for Defendant's reply to June 19, 2019.

As noted before (Doc. 559), the Court's May 3 Order did not expressly address the government's request for additional pages for its response brief, but Defendants understand the Order to have granted the government's request for 45 pages, in that the Court indicated it was "granting the United States' motion." Doc. 557. Defendants had previously agreed not to oppose the government's request for additional pages, if the government would agree to Defendants' request for 25 pages for their reply. However, in the May 3 Order, the Court set a 20-page limit for the reply, without Defendants having had an opportunity to make their request to the Court.

Defendants ask that the Court allow 25 pages for the reply brief, given the length of the Government's response and the importance of the constitutional issues presented by the motion to dismiss.

Defendants therefore respectfully request that the Court grant Defendants (a) an extension until June 19, 2019 to file their reply on the motion to dismiss (Doc. 561), and (b) leave to file a reply of up to 25 pages.

DATED this 8th day of May, 2019.

1

DAVIS WRIGHT TREMAINE LLP

*s/ James C. Grant*
Attorneys for Michael Lacey and James Larkin

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Attorneys for Michael Lacey

BIENERT KATZMAN, PLC
*s/ Thomas H. Bienert, Jr.*
Attorneys for James Larkin

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW
*s/ Ariel A. Neuman*
Attorneys for John Brunst

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Attorney for Scott Spear

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

*s/ James C. Grant*
Attorney for Michael Lacey and James Larkin