## DECLARATION OF JOHN J. KUCERA

I, JOHN J. KUCERA, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California and a Special Assistant United States Attorney ("SAUSA") in the District of Arizona, and I am one of the government attorneys responsible for the representation of the government's interest in the action entitled United States v. Michael Lacey, et al., CR 18-00422-SMB. I make this declaration based upon my personal knowledge and that gained by my review of official government files.

2. In March 2019, pursuant to grand jury subpoenas, the Government obtained bank documents related to the IOLTA held in the name of Mr. Bruce Feder, Defendant Spear's attorney in this matter (the "IOLTA Materials"). As part of its general protocols in this case, upon receiving the IOLTA Materials, the agents assigned to this case placed the IOLTA Materials in a document review database. Thereafter (and also as part of the general protocols), the agents culled out any documents they deemed relevant to the Backpage case and provided those documents to the AUSAs assigned to this investigation, commonly referred to as "hot docs." Here, the hot docs did not include the IOLTA Materials, and no AUSA assigned to this case has seen or reviewed the IOLTA Materials. Further, only one of the case agents assigned to this matter has reviewed the IOLTA Materials. Notwithstanding that AUSAs had not reviewed these particular documents, pursuant Fed. R. Crim. P. 16, the government provided the IOLTA Materials to Defendants' counsel.

3. Thereafter, in an email dated April 1, 2019, Defendants' counsel alerted the Government to the nature of the IOLTA Materials. The Government agreed with counsel that the IOLTA Materials were not relevant to this prosecution, and in an email dated April 4, 2019, the Government responded to Defendants' email to confirm that the AUSAs assigned to this matter never reviewed the IOLTA Materials, and the government requested that the recipients destroy and ignore the IOLTA Materials. The Government further described that it did not intend to use the IOLTA Materials in any way.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration is executed at Los Angeles, California, on
3  May 8, 2019.

                                        _____
                                        JOHN J. KUCERA