**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **FIRST MOTION (UNOPPOSED) TO EXTEND TIME TO REPLY TO THE GOVERNMENT'S RESPONSE TO [531] MOTION FOR IMMEDIATE DISCOVERY REGARDING THE GOVERNMENT'S ABUSE OF GRAND JURY AND TRIAL SUBPOENAS TO OBTAIN DEFENSE LAWYER BANK ACCOUNTS AND FOR POTENTIAL SANCTIONS [574]** |
| Scott Spear. | ) | |
| Defendant. | ) | |
| | ) | **(FIRST REQUEST)** |

The Defendant, Scott Spear, by and through his attorney undersigned, moves this Court to extend the deadline for replying to the Government's Response to [531] Motion for Immediate Discovery Regarding the Government's Abuse of Grand Jury Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions, to May 27th, 2019 for the reasons that:

    1.    The undersigned is still gathering feedback from the other attorneys and law firms whose IOLTA accounts were seized/subpoenaed; and

    2.    The Government, through its counsel Kevin Rapp, has no objection to extending the deadline to May 27th, 2019;

## MEMORANDUM OF POINTS AND AUTHORITIES

The undersigned is in the process of gathering feedback from the other attorneys and law firms whose IOLTA accounts were seized/subpoenaed by the government and needs additional time to prepare a reply. The Government, through its attorney, Kevin Rapp, has indicated there is no objection to the deadline being extended to May 27th, 2019.

It is expected that excludable delay pursuant to 18 U.S.C. §3161(h) may occur as a result of this Motion or from an order based thereon.

**RESPECTFULLY SUBMITTED** this 16th day of May, 2019.

**FEDER LAW OFFICE, PA**
/s/ Bruce Feder
Attorney for Scott Spear

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
**Peter S. Kozinets:** Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:** pcambira@lglaw.com
**James Grant:** jimgrant@dwt.com
**Erin McCampbell:** emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:** ronnielondon@dwt.com
**Janey Henze Cook:** janey@henzecookemurphy.com
**John Littrell:** jlittrell@bmkattorneys.com
**Kenneth Miller:** kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:** sweiss@karpweiss.com
**Michael Kimerer:** mdk@kimerer.com
**Tom Bienert:** tbienert@bmkattorneys.com

1. **Gary Lincenberg:** gsl@birdmarella.com
   **Ariel Neuman:** aneuman@birdmarella.com
2. *Attorneys for the Defense*
3.
4. *By: /s/ A. Jones*
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.