# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | No. 18-CR-00422-SMB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO ADJOURN DEFENDANTS' MAY 27, 2019 DEADLINE FOR RULE 26.2 MATERIALS** |

Before the Court is Defendants' Motion to Adjourn Defendants' May 27, 2019 Deadline for Rule 26.2 Material Pertaining to Witnesses.

For good cause appearing,

**IT IS ORDERED** that the otherwise applicable time for filing Defendants' Rule 26.2 Material Pertaining to Witnesses is adjourned to a time set by the Court upon consideration of Defendants' forthcoming June 1, 2019 Status Report.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of the grant of this Order.

DATED this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　　United States District Judge

3585588, 1, 064037.0001