|  |  |
|---|---|
| United States of America, | NO. CR18-00422-3 PHX SMB |
| Plaintiff, | |
| vs. | **ORDER** |
| Michael Lacey, et al., | |
| Defendant. | |

Upon Motion of Defendant, Scott Spear, by and through his attorneys, for an Order to extend the time to reply to the Government's Response to [531] Motion for Immediate Discovery Regarding the Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and For Potential Sanctions [574],

**IT IS HEREBY ORDERED** extending the time for Defendant's reply to May 27th, 2019.

Dated this 23rd day of May, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge