# Exhibit C

| | |
|---|---|
| **From:** | Rapp, Kevin (USAAZ) |
| **To:** | Bruce Feder |
| **Cc:** | Stone, Andrew (USAAZ); Jones, Reginald (CRM); Feder Law |
| **Subject:** | Re: Intro sentence for motion - not sure if Joye/Padilla are joining |
| **Date:** | Tuesday, May 21, 2019 11:32:56 AM |
| **Attachments:** | emailsignature_1ef15aa8-cd57-46f8-b1ee-c9bce7560463111.png |

Bruce:

We object for a couple of reasons. First, we don't view the scheduling order as old and feel both parties should continue to comply with the dates. Second, there is no reason why the defense cannot disclose 26.2 statements that are in your possession. Please reflect our position in any motion to extend dates that is filed on behalf of the defense. Thanks.

KMR

Sent from my iPhone

On May 21, 2019, at 12:23 PM, Bruce Feder <bf@federlawpa.com> wrote:

> All- We hope to delay the 5/27 deadline for 26.2 materials from the old scheduling order pending the discussion of deadlines in the 6/1 status as set forth below. Please let know your position so we can state it? Thanks.
>
> Bruce Feder
>
> 2930 East Camelback Road, Suite 160
>
> Phoenix, Arizona 85016
>
> (602) 257-0135
>
> bf@federlawpa.com

Confidentiality Notice
This email or fax, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 1510 *et seq*. The information contained in this electronic mail or fax transmission, including any accompanying attachment, is intended solely for its authorized recipient, and may be confidential and/or legally privileged. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing, or disclosing any of the information contained in it. In that event, please contact me immediately by telephone at (602) 257-0135 or by electronic email at bf@federlawpa.com and delete the original and all copies of this transmission, including any attachments, without reading or saving them in any manner.

**From:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Sent:** Monday, May 20, 2019 12:09 PM
**To:** Bruce Feder
**Subject:** Intro sentence for motion - not sure if Joye/Padilla are joining

      Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught, by and through their undersigned attorneys, respectfully request an adjournment of their May 27, 2019 deadline for disclosure of Rule 26.2 material, which will occur prior to the June 1, 2019 status report that this Court ordered the parties to submit on outstanding discovery and how that outstanding discovery impacts the Defendants' remaining pretrial deadlines. It is Defendants' understanding that the Court intends to address *all* remaining deadlines upon receipt of the parties' June 1, 2019 status reports (including Defendants' May 27, 2019 deadline) and this one deadline will occur prior to this Court's consideration of the June 1, 2019 status reports, which is the reason Defendants respectfully seek the adjournment of that deadline at this time.

<emailsignature_1ef15aa8-cd57-46f8-b1ee-c9bce7560463111.png>

**Erin McCampbell Paris**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
TEL 716 849 1333 x323 | FAX 716 855 1580
**email | profile | website | map | vCard**

---

**NOTICE:** This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.