**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR:  DEFENDANT**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br>     Plaintiff,<br><br>     v.<br><br>Joye Vaught,<br>     Defendant. | Case No. CR-18-422-SMB<br><br>NOTICE OF JOINDER |

PLEASE TAKE NOTICE THAT the Defendant, Joye Vaught, through her attorney, Joy Bertrand, hereby joins the Defendants' Motion to Dismiss Indictment (ECF Doc. 561).   In doing so, she adopts the facts and legal arguments presented in this Motion. Ms. Vaught hereby asks this Court to dismiss the Indictment in this matter.

RESPECTFULLY SUBMITTED this 28th day of May, 2018.

*s/Joy Bertrand*
*Joy Bertrand*
Attorney for Defendant

## CERTIFICATE OF SERVICE

On May 28, 2019, I, Joy Bertrand, attorney for the Defendant, filed the foregoing with the Arizona District Court's electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this pleading will be electronically served upon opposing counsel and co-defendants' counsel, upon its submission to the Court.

Respectfully submitted this 28th day of May, 2019.

<u>s/Joy Bertrand</u>
Joy Bertrand
Attorney for Defendant