IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER** |

　　　Based on the government's Unopposed Motion to Extend Time to File Response to Defendants' Motion to Dismiss Indictment (Third Request), and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the motion and extending the deadline for the United States to respond to Defendants' Motion to Dismiss Indictment (doc. 561) from May 29, 2019 to June 12, 2019.

　　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

　　　Dated this 28th day of May, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge