Jessica Ring Amunson (*pro hac vice*)
Tassity Johnson (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
1099 New York Avenue NW Ste 900
Washington, DC 20001
jamunson@jenner.com
tjohnson@jenner.com
*Attorneys for the DKT Liberty Project,
Cato Institute, and Reason Foundation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | No. CR-18-422-PHX-SRB<br><br>**UNCONTESTED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE DKT LIBERTY PROJECT, CATO INSTITUTE, AND REASON FOUNDATION** |

The DKT Liberty Project, Cato Institute, and Reason Foundation ("*Amici*"), move this Court for an order allowing the filing of a proposed brief, which *Amici* have lodged concurrently with this Motion, concerning the issues raised by Defendants' Motion to Dismiss the Indictment. Counsel for the United States has stated that the United States has no objection to the filing of the proposed brief from *Amici*. Defendants likewise have no objection to the filing.

The decision to grant, or deny, *amicus* briefing lies solely within a district court's jurisdiction, *Center for Biological Diversity v. United States Bureau of Land Management*, No. 09–CV–8011–PCT–PGR, 2010 WL 1452863, at *2 (D. Ariz. Apr. 12, 2010), but "[a]n *amicus* brief should normally be allowed when . . . the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (internal citations omitted). *Amici curiae* often assist in cases "of general public interest, supplementing the efforts of

counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). As further explained below, *Amici* are nonprofit organizations dedicated to protecting individual liberties, and especially those liberties guaranteed by the Constitution of the United States, against all forms of government interference. They submit that their expressed views may assist the Court in its task of deciding the Motion to Dismiss the Indictment.

The DKT Liberty Project was founded in 1997 to promote individual liberty against encroachment by all levels of government. The Liberty Project is committed to defending privacy, guarding against government overreach, and protecting every American's right and responsibility to function as an autonomous and independent individual. The Liberty Project espouses vigilance over regulation of all kinds, but especially those that restrict individual civil liberties. The Liberty Project's founder has a unique perspective on the issues before this Court because he was the subject of a similar prosecutorial campaign to silence his First Amendment rights approximately three decades ago. *See United States v. PHE, Inc.*, 965 F.2d 848 (10th Cir. 1992). The Liberty Project has filed several briefs as *amicus curiae* in the United States Supreme Court and the courts of appeals on issues involving the First Amendment.

The Cato Institute was established in 1977 as a nonpartisan public policy research foundation dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Robert A. Levy Center for Constitutional Studies was established to restore the principles of limited constitutional government that are the foundation of liberty. Toward those ends, Cato publishes books and studies, conducts conferences and forums, and produces the annual *Cato Supreme Court Review*.

Reason Foundation is a national, nonpartisan, and nonprofit public policy think tank, founded in 1978. Reason's mission is to advance a free society by applying and promoting libertarian principles and policies—including free markets, individual liberty, and the rule of law. Reason supports dynamic market-based public policies that allow

and encourage individuals and voluntary institutions to flourish. Reason advances its mission by publishing *Reason* magazine, as well as commentary on its websites, and by issuing policy research reports. To further Reason's commitment to "Free Minds and Free Markets," Reason participates as *amicus curiae* in cases raising significant constitutional or legal issues.

The proposed brief reflects *Amici*'s extensive experience with the jurisprudence on the First Amendment's presumptive protection of speech—including unpopular, sexually oriented speech—against government infringement. The proposed brief also details *Amici*'s arguments that criminal liability cannot be imposed absent the requisite *mens rea*, particularly where criminal statutes touch and concern protected sexually oriented speech, to preserve the finely-drawn lines between protected and unprotected speech the Supreme Court has established. *Amici* submit that their experience with the Supreme Court's precedent on these issues will assist the Court in deciding Defendants' Motion to Dismiss the Indictment.

DATED this 28th day of May, 2019.

JENNER & BLOCK LLP

By: /s/ Jessica Ring Amunson
Jessica Ring Amunson (*pro hac vice*)
   *Counsel of Record*
Tassity Johnson (*pro hac vice* forthcoming)
1099 New York Ave., NW, Suite 900
Washington, DC  20001

*Attorneys for The DKT Liberty Project, Cato Institute, and Reason Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Jessica Ring Amunson