Paul F. Eckstein (#001822)
PEckstein@perkinscoie.com
Daniel C. Barr (#010149)
DBarr@perkinscoie.com
John H. Gray (#028107)
JHGray@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
DocketPHX@perkinscoie.com

Kathleen E. Brody (#026331)
KBrody@acluaz.org
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  602.650.1854

*Attorneys for Amicus ACLU of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | No. CR-18-422-PHX-SMB<br><br>**ACLU OF ARIZONA'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF REGARDING FIRST AMENDMENT CONSIDERATIONS** |

Pursuant to Fed. R. Civ. P. 7 and LRCiv 7.2, the ACLU of Arizona, the state affiliate of the national American Civil Liberties Union ("ACLU") moves for leave to file an *amicus curiae* brief narrowly focused on First Amendment issues at issue in this case. The parties do not oppose this Motion.

The ACLU is a statewide nonpartisan, nonprofit organization with a long history of protecting the constitutional rights of Arizona's people. Part of that history has included filing lawsuits and amicus curiae briefs in both state and federal courts on a wide range of constitutional and other civil rights issues, including the First Amendment. This case raises important free speech concerns that are at the core of the ACLU's mission. The ACLU, therefore, requests that the Court accept its brief as filed and consider it in connection with Defendants' pending motion to dismiss and, if necessary, throughout the remainder of the case.

A copy of the proposed brief has been lodged with this Motion.

Dated: May 28, 2019

**PERKINS COIE LLP**

By: */s/ Daniel C. Barr*
Paul F. Eckstein (#001822)
Daniel C. Barr (#010149)
John H. Gray (#028107)
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

**ACLU FOUNDATION OF ARIZONA**
Kathleen E. Brody
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

*Attorneys for Amicus ACLU of Arizona*

**CERTIFICATE OF SERVICE**

☒    I hereby certify that on May 28, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

<i>s/ Marie van Olffen</i>

78204-0012/144515571.1