UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>        Defendants. | No. CR-18-422-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING ACLU OF ARIZONA'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF REGARDING FIRST AMENDMENT CONSIDERATIONS** |

Having reviewed the ACLU of Arizona's Unopposed Motion for Leave to File *Amicus Curiae* Brief Regarding First Amendment Considerations, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the ACLU of Arizona's *Amicus Curiae* Brief Regarding First Amendment Considerations, which was lodged with the Motion for Leave, shall be deemed properly filed.