UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　　Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

　　　　Having reviewed the DKT Liberty Project, Cato Institute, and Reason Foundation's Unopposed Motion for Leave to File *Amicus Curiae* Brief, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the Motion is GRANTED.  Doc. 619.

　　　　IT IS FURTHER ORDERED that the *Amicus Curiae* Brief, which was lodged with the Motion for Leave, shall be properly filed.

　　　　Dated this 29th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　　　　　United States District Judge