# Exhibit A

| | |
|---|---|
| **From:** | Jones, Reginald (CRM) |
| **To:** | Paul Cambria; Tom Bienert; Ariel A. Neuman; Bruce Feder; Whitney Bernstein; Erin E. McCampbell (emccampbell@lglaw.com); "gpanchapakesan@birdmarella.com" (gpanchapakesan@birdmarella.com); glincenberg@birdmarella.com; "joyous@mailbag.com"; "david@deisenbergplc.com" |
| **Cc:** | Rapp, Kevin (USAAZ); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Kucera, John (USACAC) |
| **Subject:** | RE: Updated Exhibit List with Bates Numbers |
| **Date:** | Wednesday, May 29, 2019 5:54:42 PM |
| **Attachments:** | Exhibit List Updated 5.29.19.pdf |

Dear Counsel:

Please find attached an updated and revised preliminary exhibit list with DOJ-BP Bates numbers for approximately 90% of the government's exhibits. We'll continue to periodically provide you with an updated and revised preliminary exhibit list in the coming weeks. (This will include adding DOJ-BP Bates numbers for the approximately 10% of documents that do not already contain a DOJ-BP Bates number.)

Additionally, approximately 20 out of the nearly 1,100 exhibits contain a Bates prefix of DOJ-AZGJ. As you are aware, documents beginning with prefix DOJ-AZGJ are documents Backpage Defendants Bates labeled and provided to us in September 2017 and we subsequently re-disclosed to you. (Backpage Defendants also previously provided these documents to the U.S. Senate Permanent Subcommittee on Investigations in 2016 as part of its investigation into Backpage.) Nevertheless, we will update the DOJ-AZGJ Bates numbered documents on the exhibit list with the corresponding DOJ-BP Bates numbers and provide the updated Bates numbers to you in the coming weeks.

Thanks,
Reggie

**Reginald E. Jones**
**U.S. Department of Justice, Criminal Division**
T: 202.616.2807 | reginald.jones4@usdoj.gov