## Index of Exhibits

Exhibit A:  Michael Piccarreta's May 1, 2018 Letter to AUSAs Rapp and Lanza

Exhibit B:  Whitney Z. Bernstein's May 23, 2019 Letter to AUSAs Jones and Rapp

Exhibit C:  AUSA Rapp's December 10, 2018 Letter to Defense Counsel

Exhibit D:  Government Discovery Production Discovery Letters