UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR 18-00422-PHX-SRB |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| Andrew Padilla, et al., | |
| Defendant. | |

Upon the motion of the Defendant Andrew Padilla to continue trial and to set this matter for a status conference to fix a new trial date and to extend dates pertaining to scheduling currently set in the Court's Scheduling Order (Doc. 131), after considering the position taken by counsel for the United States in opposition to the motion and good cause appearing,

**IT IS HEREBY ORDERED** granting the Defendant's motion (Doc.    ) for the reasons stated in the motion, including that defense counsel needs additional time to prepare the case for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** vacating the trial date of January 15, 2020, and setting trial at a date and time to be determined.

**IT IS FURTHER ORDERED** setting this matter for a scheduling conference on _____, 2019 at _____, o'clock in Courtroom 506.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) & (B) _____ will commence on _____ for a total of ____ days.

DATED

Susan M. Brnovich<br>United States District Judge