DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1550
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: (602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>    v.<br><br>Andrew Padilla,<br><br>           Defendant. | CR 18-00422-06-PHX-SMB<br><br>**DEFENDANT PADILLA'S MOTION TO WAIVE THE PRESENCE OF THE DEFENDANT AND THE APPEARANCE OF DEFENSE COUNSEL AT STATUS CONFERENCE SET FOR JUNE 24, 2019** |

Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant Padilla's motion to waive his presence and excuse the appearance of undersigned counsel at the status conference set for June 24, 2019 (Dkt. 621).

The grounds for these requests are that Mr. Padilla resides in the Dallas, Texas area. It will be a financial hardship for him to travel to Phoenix to attend this conference.

In undersigned counsel's case, who was appointed to represent Mr. Padilla on May 3, 2019 (Dkt. 565), in January of this year he and his family arranged and paid for travel outside of the United States, which includes the date set for the status conference. However, counsel has arranged with Joy Bertrand, Esq., counsel for co-defendant Joye Vaught, to stand-in for him at the status conference, including for the purpose of representing to the Court the Defendant's position on scheduling matters in this case.

Accordingly, the Defendant and counsel respectfully request that the Court enter an order waiving the Defendant's appearance for the status conference set for June 24, 2019, and excusing counsel from appearing on that date.

It is not expected that excludable delay pursuant to Title 18, United States Code, Sections 3161, et seq. will occur as a result of this motion or from an order based thereon.

Respectfully submitted this 7th day of June, 2019.

*s/ David Eisenberg*
DAVID EISENBERG
Attorney for Andrew Padilla

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov
Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Reeve:  bobcornrevere@dwt.com
Bruce Feder:  bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Gary Lincenberg:  glincenberg@birdmarella.com

    *s/ David Eisenberg*
      David Eisenberg