UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR 18-00422-PHX-SRB |
|---|---|
| Plaintiff, | |
| v. | **O R D E R** |
| Andrew Padilla, et al., | |
| Defendant. | |

Upon the motion of the Defendant Andrew Padilla to waive his presence and to excuse his attorney from appearing at the status conference set for June 24, 2019, at 11:00 a.m., for good cause shown,

**IT IS HEREBY ORDERED** granting the Defendant's motion (Doc.   ) for the reasons stated in the motion and waiving the presence of Defendant Padilla and excusing the appearance of counsel for the Defendant at the status conference.

**IT IS FURTHER ORDERED** that no excludable delay under Title 18 U.S.C. § 3161 will occur as a result of this Order.

DATED

Susan M. Brnovich
United States District Judge