MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Michael Lacey, et al.,<br><br>                    Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |

The United States moves for leave to exceed the page limit for its Response to Defendants' Motion to Dismiss Indictment (Doc. 561). A response brief is limited to 17 pages by the Local Rules. *See* LRCiv 7.2(e)(1). Defendants sought and received leave to file an over-length 45-page motion. (Docs. 540, 560.) In the government's first unopposed

1   motion to extend the deadline for its response, it requested leave to file a response that was

2   equal in length, *i.e.*, a brief that does not exceed 45 pages.  (Doc. 554 at 2.)   In its Order

3   granting the government's unopposed motion, the Court limited Defendants' reply to 20

4   pages, but was silent as to the length of the government's response.  (Doc. 567.)  Out of an

5   abundance of caution, and to respond fully to Defendants' Motion, the government

6   respectfully seeks leave to file the 45-page Response lodged herewith.

7         A proposed form of Order is attached.

8         Respectfully submitted this 12th day of June, 2019.

9                                        MICHAEL BAILEY
                                         United States Attorney
10                                       District of Arizona

11                                       *s/ Peter S. Kozinets*
                                         KEVIN M. RAPP
12                                       MARGARET PERLMETER
                                         PETER S. KOZINETS
13                                       ANDREW C. STONE
                                         Assistant U.S. Attorneys
14
                                         JOHN J. KUCERA
15                                       Special Assistant U.S. Attorney

16                                       BRIAN BENCZKOWSKI
                                         Assistant Attorney General
17                                       U.S. Department of Justice
                                         Criminal Division, U.S. Department of Justice
18
                                         REGINALD E. JONES
19                                       Senior Trial Attorney
                                         U.S. Department of Justice, Criminal Division
20                                       Child Exploitation and Obscenity Section

21

22

23

24

25

26

27

28

1

2

## **CERTIFICATE OF SERVICE**

3

4

    I hereby certify that on June 12, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

5

6

_s/ Angela Schuetta_
Angela Schuetta
U.S. Attorney's Office

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28