IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER** |

Based on the United States' Motion For Leave To Exceed Page Limit, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that the United States' Response to Defendants' Motion to Dismiss Indictment, which was lodged with the Motion for Leave, shall be deemed properly filed.