Case: 2:18-cr-00422-SMB

**FILED** ✓  _____ LODGED
_____ RECEIVED  _____ COPY

JUN 1 8 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Royce Corley #68011-054
DANBURY-CT-DANBURY-FCI
FEDERAL CORRECTIONAL INSTITUTION
RTE. 37
DANBURY, CT 06811

#622

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX
AZ 852
31 MAY '19
PM 4 L

NEOPOST
05/31/2019
US POSTAGE $00

**RETURN TO SENDER:**
_____ UNKNOWN: NEED NAME &/OR CORRECT NUMBER
_____ UNAUTHORIZED CORRESPONDENCE. INMATE TO
INMATE NEEDS APPROVAL FROM BOTH WARDENS
_____ NO AUTHORIZATION ON FILE: OVER 1 LB WITH
UNKNOWN CONTENTS & NO AUTH. TO RECEIVE
_____ INMATE IS NOT LOCATED AT FCI DANBURY, CT
_____ STAFF NO LONGER WORKS HERE

RECEIVED
JUN 1 9 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA