Paul Nathanson (*pro hac vice*)
Erik Herron (*pro hac vice*)
Davis Polk & Wardwell LLP
901 15th St. NW
Washington, D.C. 20005
(202) 962-7055
paul.nathanson@davispolk.com
*Attorneys for Equality Now*

David Boies (*pro hac vice*)
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com
*Attorney for Legal Momentum, Sanctuary for Families, United Abolitionists, Inc., and National Coalition Against Domestic Violence*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>- v -<br><br>Michael Lacey, *et al.*,<br><br>           Defendants. | NO. CR-18-422-PHX-SMB<br><br>**UNCONTESTED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* EQUALITY NOW, LEGAL MOMENTUM, SANCTUARY FOR FAMILIES, UNITED ABOLITIONISTS, INC., AND NATIONAL COALITION AGAINST DOMESTIC VIOLENCE** |

Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionists, Inc., and National Coalition Against Domestic Violence ("*Amici*") move this Court for an order allowing the filing of a proposed brief, which *Amici* have lodged concurrently with this Motion, concerning the issues raised by Defendants' Motion to Dismiss the Indictment.  Counsel for the United States has stated that the United States has no objection to the filing of the proposed brief from *Amici*.  The Defendants take no position on the filing.

The decision to grant, or deny, *amicus* briefing lies solely within a district court's jurisdiction, *Center for Biological Diversity v. United States Bureau of Land Management*, No. 09-cv-8011-PCT-PGR, 2010 WL 1452863, at *2 (D. Ariz. Apr. 12, 2010), but "[a]n *amicus* brief should normally be allowed when . . . the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (internal citations omitted). *Amici curiae* often assist in cases "of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). As further explained below, *Amici* are nonprofit organizations dedicated to protecting and advocating for women and children.

Equality Now is an international human rights organization that advocates for the protection and promotion of the rights of women and girls worldwide, with a membership network of individuals and organizations in more than 160 countries. Founded in 1992, Equality Now has a long history of working on issues of sex trafficking and sexual exploitation and has been involved in advocating for action against websites that facilitate sex trafficking for over 10 years.

Legal Momentum, the Women's Legal Defense and Education Fund, is a national nonprofit gender justice advocacy organization. For nearly 50 years, Legal Momentum has been advancing equal rights for girls and women through legislative efforts, impact litigation, and direct representation of clients. Its areas of focus have included employment law, campus safety, sports, and all forms of gender-based violence. Legal Momentum considers sex trafficking to be one of the most extreme forms of violence against women and is involved in efforts to end gender-based violence perpetrated online. As part of these efforts, Legal Momentum has partnered with nonprofit organizations and cities throughout the country to end online commercial sexual exploitation of women and girls, including sex trafficking on Backpage.com ("Backpage"). Additionally, for four

decades, through its award-winning National Judicial Education Project, Legal Momentum has been educating judges and court officials on issues related to gender-based violence against girls and women, including cyber-related violence.

Sanctuary for Families ("Sanctuary") is New York's largest dedicated service provider and advocate for victims of domestic violence, human trafficking, and related forms of gender violence.  Every year, Sanctuary provides legal, clinical, shelter and economic empowerment services to over 15,000 victims and their children.  Sanctuary provides training on domestic violence and sex trafficking to community advocates, pro bono attorneys, law students, service providers and the members of the judiciary. Sanctuary seeks to advance and protect the rights and interests of sex trafficking victims, and to prevent future victimization. Sanctuary thus has a substantial interest in preventing the illegal marketing and sale of sex trafficking victims on Backpage.com. Because Sanctuary has extensive experience assisting sex trafficking victims and addressing ways to eliminate sex trafficking, Sanctuary is uniquely positioned to inform the Court regarding issues relevant to this case. In addition, owing to the public interest nature of the case as well as the important effects that this case may have on the momentum gained to ensure that websites that facilitate and profit from sex trafficking are no longer free from liability, Sanctuary for Families has a strong interest in the outcome of the case.

United Abolitionist, Inc., d.b.a. Florida Abolitionist, Inc. ("Florida Abolitionist"), is a non-profit, antitrafficking organization committed to the prevention of sex trafficking and to crisis intervention for sex trafficking victims.

The National Coalition Against Domestic Violence ("NCADV") is the nation's oldest national grassroots domestic violence organization.  NCADV's mission is to lead, mobilize, and raise our voices to support efforts that demand a change of conditions that lead to domestic violence such as patriarchy, privilege, racism, sexism, and classism—the same conditions that perpetuate commission of crimes such as sex trafficking.  Domestic violence and sex trafficking can overlap, with survivors of domestic violence also being

victims of sex trafficking.  NCADV is dedicated to supporting survivors and holding offenders accountable.

The *Amici* maintain a strong interest in the outcome of the case because of the public interest nature of the suit, and the important effects that this case may have on the ability to ensure that websites that facilitate and profit from sex trafficking are no longer free from liability.

The proposed brief reflects *Amici*'s extensive experience with the harms to women and children caused by sex trafficking linked to Backpage.  *Amici* submit that their experience on these issues will assist the Court in deciding Defendants' Motion to Dismiss the Indictment.

Dated this 19th day of June, 2019

DAVIS POLK & WARDWELL LLP

By: /s/ Paul J. Nathanson
Paul J. Nathanson (*pro hac vice*)
Erik Herron (*pro hac vice*)
Davis Polk & Wardwell LLP
901 15th St. NW
Washington, D.C. 20005
(202) 962-7055
paul.nathanson@davispolk.com
*Attorney for Equality Now*

BOIES SCHILLER FLEXNER LLP

By: /s/ David Boies
David Boies (*pro hac vice*)
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-7200
dboies@bsfllp.com
*Attorney for Legal Momentum, Sanctuary for Families, United Abolitionists, Inc., and National Coalition Against Domestic Violence*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Paul Nathanson*