# Exhibit H

Report Ad

# Get freaky Tuesday .. Come spend ur day with us - 19

Posted: Tuesday, September 10, 2013 3:54 PM

Reply: click here



Enlarge Picture





Enlarge Picture

Our dazzling smile & stunning personality will keep you coming back for more. We keep ourselves well manicured, hygienically correct & always classy!
Doin incalls and outcalls
2 girl for 1 or 2 girl special
Call or text us ::: five0eight-nine33-███

Poster's age: 19

- Location: Worcester, West borough & route 9

- Post ID: 24781462 worcester

- Other ads by this user:

  Get it how u want It... Late night fun - 19 📷 (West borough & route 9)
  adult entertainment: escorts

| | | |
|---|---|---|
| **** 50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - tacoma escorts - backpage.com | (253) 581-▓▓▓▓ (253) 208-▓▓▓▓ | 2014-01-27 12:21:00 |



****01/31: I AM AVAILABLE ** I DESPERATELY NEED SOME HELP! I AM NOT GETTING ANY CALLS WHATSOEVER. I AM 2 MONTHS BEHIND ON MY BILLS BECAUSE OF THIS. I AM IN DANGER OF GETTING EVICTED & LOSING EVERYTHING! CAN SOMEONE HELP ME PLEASE? I NEED SOME WORK PLEASE! **** I am not a Pro ***** **** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde* ***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ******** ***Come* Relax* With* Me... ***Find out for yourself what others fantasize about having **** ******* I offer Companionship******************* **********Free 10 Minute Sensual Massage ************** *******100% Independent & Safe *********** ****** I have a Private * Discrete Location **** ***** Please CALL ME for an appointment.You wont be disappointed. *** *****253.581.▓▓▓▓ - Ask for ▓▓▓▓ ****** 253.208.▓▓▓▓ - Cell ******** My donation is very reasonable ********* *******I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ********************* ****** I AM WELL WORTH THE TIME TO COME SEE ME!! ****** **IF YOU ARE a BSER, FLAKE , OR NO SHOW TYPE OF PERSON PLEASE DO NOT CALL ME.**** ****** As of 1/31/14 My Rent,Phone,Cable bills are all also 2 months late and I need some help with them please**** IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.**** *****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************ More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391▓▓▓▓***This is not an offer for prostitution. All donations are for my time and companionship only ***



| | | | |
|---|---|---|---|
| ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! *** 24/7 - Washington escorts - backpage.com | (253) 581-▮▮▮▮ | 2015-09-13 19:50:00 | ** 09/13 1 AM CURRENTLY AVAILABLE ***I AM NOT A PRO ***** **** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde* ***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ******** ***Come* Relax* With* Me... ***Find out for yourself what others fantasize about having **** 253.581.▮▮▮▮ - ▮▮▮▮ - No texts * This is not an offer of prostitution. All donations are for my time or companionship only.* |