# Exhibit I

# backpage.com

tacoma, wa  free classifieds

backpage.com > tacoma adult entertainment > tacoma escorts

## **** 50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Monday, June 10, 2013 10:26 AM

Report Ad

**Reply**: click here

\*\*\*\*\*\* I AM NOT A PRO \*\*\*\*\*

\*\*\*\* 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
\*\*\*\*\* *Midnight*Blue*Eyes* - *Stunning*Good*Looks* \*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*Come Relax With Me.....
\*\*\*You'll feel like you are in Heaven and want to come back for more...
\*\*\*Find out for yourself what others fantasize about having.

\*\*\*\*\*\*\* I offer Companionship \*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\* FREE 10 MIN SENSUAL THERAPY MASSAGE INCLUDED\*\*\*\*\*\*\*\*

\*\*\*\* I have a Private, Discrete location \*\*\*\*\*

\*\*\*\*\*\*\*\*100% Independent & Safe\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\* Please call me for an appointment.You wont be disappointed \*\*\*\*\*

\*\*\*\* 253.581.▒▒▒ - Ask for ▒▒▒ \*\*\*\*\*

\*\*\*\*\*\*\*\* My donation is very reasonable \*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\* I AM WELL WORTH THE TIME TO COME SEE ME!! \*\*\*\*\*\*\*

\*\* AS OF 06/17/13, I DESPERATELY NEED TO PAY MY RENT,PHONE,CABLE & ELECTRIC BILLS, WHICH ARE ALL NOW 2 MONTHS PAST DUE. IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.\*\*\*\*

\*\*\*\*\*CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS\*\*\*\*\*\*\*\*\*\*\*\*

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391▒▒▒

\*\*\*This is not an offer for prostitution. All donations are for my time and companionship only \*\*\*

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

**Email this ad**

Enlarge Picture

**** 50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - tacoma escorts - backpage.com

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.