UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br>　　　　Plaintiff,<br>　v.<br>Andrew Padilla, et al.,<br>　　　　Defendant. | CR 18-00422-6-PHX-SRB<br><br>**O R D E R** |

　　Upon the motion of the Defendant Andrew Padilla to waive his presence and to excuse his attorney from appearing at the status conference set for June 24, 2019, at 11:00 a.m., for good cause shown,

　　**IT IS HEREBY ORDERED** granting the Defendant's motion (Doc. 630) for the reasons stated in the motion and waiving the presence of Defendant Padilla and excusing the appearance of counsel for the Defendant at the status conference.

　　**IT IS FURTHER ORDERED** that no excludable delay under Title 18 U.S.C. § 3161 will occur as a result of this Order.

　　　　DATED this 21st day of June, 2019.

　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　United States District Judge