# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Michael Lacey, et. al.,<br><br>        Defendants. | No. CR-18-00422-001-PHX-SMB<br><br>**ORDER** |

Having reviewed Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence's Motion for Leave to File Brief of *Amici Curiae* Equality Now and Legal Momentum, and good cause appearing,

IT IS HEREBY ORDERED that the Motion for Leave to File Brief of *Amici Curiae* Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence is GRANTED.

IT IS FURTHER ORDERED that Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence's *Amici Curiae* Brief shall be filed with the Court.

Dated this 21st day of June, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge