Robert Corn-Revere (D.C. Bar No. 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone:    (202) 973-4225
Facsimile:    (202) 973-4499
Email:        robertcornrevere@dwt.com

James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Telephone:    (206) 757-8096
Facsimile:    (206) 757-7096
Email:        jamesgrant@dwt.com

*Counsel for Michael Lacey and James Larkin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **MOTION TO EXTEND DEADLINE AND PAGE-LIMIT FOR REPLY TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS INDICTMENT** |
| v. | |
| Michael Lacey, *et al.*, | (Second Request for Extension of Time) |
| Defendants. | |

Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear, by and through their undersigned attorneys, respectfully move the Court to extend the deadline for replying to the Government's Response to Motion to Dismiss Indictment for two-weeks, until July 17, 2019, and to expand the page-limit to allow a reply of no more than 30 pages.

On May 3, 2019, Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear filed a Motion to Dismiss Indictment (Doc. 561). The Government moved to extend the time to respond to the Motion to Dismiss until June 12, 2019, which was granted. (Doc. 618). The reason for the government's request was the anticipated filing of amicus briefs supporting Defendants. In its unopposed request, the government indicated it would not oppose a corresponding extension for Defendants' reply. (Doc. 612). At the time Defendants suggested their intention to seek a two-week extension, *amici* supporting the government had not yet made their presence known or contacted Defendants seeking consent to file.

The Court granted the Government's extension motion on May 28, 2019 (Doc. 618), and the Government filed its response on June 12, 2019. On June 19, 2019, Defendants Lacey, Larkin, Brunst, and Spear filed an unopposed motion for a two-week extension of time to file their reply to the Government's response. (Doc. 642). By the time of this filing, potential *amici* supporting the government had sought consent from the parties but it was unknown when a brief would be filed, and Defendants' motion accordingly noted that once *amici* filed, further adjustment of the reply deadline, and possibly of the page limit, might become necessary. When Defendants filed that motion (Doc. 642), however, they had not yet seen the sixteen-page *amicus* brief supporting the Government submitted by Legal Momentum, Equality Now, National Coalition Against

1

Domestic Violence, Sanctuary for Families, and United Abolitionist Incorporated. (Doc. 641).[1]

Defendants hereby request a further extension of time, and expansion of the page limit, so that their reply to response to motion to dismiss can address the matters raised in the *Amicus Curiae* Brief.  While an extension of one week might be in order in the ordinary course, a July 10, 2019 deadline is not feasible with the intervening July Fourth holiday and the July 9, 2019 argument date in the Ninth Circuit in *Any and All Funds Held in Republic Bank Accounts*, No. 18-56544, relating to the Government's civil seizures of Defendants' assets in connection with this criminal action.  Accordingly, an additional week is requested, so that Defendants' reply to the response to Motion to Dismiss Indictment will be due on July 17, 2019.  Defendants also ask that the Court extend the page limit to allow Defendants no more than 30 pages for their reply.  Counsel for Defendants Lacey, Larkin, Brunst, and Spear conferred with counsel for the Government and are informed that the Government does not consent to this request (*see* Doc. 645).

The Government explains its opposition to this request in its motion for an extension of time to file an opposition to the motion to compel.  (Doc. 645).  It expressed "confusion" as to "why less than 24 hours after filing a request for a two-week extension, Defendants need another two weeks for their reply, especially when Defendants have long known about the Ninth Circuit argument, and Defendants had received the amici brief before filing their first extension request."  *Id*. at 2.  There is no reason for the Government to be confused.

As the Government is aware, Defendants arranged for prior consent for a reciprocal two-week extension before *amici* appeared, and the Motion acknowledged the potential need for further adjustment.  Although the *amicus* brief was filed the same

---

[1] Counsel for amicus represented that its brief would be on behalf of just two organizations, Legal Momentum and Equality Now.  Contrary to that representation, upon reviewing the brief, Defendants learned it was filed on behalf of five organizations.

day as Motion for extension of time, Defendants had not yet seen it.  As noted above, Defendants normally would have requested a one-week extension to facilitate a response to the additional brief, but are seeking two weeks because of the intervening holiday and the Ninth Circuit argument.  The Government correctly notes that the parties have been aware of the Ninth Circuit argument for some time, but Defendants did not anticipate how accommodating the Government's successive extension requests would lead to the scheduling difficulty.  The request to extend the page limit is self-explanatory—to enable Defendants to respond to an additional brief that was not contemplated when the original limit was established.  Given the multiple proceedings and the complexity of the issues involved, providing some additional time and extra pages will not prejudice the Government and will facilitate sound deliberation.

Therefore, Defendants request that the Court extend the time for their reply to the response to the Motion to Dismiss indictment until July 17, 2019, and to allow them no more than 30 pages for the reply.

DATED this 22nd day of June, 2019.

DAVIS WRIGHT TREMAINE LLP
s/ James C. Grant
s/ Robert L. Corn-Revere
Attorneys for Michael Lacey and James Larkin

1
2
3

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2018) § II(C)(3), James C. Grant hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

4
5

<u>*s/ Paul J. Cambria, Jr.*</u>
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Michael Lacey

6
7
8

<u>*s/ Thomas H. Bienert, Jr.*</u>
BIENERT | KATZMAN PC
Attorneys for James Larkin

9
10
11

<u>*s/ Ariel A. Neuman*</u>
BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG AND RHOW
Attorneys for John Brunst

12
13
14

<u>*s/ Bruce Feder*</u>
FEDER LAW OFFICE PA
Attorney for Scott Spear

15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' MOTION TO EXTEND DEADLINE AND PAGE-LIMIT FOR REPLY

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/Doc. system, and that service will be accomplished by the CM/Doc. system to all counsel of record.

*s/ James C. Grant*
Attorney for Michael Lacey and James Larkin

DEFENDANTS' MOTION TO EXTEND DEADLINE AND PAGE-LIMIT FOR REPLY