**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** June 24, 2019 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**AMENDED**
**Assistant U.S. Attorney:** Kevin Rapp, Reginald E. Jones, Andrew Stone, John Kucera, Peter Kozinets

**Defendant-1: Michael Lacey**
Interpreter: N/A
Attorney for Defendant: Paul Cambria, Janey Henze-Cook, Tom Henze, James Grant, Retained
Defendant:   Present   X Not Present/Waived   ☒ Released ☐ Custody

**Defendant-2: James Larkin**
Interpreter: N/A
Attorney for Defendant: James Grant, Whitney Bernstein, Retained
Defendant:  ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody ☐ Summons ☐ Writ

**Defendant-3: Scott Spear**
Interpreter: N/A
Attorney for Defendant: Bruce Feder, Retained
Defendant:  ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody ☐ Summons ☐ Writ

**Defendant-4: John Brunst**
Interpreter: N/A
Attorney for Defendant: Ariel Neuman and Michael Kimerer, Retained
Defendant:  ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody ☐ Summons ☐ Writ

**Defendant-6: Andrew Padilla**
Interpreter: N/A
Attorney for Defendant: Joy Bertrand for David Eisenberg, CJA
Defendant:  ☐ Present  ☒ Not Present  ☒ Released/Waived   ☐ Custody ☐ Summons  ☐ Writ

**Defendant-7: Joye Vaught**
Interpreter: N/A
Attorney for Defendant: Joy Bertrand, CJA

| | |
|---|---|
| USA v. Lacey et al | **Date:** June 24, 2019 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

**Defendant:**  ☐ Present  ☒ Not Present   ☒ Released/Waived    ☐ Custody  ☐ **Summons**   ☐ Writ

**Status hearing held.  Defendant's motion to extend deadline for reply to response to defendant's motion to dismiss indictment is granted to 7/17/2019. Court order to be entered.  Motions (Docs. 651,652 and 653) are withdrawn. Motion (Doc. 650) is deemed moot. Defendant's request to exceed the page limit is denied. Defendants are limited to 20 pages.**

**Government motion for extension of time to file response to defendant's motion to compel ( Doc. 645) is granted.  The response will be due on 7/15/2019. The reply will be due 8/5/2019.**

**Defendant Andrew Padilla's motion to continue trial joined by defendant Joye Vaught (Doc. 628) discussed.  Counsel are working with the Ninth Circuit's complex case budgeting coordinator, Kristen Fox and have a meeting on 7/2/2019.  Motion taken under advisement.**

**Parties status reports and supplemental (Docs. 626,627 and 639) discussed.**

**A hearing on the motion to dismiss (Doc. 561) is set for 8/19/2019 at 10:00 a.m. Court will allow 30 minutes for argument.**

**A hearing on the motion to compel (Doc. 643) is set for 9/13/2019 at 11:00 a.m. Court will allow 30 minutes for argument.'**

**Scheduling order (Doc. 131) discussed. The deadlines for motions in limine, jury questionnaire and screening deadine, the responses to motions in limine are vacated and will be reset pending the ruling on the motion to continue trial.  The deadline for preliminary exhibit and witness list is affirmed on 7/1/2019 with the exception of defendants Padilla and Vaught. Remaining deadlines are affirmed pending ruling on the motion to continue trial.**

| | |
|---|---|
| Court Reporter Charlotte Powers | **Start:  11:09 AM** |
| **Deputy Clerk** Traci Abraham | **Stop:  12:07 PM** |