Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | CASE NO. 2:18-cr-00422-SMR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT JOHN BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S APRIL 22, 2019 ORDER TO PRODUCE JENCKS ACT MATERIAL FOR WITNESS CARL FERRER; ORDER TO SHOW CAUSE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |
|  | Assigned to Hon. Susan M. Brnovich, Courtroom 506 |

3588936.2

Case No. 2:18-cr-00422-004-SMR

[PROPOSED] ORDER GRANTING MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S APRIL 22, 2019 ORDER TO PRODUCE JENCKS ACT MATERIAL FOR WITNESS CARL FERRER

1  The Court, having read and considered the Defendant John Brunst's Motion
2  to Compel Government Compliance With Court's April 22, 2019 Order To Produce
3  Jencks Act Material For Witness Carl Ferrer ("Motion'), and good cause having
4  been shown, IT IS HEREBY ORDERED THAT:
5  Defendant John Brunst's Motion is GRANTED.
6  IT IS HEREBY ORDERED that the government shall immediately produce
7  all Jencks Act material for witness Carl Ferrer, and any other Jencks Act material
8  currently in the government's possession, to counsel for Mr. Brunst.
9  IT IS FURTHER ORDERED that by no later than July 30, 2019, the
10 government shall file a brief showing cause as to why it should not be sanctioned for
11 its unilateral violation of the Court's April 22, 2019 Order.
12
13 DATED:
14
15
16                                   _____
                                     Susan M. Brnovich
17                                   United States District Judge
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2019, I electronically transmitted the foregoing [Proposed] Order Defendant John Brunst's Motion To Compel Government Compliance With Court's April 22, 2019 Order To Produce Jencks Act Material For Witness Carl Ferrer; Order to Show Cause to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein wbernstein@bienertkatzman.com
Anne Michelle Chapman, anne@mscclaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Anthony R. Bisconti, tbisconti@bienertkatzman.com
Bruce S. Feder, bf@federlawpa.com
James C. Grant, jimgrant@dwt.com
Lee David Stein, lee@mscclaw.com
Paul J. Cambria, pcambria@lglaw.com
Robert Corn-Revere, bobcornever@dwt.com
Ronald Gary London, ronnielondon@dwt.com
Janey Henze Cook, janey@henzecookmurphy.com
John Lewis Littrell, jlittrell@bmkattorneys.com
Seetha Ramachandran, Seetha.Ramachandran@srz.com
Thomas H. Bienert, Jr. tbienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Michael D. Kimerer, mdk@kimerer.com
Rhonda Elaine Neff, rneff@kimerer.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, joyous@mailbag.com
John Jacob Kucera, john.kucera@usdoj.gov
Kevin M. Rapp, Kevin.Rapp@usdoj.com
Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, reginald.jones4@usdoj.gov
Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov
Andrew C. Stone, andrew.stone@usdoj.gov


By: /s/ Bora Lee