# UNITED STATES DISTRICT COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*<br><br>         Defendants. | Case No. 2:18-CR-00422-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING MR. LARKIN AND MR. LACEY'S MOTION TO COMPEL COMPLIANCE AND ORDER TO SHOW CAUSE REGARDING THE GOVERNMENT'S VIOLATION OF THE COURT'S SCHEDULING ORDER** |

The Court, having read and considered James Larkin and Michael Lacey's Motion to Compel Compliance and Order to Show Cause Regarding the Government's Violation of the Court's Scheduling Order ("Motion"), and good cause having been shown, IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

IT IS HEREBY ORDERED that the government shall immediately produce all further *Jencks* Act and impeachment materials in the government's possession to counsel for Mr. Larkin and Mr. Lacey.

IT IS FURTHER ORDERED that by no later than July 30, 2019, the government shall file a brief showing cause as to why it should not be sanctioned for its willful violation of this Court's April 22, 2019 Order.

Dated:
                                                Hon. Susan M. Brnovich