IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>5. Dan Hyer,<br><br>              Defendant. | No. CR-18-00422-5-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the Government's Unopposed Motion to Continue Defendant's Sentencing Hearing (Doc. 669), and good cause appearing,

IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendant's Sentencing Hearing.

IT IS FURTHER ORDERED continuing the Sentencing from July 29, 2019, to July 27, 2020 at 4:00 p.m.

Dated this 8th day of July, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge