1 | MAXWELL LAW PC
KC Maxwell (State Bar No. 214701)
2 | *(Admitted Pro Hac Vice)*
   kcm@kcmaxlaw.com
3 | David S. Wakukawa (State Bar No. 262546)
*(Admitted Pro Hac Vice)*
4 |    dsw@kcmaxlaw.com
23 Geary Street, Suite 600
5 | San Francisco, California  94108
Telephone: (415) 494-8887
6 | Facsimile: (415) 329-1985

7 | Attorneys for Defendant DANIEL HYER

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | Case No. CR-18-00422-05-PHX-SPL (BSB) |
|---|---|
| Plaintiff(s), | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| 5.  DANIEL HYER,<br>   (Counts 1-63), | |
| Defendants. | |

-1-

1   To the CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   Notice is hereby given that the address and fax number to KC Maxwell and David

3   S. Wakukawa of Maxwell Law PC as attorneys for Defendant Daniel Hyer in the above

4   captioned case have changed.  Their contact information is as follows:

      KC Maxwell
      David S. Wakukawa
      Maxwell Law PC
      23 Geary Street, Suite 600
      San Francisco, CA  94108
      Tel:  415.494.8887
      Fax: 415.329.1985
      Email:  kcm@kcmaxlaw.com
              dsw@kcmlaw.com

DATED:  July 9, 2019          MAXWELL LAW PC
                              KC Maxwell
                              David S. Wakukawa


                     By:    */s/ KC Maxwell*
                            KC Maxwell
                 Attorneys for Defendant Daniel Hyer

**CERTIFICATE OF SERVICE**

I certify that on this day of July 9, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Christine Coopey*
Christine Coopey