MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' MOTION TO EXTEND DEADLINE FOR A CONSOLDIATED RESPONSE TO DOCS. 662, 665, AND 672. (DOC. 658)** |

The United States respectfully moves for a three-day extension of time to file a consolidated response/reply to Docs. 662, 665 and 672, from July 16, 2019 to July 19, 2019. Counsel for the United States requires additional time due to case-related travel and the need to obtain a transcript of a previous hearing to complete a response to the above-mentioned filings. A proposed form of Order is attached.

Counsel for the United States has conferred with defense counsel for James

1  Larkin, Whitney Bernstein (doc. 662 and 671), and defense counsel for Jed Brunst, Ariel
2  Neuman (doc. 665), who both indicate that they object to the requested extension.
3  Defense counsel for Michael Lacey, Paul Cambria (doc. 671), does not object to the
4  three-day extension for the government to file a response.
5      Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion
6  or an order based thereon.
7      Respectfully submitted this 9th day of July, 2019.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/ Kevin Rapp*
> KEVIN M. RAPP
> MARGARET PERLMETER
> PETER S. KOZINETS
> ANDREW C. STONE
> Assistant U.S. Attorneys
>
> JOHN J. KUCERA
> Special Assistant U.S. Attorney
>
> BRIAN BENCZKOWSKI
> Assistant Attorney General
> U.S. Department of Justice
> Criminal Division, U.S. Department of Justice
>
> REGINALD E. JONES
> Senior Trial Attorney
> U.S. Department of Justice, Criminal Division
> Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office