# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey - 001<br>James Larkin - 002<br>Scott Spear - 003<br>John Brunst - 004<br>Andrew Padilla - 006<br>Joye Vaught - 007, | |
| Defendants. | |

IT IS ORDERED setting the United States' Motion for Sanctions, Protective Order, and Notice of Jencks Act Disclosures (Doc. 679) for hearing on August 19, 2019 at 9:00 a.m. before Judge Susan M. Brnovich.

Dated this 11th day of July, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28