# Exhibit D



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square     Main: (602) 514-7500
40 N. Central Ave., Suite 1800     Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

September 24, 2018

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>1201 Third Avenue,<br>Suite 2200<br>Seattle, WA 98101<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Avenue N.W.,<br>Suite 800<br>Washington, DC 20006<br>(attorney for Lacey and Larkin) |
| Thomas H. Bienart, Jr., Esq.<br>Bienart, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>Suite 100<br>Phoenix, AZ 85014<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>Suite 160<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |
| Mike Piccarreta, Esq.<br>Piccarreta Davis Keenan Fidel, PC<br>2 East Congress Street,<br>Suite 1000<br>Tucson, AZ 85701<br>(attorney for Andrew Padilla) | Steve Weiss<br>Attorney at Law<br>Karp & Weiss, PC<br>3060 North Swan Rd.<br>Tucson, AZ 85712<br>(attorney for Joye Vaught) | Gary Lincenberg<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>(attorney for Jed Brunst) |

    Re:    <u>U.S. v. Michael Lacey, et.al.</u>
             CR-18-00422-PHX-SPL (BSB)

Dear Counsel:

    Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find enclosed a thumb drive

Lacey, et. al. Discovery Letter 1
September 24, 2018
Page 2

containing the government's fourth disclosure.[1] The thumb drive contains the following Bates Stamped records:

- Backpage Agendas – DOJ-BP-0004602111-DOJ-BP-0004602507
- Backpage Superseding Indictment "Hot Docs" – DOJ-BP-0004602508-DOJ-BP-0004602851
- Co-Star "Hot Docs" – DOJ-BP-0004602852-DOJ-BP-0004602926
- Financial Records – DOJ-BP-0004602927-DOJ-BP-0004683544

Please call with any questions or concerns.

Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

REGINALD E. JONES
*/s Reginald Jones*
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

ELIZABETH A. STRANGE
First Assistant U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

Enclosures

---

[1] A thumb drive containing disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul J. Cambria Jr., Thomas H. Bienart Jr., and Michael Kimerer respectively.