# EXHIBIT A — REDACTED