# EXHIBIT B — REDACTED