MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **UNITED STATES' NOTICE OF COMPLIANCE WITH DOC. 730 and DOC. 731** |
| Michael Lacey, et al., | |
| Defendants. | |

The United States provides notice of compliance with the Court's Orders as stated in Documents 730 and 731. On August 20, 2019, the government provided the defendants with Jencks Acts materials regarding Carl Ferrer. On this date, the government has provided the defendants with an excel spreadsheet listing all Jencks Act materials produced to date. The

1  materials, with the exception of the materials produced on August 20, 2019, are identified in
2  the spreadsheet by witness, a short description of the document, and a Bates stamp.  The
3  materials produced on August 20, 2019, are identified by the name of the witness, date, and
4  number of pages.  The August 20, 2019, materials will be Bates stamped and reproduced to
5  the defendants in the coming weeks, after they are processed into the relativity database.

6        The government anticipates additional Jencks Act materials will develop as the matter
7  proceeds to trial as victims and witnesses review and adopt their statements.  The government
8  will update the defendants as this occurs.

10        Respectfully submitted this 3rd day of September, 2019.

          MICHAEL BAILEY
          United States Attorney
          District of Arizona

          *s/ Kevin Rapp*
          KEVIN M. RAPP
          MARGARET PERLMETER
          PETER S. KOZINETS
          ANDREW C. STONE
          Assistant U.S. Attorneys

          JOHN J. KUCERA
          Special Assistant U.S. Attorney

          BRIAN BENCZKOWSKI
          Assistant Attorney General
          U.S. Department of Justice
          Criminal Division, U.S. Department of Justice

          REGINALD E. JONES
          Senior Trial Attorney
          U.S. Department of Justice, Criminal Division
          Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office