Paul Nathanson (*pro hac vice*)
Erik Herron (*pro hac vice*)
Davis Polk & Wardwell LLP
901 15th St. NW
Washington, D.C. 20005
(202) 962-7055
paul.nathanson@davispolk.com
*Attorneys for Equality Now*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>- v -<br><br>Michael Lacey, *et al.*,<br><br>Defendants. | NO. CR-18-422-PHX-SMB (BSB)<br><br>**NOTICE OF WITHDRAWAL** |

Notice is hereby given that Erik Herron of Davis Polk & Wardwell LLP is withdrawing as counsel for Equality Now. All other counsel for Equality Now remains the same.

Respectfully submitted this 13th day of September, 2019.

DAVIS POLK & WARDWELL LLP

By: /s/ Paul J. Nathanson
    Paul J. Nathanson (*pro hac vice*)
    Erik Herron (*pro hac vice*)
    Davis Polk & Wardwell LLP
    901 15th St. NW
    Washington, D.C. 20005
    (202) 962-7055
    paul.nathanson@davispolk.com
    *Attorneys for Equality Now*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF system, which will send a filing notification to all counsel of record.

By: /s/ Paul J. Nathanson
Paul J. Nathanson (*pro hac vice*)
Erik Herron (*pro hac vice*)
Davis Polk & Wardwell LLP
901 15th St. NW
Washington, D.C. 20005
(202) 962-7055
paul.nathanson@davispolk.com
*Attorneys for Equality Now*