# EXHIBIT A

| | |
|---|---|
| **From:** | Schuetta, Angela (USAAZ) [Contractor] <Angela.Schuetta@usdoj.gov> |
| **Sent:** | Tuesday, September 3, 2019 5:07 PM |
| **To:** | pcambria@lglaw.com; david@deisenbergplc.com; joyous@mailbag.com; tbienert@bmkattorneys.com; bf@federlawpa.com; Ariel A. Neuman |
| **Cc:** | Rapp, Kevin (USAAZ); Stone, Andrew (USAAZ); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Jones, Reginald (CRM); Kucera, John (USACAC) |
| **Subject:** | Identification of Jencks Act Discovery |
| **Attachments:** | 9-3-19 Jencks Act Correspondence.pdf; 9-3-19 List of Jencks Act.xlsx; Doc. 733 Notice of Compliance to Doc. 730 731.pdf |

All,

Please see the attachments for the Notice of Compliance.

Thank you.

*Angela D. Schuetta*
Contract Paralegal
U.S. Attorney's Office | Two Renaissance Square
40 N Central Ave., Suite 1800, Phoenix, AZ 85004
☎ 602.514.7752 | Angela.Schuetta@usdoj.gov

1

1



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:      (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax:  (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

September 3, 2019

Paul J. Cambria Jr., Esq.
Attorney at Law
Lipsitz Green Scime Cambria
42 Delaware Ave | Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

David Eisenberg, Esq.
David Eisenberg, PLC
3550 N. Central Ave., Ste. 1550
Phoenix, AZ 85012
(attorney for Andrew Padilla)

Joy Bertrand, Esq.
PO Box 2734
Scottsdale, AZ 85252
(attorney for Joye Vaught)

Thomas H. Bienert, Jr., Esq.
Whitney Z. Bernstein, Esq.
Bienert, Miller & Katzman,
PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorneys for James Larkin)

Bruce Feder, Esq.
2930 East Camelback Road, Suite
160
Phoenix, Arizona 85016
(attorney for Scott Spear)

Ariel A. Neuman, Esq.
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg &
Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
(attorneys for Jed Brunst)

VIA Electronic Mail Only

Re:     *Identification of Jencks Act Discovery*

Dear Counsel:

Pursuant to the Court's Orders (Docs. 730 and 731), the government provides its list of Jencks Act materials.  The list contains two parts.  First, enclosed is an excel spreadsheet identifying Jencks Act materials where each document is identified by witness, a short description of the document, and its Bates stamp.  Second, the government incorporates by reference its August 20, 2019, letter entitled "*Jencks Act Disclosure: Carl Ferrer.*"  This letter lists the date and number of pages for each Memorandum of Interview, a disk containing reference materials, as well as a May 23, 2019, declaration from Brian Fichtner, with supporting video exhibits.  As stated previously, these reports will be reproduced with Bates stamps in the coming weeks.

As the matter proceeds to trial, the government anticipates additional Jencks Act materials will arise as victims and witnesses review and adopt their statements.  The government will provide updates to its Jencks Act materials as this occurs.

September 3, 2019
Page 2

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
United States Attorney

s/ *Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

| | Witness | Document | Bates |
|---|---|---|---|
| 1 | Carl Ferrer | 10-17-11 Email to Issac Luria (Auburn Seminary) | DOJ-BP-2118355 |
| 2 | Hemanshu Nigam | 1-20-11 Email to SS, JL, CF, Simrin Hooper | DOJ-BP-4740863 |
| 3 | Ernie Allen | 2012 Emails to David Szuchman and Others re: BP | DOJ-BP-4741606 |
| 4 | Nic McKinley | Feb 2017 Email to SA Tolhurst | DOJ-BP-4735589 |
| 5 | Katharine Henderson | 11-18-11 Email to Phyllis Slusher | DOJ-BP-1828814 |
| 6 | Isaac Luria | 9-23-11; 8-30-11 Email to Edward McNally | DOJ-BP-2119093 |
| 7 | Ernie Allen | Notes to File re: Calls and meetings with JL, SS, SS, HN, DM | DOJ-BP-4601662 |
| 8 | Carl Ferrer | 1-13-11 Email to Padilla | BP-PSI-19046 |
| 9 | Monita Mohan | 2-16-11 Email to Padilla, CF, JV | BP-PSI-21435 |
| 10 | Carl Ferrer | 10-6-11 Email to Goddard, Greenberg, Leggat, Moon and others | Backpage00026551 |
| 11 | Staca Shehan | 2011-2013 Emails about Backpage | DOJ-BP-4735660 |
| 12 | John Shehan | 2011-2013 Emails about Backpage | DOJ-BP-4735660 |
| 13 | Derek Fritze | Communication w/BP to remove a posting | DOJ-BP-4867278 |
| 14 | Derek Fritze | Email re: Prostitution Collaboration Email List Update | DOJ-BP-4867332 |
| 15 | Derek Fritze | Email re: Maplewood PD John Arrests | DOJ-BP-4867345 |
| 16 | Derek Fritze | Backpage | DOJ-BP-4867399 |
| 17 | Derek Fritze | 3-15-18 Email to SA Tolhurst | DOJ-BP-4867403 |
| 18 | Derek Fritze | 7-16-12 Email to abuse@backpage | DOJ-BP-4869218 |
| 19 | Donna Gavin | 8-13-15 Declaration in 15-CV-06340 | DOJ-BP-4857590 |
| 20 | Dan Gaughan | 5-12-16 2016-006093 Cox Communications | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 21 | Dan Gaughan | 5-13-16 Return of SW 16-9062 for Electronic Data | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 22 | Dan Gaughan | SW16-006001 to BP | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 23 | Dan Gaughan | SW16-006002 to Tmobile #909-485-2796 | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 24 | Dan Gaughan | SW16-006003 to Facebook | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 25 | Dan Gaughan | SW16-006002 Cell Site Simulator/GPS | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 26 | Dan Gaughan | 2016-006092 to Century Link | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 27 | Gustave Bethea | 6-17-15 SW to BP for Production of Records / Orleans Criminal District Court | DOJ-BP-4685116 |
| 28 | Scott Carpenter | Email to CF re: removal of BP postings | DOJ-BP-0000052203-04 |
| 29 | Scott Carpenter | SW2012-006161 to BP | DOJ-BP-4878734 |
| 30 | Brian Griffin | Email to SA Fryberger | DOJ-BP-0004738633 |
| 31 | Rob Leggat | Email to Carl Ferrer 10-12-11 | DOJ-BP-0004601168 |
| 32 | Todd Novisedlak | Declaration in BP and The Internet Archive v. McKenna, CR12-954-RSM, USDC WDWA | DOJ-BP-0004867503 |
| 33 | Todd Novisedlak | Email re BP postings of minors | DOJ-BP-0000050888-89 |
| 34 | Paula Selis | 6-27-12 Declaration in BP v. McKenna, CV12-00954-RSM WDWA | DOJ-BP-0004457055 |
| 35 | Thomas Umporowicz | Declaration in 15-CV-6340, Doc #47-28 (dated 8-14-15) | DOJ-BP-0004456224 |
| 36 | Detrick Mott | Affidavit and SW to BP for Information Related to Posting ID 16037117detroit | DOJ-BP-0004867406 |
| 37 | Brad Lander | 4-25-12 Transcript of the Minutes of the Committee on Women's Issues | DOJ-BP-0004866376 |
| 38 | Brad Lander | Transcript of I am Jane Doe? | DOJ-BP-0004866650-694 |
| 39 | Shannon Wolf | Transcript of Expert Testimony in USA v. Henry, USDC DNM, 16-CR01097-JCH (February 6, 2018) | DOJ-BP-0004860250-337 |
| 40 | Shannon Wolf | Transcript of Expert Testimony in USA v. Banks, USDC NDTX, 16-CR-244-N (February 14, 2017) | DOJ-BP-0004860358-412 |
| 41 | Shannon Wolf | Transcript of Expert Testimony in USA v. Lowe, USDC MDAL (February 7, 2018) | DOJ-BP-0004860413-447 |
| 42 | Sarah Way | FBI 302 of 1-28-19 | DOJ-BP-0004791125 |
| 43 | Sarah Way | FBI 302 of 12-8-17 | DOJ-BP-0004735197 |
| 44 | Charles Stiffler Craig | GJ Testimony on 11-7-12 WDWA | DOJ-BP-0004866710 |
| 45 | James  Hardie | Trial Testimony from USA v. Jackson, 1:13-CR-002-46-RHB (5-1-2014) | DOJ-BP-0004859471-505 |
| 46 | James Hardie | Trial Testimony from Sacramento, California, 2013CR-00306-TLN (12/9/2014) | DOJ-BP-0004859506-579 |
| 47 | Jessika Svendgard | Deposition in J.S. v. VVMH LLC, 12-2-11362-4 (July 28, 2017) | DOJ-BP-0004881357-1453 |
| 48 | Jessika Svendgard | Defense Interview in Washington v. Hopson, 10-1-08880-2-SEA (December 10, 2019) | DOJ-BP-0004683597-3647 |
| 49 | Jessika Svendgard | Transcript of Washington v. Hopson, 10-1-0880-2-SEA (January 24, 2011) | DOJ-BP-0004685685-736 |
| 50 | Kubiiki Pride | Transcript of I am Jane Doe? | DOJ-BP-0004866650-694 |
| 51 | Martin Elliot, Representative from Visa | Affidavit of Martin Elliot for BP v. Dart Case No. 15 C 06340 | |

MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **UNITED STATES' NOTICE OF COMPLIANCE WITH DOC. 730 and DOC. 731** |
| Michael Lacey, et al., | |
| Defendants. | |

The United States provides notice of compliance with the Court's Orders as stated in Documents 730 and 731. On August 20, 2019, the government provided the defendants with Jencks Acts materials regarding Carl Ferrer. On this date, the government has provided the defendants with an excel spreadsheet listing all Jencks Act materials produced to date. The

materials, with the exception of the materials produced on August 20, 2019, are identified in the spreadsheet by witness, a short description of the document, and a Bates stamp. The materials produced on August 20, 2019, are identified by the name of the witness, date, and number of pages. The August 20, 2019, materials will be Bates stamped and reproduced to the defendants in the coming weeks, after they are processed into the relativity database.

The government anticipates additional Jencks Act materials will develop as the matter proceeds to trial as victims and witnesses review and adopt their statements. The government will update the defendants as this occurs.

Respectfully submitted this 3rd day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Kevin Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office

6

# EXHIBIT B

| | |
|---|---|
| **From:** | Ariel A. Neuman |
| **To:** | Traci_Abraham@azd.uscourts.gov |
| **Cc:** | Perlmeter, Margaret (USAAZ); Stone, Andrew (USAAZ); Kozinets, Peter (USAAZ); Rapp, Kevin (USAAZ); Jones, Reginald (CRM); Kucera, John (USACAC); Tom Bienert; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Corn-Revere Bob; Grant, James; Bruce Feder; Feder Law; Gary S. Lincenberg; Ariel A. Neuman; Gopi K. Panchapakesan; david@deisenbergplc.com; Joy Bertrand; Whitney Bernstein |
| **Subject:** | Discovery Issues re Jencks Material in US v. Lacey, et al., 18-CR-00422-PHX-SMB |
| **Date:** | Thursday, September 12, 2019 3:42:00 PM |
| **Attachments:** | FW Identification of Jencks Act Discovery.msg |
| | RE US v. Lacey et al. Ferrer Jencks Act disclosure.msg |

Traci,

Consistent with the Court's Order that we raise discovery issues via email rather than filing a motion, I address below three matters that we have been unable to resolve with the government to date. Both stem from the government's September 3, 2019 "Notice of Compliance with Doc. 730 and Doc. 731" (Doc. 733). In that document, the government asserts that it has provided all Jencks Act material regarding Carl Ferrer, and identifies in a letter and a spreadsheet what it believes to be all Jencks Act material produced to date.

First, as reflected in the attached email chain "FW: Identification of Jencks Act Discovery," the government has listed in its Jencks Act material spreadsheet 26 documents which have a higher Bates number than the last Bates-stamped discovery produced by the government (on April 11, 2019). The government apparently has not yet produced these documents to the defense even though the Court's deadline for Jencks Act material has long passed. The government has not explained the discrepancy. The government should be ordered to produce this material immediately and the Court should require it to explain its failure (once again) to follow the Court's scheduling orders, so that the Court can determine whether sanctions are appropriate.

Second, as reflected in the government's spreadsheet, virtually every document the government lists as Jencks Act material appears to fall into one of the following categories: emails, declarations filed in other cases, transcripts of testimony in other matters, the declaration of an FBI agent, and the transcript of a Netflix movie. These are not properly subject to the protective order (Docs. 730/731) because they are all available to any number of other parties and/or are publicly available and/or defendants already have them from other sources. The same is true for documents about which Ferrer was interviewed - PowerPoint presentations, emails, etc. referenced in the Ferrer interview memos – which, according to the government's "9-3-19 Jencks Act Correspondence," the government designates as Jencks Act material. The government has not clarified whether it asserts that the limitations imposed by the court's protective order apply to these documents. We ask the Court to clarify that only the government's interview memoranda of Carl Ferrer are covered by the protective order (Docs. 730/731), not all of this other publicly available or otherwise widely-disseminated material, and not the underlying documents about which Ferrer might have been asked.

Third, as reflected in the attached email chain "RE: US v. Lacey et al., Ferrer Jencks Act disclosure," the government has failed to produce certain Jencks Act material for Carl Ferrer despite the Court's unequivocal order that it do so. Specifically, it has not produced the cooperation addendum to Ferrer's plea agreement (or any similar agreements re cooperation beyond the plea agreement

itself), the transcript of any proceedings regarding his cooperation including but not limited to any proceedings that were sealed related to his guilty plea, and the "proffer letters" referenced in the reports of interviews of Carl Ferrer.  The government has not responded to the request for this information.  We ask the Court to order the government to produce this material forthwith.

Other issues that the government has promised to (but as of today has yet to) address are 1) production of all documents referenced in the Ferrer interview reports about which he was specifically interviewed; 2) Bates-stamped copies of the Ferrer interview reports and the related documents.

Thank you.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard** | **Bio** | **LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

| From: | Ariel A. Neuman |
|---|---|
| Sent: | Wednesday, September 11, 2019 3:07 PM |
| To: | Rapp, Kevin (USAAZ); Stone, Andrew (USAAZ); Jones, Reginald (CRM); Kozinets, Peter (USAAZ); Perlmeter, Margaret (USAAZ); Kucera, John (USACAC) |
| Cc: | Whitney Bernstein; Tom Bienert; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Grant, James; Corn-Revere, Bob; Bruce Feder; Feder Law; Gary S. Lincenberg; Gopi K. Panchapakesan; David Eisenberg; Joy Bertrand |
| Subject: | FW: Identification of Jencks Act Discovery |
| Attachments: | 9-3-19 Jencks Act Correspondence.pdf; 9-3-19 List of Jencks Act.xlsx; Doc. 733 Notice of Compliance to Doc. 730 731.pdf |

Andy/Kevin/Reggie,

I write concerning two issues with your designation of Jencks Act material last week.  Your attachments are included here for reference.

First, virtually every document listed appears to fall into one of the following categories: emails, declarations filed in other cases, transcripts of testimony in other matters, the declaration of an FBI agent, and the transcript of a Netflix movie.  These are not properly subject to the protective order because they are all available to any number of other parties and/or are publicly available.  Please state whether the government is taking the position that this material is subject to the Court's protective order, and if so, the basis for your position.

Second, there are 26 documents listed in your spreadsheet which have a higher Bates number than the last Bates-stamped discovery produced by the government.  That is, the last production was made by the government on April 11, 2019, and ended at Bates 4857289, but the government identifies 26 items with Bates numbers subsequent to that.  See the snapshot below.  We have never received this material in any format as far as we can tell.  Can you please explain?

| | Witness | Document | Bates |
|---|---|---|---|
| 2 | Derek Fritze | Communication w/BP to remove a posting | DOJ-BP-4867278 |
| 3 | Derek Fritze | Email re: Prostitution Collaboration Email List Update | DOJ-BP-4867332 |
| 4 | Derek Fritze | Email re: Maplewood PD John Arrests | DOJ-BP-4867345 |
| 5 | Derek Fritze | Backpage | DOJ-BP-4867399 |
| 6 | Derek Fritze | 3-15-18 Email to SA Tolhurst | DOJ-BP-4867403 |
| 7 | Derek Fritze | 7-16-12 Email to abuse@backpage | DOJ-BP-4869218 |
| 8 | Donna Gavin | 8-13-15 Declaration in 15-CV-06340 | DOJ-BP-4857590 |
| 9 | Dan Gaughan | 5-12-16 2016-006093 Cox Communications | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 10 | Dan Gaughan | 5-13-16 Return of SW 16-9062 for Electronic Data | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 11 | Dan Gaughan | SW16-006001 to BP | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 12 | Dan Gaughan | SW16-006002 to Tmobile #909-485-2796 | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 13 | Dan Gaughan | SW16-006003 to Facebook | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 14 | Dan Gaughan | SW16-006002 Cell Site Simulator/GPS | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 15 | Dan Gaughan | 2016-006092 to Century Link | DOJ-BP-4859697 to DOJ-BP-4859812 |
| 16 | Todd Novisedlak | Declaration in BP and The Internet Archive v. McKenna, CR12-954-RSM, USDC WDWA | DOJ-BP-0004867503 |
| 17 | Detrick Mott | Affidavit and SW for BP for Information Related to Posting ID 16037117detroit | DOJ-BP-0004867406 |
| 18 | Brad Lander | 4-25-12 Transcript of the Minutes of the Committee on Women's Issues | DOJ-BP-0004866376 |
| 19 | Brad Lander | Transcript of I am Jane Doe? | DOJ-BP-0004866650-694 |
| 20 | Shannon Wolf | Transcript of Expert Testimony in USA v. Henry, USDC DNM, 16-CR01097-JCH (February 6, 2018) | DOJ-BP-0004860250-337 |
| 21 | Shannon Wolf | Transcript of Expert Testimony in USA v. Banks, USDC NDTX, 16-CR-244-N (February 14, 2017) | DOJ-BP-0004860358-412 |
| 22 | Shannon Wolf | Transcript of Expert Testimony in USA v. Lowe, USDC MDAL (February 7, 2018) | DOJ-BP-0004860413-447 |
| 23 | Charles Stiffler Craig | GJ Testimony on 11-7-12 WDWA | DOJ-BP-0004866710 |
| 24 | James Hardie | Trial Testimony from USA v. Jackson, 1:13-CR-002-46-RHB (5-1-2014) | DOJ-BP-0004859471-505 |
| 25 | James Hardie | Trial Testimony from Sacramento, California, 2013CR-00306-TLN (12/9/2014) | DOJ-BP-0004859506-579 |
| 26 | Jessika Svendgard | Deposition in J.S. v. VVMH LLC, 12-2-11362-4 (July 28, 2017) | DOJ-BP-0004881357-1453 |
| 27 | Kubiiiki Pride | Transcript of I am Jane Doe? | DOJ-BP-0004866650-694 |

Please get back to me by 3 p.m. tomorrow so we can address with the Court as needed.

Thank you.

**Ariel A. Neuman**

*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

---

**From:** Schuetta, Angela (USAAZ) [Contractor] <Angela.Schuetta@usdoj.gov>
**Sent:** Tuesday, September 3, 2019 5:07 PM
**To:** pcambria@lglaw.com; david@deisenbergplc.com; joyous@mailbag.com; tbienert@bmkattorneys.com; bf@federlawpa.com; Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Subject:** Identification of Jencks Act Discovery

All,

Please see the attachments for the Notice of Compliance.

Thank you.



3

| | |
|---|---|
| **From:** | Ariel A. Neuman |
| **Sent:** | Tuesday, September 10, 2019 2:21 PM |
| **To:** | Whitney Bernstein; Rapp, Kevin (USAAZ); Kozinets, Peter (USAAZ); Perlmeter, Margaret (USAAZ); Stone, Andrew (USAAZ); Kucera, John (USACAC); Jones, Reginald (CRM) |
| **Cc:** | Tom Bienert; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Grant, James; Corn-Revere, Bob; Bruce Feder; Feder Law; Gary S. Lincenberg; Gopi K. Panchapakesan; David Eisenberg; Joy Bertrand |
| **Subject:** | RE: US v. Lacey et al., Ferrer Jencks Act disclosure |

We also appear to be missing the cooperation addendum to Ferrer's plea agreement (or any similar agreements re cooperation beyond the plea agreement itself), the transcript of any proceedings regarding his cooperation including but not limited to any proceedings that were unseal seal related to his guilty plea, and the "proffer letters" referenced in the reports.

Will the government produce those, and when?

Thanks.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**


**From:** Ariel A. Neuman
**Sent:** Tuesday, September 10, 2019 11:20 AM
**To:** Whitney Bernstein <wbernstein@bienertkatzman.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>
**Cc:** Tom Bienert <tbienert@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Grant, James <jimgrant@dwt.com>; Corn-Revere, Bob <bobcornrevere@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; David Eisenberg <david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>
**Subject:** RE: US v. Lacey et al., Ferrer Jencks Act disclosure

Trying one more time on this, Kevin/Andy/Peter/Reggie.   Thanks.

**From:** Ariel A. Neuman
**Sent:** Wednesday, September 4, 2019 10:45 AM
**To:** Whitney Bernstein <wbernstein@bienertkatzman.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>
**Cc:** Tom Bienert <tbienert@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Grant, James <jimgrant@dwt.com>; Corn-Revere, Bob <bobcornrevere@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; David Eisenberg <david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>
**Subject:** RE: US v. Lacey et al., Ferrer Jencks Act disclosure

Kevin/Peter/Andy/Reggie:

Following up on the below, and particularly point 2 which you have not addressed in emails or any filings.  Please respond.

Ariel

---

**From:** Ariel A. Neuman
**Sent:** Thursday, August 29, 2019 8:30 AM
**To:** 'Whitney Bernstein' <wbernstein@bienertkatzman.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>
**Cc:** Tom Bienert <tbienert@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Grant, James <jimgrant@dwt.com>; Corn-Revere, Bob <bobcornrevere@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; David Eisenberg <david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>
**Subject:** US v. Lacey et al., Ferrer Jencks Act disclosure

Kevin/Peter/Andy/Reggie:

I write regarding the disclosure of Ferrer Jencks Act material made last week.

First, please advise when we will receive the Bates-stamped copies promised in the cover letter.

Second, although the cover letter indicates that the included disc includes all documents referenced in the memoranda, the government did not in fact include a number of the documents referenced in the 12/14/18 memorandum.  Please provide those documents (with file names that match up to the titles used in the memorandum) or provide the bates numbers for them so we can locate them in the discovery.  When can we expect to receive this information?

Thank you.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110

E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

# EXHIBIT C



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

September 12, 2019

Paul J. Cambria Jr.
Attorney at Law
Lipsitz Green Scime Cambria,
LLC
42 Delaware Ave, Suite 120
Buffalo, NY 14202
(attorney for Michael Lacey)

Jim Grant
Davis Wright Tremaine, LLP
920 Fifth Avenue,
Suite 3300
Seattle, WA 98104
(attorney for Lacey and Larkin)

Robert Corn-Revere
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue N.W.,
Suite 800
Washington, DC 20006
(attorney for Lacey and Larkin)

Thomas H. Bienert, Jr., Esq.
Bienert, Miller & Katzman,
PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
(attorney for James Larkin)

Michael D. Kimerer, Esq.
1313 E. Osborn Road,
Suite 100
Phoenix, AZ 85014
(attorney for Jed Brunst)

Bruce Feder, Esq.
2930 East Camelback Road,
Suite 160
Phoenix, AZ 85016
(attorney for Scott Spear)

David S. Eisenberg, Esq.
3550 N. Central Ave.,
Suite 1155
Phoenix, AZ 85012
(attorney for Andrew Padilla)

Joy Malby Bertrand, Esq.
1826 N. 7th Avenue
Phoenix, AZ, 85007
(attorney for Joye Vaught)

Gary Lincenberg, Esq.
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg & Rhow,
P.C.
1875 Century Park East
23rd Floor
Los Angeles, CA 90067
(attorney for Jed Brunst)

Re:   U.S. v. Michael Lacey, et.al.
       CR-18-00422-PHX-SMB

Dear Counsel:

Pursuant to your request for discovery and the government's obligations under Fed. R. Crim.
P. 16 and the stipulated scheduling order in this case, please find enclosed a thumb drive containing
the government's tenth disclosure.[1]

---

[1] A thumb drive containing disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst
are being provided to Paul J. Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Discovery Letter
September 12, 2019
Page 2

The thumb drive contains the following Bates Stamped records:

- Additional Reports of Interviews and Supporting Documents – DOJ-BP-0004857290-DOJ-BP-0004857748
- Mutual Legal Assistance Treaty Records, Witness Testimony/Transcripts, and Backpage state/local case-related documents – DOJ-BP-0004857749-DOJ-BP-0004864349
- Daniel Hyer's Cooperation Agreement[2] – DOJ-BP-0004864350-DOJ-BP-0004864355
- Backpage Sales Agreement – DOJ-BP-0004864356-DOJ-BP-0004864885
- Additional Reports of Interviews and Supporting Documents – DOJ-BP-0004864886-DOJ-BP-0004879330
- Travelers Insurance and other Subpoena Compliance Documents – DOJ-BP-0004879331-DOJ-BP-0004884196
- Photographs of Backpage Servers housed in Tucson, Arizona[3] – DOJ-BP-0004884197 – DOJ-BP-0004884338

Please reach out with any questions.

Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
JOHN J. KUCERA
Assistant United States Attorneys

---

[2] Daniel Hyer's cooperation agreement has previously been produced to counsel; however, we wanted to provide you a Bates Stamped copy of this document.
[3] Photographs of servers housed in Tucson have previously been produced to counsel; however, we wanted to provide you Bates Stamped copies of these records.

Lacey, et. al. Discovery Letter
September 12, 2019
Page 3

Enclosures



RECEIVED

SEP 1 3 2019

BIRD MARELLA

4

# EXHIBIT D

| From: | Ariel A. Neuman |
|---|---|
| To: | Jones, Reginald (CRM) |
| Cc: | Perlmeter, Margaret (USAAZ); Stone, Andrew (USAAZ); Kozinets, Peter (USAAZ); Rapp, Kevin (USAAZ); Jones, Reginald (CRM); Kucera, John (USACAC); Tom Bienert; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Corn-Revere Bob; Grant, James; Bruce Feder; Feder Law; Gary S. Lincenberg; Gopi K. Panchapakesan; david@deisenbergplc.com; Joy Bertrand; Whitney Bernstein |
| Subject: | RE: Discovery Issues re Jencks Material in US v. Lacey, et al., 18-CR-00422-PHX-SMB |
| Date: | Monday, September 16, 2019 4:19:00 PM |
| Attachments: | 9-3-19 List of Jencks Act.xlsx |
| | 9-3-19 Jencks Act Correspondence.pdf |

Reggie,

Following on your comments in court on Friday, please identify the documents in your 9-3-19 List of Jencks Act spreadsheet (attached) and in the August 20, 2019 production the government contends are not public and therefore subject to the Court's protective order (Doc. 730/731) as modified by the Court on Friday.

Thank you.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**


**From:** Ariel A. Neuman
**Sent:** Thursday, September 12, 2019 3:42 PM
**To:** Traci_Abraham@azd.uscourts.gov
**Cc:** Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Tom Bienert <tbienert@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Corn-Revere Bob <bobcornrevere@dwt.com>; Grant, James <jimgrant@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; david@deisenbergplc; Joy

Bertrand <joy.bertrand@gmail.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>
**Subject:** Discovery Issues re Jencks Material in US v. Lacey, et al., 18-CR-00422-PHX-SMB

Traci,

Consistent with the Court's Order that we raise discovery issues via email rather than filing a motion, I address below three matters that we have been unable to resolve with the government to date. Both stem from the government's September 3, 2019 "Notice of Compliance with Doc. 730 and Doc. 731" (Doc. 733). In that document, the government asserts that it has provided all Jencks Act material regarding Carl Ferrer, and identifies in a letter and a spreadsheet what it believes to be all Jencks Act material produced to date.

First, as reflected in the attached email chain "FW: Identification of Jencks Act Discovery," the government has listed in its Jencks Act material spreadsheet 26 documents which have a higher Bates number than the last Bates-stamped discovery produced by the government (on April 11, 2019). The government apparently has not yet produced these documents to the defense even though the Court's deadline for Jencks Act material has long passed. The government has not explained the discrepancy. The government should be ordered to produce this material immediately and the Court should require it to explain its failure (once again) to follow the Court's scheduling orders, so that the Court can determine whether sanctions are appropriate.

Second, as reflected in the government's spreadsheet, virtually every document the government lists as Jencks Act material appears to fall into one of the following categories: emails, declarations filed in other cases, transcripts of testimony in other matters, the declaration of an FBI agent, and the transcript of a Netflix movie. These are not properly subject to the protective order (Docs. 730/731) because they are all available to any number of other parties and/or are publicly available and/or defendants already have them from other sources. The same is true for documents about which Ferrer was interviewed - PowerPoint presentations, emails, etc. referenced in the Ferrer interview memos – which, according to the government's "9-3-19 Jencks Act Correspondence," the government designates as Jencks Act material. The government has not clarified whether it asserts that the limitations imposed by the court's protective order apply to these documents. We ask the Court to clarify that only the government's interview memoranda of Carl Ferrer are covered by the protective order (Docs. 730/731), not all of this other publicly available or otherwise widely-disseminated material, and not the underlying documents about which Ferrer might have been asked.

Third, as reflected in the attached email chain "RE: US v. Lacey et al., Ferrer Jencks Act disclosure," the government has failed to produce certain Jencks Act material for Carl Ferrer despite the Court's unequivocal order that it do so. Specifically, it has not produced the cooperation addendum to Ferrer's plea agreement (or any similar agreements re cooperation beyond the plea agreement itself), the transcript of any proceedings regarding his cooperation including but not limited to any proceedings that were sealed related to his guilty plea, and the "proffer letters" referenced in the reports of interviews of Carl Ferrer. The government has not responded to the request for this information. We ask the Court to order the government to produce this material forthwith.

Other issues that the government has promised to (but as of today has yet to) address are 1) production of all documents referenced in the Ferrer interview reports about which he was specifically interviewed; 2) Bates-stamped copies of the Ferrer interview reports and the related documents.

Thank you.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

# EXHIBIT E

| From: | Rapp, Kevin (USAAZ) |
|---|---|
| To: | Ariel A. Neuman |
| Cc: | Stone, Andrew (USAAZ); Kozinets, Peter (USAAZ); Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ) |
| Subject: | RE: Documents not subject to Protective Order |
| Date: | Monday, September 23, 2019 9:38:47 AM |

Ariel,

Thanks for the email. We aren't backtracking. If a document is publicly-available then we don't believe it's subject to the protective order. We do not agree that because emails are held by multiple parties they should not be subject to the protective order. First, the emails are Jencks Act material because they are the verbatim statement of a witness. Second, you will have to agree that the emails are not publicly available. Many of the authors and recipients no longer have access to these emails (because the servers from Backpage have been seized, among other reasons) to disseminate the emails further. Third, the emails were obtained pursuant to either a search warrant and/or a grand jury subpoena, and therefore, by definition were not publicly available. Fourth, given the subject matter (many include damning admissions by the Backpage Defendants about their internal business practices that facilitated prostitution) of the emails the authors and recipients intended them to be confidential. For example, the Backpage Defendants took the position that hundreds of emails with public relations firms were subject to the attorney-client privilege, therefore, they were not only not publicly available but were subject to the privilege. As you know, the court found differently.

As for *Dart* and *McKenna* cases we view any discovery or document that was not publicly filed to be subject to the protective order. If you have questions regarding whether they were filed publicly you would only have to review the PACER docket of each case or inquire of the DWT attorneys (your co-counsel on this case) as they were counsel of record in both *Dart* and *McKenna*.

In my email below, I was merely stating that the PSI report was not subject to the protective order.

Lastly, the trial testimony of FBI Agent Hardie and the transcript from the city counsel of New York appear to be publicly available so we have no objection to them not being subject to the protective order. Same with the *I Am Jane Doe* transcript.

Best,


**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes and Public Integrity Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Monday, September 23, 2019 8:56 AM
**To:** Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; tbienert@bmkattorneys.com;
pcambria@lglaw.com; bf@federlawpa.com; david@deisenbergplc.com; joy.bertrand@gmail.com
**Cc:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Jones, Reginald (CRM)
<Reginald.Jones@CRM.USDOJ.GOV>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>;
Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Whitney Bernstein
<wbernstein@bienertkatzman.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K.
Panchapakesan <gpanchapakesan@birdmarella.com>; Erin McCampbell Paris
<emccampbell@lglaw.com>
**Subject:** RE: Documents not subject to Protective Order

Following up on the below.  Will the government reconsider its position or do we need to raise this
with the Court?


## Ariel A. Neuman

*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**


---

**From:** Ariel A. Neuman
**Sent:** Tuesday, September 17, 2019 10:51 AM
**To:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; tbienert@bmkattorneys.com;
pcambria@lglaw.com; bf@federlawpa.com; david@deisenbergplc.com; joy.bertrand@gmail.com
**Cc:** Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Jones, Reginald (CRM)
<Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>;
Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Whitney Bernstein
<wbernstein@bienertkatzman.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K.
Panchapakesan <gpanchapakesan@birdmarella.com>; Erin McCampbell Paris
<emccampbell@lglaw.com>
**Subject:** RE: Documents not subject to Protective Order

Counsel,

I have in mind Mr. Jones' agreement on the record to our request that only a limited subset of

documents designated as Jencks be subject to the protective order.  The government now seems to be backtracking.  Reading your email below, it appears that the government is taking the position that emails and other documents held by multiple parties (not just the government and defense in this case), and documents that appear on their face to be public (such as the "Transcript of I am Jane Doe?", "Trial Testimony from USA v. Jackson," "Trial Testimony from Sacramento, California," "Transcript of Minutes of the Committee on Women's Issues," etc.) are subject to the protective order.  If I am reading your email incorrectly, please so advise and clarify.  If I am in fact reading your email correctly, we ask that the government revisit its position so we do not need to waste further court time discussing these issues.  Documents which are publicly available or available to third parties no subject to the protective order are not properly included in the protective order, which imposes strict limits on use and dissemination.   If the government persists in its apparent position, please state the basis for your effort to designate this material as subject to the protective order, so that we can evaluate your position before raising it again with the Court.

Further, your email below includes certain documents which are not on your identification of Jencks Act material from September 3, such as the Senate Subcommittee report.  Please explain this discrepancy.  It cannot be that you consider the Senate Subcommittee report to be Jencks Act material in its entirety.

Finally, given that my firm was not counsel in either the *Dart* matter or the *McKenna* matter and our client was not a party to that case, I do not know what documents from your Jencks Act list were filed publicly in those cases.  Please state with specific references to your Jencks Act spreadsheet which documents you contend are subject to the protective order so that we are properly advised and can consider your position.

Thank you.


**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard** | **Bio** | **LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

---

**From:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Sent:** Monday, September 16, 2019 5:06 PM

**To:** Ariel A. Neuman <aneuman@birdmarella.com>; tbienert@bmkattorneys.com;
pcambria@lglaw.com; bf@federlawpa.com; david@deisenbergplc.com; joy.bertrand@gmail.com
**Cc:** Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Jones, Reginald (CRM)
<Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>;
Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>
**Subject:** Documents not subject to Protective Order

Counsel:

Documents not subject to the protective order are: The U.S. Senate Permanent Subcommittee on
Investigation Staff Report Backpage.com's Knowing Facilitation of Online Sex Trafficking and
documents referred to in its appendix.  (DOJ-BP-0004427880; BP-PSI-91942); publicly-filed
documents in *Backpage.com LLC., v. Dart*, 15-CV-6340 and *Backpage.com LLC v. McKenna*, 2012-CV-
954-RSM; as well as any document filed by the government as an exhibit to a pleading that is not
under seal in *USA v. Lacey*, et al, CR18-422-PHX-SMB.

Best,


**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes and Public Integrity Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**