1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Michael Lacey, *et al.*,<br><br>        Defendants. | CASE NO. 2:18-cr-00422-SMB<br><br>**[PROPOSED] ORDER GRANTING JOHN BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER**<br><br>Assigned to Hon. Susan M. Brnovich, Courtroom 506 |

3606748.1                                                                                   Case No. 2:18-cr-00422-004-SMB

[PROPOSED] ORDER GRANTING MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S
ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER

1  The Court, having read and considered the Defendant John Brunst's Motion to
2  Compel Government Compliance with Court's Order for Specific Identification of
3  Documents Subject to Protective Order ("Motion'), and good cause having been shown, IT
4  IS HEREBY ORDERED THAT:
5  Defendant John Brunst's Motion is GRANTED.
6  IT IS HEREBY ORDERED that, by no later than October 4, 2019, the government
7  shall, specifically identify – by Bates number and title – all documents it contends are
8  subject to Protective Order.

10 DATED:

_____
Susan M. Brnovich
United States District Judge