Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>             Defendants. | CASE NO. 2:18-cr-00422-SMB<br><br>**JAMES LARKIN'S JOINDER TO JOHN BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER DOC. 740** |

James Larkin, by and through his undersigned counsel, hereby joins in John Brunst's Motion to Compel Government Compliance with Court's Order for Specific Identification of Documents Subject to Protective Order (Doc. No. 740). Mr. Larkin adopts the legal positions and bases set forth in the Motion as if fully set forth herein.

Further, in addition to the nearly 27,000 pages of discovery produced to Defendants on September 13, 2019, many months after the December 2018 discovery cutoff, (*see* Exhibit A). undersigned counsel defense received yet another purported Rule 16 production on September 24, 2019. This production contains nearly *13,000 additional pages* and two DVDs with unspecified lengths of audio and video recordings. The accompanying "index" identifies several categories of new documents including: "Arizona GJ Court-related

Documents," "Reports of Interviews and Supporting Documents" (listed on the government's cover letter three times with differing Bates ranges), "CA DOJ Investigation Documents," "Backpage Case Search Warrants," "Backpage State Court Case-related Documents." *See* Exhibit B.

As laid out in Doc. No. 740, defense counsel does not know the government's position on which documents it believes fall under the protective order in the nearly eleven million pages produced between May 2018 and April 2019. Moreover, defense counsel is also unclear on the government's position as which, if any, of the recently disclosed approximately 40,000 pages of discovery need to be protected.

For all of the foregoing reasons, Mr. Larkin joins in John Brunst's Motion to Compel Government Compliance with Court's Order for Specific Identification of Documents Subject to Protective Order (Doc. No. 740) and asks this Court to order the government to specifically identify documents by title and Bates number that it contends are subject to the protective order.

Respectfully submitted,

DATED: September 26, 2019          BIENERT | KATZMAN PC

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
*Attorneys for James Larkin*

2

JAMES LARKIN'S JOINDER TO JOHN BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER

# CERTIFICATE OF SERVICE

I certify that on this 26th day of September, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

/s/ *Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Anthony R. Bisconti, tbisconti@bienertkatzman.com
Ariel A. Neuman, aan@birdmarella.com
Bruce S. Feder, bf@federlawpa.com
James C. Grant, jimgrant@dwt.com
Lee David Stein, lee@mscclaw.com
Paul J. Cambria, pcambria@lglaw.com
Robert Corn-Revere, bobcornever@dwt.com
Ronald Gary London, ronnielondon@dwt.com
Janey Henze Cook, janey@henzecookmurphy.com
John Lewis Littrell, jlittrell@bmkattorneys.com
Seetha Ramachandran, Seetha.Ramachandran@srz.com
Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
Michael D. Kimerer, mdk@kimerer.com
Rhonda Elaine Neff, rneff@kimerer.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, joyous@mailbag.com
John Jacob Kucera, john.kucera@usdoj.gov
Kevin M. Rapp, Kevin.Rapp@usdoj.com
Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, reginald.jones4@usdoj.gov
Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov
Andrew C. Stone, andrew.stone@usdoj.gov