DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1550
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: (602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 18-00422-06-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANT BRUNST'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH COURT'S ORDER FOR SPECIFIC IDENTIFICATION OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER (Doc. 740)** |
| Andrew Padilla, | |
| Defendant. | |

Defendant Andrew Padilla, by and through undersigned counsel, hereby gives notice that he joins in Defendant Brunst's Motion to Compel Government Compliance with Court's Order for Specific Identification of Documents Subject to Protective Order (Doc. 740), which addresses the Orders dated August 20, 2019 (Doc. 30) and August 26, 2019 (Doc. 731). Defendant Padilla adopts the positions and factual and legal arguments set forth in Mr. Brunst's motion as if fully set forth herein.

Respectfully submitted this 26th day of September, 2019.

*s/ David Eisenberg*

DAVID EISENBERG
Attorney for Andrew Padilla

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp, Kevin.Rapp@usdoj.com
Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, reginald.jones4@usdoj.gov
Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov
Andrew C. Stone, andrew.stone@usdoj.gov

Erin E. McCampbell, emccampbell@lglaw.com
Anthony R. Bisconti, tbisconti@bienertkatzman.com
Ariel A. Neuman, aan@birdmarella.com
Bruce S. Feder, bf@federlawpa.com
James C. Grant, jimgrant@dwt.com
Paul J. Cambria, pcambria@lglaw.com
Robert Corn-Revere, bobcornever@dwt.com
Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
Joy Malby Bertrand, joyous@mailbag.com
John Jacob Kucera, john.kucera@usdoj.gov

*s/ David Eisenberg*
David Eisenberg