1
2
3
4
5
6

Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com

7

*Attorneys for Defendant Michael Lacey*

8
9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

10

United States of America,

NO. CR-18-00422-PHX-SMB

11

Plaintiff,

12

vs.

13

Michael Lacey, *et al.*,

14

Defendants.

15

16

17

**DEFENDANT MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT BRUNST'S MOTION TO DISMISS INDICTMENT BASED ON FAILURE TO ALLEGE NECESSARY ELEMENTS OF THE TRAVEL ACT (Doc. No. 746)**

18
19
20
21

Defendant Michael Lacey, by and through undersigned counsel, joins in Defendant Brunst's Motion to Dismiss Indictment Based on Failure to Allege Necessary Elements of the Travel Act (Doc. No. 746).  Defendant Lacey agrees with the statements made in Brunst's Motion to Dismiss and adopts the positions set forth in the Motion as if fully set forth herein.

22

RESPECTFULLY SUBMITTED this 30th day of September, 2019,

23
24
25

/s/     *Paul J. Cambria, Jr.*
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacey

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3

On September 30, 2019, a PDF version of this document was filed with Clerk of the Court using the

4

CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the

Following CM/ECF registrants:

5

6

Kevin Rapp, kevin.rapp@usdoj.gov

7

Reginald Jones, reginald.jones4@usdoj.gov

8

Peter Kozinets, peter.kozinets@usdoj.gov

9

John Kucera, john.kucera@usdoj.gov

10

Margaret Perlmeter, margaret.perlmeter@usdoj.gov

11

Patrick Reid, Patrick.Reid@usdoj.gov

12

Andrew Stone, andrew.stone@usdoj.gov

13

Amanda Wick, Amanda.Wick@usdoj.gov

14

By: s/ Kristina Drewery

15

16

17

18

19

20

21

22

23

24

25

26

27

28