Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:18-cr-00422-SMB<br><br>**NOTICE OF WITHDRAWAL OF SUBPOENA TO CARL FERRER** |

　　　　Defendant James Larkin, through his undersigned counsel, hereby notifies the Court and all parties that Defendants withdraw the previously issued subpoena for Carl Ferrer to appear at October 3, 2019's evidentiary hearing. Undersigned counsel notified Ferrer's counsel of the same via email earlier today. The withdrawal of Ferrer's subpoena obviates the need for the Court to adjudicate the pending motions at Doc. Nos. 739, 748, 749, 753, and 756. Excludable delay under 18 U.S.C. § 3161 will not occur as a result of this notice or of an order based thereon.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: October 1, 2019　　　　　　BIENERT | KATZMAN PC

　　　　　　　　　　　　　　　　　　*/s/ Whitney Z. Bernstein*
　　　　　　　　　　　　　　　　　　Whitney Z. Bernstein
　　　　　　　　　　　　　　　　　　Thomas H. Bienert, Jr.
　　　　　　　　　　　　　　　　　　*Attorneys for James Larkin*

# CERTIFICATE OF SERVICE

I certify that on this 1st day of October, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

/s/ *Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Anthony R. Bisconti, tbisconti@bienertkatzman.com
Ariel A. Neuman, aan@birdmarella.com
Bruce S. Feder, bf@federlawpa.com
James C. Grant, jimgrant@dwt.com
Lee David Stein, lee@mscclaw.com
Paul J. Cambria, pcambria@lglaw.com
Robert Corn-Revere, bobcornever@dwt.com
Ronald Gary London, ronnielondon@dwt.com
Janey Henze Cook, janey@henzecookmurphy.com
John Lewis Littrell, jlittrell@bmkattorneys.com
Seetha Ramachandran, Seetha.Ramachandran@srz.com
Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
Michael D. Kimerer, mdk@kimerer.com
Rhonda Elaine Neff, rneff@kimerer.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, joyous@mailbag.com
John Jacob Kucera, john.kucera@usdoj.gov
Kevin M. Rapp, Kevin.Rapp@usdoj.com
Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, reginald.jones4@usdoj.gov
Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov
Andrew C. Stone, andrew.stone@usdoj.gov
Nanci Clarence, nclarence@clarencedyer.com
Jonathan Baum, jbaum@clarencedyer.com