**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** October 3, 2019 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorney:** Reginald E. Jones, Kevin Rapp, Margaret Perlmeter, Peter Kozinets, Andrew Stone

**Defendant-1:  Michael Lacey**

**Interpreter:** N/A
**Attorney for Defendant:** Paul Cambria, Retained
**Defendant:** X☐ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-2:  James Larkin**

**Interpreter:** N/A
**Attorney for Defendant:** Thomas Bienert Jr. and Whitney Bernstein, Retained
**Defendant:** ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-3:  Scott Spear**

**Interpreter:** N/A
**Attorney for Defendant:** Bruce Feder, Retained
**Defendant:** ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-4:  John Brunst**

**Interpreter:** N/A
**Attorney for Defendant:** Ariel Neuman and Gary Lincenberg, Retained
**Defendant:** ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Summons ☐ Writ

**Defendant-6:  Andrew Padilla**

**Interpreter:** N/A
**Attorney for Defendant:** David Eisenberg, CJA
**Defendant:** ☐ Present ☒ Not Present ☒ Released/Waived ☐ Custody ☐ Summons ☐

**Defendant-7:  Joye Vaught**

**Interpreter:** N/A
**Attorney for Defendant:** Joy Bertrand, CJA
**Defendant:** ☐ Present ☒ Not Present ☒ Released/Waived ☐ Custody ☐ Summons ☐ Writ

| | |
|---|---|
| USA v. Lacey et al | **Date:** October 3, 2019 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

**Evidentiary hearing held on defendant's motion to compel (Doc. 643).  J. Patrick Cullen sworn and examined. Exhibits 1 and 101 admitted.  Will Gerkin sworn and examined. Exhibit 103 admitted.  Matthew Frost sworn and examined. Exhibit 6, 9, 120 (demonstrative only) admitted.**

**The evidentiary hearing will resume on 10/25/2019 at 1:00 p.m.**

**Subpoena issued to Issa Martin for appearance today by defense counsel David Eisenberg on behalf of defendant Andrew Padilla and her non-appearance is discussed.**

**Counsel to provide the Court by 5:00 p.m. on 10/24/2019 complete witness and exhibit lists for the evidentiary hearing.**

| | |
|---|---|
| Court Reporter Christine Coaly | **Start:** 9:19 AM |
| **Deputy Clerk** Traci Abraham | **Stop:**  5:03 PM |