IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | No. CR-18-422-PHX-SMB<br><br>**ORDER** |

Based on the United States' Unopposed Motion to Extend Deadline for Response to Defendant John Brunst's Motion to Dismiss Indictment, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to respond to Defendant Brunst's Motion to Dismiss Indictment (Doc. 746) to October 18, 2019.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.