1  Gary S. Lincenberg *(admitted pro hac vice)*
     glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
     aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
     gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant John Brunst
8

9               **UNITED STATES DISTRICT COURT**

10             **FOR THE DISTRICT OF ARIZONA**

11

12  United States of America,              |  CASE NO. 2:18-cr-00422-SMB

13              Plaintiff,                  |  **DEFENDANT JOHN BRUNST'S UNOPPOSED MOTION TO**
14        vs.                               |  **EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO**
15  Michael Lacey, *et al.*,                |  **DISMISS INDICTMENT (DKT. 746)**
16              Defendants.                 |  Assigned to Hon. Susan M. Brnovich,
17                                          |  Courtroom 506
18

19

20

21

22

23

24

25

26

27

28

3608685.1

1    This filing is only necessary because the government refused to include, in its

2 unopposed request for an extension of time (Dkt. 765) to respond to Mr. Brunst's

3 Motion to Dismiss the Indictment, the corresponding unopposed extension of time

4 for Mr. Brunst to file his reply.

5    On October 4, 2019, the government requested that Mr. Brunst stipulate to a

6 one-week extension of the deadline to file its response to his Motion to Dismiss the

7 Indictment For Failure to Plead Essential Elements of the Travel Act (Dkt. 746)

8 from October 11 to October 18 to accommodate certain travel schedules.  Counsel

9 for Mr. Brunst agreed, and asked that the government likewise agree to extend the

10 deadline for Mr. Brunst to file his reply by five days, from October 25 (the date on

11 which Mr. Brunst's reply would be due if the government's extension request is

12 granted) to October 30, also to accommodate counsel's travel schedule.

13    The government agreed to the extension of time, but rejected counsel's

14 request that the government include both dates in its motion to the Court to avoid

15 the need for multiple filings and orders.  Attached as Exhibit A is a true and correct

16 copy of the parties' correspondence on this matter.

17    Mr. Brunst therefore respectfully requests that, if the Court grants the

18 government's motion for extension of time, the Court extend the time for Mr. Brunst

19 to file his reply in support of the Motion to October 30, 2019.

20

21 DATED:  October 8, 2019          Gary S. Lincenberg
                                    Ariel A. Neuman
22                                  Gopi K. Panchapakesan
                                    Bird, Marella, Boxer, Wolpert, Nessim,
23                                  Drooks, Lincenberg & Rhow, P.C.
24

25

26
                                    By:  _____ */s/ Ariel A. Neuman*_____
27                                            Ariel A. Neuman
                                    Attorneys for Defendant John Brunst
28

3608685.1                                 2
                   BRUNST'S UNOPPOSED MOTION TO EXTEND TIME

1

## **CERTIFICATE OF SERVICE**

2

3

I hereby certify that on October 8, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

4

5

By: _____ */s/ Ariel A. Neuman*

6

Ariel A. Neuman

Attorneys for John Brunst

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3608685.1