# EXHIBIT A

| | |
|---|---|
| **From:** | Ariel A. Neuman |
| **To:** | Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ) |
| **Cc:** | Thomas H. Bienert; Whitney Bernstein; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Grant, James; Corn-Revere, Bob; Bruce Feder; Feder Law; Gary S. Lincenberg; Gopi K. Panchapakesan; David Eisenberg; Joy Bertrand; Rapp, Kevin (USAAZ); Jones, Reginald (CRM); Kucera, John (USACAC); Stone, Andrew (USAAZ) |
| **Subject:** | Re: United States v. Lacey, et al. - MTD extension request |
| **Date:** | Monday, October 7, 2019 11:34:04 AM |

Margaret,

It would be fairly common professional courtesy, and aid the courts convenience, to include both dates in a single filing given that there is no dispute.  Please reconsider and include both dates for everyone's convenience.  If you do, we will do the same in the future if a similar situation arises.

Let me know.

Ariel


Ariel Neuman
aneuman@birdmarella.com
Office: 310.201.2100

Sent from my mobile device.

---

**From:** Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>
**Sent:** Monday, October 7, 2019 11:10:21 AM
**To:** Ariel A. Neuman <aneuman@birdmarella.com>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Grant, James <jimgrant@dwt.com>; Corn-Revere, Bob <bobcornrevere@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; David Eisenberg <david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>
**Subject:** RE: United States v. Lacey, et al. - MTD extension request

Ariel,

We will file our request for a one-week extension today.  Please file your own request to extend the reply deadline to Oct. 30.  You may indicate the government has no objection.  I believe this is how extensions were handled for previous motions.

Best,

Peggy Perlmeter
AUSA – District of Arizona
(602) 514 - 7402

---

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Sunday, October 6, 2019 7:02 AM
**To:** Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Grant, James <jimgrant@dwt.com>; Corn-Revere, Bob <bobcornrevere@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; David Eisenberg <david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones@CRM.USDOJ.GOV>; Kucera, John (USACAC) <jkucera@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>
**Subject:** Re: United States v. Lacey, et al. - MTD extension request

Peter,

I reviewed my calendar and realized if we move the dates as you request, my own travel calendar is impacted.  So we will need until the 30th to file our reply.  I would appreciate if you would put that in your filing as well.

Thanks.


Ariel Neuman
aneuman@birdmarella.com
Office: 310.201.2100

Sent from my mobile device.


From: Ariel A. Neuman
Sent: Friday, October 4, 3:06 PM
Subject: RE: United States v. Lacey, et al. - MTD extension request
To: Kozinets, Peter (USAAZ)
Cc: Thomas H. Bienert, Whitney Bernstein, Toni Thomas, Paul Cambria, Erin McCampbell Paris, Grant, James, Corn-Revere, Bob, Bruce Feder, Feder Law, Gary S. Lincenberg, Gopi K. Panchapakesan, David Eisenberg, Joy Bertrand, Rapp, Kevin (USAAZ), Jones, Reginald (CRM), Kucera, John (USACAC), Perlmeter, Margaret (USAAZ), Stone, Andrew (USAAZ)


Peter,

I may be wrong, but I believe in the past there was at least one instance where this type of professional courtesy was not extended by the government to a defense lawyer in this case.  In the hopes that we can avoid that going forward, I have no objection to your request.

Ariel

**From:** Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>
**Sent:** Friday, October 4, 2019 11:59 AM
**To:** Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Toni Thomas <tthomas@bienertkatzman.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Grant, James <jimgrant@dwt.com>; Corn-Revere, Bob <bobcornrevere@dwt.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; David Eisenberg <david@deisenbergplc.com>; Joy Bertrand <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>
**Subject:** United States v. Lacey, et al. - MTD extension request

**Ariel,**

**Due to travel schedules, we are planning to seek a one-week extension of the deadline for responding to Brunst's Motion to Dismiss (Doc. 746), from October 11 to October 18.**

**Please let us know your position.**

**Thanks,**
**Peter**

Peter S. Kozinets
United States Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Phone:  602.514.7259
Email: peter.kozinets@usdoj.gov

*CONFIDENTIALITY NOTICE:  This email may contain confidential, legally privileged information intended only for the named recipient.  If you are not the intended recipient, note that disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the intended recipient, is strictly prohibited.  If you have received this email in error, please contact the sender immediately and delete this message.*