Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:18-cr-00422-SMB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JOHN BRUNST'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT (DKT. 746)**<br><br>Assigned to Hon. Susan M. Brnovich, Courtroom 506 |

1  The Court, having read and considered Defendant John Brunst's Unopposed Motion
2  to Extend Time to File Reply in Support of Motion to Dismiss Indictment (Dkt. 746)
3  ("Motion"), and good cause having been shown, IT IS HEREBY ORDERED THAT:
4  Defendant John Brunst's Motion is GRANTED.
5  Defendant John Brunst's reply in support of his Motion to Dismiss Indictment (Dkt.
6  746) shall be due on October 30, 2019.

8  DATED:

Susan M. Brnovich
United States District Judge