AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 18-9126 MB | Date and time warrant executed: April 6, 2018  9:00am | Copy of warrant and inventory left with: Jill Anderson |
|---|---|---|
| Inventory made in the presence of : N/A | | |

Inventory of the property taken and name of any person(s) seized:

Please see attached FD-597, receipt for property, from 3300 E. Stella Lane, Paradise Valley, AZ

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/10/2018

_Executing officer's signature_

Amy L. Fryberger  Special Agent
_Printed name and title_

FD-597 (Rev 8-11-94)                                                                                              Page 1 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property    Received/Returned/Released/Seized

File #: 50A-PX-9247052

On (date)   4/6/2018

Item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)
(Street Address)
(City)

**Description of Item(s):**

| |
|---|
| Patek Philippe watch with brown wristband |
| (2) SF Fire Credit Union receipts |
| (1) First Federal Savings & Loan debit card and (1) Arizona Bank & Trust NOT TAKEN |
| (1) 2018 Planner |
| Patek Philippe watch with black wristband |
| US Passport for Michael Gerard Lacey |
| (3) $100 bills, (20) $20 bills, (10) $10 bills, (6) $5 bills, and (7) $1 bills |
| (73) $100 bills, (38) $50 bills, (5) $20 bills |
| US Passport No. 444834436 Michael Gerard Lacey |
| Microsoft Surface laptop serial no. 038796271653 with cord |
| Dell All In One computer S/N C2KR922 with power cord |
| Banco de Mexico pesos |
| Cuban currency (1) $50 bill, (12) $20 bill, (13) $10 bill, (12) $5 bill, (7) $3 bill, (7) $1 bill, (7) coins |
| $280 Canadian Dollars |
| Orange Nikon coolpix camera S/N 31004776 Model W300 with battery and SD card |
| Suspected Marijuana |
| (2) Vehicle titles 2014 Jaguar and 2010 Dodge |
| Receipts for rugs and art work |
| Orange Nikon Coolpix S/N 31001848 with SD card and battery |

Page 1 of 5

FD-597 (Rev 8-11-94)  Page 2 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property    Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

| Item |
|---|
| Apple Ipad A1673 S/N DMPRK97XHMK |
| Apple Macbook Pro S/N C02HJ01DV7M with power cord |
| (7) bracelets yellow color |
| (8) watches |
| (16) rings and (1) ring box |
| Coin inside envelope |
| (4) necklaces and (1) bracelet, (1) jewelry box, (1) necklace holder |
| (5) sets of earrings (1) bag of earring backs (1) stone white in color |
| Jewelry receipts |
| Indian and Horse artwork |
| Standing Indian painting |
| (3) rings |
| (2) rings |
| (2) necklaces |
| (2) sets of earrings |
| (1) watch |
| Cement statue |
| Te mando de besos de agua artwork |
| Indian with feather painting |
| Fighting Buffalo painting |
| HP All In One computer with power cord SN 4CS413096G |
| (15) photos in one frame of Grand Canyon |
| statue |
| Statue with fish |
| Backpage document |
| Apple Imac S/N W80401KTDB7 with cord |
| Receipt for Larsen gallery |
| Receipt for medium wedding band |

FD-597 (Rev 8-11-94)

Page 3 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property   Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

| Item |
|---|
| Larkin documents Attorney/Client |
| Photograph appraisal and notes related to California arrest |
| Aerial photo |
| Wool rug kohinoor brown in color |
| Wool runner |
| Apple Macbook Pro SN C02SYAZBGTFM with power cord |
| Man with Dog painting |
| Sex trafficking research articles and emails and receipts for artwork |
| Notepad with handwritten notes and ATTORNEY CLIENT PRIVILEGE labeled document inserted |
| Picture with lady covered in leather |
| Man and lady dancing photo |
| Photo of blurred soldier |
| Photo of man hanging from tree |
| Photo of clown on rollerskates |
| Photo of Nixon and Kruzchev |
| Photo of lady and baby laying on bed |
| Photo of Jackie Kennedy |
| Black and white photo of two people dancing |
| (9) black and white etchings in one frame |
| Painting of mountain |
| Bird statue |
| statue of two rocks on a platform |
| Statue of Barry Goldwater |
| statue of bird |
| Brown sculpture clay pieces |
| Sculpture of six figures handing from sticks |
| White statue of Native American man standing on platform |
| White clay sculpture |

FD-597 (Rev 8-11-94)

Page 4 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

| Item |
|---|
| Brown clock |
| (3) figures of people laying down |
| Large picture of lights coming out of ice |
| Cement statue with three squares |
| statue of white ship |
| Picture of person standing in front of a group of people |
| statue of brown ship |
| Statue of man coming out of a stack of shoes |
| Picture of green hills |
| (2) rings yellow in color |
| NOT TAKEN |
| Picture of two birds on powerlines and two dogs on ground |
| Picture of birds flying above grass |
| Picture of water and sand |
| Photo of skulls |
| Picture of angel statue on building |
| Photo of framed art |
| Wood framed picture with blue squares on picture |
| Gray framed picture of canyon |
| Picture of field with billboard |
| Picture of desert landscape with light pole |
| Picture of snake on couch |
| Black framed photo of skeleton with mustache |
| Picture of blurred woman |
| Picture of blurred man |
| Black framed photo of 5 blurred cowboys |
| Yellow framed picture of man with leaves in front of truck |
| Picture of landscape in yellow in color frame |

Page 4 of 5

FD-597 (Rev 8-11-94)

Page 5 of 5

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property   Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

| |
|---|
| Black framed painted landscape photo |
| Photo of people playing instruments in the street |
| Black and white photo of alley way with a store on the right |
| NOT TAKEN |
| Colored canvas of city with San Carlos sign |
| Photo of Mexican mariachi record |
| Picture of Herb Alperts Tijuana record |
| NOT TAKEN |
| Statue of man's face |
| Black framed Frank Arnold black and white face |
| Statue of two birds |
| Colored face picture by Frank Arnold |
| Documents |
| Miscellaneous documents |

**Received By** _____     **Received From** _____

(signature) _____     (signature) _____