| | |
|---|---|
| **From:** | Ernie Allen |
| **To:** | Robert Allen |
| **Subject:** | RE: Backpage Meeting |
| **Date:** | Wednesday, March 02, 2011 2:34:00 PM |

Robert:

The legal analysis will be sent to you by Stephen Hill. Steve is an attorney with Husch & Blackwell in Kansas City. He is the former US Attorney for the Western District of Missouri, and has been working as legal counsel on these issues for Harold Anderson of Anderson Publishing in Atlanta, whom I mentioned to you and General Abbott. Steve is a great resource and has really delved into this issue for Mr. Anderson and me. Finally, he joined Anderson and me for our recent meeting with Attorney General Holder.

I wanted to make sure that you recognized the name and knew that he is responding on my behalf. Let me know how we can help.

Is General Abbott coming to the NAAG meeting next week? I am speaking to the AGs Wednesday morning and have fifteen minutes to cover four or five different issues, of which this is one. Of course, I will not mention our conversation.

Ernie

---

**From:** Robert Allen [mailto:robert.allen@oag.state.tx.us]
**Sent:** Wednesday, March 02, 2011 10:54 AM
**To:** Ernie Allen
**Subject:** Re: Backpage Meeting

Ernie,
Thank you for the update on the meeting. I will keep my eyes out for the additional information we visited about.

Regards,
Robert

>>> Ernie Allen <EALLEN@ncmec.org> 3/1/2011 1:43 PM >>>
Robert:

First, thank you for the opportunity to speak with you and General Abbott Friday. We are working on the analysis I promised you and will get it to you shortly.

Second, as I mentioned during our conversation, I met this morning with the Jim Larkin, the CEO; the Executive VP; and the co-owner and editor of Village Voice Media, as well as their pointman for Backpage. I wanted to give you and General Abbott a brief report.

They did a presentation for me on all they have done, and the steps they are taking. The CEO said that they are changing all of their ads to conform with a "print standard." Their Backpage head said that they have implemented two levels of moderation and now have 90 people reviewing ads. They said that their primary source of guidance and review on the ads is "user moderation," and that they are getting lots of reports from their users. They said that they have banned nudity and hundreds of terms and are continually monitoring to keep illegal content from appearing.

I responded with several basic points:

(1) That we appreciated the steps they were taking, but they aren't working. I mentioned Erotic Review, the site where you can get detailed reviews of the "services" provided by the young women in the ads. I

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT
TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

NCMEC 000726