

**U.S. Department of Justice**

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No. PX-9247052

21711 N. 7th Street
Phoenix, Arizona 85024

May 16, 2017

Yiota G. Souras
Senior Vice President
General Counsel
National Center for Missing & Exploited Children
699 Prince Street
Alexandria, Virginia 22314-3175
Email: ysouras@ncmec.org

Re: Request for records and evidence relating to Backpage.com

Dear Ms. Souras,

This written request for records and documents is being made in the lawful performance of my official duties as an investigator of the Federal Bureau of Investigation. As part of an ongoing criminal investigation into the activities of Backpage.com, it is requested that NCMEC provide the following:

Notes and emails documenting communication NCMEC had with Backpage.com, documents prepared for meetings and discussions with Backpage.com, recommendations NCMEC made to Backpage.com, communications regarding discussions regarding Backpage.com, research packets NCMEC prepared documenting instances of child sex trafficking or missing and exploited children related to Backpage.com, documents and records provided to the Senate's Permanent Subcommittee on Investigations related to Backpage.com.

The records can be provided in paper or electronic format. Please send the documents to the attention of Special Agent Desirae K. Tolhurst, FBI, Phoenix Division, telephone (623) 466-1481 or via email at the email address: desirae.tolhurst@ic.fbi.gov.

Thank you for time and attention to this matter.

Sincerely,

Michael D. DeLeon
Special Agent in Charge

By:
Linda Engstrom
Supervisory Special Agent