EXHIBIT D

AO 106 (Rev. 04/10) Application for a Search Warrant

SEALED

# UNITED STATES DISTRICT COURT

### for the

Eastern District of California

ORIGINAL FILED

APR 1 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| Information associated with email accounts identified ) | Case No. |
| in Attachment A that is stored at premises controlled by ) | 2:17 - SW - 0 2 7 5   AC |
| the California Attorney General's Office ) | |
| ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, attached hereto and incorporated by reference.

located in the _____ Eastern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, attached hereto and incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1952(a) | Interstate and foreign travel or transportation in aid of racketeering enterprises |
| 18 U.S.C. § 1956(h) | Conspiracy to launder monetary instruments |
| 18 U.S.C. § 1956(a)(1)(A)(i) | Laundering of monetary instruments |

The application is based on these facts:

SEE AFFIDAVIT, attached hereto and incorporated by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Amy L. Fryberger, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/18/17

_____
*Judge's signature*

City and state: Sacramento, California

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**ORIGINAL FILED**

APR 1 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

7

**SEALED**

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION        CASE NO.  2:17 - SW - 0 2 7 5    AC
   OF THE UNITED STATES OF AMERICA
   TO SEARCH INFORMATION ASSOCIATED
12 WITH EMAIL ACCOUNTS IDENTIFIED IN       [PROPOSED] ORDER RE: REQUEST TO SEAL
   ATTACHMENT A THAT IS STORED AT          DOCUMENTS
13 PREMISES CONTROLLED BY THE
   CALIFORNIA ATTORNEY GENERAL'S           **UNDER SEAL**
14 OFFICE

15

16                          **SEALING ORDER**

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 any person, unless otherwise ordered by this Court.

21

22 Dated:  __4/18/17_____          _____
                                        Hon. Allison Claire
23                                      U.S. MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER                          1

1   IN THE MATTER OF THE SEARCH OF:
2   INFORMATION ASSOCIATED WITH
3   EMAIL ACCOUNTS DESCRIBED IN
    ATTACHMENT A
4
    ALL STORED AT:
5
6   CALIFORNIA ATTORNEY GENERAL'S OFFICE
    1300 I STREET
7   SACRAMENTO, CALIFORNIA 95814

8
9   **AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

10       I, Amy L. Fryberger, being duly sworn, depose and state as follows:

11                                **INTRODUCTION**

12       1.       I am a Special Agent with the Federal Bureau of Investigation ("FBI"),

13   currently assigned to the FBI Field Office in Phoenix, Arizona. I have been employed by

14   the FBI as a Special Agent for eight and a half years. As part of my responsibilities, I am

15   charged with investigating violations of statutes applying to human trafficking. I have

16   collaborated with other squads that specialize in money laundering investigations as well

17   as with the Internal Revenue Service ("IRS"). Prior to working human trafficking cases,

18   I was assigned to work national security, gang, and drug investigations.

19       2.       I make this affidavit in support of an application for a search warrant for

20   content and records associated with the email accounts described in Attachment A, which

21   are stored at the California Attorney General's Office, 1300 I Street, Sacramento,

22   California, 95814.

23       3.       I have probable cause to believe that evidence of violations of 18 U.S.C.

24   §§ 1952(a), 1956(a)(1)(A)(i), and 1956(h), are located in and within the email accounts

25   described in Attachment A, which is attached hereto and incorporated by reference. I

26   have reason to believe that the aforementioned email accounts that are the subject of the

27   instant application will contain evidence that the "adult" advertisements Backpage.com

28   ("Backpage") and its officers chooses to accept and publish are actually for illegal

1   services.  Thus, as outlined below, and based on my training and experience, there is

2   probable cause to believe that evidence, fruits and/or instrumentalities of the

3   aforementioned crimes, as further described in Attachment B, which is attached hereto

4   and incorporated by reference, are located in the accounts.

5       4.   I am familiar with the information contained in this Affidavit based upon

6   the investigation I have conducted, along with my conversations with law enforcement

7   officers and others and review of reports, grand jury transcripts, agent notes, and database

8   records, along with other public documents.  This Affidavit is submitted for the limited

9   purpose of securing a search and seizure warrant.  It does not include each and every fact

10   known to me or the government about the investigation.  I have set forth only those facts

11   that I believe are necessary to establish probable cause.

12               **STATUTORY AUTHORITY**

13       5.   The "Travel Act," pursuant to 18 U.S.C. § 1952(a), prohibits, in part, the

14   use of the mail or any facility in interstate or foreign commerce with the intent to

15   otherwise promote, manage, establish, carry on, or facilitate the promotion, management,

16   establishment, or carrying on of any unlawful activity, and thereafter performs or

17   attempts to perform an act to promote, manage, establish, carry on, or facilitate the

18   promotion, management, establishment and carrying on of such unlawful activity.

19       6.   "Unlawful activity," as defined in 18 U.S.C. § 1952(b), includes

20   prostitution offenses in violation of the laws of the State in which they are committed or

21   of the United States.  Prostitution is illegal in the State of California.  (*See, e.g.*, Cal.

22   Penal Code § 647(b).)

23       7.   Sex trafficking of juveniles, or any person by means of force, fraud or

24   coercion, is a violation of 18 U.S.C. § 1591.

25       8.   Title 18, United States Code, Section 1956(h) prohibits a conspiracy to

26   commit money laundering, and the prosecution is obliged to establish that: (1) an

27   agreement to commit money laundering existed between one or more persons; (2) the

28

1   defendant knew that the money laundering proceeds had been derived from an illegal

2   activity; and (3) the defendant knowingly and voluntarily became part of the conspiracy.

3       9.      Title 18, United States Code, Section § 1956(a)(1)(A)(i) prohibits what the

4   case law calls "Promotional Money Laundering."  Specifically, Section 1956(a) prohibits

5   the following: (a)(1) "Whoever, knowing that the property involved in a financial

6   transaction represents the proceeds of some form of unlawful activity, conducts or

7   attempts to conduct such a financial transaction which in fact involves the proceeds of

8   specified unlawful activity – (A)(i) with the intent to promote the carrying on of specified

9   unlawful activity."  "Financial transaction" is defined under 18 U.S.C. § 1956(a)(1) as

10  follows: "a financial transaction shall be considered to be one involving the proceeds of

11  specified unlawful activity if it is part of a set of parallel or dependent transactions, any

12  one of which involves the proceeds of specified unlawful activity, and all of which are

13  part of a single plan or arrangement."

14      10.    The investigation shows that many, if not most, of the paid advertisements

15  on the Backpage website are for prostitution activities in violation of 18 U.S.C.

16  § 1952.  Furthermore, the investigation indicates that many, if not most, of the individuals

17  advertising those services have no other legitimate source of income, and, accordingly,

18  that much, if not most, of the money used to pay for those advertisements is derived from

19  illegal prostitution activity in violation of 18 U.S.C. § 1952.

20      11.    The investigation also shows there is probable cause that James Larkin and

21  Michael Lacey are the true beneficial owners of Backpage, and that Carl Ferrer, Larkin,

22  Lacey, Andrew Padilla, Adam Padilla, Joye Vaught, and other officers and employees of

23  Backpage know that much, if not most, of the money Backpage receives for such paid

24  advertisements represents proceeds from illegal activities.  Similarly, the investigation

25  shows that the monies paid for the advertisements are used to facilitate illegal prostitution

26  and to perpetuate Backpage's business by, among other things, paying moderation

27  employees to sanitize the submission of advertisements, maintaining the servers used to

28

- 3 -

1    promote Backpage's Adult internet site, paying managers and other employees,

2    maintaining a headquarters, and paying the owners of the website. In sum, as detailed

3    below, there is probable cause that Larkin, Lacey, Andrew Padilla, Adam Padilla,

4    Vaught, and other officers and employees of Backpage are engaging in promotional

5    money laundering and conspiracy to commit promotional money laundering.

6    <u>**PROSTITUTION AND SEX TRAFFICKING ON THE INTERNET**</u>

7    12.    Based on my training and experience, I know that the internet has

8    transformed the commercial sex trade.

9    13.    Prior to the rise of the internet, commercial sex took place on the streets, at

10    casinos, truck stops, and other physical locations.

11    14.    With the internet, individuals involved in advertising commercial sex now

12    post advertisements online on various websites, including classified ad websites. Such

13    online sites facilitate the commercial sex trade by providing an easily accessible forum

14    that matches buyers of sex with the individuals providing sex acts for a fee. The

15    individuals providing sex acts for a fee include minor and adult victims of sex trafficking

16    and adult individuals voluntarily engaging in prostitution.

17    <u>**UNDERLYING INVESTIGATION INTO BACKPAGE.COM**</u>

18    15.    Backpage is a company that provides online classified advertising at the

19    website www.Backpage.com. Backpage can be accessed throughout the United States

20    and in foreign countries. It was created around 2004.

21    16.    Backpage has offices and employees in Phoenix, Arizona, and Dallas,

22    Texas. Carl Ferrer is the CEO of Backpage, and remains active within Backpage to this

23    day.

24    17.    Beginning in 2004, Backpage was owned by a parent company called New

25    Times Media ("NTM"), later called Village Voice Media ("VVM"). In September 2012,

26    Lacey and Larkin decided to sell other holdings within VVM and retain ownership of

27    Backpage.

28

- 4 -

18.     Backpage allows users to post classified ads under numerous categories including, among others, automotive, buy/sell/trade, jobs, real estate for sale, rentals, and adult entertainment.  The ads are categorized by location, allowing a user to decide the city and country to post ads in or to browse.  Numerous cities throughout the United States are provided, along with cities in foreign countries.

19.     The adult entertainment section is broken up into different categories, including "adult jobs," "body rubs," "domination & fetish," "escorts," "male escorts," "phone & websites," "strippers/strip clubs," and "transsexual escorts."

20.     Backpage had an adult section offering "services" and "body rubs" starting in 2004.  Backpage had an "escorts" section starting as early as 2006.

21.     Beginning in 2010, Backpage began making large profits per year for ads posted in the Escorts section of the site after its competitor, Craigslist, shut down its own adult services section.  Craigslist was an online classified ad site similar to Backpage.  Craigslist faced public pressure from numerous state attorneys general to shut down its adult services section because it was commonly linked to sex trafficking and prostitution.  Once Craigslist shut down its adult services section, Backpage began to see a spike in the escort ads posted on its site, along with a spike in profits.  In 2011 alone, Backpage began making more than $30 million a year.

22.     In January 2017, Backpage closed its adult advertising section in the United States, asserting years of government pressure left it no choice but to shutter its most popular and lucrative feature.  The decision came shortly after a U.S. Senate panel released a report alleging Backpage concealed criminal activity by removing words from ads that would have exposed child sex trafficking and prostitution.

## LAW ENFORCEMENT INVESTIGATION INVOLVING SEX TRAFFICKING AND PROSTITUTION

23.     Ads posted within the escort section of Backpage are routinely tied to sex trafficking and prostitution crimes.  For the past seven years, law enforcement at the

- 5 -

1  local, state, and federal level have repeatedly investigated and charged pimps and other
2  individuals in connection with adult and child sex trafficking on Backpage.  Within the
3  FBI Phoenix field office alone, numerous defendants have been charged and convicted of
4  sex trafficking and other prostitution offenses involving Backpage.

5          24.     The charging and prosecution of pimps and other traffickers who utilize
6  Backpage are largely publicized.  A review of the FBI's website alone reveals over 200
7  press releases specifically mentioning Backpage in connection with individuals charged
8  and/or convicted of sex trafficking and other prostitution related offenses.

9          25.     Over the past several years, law enforcement has been involved in
10  operations targeting the customers of commercial sex on Backpage ("Johns").   Law
11  enforcement has posted numerous undercover ads in the escort section as thinly veiled
12  advertisements for prostitution.  Hundreds of Johns have been arrested in the process.

13          26.     Operations targeting Johns on Backpage have also been widely publicized.
14  For example, in "Operation Flush the Johns," law enforcement in Nassau County, New
15  York, posted undercover prostitution advertisements on Backpage from April 18, 2013,
16  to May 24, 2013.  The ads included a fictitious woman known as "Amber," age "27," in
17  scantily clad photographs claiming to be "the girl next door," who is "420 friendly"
18  (slang for marijuana use), and "very open minded."  After reviewing the ads, the
19  customers arranged to meet the fictitious individuals advertised.  Each meeting was
20  captured on hidden cameras where Johns agreed to pay undercover female agents
21  between $50 and $100 for sex acts.  As a result of the operation, 104 Johns were arrested.
22  (See http://www.nydailynews.com/new-york/104-johns-nabbed-nassau-county-pay-sex-
23  article-1.1361717).

24          27.     A similar operation was conducted throughout the country in 2014, in an
25  operation dubbed "National Day of Johns Arrests."  Undercover escort ads were posted
26  on sites including Backpage, resulting in the arrests of 496 Johns.  The operation
27  involved law enforcement in Arizona, Colorado, Illinois, Massachusetts, Minnesota,
28

1  Nevada, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia,

2  and Washington. (*See* http://www.cookcountysheriff.com/press_page/press_

3  NationalSex Traffickng Sting2014_08_06_2014.html).

### CALIFORNIA DEPARTMENT OF JUSTICE
### UNDERCOVER INVESTIGATION INTO BACKPAGE.COM

6      28.     I am aware of an undercover operation conducted in California targeting

7  Backpage's facilitation of prostitution by posting ads. In March 2015, California

8  Department of Justice ("California DOJ") Special Agent ("SA") Tera Mackey and SA

9  Brian Fichtner began an undercover investigation into Backpage.com. SA Mackey was

10  assigned to the California DOJ Sexual Predator Apprehension Team in 2001. Her duties

11  included the investigation of the sexual exploitation of children, which often involves the

12  use of the internet. SA Mackey is currently assigned to the California DOJ eCrime Unit,

13  where she engages in investigative work for crimes committed on the internet. SA Brian

14  Fichtner has been a member of the eCrime unit and has received extensive training on

15  computer related crimes since 2012. Prior to being assigned to the eCrime unit, he was

16  with the Bureau of Narcotic Enforcement for twelve years.

17      29.     On March 6, 2015, SA Fichtner posted two fictitious undercover ads in the

18  Sacramento region of Backpage. One ad offered adult companionship for money in the

19  Escort Section and the other ads listed a sofa for sale in the "Buy, Sell, Trade" section. In

20  both ads, SA Fichtner used the same account information – a state funded credit card to

21  pay Backpage.com to post the ad, an undercover cell phone number, and the email

22  address katiecatt19@gmail.com.

23      30.     To post the Escort ad, SA Fichtner went to the Backpage homepage. The

24  first page displayed eleven (11) sections with sub-categories; for instance, the "Adult"

25  section contains the "Escort" sub-category and users can click directly on the Escort

26  category from the homepage. At the top of the page, there was a "Post Ad" link. He

27  clicked on this link and it displayed a page that listed eleven (11) sections similar to the

28

- 7 -

1   homepage.  He clicked on the category of "Escorts" and a page was displayed with
2   "Posting Rules."  After clicking a button at the bottom of the page, he continued the
3   posting process.

4          31.    The next page displayed a blank template for entering the title, description,
5   age, location, email address, and photos or videos for the ad.  Backpage listed a fee of
6   $10 for the Escort category.  Toward the bottom of the page, upgrades to the ad were
7   offered for additional fees.  Upgrades included automatically reposting the ad to the top
8   of the page or highlighting the ad with a "thumbnail."  Users could pay anywhere from
9   $40 to repost an ad several times a day, to $960 to repost an ad 104 times a day.

10         32.    To draft the fictitious ads, SA Fichtner used Backpage ads reviewed during
11  the investigation as templates.  He included a photograph of a woman dressed in lingerie
12  who described herself as "clean, safe, and 100% independent" and offered to make users'
13  "dreams come true," mentioning an hourly rate of $175.  Once the template was
14  completed, he clicked on the "Continue" button at the bottom of the page; next to the
15  "Continue" button was the statement, "By placing this ad I agree to the terms of use and
16  privacy policy."  He then clicked on the linked terms and policy.

17         33.    SA Fichtner continued to the next page of the process where he displayed a
18  preview of his advertisement and listed the cost of $111.20 to post the ad; he paid to auto-
19  repost eight (8) times and $21.20 for a Sponsored ad thumbnail on the side banner.  At
20  about 8:52 am, he clicked on the "Post Ad Now" button and was forwarded to the
21  payment page requesting payment by credit card or Bitcoin.  He paid with a credit card
22  utilizing state provided funds.  Below the "Submit" payment button, there was a message
23  stating, "The charge will appear on your statement as: BP NATIONAL, Payment
24  Solutions BV., Stawinskylaam 601, 1077XX, Amsterdam, Netherlands."  After clicking
25  on the "Submit" button, he received a "Thank you" message.

26         34.    Immediately after posting the ad, an email was sent on behalf of
27  sacramento.backpage.com to the email address SA Fichtner provided when posting the
28

1    ad. The email thanked SA Fichtner for posting the ad and explained that the ad was

2    "Pending" and "will be released soon." The email noted the posting date, the expiration

3    date, and the cost of the ad. The ad was posted on Backpage at about 9:00 am.

4        35.    SA Fichtner went through a similar process to post the non-Adult ad – a

5    couch for sale in the "Buy, Sell, Trade" section on Backpage.com; there was no

6    minimum fee required for the non-Adult ad, but he paid $1.22 to promote the ad via a

7    Sponsored side banner thumbnail, as well as 26 auto-reposts.

8        36.    SA Mackey was assigned to monitor and document all calls and texts sent

9    to the undercover cell phone used in the ads.

10        37.    Within minutes of the Escort Ad going live, SA Mackey began receiving

11   calls and texts. Between the 6th and 16th of March 2015, SA Mackey received

12   approximately 197 text messages and 134 phone calls inquiring about the Escort Ad. SA

13   Mackey received one text message inquiring as to the availability of the couch.

14       38.    While working in her undercover capacity, SA Mackey communicated with

15   several of the potential customers tied to the escort ad, sending and receiving a total of

16   747 text messages. Many potential customers used terms in their messages and phone

17   calls commonly seen in the commercial sex context. Based on my training and

18   experience, along with the training and experience of SA Mackey and SA Fichtner, the

19   terms used by the customers' in their messages was understood as follows:

20       a.  Incalls and/or Outcalls: An "incall" is where the customer comes to the
            "escort's" location and an "outcall" is where the escort goes to the
21          customer's location. Many users asked SA Mackey about her
            incall/outcall policy.
22
         b.  Donation: "Donation" in the "escort" context means the fee an escort
23          would charge for sex acts; in researching commercial sex cases,
            particularly those on Backpage.com, both prostitutes and customers
24          seem to believe that by saying "donation" rather than fee, they are
            protected from possible criminal charges.
25
         c.  BBBJ: "Bare Back Blow Job" – Fellatio without a condom.
26
         d.  FS: "Full Services" – Sexual intercourse to completion
27

28
                                      - 9 -

    e.  GFE: "Girlfriend Experience" – a session that is more like lovemaking with a girlfriend than a commercial service.

    f.  Greek: anal sexual intercourse

39.    Of the 747 text messages that were sent and received, SA Mackey received one video, via text message, of an adult male having intercourse with a "blow up doll" and photographs of two potential customers' faces.

40.    Based on the number of phone calls and text messages, I infer that a large number of individuals viewed the ad posted as a prostitution ad. Because numerous individuals viewed the ads as prostitution ads, there is probable cause to believe that Backpage knows that these types of ads are indeed for prostitution.

41.    On March 16, 2015, SA Fichtner called Backpage to notify them of the prostitution related ad. SA Fichtner called Elizabeth McDougall, an attorney for Backpage, and left a voicemail with her identifying himself as an agent with the California DOJ, and explaining that he wanted Backpage to remove a known prostitution ad in the Escort section. SA Fichtner left his cell phone number.

42.    On March 16, 2015, SA Fichtner also called Carl Ferrer, the CEO of Backpage. SA Fichtner reached Carl Ferrer and identified himself and asked him about removing a known prostitution ad. Carl Ferrer initially told him to report the ad by email to abuse@backpage.com, but then asked for the ad's details. SA Fichtner provided the Post ID for the ad. Ferrer seemed to be looking up the ad on a computer stating, "the other ads from this user don't appear to be illegal." Ferrer was able to link the Escort ad to the non-Adult couch ad. Ferrer said that he would personally report the prostitution ad and "lock it out." The ad was in fact removed by Backpage thereafter.

43.    Carl Ferrer also communicated with agents Fichtner and Mackey via the email account carl.ferrer@backpage.com regarding requests to preserve various Backpage ads agents believed to be indicative of prostitution.

44.    On March 17, 2015, Elizabeth McDougall, an attorney for Backpage, called SA Fichtner. SA Fichtner told her he had spoken with Carl Ferrer and that he had

- 10 -

1    removed the ad.  McDougall asked how SA Fichtner knew the ad was for prostitution.

2    SA Fichtner said he could not provide details of his investigation.  SA Fichtner

3    mentioned that he had seen numerous other ads on Backpage that seemed to be for

4    prostitution and asked why they were not being removed.  McDougall said that Backpage

5    does not restrict a users' First Amendment right to post ads.  She said Backpage has a

6    filtering process in place to prevent the posting of illegal ads.  McDougall explained

7    Backpage's four step filtering process.  First, ads are screened by a computer program

8    that looks for flagged terms.  If the ad passes the computer screening, it is then screened

9    twice by a human moderator – once before it gets posted and again after it is posted.  The

10    final level of filtering comes from the public, who can report an ad directly to Backpage

11    via a link on the site.

12         45.    SA Fichtner said he noticed several photos in the Escort section showing

13    breasts and genitalia.  SA Fichtner asked McDougall if there are restrictions on the types

14    of photos that can be posted.  McDougall said photos of that nature are not allowed and

15    should not make it through the filtering process.  She said if those types of photos are

16    making it through the filtering process, then Backpage would need to identify the

17    moderator who screened the ad and correct the problem.

18         46.    SA Fichtner asked McDougall to explain why the Escort section charged a

19    significantly higher fee than any other section on the website.  She said the higher cost to

20    post adult escort ads was a recommendation that had been made to Craigslist.com by the

21    Attorney General to deter criminals from posting illegal ads, and that Backpage followed

22    suit.  McDougall stated that Backpage works closely with law enforcement.

23         47.    SA Fichtner reiterated that many Backpage ads appear to be blatant

24    prostitution ads.  McDougall did not dissuade him from this impression, and returned to

25    her point about the First Amendment.  She said that the internet and prostitution were not

26    going away and if Backpage were to restrict postings of Adult services on their website, it

27

28
                                    - 11 -

1    would only drive the industry underground, making it more difficult for law enforcement

2    to investigate.

3         48.    Through its investigation, the California DOJ Special Agents learned that

4    the email accounts described in Attachment A, among others, were used by

5    Backpage.com officers and employees to conduct its business.  California DOJ's

6    investigation revealed the above email accounts were being stored on Google's servers.

7    Beginning in July 2015, California DOJ obtained search warrants for the accounts listed

8    in Attachment A, among others, in the California Superior Court in Placer County.

9    California DOJ obtained search warrant returns for the email accounts from Google.

10        49.    As part of its investigation, California DOJ reviewed an email sent from

11   Mariel Lubeck to Jim.Larkin@villagevoicemedia.com, and

12   Michael.Lacey@villagevoicemedia.com.  The email's subject read "Conference call this

13   week – Confidential."  From California DOJ's review of Ferrer's emails, as well as

14   corporate records, it learned that Ferrer regularly reports to an apparent Board of

15   Directors.  For example, in January 2014, Ferrer sent an email to members of the board,

16   including Larkin, about an upcoming meeting they all appeared to be attending.  Ferrer

17   attached a file named "Agendas_jan_2014_PHXBD," which California DOJ believed

18   meant Phoenix Board.  Among other items, the agenda stated that some payment

19   processors were "out because of pot and guns," which I believe refers to the "Sporting

20   Equipment" and "Farm" sections on Backpage.com that often feature pot and guns for

21   sale.  The agenda also mentioned improving the "UX" or user experience by removing

22   "state and name from credit card form," and stopping "pre-pub moderation in CA."  The

23   agenda also stated that to "compete with free you have to be easier and more

24   anonymous," and mentioned allowing "users to post without an email address" and only

25   storing an IP address.  This evidence supports my belief that Ferrer and Backpage staff

26   know that Backpage is used for commercial sex and that Ferrer and Backpage

27   intentionally furthers that criminal activity by helping users remain anonymous.

28

- 12 -

1   California DOJ's investigation also revealed that starting in 2010, Lacey and Larkin used

2   their VVM email addresses (Jim.Larkin@villagevoicemedia.com, and

3   Michael.Lacey@villagevoicemedia.com) to communicate with the National Center for

4   Missing and Exploited Children about measures Backpage could adopt to curb child sex

5   trafficking on its site.

6           50.     California DOJ's investigation also found additional email addresses Ferrer

7   used to communicate regarding Backpage's business.  For instance, in April 2015, Ferrer

8   forwarded an email from his Backpage account to his ferrer.carl@gmail.com Gmail

9   account about "detective work" he and his staff had been doing on a "hitlist" [sic] of

10  competing sites.

## BACKPAGE HAS KNOWLEDGE OF THE ILLEGAL ACTIVITY OCCURRING IN ITS ESCORT SECTION

13  **A.     LAWSUITS**

14          51.     Many groups and individuals have discussed with Backpage the

15  prostitution activity occurring on its Escort section on multiple occasions.  By letter dated

16  September 21, 2010, twenty-one state Attorneys General informed the then-lawyer for

17  Backpage of the following: "We believe that ads for prostitution, including ads

18  trafficking children, are rampant on the site and that the volume of ads will grow in light

19  of Craigslist's recent decision to eliminate the adult services section of the website."

20  Backpage continued to provide its "Escort" section to the general public.  By letter dated

21  August 31, 2011, forty-five state Attorneys General sent a letter to Backpage's then

22  counsel discussing various cases the offices were prosecuting where children were

23  trafficked on Backpage.  (*See* http://attorneygeneral.tn.gov/cases/backpage/

24  backpageletter.pdf; *see also* Craig GJ transcript).  Despite repeated warnings about

25  facilitating prostitution, Backpage still continued to provide its "Escort" section to the

26  public.

27

28

- 13 -

1    52.    While continuing to run its "Escort" section, Backpage has been served

2    with civil complaints providing it additional notice of serious allegations involving sex

3    trafficking.  For example, in 2010 Backpage was sued in *M.A. ex. rel. P.K. v. Vill. Voice*

4    *Media Holdings, LLC and Backpage*, 809 F. Supp. 2d 1041 (E.D. Mo. 2011). According

5    to the court papers, a juvenile of sex trafficking sued Backpage for her victimization after

6    ads were posted of her on Backpage.  Specifically, from 2009 to 2010, Plaintiff M.A., a

7    14-year-old, was being sexually trafficked by Latasha Jewell McFarland, an adult, who

8    pled guilty in a separate criminal case to using a facility in interstate commerce to

9    promote prostitution pursuant to 18 U.S.C. §1952(a)(3).  Defendant McFarland, while in

10   open court, admitted to photographing M.A., displaying her private body parts in sexual

11   pornographic poses, and posting the child pornography on Backpage as advertisements

12   seeking payment for sex.  McFarland further admitted to paying Backpage for these

13   postings, and transporting M.A. for the purposes of multiple sexual liaisons for money

14   with adult male customers obtained through Backpage's website.  *Id.* at 1041-42.

15   53.    In seeking to hold Backpage liable, the lawsuit against Backpage alleged

16   the following:

17       * In 2009 and 2010, [Backpage] posted many advertisements which
         included explicit nude photographs of Plaintiff, M.A., a minor, advertising
18       her services as an escort for sex on backpage.com and received fees for
         each posting. .
19       * [Backpage] had knowledge that: explicit sexual pornographic
20       photographs were being posted on its website; that postings on their
         website were advertisements for prostitution; that numerous minors were
21       included in these postings for prostitution on its website; that sex
         trafficking of minors is prolific in the United States of America; that the
22       internet, including their website, was used for advertisements for illegal
         sexual contact with minors; that on numerous prior occasions [Backpage
23       was] made aware of minors being trafficked on their website; that
24       according to [Backpage], on five prior occasions [Backpage] responded to
         subpoenas involving the trafficking of minors on backpage.com and this
25       does not include other cases involving minors of which [Backpage is]
26       aware wherein [Backpage] cooperated with authorities without subpoenas.
27       * By posting explicit nude photographs of Plaintiff, M.A., a minor, in an

28                                        - 14 -

advertisement which advertised her services as an escort for sex on backpage.com, [Backpage] facilitated child sex trafficking and aided and abetted McFarland in violating each criminal statute and United States Treaty Optional Protocol herein alleged, in that: [Backpage] had a strong suspicion that the aforementioned crimes were being committed yet was so indifferent that [it] failed to investigate for fear of what it would learn; [Backpage] had a desire that these posters accomplished their nefarious illegal prostitution activities so that the posters would return to the website and pay for more posting; and [Backpage] continued to maintain their website so as to participate in these illegal transactions....
*Id.* at 1045.

54.     Backpage, through its lawyers, moved to dismiss the lawsuit and argued immunity under the Communications Decency Act, 47 U.S.C. § 230.  After reviewing the allegations and the Communications Decency Act ("CDA"), which serves as a bar for many civil lawsuits and state criminal prosecutions against internet-related entities, the district court dismissed the lawsuit. *Id.* at 1058.

55.     In October, 2014, Backpage was again sued by child sex trafficking victims in *Doe ex rel. Roe v. Backpage.com, LLC*, 104 F. Supp. 3d 149, 149-65 (D. Mass. 2015). According to that lawsuit, Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 were juvenile victims of sex trafficking advertised repeatedly on Backpage.  Jane Doe No. 1 was first trafficked by pimps on Backpage in February of 2012, when she was 15 years old.  She was again sold on Backpage in March of 2013.  Between June of 2013 and September 10, 2013, her "services" were advertised on Backpage each and every day.  As a result of the ads, she engaged in 10 to 12 sex transactions daily with adult men in Massachusetts and Rhode Island.  Her pimp moved her from town to town every two days to avoid detection.  Jane Doe No. 1 appeared in some 300 ads on Backpage and was raped over 1,000 times. *Id.* at 153.

56.     Backpage listed each ad featuring Jane Doe No. 1 as an offer of "escort" services, a common euphemism for prostitution.  According to the district court, the Jane Doe No. 1 ads included known signifiers for child prostitution such as "young," "girl,"

1    "fresh," "tiny," "roses," and "party."  Jane Doe No. 1's pimp provided a prepaid mobile

2    phone and a prepaid credit card to conceal Jane Doe No. 1's identity when Jane Doe No.

3    1 placed ads on Backpage at the direction of her pimp.  When Jane Doe No. 1 attempted

4    to enter her true age (which was under 18) during the purchase of an ad, Backpage would

5    instruct her to enter her age as 18 or older.  Photographs of Jane Doe No. 1 (with her

6    facial features obscured, but at least on one occasion displaying a unique tattoo)

7    accompanied all of her ads.  *Id.* at 153.

8         57.    Jane Doe No. 2 was trafficked on Backpage by her pimp during various

9    periods between 2010 and 2012 at different locations in Massachusetts.  She was first

10   advertised on Backpage when she was 15 years old.  Ads featuring Jane Doe No. 2 were

11   posted either by her pimp or an older woman who worked with him (his "bottom").  The

12   ads would appear on Backpage an average of six times per day.  Jane Doe No. 2 was

13   given a prepaid mobile phone to answer calls from would-be customers generated by the

14   Backpage ads.  As a result of the ads, she was coerced into 5-15 sex transactions every

15   day.  Like the ads of Jane Doe No. 1, those of Jane Doe No. 2 featured her photograph.

16   The ads were placed using a prepaid credit card.  Altogether, Jane Doe No. 2 was raped

17   over 900 times while being trafficked by her pimp.  *Id.* at 153.

18        58.    Jane Doe No. 3 was trafficked on Backpage in December of 2013 by her

19   pimp and one or more of his associates.  The Backpage solicitations for the underage Jane

20   Doe No. 3 described her as "new," "sweet," and "playful."  As with the other Jane Does,

21   the ads were paid for with a prepaid credit card.  Jane Doe No. 3 was also given a mobile

22   phone to take calls and texts from customers.  She was taken to a hotel in Foxborough,

23   Massachusetts, where she was raped by men who responded to the ads.  Photos of Jane

24   Doe No. 3, including one that she had taken of herself, appeared with the ads on

25   Backpage.  *Id.* at 153.

26        59.    Backpage, through its lawyers, again moved to dismiss the civil complaint

27   pursuant to the CDA.  The district court granted the motion to dismiss.

28

- 16 -

60. In 2012, Backpage was sued by three additional juvenile victims of sex trafficking in *J.S. v. Village Voice Media Holdings, LLC, d/b/a Backpage.com LLC*, 359 P.3d 714 (Wash. S. Ct. 2015), after their advertisements were placed on Backpage and they were raped by adult customers who responded to the advertisements. According to the Second Amended Complaint, in 2010 "J.S.," a 15-year-old minor, was advertised on Backpage along with multiple lascivious photographs of the minor. J.S.'s pimp paid Backpage a fee for such advertisements. Advertisements of J.S. appeared in the escort section over 100 different times. J.S. engaged in sexual intercourse with multiple adults a day for a fee for several months. (Am. Compl. 4.1-4.4)

61. According to the Amended Complaint, "S.L." was advertised on Backpage in September 2010 when she was 13 years old. Her pimps dressed her up in lingerie and took photographs of her to include in the ad. The pimps paid Backpage a fee for the advertisements. S.L. was repeatedly trafficked to adult men and provided sex for a fee. (Am. Compl. 5.1-5.4)

62. "L.C." was 13 years old when she was advertised for prostitution by her pimps on Backpage. From July 2010 until September 23, 2010, the pimps paid for multiple advertisements on Backpage and included ad titles such as "80 DOLLAR DAY SPECIAL, ask for Tasha." In another ad, it stated "Face down Ass Up," while another ad stated "Let Em BLOW YOUR MIND." The ads included photos of the under-aged victim. After being advertised on Backpage, L.C. was raped by hundreds of adult men. (Am. Compl. 6.1-6.5)

63. Backpage, through its attorneys, moved to dismiss under the CDA. Unlike other jurisdictions, the Washington Supreme Court held the CDA did not serve as a bar and the lawsuit is going forward. 359 P.3d 714, 717-718.

64. Multiple anti-trafficking organizations filed amicus curiae briefs in the Washington law suit, including the National Center for Missing and Exploited Children

1   ("NCMEC") and Shared Hope International, which is a non-profit, NGO funded by a

2   U.S. Congresswoman in 1998 to help eradicate sex trafficking.

3          65.     According to NCMEC, numerous family members found their relatives

4   being advertised on Backpage and provided feedback directly to Backpage through the

5   "Report" feature on Backpage's site.  The following communications were sent directly

6   to Backpage in response to various ads posted:

> * "No the girl …is 16 shes my cousin she ra[n] away from home two
> months ago…The cops r trying to get her and her pimp.  She is a runaway
> She got tattoos of her pimp on her lower stomach and upper right
> eyebrow."
> * "This ad has photos of my 16 year old sister who currently being
> trafficked and we are trying to get home.  We have an active investigation
> going on and am trying to get her away from her pimp and bring her home.
> Please stop allowing whoever it is to post her.  She['s] only a minor and we
> want her home."
> * "How dare you allow a post of my juvenile daughter being used in a sex
> trafficking post! Shame on you backpage – you know what you're really all
> about and I am on a mission to take you down…Shame shame shame!"
>
> (See Amicus Curiae Brief Of The National Center For Missing And
> Exploited Children, In The Supreme Court Of The State Of Washington,
> pg. 7.)

       66.     According to published statements made by Shared Hope International, at

19  least 495 minor victims of sex trafficking have been linked to Backpage as of July 14,

20  2015. (See http://sharedhope.org/2015/07/14/495-child-sex-trafficking-victims-linked-to-

21  backpage-com-visa-mastercard-amex-cut-ties-with-site/ ).

**B.    ADS DESCRIPTIVE OF ILLEGALITY**

       67.     In various interviews throughout the years, Backpage employees and/or

24  counsel have claimed that "Escort" ads are not necessarily criminal and are protected by

25  the First Amendment.  A review of various advertisements that Backpage has permitted

26  to go live and remain live on its site show that the ads appear criminal on their face.

1    68.    By way of just a few examples,[1] on March 25, 2016, an individual posted

2    the following advertisement for the Athens, Georgia area:

3

4    COLLEGE who Loves Ana$l Crem$pies – 25
     Hi guys, it's YOUR GIRL MIYA AND I'm best head suc*ker it is an I'm
5    not from here but I just moved here from Atl... I HOST ONLY AN
     PRIVATE AN DISCREET...Location. I love those OLDER WHITE MEN
6    WHO LOVE THOSE BLACK FREAKY college student girls who REM
     a*ss and who's dominant..Take control $$is req.  No rushin no time limit.
7    If the offers fair enough...((((706-389-5223)))

8

9    69.    Attached to the ad is a picture of a young female posing in a black and

10   white printed bra and underwear.  A second picture is a partial image of her face.  (*See*

11   Exhibit 1.)

12   70.    The above ad remained live on Backpage as of April 22, 2016.

13   71.    Based my training and experience, I am familiar with the following

14   terminology and expressions commonly used in the prostitution context and seen in the

15   above ad: Ana$l Crem$pies appears to be slightly coded to mean "anal cream pies."

16   "Anal cream pies" relates to sexual activity involving a person's anus, including

17   ejaculation.  "Head sucker" is a slang term for oral sex performed on a man's genitals.  I

18   interpret "req" to be shorthand for "required" and the individual is stating that money is

19   required for the sex acts.  I have probable cause to believe that this is a prostitution

20   advertisement on Backpage and that Backpage knows such an advertisement is connected

21   to prostitution.

22   72.    On April 16, 2016, an individual posted an ad in the Arizona escort section

23   of Backpage, which read as follows:

24   100 incalls * Phat @$$!  100$ incall – A*N*A*L *Queen  PorN  No.

25

26

27   [1] Each ad is attached as exhibits 1-3 to this affidavit to fully illustrate the different symbols
     and pictures used that cannot be adequately conveyed with Microsoft Word.
28

available – 22
Hey KeLLY 415 602 6537
Im Young, Sexy, Sweet, Mature, Playful, & im Amazingly Talented. I'm
Available 24/7
*100% INDEPENDENT
*Upscale Gentlemen ONLY
*Always Safe & very Clean
*No Police/Pimps
*Must Be Clean & Respectful
*Professional & Discrete * Upscale Beauty * 100% REAL
Gf Exp, Behind Door, All Fetish Welcome
B:*A*C*K*…D*O*O*R pLAY… CALL NOW  KeLLY 415 602 6537

73.    Attached to the ad were several pictures of a young women in various
lingerie.  For example, one image shows her wearing a black bra, waist garter, and black
underwear while standing up taking a "selfie" with her phone.  Another image shows her
wearing a black thong and orange bra while exposing her buttocks to the camera, along
with a partial side shot of her face.  Another image shows her laying on her stomach
wearing cream-colored underwear.  Her buttocks are the focal point of the camera.  This
ad remained live on Backpage as of April 22, 2016.  (See Exhibit 2.)

74.    Based on my training and experience, I am familiar with the following
terminology and expressions commonly used in the prostitution context: "Incalls" is a
term commonly associated with prostitution ads, and it means a customer must come to
the female's location; as opposed to "outcalls" where the female will go to the customer's
location.  100$ incalls refers to charging $100 for the customer to come to the female's
location. "Gf Exp" is shorthand for "Girlfriend Experience."  "Girlfriend Experience"
refers to a customer wanting to have sexual intercourse as if they were have sexual
intercourse with their girlfriend.  "A*N*A*L and B:*A*C*K*…D*O*O*R pLAY"
relate to the female's willingness to engage in anal sex and other commercial sexual
activity involving the anus.  I have probable cause to believe that this is an advertisement
for prostitution and that Backpage knows it constitutes an advertisement for prostitution.

- 20 -

1    75.    On April 18, 2016, an individual posted an ad for the Long Island, New

2    York area:

3

4    SEXY - BEAUTIFUL – K!nKy B.B.W. BOMBSHELL - DaNgeRouS
     CuRveS – 24
5    Good morning. Up and ready…. Juicy Thick Mami – Respectful and
     Mature Gents Only – 5'5 BBW Freaky Lil Mama – Available Now –
6    INCSLLS ONLY – Sorry NO ANAL – 100000000% Real – No Games !!
7    Discrete and Very Clean !! SERIOUS CALLERS ONLY – RUDENESS
     will not be tolerated – Please NO PIMPS.  NO LAW ENFORCEMENT!
8    No THUGS! No Drama! Just Good Safe and Clean Fun! No Explicate
9    talk!! No extra pictures – 6074815436 – Hauppauge Smithtown Commack
     Sayville Massapequa Ronkonkoma
10

11    76.    Attached to the post is a woman wearing black underwear and black

12   fishnet patterned nylons while bending over a toilet.  Her buttocks are the focal point of

13   the camera.  A second picture shows her sitting on a toilet and straddling the toilet while

14   wearing the same black lingerie outfit described above.  The focal point is again on her

15   buttocks. A third picture shows her in the same black lingerie outfit while kneeling on top

16   of a bed.  Her back is facing the camera while she plays with her long hair.  The above ad

17   remained online as of April 22, 2016.  (*See* Exhibit 3.)

18    77.    Based on my training and experience, "BBW" stands for Big Beautiful

19   Woman.  "Freaky" relates to the sexual adventurousness of the individual.  "No Anal" is

20   interpreted to mean no anal sex.  No LEO is clearly stated and gives notice to Backpage

21   that the purpose of the ad is to engage in illegal activity.  I have probable cause to believe

22   that this is an advertisement for prostitution where the individual will engage in

23   commercial sex acts and Backpage knows this is an advertisement for prostitution.

24

25

26

27

28

1  **UNITED STATES SENATE, PERMANENT SUBCOMMITTEE ON**
2  **INVESTIGATIONS, COMMITTEE ON HOMELAND SECURITY AND**
   **GOVERNMENTAL AFFAIRS ("PSI"), INVESTIGATION OF BACKPAGE.COM**

3  A.  **November 2015 PSI Report - Recommendation to Enforce a Subpoena Issued**
4  **to the CEO of Backpage.com, LLC**

5      78.  I am aware of a November 19, 2015, report issued by the United States

6  Senate, Permanent Subcommittee on Investigations, Committee on Homeland Security

7  and Governmental Affairs ("PSI Report") recommending enforcement of an October 1,

8  2015, subpoena issued to Carl Ferrer.

9      79.  The subpoena requested, among other items, documents concerning

10  Backpage's moderation efforts, including information related to editing or modifying ads

11  before publishing.  The subpoena also requested documents concerning metadata,

12  document retention, basic corporate information, and revenue derived from adult

13  advertisements.  (PSI Report, p. 30.)

14      80.  On the return date, Backpage produced twenty-one pages of publicly

15  available documents and submitted a letter objecting to certain document request in the

16  subpoena on the grounds that they violated the First Amendment and were not pertinent

17  to a proper legislative investigation.  (*Id.* at 30.)  Backpage declined to produce the many

18  internal documents it possesses that are responsive to the subpoena's request for

19  information about its moderation procedures, data-retention policies, and financial

20  information.  (*Id.* at 32.)

21      81.  The Subcommittee overruled Backpage's objection explaining that

22  Backpage's vague and underdeveloped First Amendment arguments lacked merit.  (*Id.* at

23  31.)  The Subcommittee further rejected Backpage's entirely unexplained contention that

24  the document requests in the October 1, 2015, subpoena were not pertinent to a proper

25  investigation.  (*Id.* at 32.)  Undeterred by Backpage's noncompliance with its process, the

26  Subcommittee pursued its fact-finding through other means.  The PSI Report detailed the

27  Subcommittee's preliminary findings.

28

- 22 -

1      82.    The Subcommittee found substantial evidence that Backpage edits the

2   content of some ads, including by deleting words and images, before publication. The

3   record indicates that in some cases, the deletions likely served to remove evidence of the

4   illegality of the underlying transactions. (*Id.*) Specifically, as part of its moderation

5   process, it appears that Backpage will delete particular words or images that violate its

6   terms of service. (*Id.*) Backpage's General Counsel, Elizabeth McDougall, told the

7   Subcommittee of this practice in a staff interview, but the company has so far refused to

8   provide additional documents about it. (*Id.*) The subcommittee attempted to take the

9   testimony of two Backpage employees in charge of its moderation practices, but they

10   refused to testify on the grounds that it might incriminate them. (*Id.*)

11      83.    The subcommittee, however, obtained evidence that from 2010 through

12   2012, Backpage outsourced its moderation practices to a California-based company that

13   employed moderators in India. During this time, the moderators deleted certain images,

14   words, or phrases from "adult" ads. (*Id.*) Specifically, Backpage issued specific content

15   guidelines and instructions to the moderators and continuously updated these instructions.

16   (*Id.*) Content guidance from Backpage typically took one of three forms: First,

17   Backpage provided descriptions of images it would accept, decline, or edit, including

18   specific examples. Second, Backpage's guidance included lists of words that should

19   prompt moderators to either fail or edit an ad. Finally, Backpage, often through

20   Operations Manager Andrew Padilla or Carl Ferrer would, in some instances, answer

21   questions from the company's moderators about failing, approving, or editing specific

22   content in specific ads. (*Id.*)

23      84.    Carl Ferrer, Andrew Padilla, among other Backpage employees, were in

24   regular email contact with the moderators about the speed of the moderation process.

25   Backpage had the ability to monitor the number of ads awaiting review in each queue,

26   including whether certain ads had exceeded a certain amount of time from posting to

27   approval. (*Id.*) Automatic email alerts notified Backpage managers when ads were

28

1 | waiting in the queue for longer than the target wait times. On occasion, Andrew Padilla

2 | or another Backpage employee emailed persons when ads sat too long in the queue to

3 | urge them to process the ad. (*Id.*)

4 |      85.   Backpage CEO Carl Ferrer was intimately involved in communicating the

5 | content policies the California-based company that it outsourced its moderation practices

6 | were to apply. For example, guidelines in October 2010 flagged for scrutiny not only

7 | certain sexual images, but also text that conveyed an offer of sex for money ("no pricing

8 | for services less than an hour"). (*Id.* at 18.) With respect to these particular changes in

9 | guidance, Mr. Ferrer wrote (via email), "Better to edit by removing bad text or removing

10 | bad language. We will do this for a few weeks to give users a chance to adjust." (*Id.* at

11 | 18.) In another email, Mr. Ferrer communicated with the company it outsourced its

12 | moderation practice to about how to deal with ads that offer services based on time

13 | increments, *e.g.*, 15 or 30 minutes that are standard in the illegal sex trade. Mr. Ferrer

14 | explained: "Removing bad pics and removing bad text like 15 min ½ hour is critical. I

15 | think [the moderators] will be busy." (*Id.* at 19.)

16 |      86.   Quality control for the screening and editing process was also an important

17 | concern for Backpage during its contract with the California-based company. Backpage

18 | encouraged the company's moderators to review ads quickly, but to not cut corners." (*Id.*

19 | at 21.) Backpage attempted to monitor the moderators to provide "constructive

20 | feedback" when a moderator failed an ad that should have been approved or vice versa.

21 | But at least as of 2010, the editing platform did not provide Backpage the ability to

22 | monitor the specific edits a moderator made to a post; Backpage could only see the final

23 | product. (*Id.*)

24 |      87.   In some instances, Backpage took corrective action after ads containing

25 | violations of Backpage content policies were published even after going through the

26 | screening and editing process. (*Id.*) In these cases, Backpage sent the violation to the

27 | company with the ID number of the moderator who "missed" the particular violation.

28 |

1   (*Id.*)  The company would then retrain the moderator and explain why the particular item

2   needed editing.  (*Id.*)

3        88.   Quality control was important to Backpage not only to ensure compliance

4   with its policies, but also to ensure customer satisfaction.  Backpage's revenue depends

5   on user's willingness to pay to post ads, the cost of which can range from a few dollars to

6   more than one hundred dollars as users buy upgrades to promote or sponsor ads to

7   receive more views.  (*Id.*)  In some instances, users complained to Backpage's customer

8   service department when images were deleted that the user knew should have been

9   approved.  Mr. Ferrer reacted to that personally.  (*Id.* at 21.)  In one email to Backpage

10   staff, Mr. Ferrer noted "an increase in users complaining about false positives" and urged

11   the moderators to "exercise care when removing images."  In at least one instance, Mr.

12   Ferrer offered a customer $1,000 in "freebies" when an ad was erroneously edited.  (*Id.* at

13   21.)

14       89.   Statements publicly made by Backpage, California DOJ's undercover

15   investigation of Backpage, and the PSI Report show Backpage employees including

16   Ferrer, Padilla, and Vaught, use email to discuss the criminality of various Backpage ads,

17   including discussions on: (1) its moderation process and whether various ads should be

18   removed for violating its policies and/or whether various account holders should be

19   permanently banned from posting on Backpage.com; (2) law enforcement subpoenas

20   seeking ads tied to criminal activity, including prostitution; (3) complaints by the public

21   regarding live ads on Backpage; and (4) reports by Backpage to NCMEC related to

22   individuals who appear to be under 18 or even slightly above 18 years old.

23   **B.**   **January 2017 PSI Report – Backpage.com's Knowing Facilitation of Online**
24       **Sex Trafficking.**

25       90.   I am also aware of a January 10, 2017, PSI Report titled "Backpage.com's

26   Knowing Facilitation of Online Sex Trafficking."  The report contained three principle

27   findings.  First, Backpage knowingly concealed evidence of criminality by systematically

28

1   editing its "adult" ads. (Jan. 2017 PSI Report, p. 2.) As early as 2006, Backpage

2   executives began instructing moderators to edit the text of adult ads to conceal the true

3   nature of the underlying transaction. (*Id.*) By October 2010, Backpage executives

4   formalized a process of both manual and automated deletion of incriminating words and

5   phrases, primarily through a feature called the "Strip Term From Ad Filter." (*Id.*) At the

6   direction of CEO Carl Ferrer, the company programmed this electronic filter to "strip" –

7   that is, delete – hundreds of words indicative of sex trafficking (including child sex

8   trafficking) or prostitution from ads before their publication. (*Id.*) The terms that

9   Backpage has automatically deleted from ads before publication include "lolita,"

10   "teenage," "rape," "young," "amber alert," "little girl," "teen," "fresh," "innocent,"

11   and "school girl." When a user submitted an adult ad containing one of these "stripped"

12   words, Backpage's Strip Term From Ad filter would immediately delete the discrete

13   word and the remainder of the ad would be published. (*Id.*) By Backpage's own internal

14   estimate, by late-2010, the company was editing 70 to 80% of ads in the adult section

15   either manually or automatically. (*Id.*)

16       91.    Second, Backpage knows that it facilitates prostitution and child sex

17   trafficking. In addition to the evidence of systematic editing described above, additional

18   evidence shows that Backpage is aware that its website facilitates prostitution and child

19   sex trafficking. Backpage moderators told the Subcommittee that everyone at the

20   company knew the adult-section ads were for prostitution and that their job was to "put[]

21   lipstick on a pig" by sanitizing them. (*Id.* at 3.)

22       92.    Third, despite the reported sale of Backpage to an undisclosed foreign

23   company in 2014, the true beneficial owners of the company are Larkin, Lacey, and

24   Ferrer. (*Id.*) Acting through a complex chain of domestic and international shell

25   companies, Lacey and Larkin lent Ferrer over $600 million to purchase Backpage from

26   them. (*Id.*) The Letter of Intent subjects Ferrer to significant restrictions on his

27   management of the company until the loan is repaid. (*Id.* at 48.) Ferrer cannot sell

28

- 26 -

1  Backpage, assign the loan to another borrower, or even change accountants or outside
2  counsel without approval from Lacey and Larkin. (*Id.*) The sale was conditional on
3  Ferrer providing a "five-year business plan satisfactory to Seller in its sole and absolute
4  discretion," and Ferrer also committed to submit to Lacey and Larkin for approval an
5  annual budget, monthly and quarterly balance sheets, and annual audited financial
6  statements. (*Id.*)

7       93.    Ferrer also made covenants to give Lacey and Larkin electronic access to
8  Backpage's bank accounts and full access to its books and records. In addition, Ferrer
9  could not without approval change the company's organizational structure, salaries,
10  banking relationships, or place of domicile. (*Id.*) Moreover, according to a loan
11  agreement later executed in connection with the sale, Ferrer could not "engage in any line
12  of business other than businesses engaged in on the date" of the sale. (*Id.*) According to
13  the consultant that structured the deal, moreover, this transaction appears to provide no
14  tax benefits. Instead, it serves only to obscure Ferrer's U.S.-based ownership and conceal
15  Lacey and Larkin's continued beneficial ownership. (*Id.*)

16       94.    Based on my review of the PSI Reports and accompanying appendixes, as
17  well as my conversations with law enforcement officers and others, and review of other
18  records, there is probable cause to believe that Ferrer, Lacey, Larkin, Andrew Padilla,
19  Adam Padilla, and Vaught, among other Backpage employees, are aware that Backpage's
20  posting and moderation process intentionally promotes prostitution. There is also
21  probable cause to believe that Ferrer, Lacey, Larkin, Andrew Padilla, Adam Padilla, and
22  Vaught, among other Backpage employees, used email communication to facilitate the
23  promotion of prostitution and child sex trafficking on Backpage.

24       95.    On January 21, 2011, Lacey sent Ferrer an email requesting guidelines
25  moderators use when reviewing ads in the "adult" services section to assist him in what
26  appears to be an upcoming meeting he (Lacey) had scheduled with NCMEC. (Jan. 2017
27  PSI Report, App. 759.) Ferrer responded with an email stating, "our guidelines are vague
28

- 27 -

1   but at least easy to remember." Ferrer also indicates, "They have a hash list of porn pics

2   and list of child porn URL sites to ban. Nothing on runaways. . .yet." (*Id.*) Based on my

3   training and experience, and the facts of this case, I know that hashing is an important

4   tool available to law enforcement. Hashing gives photos a unique fingerprint that enables

5   one to search for identical photos in other places, including on different web pages. In an

6   interview with the Subcommittee, Backpage counsel Elizabeth McDougall claimed that

7   Backpage had implemented hashing, although NCMEC, in testimony submitted to the

8   Subcommittee, stated that Backpage "does not appear to utilize free browser add-ons or

9   hashing technology to match images in ads of known children. (Nov. 2015 PSI Report,

10   23.)

11          96.    On January 31, 2012, Lacey responded to an email sent to him from Scott

12   Tobias where he (Lacey) seemed to be replying to a story Tobias sent him regarding child

13   sex trafficking occurring on Backpage. (Jan. 2017 PSI Report, App. 759.) In Lacey's

14   response to Tobias, he states, "within the response we need to note that as deplorable as

15   this case is, and it is appauling, it is one bad case amongst how many millions of ads that

16   involve no one under age." Lacey continued stating "drug dealers use cell phones, fed-x,

17   when you bust them you do not advocate shutting down phone service, overnight

18   deliveries, underage people use phony I.D. to get into bars thousands of people patronize

19   local bar legally, you don't close it when someone underage deceives the owner of the

20   bar. in time period covered by this story, this is only the second case developed by the

21   attorney general. the case is awful, but with two cases it is not yet a tsunami of underage

22   trafficking, prosecute this case, these individuals, get care and treatment for the victims

23   and stop pandering to yahoos." (*Id.*) Based on my training and experience, and the facts

24   of this case, I believe that this email indicates Lacey's knowledge that Backpage's adult

25   services section is being used to facilitate the promotion of prostitution and child sex

26   trafficking.

27

28

97.   On July 28, 2011, Larkin emailed to Ferrer cautioning him against Backpage's moderation practices "being made public." (Jan. 2017 PSI Report, App. 432.) Larkin states, "we need to stay away from the very idea of 'editing' the posts, as you know." (*Id.*) Information I have reviewed from the PSI Reports demonstrates that senior Backpage executives, including Larkin and Lacey, are aware that the site's adult section is used extensively to advertise prostitution. On March 1, 2011, for example, Ernie Allen, NCMEC's then President and CEO, met with Larkin and Lacey. Allen's notes summarizing this meeting, produced to the Subcommittee, reflect that when Allen asked about adult prostitution, Lacey "lit into me with vengeance. . . .He said his company agreed to eliminate underage kids on their site being sold for sex. . . .However, he said that adult prostitution is none of my business." (Jan. 2017 PSI Report, 36.) Based on my training and experience, and the facts of this case, I believe that there is probable cause to believe that Larkin has knowledge that Backpage knowingly conceals evidence of criminality by systematically editing its ads in its adult services section.

98.   In May 2009, in response to a news article regarding potential criminal investigation of Craigslist in South Carolina, Ferrer sent an email to Andrew Padilla instructing him to scrub local Backpage ads that South Carolina authorities might review: "Sex act pics remove . . .In South Carolina, we need to remove any sex for money language also." (Jan. 2017 PSI Report, App. 15.) Andrew Padilla replied to Ferrer that he would "implement the text and pic cleanup in South Carolina only." (*Id.*) In a December 1, 2010 email addressed to Backpage moderators and copying Ferrer, Andrew Padilla touted the success of the Strip Term From Ad filter, solicited ideas for additional words to be stripped, and attached the list of words then-programmed to be stripped from adult ads by the Strip Term From Ad filter before ads were published. (*Id.* at 158.) The words (among others) that were automatically deleted from ads included "lolita," "teenage," "rape," and "young." (*Id.*)

- 29 -

1       99.    Backpage executives also took affirmative steps to ensure that subpoena

2 responses did not disclose too much information about Backpage's moderation practices.

3 In a July 22, 2015 email addressed to a Backpage employee, Vaught asked the employee

4 whether Backpage's subpoena response team "normally send[s] out evil empire and

5 naked city links when [they] reply to cops? If you do, can you stop? We own those sites

6 too."). Based on my knowledge and experience, and the facts of this case, I have

7 knowledge that the websites EvilEmpire.com and NakedCity.com are solely devoted to

8 commercial sex advertising. Both websites contain graphic male and female nudity,

9 which Backpage purports not to allow on its website. (Jan. 2017 PSI Report, 27.)

10       100.   Backpage moderators also manually deleted incriminating language that

11 company filters missed. Manual editing involved the deletion of language similar to the

12 words and phrases that the Strip Term From Ad filter automatically deleted – including

13 words and phrases indicative of criminality. (*Id.* at 2.) In an October 26, 2010 email to a

14 moderation supervisor, copying Ferrer and Vaught, Andrew Padilla outlined some of the

15 types of words and images that moderators should delete. (Jan. 2017 PSI Report, App.

16 432.) In the personals section, moderators were to delete "rates for service" and

17 "mention[s] of money." (*Id.*) In the "Adult jobs" section, moderators were to delete

18 indications of "sex act[s] for money." (*Id.*)

19       101.   There is also evidence that, as a matter of policy, Backpage often chose to

20 err against reporting potential child exploitation. In an email exchange with a moderator

21 dated July 11, 2013, Vaught took issue with the moderator's decision to report an ad to

22 NCMEC due to "inappropriate content" and the moderator's belief that the person in the

23 ad "look[ed] young." (Jan. 2017 PSI Report, 40.) Vaught explained that she "probably

24 wouldn't have reported this one." (*Id.*) The moderator responded that the girl or woman

25 in the ad "look[ed] young." (*Id.*) Vaught went on to explain that she "probably wouldn't

26 have reported this one." (*Id.*) The moderator responded that the girl or woman in the ad

27 "looked drugged and has bruises." Vaught replied that the person in the ad did not look

28

1   under 18 years old, adding that "[t]hese are the kind of reports the cops question us about.

2   I find them all the time, it's just usually you who sends them [(to NCMEC)]." (*Id.*)

3        102.   As Backpage changed its content guidelines, the company recognized that

4   users would need time to adjust their word choice and therefore refrained from removing

5   or blocking users for failing to immediately comply.  For example, after prohibiting users

6   from posting rates for services lasting under one hour, Andrew Padilla, in an October

7   2010 email, stated that Backpage would only be editing the offending text and not

8   removing ads altogether.  Padilla explained to the moderators, "We have to be fair to the

9   users and give them time to adapt." (Jan.  PSI Report, App. 138.)

10       103.   In September of 2009, Adam Padilla was copied on an email Ferrer sent to

11  Backpage employees with the subject, "Why was this ad removed in San Antonio." (*Id.*

12  at 22.) Ferrer states in the email, "Sorry, I did not want to make this too big of a deal.  I

13  want us to avoid getting craig's reputation of removing ads for no reason.  Regarding

14  minor complaints in escorts: - Users posting in escorts are paying clients.  If they look to

15  young, remove the ad.  If they don't look like minors, we can refer the email to Dallas for

16  further verification.  Regarding minor complaints in personals, if we get a complaint in

17  personals and the pic look to young, we can make a judgement call and remove the ad."

18  (*Id.*)  In October 2010, less than a month after Craigslist shut down its Adult advertising

19  section, Andrew Padilla sent an email to Backpage employees, including Adam Padilla,

20  with the subject "New Moderation Standards." (Jan. 2017 PSI Report, App. 124.)

21  Andrew Padilla states in the email, "Perhaps indefinitely, and certainly over the next four

22  days, we need to intensify our efforts in cleaning Escorts, Body Rubs, Male Escorts and

23  Dom & Fetish.  This intensification will come in the form of extra staff and overtime but

24  most importantly in stricter standards for language and images in ads.  I'd like to still

25  avoid Deleting ads when possible, but if an ad makes a clear reference to sex for money

26  or an image displays a sex act, don't hesitate deleting it.  These are not the types of ads

27  we want on our site at all.  In the case of lesser violation, editing should be sufficient.

28

- 31 -

1    We're still allowing phrases with nuance but if something strikes you as crude or
2    obvious, remove the phrase.  We're still allowing HBO type of nudity but if an images
3.   make you think twice, remove the image.  There is zero tolerance for closeups of exposed
4    genitalia." (*Id.*)

5        104.   Additionally, according to the January 2017 PSI report, in August of 2016,
6    Adam Padilla testified before the Senate PSI Committee under oath that he removed
7    words that "clearly stated that that person wanted to have sex with somebody for money."
8    According to Adam Padilla, Backpage instructs moderators during training that "those
9    are the words you need to pull." (*Id.* at 31.)  Asked if he was told why he should remove
10   those terms, Adam Padilla explained that "those terms made it clear that the person was
11   asking for, you know, money for prostitution." (*Id.*)  Adam Padilla further explained that
12   deleting ads for illegal conduct, rather than editing out the indicia of illegality, would
13   have cut into company profits. (*Id.*)  Adam Padilla further testified that moderators even
14   edited live ads that were reported for "Inappropriate Content" by users. (*Id.* at 32.)
15   According to Adam Padilla, if moderators saw "an ad that had inappropriate content that
16   suggested sex for money," they would remove the offending language and repost the ad.
17   (*Id.*)  Adam Padilla testified that it was "common knowledge" that removing sex-for-
18   money language before posting does not change the illegal nature of the advertised
19   transaction. (*Id.*)

20       105.   Because Backpage is making millions of dollars a year on advertisements
21   that it knows are routinely tied to sex trafficking and prostitution, I believe that Ferrer,
22   Lacey, Larkin, Andrew Padilla, Adam Padilla, and Vaught's Backpage and VVM email
23   accounts contains evidence relevant to the investigation.  The Backpage business model
24   is largely based on the fees it obtains from its escort section, and there is probable cause
25   to believe that the email accounts will have communications showing the aforementioned
26   individuals knowledge of prostitution-related criminal activity, how Backpage advances
27   such criminal activity through its moderation process, the money Backpage makes
28

- 32 -

1  through advancing such activity, and other relevant evidence.  Based on my training,

2  experience, and facts of this case, I believe probable cause exists that the aforementioned

3  email accounts contains the fruits, instrumentalities, and evidence of the above-stated

4  crimes.

5  ## PROMOTIONAL MONEY LAUNDERING

6  ### Backpage's Revenue Stream and Employees

7      106.  In terms of how Backpage generates revenue, it has guarded the details of

8  its total revenue and the revenue it generates from online escort advertising.  In an

9  interview with ABC News that aired in April 2012, McDougall repeatedly refused to

10  answer questions about the revenue Backpage makes from adult advertisements.  (*See*

11  November 19, 2015 PSI Report.)  Based on PSI's investigation to date, however,

12  Backpage's Corporate group had net yearly revenue of more than 71 million dollars in

13  2012, more than 112 million dollars in 2013, and at least 135 million dollars in 2014.

14      107.  I also reviewed a September 2013 statement by McDougall that was

15  submitted to the Arizona Governor's Task Force on Human Trafficking.  She stated that

16  the Adult ads accounted "for less than 2% of overall content posted to the service."  I

17  compared that figure to an internal chart I found in the email records, which showed that

18  in August 2013, Adult ads were 1% of the total count but 95% of the paid count,

19  amounting to more than $10 million in revenue, while non-Adult ads like jobs were 47%

20  of the total count but amounted to only $526.60 in revenue.

21      108.  I know from the investigation that Backpage used a payment processor to

22  process the payments for the adult section advertisements.  The user is provided a form to

23  enter their credit card information.  Once that credit card has been validated and

24  approved, Backpage sends a response back to the main ad system that payment was

25  received and the user can create the ad.  The payment processing system is hosted on

26  servers located in Phoenix, Arizona.  For a number of years Backpage accepted

27  Mastercard, Visa, and Discover card.  However, around July 2015, those credit card

28

1   companies disallowed the use of their cards for Backpage due to concerns over
2   prostitution related advertisements.

3       109.   I know that Backpage has numerous employees needed to monitor the
4   website, conduct moderation, combat fraud, etc.  In 2009, Craigslist ceased operations,
5   which caused most of their prior customers to use Backpage.  As a result, Backpage
6   increased the hiring of moderators to handle the increase in volume of adult ads.  The
7   number of moderators doubled in size due to surge of ads as a result of Craigslist no
8   longer accepting adult advertisements.  Backpage has been hiring regularly since 2009.

9       110.   To accommodate the increase in volume of adult ads, Backpage contracted
10  with a company whose employees were based in India to handle the first tier of
11  moderation review. Charles Craig, CEO of Craig Capital, found that there were
12  approximately 50 people in India employed to conduct the first tier moderation. There
13  were 64 people doing moderation in Phoenix.  In terms of employee compensation, some
14  of the senior moderators were being paid a $105,000 annual salary.  They would also
15  receive a bonus equal to 10% of their salary.

16      111.   I know from investigations conducted nationwide involving the monies
17  used to pay for adult ads on Backpage, that most if not all advertisers had no legitimate
18  income.  For example, in the cases investigated in Arizona, investigators routinely
19  checked with the Department of Economic Security to determine whether the individuals
20  submitting ads had a reported income.  In most cases, I found that they had little-to-no
21  other income other than monies derived from prostitution.

22      112.   There is probable cause to believe that Backpage knows many prostitution
23  ads were historically purchased with proceeds from prostitution activity (prior to the
24  credit card companies refusing to process such ads).  There is also probable cause to
25  believe that Backpage knows many ads are currently being automatically reposted for a
26  fee or featured as thumbnails for a fee via proceeds from prostitution.  Many ads note that
27  the females are available "24/7," demonstrating that prostitution activity is a full time job

28

- 34 -

1    for that individual.  Additionally, many prostitution ads have been repeatedly purchased

2    or automatically reposted on a daily basis over the course of weeks and/or months.

3    Backpage is able to track the number of ads posted, reposted, and featured as thumbnails

4    for any given account holder.  Based on the full time nature of the job described in the

.5    advertisements and the frequent use of Backpage by an account holder, there is probable

6    cause to believe that Backpage knows the fees it has collected historically and today

7    come from prostitution-related proceeds.

8                                    **CONCLUSION**

9            Based on my training and experience, and the facts as set forth in this affidavit,

10    there is probable cause to believe that 18 U.S.C. §§1952(a), 1956(a)(1)(A)(i), and

11    1956(h) have been violated and that information associated with the email accounts,

12    addresses, and identifiers described in Attachment A will contain the fruits, evidence,

13    contraband, and instrumentalities of such violations, as more fully described in

14    Attachment B.

15                            **REQUEST FOR SEALING**

16            It is respectfully requested that this Court issue an order sealing, until further order

17    of the Court, all papers submitted in support of these applications including the

18    application, Affidavit, and search warrant.  Disclosure of the search warrant materials at

19    this time would seriously jeopardize the ongoing investigation as the subjects of the

20    investigation would not otherwise be aware of the warrants or that their activities are

21    necessarily the subject of an ongoing criminal investigation.  Disclosure at this time

22    would provide the subjects with the opportunity to destroy evidence, change patterns of

23    behavior, notify other confederates, flee or allow confederates to flee.  Further, the

24    ///

25    ///

26    ///

27    ///

28

1   investigation in this matter is continuing, and disclosure would likely preclude or impede

2   the agents and investigators working on this matter from investigating new criminal

3   activity or leads.

4

5                           Special Agent Amy L. Fryberger, Affiant

6                           Federal Bureau of Investigation

7   Approved as to form:

8

9   Reginald E. Jones, Trial Attorney

10   U.S. Department of Justice, Criminal Division

     Child Exploitation and Obscenity Section

11

12

13   SUBSCRIBED AND SWORN before me this 18 day of April 2017.

14

15

16                           HONORABLE ALLISON CLAIRE

                          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 1 to Affidavit of Special Agent Amy L. Fryberg**



backpage.com > Athens adult entertainment > Athens escorts

# COLLEGE who Loves Ana$l Crem$pies - 25

Posted: Friday, March 25, 2016 1:34 PM

Report Ad

Reply

Hi guys it's YOUR GIRL MIYA AND
I'm best head suc*ker it is and I'm not from here but I just moved here
from Atl..
I HOST ONLY AN PRIVATE AN DISCREET.. Location.
I love those OLDER WHITE MEN WHO LOVE THOSE BLACK
FREAKY college student/girls who REM a*SS and who's dominant..
Take control
$$is req.
No rushin no time limit.
If the offers fair enough..
(((706-389-5223)))

Poster's age: 25

• Location: Athens, Downtown area

• Post ID: 37492919 athensga



Enlarge Picture

email to friend

My Account | Buy Credits | Help | Privacy | Terms | Safety

athensga.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher
or speaker of any information provided by another information content provider. © 2016 backpage.com

**Exhibit 2 to Affidavit of Special Agent Amy L. Fryberg**

4/22/2016    ✳100 incalls ●Phat @$$✌ 100$ incall ☼♀A*N*A*L *Queen ☼ * ••✌●☼PorN**:-✳.•No : * •✳●✳availablε → - Arizona escorts - backpage.com

backpage.com > Arizona adult entertainment > Arizona escorts

Report Ad

# ✳100 incalls ●Phat @$$✌ 100$ incall ☼♀A*N*A*L *Queen ☼ * ••✌●☼PorN**:•✳.•No : * •✳●✳availablε → - 22

Posted: Saturday, April 16, 2016 2:41 PM

Reply





4/22/2016    ✳100 Incalls ✦Phat @$$f 100$ incall ☼♀A*N*A*L *Queen ☼ * •♦•☼PorN**•✳•.No : * •#@✳available → - Arizona escorts - backpage.com





Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

▽ ✳☙Hey, KeLLΫ 415 602 6537☙✳ ▽
Im Young, Sexy, Sweet, Mature, Playful, & im Amazingly Talented. ★I'm Available 24/7"
★100% INDEPENDENT
★Upscale Gentlemen ONLY
★Always Safe & very Clean
★No Police/Pimps
★Must Be Clean&Respectful
★*♡Professional & Discrete♡*★ ★ ♡Upscale Beauty♡ ★100%REAL★
☑Gf Exp,Behind Door, All Fetish Welcome
•B☙:A*.•C•:K*.:*.D•:*.•O•:O.R pLAY.... ♡✉ CALL NOW✉ KeLLY 415 602 6537

Poster's age: 22

• Location: East Valley, Phoenix, Phx Incall...

• Post ID: 39434323 arizona


email to friend

4/22/2016    *100 Incalls •Phat @$$$ 100$ Incall ☆☺A°N°A°L °Queen ☆ * ••Y•☆PorN**:-♣.•No : ° •✳❀☆available☆ → - Arizona escorts - backpage.com

My Account | Buy Credits | Help | Privacy | Terms | Safety

arizona.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2016 backpage.com

**Exhibit 3 to Affidavit of Special Agent Amy L. Fryberg**

backpage.com > Long Island adult entertainment > Long Island escorts

Report Ad

# SEXY ✿♨❈Ⅹ✦ Beautiful❈Ⅹ✦ ✿ℙ❀ KInKy B.B.W BOMBSHELL ⚠ ⚡ DaNgeRouS ⚡CuRveS ⚡ - 24

Posted: Monday, April 18, 2018 7:30 AM

Good Morning, Up and ready...

♨✪ Juicy Thick Mami ✪♨

★Respectful And Mature Gents Only★

5'5 BBW Freaky Lil Mama
★ Available Now ★
★ INCSLLS ONLY ★
Sorry NO ANAL
✓100000000% Real✓
No Games !! Discrete And
Very Clean !!

▯SERIOUS CALLERS
ONLY✓
⚠RUDENESS will not be
tolerated⚠

⦸ Please NO PIMPS. NO
LAW ENFORCEMENT ! No
THUGS ! ⦸

No Drama! Just Good Safe
And Clean Fun!

No Explicate talk !!

✪6074815436✪ Hauppauge
Smithtown Commack Sayville
Massapequa Ronkonkoma

Poster's age: 24

• Location: Babylon,




4/22/2016    SEXY ◇☺◆✕✦ BeautifuL✕✦ ◇➊◆ KinKy B.B.W BOMBSHELL ▲✦ DaNgeRouS ✕CuRveS ✦ - Long Island escorts - backpage.com

**BAYSHORE DEER PARK**
**COMMACK, Huntington,**
**Long Island**

• Post ID: 77446321
longisland

email to friend





4/22/2016 SEXY ◇🍑✦X✦ Beautiful✦X✦ ◇✦◇ KInKy B.B.W BOMBSHELL △ ✦ DaNgeRouS ✦CuRveS ✦ - Long Island escorts - backpage.com

longisland.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. ©2016 backpage.com

1
2

## ATTACHMENT A

### Description of Property to be Searched

3   This warrant applies to information associated with the following email addresses for the

4   time period of, 2010-2016:

5         carl.ferrer@backpage.com,

6         carl@backpage.com,

7         ferrer.carl@gmail.com,

8         andrew@backpage.com,

9         joye@backpage.com,

10        adam@backpage.com,

11        abuse@backpage.com,

12        jim.larkin@villagevoicemedia.com, and

13        michael.lacey@villagevoicemedia.com,

14  that is stored at the California Attorney General's Office, located at 1300 I Street,

15  Sacramento, California, 95814.

16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT B**

### Items to be Searched and Seized

**I.      Items to be seized by the government**

All information, in whatever form it exists, that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code §§ 1952(a) (Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises); 1956(a)(1)(A)(i) (Promotional Money Laundering); and 1956(h) (Conspiracy to Commit Money Laundering) involving Backpage.com, including, for each account, address, or identifier listed in Attachment A, information pertaining to the following matters:

  a.  Any information related to Backpage.com matters;

  b.  Any communications to, from, or concerning Backpage.com;

  c.  Records relating to who created, used, or communicated with the account or identifiers, including records about their identities and whereabouts.

**II.     Search Procedure**

  a.  Upon receipt of the items described in Attachment A, the Filter Team will review the documents for privilege or protection only and will disseminate non-privileged and non-protected documents to the Investigative Team.  The Investigative Team will determine which documents constitute evidence of unlawful activity.  Because the Filter Team will be properly walled off from the Investigative Team, it may review emails to and from Elizabeth McDougall or other Backpage attorneys to determine if they properly qualify for privilege or protections, in accordance with procedures set forth above.  This will eliminate the risk that protected information from or to Ms. McDougall or other Backpage attorneys will reach the Investigative Team.