Exhibit 6

Backpage.com, LLC

**backpage.com**

**Management Presentation**
**September 2011**

© Duff & Phelps Securities, LLC

CONFIDENTIAL          1

## Disclaimer

This confidential management presentation ("Management Presentation") has been prepared by Duff & Phelps Securities, LLC with input from the management of Backpage.com, LLC ("Backpage" or the "Company"). The purpose of this Management Presentation is to assist prospective investors in deciding whether to proceed further with their investigation of the company. By accepting this Management Presentation, the recipient acknowledges and agrees that all of the information contained herein will be kept confidential in accordance with the terms of the Confidentiality Agreement executed by the recipient and that it will be used only for the purpose set forth above.

Acceptance of this Management Presentation further constitutes your acknowledgement and agreement that neither Backpage nor any of its officers, directors, employees, controlling persons, agents, or advisers (collectively, the "Representatives") makes any express or implied representation or warranty as to the accuracy or completeness of the information contained herein and shall have no liability to the recipient or its Representatives relating to or arising from the use of the information contained herein or any omissions thereto. No person has been authorized to give any information other than as contained in this presentation. This presentation does not purport to be exhaustive and, accordingly, each prospective purchaser is expected to conduct its own due diligence.

This Management Presentation includes certain statements, estimates, and projections provided by Backpage with respect to the anticipated performance of the Company. Such statements, estimates, and projections reflect various assumptions made by the Company concerning possible future results that may or may not prove to be correct. No representations are made as to the accuracy of such assumptions, statements, estimates, or projections. The Company does not expect to, and assumes no obligation to update the information contained herein. The only information that will have any legal effect will be that specifically represented in a definitive agreement. In no event will such definitive agreement contain any representation with respect to financial projections.

[To be discussed -- Add Craig Capital, Zucker, Colburn to above disclaimer]

CONFIDENTIAL   2

BP-AZGJ00212721

# Table of Contents

1.    Introduction and Opportunity

2.    Investment Considerations

3.    Growth Opportunities

4.    Financial Overview and Transaction Summary


Appendix

**CONFIDENTIAL**    3

Slide Responsibility:

HIGHLY CONFIDENTIAL

BP-AZGJ00212722

BP-PSI-2_00012654

DOJ-BP-0000195809



1. Introduction and Opportunity

CONFIDENTIAL

HIGHLY CONFIDENTIAL

BP-PSI-2_00012655

BP-AZGJ00212723

DOJ-BP-0000195810

# Introduction

* Backpage is the 2nd largest general classified internet site in the world, with approximately half the revenue of Craigslist; Advertisers post nearly 550,000 new ads per week
* At any point in time, Backpage contains more than 2.1 million active ads in 10 major categories and 85 subcategories, such as adult, personals, automotive, buy/sell/trade, employment, real estate, and rentals
* The Backpage platform is highly profitable (EBITDA Margins exceed 65%), scalable, and requires minimal investment for growth

### Site traffic in August 2011:

* 36.2 million unique users
* 76.5 million visits
* 1.5 billion pageviews

### Financial Summary: LTM July 2011

* Gross revenue: $43.0 million
  *YoY Growth: 128.7%*
* EBITDA: $34.0 million
  *YoY Growth: 136.6%*
* Free Cash Flow: $34.0 million
  *YoY Growth: 128.1%*

#### Alexa Ranking Comparison

| As of August 12, 2011 | Category | U.S. Ranking | Global Ranking | Pageviews per User | Avg. Time on Site (minutes) |
|---|---|---|---|---|---|
| craigslist.org | General Classified | 10 | 35 | 24.3 | 14.0 |
| linkedin.com | Jobs | 11 | 13 | 9.6 | 7.6 |
| careerbuilder.com | Jobs | 110 | 522 | 6.6 | 6.6 |
| zillow.com | Real Estate | 114 | 560 | 5.1 | 7.1 |
| yellowpages.com | General Search | 134 | 609 | 3.0 | 2.9 |
| monster.com | Jobs | 136 | 544 | 6.3 | 5.4 |
| backpage.com | General Classified | 162 | 641 | 41.0* | 11.2 |
| realtor.com | Real Estate | 167 | 736 | 6.1 | 8.4 |
| trulia.com | Real Estate | 175 | 802 | 6.3 | 6.7 |
| adultfriendfinder.com | Adult | 255 | 225 | 7.1 | 6.2 |
| autotrader.com | Automotive | 268 | 1,177 | 12.5 | 10.2 |
| oodle.com | General Classified | 662 | 2,018 | 3.3 | 3.1 |
| ebayclassifieds.com | General Classified | 746 | 2,593 | 5.1 | 3.9 |
| angieslist.com | Services | 924 | 4,270 | 5.1 | 4.9 |
| rent.com | Rentals | 1,289 | 6,536 | 6.8 | 6.0 |
| apartments.com | Rentals | 1,558 | 7,176 | 5.0 | 5.6 |
| apartmentguide.com | Rentals | 1,649 | 8,202 | 4.1 | 4.4 |
| forrent.com | Rentals | 2,012 | 9,719 | 4.0 | 5.3 |
| olx.com | General Classified | 2,498 | 3,313 | 3.4 | 3.2 |
| cavibe.com | Adult | 2,519 | 12,358 | 6.9 | 5.2 |
| eros.com | Adult | 4,402 | 21,671 | 1.5 | 0.5 |
| vehix.com | Automotive | 5,207 | 26,863 | 5.3 | 4.2 |

Source: Alexa.com, three-month average                              *Source: Google Analytics

**CONFIDENTIAL    5**

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 5**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012656

BP-AZGJ00212724

DOJ-BP-0000195811

## Transaction Overview and Opportunity

- Craig Capital Corporation has signed a letter of intent to purchase Backpage for $150 million cash at closing (3.67x projected 2011 EBITDA) and approximately $75 million from a 3-year earn-out (1.84x projected 2011 EBITDA), and is seeking to raise up to $90 million of senior debt to facilitate the acquisition
- The earn-out formula is 70% of EBITDA above $31 million annually plus 6% interest
- The earn-out will not be payable until all senior debt has been repaid in full
- Craig Capital Investors will provide $45 million of equity
- An entity controlled by the Colburn Family will purchase $20 million of senior subordinated debt

### Pro Forma Capitalization

| | Amount ($m) | % |
|---|---|---|
| Senior Debt | $90 | 60.0% |
| Senior Subordinated Debt | 20 | 13.3% |
| Equity | 45 | 30.0% |
| Total | $155 | 103.3% |
| Transaction Expenses | (5) | (3.3%) |
| Cash at Closing to Sellers | $150 | 100.0% |

### Pro Forma Credit Statistics

| ($000s) Fiscal Year Ending Dec. 31, | Projected 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Net Revenue | $50,869 | $65,693 | $77,781 | $94,636 | $124,221 | $171,246 |
| EBITDA | $40,848 | $52,223 | $63,061 | $78,227 | $105,512 | $148,868 |
| EBITDA margin | 80.3% | 79.5% | 81.1% | 82.7% | 84.9% | 86.9% |
| Capital Expenditures | $150 | $150 | $150 | $150 | $150 | $150 |
| Cash | NM | $8,866 | $18,314 | $29,709 | $82,662 | $135,962 |
| Total Debt | $110,000 | $90,479 | $65,659 | $32,636 | $20,000 | $0 |
| Total Debt / EBITDA | 2.69x | 1.73x | 1.04x | 0.42x | 0.19x | 0.00x |
| Total Debt / (EBITDA-Capex) | 2.70x | 1.74x | 1.04x | 0.42x | 0.19x | 0.00x |
| Senior Debt | $90,000 | $70,479 | $45,659 | $12,636 | $0 | $0 |
| Senior Debt / EBITDA | 2.20x | 1.35x | 0.72x | 0.16x | 0.00x | 0.00x |
| Senior Debt / (EBITDA-Capex) | 2.21x | 1.35x | 0.73x | 0.16x | 0.00x | 0.00x |
| Net Total Debt | NM | $83,611 | $49,345 | $3,129 | ($62,662) | ($135,962) |
| Net Total Debt / EBITDA | 2.69x | 1.60x | 0.78x | 0.04x | NM | NM |
| Net Total Debt / (EBITDA-Capex) | 2.70x | 1.61x | 0.78x | 0.04x | NM | NM |
| Interest Expense | NM | $13,617 | $11,063 | $7,470 | $3,528 | $3,000 |
| Fixed Charge Coverage | NM | 2.60x | 3.70x | 6.41x | 17.45x | 3.71x |
| EBITDA / Interest | NM | 3.78x | 5.70x | 10.47x | 29.90x | 49.62x |
| (EBITDA-Capex) / Interest | NM | 3.77x | 5.69x | 10.45x | 29.86x | 49.57x |

**CONFIDENTIAL**   6

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 6**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012657

BP-AZGJ00212725

DOJ-BP-0000195812

# Management and Ownership Team

## Post-transaction Management Team

| | |
|---|---|
| **David P. Zucker**<br>Chairman<br>25 years of relevant experience | • 25 years of CEO/President/General Manager experience in the media, technology, and consumer industries<br>• Former President & COO of Playboy Enterprises, Inc.; Managing Director of Walker Digital (Founder of Priceline.com); Executive Vice President of ESPN, Inc.; Managing Director of ESPN International, Inc.<br>• Plans to purchase approximately $5 million of Backpage equity |
| **Carl Ferrer**<br>President<br>16 years of relevant experience | • Site founder and current head of Backpage.com<br>• Joined VVMH in 1996 as the classified director for the *Dallas Observer*, following 10 years of classified advertising experience with Journal Communications<br>• Developed the Backpage.com business plan in 2003 to compete directly with then-startup Craigslist |
| **Dan Bryan**<br>Interim Chief Financial Officer | • Managing Director of Craig Capital; Chairman of AFI Hydro, Inc., a Craig Capital portfolio company<br>• Has held a number of significant roles in other Craig Capital portfolio companies |
| **Jed Brunst**<br>CFO, VVM and Backpage.com | • Joined Village Voice Media Holdings in 1990 as Chief Financial Officer<br>• Current CFO of Village Voice Media and Backpage.com |

## Parties to the Transaction

| | |
|---|---|
| **Craig Capital Corporation** | • Craig Capital is a private equity firm headquartered in Greenwich, CT that invests in companies that are number one or two in their markets and can achieve rapid, profitable growth. Of the 12 portfolio companies that Craig Capital has sold to date, the blended IRR to equity investors, net of all fees, exceeded 75%. Most of Craig Capital's equity comes from the family of Charles Craig, and Mr. Craig will be on the Board |
| **Colburn Family** | • An entity controlled by the Colburn Family will purchase $20 million of senior subordinated debt. The family is a significant investor in real estate and operating companies and has been very active in private equity investing for more than 50 years |
| **Village Voice Media** | • Jim Larkin (CEO) and Jed Brunst (CFO), current executives of VVMH (seller), are anticipating to roll over an equity investment into Backpage.com; the size of the investment is to be determined |

**CONFIDENTIAL**    7

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 7**

HIGHLY CONFIDENTIAL



BP-AZGJ00212727

DOJ-BP-0000195814

# Positive Industry Dynamics – Online Classified Advertising

* Online classifieds is a $2.6 billion market in the United States



2010 Total Online Advertising Revenues: $26.0 B

## Continuing Shift of Spending from Print to Online

* Businesses are moving from printed media toward online media for publishing classifieds
* Having decreased in size by more than 25% per year between 2007 and 2010, print classifieds still remain a $5.6 billion market in the US

### Traditional Print Media
- Difficult to search for information
- Slow updates, limited classifieds ad space
- Limited and non-targeted reach
- Difficult to monetize small transactions

### Online Media
- Easy to search for information
- Fast response times, virtually unlimited ad space
- Targeted reach across wide audience base
- Ability to monetize small transactions

## Increasing Consumption of User-Generated Content

- Driven by audience fragmentation and shift toward online media
- Ability to leverage social media
- Targeted advertising to fragmented audiences
- Ability to embed hyperlinks for relevant content



UGC Creators in the U.S. (millions)

Sources: IAB Internet Advertising Revenue Report, Newspaper Association of America, eMarketer

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 9**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012660

BP-AZGJ00212728

DOJ-BP-0000195815

# Defensible Market Position

* Backpage is a top 175 site in the United States in terms of popularity, pageviews, and visits
* Strong market position and "sticky" participant base (80% of advertisers each month are repeat; average paid advertiser purchases 10 ads per month) facilitated by focus on user experience, site efficiency, and category development
    * Consumer
        – Site is designed so that users can access content in a minimal amount of clicks
        – Pages are coded efficiently and java tracking programs are limited to provide the fastest possible download time
    * Advertiser
        – The four-step ad posting process is efficient, intuitive, and secure
        – There are no login or account verifications, all that is required is a valid email address
        – Quality customer service is a priority with only senior staff members deployed in support functions
* Central clearing place for local classifieds with critical mass creates a powerful "network effect", particularly in the adult and personals categories

## Historical Monthly Pageviews and Visits



**CONFIDENTIAL**   10

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 10**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012661

DOJ-BP-0000195816

## Revenue Generation

* Backpage generates revenue primarily through paid and sponsor ad postings
  1) Paid ads – 85% of total revenue
  2) Sponsor ad postings – 14% of total revenue
  3) CPM/PPC based – 1% of total revenue

* **Paid ads** – Certain high traffic sites and categories are free while others (Adult, Jobs, Rentals, etc.) require a fee to post an ad (68% of all site ads are free);  Monetization is instituted based on demand by category and market
  * Auto Repost ad – Allows the advertiser to automatically repost an ad to the top of the page to maximize visibility and conversion for an additional fee
    * Used frequently by Backpage to monetize free categories
    * 10% of all paid ads are upgraded to Auto Reposts.  Auto Reposts account for approximately 12% of total paid ad revenue

* **Sponsor ads** – Larger font and photos highlight to the right; Advertiser pre-pays an additional weekly fee
  * Ads can be targeted by city, state, and county, and are implemented on a national scale



HIGHLY CONFIDENTIAL

BP-PSI-2_00012662

BP-AZGJ00212730

DOJ-BP-0000195817

# Monthly Performance Metrics by Category

| As of August 2011 | Pageviews (% of Total) | Revenue (% of Total) | # of Total Ads* (% of Total) | # of Paid Ads (% of Total) | Average Price per Paid Ad |
|---|---|---|---|---|---|
| Adult | 1,028,909,984 (69.2%) | $4,923,784 (94.2%) | 802,171 (31.2%) | 788,840 (93.4%) | $6.24 |
| Services | 15,205,612 (1.0%) | $216,916 (4.1%) | 629,478 (24.5%) | 38,223 (4.5%) | $5.68 |
| Buy/Sell/Trade | 6,678,436 (0.4%) | $24,936 (0.5%) | 216,624 (8.4%) | 3,056 (0.4%) | $8.16 |
| Jobs | 1,951,373 (0.1%) | $14,950 (0.3%) | 32,855 (1.3%) | 3,146 (0.4%) | $4.75 |
| Rentals | 1,142,787 (0.1%) | $11,230 (0.2%) | 83,263 (3.2%) | 2,052 (0.2%) | $5.47 |
| Auto | 521,527 (0.1%) | $4,085 (0.1%) | 60,886 (25.7%) | 393 (0.1%) | $10.39 |
| Other | 432,706,954 (29.0%) | $33,414 (0.6%) | 146,607 (5.7%) | 8,946 (1.0%) | $3.74 |
| Total | 1,487,119,673 (100.0%) | $5,229,315 (100.0%) | 2,571,884 (100.0%) | 844,656 (100.0%) | $6.19 |

*As of September 13, 2011

CONFIDENTIAL   12

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 12**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012663

BP-AZGJ00212731

DOJ-BP-0000195818

## Regulatory Approach

### Legal Protections

* Similar to a telephone company, an internet provider cannot be held liable for 1) simply providing content furnished by third parties or 2) "Good Samaritan" efforts it makes to monitor user content

* Because Backpage "functions as an intermediary by providing a forum for the exchange of information between third party users," Backpage is defined as an "interactive computer service" under the Federal Communications Decency Act of 1996

    * As an "interactive computer service", Backpage and other UGC sites are immunized under Section 230 of the Act from liability for republishing content furnished by others

    * To the extent the Company functions as an intermediary rather than as an originator or publisher, the immunity remains intact

* Because this immunity can be compromised if more than a minimal amount of editing is done to third party content, Backpage does not edit content, but rather content in violation of the Terms of Use is simply excluded or removed; All Backpage users must affirmatively agree to the Terms of Use before they utilize the service

    * *Zeran v. AOL* specifically protects this editorial function: "any activity that can be boiled down to deciding whether to exclude material that third parties seek to post online is perforce immune under section 230" of the Act

* To the extent Backpage is essentially editing or deleting inappropriate ads (or notifying users what will be edited or deleted), and those edits and policies do not contribute to the illegality of any posting, it should not be held liable for doing so

* Backpage is simply an intermediary, and the subject matter being advertised on its sites can be found in numerous newspapers, magazines, cable networks and internet sites that have publicly traded stock and/or senior debt outstanding (Google, Microsoft, Yahoo, Comcast, Yellow Pages, etc.)

CONFIDENTIAL     13

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 13**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012664

BP-AZGJ00212732

DOJ-BP-0000195819

## Regulatory Approach

### "One of the Good Guys" – Proactive Cooperation with Law Enforcement and Regulators

* The Company works closely and proactively with law enforcement, regulatory officials, and outside legal counsel to ensure that it is both compliant with any regulations and protected against potential liability

* Backpage responds routinely to subpoenas issued by law enforcement, testifies in criminal trials around the country, and assists law enforcement in situations involving possible illegal conduct

| Cooperation | Tools and Support |
|---|---|
| • Ongoing cooperation with State Attorneys General as well as the FBI to combat child trafficking and prostitution<br>• Dedicated executive Tamara Nickel and team respond to subpoenas (one day turnaround versus 4-6 week turnaround for Facebook), coordinate and attend when asked for courtroom and trial testimony, oversee NCMEC reports and regular communication and conference calls, attend Crimes Against Children Conference, etc. | • Subpoenas regarding minors are expedited, detailed FAQ provided for NCMEC, and full credit card number on paid postings without requiring second subpoena<br>• Time zone and date stamps, IP addresses, 4-color electronic documents improve quality of information and help law enforcement analyze data |

* Backpage has received hundreds of appreciative emails, letters, and calls from law enforcement officials around the country for its proactive assistance

**London Police Department, Kentucky**
From: Sgt. Smith
Date: Wed, 08 Dec 2010 08:32:00 –0500
I really appreciate your help on this. We had some luck catching two people from Romania involved, and only have 1 of them in custody in London, KY which is very unusual for a case....
Thanks again.
Sgt. Smith

**Lee County Sheriff 's Office, Florida**
From: Zaleski, Michael
Date: Thu, May 19, 2011 at 11:16 AM
Hello,
Thank you very much for responding so quickly and providing what appears to be a comprehensive response to the warrant. ..
Detective Mike Zaleski

**CONFIDENTIAL** 14

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 14**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012665

BP-AZGJ00212733

DOJ-BP-0000195820

# Category Overview – Adult

## Overview

- Backpage is the market leader in adult online classifieds and continues to take share from competitors and grow the size of the overall category

- Listings for female escorts represent the vast majority (approximately 80%) of the category's total traffic

- Backpage's strong position ensures significant barriers exist for market entrants to generate critical mass

## Pricing in Major Markets

|  | Female Escorts | Body Rubs | TS Escorts |
|---|---|---|---|
| NYC | $15 | $10 | $7 |
| LA / OC | $7 | $5 | $3 |
| New Jersey | $5 | $3 | $5 |
| Las Vegas | $10 | $7 | $3 |
| Houston | $10 | $7 | $5 |

## Revenue and Pageviews by Subcategory

| Sub-Category | Pageviews | % | $ | % | Paid Ads | % | $ / Ad |
|---|---|---|---|---|---|---|---|
| | | | Month of August 2011 | | | | |
| Female Escorts | 818,340,760 | 79.53% | $3,762,135 | 76.41% | 586,537 | 74.35% | $6.41 |
| Body Rubs | 93,839,850 | 9.12% | $789,762 | 16.04% | 128,022 | 16.23% | $6.17 |
| Transsexual Escorts | 77,897,064 | 7.57% | $212,008 | 4.31% | 43,149 | 5.47% | $4.91 |
| Domination | 2,159,469 | 0.21% | $63,205 | 1.28% | 13,113 | 1.66% | $4.52 |
| Male Escorts | 818,945 | 0.08% | $34,138 | 0.69% | 3,066 | 0.39% | $11.13 |
| Strippers | 11,635,678 | 1.13% | $26,746 | 0.54% | 7,293 | 0.92% | $3.67 |
| Adult Jobs | 3,808,893 | 0.37% | $24,507 | 0.50% | 5,253 | 0.67% | $4.67 |
| Datelines | 2,470,895 | 0.24% | $9,093 | 0.18% | 2,084 | 0.26% | $4.36 |
| Fetish | 500,328 | 0.05% | $2,190 | 0.04% | 323 | 0.04% | $6.78 |
| General Adult Category | 17,626,106 | 1.71% | - | - | - | - | -- |
| Total Adult | 1,028,909,994 | 100.00% | $4,923,784 | 100.00% | 788,840 | 100.00% | $6.24 |

**CONFIDENTIAL**   15

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 15**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012666

BP-AZGJ00212734

DOJ-BP-0000195821

# Adult Competitors – North America

## Competitor Overview

    

| | | | | |
|---|---|---|---|---|
| FriendFinder Networks operates adult-oriented social networking, interactive video, and personals websites and publishes adult magazines and digests | Cityvibe.com operates an online directory for escort and other erotic services | Eros.com provides an online escort directory as well as adult-oriented dating and shopping | Yellow Pages provides an online directory of local business listings, including for strippers, escort services, and other adult-oriented services | Craigslist operates the largest online general classified site |

## Alexa Ranking

| U.S.: | 255 | U.S.: | 2,519 | U.S.: | 4,402 | U.S.: | 134 | U.S.: | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Global: | 225 | Global: | 12,358 | Global: | 21,671 | Global: | 609 | Global: | 35 |

## Notes / Backpage Advantages

| | | | | |
|---|---|---|---|---|
| • Subscription based and highly leveraged<br>• Content is not indexed by Google<br>• No organic search engine referrals<br>• Backpage is easier to navigate and post | • Utilizes weak vBulletin technology<br>• Has a poor reputation among users<br>• Limited SEO | • Posts are more expensive<br>• Utilizes an unpopular, antiquated directory format<br>• Content is not user-generated<br>• Uses separate domain names by city | • Offers are poor user experience<br>• Listings do not provide images nor detailed product information<br>• Content is not user-generated<br>• Content often stale | • Offers adult content under different category headings<br>• Poor customer service<br>• Does not allow advertisers to edit ads |

**CONFIDENTIAL** 16

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 16**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012667

DOJ-BP-0000195822

# Non-adult Category Overview

- 69% of total ads posted on Backpage are in non-adult categories, with the largest being Automotive, Services, Real Estate, and Buy/Sell/Trade
- There are opportunities to grow revenues and profit in these categories despite significant competition
- Maintaining a vibrant general purpose classifieds site strengthens Backpage's defensible market position in the Adult category:
  - Creates mainstream environment for site participants and allows "plausible deniability" for exposure
  - General classified content drives search engine ranking and traffic, benefitting Adult category
  - Advertisers see a large and diverse potential customer base
  - Corporate firewalls less likely to block versus a pure adult content site
  - Positioning aids in the collaborative posture to regulatory and law enforcement

## Total Ad Count and Revenue by Category

| Category | Total Ad Count (Paid and Free) As of September 13, 2011 # | % | Net Revenue For the month ended August 31, 2011 $ | % |
|---|---|---|---|---|
| Adult | 802,171 | 31.19% | $4,923,784 | 94.16% |
| Automotive | 660,686 | 25.70% | $4,085 | 0.08% |
| Buy/Sell/Trade | 216,624 | 8.42% | $24,936 | 0.48% |
| Community | 47,792 | 1.86% | $7,797 | 0.15% |
| Jobs | 32,855 | 1.28% | $14,953 | 0.29% |
| Musician | 14,452 | 0.56% | $2,526 | 0.05% |
| Personals | 7,930 | 0.31% | $16,020 | 0.31% |
| Real Estate | 76,363 | 2.97% | $7,066 | 0.14% |
| Rentals | 83,263 | 3.24% | $11,230 | 0.21% |
| Services | 629,478 | 24.48% | $216,916 | 4.15% |
| Total | 2,571,584 | 100.00% | $5,229,316 | 100.00% |

**CONFIDENTIAL**    17

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 17**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012668

BP-AZGJ00212736

DOJ-BP-0000195823

# Quality Control and Moderation Process

- Industry-leading moderation process (80% of staff are devoted to content moderation) minimizes the occurrence of spam and inappropriate content and provides a superior user experience
- Meticulous five-stage process is successful in eliminating illegal and harmful material including scammers, "phishers", would-be perpetrators of economic frauds, those engaged in prostitution, etc.

| Tactic | Moderation Effort | Description | Ads Reviewed/ Blocked per Week |
|---|---|---|---|
| Set Rules | Postings Rules and Terms of Use | All users must affirmatively agree to Terms of Use before entering site; Adult and Personals categories require users to read and agree to specific entry terms. Initial interactive filter (bad URLs, Terms violations, etc.) reviews 100% of roughly 800,000 attempted posts per week and blocks roughly 225,000 | 800,000 ads attempt to be posted *225,000 ads blocked* |
| Electronic Algorithm | Automated Filter | In depth backend analysis and filter blocks based on continuously updated terms (22,000), IP ranges, and email addresses (100,000). N-gram analysis of images and text removes duplicate ads | 100% of remaining ads reviewed *200,000 ads blocked* |
| 1st Level Review | Human Moderation | 50-person India-based protection and moderation specialist firm overseen by a US-based team actively reviews 100% of Adult/Personals ads for inappropriate content which pass through the automated filter | 100,000 ads reviewed *7,500 ads removed or redacted* |
| 2nd Level Review | Skilled Human Moderation | 64 domestic moderation employees located in Phoenix and Dallas provide a valuable real-time individual review of 225,000 postings each week in all categories, including 100% of any remaining Adult/Personals ads | 225,000 ads reviewed *18,000 ads removed or redacted* |
| User-Enabled | Report Ad | Consumers act as a final moderation stage and have the ability to report inappropriate or offensive ad content. A final senior level team review of the approximately 3,500 reported ads is conducted. Those requiring removal, including spam and inappropriate content, are removed* | 3,500 ads reported **All offending ads are removed** |

*Over a typical one week period, after all of the filtering, moderation, and review, the consumer-enabled "report ad" process winnows down to only a handful of ads that are illegal each week (e.g. job schemes, identity theft, minors posting in the adult personals category). Those ads are immediately removed and reported to the appropriate authorities. While Backpage cannot say with 100% certainty that there are no illegal ads on its site at any point in time, the Company is highly confident that its substantive and industry-leading processes are successful in identifying and removing illegal content with **more than 99.99% effectiveness**.

**CONFIDENTIAL**   18

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 18**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012669

BP-AZGJ00212737

DOJ-BP-0000195824



BP-AZGJ00212738

# Growth Opportunities – Revenue Growth and Optimization

## Benefits of Deeper Management Team

* Enhanced marketing effort drives revenue growth:
  * Category manager focus (e.g. mobile initiative, non-adult)
  * Expanded affiliate programs and direct marketing
  * Automated dynamic pricing algorithm improves revenue yield

## Penetrate Additional Markets in North America

* Grow from 450 current sites to 600 by 2013
* Segmentation of large city sites (e.g. NYC) into sub-neighborhood sites (e.g. Bronx, Brooklyn, etc.)
  * Grows traffic, improves user experience, and improves monetization opportunities (multiple territory posts)
* Roll outs to smaller metropolitan areas and college towns

## Untapped Monetization Potential

* Compared to other sites whose revenue is driven by user traffic, Backpage is not fully capturing the revenue potential of the site's pageviews
  * CPM/PPC and display advertising initiatives
  * Subscriptions for premium content

### Monetization Comparison

| | FY10 Avg. Monthly Revenue ($ in millions) | March 2011 Pageviews (millions) | Revenue per Pageview |
|---|---|---|---|
| Apartments.com | $16.1 | 28.1 | $0.8990 |
| Expedia.com | $279.0 | 440.4 | $0.6335 |
| Orbitz.com | $65.1 | 119.7 | $0.5274 |
| HomeAway.com | $14.0 | 32.9 | $0.4247 |
| Angieslist.com | $4.8 | 12.1 | $0.4006 |
| Monster.com | $76.2 | 270.8 | $0.2813 |
| Shutterfly.com | $25.6 | 119.8 | $0.2140 |
| Kayak.com | $14.2 | 67.5 | $0.2109 |
| Careerbuilder.com | $46.3 | 343.8 | $0.1349 |
| eBay Inc. | $765.0 | 9,426.9 | $0.0809 |
| FriendFinder Networks | $28.8 | 607.2 | $0.0475 |
| AOL.com | $201.4 | 4,574.7 | $0.0440 |
| Linkedin.com | $20.3 | 512.2 | $0.0395 |
| Pandora.com | $11.5 | 410.7 | $0.0280 |
| Yahoo.com | $495.2 | 20,673.2 | $0.0240 |
| Ancestry.com | $25.1 | 1,429.0 | $0.0175 |
| Zillow.com | $2.5 | 161.9 | $0.0157 |
| Snagajob.com | $1.8 | 160.9 | $0.0113 |
| Backpage.com | $2.5 | 1,376.3 | $0.0018 |

Sources: CapitalIQ, Compete.com, Comscore, Google Analytics, management estimates

**CONFIDENTIAL**    20

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 20**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012671

BP-AZGJ00212739

DOJ-BP-0000195826

## Growth Opportunities – Categories

### Adult Category

* The Adult category continues to grow; Expand the market and increase market share by building on Backpage's "network effect" position

    * Leverage the simple, efficient, high quality user experience with enhanced marketing efforts

* Implement moderate rate increases over time, and add alternative payment methods (check, money order, Western Union)

* Implement cross-sell marketing between Adult, Personals, Therapeutic Massage, and other categories

* Pursue significant growth opportunities in quasi-adult categories where Backpage currently has limited presence: Therapeutic Massage, General Personals, and Health & Wellness

### Non-Adult Categories

* Grow pages and listings in categories like Automotive, Rentals, Services, Jobs, and Buy/Sell/Trade via aggregation and sales efforts

    * Increase traffic, improve rankings, and indirectly enhance adult business

    * Increase profits over time (e.g. Automotive category, via private party separation, and free dealer feeds for first year) and immediately (e.g. Jobs category, targeting retail, hospitality, driver, and hourly employment)

* Further develop and market the National advertising opportunity (e.g. allow live links in National sponsor ads); Current $2 million per year profit center could double with minimal effort

**CONFIDENTIAL**   21

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 21**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012672

BP-AZGJ00212740

DOJ-BP-0000195827

# Growth Opportunities – International

## Expand into Additional Foreign Markets

* International markets represent a significant opportunity for Backpage
    * Historically, international markets have been highly fragmented and competitors have underserved key monetizable categories such as Adult, Personals, and Services
    * For the Adult category, Europe and many other international markets provide a more liberal and accepting environment
* Estimated startup costs for each individual site are low
* Launched several years ago in Canada and already generating annual sales of $3 million in the market
* United Kingdom, Ireland, Australia, and New Zealand already launched; Multi-territory phased roll-out planned over next 18 months;  Spain, Argentina, and Netherlands are next

## Forecasted Pageviews and Revenue: 2012-2015



* Phase 1 - UK, Ireland, Australia, and NZ
* Phase 2 - Spain, Argentina, and Netherlands
* Phase 3 - France, Germany, and Italy

Forecasted Revenue from Foreign Markets

| Category | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|
| Adult | $702,000 | $1,404,000 | $2,808,000 | $4,578,000 |
| Auto | 4,680 | 9,360 | 16,720 | 30,160 |
| Buy/Sell/Trade | 23,400 | 41,600 | 65,000 | 66,400 |
| Community | 23,400 | 26,600 | 26,600 | 26,600 |
| Jobs | 11,700 | 23,400 | 52,000 | 119,600 |
| Musician | 3,640 | 5,200 | 6,760 | 7,280 |
| Personals | 46,800 | 93,600 | 171,600 | 256,600 |
| Real Estate | 23,400 | 41,600 | 44,200 | 57,200 |
| Rentals | 46,800 | 93,600 | 249,600 | 457,600 |
| Services | 117,000 | 234,000 | 442,000 | 832,000 |
| Total | $1,002,820 | $1,974,960 | $3,896,480 | $6,433,440 |

CONFIDENTIAL   22

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 22**

HIGHLY CONFIDENTIAL

BP-AZGJ00212741

BP-PSI-2_00012673

DOJ-BP-0000195828

**4. Financial Overview and Transaction Summary**

CONFIDENTIAL    23

HIGHLY CONFIDENTIAL

BP-PSI-2_00012674

DOJ-BP-0000195829

## Financial Performance

| ($000s)<br>Fiscal Year Ending December 31, | 2008 | 2009 | 2010 | LTM<br>Jul-11 | 2011 (P) | 2012 (P) | 2013 (P) | 2014 (P) | 2015 (P) | 2016 (P) |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross revenue | $5,308 | $11,565 | $29,948 | $46,398 | $55,170 | $72,124 | $85,473 | $103,997 | $136,507 | $188,181 |
| Less: Discounts and chargebacks | ($258) | ($849) | ($2,440) | ($3,367) | ($4,307) | ($6,491) | ($7,693) | ($9,360) | ($12,286) | ($16,936) |
| Net revenue | $5,050 | $10,616 | $27,508 | $43,032 | $50,863 | $65,633 | $77,781 | $94,636 | $124,221 | $171,245 |
| *Net revenue YoY growth* | | *114.2%* | *154.3%* | *126.7%* | *84.9%* | *29.0%* | *18.5%* | *21.7%* | *31.3%* | *37.9%* |
| Operating expenses | | | | | | | | | | |
| Advertising and marketing | $74 | $44 | $125 | $203 | $382 | $905 | $911 | $917 | $923 | $931 |
| Electronic publisher expenses | 721 | 1,071 | 2,889 | 3,460 | 3,321 | 4,359 | 5,036 | 5,978 | 7,534 | 10,207 |
| Administrative | 896 | 1,403 | 2,667 | 4,265 | 5,503 | 7,895 | 8,473 | 9,166 | 9,852 | 10,729 |
| Other | 0 | 119 | 1,067 | 650 | 150 | 250 | 300 | 350 | 400 | 450 |
| Total operating expenses | $1,690 | $2,636 | $6,767 | $8,578 | $9,356 | $13,409 | $14,720 | $16,411 | $18,709 | $22,376 |
| Operating income | $3,360 | $8,180 | $20,741 | $34,454 | $41,507 | $52,223 | $63,061 | $78,227 | $105,512 | $148,868 |
| Corporate allocation expenses | $115 | $148 | $289 | $489 | $659 | $0 | $0 | $0 | $0 | $0 |
| EBITDA | $3,245 | $8,032 | $20,452 | $33,964 | $40,848 | $52,223 | $63,061 | $78,227 | $105,512 | $148,868 |
| *EBITDA margin* | *64.3%* | *74.3%* | *74.3%* | *78.9%* | *80.3%* | *79.6%* | *81.1%* | *82.7%* | *84.9%* | *86.9%* |
| Depreciation & amortization expense | $0 | $0 | $8 | $14 | $9 | $30 | $90 | $150 | $150 | $150 |
| EBIT | $3,245 | $8,032 | $20,443 | $33,951 | $40,839 | $52,193 | $62,971 | $78,077 | $105,362 | $148,718 |
| *EBIT margin* | *64.3%* | *74.3%* | *74.3%* | *78.9%* | *80.3%* | *79.5%* | *81.0%* | *82.5%* | *84.8%* | *86.8%* |

Note: Other operating expenses includes property taxes and discretionary expenses

CONFIDENTIAL   24

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 24**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012675

BP-AZGJ00212743

DOJ-BP-0000195830

## Transaction Summary

### Pro Forma Credit Statistics

| ($000s) Fiscal Year Ending Dec. 31, | 2011 | 2012 | 2013 | Projected 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Net Revenue | $50,663 | $65,633 | $77,781 | $94,636 | $124,221 | $171,245 |
| EBITDA | $40,848 | $52,223 | $63,061 | $78,227 | $105,512 | $148,366 |
| EBITDA margin | 80.3% | 79.6% | 81.1% | 82.7% | 84.9% | 86.9% |
| Capital Expenditures | $150 | $150 | $150 | $150 | $150 | $150 |
| Cash | NM | $6,866 | $16,314 | $29,709 | $82,662 | $135,962 |
| Total Debt | $110,000 | $90,479 | $65,659 | $32,838 | $20,000 | $0 |
| Total Debt / EBITDA | 2.69x | 1.73x | 1.04x | 0.42x | 0.19x | 0.00x |
| Total Debt / (EBITDA-Capex) | 2.70x | 1.74x | 1.04x | 0.42x | 0.19x | 0.00x |
| Senior Debt | $90,000 | $70,479 | $45,659 | $12,838 | $0 | $0 |
| Senior Debt / EBITDA | 2.20x | 1.35x | 0.72x | 0.16x | 0.00x | 0.00x |
| Senior Debt / (EBITDA-Capex) | 2.21x | 1.35x | 0.73x | 0.16x | 0.00x | 0.00x |
| Net Total Debt | NM | $83,611 | $49,345 | $3,129 | ($62,662) | ($135,962) |
| Net Total Debt / EBITDA | 2.69x | 1.60x | 0.78x | 0.04x | NM | NM |
| Net Total Debt / (EBITDA-Capex) | 2.70x | 1.61x | 0.78x | 0.04x | NM | NM |
| Interest Expense | NM | $13,617 | $11,063 | $7,470 | $3,528 | $3,000 |
| Fixed Charge Coverage | NM | 2.60x | 3.70x | 6.41x | 17.45x | 3.71x |
| EBITDA / Interest | NM | 3.78x | 5.70x | 10.47x | 29.90x | 49.62x |
| (EBITDA-Capex) / Interest | NM | 3.77x | 5.69x | 10.45x | 29.86x | 49.57x |

**CONFIDENTIAL**    25

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 25**

HIGHLY CONFIDENTIAL

BP-AZGJ00212744

BP-PSI-2_00012676

DOJ-BP-0000195831

## Key Considerations [To be revised]

* #2 to Craigslist in the growing general online classified market and gaining
* Profitable, scalable, high margin platform with growing EBITDA in a defensible market segment
* Significant growth opportunities requiring minimal investment via untapped revenue monetization, adding market segments domestically, and expanding internationally
* Experienced management team and new ownership group with a track record of success
* Strong credit by any conventional metrics based on comfortable coverage ratios and debt payback in just over three years
* $65 million of capital underneath the senior debt
* Legal and business risks are contained
    * Similar to a telephone company, an internet provider cannot be held liable for 1) simply providing content furnished by third parties or 2) "Good Samaritan" efforts it makes to monitor user content
    * Backpage is simply an intermediary, and the subject matter being advertised on its sites can be found in numerous newspapers, magazines, cable networks and internet sites that have publicly traded stock and/or senior debt outstanding (Google, Microsoft, Yahoo, Comcast, etc.)
    * While competitors have limited moderation and appear to view it as a necessary evil, Backpage's industry leading moderation and quality control procedures aggressively keep egregious content off the site
    * Pro-active and "recognized" cooperative effort with law enforcement and Attorney General's blunts regulatory mindshare
    * Headline risk is unlikely for lenders
    * Timeframe for worst case scenario limits senior debt exposure

**CONFIDENTIAL**   26

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 26**



BP-AZGJ00212746

## Category Detail – Services

| | Services | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Month of August 2011 | | | | |
| Sub-Category | Pageviews | % | $ | % | Paid Ads | % | $ / Ad |
| TherapeuticMassage | 13,909,926 | 91.46% | $173,832 | 80.14% | 33,465 | 87.55% | $5.19 |
| BizOpps | 249,643 | 1.64% | $8,716 | 4.02% | 829 | 2.17% | $10.51 |
| LegalServices | 17,307 | 0.11% | $7,301 | 3.37% | 789 | 2.06% | $9.25 |
| HealthServices | 226,834 | 1.49% | $5,438 | 2.51% | 585 | 1.53% | $9.30 |
| FinancialServices | 111,868 | 0.74% | $3,895 | 1.80% | 431 | 1.13% | $9.04 |
| HomeImprovement | 29,127 | 0.19% | $2,952 | 1.36% | 411 | 1.08% | $7.18 |
| ComputerServices | 27,790 | 0.18% | $2,783 | 1.28% | 197 | 0.52% | $14.13 |
| BusinessServices | 48,240 | 0.32% | $2,679 | 1.24% | 307 | 0.80% | $8.73 |
| MiscServices | 148,923 | 0.98% | $2,583 | 1.19% | 348 | 0.91% | $7.42 |
| RealEstateServices | 22,566 | 0.15% | $2,075 | 0.96% | 177 | 0.46% | $11.72 |
| LaborMoving | 24,939 | 0.16% | $1,592 | 0.73% | 172 | 0.45% | $9.25 |
| CleaningServices | 141,034 | 0.93% | $1,454 | 0.67% | 267 | 0.70% | $5.45 |
| CreativeServices | 46,261 | 0.30% | $1,253 | 0.58% | 185 | 0.48% | $6.77 |
| LawnServices | 15,515 | 0.10% | $363 | 0.17% | 60 | 0.15% | $6.05 |
| General Services Category | 186,639 | 1.24% | . | . | .. | . | . |
| Total Services | 15,206,612 | 100.00% | $216,916 | 100.00% | 38,223 | 100.00% | $5.68 |

CONFIDENTIAL    28

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 28**

HIGHLY CONFIDENTIAL

BP-AZGJ00212747

BP-PSI-2_00012679

DOJ-BP-0000195834

# Category Detail – Buy / Sell / Trade

| | Buy / Sell / Trade | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Month of August 2011 | | | | |
| Sub-Category | Pageviews | % | $ | % | Paid Ads | % | $ / Ad |
| MiscForSale | 55,543 | 0.83% | $4,453 | 17.86% | 239 | 7.62% | $18.63 |
| TicketsForSale | 65,262 | 0.98% | $3,239 | 12.99% | 1,063 | 34.79% | $3.05 |
| PetsForSale | 819,190 | 12.27% | $3,214 | 12.89% | 147 | 4.81% | $21.86 |
| SportsEquipForSale | 4,409,216 | 66.02% | $2,477 | 9.93% | 581 | 19.01% | $4.26 |
| ElectronicsForSale | 107,479 | 1.61% | $1,585 | 6.35% | 57 | 1.87% | $27.81 |
| BusinessForSale | 39,897 | 0.60% | $1,512 | 6.06% | 74 | 2.42% | $20.44 |
| ClothingForSale | 37,523 | 0.56% | $1,365 | 5.47% | 101 | 3.30% | $13.51 |
| FurnitureForSale | 98,830 | 1.48% | $1,034 | 4.15% | 216 | 7.07% | $4.79 |
| Free | 148,378 | 2.22% | $961 | 3.85% | 91 | 2.98% | $10.56 |
| ToolsForSale | 60,291 | 0.90% | $833 | 3.34% | 51 | 1.67% | $16.33 |
| WantedTrade | 56,972 | 0.86% | $779 | 3.13% | 68 | 2.23% | $11.46 |
| Household | 19,946 | 0.30% | $719 | 2.88% | 63 | 2.06% | $11.41 |
| AppliancesForSale | 46,476 | 0.70% | $669 | 2.68% | 83 | 2.72% | $8.06 |
| BoatsForSale | 216,298 | 3.24% | $460 | 1.84% | 13 | 0.43% | $35.36 |
| AntiquesForSale | 52,407 | 0.76% | $445 | 1.78% | 64 | 2.09% | $6.96 |
| MotorcyclesForSale | 679 | 0.01% | $413 | 1.66% | 15 | 0.49% | $27.52 |
| YardSale | 29,254 | 0.44% | $378 | 1.52% | 75 | 2.45% | $5.05 |
| Farm | 63,214 | 0.95% | $344 | 1.35% | 48 | 1.57% | $7.17 |
| FarmEquipmentForSale | 1,337 | 0.02% | $55 | 0.22% | 7 | 0.23% | $7.90 |
| General B / S / T Category | 348,142 | 5.21% | -- | -- | -- | -- | -- |
| Total Buy / Sell / Trade | 6,676,436 | 100.00% | $24,936 | 100.00% | 3,056 | 100.00% | $8.16 |

CONFIDENTIAL    29

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 29**

HIGHLY CONFIDENTIAL

BP-AZGJ00212748

BP-PSI-2_00012680

DOJ-BP-0000195835

## Category Detail – Jobs

|  | Jobs | | | | | | |
|---|---|---|---|---|---|---|---|
|  |  |  | Month of August 2011 | | | | |
| Sub-Category | Pageviews | % | $ | % | Paid Ads | % | $ / Ad |
| SalesJobs | 71,856 | 3.68% | $2,343 | 15.67% | 464 | 14.75% | $5.05 |
| MiscJobs | 121,449 | 6.22% | $1,633 | 10.92% | 246 | 7.82% | $6.64 |
| Auditions | 87,674 | 4.49% | $1,612 | 10.78% | 242 | 7.69% | $6.66 |
| FocusGroups | 71,123 | 3.64% | $1,559 | 10.43% | 201 | 6.39% | $7.76 |
| RestaurantRetailJobs | 164,427 | 8.43% | $1,324 | 8.86% | 360 | 11.44% | $3.68 |
| SalonJobs | 54,896 | 2.81% | $1,040 | 6.95% | 272 | 8.65% | $3.82 |
| TradesJobs | 131,046 | 6.72% | $861 | 5.89% | 275 | 8.74% | $3.20 |
| DriverJobs | 189,096 | 9.69% | $838 | 5.60% | 177 | 5.63% | $4.73 |
| MedicalHealthJobs | 49,646 | 2.54% | $717 | 4.79% | 123 | 3.91% | $5.83 |
| ComputerJobs | 31,654 | 1.62% | $625 | 4.18% | 63 | 2.00% | $9.91 |
| AdminOfficeJobs | 73,824 | 3.78% | $541 | 3.62% | 130 | 4.13% | $4.16 |
| DomesticJobs | 78,850 | 4.04% | $371 | 2.48% | 117 | 3.72% | $3.18 |
| RealEstateJobs | 20,898 | 1.07% | $333 | 2.22% | 78 | 2.48% | $4.26 |
| CustomerServiceJobs | 73,292 | 3.75% | $314 | 2.10% | 119 | 3.78% | $2.64 |
| EducationJobs | 23,892 | 1.22% | $298 | 2.00% | 67 | 2.13% | $4.45 |
| ManagementJobs | 34,256 | 1.76% | $212 | 1.42% | 75 | 2.38% | $2.83 |
| JobWanted | 65,695 | 3.37% | $172 | 1.15% | 65 | 2.07% | $2.65 |
| AccountingJobs | 23,336 | 1.20% | $138 | 0.92% | 72 | 2.29% | $1.91 |
| General Jobs Category | 584,623 | 29.96% | · | · | ·· | · | · |
| **Total Jobs** | **1,951,373** | **100.00%** | **$14,950** | **100.00%** | **3,146** | **100.00%** | **$4.75** |

CONFIDENTIAL 30

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 30**

HIGHLY CONFIDENTIAL

BP-AZGJ00212749

BP-PSI-2_00012681

DOJ-BP-0000195836

# Category Detail – Rentals and Automotive

## Rentals

| Sub-Category | Month of August 2011 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Pageviews | % | $ | % | Paid Ads | % | $ / Ad |
| ApartmentsForRent | 616,384 | 53.94% | $9,789 | 87.17% | 1,663 | 82.02% | $5.82 |
| Roommates | 299,731 | 26.23% | $479 | 4.27% | 186 | 9.09% | $2.59 |
| VacationForRent | 52,826 | 4.62% | $441 | 3.93% | 58 | 2.85% | $7.61 |
| CommercialForRent | 32,114 | 2.81% | $387 | 3.44% | 100 | 4.87% | $3.57 |
| RentalsWanted | 37,255 | 3.26% | $53 | 0.47% | 27 | 1.32% | $1.95 |
| MiscForRent | 24,357 | 2.13% | $53 | 0.47% | 9 | 0.44% | $5.84 |
| Sublets | 13,598 | 1.19% | $29 | 0.26% | 9 | 0.44% | $3.19 |
| General Rentals Category | 66,522 | 5.82% | · | · | · | · | · |
| Total Rentals | 1,142,787 | 100.00% | $11,230 | 100.00% | 2,052 | 100.00% | $5.47 |

## Automotive

| Sub-Category | Month of August 2011 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Pageviews | % | $ | % | Paid Ads | % | $ / Ad |
| AutoServices | 25,149 | 4.82% | $1,412 | 34.56% | 204 | 51.91% | $6.92 |
| AutoPartsForSale | 69,266 | 13.28% | $1,055 | 25.82% | 92 | 23.41% | $11.46 |
| AutosForSale | 399,102 | 76.53% | $1,020 | 24.97% | 72 | 18.32% | $14.16 |
| TrucksForSale | 5,474 | 1.05% | $362 | 8.87% | 11 | 2.80% | $32.92 |
| RVForSale | 1,501 | 0.29% | $172 | 4.22% | 7 | 1.78% | $24.62 |
| AntiqueCarsForSale | 1,299 | 0.25% | $64 | 1.57% | 7 | 1.78% | $9.14 |
| General Auto Category | 19,736 | 3.78% | · | · | · | · | · |
| Total Automotive | 521,527 | 100.00% | $4,085 | 100.00% | 393 | 100.00% | $10.39 |

CONFIDENTIAL 31

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 31**

HIGHLY CONFIDENTIAL

BP-AZGJ00212750

BP-PSI-2_00012682

DOJ-BP-0000195837



HIGHLY CONFIDENTIAL

BP-AZGJ00212751

BP-PSI-2_00012683

DOJ-BP-0000195838

# Category Overview – Services

## Competitor Overview

**YAHOO! LOCAL**

Yahoo! Local provides an online directory of local businesses and service providers with reviews, ratings, maps, and directions

**craigslist**

Craigslist unsuccessfully attempted to migrate its adult ad volume to the Massage category

**MassageAnywhere**

MassageAnywhere provides an online listing platform for local massage therapists and providers

**Angie's list**

Angie's List provides ratings, reports, and reviews about service companies and professionals to subscribing members

 **service magic**

ServiceMagic.com provides an online marketplace connecting homeowners with prescreened and customer-rated home service professionals

## Alexa Ranking

| | | | | | |
|---|---|---|---|---|---|
| U.S.: | 3 | U.S.: | 9 | U.S.: | 27,606 |
| Global: | 4 | Global: | 36 | Global: | 175,951 |

| | | | |
|---|---|---|---|
| U.S.: | 851 | U.S.: | 821 |
| Global: | 4,466 | Global: | 3,748 |

## Notes / Backpage Advantages

- Charges $10 per month; unattractive vs. Backpage
- Listings are often stale

- Charges $10 for an ad in Massage
- Poor customer service
- Requires phone-verified accounts

- Utilizes a primitive layout; weak user experience
- Backpage generates much higher pageviews per user

- Subscription-based
- High customer attrition
- Lacks the loyal user base

- Users cannot seek out and find content
- Backpage offers an easier posting process and generates much higher pageviews per user

**CONFIDENTIAL**    33

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 33**

BP-AZGJ00212752

BP-PSI-2_00012684

DOJ-BP-0000195839

# Category Overview – Buy / Sell / Trade

## Competitor Overview









Craigslist is the market leader in the Buy / Sell / Trade classifieds category

Ebay Classifieds Group provides a network of general classifieds sites and includes Gumtree, Kijiji, and Slando

Oodle provides a general online classifieds platform

OLX operates a general online classifieds site

## Alexa Ranking

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| U.S.: | 9 | U.S.: | 658 | U.S.: | 686 | U.S.: | 1,755 |
| Global: | 36 | Global: | 2,601 | Global: | 2,284 | Global: | 3,456 |

## Notes / Backpage Advantages

* Restrictive in posting and has overzealous flagging
* Requires phone-verified accounts
* Backpage offer business friendly upgrades and has a better monetization model
* Backpage offers greater content diversity, such as pets and hunting rifles

* Distracted by major lawsuit with Craigslist
* Purely a defensive maneuver to protect eBay auction sites
* Lacks loyal user base
* Has no monetization model
* Backpage has more users, more pageviews per user, and a more passionate user base

* Does not offer user-generated content, but primarily aggregates feeds
* Posting process is more complicated
* Requires an app to find content
* Monetization model is to charge feed providers extra to be sorted first
* Backpage offers a more loyal user base and more pageviews per user

* Primarily an aggregator and site scraper
* Focused on Argentina market
* Poor reputation among users
* Low pageviews per user

**CONFIDENTIAL** 34

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 34**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012685

BP-AZGJ00212753

DOJ-BP-0000195840

## Category Overview – Jobs

### Competitor Overview

   indeed 

| | | | | |
|---|---|---|---|---|
| LinkedIn provides on online professional network | CareerBuilder offers online job posting and resume posting services | Monster provides online recruiting and employment services | Indeed provides an online job listing search engine | The majority of Craigslist revenue is comprised of ad fees from job postings in 18 cities |

### Alexa Ranking

| U.S.: | 11 | U.S.: | 106 | U.S.: | 134 | U.S.: | 90 | U.S.: | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Global: | 16 | Global: | 533 | Global: | 521 | Global: | 358 | Global: | 36 |

### Notes / Backpage Advantages

| | | | | |
|---|---|---|---|---|
| • Today, primarily a social address book<br>• Posting is expensive<br>• Focused on high-end, salaried positions<br>• Backpage is more simple to post and manage postings<br>• Backpage targets hourly rate and service sector jobs, while | • Far more expensive at $300+ per post<br>• Requires login<br>• Backpage offers a much simpler posting process<br>• Backpage has a more diverse user base that can be diverted to the jobs category<br>• Backpage has improved SEO | • Expensive; posts start at $210 per post<br>• Complex ad process<br>• Requires resume to access content<br>• Extremely poor SEO<br>• Backpage offers a better user experience | • Cost-per-click pricing model<br>• Simply an aggregator of job listings<br>• Backpage offers original content | • Charges $25 to $75 per post in markets Backpage charges $1<br>• Requires a more complicated posting process<br>• Requires a phone-verified account<br>• Backpage offers small-business friendly ad upgrades<br>• Backpage offers more real content |

**CONFIDENTIAL**   35

HIGHLY CONFIDENTIAL

BP-AZGJ00212754

BP-PSI-2_00012686

DOJ-BP-0000195841

# Category Overview – Rentals

## Competitor Overview

  apartments.com ForRent.com 

| | | | | |
|---|---|---|---|---|
| Rent.com, an Ebay Company, provides apartment and housing rental listings | Apartmentguide.com provides rental listings by geography | Apartments.com provides apartment, condo, and other rental listings | ForRent.com provides rental listings as well as roommate listings and searches | Craigslist earns a significant portion of its revenue from Rentals ad postings |

## Alexa Ranking

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| U.S.: | 1,049 | U.S.: | 1,653 | U.S.: | 1,581 | U.S.: | 1,898 | U.S.: | 9 |
| Global: | 5,235 | Global: | 8,854 | Global: | 8,039 | Global: | 9,821 | Global: | 36 |

### Backpage Advantages

* Backpage is a much more inexpensive alternative
    * These competitors typically charge all or half of the first month's rent; Backpage charges $1
* Backpage provides a much higher quality user experience
    * Backpage is a much simpler, clutter-free, user-friendly platform
* Competitors' sites are more like apartment directories, which are unpopular among users
* Backpage employs a marketing staff who directly contact property managers, which drives ad volume in the category and fosters a positive customer relationship

### Backpage Advantages

* Charges $10 per post while Backpage charges $1
* Requires a phone-verified account
* Backpage offers a much simpler posting process
* Backpage offers small-business friendly ad upgrades

**CONFIDENTIAL** 36

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 36**

HIGHLY CONFIDENTIAL

BP-AZGJ00212755

BP-PSI-2_00012687

DOJ-BP-0000195842

# Category Overview – Automotive

## Competitor Overview

   

| | | | | |
|---|---|---|---|---|
| Ebay Motors provides online auctions for cars, trucks, RVs, motorcycles, boats, and other vehicles, as well as parts and accessories | AutoTrader provides online classifieds for buying and selling used cars and trucks | Vehix.com offers new and used car listings as well as automotive reviews, articles, and research tools | CarMax operates as a retailer of used vehicles and also provides new and used car listings through its website | Cars.com offers automotive research and reviews as well as used and new car listings |

## Alexa Ranking

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| U.S.: | 10 | U.S.: | 276 | U.S.: | 4,980 | U.S.: | 1,146 | U.S.: | 486 |
| Global: | 23 | Global: | 1,181 | Global: | 26,297 | Global: | 5,756 | Global: | 1,906 |

### Backpage Advantages

* Backpage is a more inexpensive alternative to competitors
  * Ebay charges $60-$125 per national ad; AutoTrader ads start at $25
* Because content feeds are easily repurposed into Backpage ads, competitors are vulnerable to losing business
  * Backpage can steal market share from entrenched automotive websites by offering to host dealer content for free or little costs
  * Dealer listing services providers have expressed significant interest in partnering with Backpage
* Backpage is not an automotive portal and offers a much simpler posting process and post management.
* Backpage requires no logins, and fewer clicks are necessary to access desired content
* Backpage has used direct marketing to dealer listing services providers to help drive ad volume

**CONFIDENTIAL**   37

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 37**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012688

BP-AZGJ00212756

DOJ-BP-0000195843



BP-PSI-2_00012689

BP-AZGJ00212757

DOJ-BP-0000195844

## Operating Expenses

* **Advertising and Marketing:** Online advertising campaigns (such as Google AdWords) to acquire customers which are immediately expensed

* **Electronic Publisher:** Software development, hosting and maintenance, server co-location, and 24/7 site support, as well as commission and payroll for marketing and development staff

* **Administrative:** Payroll and benefits for the domestic moderation team and outsourced moderation costs

* **Corporate Allocation:** Backpage is allocated its proportionate share of certain expenses that are incurred at the parent level

    * Payroll and benefits paid from Backpage's Dallas location

    * Rent allocation based on square footage used by the Backpage operations in Dallas and Phoenix

    * Parent level expense allocations: corporate IT, human resources, counsel, insurance, legal, audit, tax

* **Other Operating Expenses:** Includes property taxes and discretionary expenses

CONFIDENTIAL    39

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 39**

HIGHLY CONFIDENTIAL

BP-AZGJ00212758

BP-PSI-2_00012690

DOJ-BP-0000195845

# Working Capital

* Backpage's negative working capital position is facilitated by its fast settlement of credit card transactions
* Accrued expenses primarily consist of accrued payroll, representing gross salaries, bonuses, and commissions paid to Backpage employees, and revenue sharing payments to partners

| ($000s) | FY2009 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Jan-11 |
|---|---|---|---|---|---|---|---|
| Accounts Receivable | $121.4 | $45.0 | $22.3 | $13.5 | $15.3 | $24.8 | ($43.2) |
| Other Current Assets | 53.9 | $65.2 | $52.8 | $91.2 | $167.3 | $64.6 | $45.1 |
| Total Current Assets | $175.3 | $110.3 | $75.1 | $104.7 | $182.6 | $89.4 | $2.0 |
| Accounts Payable | $0.1 | $0.0 | $67.0 | $0.5 | $139.3 | $51.8 | $2.2 |
| Accrued Expenses | 317.4 | $191.9 | $224.2 | $198.9 | $540.9 | $836.4 | $676.2 |
| Other Current Liabilities | 8.9 | $1,360.9 | $1,227.7 | $1,668.6 | $1,701.6 | $65.9 | $700.1 |
| Total Current Liabilities | $326.4 | $1,552.7 | $1,538.9 | $1,868.0 | $2,381.8 | $954.1 | $1,378.5 |
| Net Working Capital | ($151.1) | ($1,442.5) | ($1,463.8) | ($1,761.4) | ($2,199.2) | ($864.7) | ($1,376.5) |

| ($000s) | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | LTM Average |
|---|---|---|---|---|---|---|---|
| Accounts Receivable | $13.3 | $48.5 | $45.6 | $47.5 | $72.2 | $69.2 | $31.2 |
| Other Current Assets | $17.3 | $66.6 | $50.0 | $43.6 | $58.1 | $35.9 | 63.1 |
| Total Current Assets | $30.6 | $115.1 | $95.6 | $91.1 | $130.3 | $105.1 | $94.3 |
| Accounts Payable | $0.0 | $17.1 | $56.7 | $0.0 | $6.2 | $12.2 | $31.1 |
| Accrued Expenses | $631.8 | $959.4 | $550.1 | $726.3 | $196.0 | $194.0 | 493.7 |
| Other Current Liabilities | $1,063.7 | $639.2 | $1,143.6 | $190.2 | $638.3 | $1,199.9 | 966.6 |
| Total Current Liabilities | $1,695.4 | $1,615.7 | $1,750.4 | $916.4 | $840.5 | $1,406.2 | $1,491.4 |
| Net Working Capital | ($1,664.8) | ($1,500.6) | ($1,654.8) | ($825.3) | ($710.2) | ($1,301.0) | ($1,397.1) |

CONFIDENTIAL     40

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 40**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012691

BP-AZGJ00212759

DOJ-BP-0000195846

# Key Projection Assumptions

## Revenue

* Modest pageview growth in Adult category: 3% annually
* Strong pageview growth in the Jobs, Automotive, Buy/Sell/Trade, and Personals categories: 100% annually
* Discounts: (8.2%) of gross revenue, consistent with historical performance
* Chargebacks: (0.8%) of gross revenue, consistent with historical performance

## Costs

* **Advertising and Marketing:** Assumed to initially grow to approximately $900,000 to support category development and build traffic in non-English-speaking markets
    * Thereafter, advertising and marketing expenses are expected to remain nearly constant
* **Electronic Publisher:** Hosting expense is assumed to increase in proportion with annual pageviews
    * Affiliate commissions for new regions are assumed to start at 75% for the first year, declining to 25% over a five-year period as the site gains traffic
* **Administrative:** Assumed to grow from $7.9 million in 2012 to $10.7 million in 2016, as the Company grows headcount to support its international expansion

CONFIDENTIAL     41

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 41**

HIGHLY CONFIDENTIAL

BP-PSI-2_00012692

BP-AZGJ00212760

DOJ-BP-0000195847



BP-PSI-2_00012693

DOJ-BP-0000195848

## Market Overview

* Backpage operates more than 460 city sites throughout the U.S., Mexico, Canada, Caribbean, and the UK
* The Company is continually rolling out new sites and projects to grow to 600 sites by 2014

### Top 15 City Sites – August 2011



Revenue ($ in 000s) / Pageviews (in millions) — New York City, LA/OC, New Jersey, Las Vegas, Houston, Atlanta, Phoenix, Illinois, Washington DC, Ontario, Fort Lauderdale, San Diego, Boston, Miami, Tampa — ▨ Revenue — Pageviews

### Market Profile as of August 2011: New York & National Ads

| Category | NYC - August 2011 Paid Ads | $ | % | Category | National - August 2011 Paid Ads | $ | % |
|---|---|---|---|---|---|---|---|
| Adult | 85,425 | $788,502 | 97.05% | Adult | 1,680 | $86,348 | 52.93% |
| Auto | 6 | 109 | 0.01% | Auto | 93 | 2,784 | 1.59% |
| Buy/Sell/Trade | 121 | 1,314 | 0.16% | Buy/Sell/Trade | 627 | 19,684 | 12.05% |
| Community | 57 | 574 | 0.07% | Community | 164 | 2,620 | 1.61% |
| Jobs | 412 | 1,968 | 0.24% | Jobs | 183 | 5,630 | 3.45% |
| Musician | 43 | 358 | 0.04% | Musician | 54 | 2,227 | 1.37% |
| Personals | 1,355 | 3,093 | 0.38% | Personals | 144 | 14,504 | 8.89% |
| Real Estate | 71 | 791 | 0.10% | Real Estate | 78 | 2,326 | 1.43% |
| Rentals | 491 | 3,106 | 0.38% | Rentals | 32 | 1,149 | 0.70% |
| Services | 2,455 | 12,691 | 1.56% | Services | 678 | 25,914 | 15.88% |
| Total | 90,436 | $812,505 | 100.00% | Total | 3,733 | $163,143 | 100.00% |

**CONFIDENTIAL**   43

**BVA Breakfast Meeting**
**December 5, 2002**
**Page 43**

BP-PSI-2_00012694

BP-AZGJ00212762

DOJ-BP-0000195849

Exhibit 7

Dallas success in other markets

**Task one: Create new content aggregation positions in Dallas**
Job description
- Add 25 employment postings, 25 adult or massage postings, and create 25 personal ads in the target market per week. Use the auto re-post feature to optimize the content. $400 base/ $100 weekly bonus.
- The target market is optimized for 60 days and then the position is moved to the next market.
- 4/15 to 6/15: Houston, New York and Denver
- 6/15 to 8/15: LA/OC, Phoenix and Minneapolis
- 8/15 to 10/15  Miami/BPB, St. Louis and Seattle
- 10/15 to 1/30: KC, Cleveland, Nashville and SF

Dan Hyer to direct and manage this process.  Carl to consult and supervise.

**Task two: Publishers pay a director's Backpage bonus for content and BP tasks.**
1. Create text rich online ads for all display ads and attach images to the adult line ads.
2. Assign detailed, more senior staff members to handle backpage customer service. We still get complaints about print ads purchased and no confirmation by the paper. Papers should not assign leads round robin to entry level reps.
3. Papers must prospect and post employment and adult content online for free:
    a. Schedule 20 free test adult ads per week for prospects from other sites with a 6 week auto repost for free.
    b. Schedule 20 free therapeutic massage ads per week for clients on other sites with a 6 week auto re-post for free.
    c. Schedule 10 to 20 employment ads per day for clients to test the site for free.
    d. A spreadsheet in Excel is done to prove to management the above tasks was done.
4. Papers run house ads in the paper to promote the site (integrate Spade/Sperduti where applicable).
5. Papers run classified site URL in classified section headers.
6. Class director bonuses adult and MBS manager based on hitting content posting goals above.
7. Content creation requires management access to backpage.com. The job is technical and requires the user to not abuse sponsor ad inventory.
8. Papers should create more aggressive print specials and lower print rates as Dallas has done in any category with a print up sell close rate by online users of less than 5%. This has not been possible to do since other markets are focused on page yield to the point of driving away line ad sales.
9. Follow guidelines to secure content:
    a. Do searches on Google "erotic services, your city name, and area code"
    b. Call clients. Ask them if they have tried backpage.com. If not, post a free ad with an auto repost for free for 6 weeks.
    c. Script: "Hi, I saw your ad on the internet. Have you ever tried posting it on backpage.com? I can post your ad today so that you can try out the site. It costs you nothing. I do all the work here. Can I have your email address please?"
    d. Post the ad in admin using their email address.

DOJ-BP-0004602206

10. Put bonus opportunities for publishers to achieve above content goals. Carl and Dan to evaluate and report from their excel reports.
11. During blitz periods (see Task #1) coordination should be tight, close and ongoing between Dallas aggregators and local BP staff in those targeted markets
12. Dan Hyer to direct and mange this process for all the cities. Carl to consult and supervise.

Budgetary considerations:

Three people at $400 per week plus $100 per week in bonuses for task number one. Currently BP budget has one person in it at that level. An additional two people for nine more months will cost BP approximately $50k including all benefits and taxes. Additional revenue opportunity if we can turn up each cities monthly revenues by $15 k on the average: $225,000 at the end of one year's cycle. If we can reach Dallas levels (and Dallas continues to grow) the potential is unknown.

DOJ-BP-0004602207