**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone: 480-656-3919
Fax: 480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR: DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Joye Vaught,<br>    Defendant. | CR-2018-0422-SMB<br><br>**MOTION TO STRIKE SURPLUSAGE FROM THE INDICTMENT** |

NOW COMES the Defendant, Joye Vaught, by and through her counsel of record, Joy Bertrand, to ask this Court to strike surplusage from the Indictment. As further grounds therefore, the Defendant submits the following:

**UNDERLYING FACTS**

Riddled throughout the Indictment is hyperbolic language that cannot be justified as descriptive legal terms or factual assertions. (See, e.g., descriptions of ads that the Government alleges were for underage girls at ECF Doc. 3 at 33-34) The Indictment also contains descriptions of assaults and the deaths – to include

murders – of women and underage girls, who were victims of human trafficking. (ECF Doc. 3 at 34-35)  The Indictment also describes sex trafficking activity that occurred in other countries – even other continents.  (ECF Doc. 3 at 31) The Indictment does not imply  that Ms. Vaught was involved in any of that conduct.  Yet, she has had to answer these publicly-filed charges, which were further promoted through the US DOJ's press releases.[1]

## ARGUMENT

Rule 7(d) of the Federal Rules of Criminal Procedure states, "Surplusage.  Upon the defendant's motion the court may strike surplusage from the indictment or information."  Rule 7(d)  protects a defendant against prejudicial or inflammatory allegations that are neither relevant nor material to the charges." *United States v. Ramirez,* 710 F.2d 535, 544–45 (9th Cir. 1983); *see also* Fed. R. Crim. P. 7 advisory committee's note.  The decision to

---

[1] See, e.g., "Justice Department Leads Effort to Seize Backpage.Com, the Internet's Leading Forum for Prostitution Ads, and Obtains 93-Count Federal Indictment," April 9, 2018, available at https://www.justice.gov/opa/pr/justice-department-leads-effort-seize-backpagecom-internet-s-leading-forum-prostitution-ads (last visited October 18, 2019);  and see, e.g., "Backpage's Co-founder and CEO, As Well As Several Backpage-Related Corporate Entities, Enter Guilty Pleas," April 12, 2018, available at https://www.justice.gov/opa/pr/backpage-s-co-founder-and-ceo-well-several-backpage-related-corporate-entities-enter-guilty (last visited October 18, 2019).

strike surplusage is subject to this Court's discretion.  *United States v. Laurienti,* 611 F.3d 530, 546 (9th Cir. 2010);  *United States v. Terrigno,* 838 F.2d 371, 373 (9th Cir. 1988).

Here, rather than simply allege that the Defendants ran a web site that promoted illegal prostitution, the Indictment includes allegations of violent, horrific criminal conduct towards the women in the ads.  There is no allegation – and certainly there would be no proof to support it – that Ms. Vaught participated in any assaultive conduct, any homicide, or contributed to any woman's death.  Ms. Vaught certainly has not been involved in activities that occurred outside of the United States.

The Government attempt to say that by working as the assistant operations manager at a huge website company that hosted prostitution ads, Ms. Vaught was tangentially involved in these other crimes and tragic deaths.  Those allegations would be, in the most charitable light, a stretch.

At a time when Americans increasingly support the legalization of prostitution,[2] the reality is that these additional allegations are designed to

---

[2] See, e.g., Jasmine Garsd, "Should Sex Work Be Decriminalized? Some Activists Say It's Time," All Things Considered, National Public Radio, March 22, 2019, available at https://www.npr.org/2019/03/22/705354179/should-sex-work-be-decriminalized-some-activists-say-its-time (last visited October 18, 2019).

inflame the pool of potential jurors and the jurors who sit on this trial.  That risk is exactly why this language must be struck from the Indictment.

## CONCLUSION

For the foregoing reasons, the Defendant respectfully asks this Court to grant her Motion to Strike Surplusage.

RESPECTFULLY SUBMITTED on October 19, 2019.

<u>s/Joy Bertrand</u>
Joy Bertrand
Attorney for Defendant

# CERTIFICATE OF SERVICE

On October 18, 2019, I, Joy Bertrand, attorney for the Defendant, Joye Vaught, filed the Defendant's Motion to Strike Surplusage with the Arizona District Court's electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon opposing counsel and codefendant counsel upon its submission to the Court.

Respectfully submitted this Eighteenth day of October, 2019.


                      <u>s/Joy Bertrand</u>
                      Joy Bertrand
                      Attorney for Defendant