Exhibit C

FD-597 (Rev 8-11-94)                                                                                    Page 1 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property    Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

On (date)    4/6/2018                                                    item(s) listed below were:

☐ Received From
☐ Received To
☐ Released To
☒ Seized

| | |
|---|---|
| (Name) | Margaret Larkin |
| (Street Address) | 5555  N. Casa Blanca Dr. |
| (City) | Paradise Valley, AZ 85253 |

## Description of Item(s):

Apple Laptop with cord, serial number C1MR82XDG942

Silver iPad mini, no S/N.

Coyoacan, Mexico Trust, legal documents

Estate planning legal documents Jim and Molly Larkin dated 4/3/15.

Receipts for jewelry from Paris and bank  deposit.

Red jewelry box with jewelry and receipts

White Apple Time Capsule, Serial number: 6F9450KKACD

Items of travel to Paris and Mexico

Financial documents, travel documents

Financial documents, bank statements

Financial notes handwritten

Financial records and travel documents.

Seagate black hard drive with cable, Serial number: NA0QBG56

Black My Passport Ultra hard drive with cord, Serial: WXT1EA5AAZJT

Apple Laptop, Model: A1398, Serial: C02J93XLDKQ4

Apple Computer monitor with cords, Serial: C02550LEF2GC

Travel information, Misc. financial documents

Red box Cartier — receipts

Mac Laptop, Serial: W80087M98PW

FD-597 (Rev 8-11-94)                                                                                      Page 2 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property     Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

(3) DVDs

---

One black watch, two white pearl necklaces (one with white jewel clasp), one white necklace, two blue and white bracelets, one blue stone ring, one circular white ring, four white rings, one yellow ring, one white bracelet

---

One white round necklace, one blue ring, one green clip on earring

---

Six yellow coins and four white coins,

---

**Received By** _____        **Received From**   B. Jacobs

(signature) _____             (signature) _____

FD-1087 (Rev. 5-8-10)



**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:**   (U) Search warrant executed at            **Date:** 05/23/2018
                   5555 N Casa Blanca Drive


**CC:**  SHAFFER PATTI JEAN


**Approved By:** SSA Linda M. Engstrom


**Drafted By:** Amy L. Fryberger

**UNCLASSIFIED**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


**Case ID #:** 50A-PX-9247052        (U) Backpage.com;
                                     Nakedcity.com;
                                     Bigcity.com;
                                     Evilempire.com;
                                     Adreputation.com;
                                     mobileposting.com;
                                     postfastr.com;
                                     adpost24.com;
                                     cracker.com;
                                     Website Technologies, LLC;
                                     Ad Data Solutions, LLC;
                                     Posting Solutions, LLC;
                                     Voice Media Group;
                                     Ad Tech BV;
                                     Cereus Properties, LLC;
                                     Camarillo Holdings, LLC;
                                     Amstel River Holdings, LLC;
                                     Postfaster, LLC;
                                     Dartmoor Holdings, LLC
                                     Carl Ferrer - CEO, Backpage.com;
                                     Michael Lacey - Cereus Properties;
                                     James Larkin - Cereus Properties;
                                     Andrew Padilla - Backpage.com;
                                     Jaala Joye Vaught - Backpage.com;
                                     Dan Hyer - Backpage.com;
                                     Elizabeth McDougall - Legal Counsel
                                     Backpage.com;
                                     Don Bennett Moon - Don Bennett Moon
                                     Foundation, Inc;
                                     John E. Brunst - Camarillo Holdings;
                                     Scott Spear - Camarillo Holdings;
                                     Money Laundering - ML;
                                     Human Trafficking - HT;


**Collected From:**   James Larkin
                      5555 N Casa Blanca Drive
                      Paradise Valley, Arizona 85253
                      United States


**Receipt Given?:**  No


**UNCLASSIFIED**

2

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


**Holding Office**:  PHOENIX

**Details**:

A search warrant was executed on April 6, 2018 at 5555 N Casa Blanca
Drive, Paradise Valley, Arizona 85253.

| Item Type | Description |
|---|---|
| 1B General | (U) Estate planning legal documents Jim and Molly Larkin dated 4/3/15<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  4<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on third shelf |
| 1B Digital | (U) Silver iPad mini, no S/N<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  2<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on third shelf<br>Device Type:  Laptop/Tablet Computer<br>Number of Devices Collected:  1 |

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


1B Digital          (U) Apple Laptop with cord, serial number
                    C1MR82XDG942
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  1
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  DANIELS JIMMIE JOHN
                    Other Locator:  Brian Jacobs
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area C on kitchen counter
                    Device Type:  Computer
                    Number of Devices Collected:  1


1B General          (U) Coyoacan, Mexico Trust, legal documents
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  3
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  KOONTZ ASA CLAYTON-KORD
                    Other Locator:  Brian Jacobs
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area C in cabinet on third shelf


1B General          (U) Receipts for jewelry from Paris and bank deposit
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  5
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  KOONTZ ASA CLAYTON-KORD
                    Other Locator:  Brian Jacobs
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area C in cabinet on second shelf

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


1B Digital          (U) White Apple Time Capsule, Serial Number
                    6F9450KKACD
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  7
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  JACOBS BRIAN ANTHONY
                    Other Locator:  Asa Koontz
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area C on kitchen shelf
                    Device Type:  Other
                    Other Device Type:  Capsule
                    Number of Devices Collected:  1


1B General          (U) Items of travel to Paris and Mexico
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  8
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  KOONTZ ASA CLAYTON-KORD
                    Other Locator:  Brian Jacobs
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area C in cabinet on third shelf


1B General          (U) Financial documents, travel documents
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  9
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  ESTES ERIC M
                    Other Locator:  Mike Albers
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area J in right desk drawer


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


| 1B General | (U) Financial notes handwritten |
|---|---|

                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  11
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  ESTES ERIC M
                  Other Locator:  Mike Albers
                  Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253
                  Specific Location:  Area V on end table by sofa


| 1B General | (U) Financial records and travel documents |
|---|---|

                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  12
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  KOONTZ ASA CLAYTON-KORD
                  Other Locator:  Brian Jacobs
                  Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253
                  Specific Location:  Area C in cabinet on third shelf


| 1B Digital | (U) Seagate black hard drive with cable, serial number NA0QBG56 |
|---|---|

                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  13
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  RUSSELL TARABOUR
                  Other Locator:  Eric Estes
                  Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253
                  Specific Location:  Area V in bottom right side of cabinet
                  Device Type:  Portable Hard Drive
                  Number of Devices Collected:  1

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


1B Digital        (U) Black My Passport Ultra hard drive with cord,
                  Serial: WXT1EA5AAZJT
                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  14
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  RUSSELL TARABOUR
                  Other Locator:  Eric Estes
                  Location Area:  5555 N Casa Blanca Drive, Paradise
                  Valley, AZ 85253
                  Specific Location:  Area V in right desk drawer
                  Device Type:  Portable Hard Drive
                  Number of Devices Collected:  1


1B Digital        (U) Apple Laptop Model: A1398, Serial C02J93XLDKQ4
                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  15
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  RUSSELL TARABOUR
                  Other Locator:  Eric Estes
                  Location Area:  5555 N Casa Blanca Drive, Paradise
                  Valley, AZ 85253
                  Specific Location:  Area V on top of desk
                  Device Type:  Laptop/Tablet Computer
                  Number of Devices Collected:  1


1B Digital        (U) Apple Computer Monitor with cords, Serial:
                  C02550LEF2GC
                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  16
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  RUSSELL TARABOUR
                  Other Locator:  Eric Estes
                  Location Area:  5555 N Casa Blanca Drive, Paradise
                  Valley, AZ 85253
                  Specific Location:  Area V on desk
                  Device Type:  Computer
                  Number of Devices Collected:  1


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


 1B General        (U) Travel information, Misc. financial documents
                   Collected On:  04/06/2018 05:57 PM EDT
                   Receipt Number:  17
                   Seizing Individual:  Amy L. Fryberger
                   Collected By:  ESTES ERIC M
                   Other Locator:  Mike Albers
                   Location Area:  5555 N Casa Blanca Drive, Paradise
                   Valley, AZ 85253
                   Specific Location:  Area V in tub behind desk


 1B General        (U) Red box cartier - receipts
                   Collected On:  04/06/2018 05:57 PM EDT
                   Receipt Number:  18
                   Seizing Individual:  Amy L. Fryberger
                   Collected By:  RUSSELL TARABOUR
                   Other Locator:  Eric Estes
                   Location Area:  5555 N Casa Blanca Drive, Paradise
                   Valley, AZ 85253
                   Specific Location:  Area V on desk


 1B General        (U) Financial documents, bank statements
                   Collected On:  04/06/2018 05:57 PM EDT
                   Receipt Number:  10
                   Seizing Individual:  Amy L. Fryberger
                   Collected By:  ESTES ERIC M
                   Other Locator:  Mike Albers
                   Location Area:  5555 N Casa Blanca Drive, Paradise
                   Valley, AZ 85253
                   Specific Location:  Area J in right desk drawer


 1B Digital        (U) Mac Laptop, Serial: W80087M98PW
                   Collected On:  04/06/2018 05:57 PM EDT
                   Receipt Number:  19
                   Seizing Individual:  Amy L. Fryberger
                   Collected By:  DANIELS JIMMIE JOHN
                   Other Locator:  Eric Estes
                   Location Area:  5555 N Casa Blanca Drive, Paradise
                   Valley, AZ 85253
                   Specific Location:  Area F
                   Device Type:  Laptop/Tablet Computer
                   Number of Devices Collected:  1


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


 1B Digital          (U) (3) DVDs
                     Collected On:  04/06/2018 05:57 PM EDT
                     Receipt Number:  20
                     Seizing Individual:  Amy L. Fryberger
                     Collected By:  DANIELS JIMMIE JOHN
                     Other Locator:  Brandon Williams
                     Location Area:  5555 N Casa Blanca Drive, Paradise
                     Valley, AZ 85253
                     Specific Location:  Area F in closet center drawer
                     Device Type:  Compact Disc/Digital Video Disc(CDs
                     /DVDs)
                     Number of Devices Collected:  3

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


 1B Valuable          (U) One black watch, two white pearl necklaces (one
                      with jewel clasp), one white necklace, two blue stone
                      ring, one circular white ring, four white rings, one
                      yellow ring, one white bracelet.

                      Description from appraisal: 1) 14k white gold blue
                      sapphire and diamond ring ; 2) Platinum diamond ring
                      set with center modified square cut cornered step cut
                      diamond; 3) Sterling silver with glass eternity band;
                      4) Platinum vintage diamond ring set with center Old
                      mine cut diamond; 5) 18k white gold Cartier Panthere
                      ring set with round brilliant cut diamonds; 6)
                      Platinum Tiffany and Company Blue Sapphire and
                      diamond bracelet ; 7) 18k white gold diamond and blue
                      sapphire bracelet ; 8) Platinum diamond vintage
                      bracelet set with old European cut diamonds; 9) 14k
                      yellow Citrine ring set with 3 oval cut Citrines; 10)
                      Platinum Graff blue sapphire and diamond ring; 11)
                      Platinum diamond and blue sapphire ring set with
                      center Old mine cut cushion diamond; 12) Vintage
                      circa 1920 Ladies Cartier Tan
                      Collected On:  04/06/2018 05:57 PM EDT
                      Receipt Number:  23
                      Seizing Individual:  Amy L. Fryberger
                      Collected By:  DANIELS JIMMIE JOHN
                      Other Locator:  Brandon Williams
                      Location Area:  5555 N Casa Blanca Drive, Paradise
                      Valley, AZ 85253
                      Specific Location:  Area F in closet center drawer
                      Valuable Type:  Non-Cash - Jewelry
                      US Dollar Value:  $69261
                      Valuation Method:  Appraised
                      Appraised Date:  05/02/2018

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

1B Valuable         (U) One white round necklace, one blue ring, one
                    green clip on earring.

                    Description from appraisal: 1) 18k yellow gold
                    Aquamarine ring set with emerald cut Aquamarine; 2)
                    Costume jewelry single earring; 3) 14k yellow gold
                    and diamond and white off round cultured pearl
                    necklace set with 14k yellow gold clasp.
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  24
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  Brandon L. Williams
                    Other Locator:  Jimmie Daniels
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area F in closet center drawer
                    Valuable Type:  Non-Cash - Jewelry
                    US Dollar Value:  $2051
                    Valuation Method:  Appraised
                    Appraised Date:  05/02/2018

1B Valuable         (U) Six yellow coins and four white coins.

                    Description from appraisal: 1) Six 50 Peso 37.5 gram
                    90% gold Centenario coins Mexico marked; 2) Three
                    Republica Mexicana and one Centqueneario $5000 1938-
                    1988 Exploracion Petrolera
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  25
                    Seizing Individual:  Amy L. Fryberger
                    Collected By:  Blake H. Childress
                    Other Locator:  Andrew Tews
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area U in shed in black file
                    cabinet
                    Valuable Type:  Non-Cash - Other
                    US Dollar Value:  $9545
                    Valuation Method:  Appraised
                    Appraised Date:  05/02/2018

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


 1B Valuable          (U) Red jewelry box with jewelry and receipts
                      Collected On:  04/06/2018 05:57 PM EDT
                      Receipt Number:  6
                      Seizing Individual:  Amy L. Fryberger
                      Other Locator:  Greg Howard and Lisa Sukenic
                      Other Locator Agency:  IRS
                      Location Area:  5555 N Casa Blanca Drive, Paradise
                      Valley, AZ 85253
                      Specific Location:  Area S in master bedroom small
                      table
                      Valuable Type:  Non-Cash - Jewelry



♦♦

FD-597 (Rev. 4-13-2015)

Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: __50A-PX-9247052__

On (date) __4/10/2018__

item(s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) __Larkin__

(Street Address) __5555 N. Casa Blanca Dr.__

(City) __Paradise Valley, AZ__

Description of Item (s): __2014 Porsche 991 911 Carrera, AZ Plate: BAC385, VIN#: WP0AB2A92ES121390__

END

Received By: ___(signature)___
(Signature)

Received From: _____
(Signature)

Printed Name/Title: _____

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)                                                      Page ___/___ of ___/___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _50A-PX-9247052_

On (date) _4/1/2018_

item (s) listed below were:
- ☑ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) _Larkin_

(Street Address) _5555 N. Casa Blanca Dr_

(City) _P.V. AZ_

Description of Item (s): _1972 BMW 3.0CS Coupe, AZ Plate: BKM516_
_VIN# 2240110_

END

Received By: _____  Received From: _____
                    (Signature)                                (Signature)

Printed Name/Title: _____  Printed Name/Title: _____

FD-597 (Rev 8-11-94)                                                    Page _____ of __/__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) _____          item(s) listed below were:
                                                                  ☐ Received From
                                                                  ☐ Returned To
                                                                  ☐ Released To
                                                                  ☐ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Received By: _____          Received From: _____
                  (Signature)                                        (Signature)

FD-597 (Rev 8-11-94)

Page _____1_____ of _____1_____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) _4/6/18_

*Seized from Jim Larkin @ Airport*

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _JAMES LARKIN_

(Street Address) _____

(City) _____

Description of Item(s): ONE (1) US. PASSPORT JAMES LARKIN # 546095860; one (1) AZ DL JAMES LARKIN # D05996617; one (1) Apple iPhone 7 plus black in color; one (1) Apple Macbook Air; various chargers; $3,000 USD; Two (2) Mercury car keys; various keys on key ring; one (1) key labeled "wine"

Received By: _____ (Signature)

Received From: _____ (Signature)