UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: MOTION FOR BILLS OF PARTICULARS** |
| Scott Spear, | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, Scott Spear, by and through his attorney undersigned, for an Order for a Bill of Particulars, and good cause appearing:

**IT IS HEREBY ORDERED** that the government produce Bills of Particulars that set forth with specificity the following information:

1.      The names of all alleged known, but unidentified, co-conspirators in Counts 1 and 52 of the Superseding Indictment.

2.      The precise nature of the "specified unlawful activity" alleged in Counts 53-100 of the Superseding Indictment.

3.      The exact nexus between the Travel Act violations alleged in Counts 1051 of the Superseding Indictment and the property listed in forfeiture Allegation No. 1.

4.      The exact nexus between the alleged money laundering violations in Counts 52-100 of the Superseding Indictment and the property listed in Forfeiture Allegation No. 2.

Excludable delay under 18 U.S.C. §3161(h) is found to commence on _____ for a total of _____ days.

1