MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Michael Lacey, et al.,<br><br>                    Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSES, AND DEFENDANTS' REPLIES, TO DEFENDANTS' SUBSTANTIVE MOTIONS** |

The United States files this unopposed motion for an extension to file their responses to Defendants' motions filed last Friday, October 18, 2019. On the deadline to file substantive motions, Defendants filed the following:

- Defendant Lacey's Motion to Suppress (Doc. 775);

- Defendants' Motion to Compel Production of *Brady* Material (Doc. 777);

- Defendants' Motion to Suppress (Doc. 778);

1       -    Defendant Spear's Motion for Bill of Particulars (Doc. 781);

2       -    Defendants' Joint Motion to Dismiss Indictment for Grand Jury Abuse Or,

3             in the Alternative, for Disclosure of Grand Jury Transcripts (Doc. 782);

4       -    Defendants' Motion to Dismiss Indictment Based On Section 230 of the

5             Communications Decency Act Or, Alternatively, As Void for Vagueness

6             (Doc. 783);

7       -    Defendant Vaught's Motion to Sever (Doc. 784);

8       -    Defendant Vaught's Motion to Strike Surplusage From the Indictment (Doc.

9             785); and

10     -    Defendant James Larkin's Motion to Suppress (Doc. 786).

11     The deadline for the government to respond to these nine separate motions is

12 currently set for Friday, November 1, 2019.  LRCiv 7.2(c).  Given the volume of

13 Defendants' motions (over 130 pages of briefing without including the attached exhibits),

14 the evidentiary hearing on October 25, 2019, work travel schedules, and other case work

15 that the government attorneys are responsible for, the government respectfully requests a

16 three-week extension to file their responses.  This request would extend the deadline for

17 the government to file responses from November 1, 2019 to November 22, 2019.  The

18 government has spoken with defense counsel for each of the six Defendants and there are

19 no objections.

20     Similarly, Defendants have requested an extension for their reply briefs.  Replies

21 are due seven days after the responses are filed (LRCiv 7.2(d)), but because that would

22 cause Defendants to file their replies the day after Thanksgiving, they have requested, and

23 the government does not oppose, an extension until December 16, 2019.

24     Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or

25 an order based thereon.

26

27

28

1        Respectfully submitted this 23rd day of October, 2019.

2

3                                    MICHAEL BAILEY
                                     United States Attorney
                                     District of Arizona
4
                                     *s/ Andrew C. Stone*
5                                    KEVIN M. RAPP
                                     MARGARET PERLMETER
6                                    PETER S. KOZINETS
                                     ANDREW C. STONE
7                                    Assistant U.S. Attorneys

8                                    JOHN J. KUCERA
                                     Special Assistant U.S. Attorney
9
                                     BRIAN BENCZKOWSKI
10                                   Assistant Attorney General
                                     U.S. Department of Justice
11                                   Criminal Division, U.S. Department of Justice

12                                   REGINALD E. JONES
                                     Senior Trial Attorney
13                                   U.S. Department of Justice, Criminal Division
                                     Child Exploitation and Obscenity Section
14

15

16

17

18

19                           **<u>CERTIFICATE OF SERVICE</u>**

20

21       I hereby certify that on October 23, 2019, I electronically transmitted the attached

22   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

23   Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

24   as counsel of record.

25

26   *s/ Angela Schuetta*
     Angela Schuetta
27   U.S. Attorney's Office

28