1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                              FOR THE DISTRICT OF ARIZONA

9

10    United States of America,                          CR-18-422-PHX-SMB

                          Plaintiff,
11                                                        **ORDER**

12          v.

13    Michael Lacey, et al.,

14                          Defendants.

15

16          Based on the United States' Unopposed Motion to Extend Deadline for Responses,

17    and Defendants' Replies, to Defendants' Substantive Motions, and good cause appearing,

18          **IT IS HEREBY ORDERED** granting the United States' motion and extending

19    the deadline for it to file responses to Defendants' substantive motions (docs. 775, 777,

20    778, 781, 782, 783, 784, 785, and 786) to November 22, 2019.

21          **IT IS FURTHER ORDERED** extending the deadline for Defendants to file their

22    replies in support of the same motions to December 16, 2019.

23          **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is

24    found to commence from _____ through _____.

25

26

27

28