DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** Susan M. Brnovich      **Date:** October 25, 2019

**USA v. Lacey et al**      **Case Number:** CR-18-00422-PHX-SMB

**Assistant U.S. Attorney:** Reginald E. Jones, Kevin Rapp, Margaret Perlmeter, Peter Kozinets, Andrew Stone

**Defendant-1:** Michael Lacey

**Interpreter:** N/A
**Attorney for Defendant:** Whitney Bernstein for Paul Cambria and James Grant, Retained
**Defendant:** X Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**Defendant-2:** James Larkin

**Interpreter:** N/A
**Attorney for Defendant:** Thomas Bienert Jr. and Whitney Bernstein and James Grant, Retained
**Defendant:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**Defendant-3:** Scott Spear

**Interpreter:** N/A
**Attorney for Defendant:** Bruce Feder, Retained
**Defendant:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**Defendant-4:** John Brunst

**Interpreter:** N/A
**Attorney for Defendant:** Ariel Neuman, Retained
**Defendant:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**Defendant-6:** Andrew Padilla

**Interpreter:** N/A
**Attorney for Defendant:** David Eisenberg, CJA
**Defendant:** X Present   Not Present ☒ Released ☐ Custody ☐ Summons

| | |
|---|---|
| USA v. Lacey et al | **Date:** October 25, 2019 |
| **Case Number:** CR-18-00422-PHX-SMB | Page 2 of 2 |

**Defendant-7:  Joye Vaught**

**Interpreter:  N/A**
**Attorney for Defendant:  David Eisenberg for Joy Bertrand, CJA**
**Defendant:**   ☐ Present    ☒ Not Present    ☒ Released/Waived ☐ Custody ☐ Summons   ☐ Writ

1:00 P.M. Day 2 Evidentiary hearing on defendant's motion to compel (Doc. 643) held. Matthew Frost examination continues. Exhibits 10,11,12,13 admitted. 2:30 P.M. Court in recess. 2:40 P.M. Court in session. Richard Robinson sworn and examined. Tami Loehrs sworn and examined. Exhibit 125 admitted. Witness designated as an expert. Exhibit 128 admitted for demonstrative only. Exhibits 183,184, 185,31,32,35 admitted.

The evidentiary hearing will continue to 12/2/2019 at 8:30 A.M.   5:19 P.M. Court is in recess.

**Court Reporter** Christine Coaly   **Start:  1:00 PM**
**Deputy Clerk** Traci Abraham   **Stop:   5:18 PM**