Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **NOTICE OF ERRATA TO MOTION TO SUPPRESS, FILED OCTOBER 18, 2019 (Doc. 778)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

   Movant Michael Lacey, by and through his undersigned counsel, hereby files this Notice of Errata. On October 18, 2019, Michael Lacey filed, among other things, a *Motion to Suppress*. (Doc. 778.)  After submitting to the Court, undersigned counsel identified that the motion inadvertently did not include appropriate attachments for Exhibit E and Exhibit F.

   Attached hereto as Exhibit 1 is Exhibit E to the *Motion to Suppress*.

   Attached hereto as Exhibit 2 is Exhibit F to the *Motion to Suppress*.

DATED: November 11, 2019

Erin E. McCampbell
Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA LLP

By:   /s/ Erin E. McCampbell
      Erin E. McCampbell
      Paul J. Cambria, Jr.
      Attorneys for Michael Lacey

| | |
|---|---|
| 1 | On November 11, 2019, a PDF version |
| 2 | of this document was filed with |
| 3 | Clerk of the Court using the CM/ECF |
| 4 | System for filing and for Transmittal |
|   | Of a Notice of Electronic Filing to the |
| 5 | Following CM/ECF registrants: |
| 6 | |
|   | Kevin Rapp, kevin.rapp@usdoj.gov |
| 7 | Reginald Jones, reginald.jones4@usdoj.gov |
| 8 | Peter Kozinets, peter.kozinets@usdoj.gov |
|   | John Kucera, john.kucera@usdoj.gov |
| 9 | Margaret Perlmeter, margaret.perlmeter@usdoj.gov |
| 10 | Patrick Reid, Patrick.Reid@usdoj.gov |
| 11 | Andrew Stone, andrew.stone@usdoj.gov |
|   | Amanda Wick, Amanda.Wick@usdoj.gov |