# EXHIBIT 2

# Erin McCampbell Paris

**Sent:** Friday, October 11, 2019 9:42 AM
**To:** Kevin.Rapp@usdoj.com; Margaret.perlmeter@usdoj.gov; reginald.jones4@usdoj.gov; Peter.Kozinets@usdoj.gov; andrew.stone@usdoj.gov
**Cc:** Paul Cambria
**Attachments:** 9.5.18 FD 302 Form.pdf (180 KB)

Hi Kevin,

I have attached an FD 302 form dated September 5, 2018 that references (at Point 3) a search warrant for email that was sought in the District of Arizona in connection with this case. We do not have a copy of this search warrant or the search warrant application and neither does counsel for other defendants. Please send us a copy of the search warrant and warrant application, or, if we already have it, please give us the Bates Numbers associated with those documents so we can locate them within the discovery.

Thank you.

Best wishes,

Erin



**Erin McCampbell Paris**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x323 | **FAX** 716 855 1580
email | profile | website | map | vCard

---

**NOTICE:** This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.