# <u>Exhibit A</u>

# (Filed Under Seal)