Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com

*Attorneys for Defendant Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

I, Michael Sanscrainte, states the following:

1. I currently am a Network Administrator and have been employed at Lipsitz Green Scime Cambria, LLP, since May 2008.

2. On December 11, 2019, Erin McCampbell Paris contacted my department and asked that we locate an email that was purportedly sent to her and Paul J. Cambria, Jr. from Reginald Jones on October 11, 2019.

3. Based on my searches, there is no record that this email was received by our email server and therefore not delivered to either of their inboxes.

4. I ran a search on our email archive server and did not locate the email at issue.

5. This means that either the email was not sent to them, rejected by our email security service, or it was sent but immediately quarantined by our virus prevention software due to the fact that there was a potential threat contained in the email. Our email security service does not store quarantined email for more than four weeks. Thus, even if the email was sent to them, and quarantined, it would no longer be accessible because more than four weeks had passed from the quarantine date of the email.

6. There is nothing in our email server that indicates that the email was delivered to or read by either Ms. Paris or Mr. Cambria because there is no record it was delivered to their inboxes.

I swear under penalty of perjury under the laws of the State of New York that the forgoing is true and correct.

Michael Sanscrainte

KRISTINA DREWERY
COMMISSIONER OF DEEDS
In And For the City of Buffalo, NY
My Commission Expires Dec. 31, 20__

On December 23, 2019, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov