Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO SUPPRESS** |
| vs. | |
| Michael Lacey, *et al.*, | Assigned to Hon. Susan M. Brnovich, Courtroom 506 |
| Defendants. | |

1  Defendant John Brunst, by and through his undersigned counsel, joins in
2  Defendants' Motion to Suppress (Dkt. No. 827) ("Motion").
3  Mr. Brunst agrees with the arguments made in Defendants' Motion. Mr. Brunst
4  adopts the positions set forth in the Motion as if fully set forth herein.

DATED: January 6, 2020

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:  */s/ Gopi K. Panchapakesan*
Gopi K. Panchapakesan
Attorneys for Defendant John Brunst

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January 2020, I electronically transmitted the foregoing John Brunst's Notice of Joinder in Defendants' Motion to Suppress to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants listed below.

*/s/ Gopi Panchapakesan*
Gopi Panchapakesan