1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-007-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Joye Vaught, | |
| Defendant. | |

Defendant Vaught filed a Motion to Strike Surplusage (Doc. 785) and Defendants Lacey, Larkin, Brunst, Spear and Padilla joined the motion (Doc. 794).  The Government filed a response (Doc. 806) and Defendants filed a joint reply (Doc. 823).  The Government stated in the response that they have no intention of providing the Superseding Indictment to the jury or reading it to the jury.  Based on that statement, the defense agrees that the Court does not have to rule on the motion at this time.  Therefore,

**IT IS ORDERED** denying the motion, without prejudice, as moot.

Dated this 9th day of January, 2020.

Honorable Susan M. Brnovich
United States District Judge