# EXHIBIT A

| | |
|---|---|
| **From:** | Jones, Reginald (CRM) |
| **To:** | "Paul Cambria"; jimgrant@dwt.com; "bobcornrevere@dwt.com"; Tom Bienert; mdk@kimerer.com; bf@federlawpa.com; Michael Piccarreta; "Steve Weiss"; glincenberg@birdmarella.com |
| **Cc:** | Rapp, Kevin (USAAZ); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Kucera, John (USACAC) |
| **Subject:** | 3.18.19 Letter to Defense Counsel |
| **Date:** | Monday, March 18, 2019 5:22:39 PM |
| **Attachments:** | letter to defense counsel 3.18.19.pdf |

Dear Counsel:

Please find attached a letter regarding Backupify and Backpage server data.

Thanks,
Reggie

**Reginald E. Jones**
**U.S. Department of Justice, Criminal Division**

T:  202.616.2807  |  reginald.jones4@usdoj.gov



**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square   Main: (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

March 18, 2019

**VIA E-MAIL**

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>(attorney for Lacey and Larkin) |
| Thomas H. Bienert, Jr., Esq.<br>Bienert, Miller & Katzman, PLC<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>(attorney for Scott Spear) |
| Mike Piccarreta, Esq.<br>Piccarreta Davis Keenan Fidel, PC<br>(attorney for Andrew Padilla) | Steve Weiss<br>Attorney at Law<br>Karp & Weiss, PC<br>(attorney for Joye Vaught) | Gary Lincenberg<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>(attorney for Jed Brunst) |

Re:   U.S. v. Michael Lacey, et.al.
      CR-18-00422-PHX-SMB

Dear Counsel:

      We write to inform you that data seized from Backupify (a company Backpage utilized to backup and recover its cloud service data) pursuant to a court-authorized search warrant is available for pick-up at an FBI facility in Phoenix. Additionally, as per my March 7, 2019 letter to counsel for James Larkin (letter attached as Exhibit A), hard drives containing Backpage-related email data seized from Backpage servers located in Dallas, Texas are also available for pick-up.[1] As you are aware, the government's filter protocol was recently approved by the Court on January 22, 2019 (*see* CR 445); thus, the aforementioned data is being processed for our review in accordance with the approved filter procedures. However, in order to avoid delay of any review you may want to conduct of these materials, we are providing them to you at this time. We will also provide you with exhibits of any of the above-mentioned data the government might utilize at trial.

---

[1] On March 8, 2019 we provided Counsel Bruce Feder with hard drives containing the entire marketplace of Backpage ads (i.e. all of the ads that were on Backpage.com at the time the website was seized).

Lacey, et. al. Discovery Letter 8
March 18, 2019
Page 2

      Please reach out to me to schedule a time to pick-up these materials.

      Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*/s Reginald Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

ELIZABETH A. STRANGE
First Assistant U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE

JOHN J. KUCERA
Special Assistant U.S. Attorney