IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Michael Lacey, et al.,<br><br>        Defendants. | Case No. 2:18-CR-00422-SMB<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed the defendants' motion to continue trial and to extend related deadlines, having considered the position of the government, and good cause appearing,

**IT IS ORDERED** that the trial date of May 5, 2020 is vacated and trial is reset to _____.

**IT IS FURTHER ORDERED** that the following dates are hereby changed:

| | Current Date | New Date |
|---|---|---|
| Motions in Limine | Feb. 7, 2020 | _____ |
| Jury Questionnaire and Screening for Length of Trial | Feb. 7, 2020 | _____ |
| Responses to Motions in Limine | Feb. 21, 2020 | _____ |
| Government's Disclosure of Final Exhibit and Witness List | Feb. 21, 2020 | _____ |

1

[PROPOSED] SCHEDULING ORDER

| | | |
|---|---|---|
| Defendants' Final Exhibit and Witness List | Feb. 28, 2020 | _____ |
| Joint Voir Dire, Joint Statement of Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | Feb. 28, 2020 | _____ |
| Final Pretrial Conference | Mar. 6, 2020 | _____ |

The Court finds excludable delay under 18 U.S.C. § 3161(h) from May 5, 2020 to _____.

DATED this _____ day of _____, 20_____.

_____
**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**