AO 435
AZ Form (Rev. 10/2018)

**FOR COURT USE ONLY**
**DUE DATE:**

**TRANSCRIPT ORDER**

| 1. NAME  Thomas H. Bienert, Jr. | 2. PHONE NUMBER  (949) 369-3700 | 3. DATE  January 31, 2020 |
|---|---|---|

**4. FIRM NAME**  Bienert | Katzman PC

| 5. MAILING ADDRESS  903 Calle Amanecer, Suite 350 | 6. CITY  San Clemente | 7. STATE  CA | 8. ZIP CODE  92673 |
|---|---|---|---|

| 9. CASE NUMBER  2:18-cr-00422-PHX-SMB | 10. JUDGE  Susan Brnovich | DATES OF PROCEEDINGS |
|---|---|---|

11. January 29, 2020    12.

**13. CASE NAME**  Unitied States v. Michael Lacey et al

LOCATION OF PROCEEDINGS
14. Phoenix    15. STATE AZ

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Motion Hearing | January 29, 2020 |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 7 DAYS(expedited) | [ ] | [x] | | | |
| 3 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| REALTIME | [ ] | [ ] | | | |

E-MAIL ADDRESS
tthomas@bienertkatzman.com

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

**19. SIGNATURE** /s/ Thomas H. Bienert, Jr.

**20. DATE**  January 31, 2020

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY           PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY