# Exhibit A

| | |
|---|---|
| **From:** | Frost, Matthew B. (OTD) (FBI) |
| **To:** | Perlmeter, Margaret (USAAZ); Jones, Reginald (CRM); Stone, Andrew (USAAZ); Fryberger, Amy L. (PX) (FBI); Rapp, Kevin (USAAZ); Robinson W; Tolhurst, Desirae K. (PX) (FBI); Kozinets, Peter (USAAZ) |
| **Subject:** | RE: Expedited Request for Functional Drives - US v. Lacey, et al., 18-cr-00422-SMB |
| **Date:** | Thursday, February 6, 2020 1:54:39 PM |
| **Attachments:** | image001.png |

Hello All,

To clarify: I shipped one western digital hard drive that contains three forensic images. The forensic images were forensic duplicates of the original hard disk drives of three drives from the backpage servers.

I had originally sent the following hard disk drives to FBI Phoenix for discovery purposes:

- HQP002160
    - Contained a copy of the hard drive "sdh" from HQP001984.
- HQP002164
    - Contained a copy of the hard drive "sdl" from HQP001984.
- HQP002141
    - Contained a copy of the hard drive ""sde" from HQP001982.

At some point the physical drives HQP002160, HQP002164, and HQP002141 were damaged and were no longer accessible. In response to this, I created new copies. The image copies of sdh from HQP001984, sdl from HQP001984, and sde from HQP001982 were copied to a hard drive labeled HQP002726. Each of the forensic copies was hash verified with matching hash values. These new copies replace the broken copies previously shipped.

These hard drives contain a part of the data that was already provided to defense on other hard drives. Therefore these drives are redundant of data already provided. Also, the file system does not need all the drives to have "all" the data.

To explain further please review the following:

HQP001982 is the master database server containing a copy of all the Backpage Ads. This server was located in Amsterdam Netherlands.
HQP001984 is one of the servers containing the uploaded pictures for the Backpage Ads. This server was located in Amsterdam Netherlands.

Backpage had duplicate copies of the servers containing the databases and images in the Tucson Datacenter. Forensic duplicates of the Tucson datacenter database and image servers was previously provided with the original drives for discovery.

Further, the data for the HQP001984 and HQP001982 was available because the ZFS file system has built in fault tolerance.

Each of these servers contained 16 hard disk drives and when viewed by the system the physical disks are labeled:

1. sda
2. sdb
3. sdc
4. sdd
5. sde
6. sdf
7. sdg
8. sdh
9. sdi
10. sdj
11. sdk
12. sdl
13. sdm
14. sdn
15. sdo
16. sdp

As I have previously mentioned, the file system of these servers was ZFS. ZFS has fault tolerance built into the file system. Meaning, if one of the drives went bad not all the data is lost. The "data" contained on the server HQP001982 is spread over all 16 disks and there is parity built in so that if one drive fails it can be replaced and no "data" is lost. The file system uses the other drives to rebuild the portion of the data that was on the failed drive. Even without the replacement drives the Zpools from the ZFS file system would have been accessible. This is also true for HQP001984. The Zpools could have been mounted in a degraded state. Degraded state means not all members of the Zpool were present, but the "data" in the Zpool would still be accessible.

If you have any additional questions, please let me know.

Thanks,

Matt Frost

ITS-FE