**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Scott Spear,<br><br>　　　　Defendant. | NO. CR18-00422 PHX SMB-003<br><br>**DEFENDANT SCOTT SPEAR'S JOINDER IN [881] JOHN BRUNST'S RESPONSE TO FEBRUARY 11, 2020 COURT ORDER RE GRAND JURY DISCLOSURE [DOCKET 879]** |

　　　　The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby joins in [881] John Brunst's Response to February 11, 2020 Court Order re Grand Jury Disclosure [879]. Mr. Spear adopts the legal positions and bases set forth in the Response as if fully set forth herein.

　　　　RESPECTFULLY SUBMITTED this 14th day of February, 2020.

　　　　　　　　　　　　　　　　**FEDER LAW OFFICE, P.A.**


　　　　　　　　　　　　　　　　/s/ Bruce Feder
　　　　　　　　　　　　　　　　Attorney for Defendant, Scott Spear

. . .

. . .

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February, 2020, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
**Peter S. Kozinets:** Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Michelle Chapman,** anne@mscclaw.com
**Erin E. McCampbell,** emccampbell@lglaw.com
**Anthony R. Bisconti,** tbisconti@bienertkatzman.com
**Ariel A. Neuman,** aan@birdmarella.com
**James C. Grant,** jimgrant@dwt.com
**Lee David Stein,** lee@mscclaw.com
**Paul J. Cambria,** pcambria@lglaw.com
**Robert Corn-Revere,** bobcornever@dwt.com
**Ronald Gary London,** ronnielondon@dwt.com
**Janey Henze Cook,** janey@henzecookmurphy.com
**John Lewis Littrell,** jlittrell@bmkattorneys.com
**Seetha Ramachandran,** Seetha.Ramachandran@srz.com
**Thomas H. Bienert, Jr.** tbienert@bienertkatzman.com
**Whitney Z. Bernstein,** wbernstein@bienertkatzman.com
**Gary S. Lincenberg,** glincenberg@birdmarella.com
**Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com
**Michael D. Kimerer,** mdk@kimerer.com
**Rhonda Elaine Neff,** rneff@kimerer.com
**David S. Eisenberg,** david@deisenbergplc.com
**Joy Malby Bertrand,** Joy.Bertrand@gmail.com

*By: /s/   A. Jones*