Gary S. Lincenberg *(admitted pro hac vice)*
 glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
 aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
 gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES** |
| vs. | |
| Michael Lacey, et al., | Trial Date:   August 17, 2020 |
| Defendants. | |

3636101.2

MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
*Counsel for Plaintiff*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel.: (949) 369-3700
Fax: (949) 369-3701
*Counsel for James Larkin*

Paul J. Cambria, Jr., CA State Bar No. 177957, *admitted pro hac vice*
Erin E. McCampbell, NY State Bar No. 4480166, *admitted pro hac vice*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
emccampbell@lglaw.com
*Counsel for Michael Lacey*

*[Additional counsel listed on next page]*

Bruce Feder, AZ Bar No. 004832
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
Email:bf@federlawpa.com
*Counsel for Scott Spear*

David Eisenberg, AZ Bar No. 017218
DAVID EISENBERG PLC
3550 N. Central Ave., Ste. 1155
Phoenix, AZ 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
Email: david@deisenbergplc.com
*Counsel for Andrew Padilla*

Joy Malby Bertrand AZ Bar No. 024181
JOY BERTRAND ESQ LLC
P.O. BOX 2734
SCOTTSDALE, AZ 85252-2734
Telephone: (602)374-5321
Facsimile: (480)361-4694
Email: joy.bertrand@gmail.com
*Counsel for Joye Vaught*

The United States of America and Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught, by and through their respective counsel of record, stipulate and request that, in light of the Court's Order continuing the trial date to August 17, 2020 (Dkt. 893), the remaining pre-trial deadlines be extended accordingly.  The schedule proposed by the parties also is intended to afford them sufficient time to meet and confer and, to the extent possible, resolve any disputes in advance of submitting certain documents to the Court.  Included in the proposed schedule are dates on which (a) the Government is to provide drafts of these documents to Defendants and (b) Defendants are to respond with any revisions and objections.  The parties also propose that the Final Pre-Trial Conference take place on a date closer to the trial date at the Court's convenience.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:  Subject to the approval of the Court, the Scheduling Order (Dkts. 664 and 893) is modified as follows:

| Event | Proposed Date |
|---|---|
| Motions *in Limine* | April 17, 2020 |
| Responses to Motions *in Limine* | May 8, 2020 |
| Final Pre-Trial Conference | Late July or early August at the Court's convenience |
| Government to provide proposed jury instructions, verdict form, voir dire, and statement of the case to Defendants | June 26, 2020 |
| Government's Disclosure of Final Exhibit and Witness Lists | July 17, 2020 |
| Defendants to respond to Government's proposed jury instructions, verdict form, voir dire, and statement of the case | July 15, 2020 |
| Parties to jointly submit proposed jury instructions, verdict form, voir dire, and statement of the case | July 24, 2020 |
| Defendants' Disclosure of Final Exhibit and Witness Lists | July 31, 2020 |

3636101.2

4

STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES

| Event | Proposed Date |
|---|---|
| Trial Date | August 17, 2020 |

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Gopi K. Panchapakesan herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Respectfully submitted this 28th day of February 2020.

GARY S. LINCENBERG
ARIEL A. NEUMAN
GOPI K. PANCHAPAKESAN
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
By:   */s/ Gopi K. Panchapakesan*
         Gopi K. Panchapakesan
     Attorneys for Defendant John Brunst


MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys
By:   */s/ Margaret Perlmeter*
         Margaret Perlmeter
     Attorneys for Plaintiff

3636101.2

5

STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section


THOMAS H. BIENERT JR.
WHITNEY Z. BERNSTEIN
Bienert | Katzman PC
By:     */s/ Thomas H. Bienert Jr.*
        Thomas H. Bienert Jr.
    Attorneys for Defendant James Larkin


PAUL J. CAMBRIA
ERIN MCCAMPBELL
Lipsitz Green Scime Cambria LLP
By:     */s/ Paul J. Cambria*
        Paul J. Cambria
    Attorneys for Defendant Michael Lacey


BRUCE S. FEDER
Feder Law Office, P.A.
By:     */s/ Bruce S. Feder*
        Bruce S. Feder
    Attorneys for Defendant Scott Spear


DAVID EISENBERG
The Law Office of David Eisenberg, PLC
By:     */s/ David Eisenberg*
        David Eisenberg
    Attorneys for Defendant Andrew Padilla

1
2
3
4

JOY MALBY BERTRAND
Joy Bertrand Esq. LLC
By: _____*/s/ Joy Malby Bertrand*_____
Joy Malby Bertrand
Attorneys for Defendant Joye Vaught

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3636101.2

7

STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By:    /s/ Gopi K. Panchapakesan
        Gopi K. Panchapakesan
       Attorneys for John Brunst