MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN ELLERSICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Michael Lacey, et al,<br><br>　　　　　　Defendants. | CR 18-422-PHX-SMB<br><br>NOTICE OF APPEARANCE<br>OF GOVERNMENT COUNSEL |

　　　The United States of America, by and through its undersigned attorneys, gives notice that Ryan Ellersick files his appearance as counsel for the United States of America in the above-captioned matter for purposes of addressing potential privilege issues with the Court as a member of the government's filter team.

　　　Respectfully submitted this 6th day of April, 2020.

　　　　　　　　　　　　　　　　　　　MICHAEL BAILEY
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　*s/Ryan Ellersick*

　　　　　　　　　　　　　　　　　　　RYAN J. ELLERSICK
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　(Filter Team)

Copy of the foregoing served electronically or by
other means this 6th day of April, 2020, to:

All ECF participants.