# EXHIBIT B

Message
------

| | |
|---|---|
| From: | Carl Ferrer [carl.ferrer@backpage.com] |
| Sent: | 8/27/2013 2:37:52 PM |
| To: | Jim Larkin [larkinaz12@gmail.com]; scott.spear@cereusproperties.com; Jed Brunst [jed.brunst@cereusproperties.com] |
| Subject: | Latest emails |

It looks like hip hop and scam artist Russell Simmons prepaid card is not working either: RushCard. I do not think it is owned by chase. This is like Green Dot only on a much smaller scale.
So, the problem is continuing. We won't recommend RushCards.
I'm thinking this is a good solution:
1. Card declines
2. If your card was declined, try again for an alternative payment options.
3. They click "alternative payment" options. The payment page is for Ymas.com, the card data is pre-filled in and all they have to do is hit submit.
4. The transaction is accepted and the transaction description says Ymas.com
I could do this now but I'm busy building EU regulation crap.

-carl

More complaints below:
========================================
On Tue, Aug 27, 2013 at 11:11 AM, Monica J <hottsmonica@gmail.com> wrote:
Hey can you tell me what bank that you guys work with cuz rush card no longer let you pay online for bp


==========================================

On Tue, Aug 27, 2013 at 3:58 PM, AMAYA ANDERSEN <amaya.andersen69@gmail.com> wrote:
I do thank you so much ... I did find out of the problem... I will pass it on to you guys ... Rushcard no longer allows us pay anything with backpage ... So I did go out and get another card elsewhere so I can continue posting ....
Thanks a lot
Amaya



==========================================
julieweng168 <julieweng168@yahoo.com>
1:55 PM (1 hour ago)

to me
Chase bank main office calls
Said
Their credit card do not want to pay for back page because some national issue going on
Ur listing some are no good

Start today
so

CA DOJ AGO 0000618916
DOJ-BP-0004601510

Pls do not charge my card any more

I will use other card .not chase card to pay for
Tomorrow. If i still want to use ur back page.thx

==========================================

On Tue, Aug 27, 2013 at 3:32 PM, Marat Movsesyants <movsesyants1972@gmail.com> wrote:
Yes it is Chase card

==========================================

On Aug 27, 2013, at 11:52 AM, Abc1232323 <Abc1232323@yahoo.com> wrote:

Yes.

On Aug 27, 2013, at 11:35 AM, Support Backpage <support@backpage.com> wrote:

Hi there,

Is the card you are using a Chase issued card?

Thanks,
-Rusty


On Tue, Aug 27, 2013 at 11:31 AM, <abc1232323@yahoo.com> wrote:
Email Address: abc1232323@yahoo.com
Inquiry: Why can't I post an ad?
Metro Area: los angeles, ca
Ad Link: dating women->men

I tried to post an ad and it would not accept my mastercard. Today I also signed up for a new account of which i verified.
I have posted before....... Why is this? My card is valid and good. thank you


=============================================================

On Tue, Aug 27, 2013 at 10:54 AM, <rosaida.valdera@gmail.com> wrote:
Email Address: rosaida.valdera@gmail.com
Inquiry: Why can't I post an ad?
Metro Area: bronx, ny
Ad Link: slim dominicana mami

I have a chase visa card. .is declining my add im positive it have more than enough funds. What's wrong?? Please contact me 3472799039

===============================================================
On Mon, Aug 26, 2013 at 3:37 PM, <Debra42.32@live.com> wrote:
Email Address: Debra42.32@live.com
Inquiry: Other
Metro Area: phoenix, az

Have you resolved the issue of Chase Bank not honoring payment to you for ethical reasons? This is a key issue for me. Purchasing a " gift" Card to make payment is not only very inconvenient but cost an additional $10 to purchase it. I have left 4 messages with James 714 757-8538 to make a payment over the phone to auto repost my #148 ad for August 28 at 9:00 a.m. He returned one call today and left a message. This ad needs to run on Wed. to keep my rotation. I have 5 ads running every 3 days. Please have someone contact me asap. Thank you, Debra 480 395 7192

CA DOJ AGO 0000618918
DOJ-BP-0004601512