# EXHIBIT C

Notes to File
Telephone Call – November 30, 2010

This afternoon, I had a confidential conference call lasting more than an hour with Jim Larkin, the CEO of Village Voice Media, Scott Spcier, their Executive Vice President, Carl Ferrer who runs Backpage.com for Village Voice, Steve Suskin, their in-house counsel, Hemu Nigam, their consultant and two of Hemu's staff.

Mr. Larkin, the CEO, began by providing me with his history and the history of his company. He told me that he has been a newspaper man and a part of the company since 1970, and that Village Voice was founded in 1955 by Norman Mailer. He mentioned that they have won multiple Pulitzer Prizes and gradually expanded to operate weekly alternative newspapers in cities across the country.

He said that Backpage was launched in 2004 due to a dramatic decline in classified advertising revenue for their newspapers (sounds like the newspaper business generally). In 2006 Village Voice merged with New Media of Phoenix, Arizona. The resulting company, called Village Voice Media, now operates 14 newspapers (including Village Voice) and 20 websites. He indicated that adult ads are an integral part of their business and a primary source of their revenue.

He indicated that they were inundated following the shut-down of the adult services section on Craigslist, and attributed much of the problem they are facing now with the shift of the Craigslist content and users. He indicated that they are committed to eradicating the trafficking of children on their site, and are taking aggressive steps to make that happen. They want our help and guidance as they do that. He asked me for my views as to how they are doing and what else they need to do.

I told him that

(1) That I didn't believe that their problems originated with the Craigslist shutdown. I commented that from our point of view, prior to their recent actions, their site was a cesspool.

(2) I asked them how ads posted in their escort section, which they did not suspend, that show nude women and girls with blatant, risqué captions and text could be perceived by anybody as escort ads. I noted that these are blatant prostitution ads, and that prostitution is illegal in every state, whether the person in the ad is 16 or 26.

(3) I said that I thought they were making some progress. I said that the fact that they have eliminated graphic pornography and nudity was a positive step, but I cautioned that pictures of kids in bikinis or negligee could still be prostitution ads, and could still entail child trafficking.

(4) I also said that we were encouraged that they had finally begun to make reports to

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT
TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

NCMEC 000001

DOJ-BP-0004601662

NCMEC, and that we had now received 12 reports from them. They committed to work with us to expedite and expand the reporting process. However, they said that someone on our staff had told them that they could only make reports when they had clear and definitive evidence that the person in the ad was a child and was being prostituted against her will. I indicated that I didn't believe that, and that the purpose of the reporting process (or any reporting process) was to flag possible violations, in this case child prostitution, which could then be investigated. There is no requirement that they have incontrovertible evidence before they report. I said that where there is suspicion, they should report.

(5) I talked about the Craigslist process, about how NCMEC was a party to the Craigslist agreement with General Blumenthal and the AGs, that I was a primary defender of Craigslist for a year and a half, that we were impressed that they removed 725,000 ads from their system, etc. However, I told them that ultimately we concluded that despite their best efforts, it wasn't working. I said, "that is your challenge and you don't have a year and a half." I indicated that their challenge was to make it clear through their efforts that they are committed to eradicating this problem, and that there must be proof of the success of their efforts.

(6) I indicated that NCMEC had found ten missing kids on their site this year through simply comparing images, and emphasized that we think there are many more.

(7) I said that even though it appeared to me that many of their ads are being toned down, it still appeared to me that there was evidence of blatant prostitution on their site, and that we are confident that many of them are kids.

(8) I asked them why they hadn't adopted the same standards for ads on Backpage that they use in their newspapers. (Larkin is going to send me some copies of Village Voice and their other publications.) I mentioned that massage parlors are licensed and regulated in every community as are escort services. That doesn't mean that massage parlors aren't going to be used as covers for prostitution on occasion. However, in every city there is a regulatory system and local law enforcement can do something about it. Incidentally, Larkin said that they are thinking about the same approach. However, he stopped short of committing to use the same standards, and implied that they are looking for something "in-between." I told him that that wouldn't solve the problem.

NOTE: It is clear to me that their problem is economic. They can't sell ads for their newspapers, their newspaper revenue is plummeting, they don't think they can survive without "adult" ads, and it is clear to me that they don't think they can survive if they limit their online ads to only the kinds of ads they are able to run in their newspapers.

(9) I praised their cooperation with law enforcement investigations, but told them that wasn't enough. I told them that they need to be proactive and keep this stuff out of their system in the first place.

Their responses:

(1) They committed to me that they would root this problem out. Their CEO told me that they are making a major investment and will fix it. They reiterated that they are serious about it, are making progress and will make a lot more in the weeks ahead.

(2) They indicated that they have some serious technology challenges, but are investing a lot of money and are fixing them.

(3) They indicated that they want to help us. Carl Ferrer asked if we could provide them with MD5 hashes of the images of our missing kids. He said that they would routinely run those hashes against photos in their database and help us identify more runaway or other missing kids who may be trafficked. He also thinks they can develop other tools to help. I told him that we are interested in exploring creative ways to do that.

(4) Ferrer also asked for keyword lists and other tools we can provide so that they can more effectively search their site and identify illegal activity. I indicated that we would reach out to him on that, and also suggested that he speak with Bradley Myles of the Polaris Project.

(5) They want us to convene a task force to work toward industry-wide solutions. I told them that was premature, and that we were concerned that such an effort might provide "cover" for companies that are most troublesome. I also told them that they needed to make a lot more progress first, and that any such task force would need to be multi-faceted including law enforcement, NGOs, etc. and that the state AGs would have to be an integral part of it and sign off on it.

The mutual commitment was that this would be a confidential conversation, and that we would talk again. I was very candid and I think they were pretty candid, especially about their business challenges. This doesn't change anything regarding our broader strategies. We need to keep the pressure on.