# EXHIBIT F

| | |
|---|---|
| **Message** | |
| **From**: | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent**: | 8/30/2013 5:12:52 PM |
| **To**: | Jim Larkin [larkinaz12@gmail.com]; Jed Brunst [jed.brunst@cereusproperties.com]; scott.spear@cereusproperties.com |
| **Subject**: | Fwd: Chase Transactions on Backpage.com |

I think our problem may get larger on Sunday, Sept 1. We are preparing to give users free ads if they complain while we wait on directing transactions to another processor (that will take one week to go live with EMP and another week to program a redirect based on chase bin)


---------- Forwarded message ----------
From: **Patrick Backpage** <patrick@backpage.com>
Date: Fri, Aug 30, 2013 at 12:00 PM
Subject: Chase Transactions on Backpage.com
To: Carl Ferrer <carl.ferrer@backpage.com>, Dan Backpage <dan@backpage.com>


On payment page user will get the error:


**Payment Status:**

- Declined

I called Chase and spoke to a representative about my card being declined on BP. The representative offered to bring a fraud management rep in on a three way call to discuss the reason. I was put on hold and the rep came back, apologized, said she wasn't going to put the fraud management rep on conference call, but she did talk with them. They notified the rep that, **"beginning this month, September, Chase was no longer accepting transactions from Backpage.com, due to their involvement in human trafficking." I told her the ad was for antiques for sale, and the rep apologized again, and repeated the above.** I said thank you for your help and ended the call.