# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CR-18-0422-PHX-SMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | January 29, 2020 |
| Michael Lacey, | ) | 11:00 a.m. |
| James Larkin, | ) | |
| Scott Spear, | ) | |
| John Brunst, | ) | |
| Andrew Padilla, | ) | |
| Joye Vaught, | ) | |
| Defendants. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE SUSAN M. BRNOVICH, JUDGE**

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

<u>**ORAL ARGUMENT - MOTION TO DISMISS**</u>

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1                    A P P E A R A N C E S

 2    FOR THE GOVERNMENT

 3            U.S. ATTORNEY'S OFFICE
              By:  Mr. Kevin M. Rapp
 4                 Mr. Andrew C. Stone
                   Ms. Margaret Wu Perlmeter
 5                 Mr. Peter Kozinets
              40 North Central Avenue, Suite 1200
 6            Phoenix, Arizona 85004

 7
      FOR THE DEFENDANT LACEY:
 8
              LIPSITZ GREEN SCIME CAMBRIA
 9            By:  Mr. Paul John Cambria, Jr.
              42 Delaware Avenue, Suite 120
10            Buffalo, New York 14202

11    FOR THE DEFENDANT LARKIN:

12            BIENERT MILLER & KATZMAN, PLC
              By:  Mr. Thomas Henry Bienert, Jr.
13            903 Calle Amanecer, Suite 350
              San Clemente, California 92673
14
      FOR THE DEFENDANT SPEAR:
15
              FEDER LAW OFFICE, PA
16            By:  Mr. Bruce S. Feder
              2930 East Camelback Road, Suite 160
17            Phoenix, Arizona 85016

18    FOR THE DEFENDANT BRUNST:

19            BIRD MARELLA BOXER WOLPERT NESSIM
              DROOKS LINCENBERG & RHOW, PC
20            By:  Mr. Ariel Neuman
              1875 Century Park E Suite 2300
21            Los Angeles, CA 90067

22    FOR THE DEFENDANTS PADILLA AND VAUGHT:

23            DAVID EISENBERG, PLC
              By:  Mr. David S. Eisenberg
24            3550 North Central Avenue, Suite 1155
              Phoenix, Arizona 85012
25
```

1    THE COURT:  And you would compare that to the case
2 with the scale?
3    MR. KOZINETS:  The case with the scale, but really you
4 can just look at, you know, what is an ad?  An ad is an
5 advertisement for a business.  What is prostitution?
6 Prostitution, as alleged in the context of this indictment, is
7 always referred to as a business.  It's the sale of sex for
8 money.  It can only be conducted by way of commercial
9 transaction.  That's what it is.
10    And, in fact, in paragraph 11 we have Mr. Lacey
11 writing, kind of touting Backpage as providing for the very
12 first time, giving the oldest profession in the world
13 transparency recordkeeping safeguards.  It's a profession, a
14 business, inherently, a business activity, which I think brings
15 us to part of what the Court asked about in the order, was
16 whether this is a definitional part of the statute.
17    And even though Mr. Brunst has -- has cited various
18 cases, as far as I know, he's not cited a single case that
19 requires dismissing an indictment for failing to include the
20 words business enterprise in the indictment itself.  But, on
21 the other hand, there are scores of cases that describe the
22 essential elements of a Travel Act claim as consisting of the
23 three baseline elements that are set forth in subsection A to
24 the Travel Act, some interstate -- use of facilitating
25 interstate commerce with intent to promote or facilitate

```
 1                        C E R T I F I C A T E
 2
 3            I, CHRISTINE M. COALY, do hereby certify that I am
 4    duly appointed and qualified to act as Official Court Reporter
 5    for the United States District Court for the District of
 6    Arizona.
 7            I FURTHER CERTIFY that the foregoing pages constitute
 8    a full, true, and accurate transcript of all of that portion of
 9    the proceedings contained herein, had in the above-entitled
10    cause on the date specified therein, and that said transcript
11    was prepared under my direction and control.
12            DATED at Phoenix, Arizona, this 7th day of February,
13    2020.
14
15
16
                       /s/ Christine M. Coaly_____
17                     Christine M. Coaly, RMR, CRR
18
19
20
21
22
23
24
25
```