# SEALED EXHIBIT B (PUBLIC)