**SEALED EXHIBIT C (PUBLIC)**