# SEALED EXHIBIT D (PUBLIC)