# EXHIBIT A

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | |
| vs. | **UNITED STATES' NOTICE OF EXPERT WITNESSES** |
| Michael Lacey, et al., | |
| Defendants. | |

Pursuant to Rules 702, 703, 704 and 705, Fed. R. Evid., the following witnesses may give testimony that might be construed as falling within the purview of these rules of evidence. Through discovery and subsequent disclosures, specific reports and analyses have been or will be directed to defense counsel regarding the specific nature of the expected testimony, if any, to be given by these individuals. To the extent not previously

disclosed in discovery, subsequent disclosures to defense counsel will isolate the reports, analyses, summaries and other findings associated with any potential expert testimony. This notice is meant merely as a broader initial overview of the individuals and subjects the government may seek to present evidence of by way of expert testimony.

**1.** **J. Patrick Cullen, Special Agent, Federal Bureau of Investigations and Mathew Frost, Information Technology Specialist Forensic Examiner ("ITS-FE")**

Special Agent Cullen and Mr. Frost will testify as to how the computer evidence and electronic data were downloaded for analysis. Special Agent Cullen and Mr. Frost were responsible for acquiring and analyzing certain computer evidence from servers and devices obtained from Backpage.com and also personal digital devices obtained from some of the Defendants. They will testify as to the forensic protocols and tools they implemented to analyze the hard drives and other electronic devices. Their curricula vitae are attached as Exhibits A & B.

**2.** **Quoc Thai, Special Agent, Internal Revenue Service: Financial Analyst and Virtual Currency Expert**

Special Agent Thai is a financial analyst, expert in virtual currency, and special agent with the Internal Revenue Service, Criminal Investigation Division. Special Agent Thai will testify about (1) the financial structure of Backpage and its various corporate entities and (2) Backpage's use of various payment systems to include virtual currency.

Special Agent Thai will explain the how the financial records show the flow of funds to and from various entities and financial institutions over the past decade, and how the funds were expended and transferred from Backpage accounts domestically and internationally. Special Agent Thai will also testify about: (1) centralized and decentralized virtual currencies (i.e., bitcoin, bitcoin cash); (2) the sale or exchange of virtual currencies; (3) the use of virtual currencies to pay for goods or services: (4) the anonymity the use of virtual currency provides; (5) the mechanics of transferring virtual currency from wallet to wallet or person to person; (6) the identification of origination and destination addresses through analysis of the blockchain code; (7) the price fluctuation over

time of virtual currency, and the conversion and exchange of virtual currency to a "fiat money system" or "fiat currency system" or simply put, regular currency. Special Agent Thai will explain Backpage's use of virtual currency and how the money flowed through its various domestic and international entities. Additionally, Special Agent Thai will explain Backpage's use of third party payment processors, who processed and received customer payments originating from virtual currency payments, credit card payments, check & money order payments, and gift card payments. Special Agent Thai will further explain how these payments flo from purchasers of Backpage advertisements and follow their flow to the accounts and purchase of assets by Backpage and Backpage officers and owners.

Special Agent Thai's opinion will be based on his education, training, and experience as a Special Agent. The financial records and documents underlying Special Agent Thai's testimony has been provided to the defense in discovery; the summary analyses will be provided through supplemental disclosures. Special Agent Thai's curriculum vitae is attached as Exhibit C.

**3. <u>Donald Ellsworth, Special Agent, Internal Revenue Service: Virtual Currency Expert</u>**

Special Agent Donald Ellsworth will testify about virtual currency, encrypted communications, Bank Secrecy Act requirements, and undercover operations involving virtual currency. Special Agent Ellsworth will testify about: (1) how the movement of legal and illegal proceeds in the form of bitcoin or other forms of virtual currency can be applied to federal money laundering statutes and bank secrecy laws; (2) how bitcoin and other forms of virtual currency can be obtained and used to pay for goods or services; and (3) the anonymity provided with the use of virtual currency.

Special Agent Ellsworth will also testify about virtual currency in general, how it is acquired, exchanged, used to purchased goods or services; how transactions can be traced through analysis of the blockchain code; and the value of virtual currency and how it is converted and exchanged into a fiat money system, or regular currency. Special Agent

Ellsworth's opinion will be based on his education, training, and experience as a Special Agent; including the courses and seminars has attended and taught through his work with the IRS.  Special Agent Ellsworth curriculum vitae is attached as Exhibit D.

**4.  <u>Detective Christina Decouflé, Phoenix Police Department: Human Trafficking Expert</u>**

Detective Decouflé will provide testimony at trial about how human trafficking, with a focus on sex trafficking occurs, and how it occurs through online media, such as social networking websites, applications, and the internet in general.  Detective Decouflé has been a law enforcement officer with the Phoenix Police Department since 2000.  In 2005, she became a detective in the Vice Enforcement Unit.  In 2013, Detective Decouflé became a member of the Federal Bureau of Investigation, Human Trafficking Task Force, Phoenix Division.  The Ninth Circuit has affirmed the expert testimony of Detective Decouflé in the area of human trafficking and this court should permit Detective Decouflé to testify as to her expert opinions here.  *See United States v. Brooks*, 610 F.3d 1186, 1195-96 (9th Cir. 2010).[1]

Detective Decouflé will describe how sex trafficking and prosecution industries have changed with the advent of the internet, including websites such as www.craigslist.com, www.backpage.com, and others.  Detective Decouflé will describe how law enforcement conducts human trafficking investigations; with a focus on how investigations shifted from craigslist.com to backpage.com.  She will testify about her knowledge of The Erotic Review (TER), it's owner David Elms, and TER's connection to websites such as craigslist.com and backpage.com.  Detective Decouflé will describe how she posted advertisements on online websites like craigslist.com and backpage.com advertising herself (undercover) as seller of commercial sex.  She will compare and contrast how different prostitution websites (including craigslist and backpage) operated

---

[1] At the time of Detective Decouflé's testimony in *United States v. Brooks* she went by the surname Hein.  In between, she also went by the surname Bill.

and how they responded to law enforcement. She will also testify about descriptors and definitions of terms often used in sex trafficking and the prostitution industry, such as "trick," "John," "pimp," "the game," "dates," "choosing up," as examples. Lastly, Detective Decouflé will discuss the relationship between sex traffickers and pimps and their victims. She will describe the methods and process traffickers and pimps utilize to entice, coerce, or control their victims.

The bases and reasons for the opinions summarized above centers around Detective Decouflé's extensive experience conducting sex trafficking investigation. Detective Decouflé has an extensive experience interviewing prostitutes, pimps, and individuals who solicit commercial sex and has herself has engaged in numerous investigations requiring knowledge of the methods that sex traffickers and pimps utilize, whether through online media or through face-to-face contact, to recruit women into prostitution. Detective Decouflé has interviewed hundreds of victims and survivors, which enables her to understand the particular language and methods utilized in the prostitution industry.

Detective Decouflé's curriculum vitae is attached as Exhibit E. The government will also separately provide the defense with copies of transcripts where Detective Decouflé has testified in both state and federal court, as an expert in the area of human trafficking.

5. **Dominique E. Roe-Sepowitz, M.S.W., Ph.D.: Sex Trafficking Expert**

Dr. Roe-Sepowitz is expected to testify as a fact witness in this matter, regarding her interactions with Backpage, the National Center of Missing and Exploited Children (NCMEC), human sex trafficking prevention and outreach groups in relation to Backpage related prostitution advertising, as well as Backpage related interactions with state and federal law enforcement. In an abundance of caution, however, the government provides notice identifying Dr. Roe-Sepowitz as a potential "expert" in the area of human trafficking, specifically, sex trafficking.

Dr. Roe-Sepowitz is an Associate Professor in the School of Social Work at Arizona State University. She is the director of the Office of Sex Trafficking Intervention Research at Arizona State University. Dr. Roe-Sepowitz's area of specialty and expertise is in human sex trafficking with juveniles and adults, with an aim on prevention and awareness, intervention and treatment.

Dr. Roe-Sepowitz can testify about her research in the area of human sex trafficking. Specifically and recently, Dr. Roe-Sepowitz participated in (1) a six year analysis of sex trafficking of minors: exploring characteristics and sex trafficking patterns; (2) a Las Vegas based study on how violence is often tied to teen sex trafficking; and (3) a Hawaii based study exploring online sex buyers in Hawaii. Dr. Roe-Sepowitz has also researched the impact the Super Bowl had on sex trafficking. Dr. Roe-Sepowitz's research can be found at https://socialwork.asu.edu/stir/research. While the government intends for Dr. Roe-Sepowitz to testify as a fact witness at trial, her education, training, and experience, could lead one to believe that she is an expert in the area of human sex trafficking.

Dr. Roe-Sepowitz's curriculum vitae is attached as Exhibit F. The government will also separately provide the defense with copies of several articles Dr. Roe-Sepowitz has authored or co-authored, in the area of human trafficking, which will further explain the nature, breadth and foundation of her testimony.

### 6. Sharon W. Cooper, M.D.: Sex Trafficking Expert

Dr. Cooper will testify about (1) how a victim can fall into the world of sex trafficking, through the grooming process, force, or abduction, etc. and why certain victims may be targeted; (2) the harmful, lasting impact sex trafficking can have on its victims, primarily child victims; (3) the relationship and loyalty a child sex trafficking victim may have and show towards her trafficker; (4) common ways a sex trafficker can use force, fraud, and coercion to maintain control over his victims; (5) reasons why child sex trafficking is cited as the most underreported form of child abuse; and (6) the role Backpage played in the victimization of her patients and clients.

Dr. Cooper is a developmental and forensic pediatrician who evaluates and treats children who have been victims of all forms of abuse, with a primary area of expertise in sexual exploitation. She is a member of the Board of Directors for the National Center for Missing and Exploited Children and a retired Colonel with the United States Armed Forces. Dr. Cooper has testified before the United States Congress, the Russian Parliament, the Italian Senate and the European Commission on child sexual exploitation. She has also testified as an expert medical witness in over two dozen federal trials. Dr. Cooper is familiar with how victims were trafficked on Backpage and her opinions will be based on her education, training, and her clinical and forensic experiences treating victims of sex trafficking. Dr. Cooper's curriculum vitae is attached as Exhibit G.

### 7. James E. Hardie, Supervisory Special Agent, Federal Bureau of Investigation: Human Trafficking Expert

Supervisory Special Agent James E. Hardie will testify about (1) terminology commonly used in the sex trafficking, such as pimp, "bottom bitch," MOB (money over bitches), "date,", "roses" (money), "the game", etc.; (2) common dynamics between sex traffickers and their victims and how a trafficker may use drugs, force, fraud, and coercion to maintain control over their victims; (3) how human trafficking takes place in our communities from a law enforcement prospective; and (4) the role the internet and Backpage played in his knowledge and understanding of human trafficking and how Backpage became part of the law enforcement investigations for human trafficking over the years.

Supervisory Special Agent Hardie began investigating sex trafficking cases involving both minor and adult victims in 2008, which has resulted in his experience in interviewing hundreds of victims and witnesses and two dozen pimps or traffickers. From 2008 – 2013, Agent Hardie served as the coordinator of the FBI's Violent Crimes Against Children Task Force in Ohio. From 2013 – 2015, he served as the FBI's representative to the National Center for Missing and Exploited Children (NCMEC), where he coordinated sex trafficking reporting between NCMEC and the FBI child exploitation task forces.

Since 2011, Supervisory Special Agent Hardie has presented or provided instruction at conferences and seminars, internationally and domestically, in the area of sex trafficking.

Supervisory Special Agent Hardie's opinions are based on his training and experience in the area of human sex trafficking. Supervisory Special Agent Hardie has testified as an expert in sex trafficking in both state and federal court and has testified before the Ohio House of Representative Judiciary and Ethics Committee regarding sex trafficking matters. Supervisory Special Agent Hardie's curriculum vitae is attached as Exhibit H.

**8. Derek Stigerts, Investigator, Sacramento District Attorney's Office: Human Trafficking Expert**

Investigator Stigerts will testify about (1) how sex trafficking occurs; (2) common terminology used by individuals involved in sex trafficking; (3) the role of the internet and technology in human trafficking; (4) methods of recruitment, manipulation, and control by a trafficker with his victims; and (5) the role the internet and Backpage has played in human trafficking.

Investigator Stigerts has been involved in the investigation of human trafficking offenses for over a decade. Investigator Stigerts has interviewed over 300 females involved in prostitution, including 80 juvenile victims, as well as over 30 suspected pimps or traffickers. He has presented at instructional courses presented by NCMEC and the FBI. Investigator Stigerts' opinions are based on his training and experience in the area of human sex trafficking. Investigator Stigerts has testified as an expert in sex trafficking in various state and federal court all over the United States and his curriculum vitae is attached as Exhibit I.

**9. Shannon Wolf, Ph.D., LPC-S: Human Trafficking Expert**

Dr. Wolf will testify about the connection between trauma bonds and personal identity in victims of sex trafficking and how to understand them, including ways to interact with child sex trafficking victims to avoid secondary trauma, and the role Backpage

has played in causing trauma to victims trafficked through its website. Dr. Wolf is a licensed professional counselor with supervisory status and a Professor of Psychology and Counseling at B.H. Carroll Theological Institute. Dr. Wolf's provides counseling and therapy to victims of sex trafficking and her current research focus is on child sex trafficking. She has previously testified as an expert in sex trafficking. Dr. Wolf's curriculum vitae is attached as Exhibit J.

**10. Staca Shehan, Executive Director Case Analysis Division, NCMEC**

Ms. Shehan is a fact witness as she met on several occasions with Backpage Defendants. Ms. Shehan is the Executive Director of the Case Analysis Division at the National Center for Missing and Exploited Children (NCMEC). As a result of her employment, Ms. Shehan's testimony will cover topics that could be perceived as expert testimony. In an abundance of caution, the government provides notice identifying Ms. Shehan as a potential "expert" in the area of human trafficking, sex trafficking, and child exploitation.

Specifically, Ms. Shehan will testify to the creation of a dedicated Child Sex Trafficking Team at NCMEC to respond to the increased need for technical assistance and analysis in cases involving child sex trafficking. These unique resources include analysis of potential suspect names or aliases, unique tattoos, link analysis about child sex trafficking victims/potential victims, telephone numbers, addresses and/or link analysis about child sex trafficking victims/potential victims, telephone numbers, addresses and/or online postings.

The government reserves the right to question the expert regarding other matters that may be raised during cross-examination by Defendants, based upon testimony provided by defense experts (if any), or other witnesses and evidence introduced by Defendants. This disclosure of the government's notice of expert witnesses also serves as the government's request for notice of rebuttal or expert testimony by Defendants, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government requests the

Defendants provide the government with a written summary of testimony Defendants intend to present at trial pursuant to Federal Rules of Evidence 702, 703, and 705, and this Court's scheduling order (CR 131.)

Respectfully submitted this 14th day of December, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, USDOJ

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Div.
Child Exploitation and Obscenity Section

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

1

2

### **Certificate of Service**

3       I hereby certify that on this date, December 14, 2018, I electronically transmitted

4  the attached document to the Clerk's Office using the CM/ECF system for filing and
   transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Paul J.

5  Cambria Jr. Esq. and Erin E. McCampbell, Esq., Lipsitz Green Scime Cambria, LLC,
   Thomas H. Bienert, Jr., Esq., Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and

6  Whitney Bernstein, Esq., Bienart, Miller & Katzman, PLC, Mike Piccarreta, Esq., Jim
   Grant Esq., Davis Wright Termaine, LLP, Michael D. Kimerer, Esq. and Rhonda Elaine

7  Neff, Esq., Steve Weiss Esq., Robert Corn-Revere Esq., Bruce Feder, Esq., Gary
   Linenberg, Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan.

8

9  *s/ Angela Schuetta*
   U.S. Attorney's Office

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# <u>Exhibit A</u>

# CURRICULUM VITAE
FBI Expert Witness



## *J. Patrick Cullen*

Federal Bureau of Investigation
Computer Analysis Response Team
21711 N. 7th St
Phoenix, AZ  85024
PHONE: 623-466-1634

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Mar 2015 - present | **Special Agent Forensic Examiner**<br>Phoenix Division<br>Federal Bureau of Investigation<br>Phoenix, AZ |

As a forensic computer examiner in the FBI, I examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conduct forensic examinations on computer evidence, carry out research and development activities, perform search and seizure operations, and provide instruction to new field examiners.  Certified to perform forensic examinations on Windows and Mobile devices.

| | |
|---|---|
| Apr 2014 – Mar 2015 | **Special Agent Forensic Examiner Trainee**<br>Phoenix Division<br>Federal Bureau of Investigation<br>Phoenix, AZ |

As a forensic computer examiner trainee in the FBI, I examined physical evidence under a documented quality assurance program that included annual proficiency test, technical/peer and administrative reviews and adherence to standard operating procedures.  I performed this under the guidance of a certified forensic examiner.

| | |
|---|---|
| Jun 2011 – Apr 2014 | **Special Agent Forensic Examiner On The Job Trainee**<br>Phoenix Division<br>Federal Bureau of Investigation<br>Phoenix, AZ |

As a forensic computer examiner on the job trainee in the FBI, I examined physical evidence under a documented quality assurance program that included annual proficiency test, technical/peer and administrative reviews and adherence to standard operating procedures.  I performed this under the guidance of a certified forensic examiner.

| | |
|---|---|
| May 2004 – Mar 2015 | **Special Agent**<br>Phoenix Division<br>Federal Bureau of Investigation<br>Phoenix, AZ |

Performed duties related to complex national security and criminal computer intrusions. Gathered evidence, analyzed large volumes of digital evidence and log files, prepared prosecution reports, conducted victim notifications and support to victim organizations.

Worked crimes against children cases in an online undercover role, gathered evidence, obtained federal search warrants, subject interviews, review of digital media, prepared prosecution reports and obtained indictment/arrest warrants for cases assigned to me.

Worked complex transnational organized crime and drug cases

Jan 2004 – May 2004    **Special Agent New Agent Trainee**
Federal Bureau of Investigation
Training Academy
Quantico, VA

Received 17 weeks of training in computer investigations, evidence gathering and review, interview/interrogation, firearms, defensive tactics, ethics, legal and other classes required by the Federal Bureau of Investigation.

## EDUCATION

Sep 1988 – Jan 1993    **Southern Illinois University**
Edwardsville, IL
Bachelor of Science in Accounting

## FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Analyzed more than 300 computers systems since 2011. Participated in the execution 95 search warrants/search and seizure operations, and field examinations. Examinations have supported expert testimony in State and Federal Court.

## PROFESSIONAL TRAINING

| | |
|---|---|
| Feb 2008 | Network Intrusion Analysis |
| Jan 2010 | Advanced Network Intrusion – Unix |
| Nov 2010 | CompTIA A+ |
| Jan 2011 | FBI Cart Tech Certification Course |
| Nov 2011 | Advanced Network Intrusion - Windows |
| May 2011 | CompTIA – Network+ |
| Oct 2011 | Access Data FTK Boot Camp |
| Jan 2012 | FBI Cart Intermediate Web Artifacts |
| Mar 2012 | FBI DExt vs CART FE Training |
| May 2012 | FBI Cyber Division Networking Training |
| Aug 2012 | FBI Intermediate OS Artifacts |

**SA J. Patrick Cullen**
**Page 3 of 5**

| | |
|---|---|
| Sep 2012 | Access Data ACES Training |
| Nov 2012 | GIAC Security Essentials |
| Jan 2013 | FBI CART Tech Practicals |
| Jan 2013 | FBI DExT Practicals |
| May 2013 | FBI Intro to CART Exams |
| Aug 2013 | FBI CART Practicals |
| Nov 2013 | GIAC GCFE Forensic Exam Training |
| Apr 2014 | FBI Moot Court |
| Dec 2014 | GIAC Certified Forensic Analyst |
| Aug 2016 | FBI Basic Mobile Devices |
| Oct 2016 | FBI Annual Proficiency Exam |
| Sep 2017 | FBI Annual Proficiency Exam |
| Feb 2018 | FBI Introduction to Mac Systems |

## CERTIFICATIONS & AWARDS

| | |
|---|---|
| Aug 2016 | FBI Cell Phone and Mobile Device Certified |
| Mar 2015 | FBI Basic Wintel Forensic Examiner Certified |
| Dec 2014 | Global Information Assurance Certification – Certified Forensic Analyst |
| Nov 2013 | Global Information Assurance Certification – Windows Forensic Analysis |
| Nov 2012 | Global Information Assurance Certification – Security Essentials |

# <u>Exhibit B</u>

# CURRICULUM VITAE
FBI Information Technology Specialist – Forensic Examiner

## Matthew Frost
 (208) 238-5000
matthew.frost@ic.fbi.gov

| | | |
|---|---|---|
| **Education**: | *Idaho State University, Pocatello ID* | *Graduated: May 2010* |

**Masters of Business Administration**
- Computer Information Systems emphasis.
- Studies in information assurance.
- GPA: 3.61
- Related course work: Information assurance, computer security, network defense, and ethical hacking.

*Idaho State University, Pocatello ID*　　　　　　　　　*Graduated: May 2008*

**Bachelor of Science**, Economics
- Major: Applied Economics
- Minors: Political Science
- GPA: 3.49
- Related course work: Information assurance, business management/law, computer information systems, statistics, calculus, and programming.

**Second Language/Foreign Travel**　　　　*March 2001 – April 2003*
- Two years immersed in Russian culture living in several cities throughout eastern Ukraine.
- Speak, read, and write Russian at an advanced intermediate level.

**Employment**:　　*Federal Bureau of Investigation, Pocatello, ID*　　　*May 09 – Present*

**Information Technology Specialist- Forensic Examiner**
- Follow rules of evidence and agency policies
- Collect digital evidence for forensic examinations and created forensic images of hard drives, removable media, CDs/DVDs, tapes, floppy disks and other digital storage devices.
- Examine physical evidence with adherence to: documented quality assurance guidelines, technical and administrative reviews, and standard operating procedures.
- Ensure data integrity and maintain chain of custody.
- Conduct both laboratory and field work in cooperation with case agents and professional staff.
- Generate reports to present findings of examinations.
- Certified as a Forensic Examiner 6/15/2011.
  - Current FBI certifications:
    - Wintel - 6/15/2011
    - Linux  - 9/6/2011
    - Cell Phone/GPS/Mobile devices - 5/02/2013
    - Mac Basic - 4/15/2015

*Idaho State University, Pocatello ID*                          *Aug 08 - May 2009*
**Information Assurance Research Analyst**

- Operate a penetration attack and network defense operations research analyzer.
- Developing policies and compliance procedures to standards such as CNSS, NIST, and FIPS.
- Researching and developing training materials for information assurance topics.
- Evaluate government protocols, and regulations to maintain system integrity.
- Studied methods to harden networks against intrusion.
- Researching FISMA compliance, NIST risk management framework, Certification and Accreditation, as well as Plan of Action and Milestone Reporting.
- Develop training materials to assist government agencies communicate, manage, and supervise IT workers and organizations in the integration and development of Information Assurance programs.

*Federal Bureau of Investigation, Pocatello, ID*                          *Aug 2008 – May 2009*
**Internship**

- Work alongside Computer Analysis and Response Team.
- Assist with administrative tasks, archiving, labeling, and clerical.

*Federal Bureau of Investigation, Pocatello, ID*                          *Feb 2007 – Aug 2008*
**Office Automation Assistant; Team Leader**

- Prepared verbatim transcripts to be used in court proceedings.
- Led a team of ten members by: assigning work, setting standards of performance, assisting with questions, proofing work, and reporting case status to supervisor**.**
- Trained new employees.
- Received "On the Spot Performance Award"

## Other Certifications and training:

| | |
|---|---|
| A+ Essentials Certification | *October  2009* |
| AccessData Boot Camp | *November 2009* |
| A+ It Technician Designation Certification | *November  2009* |
| Security + Certification | *December  2009* |
| AccessData Internet Forensics | *March 2010* |
| AccessData Windows Forensics | *May 2010* |
| Linux Command Line | *October 2010* |
| Network+ Certification | *November  2010* |
| Certified Ethical Hacker Certification | *February 2011* |

- Certified Penetration Tester    Certification        *March 2011*
- Intermediate Linux                                  *August 2012*
- Unix Live Capture and Servers                       *September 2012*
- SANS 560 Network Penetration Testing and
  - Ethical Hacking                                   *August 2014*
  - Certification received November 2014
- SANS 408 Windows Forensic Analysis                  *October 2014*
- Mac Basic Certification                             *April 2015*
- SANS 508 Advanced Digital Forensics and
  - Incident Response                                 *May 2015*
- Senior/Master Examiner Certification                *September 2015*
- Industrial Control Systems Cyber Security 301       *July 2016*
- Certified Linux Forensic Practitioner               *September 2016*
- JTAG Competency Exam                                *July 2017*
- ISP Certification                                   *July 2017*

# <u>Exhibit C</u>

# QUOC THAI

300 NORTH LOS ANGELES, LOS ANGELES CA 90012

▪ quoc.thai@ci.irs.gov ▪

## Experience

**Special Agent** ▪ January 2010 – Present
Internal Revenue Service ▪

- Closed numerous significant investigations spanning IRS-CI investigative business priorities, including money laundering, criminal tax, cybercrime and digital currency cases.
- Nationally recognized subject matter expert in digital currency (such as bitcoin) and the dark net (markets and vendors). Developed cybercrime training material at FLETC that was implemented nationwide for IRS-CI. Provided training to Seattle, Dallas and Los Angeles Field Offices for audiences in excess of 80 to 120 people.
- Mentored two Special Agent Trainees as an On-The-Job Instructor.
- Successfully completed a 4 month Acting Supervisory Special Agent detail.
- Co-Sponsored OCDETF proposal to target cyber-enabled narcotics traffickers.
- Developed datamining techniques to identify investigative opportunities for Los Angeles Field Office, which was expanded nationally.
- Led as the Team Leader for numerous enforcement actions and member in good standing with Long Gun Cadre.
- Developed working partnerships across numerous federal and local law enforcement agencies and regulatory bodies. Represented IRS-CI's digital currency efforts at recent Five Eyes and SEC conferences.

**Financial/Systems Consultant** ▪ May 2002 – December 2010
One Hundred Thousand Consulting ▪

- Provided international trade, financial, and systems consulting for various companies.
- Expertise in the implementation of Enterprise Resource Planning systems

**Information Systems Coordinator** ▪ May 2006 – December 2007
Pepperdine University ▪

- Assisted in the implementation of PeopleSoft and an office-wide backup system.
- Managed the data ingestion of financial documents for accounting systems.

## Skills

- Experienced with numerous bitcoin blockchain analytics tools (Chainalysis, Elliptic, BlockSeer.)
- Experienced with numerous dark net mining tools (Flashpoint, DARPA Memex, GWERN database.)
- Developed comprehensive methodology to access and conduct surveillance and undercover operations on the dark net using various types of UC computer equipment combined with a number of anonymizers and a virtual machine (VM Ware, Oracle VirtualBox.)
- Experienced in the use of various forms of end-to-end encrypted communication platforms (Telegram, Wickr, WhatsApp, Signal, etc.)
- Experienced in the various methodologies of identifying and seizing various digital currencies and the challenges related to them. (bitcoin, alt-coins.)
- Obtained training and certification as an Instructor using the IRS-CI facilitative method. (BIFT)
- Began training and obtained certification as a computer forensic agent. (BCERT) Includes certification in FTK and Encase, as well as initial training in mobile device forensics.
- Bilingual: Fluent in Vietnamese.  Conducted interviews and prepared witnesses for testimony in Vietnamese.
- Firearms proficiency:
  - Glock 22 pistol (96/100 recent qualification)
  - Smith & Wesson M&P15 rifle (298/300 recent qualification)
  - Remington 870 shotgun (100/100 recent qualification)

## Education

Pepperdine University
2002 ▪ Bachelor of Science – International Business

Pepperdine University
2007 ▪ Masters of Business Administration

Pepperdine University
2008 ▪ Certificate of Dispute Resolution

## References

USPIS Postal Inspector Lyndon Versoza
USPIS Team Leader Noah Thompson
IRS-CI Supervisory Special Agent Michael Parrish
IRS-CI Special Agent Jameson Winters
IRS-CI Special Agent Victor Vanacore
HSI Special Agent Christopher Hicks
SEC Attorney David Hirsh

# **Exhibit D**

*Expert Witness Resume of*
Donald Ellsworth
Special Agent, IRS-Criminal Investigation

### *IRS-CI Positions Held*                         ### *Dates*

| | | |
|---|---|---|
| Special Agent, | GS-1811-13 | May 2005 – current |
| Special Agent, | GS-1811-12 | January 2004 |
| Special Agent, | GS-1811-11 | January 2003 |
| Special Agent, | GS-1811-09 | January 2002 |

### *Relevant Assignments*
Undercover agent
Instructor, Bitcoin/Darknet training
Instructor, Money Laundering
OCDETF Case Agent
Darknet Workgroup founding member

### *Darknet/Bitcoin investigative Experience*

As a special agent, I have been the case agent on multiple Darknet and Bitcoin related cases. These cases have been multi-jurisdictional and prosecuted in the District of Arizona and Washington DC. Darknet and bitcoin related investigations are a relatively new type of investigation which required extensive research on how to acquire and use bitcoin on the darknet marketplaces.

As an undercover agent:

- Created multiple profiles on various darknet marketplaces.
- Purchased goods and services from darknet vendors using bitcoin.
- Learned how to use the encrypted communications commonly used on the darknet, i.e. Tor, Tails, Jabber, Privnote.
- Learned how to create and utilize bitcoin wallets and open bitcoin exchange accounts.
- Purchased bitcoin from peer-to-peer exchangers.

As a case agent:

- Identified peer-to-peer bitcoin exchanger targets.
- Identified Darknet vendors on multiple marketplaces.
- Traced bitcoin transactions between darknet vendors and bitcoin exchangers.
- Testified before a Grand Jury regarding the criminality of peer-to-peer exchanging of bitcoin.
- Coordinated with foreign governments to secure evidence related to Darknet/Bitcoin investigations.

As a special agent, I have been the case agent for a variety of multi-jurisdictional

IRS-CI co-sponsored OCDETF and narcotics money laundering investigations with the targets being darknet vendors using bitcoin. As a founding member of the Arizona darknet/bitcoin team, I have conducted long term and short term darknet/bitcoin related investigations.

As a special agent, I have investigated the money laundering aspects of criminals using bitcoin. I have had training on U.S. Money Laundering and Bank Secrecy laws and how the movement of illegal proceeds in the form of bitcoin applies to these laws.

I have assisted as project coordinator for cyber-crime and underground economies for the IRS-CI Phoenix field office. As a cyber-crime project coordinator I have developed and investigated multiple cases initiated through the project.

### *Darknet/Bitcoin Training Assignments*

As a keynote speaker, I have conducted training for federal, state and local law enforcement investigators and prosecutors in the field of Darknet/Bitcoin investigation and financial investigative techniques. I have presented to federal judges on multiple occasions about the criminality of bitcoin and the darknet. I have also traveled to foreign countries and provided training on this subject to government officials in those countries.

| Event | Date |
|---|---|
| Office of National Drug Control Policy, White House, Washington DC | 02/2018 |
| Federal Bar Association w/ Federal Judges seminar, Tucson, AZ | 02/2018 |
| Brazil Government Officials, Sao Paulo and Brasilia, Brazil | 11/2017 |
| Arizona Federal Magistrates Conference, Scottsdale, AZ | 09/2017 |
| AZ Attorney General's office Darknet/Bitcoin training, Phoenix,AZ | 08/2017 |
| HIDTA  Darknet/Bitcoin seminar, Phoenix, AZ | 06/2017 |
| Southwest Border Money Laundering Conf, Phoenix, AZ | 06/2017 |
| New Mexico congressional delegation, Albuquerque, NM | 03/2017 |
| Royal Canadian Mounted Police, Vancouver, Canada | 03/2017 |

In addition to the training I have given above, I have provided training on multiple occasions to IRS-CI undercover agents on the mechanics of the darknet and purchasing and use of bitcoin. I have also spoken at multiple trainings for smaller groups of Federal, State, and local law enforcement officers in the area of Darknet/Bitcoin related investigations.

| *Awards* | *Date* |
|---|---|
| IRS- CI Performance Award | 2017 |
| IRS- CI Performance Award | 2016 |
| IRS- CI Performance Award | 2015 |
| IRS- CI Performance Award | 2014 |
| IRS- CI Performance Award | 2013 |
| IRS- CI Performance Award | 2012 |
| IRS- CI Performance Award | 2011 |
| IRS- CI Performance Award | 2010 |
| IRS- CI Performance Award | 2009 |

## *Education and Training*

Internal Revenue Service, Criminal Investigation – over 16 years a special agent
Ongoing training classes on current laws, policies and procedures: Bank Secrecy
Act Workshops, Money Laundering Seminars, numerous financial investigative
techniques seminars and conferences.

Darknet/Bitcoin related training:
- DEFCON 2017 – hacking and cyber crime – Las Vegas, NV
  July 31st – August 1st, 2017

- Private bitcoin tracing training – Chainalysis – New York City, NY
  October 20th, 2016

- DEFCON 2016 – hacking, and cyber crime – Las Vegas, NV
  August 4th – 5th, 2016

- IOC-2- Darkweb threat and virtual currency seminar – Washington DC, WA
  January 6th-7th, 2016

- IRS Cybercrime Investigative tools and the Dark Web – Webinar
  October 21st, 2015

- Monthly IRS cyber coordinator training – conference calls

Bachelor of Science, Business, Northern Arizona University, 1999
Masters of Business Administration, Finance, Utah State University, 2001

# Exhibit E

## Christi Decouflé  #7233

**Detective – Phoenix Police Department Vice Enforcement Unit**
**Task Force Officer – FBI Human Trafficking Task Force – Phoenix Division**

620 W Washington Street                                    Christina.decoufle@phoenix.gov
Phoenix, AZ 85003                                         602-763-3901

---

### EDUCATION

- 2010-2012 -  M.Ed. Human Services, emphasis in Psychology, Northern Arizona University
- 1992-1997  - B.S., Psychology,  Northern Kentucky University
- 1992-1997 -  Minor in Military Science, Xavier University

### WORK HISTORY

- 2013-Present        FBI, Phoenix Division, Human Trafficking Task Force
- 2000-Present        Phoenix Police Department
                     2005-Present: Detective, Vice Enforcement Unit
                     2004-2005: Field Training Officer, 72F, Squaw Peak Precinct
                     2000-2004: Patrol Officer, 73G, 61G and 62F Squad Areas
- 1997-2007        Captain, Military Police, Army National Guard and Army Reserve
- 1998-2000        Adult Probation Officer, Maricopa County Adult Probation, Phoenix, Arizona
                     Supervising probationers on sex offender status as well as standard probation
- 1997-1998        Behavioral Health Specialist, Hamilton County Jail, Cincinnati, Ohio
                     Assisting in counseling and the behavioral health of inmates

### OTHER QUALIFICATIONS
- **Testified as an expert witness about domestic sex trafficking, in state and federal child prostitution trials.**
  - US v. Brooks (Depaul Brooks & Uawndre Fields), 2009, Phoenix
  - AZ v. Michael Cotham, 2013 (Judge Gass- Maricopa County)
  - AZ v. Stephen Brown, 2014 (Judge Steinle – Maricopa County)
  - AZ v. Anthony Gehon, 2014 (Judge Gass- Maricopa County)
  - AZ v. Andre Adams, 2016 (Judge Gates -Maricopa County)
  - AZ v. Tony Gamble, 2016 (Judge Granville- Maricopa County)
  - AZ v. Leon Daniels, 2016. (Judge Kemp – Maricopa County)
  - AZ v. Byron Hamphill-Wooten, 2017 (Judge Viola- Maricopa County)
  - AZ v. Stephen Harwell, 2017 (Judge Stephens – Maricopa County)

- **Conducted over 300 forensic interviews of sex trafficking adult & child victims, 2005-Present**
- **Conducted approximately 200 interviews of sex traffickers and witness, 2005-Present**
- Experience in writing and serving numerous search warrants, court orders and subpoenas
- Line Investigator on Pandering/Child Prostitution wire-tap investigation
- Submit cases to the County Attorney's Office, City Prosecutor's Office and the United States Attorney's Office
- Investigate patrol generated reports, silent witness tips and self-initiated investigations

**PRESENTER/INSTRUCTOR EXPERIENCE**

- 2005-Present

  - Instructor, Maricopa Adult Probation, Phoenix, 2017
  - Speaker, Annual Domestic Violence Conference, Vicksburg, MS, 2017
  - Speaker, Arizona PTA Conference, Phoenix, AZ, 2017
  - Instructor, Jewish Family Services, Phoenix, AZ 2017
  - Presenter, Crimes Against Women Conference, Dallas, TX, 2017
  - Instructor, ALEA – Arizona Law Enforcement Academy, Phoenix, AZ, 2017
  - Speaker, Bethany Bible Church, Phoenix, AZ, 2017
  - Instructor, New Leaf Domestic Violence Shelter, Phoenix, AZ, 2017
  - Instructor, Child & Family Resources, Phoenix, AZ, 2017
  - Instructor, Department of Child Safety & Group Home Leaders, Phoenix, AZ, 2017
  - Presenter, Sky Harbor Airport Public Relations & Volunteers, Phoenix, AZ, 2016
  - Instructor, Mercy Medical (CPS & Group Home), Phoenix, AZ, 2016
  - Instructor, Identifying Trafficking Victims, Phoenix Sky Harbor Airport, Phoenix, AZ, 2016
  - Instructor, Advanced Interviewing of Trafficking Victims, FBI, Color of Law Conference, Norman, OK, 2016
  - Presenter, JUST Conference for First Responders, Shared Hope International, Mesa, AZ, 2016
  - Presenter, Mercy Medical, Phoenix, AZ, 2016
  - Key Note Speaker, Pediatric & Neonatal Conference, Paradise Valley, AZ, 2016
  - Guest Speaker, Human Sexuality Class, SMCC, Phoenix, AZ, 2016
  - Instructor, 8 hr Domestic Sex Trafficking Workshop, SAFE Homes, Orange County, NY, 2016
  - Instructor, Maricopa County Adult & Juvenile Probation, Phoenix, AZ, 2015
  - Presenter, International Visitor Association – German Exchange Program, Phoenix, AZ, 2015
  - Instructor, JUST Conference, Shared Hope International, Washington, DC, 2015
  - Presenter, Arizona Hotel Resort Security Association, Phoenix, AZ, 2015
  - Presenter, Sex Trafficking Awareness, Hadassah Valley of the Sun, Phoenix, AZ, 2015
  - Instructor, Maricopa County Adult & Juvenile Probation, Phoenix, AZ, 2015
  - Participant, Human Trafficking World Summit, Jimmy Carter Center, Atlanta, GA, 2015
  - Presenter, Sex Trafficking Awareness, Women's Safety & Leadership Group, Phoenix, AZ, 2015
  - Guest Speaker, CEASE Network Demand Abolition Conference, Phoenix, AZ, 2015
  - Guest Panel Speaker, Women's Safety & Leadership Training, Phoenix, AZ, 2014
  - Instructor, Domestic Sex Trafficking Investigations, Family Advocacy Center Staff, Phoenix, AZ, 2014
  - Instructor, 3rd Annual Arizona Crime and Intelligence Seminar, 2014
  - Instructor, Phoenix Police Crimes Against Children Unit, 2014
  - Presenter, Arizona Strong Families Conference, Glendale, AZ, 2014
  - Instructor, Sky Harbor Airport Civilian Employee Training, Phoenix, AZ, 2014
  - Presenter, Arizona Children's Association Training, Phoenix, AZ, 2014
  - Presenter, 20th Annual Child Abuse Prevention Conference, Phoenix, AZ, 2014
  - Presenter, Arizona Foster Youth Conference, Rio Rico, AZ, 2014
  - Presenter, Arizona Court Association Annual Conference, Prescott, AZ, 2014
  - Instructor, Smith County Sheriff's Department Law Enforcement Training, Tyler, TX, 2014
  - Instructor, Community Advocates and Social Workers, Tyler, TX, 2014
  - Instructor, Tempe Police Department Law Enforcement Training, Tempe, AZ, 2014
  - Instructor, Deer Valley School District Student Summit, Phoenix, AZ, 2014
  - Presenter, Hoops for Hope, Phoenix, AZ, 2014
  - Guest Speaker, Dr. Oscar Hardin's Human Sexuality Class, SMCC, Phoenix, AZ, 2014
  - Presenter, Sex Trafficking, Arizona Women's Lawyers Association Summit, ASU, Phoenix, AZ, 2014
  - Instructor, AZ Child Protective Services Annual Training, Phoenix, AZ, 2013

- Presenter, Child and Youth Sex Trafficking Training, Yavapai County, AZ, 2013
- Instructor, Child Prostitution, Streetlight Phoenix Residential Treatment Facility, Phoenix, AZ, 2013
- Presenter, AZ-CART, Child Abduction Response Training Course, FBI, Tucson, AZ, 2013
- Instructor, City of Phoenix, School Resource Officer Annual Training, Phoenix, CA, 2013
- Presenter, Sex Trafficking and Identifying High Risk Victims, AZMPIA Conference, Phoenix, AZ, 2013
- Guest Speaker, Dr. Matt Cooper's Philosophy of Sexuality Class, SMCC, Phoenix, AZ, 2013
- Guest Speaker, Dr. Oscar Hardin's Human Sexuality Class, SMCC, Phoenix, AZ, 2013
- Presenter, numerous Cultural Community Advisory Boards, Phoenix, AZ, 2013
- Presenter, Pimp Control & Donte Clark case study, Shared Hope International Conference, Tucson, AZ 2012
- Instructor, Child Prostitution, Streetlight Phoenix Residential Treatment Facility, Phoenix, AZ, 2010
- Instructor, Child Prostitution, Parc Place Residential Treatment Facility, Chandler, AZ, 2010
- Presenter, Desert Divas case study at the USDOJ/FBI Innocence Lost National Initiative Training Conference, Boston, MA, 2010
- Presenter on Child Prostitution for the 2nd Annual Child Abuse Conference: Child Exploitation, Phoenix, AZ, 2010
- Presenter at the Arizona Girls Roundtable, Child Exploitation training, Phoenix, AZ, 2010
- Presenter, Girls & Sexuality Training, ASU School of Social Transformation, Tempe, AZ, 2009
- Instructor, Child Prostitution Investigations at the Western States Vice Investigators Association Conference, Phoenix, AZ, 2008
- Presenter on Child Prostitution to the Arizona Prosecuting Attorneys Advisory Council Legal Assistants Seminar, Maricopa County, AZ, 2008

**PROFESSIONAL DEVELOPMENT**

- FETI (Facilitating Experiential Trauma Information)training, Phoenix, AZ 2017
- Dallas Crimes Against Women Conference, Dallas, TX, 2017
- FBI/ Secret Service Cyber Crime Workshop –Fake Social Media Accounts, March, 2016
- Human Trafficking World Summit, Jimmy Carter Center, Atlanta, GA, 2015
- CEASE Network Demand Abolition Conference, Phoenix, AZ, 2015
- Winning the Battle against "Pimps" & "Johns", Computer Forensic Analysis Training, Mesa, AZ 2015
- Hostile Intent & Intervention Team Training, Covert Investigations, 2014
- International Association of Human Trafficking Investigators, 3rd Annual Conference, 2014
- United States Marshals (Deputized) , FBI Human Trafficking Task Force, March, 2014
- Field Intelligence Team Training, Covert Investigations, 2014
- Internet Profiling, Jag Investigations Inc., 2013
- Temporary Assignment with DEB, 2012
- Female Enforcers Training; Advanced Mental, Physical and Tactical Skills to Survive, Lifelinetraining, 2012
- GangNet Training, 2012
- Confrontation Call Training, Children's Justice Training Project, 2012
- Female Undercover School, International Association of Undercover Officers, MCTC, 2011
- Undercover Officer School, International Association of Undercover Officers, 2011
- Temporary Undercover assignment (3 months) with Counter Terrorism Unit, JTTF, 2010
- AZMPIA Conference, City of Phoenix Missing Persons Unit, 2010
- Protecting Victims of Child Prostitution, National Center for Missing and Exploited Children, 2009
- Temporary Assignment with Night Detectives Detail, 2009
- Human Trafficking Conference, Department of Justice, 2009

- Protecting Children Online, National Center for Missing and Exploited Children, 2009
- Surface Skeleton & Buried Body Recovery Seminar, 2009
- Temporary Assignment with Homicide, 2009
- Biological Evidence Collection and DNA, 2007 & 2008
- Western States Vice Investigators Association Conference, 2008
- Physical and Neglect Child Abuse Injury Reconstruction, John E Reid and Assoc., 2007
- Investigating Computer Facilitated Crimes Against Children, John E Reid and Assoc, 2007
- **Forensic Interviewing (Sex Trafficking Victims specific), Children's Justice Task Force, 2007**
- FBI National Academy Associates Conference, 2007
- Temporary Assignment with the Sex Crimes Unit, 2007
- Communication Analysis Training, 2007
- **Advanced Forensic Interview Training, Prevent Child Abuse Arizona, 2007**
- Communication Statement Analysis, DEA, 2007
- AZPOST Bike Certification, 2007
- **Basic Forensic Interviewing of Children, 2006**
- Child Prostitution Seminar, National Center for Missing and Exploited Children (40 hrs), 2006
- Protecting Victims of Child Prostitution, 2006
- Numerous WordPerfect, Windows, and Word Computer Training, 2000-06
- Case Management Training, 2005
- Temporary Assignment with the Vice Enforcement Unit, 2004 & 2005
- Field Training Officer Certification, 2004
- Crime Free Multi-Housing Certification, 2002
- Investigator Certification, 2002
- General Instructor Certification, 2002
- Insurance Fraud Identification and Investigation, 2001


**AWARDS AND ACHIEVEMENTS**
- International Association of Chiefs of Police Civil Rights Award, 2015
- Open Door Award, 2014
- Paladin Award, 2013
- Drug Enforcement Bureau Employee of the Month, 2011 & 2012
- Police Chief's Unit Award, 2011
- Police Chief's Unit Award, 2010
- Police Chief's Unit Award, 2009
- Paladin Award, 2008
- Medal of Merit
- Medal of Lifesaving
- Several Officer of the Month Awards
- Kiwanis Club Award of Merit
- Several Commendations from supervisors, citizens, and departments within the City of Phoenix


**PROFESSIONAL MEMBERSHIPS**
- AZ Financial Crimes Task Force, 2015-Present
- International Association of Human Trafficking Investigators, 2014 - Present
- National Association of Professional Women – 2013- Present
- FBI Human Trafficking Task Force 2013- Present
- International Association of Undercover Officers, 2011- Present

- Fraternal Order of Police, 2010- present
- Phoenix Law Enforcement Association, 2000- 2010
- Arizona Homicide Investigators Association, 2009- Present
- FBI Innocence Lost Task Force 2007- 2012
- Arizona Narcotic Officers Association, 2007-Present
- Law Enforcement Online/ USDOJ/FBI, 2006- Present
- Rocky Mountain Information Network, 2002- Present

# Exhibit F

# Dominique E. Roe-Sepowitz, M.S.W., Ph.D.

**Associate Professor**
**School of Social Work, College of Public Programs**
**Arizona State University**
**MC 3920, 411 N. Central Ave Ste. 800, Phoenix, AZ 85004-0689**
**phone (602)-496-0093   email:  Dominique.Roe@asu.edu**

## EDUCATION

| | |
|---|---|
| Ph.D., 2005 | College of Social Work, Florida State University, Tallahassee, Florida<br>Field of Study: Direct Practice<br>Dissertation: Indicators and Predictors of Self-Mutilation: Youth in Custody. |
| M.S.W., 2000 | School of Social Work, Arizona State University, Tucson, Arizona<br>Field of Study: Direct Practice.<br>Area of Concentration: Sexual Violence, Victims of Crime, Abuse and Trauma. |
| B.S., 1993 | Springfield College, Springfield, Massachusetts<br>Field of Study: Therapeutic Recreation |

## ACADEMIC POSITIONS

| | |
|---|---|
| 1/2013-present | Director of the ASU Office of Sex Trafficking Intervention Research (STIR). |
| 8/2011-present | Associate Professor with Tenure; School of Social Work, College of Public Programs, Arizona State University, Phoenix, Arizona. |
| 8/2005- 8/2011 | Assistant Professor: School of Social Work, College of Public Programs, Arizona State University, Phoenix, Arizona. |

*Courses Taught:*
 ***MSW:*** *Foundations of Practice I and II (Clinical Practice), Bridge Seminar I, Forensic Social Work, Clinical Trauma Treatment, Prostitution and Human Sex Trafficking in the United States.*
***BSW:*** *Social Work Practice with Individuals, Groups and Families, Introduction to Social Work.*

| | |
|---|---|
| 1/2012- 5/2012 | Distinguished Research Fellow at the Ruth V. McGregor Family Protection Clinic as an expert on sex trafficking, School of Law, Arizona State University, Tempe, Arizona. |
| 8/2005 – 8/2011 | Assistant Professor; School of Social Work, College of Public Programs, Arizona State University, Phoenix, AZ |
| 8/2010-present | Honors Faculty Advisor, School of Social Work |
| 8/2005- present | Faculty Affiliate of Women and Gender Studies Program, Arizona State University. |

Case 2:18-cv-00422-DJH   Document 9-2   Filed 04/17/08   Page 36 of 140
Case 2:18-cv-00422-DJH   Document 42-6   Filed 04/14/08   Page 3 of 19

D R S   C u r r i c u l u m   V i t a e  | **2**

8/2003-5/2005          Adjunct Instructor, School of Criminology and Criminal Justice,
                      Florida State University, Tallahassee, FL
                      Course taught: Victimology (5 semesters).

8/2001-12/2003        Instructor, College of Social Work,
                      Florida State University, Tallahassee, FL
                      Courses taught: **BSW:** Human Behavior and the Social
                      Environment (I and II), Interviewing and Recording,
                      Introduction to Social Work. (5 semesters)

## RESEARCH AND CREATIVE ACTIVITIES
*Italics denotes an Arizona State University graduate student co-author.*
\* Indicates major contribution, all other co-authored work assume equal distribution of workload.

## PEER REVIEWED PUBLICATIONS
Hickle, K., & **Roe-Sepowitz, D.** (in press). Curiosity and a pimp. *Journal of Women and Criminal Justice.*

**Roe-Sepowitz, D. E.,** Bontrager Ryon, S., Hickle, K.E., Gallagher, J., & Hedberg, E. (in press).Invisible Offenders: Estimating Online Sex Customer. *International Journal of Human Trafficking.*

**Roe-Sepowitz, D. E.,** Gallagher, J., Risinger, M., & Hickle, K. (2015). The sexual exploitation of girls in the United States: The role of female pimps. *Journal of Interpersonal Violence, 30*, 2814-2830.

**Roe-Sepowitz, D.E.**, *Hickle, K.,* Dahlstedt, J., & Gallagher, J. (2014). Victim or whore: The similarities and differences between victim's experiences of domestic violence and sex trafficking. *Journal of Human Behavior and the Social Environment.* 24:8,883-898, DOI: 10.1080/10911359.2013.840552

*Hickle,K. E.,* & **Roe-Sepowitz, D.E.** (2014) Putting the pieces back together: A group intervention for sexually exploited adolescent girls. *Social Work with Groups, 2*, 99-114. DOI 10.1080/01609513.2013.82338

**Roe-Sepowitz, D.**, Gallagher, J., *Hickle, K.*, Pérez Loubert, M., & Tutelman, J. (2014) Project ROSE: An arrest-alternative for victims of sex trafficking and prostitution. *Journal of Offender Rehabilitation, 53*, 57-74.

**Roe-Sepowitz, D.E.\*,** Bedard, L.B., Pate, K.A., & Hedberg, E. (2014). Esuba: The effectiveness of a psychoeducation group for incarcerated female survivors of abuse. *International Journal of Offender Therapy and Comparative Criminology. 58,* (2),190-208. Doi: 10.1177/0306624X12465410

Connolly, S. M., **Roe-Sepowitz, D.**, Sakai, C.E., & Edwards, J. (2013). Utilizing community resources to treat PTSD: A randomized controlled trial using Thought Field Therapy. *The African Journal of Traumatic Stress.*82-90.

**Roe-Sepowitz, D. E.** (2012) Juvenile entry into prostitution: The role of emotional abuse. *Violence Against Women, 18*, 562-579.

*Clarke, R., Clarke, E.*, **Roe-Sepowitz, D.,** & Fey, R. (2012). Age of entry into prostitution: Relationship to drug use, race, suicide, education level, childhood abuse and family experiences. *Journal of Human Behavior and the Social Environment. 22,* 3, 270-289.

**Roe-Sepowitz, D.E.,** *Hickle, K.E., & Cimeno, A*. (2012). The impact of abuse history and trauma symptoms on successful completion of a prostitution-exiting program. *Journal of Human Behavior and the Social Environment. 22,*1, 65-77. Doi: 10.1080/10911359.2011.598830

**Roe-Sepowitz, D. E.,** *Hickle, K.,* Perez-Loubert, M., & Egan, T. (2011) Adult prostitution recidivism: Risk factors and impact of a diversion program. *Journal of Offender Rehabilitation, 50*, 272-285. Doi: 10.1080/10509674.2011.574205

Heide, K.M., **Roe-Sepowitz, D.E.,** Solomon, E.P., & Chan, H. (2011) Male and female juveniles arrested for murder: A comprehensive analysis of U.S. data by offender gender. *International Journal of Offender Therapy and Comparative Criminology, 56,* 356–384. doi: 10:1177/0306624x11406418

**Roe-Sepowitz, D.E.** & *Hickle, K.* (2010). Comparing boy and girl arsonists: Crisis, family, and crime scene characteristics. *Journal of Legal and Criminological Psychology, 15*, 385-399. doi: 10:1348/135532509X473913.

**Roe-Sepowitz, D.E.\*,** Pate, K.N. & Bedard, L.A., & Greenwald, M. (2009). A trauma-based group intervention for incarcerated girls. *Social Work with Groups, 32*, 330-341. doi:10.1080/01609510903092972

*Miller-Clevenger, B.* & **Roe-Sepowitz, D.E.** (2009). Shelter service utilization of domestic violence victims. *Journal of Human Behavior and the Social Environment, 19*, 359-375. doi:10.1080/10911350902787429

*Ward, A.* & **Roe-Sepowitz, D.E** (2009). Assessing the effectiveness of a trauma-oriented approach to treating prostituted women in a prison and a community exiting program. *The Journal of Aggression, Maltreatment & Trauma, 18,* 293-313*.* doi: 10.1080/10926770902809837

*Sharp, A.,* **Roe-Sepowitz, D.E.**\*, & Boberg, J (2009). The interaction of juvenile school firesetting and bullying: An exploratory study. *School Social Work Journal, 33*, 86-97.

**Roe-Sepowitz, D. E.** (2009).Comparing male and female juveniles charged

with homicide: Child maltreatment, substance abuse and crime details. *The Journal of Interpersonal Violence, 24,* 601-617. doi: 10.1177/0886260508317201

*Hickle, K.* & **Roe-Sepowitz, D.E.** (2009).  Female juvenile arsonists: An exploratory look at characteristics and solo and group arson offenses. *Legal and Criminological Psychology.* doi: 10.1348/135532509X473913

*Brawn, K.* & **Roe-Sepowitz, D.E**. (2008). Female juvenile prostitution: Exploring the relationship to substance use. *Children and Youth Services Review, 30,* 1395-1402. doi: 10.1016/j.childyouth.2008.04.011

**Roe-Sepowitz, D.E., &** Krysik, J. (2008) Examining the sexual offenses of female juveniles: The relevance of childhood maltreatment. *The American Journal of Orthopsychiatry: Interdisciplinary Perspectives on Mental Health and Social Justice, 78,* 405-412. doi:10.1037/a0014310

Kleck, G., Tark, A., Bedard, L., & **Roe-Sepowitz, D.E.** (2008). Crime victimization And divorce.  *International Review of Victimology, 15,* 1-17.

Niles, M.D.*, Reynolds, A.J., & **Roe-Sepowitz, D. E.** (2008). Early childhood intervention and early adolescent social and emotional competence: Second generation evaluation evidence from the Chicago Longitudinal Study.  *Educational Research, 50*(1), 55-73. doi: 10.1080/0031880801920395

**Roe-Sepowitz, D. E.** (2007). Adolescent female murderers: Characteristics and treatment implications.  *American Journal of Orthopsychiatry: Interdisciplinary Perspectives on Mental Health and Social Justice, 77(3),* 489-496. doi:10.037/0002-9432.77.3.489

**Roe-Sepowitz, D. E.*,** Bedard, L. E., & Pate, K.N. (2007).  The impact of child abuse on dissociative symptoms: A study of incarcerated women.  *Journal of Trauma and Dissociation, 8* (3), 7-26.  doi:10.1300/J229v08n03_02

**Roe-Sepowitz, D. E.** (2007).Characteristics and predictors of self-mutilation: A study of incarcerated women. *Criminal Behaviour and Mental Health, 17,* 312-321.  doi:10.1002/cbm.665

Bedard, L.E., Pate, K.N., & **Roe-Sepowitz, D.E**. (2003). A program analysis of Esuba: Helping turn abuse around. *International Journal of Offender Therapy and Comparative Criminology, 47,* 579-607.

MANUSCRIPTS UNDER REVIEW
Roe-Sepowitz, D., Bedard, L., Bontrager Ryon, S., Richey, C., & Carroll, H. Pseudo-Families in Female Prisons: Exploring the Underlying Rationale and Formation of These Relationships.  *International Journal of Offender Therapy and Comparative Criminology. 20 pages. December 2015.*

(Revise and Resubmit) Roe-Sepowitz, D., Hickle, K., Bracy, K., Brockie, M., Mazerbo, L., & Hawman, A. Experiencing Sex Trafficking and Sexual Exploitation as Homeless Young People: An Exploration of Risk Factors and Support Needs. *Journal of Social Distress and the Homeless. December 2015.*

Van Kleeck, C., Roe-Sepowitz, D., & Hickle, K. The male victim: Sex trading and the commercial sexual exploitation male homeless young adults. 25 pages, submitted for review to the *Journal of Social Distress and the Homeless.*

BOOK CHAPTERS

Roe-Sepowitz, D. E., & Hickle, K.E. (in press).  Human Trafficking: A Spotlight on Sex Trafficking.  C.M. Renzetti, J.L. Edleson, R.K. Bergen (Eds.) *Sourcebook on Violence Against Women* (3rd edition).

Hickle, K., & Roe-Sepowitz, D., (in press) Group work with sex trafficking survivors. In (eds) G. Grief and C. Knight *Group work with populations at-risk,* (4th ed.). New York: Oxford University Press

**Roe-Sepowitz, D. E.** (2011).  Juvenile Prostitution.  In R.J. R. Levesque (Ed.). *Encyclopedia of Adolescence*.  Springer.

**Roe-Sepowitz, D.** & Katsulis, Y. (2011). U.S.-Mexico borderland female sex workers: Family responsibilities and risks for depression. In R. Dalla, J. DeFrain, L. Baker, and C. Williamson (Eds.). *The Prostitution of Women, Men, and Children: A Global Perspective.  Implications for Research, Policy, Education and Service.* Lexington Academic Press.

Salas, L.*, **Roe-Sepowitz, D. E.,** & LeCroy, C. W. (2008). Small group theory.  In Thyer, B. (Ed.), *Human Behavior and the Social Environment: The Comprehensive Handbook of Social Work and Social Welfare.* New York: Wiley.

**Roe-Sepowitz, D. E**.*, Bedard, L.E. & Thyer, B. (2005).  Anxiety prevention programs for adults.  In C.N. Dulmus (Ed.), *Handbook for Preventive Interventions for Adults*.  New York: Wiley.

**Roe-Sepowitz, D. E.*,** & Thyer, B. (2004). Empirically supported problem prevention programs for adolescent mental health. In L.A. Rapp-Paglicci, C.N. Dulmus, & J. S. Wodarski (Eds.). *Handbook of prevention interventions for children and adolescents.*  New York: Wiley.

**Research Documents and Reports**

Roe-Sepowitz, D., Bracy, K., Massengale, L., Cantelme, L., & Ward, T. (December 2015). Report on the Incidence of Sex Trafficking in Arizona's Juvenile Probation Departments. Arizona State University, Office of Sex Trafficking Intervention Research and the Arizona Administrative Office.

Roe-Sepowitz, D.E., Bracy, K., Gallagher, J., & Cimeno, M. (2015) Report on the incidence in sex trafficking in Maricopa County Adult Probation. McCain Institute and the Maricopa County Adult Probation.  ASU School of Social Work, College of Public Programs.

Exploring the Impact of the Super Bowl on Sex Trafficking 2015 (February 2015). ASU Office of Sex Trafficking Intervention Research and the McCain Institute for Global Leadership.

Offender Program for Persons who Solicit Evaluation (December 2014).  City of Phoenix, Catholic Charities DIGNITY Programs. ASU School of Social Work, College of Public Programs.

Roe-Sepowitz, D., Bracy, K., Cunningham, J., Beverly, J., Van Kleek, C., Hickle, K.,Cantelme, L., McKinley, K., Schuler, C., Atkins, P., Mazerbo, L., Hawman, A., & Cavaliere, S. (2014). YES Project: Youth Experiences Survey: Exploring the Sex Trafficking Experiences of Arizona's Homeless and Runaway Young Adults. Tumbleweed Youth Services and ASU School of Social Work, College of Public Programs.

Roe-Sepowitz, D., Bracy, K., Hickle, K., & Campbell, C. (2014). Arizona DMST Count Report: Assessing the Incidence of Domestic Minor Sex Trafficking in Delinquency Services in Arizona. McCain Institute and the Arizona Office of the Courts/Arizona Supreme Court.  ASU School of Social Work, College of Public Programs.

Exploring Sex Trafficking and Prostitution Demand during the Super Bowl in 2014 (March 2014).
http://mccaininstitute.org/applications/Exploring_Sex_Trafficking_and_Prostitution_Demand_during_the_Super_Bowl_.pdf

Invisible Offenders: A Study Estimating Online Sex Customers.  (August 2013).
https://copp.asu.edu/college-news/research-docs/invisible-offenders-a-study-estimating-online-sex-customers Thorn: Digital Defenders of Children and ASU School of Social Work, College of Public Programs.

One-Day Snapshot: Human Trafficking Activity on Adult Entertainment Website  (November 2012): https://copp.asu.edu/college-news/research docs/One_Day_Snapshot_Roe_Sepowitz.pdf/view

Published Conference Proceedings (Abstracts only)
Brockie, M., & **Roe-Sepowitz, D. E.** (2014, September).  Starfish Partnerships Mentoring Program. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D. E.,** & Bracy, K. (2014, September).  Exploring the Characteristics and Treatment Needs of Sex Trafficked Girls. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.,** *Hickle, K., Smith, J., & Brockie, M.*  (2013, September).  Unique Outreach Projects to Combat Sexual Exploitation.  10th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.,** *& Kiehne, E.* (2013, September).  The Role of Hotels and Motels in the Facilitation of Sex Trafficking in the United States. 10th Annual Conference on

Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K.,* & Sabella, D. (2012, September). Project ROSE (Reaching Out to the Sexually Exploited): An Innovative Arrest-Alternative in Phoenix, Arizona. 9th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Rubio, E., Hyche, C., Gennaro, J., Seer, S.,& Brockie, M.* (2012, September). Backpage.com: Adult Entertainment Ads, Detecting Minors and Unexpected Findings.9[th] Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Hickle, K.*, (2011, September). Esuba: Putting the Pieces Back Together with Sexually Exploited Women and Girls. 8th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Hickle, K.* (2009). Prediction of Dissociation Experiences among Prostituted Women. Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, October 1 & 2, 2009, Toledo, OH.

**Roe-Sepowitz, D.E.** (2007). The mental health needs of a sample of prostituted women. Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, September 27-28, 2007, Toledo, OH.

Pate, K.N., **Roe-Sepowitz, D.E.,** & Bedard, L.E. (2004). Qualitative Exploration of Prostitution. Conference Proceedings. Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, September 23-24, 2004, Toledo, OH.

## JURIED NATIONAL CONFERENCE PRESENTATIONS
**Roe-Sepowitz, D.,** & Gallagher, J. (2015, July). Sex Trafficking in the United States. International Academy of Law and Mental Health Conference, Vienna, Austria.

**Roe-Sepowitz, D.,** & Bracy, K. (2015, September). Phoenix 1st Step Drop In Center. 12th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

Brockie, M., & **Roe-Sepowitz, D. E.** (2014, September). Starfish Partnerships Mentoring Program. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D. E.,** & Bracy, K. (2014, September). Exploring the Characteristics and Treatment Needs of Sex Trafficked Girls. 11th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K.,Smith, J.* (2013, September)**.** Putting the Pieces Back Together: Trauma Treatment with Sex Trafficking Victims. National Center for Victims of Crime 2013 National Conference. Phoenix, Arizona.

**Roe-Sepowitz, D.E.**, Gallagher, J., Bauer, C., & Tutelman, J. (2013, September)**.** Project ROSE: An Arrest-Alternative for Sex Trafficking Victims. National Center for Victims of Crime 2013 National Conference. Phoenix, Arizona.

**Roe-Sepowitz, D.E.**, *Hickle, K., Smith, J., & Brockie, M.* (2013, September). Unique Outreach Projects to Combat Sexual Exploitation. 10th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *& Kiehne, E.* (2013, September). The Role of Hotels and Motels in the Facilitation of Sex Trafficking in the United States. 10th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Hickle, K.,* & Sabella, D. (2012, September). Project ROSE (Reaching Out to the Sexually Exploited): An Innovative Arrest-Alternative in Phoenix, Arizona. 9th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, *Rubio, E., Hyche, C., Gennaro, J., Seer, S., Brockie, M.* (2012, September). Backpage.com: Adult Entertainment Ads, Detecting Minors and Unexpected Findings. 9th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Hickle, K.,* (2011, September). Esuba: Putting the Pieces Back Together with Sexually Exploited Women and Girls. 8th Annual Conference on Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Hickle, K*. (2011, January). Prostitution Diversion: Survivor Analysis for Recidivism in Prostitution. Presented at the Society for Social Work and Research Conference: Tampa, Florida.

**Roe-Sepowitz, D.E.**, & *Hickle, K*. (2009, November). Exploring Family Issues, Substance Abuse, Life Experiences and Age of Entry into Prostitution among Prostituted Women. Presented at the American Society of Criminology Conference: Philadelphia, PA.

*Hickle, K.* & **Roe-Sepowitz, D.E.** (2009, November). ADHD/ADD, Childhood Maltreatment And Juvenile Arsonists. Presented at the American Society of Criminology Conference: Philadelphia, PA.

Heide, K., **Roe-Sepowitz, D.E.**, & Solomon, E. (2009, November) When Boys and Girls Kill: An Empirical Analysis of 30 Years of U.S. Data. Presented at the American Society of Criminology Conference: Philadelphia, PA.

**Roe-Sepowitz, D.E.**, & *Hickle, K*. (2009, October). Prediction of Dissociation Experiences among Prostituted Women. Annual Conference on Prostitution, Sex Work and the Commercial Sex Industry, Toledo, OH.

**Roe-Sepowitz, D.E**. & Krysik, J. (2008, June). When a Child Batters a Parent: Domestic Violence, Child Maltreatment, and Substance Abuse. American Professional Society on the Abuse of Children. Phoenix, AZ.

**Roe-Sepowitz, D.E**. (2008, January). The Mental Health Needs of a Sample of Prostituted Women. Presented at the Society for Social Work and Research Conference: Washington, DC.

Zaman, H., & **Roe-Sepowitz, D.E.** (2008, January). Working with Female Adolescent

Sex Offenders.  Prevent Child Abuse Arizona: 19th Child Abuse Prevention Conference.

**Roe-Sepowitz, D.E**. (2007, November).  Comparing Male and Female Juveniles Charged with Homicide: Child Maltreatment, Substance Abuse and Crime Details.  Presented at the American Society of Criminology Conference: Atlanta, GA.

*Frenzel, B.*, **Roe-Sepowitz, D.E**., Pate, K., & Bedard, L. (2007, November). Treating Traumatized Men: A Prison Sample.   Presented at the American Society of Criminology Conference: Atlanta, GA.

Pate, K., Bedard, L., & **Roe-Sepowitz, D.E**. (2007, November). Hidden Obstacles to Offender Reentry: The Florida Experience.  Presented at the American Society of Criminology Conference: Atlanta, GA.

*Langhoff, K.,* & **Roe-Sepowitz, D.E**. (2007, November).  Female Juvenile Arsonists.  A Presented at the American Society of Criminology Conference: Atlanta, GA.

*Kochis, C.,* & **Roe-Sepowitz, D.E**. (2007, November).   Domestic Violence and Witnessing Violence as Childhood.  Poster presented at the American Society of Criminology Conference: Atlanta, GA.

*Morris, T., &* **Roe-Sepowitz, D.E**. (2007, November). Male Juvenile Sex Offenders: Connecting ADHD/ADD and Impulsivity of Victim Choice.   Presented at the American Society of Criminology Conference: Atlanta, GA.

**Roe-Sepowitz, D.E**., (2007, September).   The Mental Health Needs of Prostituted Women: A Sample of Incarcerated Women.  4th Prostitution, Sex Work and the Commercial Sex Industry Conference, Toledo, OH.

**Roe-Sepowitz, D.E**. (2006, November).  Self-harm and Suicide Attempts: A Sample of Incarcerated Women.   Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

**Roe-Sepowitz, D.E**. (2006, November).  Juvenile Firesetters: Classification and Intervention. Presented at the American Society of Criminology Conference: Los Angeles, California.

*Brawn, K.,* & **Roe-Sepowitz, D.E**. (2006, November).  Female Juvenile Prostitution; Substance Abuse, Family Factors, and Neglect.  Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

*Ward, A.,* & **Roe-Sepowitz, D.E**. (2006, November).  Trauma and Abuse Intervention Program Effectiveness: Community and Corrections Based.  Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

*Villarreal, M.,* & **Roe-Sepowitz, D.E**. (2006, November). Female Juvenile Sex Offenders: Characteristics, Assessment and Treatment Recommendations.   Presented at the American Society of Criminology Conference: Los Angeles, California, 11/2006.

**Roe-Sepowitz, D.E**., & *Ward, A.*  (2006, September).   A Trauma and Abuse Intervention

Program for Female Prostitutes in Recovery: The Esuba Program.  3rd Prostitution, Sex Work and the Commercial Sex Industry Conference, Toledo, OH.

**Roe-Sepowitz, D.E.**  (2005, November)**.**  Adolescent Sex-Offenders in Juvenile Justice: Classification and Placement.  Presented at the American Society of Criminology Conference: Toronto, Canada.

Bedard, L.E., **Roe-Sepowitz, D.E.**, & Pate, K.N. (2005, November). The Impact of Child Abuse on Adult Criminal Behavior.  Presented at the American Society of Criminology Conference: Toronto, Canada.

**Roe-Sepowitz, D.E**. (2005, November).  A Statewide Profile of Florida's Adolescent Female Sex Offenders: Characteristics, Assessment, Treatment, and Outcomes.  Presented at the American Society of Criminology Conference: Toronto, Canada.

**Roe-Sepowitz, D.E**. (2004, September). Qualitative Exploration of Prostitution. 1st Prostitution, Sex Work and the Commercial Sex Industry Conference, Toledo, OH.

**Roe-Sepowitz, D.E**., Bedard, L.E., &Pate, K.N. (2004, November). A Qualitative Look at Prostitution: Motives, Contributing Factors and Consequences.  Presented at the American Society of Criminology Conference: Nashville, TN.

Pate, K.N., Bedard, L.E., & **Roe-Sepowitz, D.E**. (2003, November). Esuba: An Abuse Prevention Program for Girls in Custody.  Presented at the American Society for Criminology Conference: Denver, CO 11/2003.

Bedard, L.E., Pate, K.N., & **Roe-Sepowitz, D.E**. (2002, November).  A Program Analysis of Esuba: Helping Turn Abuse Around.  Presented at the American Society of Criminology Conference: Chicago, IL.

JURIED POSTER PRESENTATIONS
**Roe-Sepowitz, D.E.**, & *Brockie, M.* (2012, September). Online Outreach to Prostitution and Sex Trafficking Victims: Utilizing Email and the Internet to Provide Support and Exiting Resources.  9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.**, & *Smith, J.* (2012, September). Motivation to Change among Prostituted Women in a Court Ordered Diversion Program.  9th Annual Conference on  Prostitution, Sex Work and the Human Trafficking, Toledo, OH.

**Roe-Sepowitz, D.E.** & *Hickle, K.* (2010). Juvenile Entry into Prostitution: The Role of Emotional Abuse.  Presented at the Society for Social Work and Research  Conference: San Francisco, CA.

**Roe-Sepowitz, D. E**. (2007, July). Treating Traumatized Women: A Prostitution Sample. Cape Cod Institute, Eastham, MA.

**Sex Trafficking-Specific Brochure Series:**

Case 2:18-cr-00422-DJH   Document 929-1   Filed 04/17/20   Page 45 of 140
Case 2:18-cr-00422-SPL   Document 422-6   Filed 02/14/20   Page 12 of 40

DRS Curriculum Vitae | **11**

Roe-Sepowitz, D., Bayless, A., Sabella, D., Tate, R., & Whitney, J. (2015). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for EMS Providers*. Arizona State University.

Roe-Sepowitz, D., Bayless, A., Agliano, S., Hall, B., & Cimeno, M. (2015). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for Adult Probation Officers.* Arizona State University.

Roe-Sepowitz, D.E, Hickle, K., Bayless, A., Agliano, S., Hall, B. & Gay, A. (2014). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for Child Protective Services*. Arizona State University.

Roe-Sepowitz, D.E, Hickle, K., & Bayless, A. (2014). *What You Need To Know: Sex Trafficking and Sexual Exploitation;  A Training Tool for Mental Health Providers.*  Arizona State University.

Roe-Sepowitz, D.E, Hickle, K., Bayless, A., Christenson, R., Tate, R., Sabella, D., Garumba, M. (2014). *What You Need To Know: Sex Trafficking and Sexual Exploitation; A Training Tool for Health Care Providers.* Arizona State University.

## RECOGNITIONS AND AWARDS

| | |
|---|---|
| January 2016 | Nominated for AZ Coalition to End Domestic and Sexual Violence THRIVE award: The Desert Sunflower Award: Champion. |
| January 2016 | Keynote Speaker for the Southwestern Conference Against Trafficking. |
| October 2015 | Chosen to represent Arizona in New York City for the State Courts and Sex Trafficking Conference. |
| August 2015 | Nominated for Arizona State University Leadership Academy Cohort II. |
| July 2015 | Recipient of the Martin Luther King Jr. Servant Leadership Award. Arizona State University and the College of Public Service and Community Solutions. |
| June 2015 | Participation as an international Speaker for the U.S. Department of State to Canada (Montreal and Toronto). |
| April 2015 | STIR Office awarded the 2015 ASU Excellence in Diversity and Inclusion Award. |
| February 2015 | Invited to be an expert member of the Shared Hope International Expert Council. |
| September 2014 | Invited to be an expert on the US Department of Health and Human Services, Administration for Children, Youth and |

Case 2:18-cr-00422-DJH    Document 929-1    Filed 04/14/20    Page 46 of 140
Case 2:18-cr-00422-SPL    Document 422-1    Filed 04/14/20    Page 46 of 140

D R S   C u r r i c u l u m   V i t a e | 12

|  | Families workgroup discussion about prevalence studies in Washington D.C. on September 25, 2014. |
|---|---|
| April 2014 | Arizona State University, Commission on the Status of Women. 2014 Faculty Outstanding Achievement and Contribution Award. |
| March 2014 | Appointed to the Arizona Governor's Human Trafficking Council by executive order. |
| January 2014 | Appointed to the City of Phoenix Mayor's Taskforce on Human Trafficking. |
| January 2014 | Invited to be an expert on the US Department of Health and Human Services Expert Workgroup on Sex Trafficking and Health Systems, January 13, 2014. |
| November 2013 | Invited to be on the Research and Evaluation on Human Trafficking, Expert Working Group in Washington D.C. on April 23 and 24, 2014. |
| September 2013 | Award the Influential Scholar of 2013 from the 10th annual International Human Trafficking, Prostitution and Sex Work Conference in Toledo, Ohio. |
| May 2, 2013 | Invited as a Workgroup Member (expert) on Sex Trafficking to the Johns Hopkins/ACCT Symposium on Meeting the Needs of Child Trafficking Survivors. |
| May 2013 | Invited to be a member on the development of the Child Sexual Exploitation of Children guide for the U.S. Department of Education |
| April 2013 | **Nominated for ASU Professor of the Year 2012-2013,** Arizona State University Parents' Association. (1 of 24 nominees out of 3000 faculty). |
| April 9, 2013 | Invited to participate in the *White House Forum to Combat Human Trafficking* at the White House, Washington D.C. |
| March 2013 | Nominated for ASU Centennial Professor Award. |
| February 2013 | Nomination: Diversity Achievement Award; Faculty Google Award for Diversity and Inclusion. |
| December 10, 2012 | Invited to participate in the U.S. Department of Health and Human Services *Strengthening Victim Services for Survivors of Human Trafficking Stakeholders Meeting* at the **White House, Washington D.C.** |

| | |
|---|---|
| September 2012 | Nominated as a Pathfinder with Shared Hope International as a recognized national leader at the forefront of addressing child sex trafficking on a national platform, through prevention, restoration and justice initiatives. |
| April 2012 | **Nominated for ASU Professor of the Year 2011-2012,** Arizona State University Parents' Association. (1 of 29 nominees out of 3000 faculty). |
| Spring 2012-December 2012 | Faculty Spotlight, College of Public Programs http://copp.asu.edu/college-news/faculty-spotlight |
| March 2010 | Nominated for an Arizona Behavioral Health Legacy Award. |
| March 2009 | Nominated for the Arizona State University Outstanding Graduate Mentor Award. |
| December 2008 | Nominated for the Deborah K. Padgett Early Career Achievement Award: Society for Social Work Research. |
| January 2008 | Nominated for the 7th Annual Governors' Volunteer Service Awards for Esuba Arizona. |
| Fall 2005-present | Elected as a Women and Gender Studies Affiliate Faculty, Arizona State University. |
| 2002, 2003, 2005 | Nominated by students for a Florida State University Graduate Teaching Award. |
| 2001 | Co-Author, First Prize, Student Poster Presentation; American Correctional Association, New Orleans, LA |
| 1999-2000 | Full 1-year Graduate Academic Scholarship: Arizona State University. Tempe, AZ. |

## CURRENT RESEARCH COLLABORATIONS

**Demand Abolition: National Demand Prevalence Study and Demand Reduction Sites Research.** In collaboration with Dr. Stephanie Ryon from Colorado State University, Colorado Springs.

**Arizona Office of the Court: Sex Trafficking and Juvenile Probation Study.**

**Arizona DMST Counts: Juvenile Justice Service Provider Study**. Funded by the McCain Institute.

**Super Bowl Research Project 2014 and 2015.** Funded by the McCain Institute and in partnership with Praescient Analytics.

**Protected Innocence Challenge: Demanding Justice Multisite Comparison Study.** Shared Hope International.

**Protected Innocence Challenge: Demanding Justice, Benchmark Assessment Report.** Shared Hope International

**Exploring Prostitution Demand.** This study was funded by Thorn: Digital Defenders of Children.

**Project ROSE (Reaching Out to the Sexually Exploited).**

**Esuba: Putting the Pieces Back Together.**

**StreetlightUSA: Evaluating a Group Home Program for Sexually Exploited Girls**.

**Esuba: Women Helping Women Turn Abuse Around** *Research Partners with Dr. L.E. Bedard and through a Memorandum of Agreement, Florida Department of Corrections (Project Manager, K. Pate).*

**Prostitution Diversion Retention Study:** In partnership with the City of Phoenix Prosecutor's Office and the Prostitution Diversion Provider (Catholic Charities).

**John School Attitudes and Beliefs Study:** In partnership with the City of Phoenix Prosecutor's Office and the Prostitution Diversion Provider (Catholic Charities).

**Domestic Violence and Juveniles**

**Prison Pseudo-Families:** In partnership with Dr. Laura Bedard.

<u>RESEARCH FUNDING total $2,021,169</u>

**November 2015: Received:** Sub-Award National Institute of Justice Grant, CODAC and Tucson Police Department, Southern Arizona Trafficking Response. 3-years. **$23,022.**

**June 2015: Received:** Demand Abolition CEASE City Studies continued.

**June 2015: Received:** Sex Trafficking and Arizona Juvenile Probation, Arizona Office of the Courts. **$50,800.**

**January 2015: Received:** Demand Abolition CEASE City Studies.

**October 2014: Primary Investigator (co-Investigator Judy Krysik), Received**: Sex Trafficking and Arizona's Vulnerable Youth: Identification, Collaboration, and Intervention, 5-year grant. Total **$1,243,480.** *Awarded by the Federal Administration for Children, Youth and Families.*

**Summer 2014: Received: Adult Probation Training and Research Project: $20,000.** *Awarded by the McCain Institute.*

**Summer 2014: Received: Trafficker Research Initiative: $25,000** Seed Grant *Awarded by the McCain Institute.*

**Summer 2014: Received: National Prevalence Study, $125,000**. *Awarded by Demand Abolition through the McArthur Foundation.*

**Summer 2014: Received: Demand Dashboard Study**, **$25,000.** *Awarded by Demand Abolition.*

**Received: Project ROSE. $18,000** *Awarded by the Arizona Foundation for Women for 2014.* This grant will provide support for developing and evaluating services for sex trafficked women with children under the age of 18.

**Received: Starfish Partnerships. $4,000** *Awarded by the Arizona Foundation for Women for 2014.* This grant will provide support for developing a mentoring program for adult sex trafficking survivors.

**Received: Protected Innocence Challenge: Multisite Analysis. $22,000.** *Awarded for January – April 2014 from Shared Hope International.*

**Received: Super Bowl Research Grant: 2014-2015**
**$42,300.** *Awarded by the McCain Institute.* This grant is to implement a research study to determine the impact of the Super Bowl on sex trafficking.

**Received: Domestic Minor Sex Trafficking Victim Count: $25,000**. *Awarded for 2013/2014 from the McCain Institute.*

**Received: Protected Innocence Challenge: Benchmark Assessment Report.**
**$2,750** *Awarded for September 2013 from Shared Hope International.* This contract was to convert, analyze data from a large database on buyers of sex from minors in the United States during 2008-2013.

**Received: Identifying High Risk Minors**
*Awarded for 2013/2014 from Thorn: Digital Defenders of Children.* This grant is to explore the utility of a matrix and a digital reasoning program to identify high risk youth.

**Received: Exploring Demand.**
*Awarded for 2013/2014 from Thorn: Digital Defenders of Children.* This grant is to explore the demand for online sex ads in multiple U.S. Cities.

**Received: Promoting Awareness, Identification and Providing Interventions to Victims Impacted by Domestic Violence and Sex Trafficking.**
**$50,000** *Awarded for 2013/2014 from ASU Women and Philanthropy.* This grant is to provide training to 100 ASU graduate students on sex trafficking and domestic violence in a train-the-trainer model with the goal of them further training others. This grant also includes funding for apprentices for the Esuba project to train future clinicians to treat minors and adults impacted by sex trafficking experiences.

**Received: Evaluation and Training Project: StreetlightUSA,**
*Awarded for 2012-2014.* Provide semi-annual summaries of client files and outcomes and provide local trainings monthly for the community, law enforcement, social services, and the faith community.

**Received: Diversion Evaluation: City of Phoenix Prosecutor's Office Diversion Programs, $18,000** *Awarded for 2012-2013.* Provide a program evaluation for an underage drinking diversion program with 1800 clients.

**Received: Esuba: Putting the Pieces Back Together.**
**$15,000** *Awarded for 2012.* This grant is to provide psychoeducation groups to survivors of sex trafficking at 6 locations, three groups for adult survivors of prostitution or sex trafficking and three groups for commercially sexually exploited children. The grant will provide assistance in the continuation of an apprenticeship program for graduate social work students and sex trafficking survivors. This grant funded graduate students and sex trafficking survivors to develop clinical skills in the administration of the Esuba: Putting the Pieces Back Together Program. This is a trauma-focused intervention group designed specifically for adult and juvenile survivors of commercial sexual exploitation, sex trafficking and prostitution.

**Received: Statewide Training Program, Commercial Sexual Exploitation of Children and Adults. $15,000** *Awarded for 2012.* This grant is to provide three trainings around Arizona (Phoenix, Flagstaff and Tucson) to increase the awareness, responsive and intervention services by law enforcement, court personnel, child welfare, faith community members, and social service providers to child and adult victims of sex trafficking, prostitution and commercial sexual exploitation.

**Received: Evaluation project for Catholic Charities**
**$10,000** *Awarded for 2010-2011,* $2,400 *Awarded for 2009/2010.* Evaluation of a program offered by Catholic Charities related to poverty and financial literacy. Co-PI Dr. Joanna Lucio, School of Public Administration ASU.

**Received: Pilot project design and evaluation:**
**$13,500** *Awarded for 2008/09 and 2010/11.* Assist in the design of a multi-year trauma intervention pilot study in Rwanda. Database development, entry, management, analyses and manuscript writing were conducted.

**Received: Fresh Start Women's Foundation, Phoenix, AZ.** Re-entry Program for Women Pilot Project. **$24,000** *Awarded for January 2008-May 2009.* To provide a weekly 2-hour trauma and abuse intervention and provide clinical supervision and training for staff at Fresh Start. Includes $3,000 for 2 graduate student stipends for their involvement in the project.

PROFESSIONAL EXPERIENCE/ CLINICAL TRAINING

- EMDR Level 1 Certified
- Certified Traumatologist (Completed all of the clinical courses at the Traumatology Institute).
- TR-CBT Online course

**Clinical Psychoeducation Group leader/supervisor, Esuba Arizona and Sex Trafficking Awareness and Recovery groups, Phoenix, Arizona State University.      1/2006- present**
Provide weekly 90-minute trauma and abuse group psycho-education interventions for women leaving prison (Fresh Start Women's Resource Center, *contract 2008-2009*) and women exiting prostitution (Dignity House (2006-2010, Phoenix Dignity Diversion 2011-*present, Crossroads for Women 3/2012-10/2012; Parc Place 2011-2013, Tumbleweed Youth Services 2013-2014 Florence Crittenden 2013-2014*). Provide clinical trauma symptomology reduction training and

Case 2:18-cr-00422-DJH   Document 929-1   Filed 04/14/20   Page 51 of 140
Case 2:18-cr-00422-SPL   Document 422-6   Filed 04/14/20   Page 51 of 140

D R S   C u r r i c u l u m   V i t a e | **17**

supervision to Apprentices (Masters level social work students and post-graduates) and survivor co-facilitators and multiple locations providing Esuba to adult and domestic minor sex trafficking victims.

**Clinical Researcher and Program Developer: Tallahassee, Florida        4/2004-8/2005**
**Florida Department of Juvenile Justice**
Developing, implementing and analyzing statewide research projects related to programs for youth in custody with an emphasis on mental health . Assisted in the creation of new statewide programs for day treatment, substance abuse, suicide prevention and aftercare in accordance with the "What Works" and evidence-based practices literature. Participated in writing and procurement activities for Federal and State grants and contracts. Directed and maintained the Institution Review Board for all research proposed and conducted within the Department.

**Trauma Therapist: Tallahassee, Florida**
**Private Practice                                                         2/2001- 8/2005**
Provided clinical in-home therapy for children and families that have experienced abuse and traumatic experiences with problems such as limited attachment, trauma symptoms and posttraumatic stress disorder. Conducted child and family assessments using a biopsychosocial model, the Child Behavior Checklist, the Trauma Symptom Checklist for Children and the FAM III.

**Florida State University Victims' Advocacy Program**
**On-Call Victim Advocate                                             12/2000-8/2005**
Provider of crisis intervention services including; crisis and supportive counseling, referrals, and detailed information about Florida Sate University services for student victims and the criminal justice system. Regularly presented materials to college classes and student organizations at Florida State University regarding victimization issues such as; relationship violence, sexual assault/battery and sexual harassment and stress management.

**Trauma Therapist for Children: Woodville, Florida**
**Statewide Inpatient Psychiatric Program                             3/2002-9/2002**
Provider of individual and group trauma therapy for children with severe mental health problems and histories of sexual abuse, family violence, juvenile justice involvement and emotional disturbances in a residential treatment program. Treatment modalities include day and activity therapy, art therapy, and narrative therapy. Provided consultation to the treatment team and provided staff education related to trauma symptoms, self-mutilation, suicide prevention and intervention, substance abuse issues, symptoms of sexual abuse and mental health problems. Utilized trauma treatment techniques such as EMDR, narrative therapy and art interventions.

**Traumatology Institute: Florida State University: Tallahassee, Florida**
**Coordinator/Associate Director                                       8/2000-8/2001**
Conducted and facilitated course development, marketing, recruitment and certification for national and international participants in traumatology courses. Certified Instructor for Systemic Traumatology and Children and Trauma courses.

**Travelers Aid Society of Tucson: Tucson, Arizona                     7/1999-8/2000**
**Contractor: Activity/Developmental Play Therapist for Children and Families in Crisis**
Provider of in-home developmental play for children ages four to eighteen years old in families affected by domestic violence, substance abuse and homelessness. Family support, stress management and parent training also provided.

**Tucson Rape Crisis Center**
**Sexual Assault Response Team; Hospital Advocate.**                    **11/1997-8/2000**
Provided crisis and supportive counseling, advocacy, referrals and medical information regarding sexual assault exam and investigation at the six hospitals in the Tucson, Arizona area.  Worked as a team member with a Forensic Nurse Examiner and Tucson Police Department, Pima County Sheriff's Department and the University of Arizona Police Department.  Assisted with the training of new volunteers for the response team and crisis hotline (two training cycles per year, 4 hours per training cycle).  An active member of the mentor team for new volunteers.

**Pima County Victim Witness Program**
**Victim Advocate/Driver/Trainer: Volunteer, 30-40 hours per month. 11/1997-8/2000**
Provided on-scene crisis intervention and advocacy to victims of crime including; sexual assault, domestic violence, robbery, automobile/motorcycle accidents, death, suicide, kidnapping, drowning and sexual abuse.

TEACHING AND INSTRUCTIONAL ACTIVITIES

**Unique Course Development**
Summer 2011/12      Prostitution and Sex Trafficking in the United States (Honors only and
                    graduate elective)
Summer 2010/11/12/13  Clinical Trauma Treatment (advanced clinical elective)
Summer 2009         Course: SWG 591: Forensic Social Work (14 graduate, 1 undergraduate)
Fall 2007           Thesis Discussion Group: Bi-monthly Graduate Seminar: M.S.W. (8
                    graduate students).
Fall 2006           Course: SWG 591: Forensic Social Work (21 graduate students)
Spring 2006         Course: SWG 591: Social Work and Criminology: Graduate Seminar
                    Program: M.S.W. (6 graduate students)

**Student Involvement**
**Student Groups: Faculty Advisor**
January 2010- 2014: Assisted in the formation and provide ongoing advisement of The Prostitution and Human Trafficking Action and Awareness Student Organization.
 August 2007-August 2009: Social Work Honors Society Phi Alpha.

**Thesis and Dissertations**
Doctoral Level:
Kristine Hickle, Social Work, Chair. Completed Spring 2014.
Elisa Kawam: Social Work, Committee Member, Completed Spring 2015.
Wendy Dutton, Justice Studies. Member. Completed 2011.

Masters Thesis:
2006-2007
Kara Brawn, Juvenile Prostitution and Substance Abuse, Committee Chair.
Allison Ward, Treating Traumatized Women, Committee Chair.
Brady Miller-Clevenger, Shelter Use and Domestic Violence Victims. Committee Chair.

2007-2008
Candice Kochis, Domestic Violence Offenders and Childhood Abuse and Violence,
Committee Chair.
Briana Frenzel, Trauma and Abuse Treatment: Comparing Male and Female Participants.
Committee Chair.
Kristi Langhoff, Female Juvenile Arsonists. Committee Chair.
Janice Lynch, Juvenile Offenders and Mental Health Assessment.  Reader.
Penny Miller, Traumatic Brain Injuries and Substance Use.  Reader.

2008-2009
Tina Stavros: Female Juvenile Sex Offenders. Committee Chair.
Harpreet Bahia: Exploring the Effects of Childhood, Adult and Cumulative Trauma on
Depression, Self-Worth and Coping Skills with Incarcerated Women. Reader.

2010-2011
Elizabeth Schepel: Transgendered Prostitution: A Profile. Committee Chair.
Whitney Johnson: Childhood Maltreatment and Male Juvenile Homicide Offenders.
Committee Chair.
Jennifer White: Babies First: Qualitative Assessment. Reader.

2011-2012
Leighanne Downing: Assessing the Treatment Needs of Female Juvenile Gang Members:
An Exploratory Study. Chair.

2013-2014
Cynthia Van Kleek: Young Males Experiences with Sexual Exploitation

**Undergraduate Honors Thesis**
2006-2007
Nicole Loeb, Juvenile Justice and Delinquency. Chair.

2009-2010
Emmalyn Corman, Transgendered Borderland Prostitution. Reader.

2010-2011
Multi-student project: Elizabeth Clarke, Prostitution and Substance Use. Reader.
Ross Clarke, Prostitution and Substance Use. Reader.

2011-2012
Caraline Jackson: Sexual Addiction and Men who Solicit Prostitutes. Chair.
Kamala Lan-Ette Vance. Domestic Violence and Sex Trafficking Project: Comparing the
Philippines and the United States.  Reader
Blake Heller: Reader.

2012-2013
Riley Figueroa: Domestic Minor Sex Trafficking and Risk Factors. Chair.
Shelby Doyle: Vice Unit Analysis. Chair.

2013-2014
Angela Warren: Interfaith Sex Trafficking Summit, Chair.
Emma Wille: Art Intervention and Sex Trafficking Clients, Chair.

2014
Kaitlin McFarlane: A Faith-Based Sex Trafficking Pilot Intervention. Chair.

2015
Felix Cervantes: Sexual Assault and ASU, committee member.
Tiana Ward: National Sex Trafficker Study
Eric Shulte and Jessica Hocken: Sex Trafficking Student Organization

**Research with Undergraduate Students**
Rena Morris, Juvenile Delinquency Projects. Fall 2006 and Spring 2007.
Valencia Johnson, Prostitution and Mental Health Services.  Fall 2007-Fall 2009. *This student won the College of Public Programs Undergraduate Research Award.
Craig Vankorlaar, International Prostitution Exiting Resources. Fall 2009.
Taylor Heller, Male Juvenile Prostitution. Fall 2011.
Kristin D'Sousa, Female Pimp Research. Fall 2011.
Megan Reinikka, Research Assistant Fall 2011.
Melissa West: Research Assistant; Fall 2011-present.
Jennifer Lohss: Research Assistant; Fall 2011.
Emma Wille, Summer 2013-2014.

**Independent Study Projects**
Graduate Students
2006-2007
Monica Villarreal, Female Juvenile Sex Offenders. Fall 2006.
Valerie Flaherty, Forensic Social Work. Fall 2006.
Thomas Muir, Juvenile Stalkers. Fall 2006.
Zovig Boyajian, Female Adolescent Sex Offenders. Fall 2006.
Jeanne Larson, Male Sexual Offenders. Fall 2006.
Amy Sharp, School Firesetters and Bullying. Spring 2007.
Kacey McGitney, Eating Disorders and Female Adolescents. Spring 2007.

2007-2008
Travis Morris, Male Juvenile Sex Offenders and ADHD. Fall 2007.
Erika Galietta, Mental Health and Women in Prison. Spring 2008.
Terri Browning, Girls and Domestic Violence Against a Parent. Spring 2008.
Andrea Cimino, Program Completion and Prostitution Exiting Programs.  Summer 2008.

2008-2009

Case 2:18-cr-00422-DSL   Document 922-1   Filed 04/14/20   Page 55 of 140
Case 2:18-cr-00422-SPL   Document 422-1   Filed 04/14/20   Page 22 of 140

D R S  C u r r i c u l u m  V i t a e | **21**

Lindsey Keiper. Male Juvenile Sex Offenders and Prior Sexual Victimization. Spring 2009.

2009- 2010
Hope Caroll: Pseudo Families in Women's Prison: Exploring Social Support Networks.
Sarah Grumbley: Male Juvenile Prostitution: A Literature Review.
Greg Dicharry: My Life. Evaluation of an Intervention for SMI and At-risk Youth.
Talia Delaurentis: Survival Sex of Juvenile Prostitution.
Lauren Jones: Domestic Violence against Parents by Girl Juvenile Offenders.

2010-2011
Diana Haymore: Juvenile Domestic Violence against a Grandparent.
Elizabeth Schepel: Transgendered Prostitution: A Profile.
Whitney Johnson: Childhood Maltreatment and Male Juvenile Homicide Offenders.
Jessica Crowell: Prostitution and Lifetime Experiences of Violence.

2011-2012
Erin Fritz: Grandparents and Domestic Violence of Juveniles
Melissa Fenrich: Self Esteem and Female Inmates: The Impact of a Group Intervention
Carrie McKinney: Male Juvenile Sex Offenders and Recidivism.

2012-2013
Jessica Smith: Motivation to Change with Sex Trafficking and Prostitution Survivors

2013-2014
Jaclyn Raymond: Applied Project. Exploring the Role of Medical Amnesty During Sexual Assault Response on College Campuses.
Kristen Bracy: Networking Sex Trafficking Ads.

2014-2015
Karina McCluskey: Mothering and Prostituted Women.
Lauren Albee: Housing Instability and Prostituted Adults.

MEDIA EXPOSURE (selected items)
**National Media:**
**Researchers Say Super Bowl Sex Trafficking Included Minors (March 6, 2014)**
http://hereandnow.wbur.org/2014/03/06/superbowl-sex-trafficking

**National/International Media:**
**Aljazeera America: America Today (November 14, 2013)**
http://america.aljazeera.com/watch/shows/america-tonight/america-tonight-blog/2013/11/14/project-rose-prostitutesjail.html

**Documentary Interview**

Sex+Money: A National Search for Human Worth. Taped Interview on juvenile and adult prostitution and johns. Interviewed October 22, 2009. Released.

SERVICE
**Hosting Trainings/Conferences**
**Sex Trafficking from Behind Bars, November 9, 2015. ASU Walter Cronkite School of Journalism.** Partnered with the Arizona's Governor's Office of Youth, Faith and Family and the McCain Institute for International Leadership.

**Faith Forum on Sex Trafficking: November 3, 2015. Steele Indian School Park.** Partnered with the City of Phoenix, the McCain Institute for International Leadership, the Governor's Office of Faith, Family, and Children and 10 faith community organizations.

**Sex Trafficking Summit: April 30/May 1, 2015. NAU Phoenix Campus.** In partnership with Tumbleweed Youth Services and TRUST, co-led a 2-day summit (training and demonstrations) on sex trafficking. Total: 140 attendees from 56 organizations.

**City of Phoenix Sex Trafficking Summit: A Focus on Prevention. April 9, 2014. Phoenix Zoo.** In partnership with Valley Leadership, this all-day summit brought experts from around the country and all corners of Arizona to discuss innovation and creative programming related to sex trafficking prevention. The target audience was school personnel, child welfare workers and juvenile justice personnel. Total: 300 attendees.

**Supervised: Sex Trafficking Interfaith Summit: October 14, 2013.** The all-day summit had 214 attendees from the faith community around Arizona. The attendees received a sex trafficking 101 training and break out groups discussed how to increase the faith community's involvement in sex trafficking service provision in Arizona.

**City of Phoenix Sex Trafficking Summit. June 1, 2013.**
**Phoenix Children's Hospital.** In partnership with the Phoenix Police Department and Phoenix Children's Hospital, this all-day summit brought experts from many different fields together to better understand and serve victims of sex trafficking. The target audience was law enforcement, social service providers, child welfare workers and medical service providers for children. Total: 180 attendees.

**Professional Service**
**Appointed Member and Training/Research and Data Committee Chair:** Arizona Governor's Human Trafficking Council, Spring 2014-present.

**Appointed Member,** City of Phoenix, Mayor's Human Trafficking Task Force Member, Chair, Training Committee. Spring 2014-present.

**Founding member The International Journal of Human Trafficking.** First issue January 2015.

**Editorial Board Member: The Journal of Violence Against Women** (2014 and 2015).

**Health and Wellness Technical Working Group Member, US Department of Health and Human Services, Administration for Children and Families, Office of Women's Health** (2014).   Contribution to the SOAR training modules related to the Federal Strategic Action Plan on Services to Victims of Human Trafficking in the United States.

**Partner: Project ROSE (Reaching out to the Sexually Exploited):** In conjunction with 15 community members, developed an arrest-alternative providing holistic and victim-centered services to prostituted adults in Phoenix, AZ in an 'event' style of service provision.  Organized meetings, coordinated partnerships and evaluating the program for 5 consecutive events serving 366 clients.

**National Board of Directors: Originating Board Member.** Development Board for the **National Research Consortium on Commercial Sexual Exploitation.** Developed June 2010-present. Working with national leaders on prostitution and sex trafficking research to develop a comprehensive research agenda, work together on major grant proposals and to develop a journal.

**Council Member: Arizona Human Trafficking Executive Council.**  March 2012-present.  Committee Member, Legislative Committee.

**Elected Officer, National Board of Directors, Treasurer: American Association of Orthopsychiatry. February 2006- January 2008.** Term Began February 2006 for 2 years. Managed all of the financial aspects of the national organization including investments, budget development, travel reimbursement and accountability.  Worked with the Board members to determine the direction of the association and the journal.

**Nationally selected Reviewer of Abstracts National Center for Victims of Crime: April 2010:** Abstract reviewer for the 2010 conference of the National Center for Victims of Crime entitled 'Victim-centered, Practice-based, and Research-Informed'.

**Reviewer of Abstracts Society for Social Work and Research: June 2007, 2008, 2009, 2010, 2011, 2012, 2014:** Abstract reviewer for the conferences of the Society for Social Work and Research to select presenters.

**Phoenix Prostitution Task Force Member (2008-2012):** Participate in quarterly meetings of city personnel, law enforcement and social service agencies to bring together knowledge and develop best-practices for services for addressing juvenile and adult prostitution in Arizona.

AD HOC PEER REVIEWER
Journal of Social Work
International Journal of Offender Therapy and Comparative Criminology
Women's Health Issues
Journal of Sociology and Social Welfare

Criminal Justice and Behavior
Violence against Women
Journal of Behavior Therapy and Experimental Psychiatry
Journal of the Society for Social Work Research
Psychiatry Research
Violence and Victims
The American Journal of Orthopsychiatry
The Journal of Violence against Women
The Criminal Justice Review
Social Service Review

<u>INVITED SERVICE PRESENTATIONS</u>
**Arizona Psychological Association: Keynote.** October 16, 2015. Sex trafficking: Detection and treatment. 246 attendees.

**Arizona Office of the Courts:** Series of six trainings from August-September 2015 with 547 juvenile probation, court staff, detention staff and related community members trained.  Funded by Arizona Governor's Office Grant.

**Arizona Department of Child Safety:** Series of 20 trainings from May 2015-August 2015 with 1100 DCS staff trained.  Funded by ACYF Grant.

**Arizona Court Appointed Special Advocates and Foster Care Review Board Conference:** August 28, 2015.  246 attendees.

**Arizona Prosecuting Attorney's Advisory Council:** August 28, 2015. Recognizing, identifying and treating sex trafficking victims.  22 attendees.

**Southwestern Schools for Behavioral Health Studies: Keynote.** August 27, 2015. Tucson, Arizona.  Identifying and treating sex trafficking victims. 202 attendees.

**Domestic Violence Conference, City of Glendale:**  August 20, 2015. Recognizing, identifying and treating sex trafficking victims.  45 attendees.

**Human Trafficking in Native Communities Seminar:** June 11, 2015. Speaker at training for tribal law enforcement, tribal leaders, and community stakeholders to address sex trafficking among American Indian people.

**Arizona Juvenile Justice Commission, Sex Trafficking Research Presentation.**  November 20, 2014. 16 attendees.

**21st Statewide Annual Conference on Ending Homelessness, Arizona Coalition to End Homelessness: Youth Experiences Survey.** October 22, 2014.  74 attendees.

**Human Trafficking Education for Professionals, Mesa Community College, Social Work Program.**  October 22, 2014.  145 attendees.

**Arizona Humanities, Community Conversations Series: Sex Trafficking in Arizona.  March 27, 2014.**  Rose and Thorn, Heritage Square.   24 attendees.

Case 2:18-cr-00422-DJL   Document 922-1   Filed 04/14/20   Page 59 of 140
Case 2:18-cr-00422-SPL   Document 422-6   Filed 04/14/20   Page 26 of 40

D R S   C u r r i c u l u m   V i t a e | **25**

**Maricopa County Adult Probation: Manager's Forum.  Overview of Sex Trafficking and Treatment and Trauma Informed Approaches.  March 18, 2014**.  124 attendees.

**Maricopa Association of Governments (MAG).  2013 Domestic Violence Protocol Evaluation Project Webinar. December 16, 2013.** Domestic Violence and Sex Trafficking.

**NASW Webinar: December 12, 2013.** Sex Trafficking and Social Work.

Invited Presenter: **Committee on the Impact of Domestic Violence and the Courts,**  September 10, 2013.  Presentation to judges, advocates and domestic violence program staff.  Attendees: 22

Invited Presenter: **Arizona Governor's Commission to Prevent Violence Against Women** August 15, 2013. Invited presentation regarding domestic violence and sex trafficking in Arizona to members of law enforcement, social service agencies and victim advocacy groups. Attendees: 24

Invited Presenter; **Arizona Association of Police Chiefs (AACOP).** Sex Trafficking in Arizona. March 22, 2013. Grand Canyon University.  Attendees: 75.

Invited Presenter; **City of Phoenix Faces of Diversity Brown Bag**, Phoenix Human Relations Commission, In our own backyard: Child Prostitution and Sex Trafficking in Arizona. **March 15, 2013.**  Phoenix City Council Chambers, Phoenix, Arizona. Attendees: 48.

Invited Presenter; **ASU Future Scholar Program**: Guest Speaker. Sex Trafficking Training. **February 9, 2013.**  Halle Center. Phoenix, Arizona. Attendees: 22.

Invited Presenter; Arizona Hotel Child Protection Program: Guest Speaker. **January 11, 2013.** Sex Trafficking Interventions and Research. **Paradise Valley, Ascension Lutheran Church.** Attendees: 35.

Nationally Recognized Expert and Invited Presenter **April 9-13, 2012**: **Amber Alert Sex Trafficking Symposium, Salt Lake City, Utah.** Multiple Presentations: Academia and Sex Trafficking and Innovative Interventions for Sex Trafficking.  International and National attendees: 120.

Invited Presenter **April 27, 2012 for the International Law Society, Phoenix Law School**: Title: Sex Trafficking Services and Needs.7pm -10pm. Community Attendees: 25.

Invited Presenter **September 17, 2010 for Arizona Girls Roundtable**: Title: Research and Treatment of Self-Harm.10am-12pm. Community Attendees: 120.

Invited Presenter: **September 30, 2010** for the **City of Phoenix Prosecutor's Office:** Title: Evaluation of the Prostitution Diversion Program. 12-1pm.

Invited Presenter **May 1, 2010: Arizona Girls for a Change**: Simple Serenity. A high-school student organized event. Presented 'The link between depression and self-mutilation'.

Invited Presenter **January 28, 2010: Phoenix Prosecutors' Office:** Presentation to Prosecutors on the pilot evaluation project of the John's School (Solicitation Program).

Invited Presenter **August 4, 2009: Federal Public Defender's Office: National Training for Victim Advocates.**  Training on Trauma, PTSD, Victimization and Self Care.  Santa Clara, California.

Invited Presenter **June 2008-March 2012: City of Phoenix/Catholic Charities Prostitution Diversion Program:** Monthly 4-hour training/lecture as part of diversion program on violence against women and domestic violence.

Invited Presenter **February 2008: NASW Arizona Continuing Education Training**: Characteristics and predictors of self-harm. 3 hours.

Invited Presenter **March 2007: NASW Arizona Continuing Education Training**: Social Work Ethics and the Traumatized Client.  3 hours.

Invited Presenter **June 15, 2007:  Navajo Nation 24rd Annual Division of Social Services** Conference Presentation: *Juvenile Sex Offenders*. Albuquerque, NM. Two sessions.

Invited Presenter **July 2006: Arizona State University Summer Institute on the Community:** *Gender Issues in the Community* Panel Member.

Invited Presenter **June 2006: Navajo Nation 23rd Annual Division of Social Services** Conference: Presentation: *Adolescent Sex Offenders: Assessment and Treatment*. Fort McDowell, Two sessions.

Invited Presenter **April 2006: Panel presentation to the ASU School of Social Work Alumni Association. Arizona State University: Mercado, Phoenix, AZ.**  Roe-Sepowitz, D.E., Woods, K., & Waller, M. *Trauma and Trauma Recovery:Compassion Fatigue.*

Invited Presenter **July 2006: Arizona School Nurse Consortium.**   Presentation Title: *The Many Faces of Grief:Assessment and Intervention*.

Invited Presenter **March 2006**: University of Arizona, James E. Rogers College of Law, Juvenile Law Class. Presentation Title: *Youth Gang Membership and Consequences*.

PUBLIC/COMMUNITY SERVICE

**February 2011-present: Prostitution Diversion Program, Phoenix, Arizona.**
Developed a targeted treatment manual entitled "Esuba: Putting the Pieces Back Together" for adult men and women who are participating in a diversion program.  Co-lead the trauma and abuse focused psychoeducation groups with 4 MSW student apprentices (in training) and a survivor of sex trafficking/prostitution.  Provide supervision to students and leader of other groups.

**January 2011- present: Parc Place: Chandler, Arizona, StreetlightUSA, Glendale, Arizona.**
Co-developed a targeted treatment manual entitled "Esuba: Putting the Pieces Back Together for Sexually Exploited Girls".  Providing supervision to an advanced graduate student who is providing the intervention with commercially sexually exploited girls in a residential treatment program.

**January 2006- June 2010: Dignity/Sundance House, Catholic Social Services, Phoenix, Arizona.**  Co-led a trauma and abuse-focused psychoeducation group called Esuba for 3 years and provided supervision and fill-in group leader for 1.5 years.  I provide clinical apprenticeships for graduate students (8 total) to train students to work with traumatized clients in a group setting. We provided the group to women who are in a voluntary residential program for exiting prostitutes with extensive health, domestic violence and substance abuse problems.

**Fall Semester 2006: Distance learning Instructor** of two Bachelor's students at the Federal Bureau of Prisons, Phoenix, AZ.  Created an independent study plan and visited the prison to conduct discussion and give feedback on written assignments.

**June 2006 and June 2007: Clinical Services/Therapeutic Support, Camp Courage.** Foundation for Burns and Trauma Annual Summer Camp (1 week) for burned children and their siblings.  Provided clinical services to youth and clinical information to counselors and staff for two summers.

UNIVERSITY/COLLEGE/DEPARTMENT
**2010-present: Honors Faculty Advisor: School of Social Work.**  Recruiting, mentoring and supporting honors students.

**2008-Present:** Student Academic and Performance Standards Committee (all levels).

hair.

**2009-present: Appointed Member: Arizona State University Hearing Board:** Tasked with hearing appeals from students who have had disciplinary action taken against them by University administration.

**August 2009-2010: Obama Scholar Mentor.**

**2005-2011:** Advanced Direct Practice Committee, MSW Program.

**2007-2012:**  School of Social Work Ph.D. Committee.

**2006-2007:** School of Social Work Search Committee.

**May 2006:** Committee to Review applications for Alumni Association Scholarships.

**2005-2006:** Promotion and Tenure Committee, non-voting member.

**August 2007- present:** Associate Director of the Office of Forensic Social Work.

**Office of Forensic Social Work: Forum Speaker. April 19, 2010.** Provided a lecture and discussion forum on Treating Trauma with Forensic Clients for the Office of Forensic Social Work series with the Arizona State Hospital.  160 community members attended.

Case 2:18-cr-00422-DJH   Document 929-1   Filed 04/17/20   Page 62 of 140
Case 2:18-cr-00422-SPL   Document 422-6   Filed 04/14/20   Page 29 of 140

D R S   C u r r i c u l u m   V i t a e | **28**

**Lecture Series Speaker: April 2, 2009.** Provided a lecture and a discussion forum on *John School Evaluation: Changing Beliefs and Attitudes* for the lecture series.  Sixteen student, community member and faculty attendees.

**Lecture Series Speaker: September 11, 2008.**  Provided a lecture and a discussion forum on the *Mental Health Needs of Prostituted Women* for a lecture series.  22 student, community member and faculty attendees.

**Lecture Series Speaker: August 30, 2007.**  Provided a lecture and a discussion forum on *Self Harm: Characteristics and Treatment* for the new lecture series.  32 student, community member and faculty attendees.

**August 2007- May 2009:** Coordinator of a bi-monthly School of Social Work multi-year Lecture series on topics related to forensic social work.

**March 2005, October 2006 and September 2007:** Co-Facilitator of a brown bag Discussion "How to Get a Job in an Academic Setting" for doctoral students.

# Exhibit G

*Curriculum Vita*

**SHARON W. COOPER, M.D.**
Colonel (Retired) U.S. Army Medical Corps

**ADDRESS**

Office Developmental and Forensic Pediatrics, P.A.
P.O. Box 72929
Fort Bragg, North Carolina 28307-2929

**CERTIFICATION AND LICENSURE**

American Board of Pediatrics     Dec 1982
State of Hawaii – M.D. 5761     Mar 1987
State of North Carolina 96-00080   Jan 1996

**EDUCATION**

Fisk University, Nashville, Tennessee – B.A. June 1972
Meharry Medical College, Nashville, Tennessee – M.D. June 1976

**MEDICAL EXPERIENCE**

Staff Developmental and Forensic Pediatrician, Womack Army Medical Center, Department of Pediatrics, Fort Bragg, North Carolina Feb 1997-present
Cape Fear Valley Health System, Medical Staff, Fayetteville, North Carolina   Jan 1997-present
Staff Forensic Pediatrician, Southern Regional Area Health Education Center Child Medical Examination Program, Fayetteville, North Carolina   Jan 1997-present
Deputy Commander for Clinical Services, Womack Army Medical Center, Fort Bragg, North Carolina April 1996-Aug 1996
Chief, Department of Pediatrics, Womack Army Medical Center, Fort Bragg, North Carolina Aug 1991 -April 1996
Chief, Developmental Pediatric Service, Department of Pediatrics, Fort Bragg, North Carolina Aug 1991 –April 1996
Chief, Developmental Pediatric Service, Department of Pediatrics, Tripler Army Medical Center, Honolulu, Hawaii July 1986 – July 1991

**Sharon W. Cooper, M.D.**          **Continued**

Fellow, Developmental Pediatrics, Department of Pediatrics, William Beaumont Army Medical
Center, El Paso, Texas July 1984 –June 1986
Assistant Chief, Department of Pediatrics U.S. Army Health Clinic Schofield Barracks, Wahiawa,
Hawaii July 1982 – June 1984
Chief, Adolescent Medicine Service, Department of Pediatrics, Letterman Army Medical Center, the
Presidio of San Francisco, California July 1979 – June 1981
Internship and Residency in Pediatrics, Department of Pediatrics, Tripler Army Medical Center,
Honolulu, Hawaii July 1976 –June 1979

**MILITARY AWARDS**

Legion of Merit

Meritorious Service Medal with 2 Oak Leaf Clusters

Army Commendation Medal with 2 Oak Leaf Clusters

Army Achievement Medal with 2 Oak Leaf Clusters

**Sharon W. Cooper, M.D.          Continued**

## ACADEMIC AFFILIATIONS AND APPOINTMENTS

CLINICAL ASSISTANT PROFESSOR OF PEDIATRICS – Uniformed Services University of the
Health Sciences, J. Heberts School of Medicine, Bethesda, Maryland                July 1986 -
present
INSTRUCTOR – U.S Army Medical Department Center and School, Department of Preventive Health
Services, Soldier and Family Support Branch, Family Advocacy Section, San Antonio, Texas
Oct 1989 – present

ADJUNCT PROFESSOR OF PEDIATRICS – Department of Pediatrics, School of Medicine,
University of North Carolina at Chapel Hill, Chapel Hill, North Carolina
Jan 1997 - present
CLINICAL STAFF PEDIATRICIAN – Pediatric Specialty Clinic, Southeastern Regional Area Health
Education Center, Duke University Affiliate, Fayetteville, North Carolina            Jan 1997 – present
ASSOCIATE PROFESSOR OF PEDIATRICS – Department of Pediatrics, John A. Burns School of
Medicine, Honolulu, Hawaii            July 1986 – June 1991
Diplomate, American Board of Pediatrics
Fellow, American Academy of Pediatrics
Fellow, Society of Developmental Pediatrics
Past Board Member, American Professional Society On the Abuse of Children
Fellow, American Academy of Cerebral Palsy and Developmental Medicine
Phi Beta Kappa Honor Society – 1972
Mortarboard Honor Society – 1972
Beta Kappa Chi National Scientific Honor Society - 1972

## COMMUNITY AFFILIATIONS, MEMBERSHIPS AND APPOINTMENTS

Member, Board of Directors, Variety School (Special Needs Elementary School), Hawaii
Kai, Hawaii 1986 –1991

Consultant, Shriners Hospital, Honolulu, Hawaii 1987 – 1991

Co-Chairperson, Board of Directors, Lewis Chapel Day Care Center, Fayetteville, North Carolina
1993 –2000

Member, Board of Directors of the Women's Center of Fayetteville 1997 - present

Member, Board of Directors, American Professional Society on the Abuse of Children
2005-present

Member, Board of Directors, National Center for Missing and Exploited Children
2007-present

Member, Board of Directors, Child Advocacy Center (Fayetteville, NC) 2007-2010

**Sharon W. Cooper, M.D.**          **Continued**

**BIBLIOGRAPHY**
**PRESENTATIONS**

*Stabilization and Transport of High Risk Newborn*.
84th Scientific Assembly of the National Medical Association, Washington, D.C. 1979.

*Recent Management of Dysmenorrhea in the Adolescent Patient* .
86th Scientific Assembly National Medical Association.   Chicago, Illinois 1981.

*Untoward Presentation of Child Abuse – Three Case Studies*-
87th Scientific Assembly of the National Medical Association. Atlanta, Georgia 1982

*Toddler Discipline* -
Texas State Preschool Teacher Conference. El Paso, Texas 1984

*Recent Advances in Cerebral Palsy*.
90th Scientific Assembly of the National Medical Association, Los Angeles, California 1985

*Developmental Evaluation of the Language Impaired Toddler*-
University of Hawaii, University Affiliated Program Lecture Series. Honolulu, Hawaii 1986

*Parenting Potpourri & Toddler Discipline*-
Hawaii Preschool Teacher Conference. Honolulu, Hawaii 1986

*Biomedical Research – Application in Neural Tube Defect Clinical Model*
NIH funded MARC Grant, Bennett College. Greensboro, North Carolina 1987

*Cerebral Palsy – Recent Treatment*-
Wilcox Hospital CME Program. Kauai, Hawaii 1988

*Child Sexual Abuse* – Family Advocacy Staff Training – Advanced.
San Antonio, Texas 1990

*Child Sexual Abuse – Medical Aspect*.
Family Advocacy Staff Training – Advanced. Willigen, Germany 1991

*Medical Aspects of Child Abuse*.
Family Advocacy Staff Training – Advanced. San Antonio, Texas 1991

*Child Sexual Abuse – Medical Aspects*.
Family Advocacy Staff Training – Advanced. Heidelberg, Germany 1991

*Child Sexual Abuse – Medical Aspects*.
Family Advocacy Staff Training – Advanced. Panama City, Panama 1991

*Clinical Applications for Biomedical Research in the Care of the High Risk Newborn*.
MARC Honor Symposium, Bennett College. Greensboro, North Carolina 1992

*Childhood Sexual Abuse, Part I, II, III – Medical Aspects.*
13th Annual Physician Assistant Refresher Course – Advanced.    Fayetteville, North Carolina 1992

*Child Sexual Abuse.*   Office of the Surgeon General sponsored Annual Medical – Surgical Conference. Willigen,Germany 1992

*Behavioral Pediatric Potpourri.*
Armed Forces Family Medicine Tri-Service Conference. Oakland, California 1992

*Child Abuse, Medical Aspects.* Mini Course for commanders (Sponsored by Academy of the Health Sciences) Heidelberg, Germany 1992

*Child Abuse and Drug Abuse; A Woman's Issue.* Substance Abuse Conference (Sponsored by the Junior League of Fayetteville)   Fayetteville, North Carolina 1992

*Medical Aspects of Child Sexual Abuse.* Aerospace and Military Medicine, Section of the National Medical Association, 97th Scientific Assembly of the National Medical Association. San Francisco, California 1992

*Medical and Legal Aspects of Child Abuse and Neglect.*
Four Day Tri-Service Symposium.   Camp Zama, Japan 1992

*Commander's Briefing on Child Abuse & Neglect.*
Brooke Army Medical Center. Fort Sam Houston, Texas 1993

*Child Abuse and Child Sexual Abuse, Part I, II, III – Medical Aspects.*
14th Annual Physician Assistant Refresher Course – Advanced. Fayetteville, North Carolina 1993

*Teratogenic Effects of Substance Abuse. North Carolina State Conference on Substance Abuse.*
Charlotte, North Carolina 1993

*Historical Aspects of Child Abuse and Neglect .* State Conference on Child Abuse and Neglect, sponsored by the Cumberland County Mental Health Department. Fayetteville, North Carolina 1993

*Managed Medical Care – Pediatric Clinical Correlations.*98th Annual Convention and Scientific Assembly of the National Medical Association (Aerospace, Military and Occupational Medicine Section). San Antonio, Texas 1993

Child Sexual Abuse for the Clinician. 98th Annual Convention and Scientific Assembly of the National Medical Association, (Pediatric Section). San Antonio, Texas 1993

*Consultant* – Steering Committee for the Office of the Surgeon General Sponsored Fifth Annual Health Promotion Symposium (scheduled for June, 1994). San Antonio, Texas 1993

*Child Sexual Abuse, Medical Aspects.* Family Advocacy Staff Training – Advanced.
San Antonio, Texas 1993

*Child Sexual Abuse for the Pediatrician.*   Department of Pediatrics, Brooke Army Medical Center. San

Antonio, Texas 1993

*Munchausen's Syndrome by Proxy.* Department of Pediatrics, Brooke Army Medical Center. San Antonio, Texas 1993

*Child Abuse and Neglect for the Military Community.* Symposium presented by Army Community Services Family Advocacy Program. Fort Sam Houston, Texas 1993

*Child Sexual Abuse, Medical Aspects.* Family Advocacy Staff Training – Advanced. Weinheim, Germany   1994

*Family Advocacy Command Assistance Training (FACAT).* San Antonio, Texas 1994

*Family Violence Screening and Recognition.* Sixth Annual Health Promotion Conference – Sponsored by Office of the Surgeon General. Baltimore, Maryland 1994

*Cost Effectiveness of Military Air Transports in the Analysis of the TRICARE INITIATVE – Pediatric Aspects.*  99th Annual Convention and Scientific Assembly of the National Medical Association (Aerospace, Military and Occupational Medicine Section). Orlando, Florida 1994

*Group B Streptococcus Disease and Management – The WOMACK Experience.* 99th Annual Convention and Scientific Assembly of the National Medical Association (Aerospace, Military and Occupational). Orlando, Florida 1994

*AMEDD Family Advocacy Program Multivictim Course Analysis.* Steering Committee and Syllabus Construction. San Antonio, Texas 1994

*Child Sexual Abuse for the Family Practitioner.* Fayetteville Area Health Education Clinic Annual Symposium. Fayetteville, North Carolina   1994

*Medical Aspects of Child Sexual Abuse.* North Carolina Chapter of the National Association of Pediatric Nurse Associates and Practitioners – Annual Meeting. Durham, North Carolina 1994

*Functional Assessment of Children with Special Needs.* Sponsored by the North Carolina Division of Mental Health, Developmental Disabilities and Substance Abuse and the Fort Bragg Early Intervention Program. Fort Bragg, North Carolina 1994

*Medical Aspects of the Multivictim Scenario Child Sexual Abuse.* Family Advocacy Staff Training – Advanced Course sponsored by AMEDD College and School. Ludwigshafen, Germany 1995

*Behavioral Aspects of Child Sexual Abuse.* Fifth Annual State Conference on Child Abuse and Neglect, University of Texas Health Science Center at San Antonio. San Antonio, Texas 1995

*Joint Developmental Clinical Case Review-*
Chairperson, sponsored by the MEDCOM Inspector General. Washington, D.C. 1995

*Child Sexual Abuse Workshop.* Sponsored by the Department of Pediatrics, Uniformed Services University of the Health Sciences. Bethesda, Maryland 1995

*"Please Take The Stand"...The Pediatrician as a Witness.* Grand Rounds Walter Reed Army Medical Center and National Naval Medical Center, Department of Pediatrics. Bethesda, Maryland 1995

*Woman in the Military, Oak Ridge Military Academy. Oak Ridge, North Carolina 1995*

*When No Physical Evidence Exists...Child Sexual Abuse.* Fayetteville Area Health Education Center Family Medicine Symposium. Fayetteville, North Carolina 1995

*Medical Aspects of Nonaccidental Trauma, Emotional Abuse and Neglect.* Family Advocacy Staff Training, sponsored by the AMEDD College and School. San Antonio, Texas 1995

*Child Sexual Abuse, the Social Work Role.* Family Advocacy Training.
Fort Richardson, Alaska 1995

*Child Sexual Abuse for the Pediatrician.* Elmendorf Air Force Base. Anchorage, Alaska 1995

*Prosecution as Prevention- Workshop on Child Sexual Abuse for Law* Enforcement and Prosecutors. Sponsored by the Family Advocacy Program. Fort Wainwright, Alaska 1995

*The Child in the Mirror, Emotional Abuse and Neglect.* Sponsored by the Family Advocacy Program. Fort Wainwright, Alaska. 1995

*Medical Aspects of Child Sexual Abuse.* Sponsored by the Family Advocacy Program for medical staff training. Bassett Army Hospital. Fort Wainwright, Alaska 1995

*Emotional Abuse and Neglect.* Staff training for the State of Alaska Department of Youth and Family Services. Fairbanks, Alaska 1995

*The Shaken Baby Syndrome.* Staff training for the State of Alaska Department of Youth and Family Services. Fairbanks, Alaska 1995

*The Child in the Mirror, Emotional Abuse and Neglect*. Staff training for Child Development Services, sponsored by the Family Advocacy Program. Fort Wainwright, Alaska 1995

*The Medical Aspects of Child Abuse and Neglect.* Family Advocacy Staff Training. AMEDD College and School. San Antonio, Texas 1996

*Steering Committee for Department of Defense Child Case Fatality Review Team.* Alexandria, Virginia 1996

*The Judge From Hell and Other Tales from the Crypt.* Child Abuse: A Multidisciplinary Approach to the Problem sponsored by the University of Texas Health Science Center at San Antonio School of Medicine. University of Texas Health Science Center at San Antonio School of Nursing and the Alamo Children's Advocacy Center. San Antonio, Texas 1996

*Family Violence Prevention*. Panel participant for the Womack Army Medical Center Auxiliary Women's Wellness Symposium. Fort Bragg, North Carolina 1996

*Oh Be Careful Little Mouth, What You Say*. Science and the Impact of the Media – guest lecturer,

National Meeting of Beta Kappa Chi Scientific Honor Society/National Institutes of Science/Brookhaven Semester program at North Carolina A&T State University. Greensboro, North Carolina 1996

*Legal Aspects of Child Sexual Abuse.* Symposium sponsored by the Criminal Law Division. Fort Sill, Oklahoma 1996

*Child Abuse and Neglect – The Pediatrician's Role.* Symposium for the Department of Pediatrics, William Beaumont Army Medical Center. El Paso, Texas   1996

*Nonaccidental Trauma, Neglect and Child Sexual Abuse – A Training Workshop for Nurses.* Sponsored by the Wake Area Health Education Center. Raleigh, North Carolina 1996

*Collaborative Treatment of the Family and Child with Abusive head Trauma.* Stateside Early Intervention Training, sponsored by the Uniformed Services University of the Health Sciences. Bethesda, Maryland 1996

*A Complete Review of the Medical Aspects of Child Abuse, Neglect and Child Sexual Abuse.* Twelve-hour curriculum sponsored by the North Carolina State Guardian ad Litem Program Greensboro, North Carolina 1996

*Child Sexual Abuse and Psychological Outcome.* Training for the medical staff of Cumberland Mental Health Hospital, Fayetteville, North Carolina 1996

*Take Time to Smell the Roses.* Speaker for the Old North State Medical Society, state convention Women in Medicine Luncheon. Charlotte, North Carolina 1996

*Child Abuse, Neglect and Child Sexual Abuse, an Overview.* Staff training for the United States Army Recruiting Command. San Antonio, Texas 1996

*Abusive Head Trauma.* Medical staff training for Keller Army Hospital. West Point, New York 1996

*The Physician in Court.* Medical staff training for Keller Army Hospital. West Point, New York 1996

*Collaborative Treatment of the Family and Child with Abusive Head Trauma.* European Regional Medical Command Early Intervention Training Conference. Willigen, Germany 1996

*Breaking the News.* European Regional Medical Command Early Intervention Training Conference. Willigen, Germany 1996

*The Persian Gulf Issue in Infants and Toddlers.* European Regional Medical Command Early Intervention Training Conference. Willigen, Germany 1996

*Medical Aspects of Child Abuse, Neglect, Munchausen By Proxy Syndrome and Child Sexual Abuse.* Family Advocacy Staff Training. AMEDD Center and School. San Antonio, Texas 1996.

*Substance Abuse and Child Abuse: A Fatal Combination.* Families in Crisis: Substance Abuse & Addictions sponsored by the Addiction Professionals of North Carolina. Burlington, NC 1996.

*Fatal Child Abuse*. European Regional Medical Command Medical Surgical Conference, Willigen, Germany 1996

*Child Sexual Abuse: Critical Elements for Diagnosis and Prosecution.* European Regional Medical Command Medical Surgical Conference. Willigen, Germany 1996

*Attention Deficit Disorder: Innovations in Behavioral Management*. European Regional Medical Command Medical Surgical Conference. Willigen, Germany 1996

*Child Sexual Abuse – The Multivictim Scenario*. Family Advocacy Staff Training – Advanced Course. AMEDD Center and School. San Antonio, Texas 1996

*Collaborative Treatment of the Family and Child with Abusive Head Trauma*. Eight Annual Leo M. Croghan Conference on Developmental Disabilities. Sponsored by the Division of Maternal and Child Health of North Carolina, Department of Environment, Health and Natural Resources and the Developmental Disabilities and Substance Abuse Services of the North Carolina Department of Human Resources. Raleigh, North Carolina 1996

*Collaborative Treatment of the Family and Child with Abusive Head Trauma, Case Study Analysis*. Zero to Three National Center for Infants, Toddlers and Families Annual conference. Washington, D.C. 1996

*Child Sexual Abuse: The Youth Offender*. Cumberland Hospital of Cape Fear Valley Health System. Fayetteville, North Carolina 1996

*Youth Offenders* .Cumberland Hospital. Fayetteville, North Carolina 1997

*The Sequence of Discovery*. National Council of Negro Women (NCNW). Washington, D.C. 1997

*No End in Sight, Fatal Child Abuse*. American Academy of Pediatrics Meeting (AAP).   San Antonio, Texas 1997

*Everything I Ever Needed to Know, I Learned on the Witness Stand – Child Sexual Abuse*. American Academy of Pediatrics Meeting (AAP). San Antonio, Texas 1997

*False Allegations of Child Sexual Abuse in Divorce/Custodial Circumstances*. District Court Judges Training Institute of the Government, University of North Carolina, Chapel Hill. Chapel Hill, North Carolina 1997

*Alternative Interventions – The Physician's Role*. The Persian Gulf Illness Update, Department of Defense, Early Intervention Program Stateside Conference. Atlanta, Georgia   1997

*The Behavioral Dynamics of Child Abuse* – Navy Bureau of Medicine Conference for Psychiatrists and psychologists. Washington, D.C. 1997

*Child Sexual Abuse* – RADAR Army Health Clinic. Fort Myer, Virginia   1997

*Child Abuse and Child Care Centers*. Family Advocacy Program Symposium.
Fort Myer, Virginia 1997

*Child Maltreatment Identification and Intervention Workshop*. Annual North State Guardian ad Litem (GAL) Conference. Greensboro, North Carolina 1997

*The Dilemma of the Youth Sex Offender*. North Carolina Association of District Court Judges' Summer Conference. Atlantic Beach, North Carolina 1997

*The Impact of Neglect*. The Navy Biennial Conference, Sponsored by the Department of the Navy Bureau of Naval Personnel. Baltimore, Maryland 1997

*False Allegations in Divorce/Custodial Scenarios*. The Navy Biennial Conference, Sponsored by the Department of the Navy Bureau of Naval Personnel. Baltimore, Maryland

*Adolescent Pregnancy and Child Maltreatment*. The Fourth African-American Summit, Harare, Zimbabwe 1997

*Filling the Void* – Conference on Parent Support after Loss of a Child, Family Life Chaplains Conference. Fort Bragg, North Carolina 1997

*Medical Aspects of Child Abuse, Neglect, Munchausen By Proxy Syndrome and Child Sexual Abuse.* Family Advocacy Staff Training, AMEDD Center and School,
 San Antonio, Texas 1997

*The Many Faces of Child Maltreatment*. Cumberland County Child Abuse Prevention Summit. Fayetteville, North Carolina 1998

*Child Maltreatment. A Community Problem Requiring A Societal Solution.* Gem City Annual Friends Symposium, sponsored by the Dayton Ohio Medical Society. Dayton, Ohio 1998
 .
*False Allegations of Child Sexual Abuse in Divorce and Custodial Scenarios.* Plenary Presentation for Child Abuse. A Multidisciplinary Approach to the Problem, sponsored jointly by the University of Texas Health Science Center and The Alamo Children's Advocacy Center. San Antonio, Texas 1998

*Expert Witness Testimony in Child Abuse Cases. A Template for Effective Testimony*. Plenary Presentation for Child Abuse, A Multidisciplinary Approach to the Problem, sponsored jointly by the University of Texas Health Science Center and The Alamo Children's Advocacy Center. San Antonio, Texas 1998

*Medical Aspects of Child Maltreatment Multivictim Course and Advanced Child Sexual Abuse.* Family Advocacy Staff Training, Advance Course, AMEDD Center and School.. San Antonio, Texas 1998

*Child Maltreatment Legal Considerations*. Advance Trial Advocacy Elective Course of the Department of Defense. The 46th Judge Advocate Officer, Graduate Course. The Judge Advocate General School. Charlottesville, Virginia 1998

*There's A Thin Line Between Love and Hate*. Child Maltreatment of Children with Disabilities Fifth Annual Early Intervention Program Stateside Conference. Atlanta, Georgia 1998

*Neuroimaging in Developmental Disabilities.* Fifth Annual Early Intervention Program Stateside

Conference. Atlanta, Georgia 1998

*From Conception to Death*. Child Maltreatment and Infant Mortality, North Carolina Infant Mortality Reduction Institute. Greenville, North Carolina 1998

*Traumatic Brain Injury in Child Maltreatment*. Annual Pilot Club Brain Related Disorders Conference. Fayetteville, North Carolina 1998

*Medical Evaluation of Child Sexual Abuse*.The Kill Devil Hills Training North Carolina American Professional Society on the Abuse of Children Kill Devil Hills. North Carolina 1998

*The Role of the Pediatrician in Cyberporn* – The Kill Devil Hills Training North Carolina American Professional Society on the Abuse of Children .Kill Devil Hills, North Carolina 1998

*Sexuality and the Disabled Adolescent*.Association for Retarded Citizens Conference -Cumberland County Chapter. Fayetteville, North Carolina 1998

*Child Maltreatment and the Child with Disabilities.* Association for Retarded Citizen Conference-Cumberland County Chapter. Fayetteville, North Carolina 1998

*The Many Faces of Child Maltreatment* . 1998 Pediatric Challenges Rockford Health System and University of Illinois College of Medicine. Rockford, Illinois 1998

*Just When I Thought It Was Safe. The Courtroom Experience in Child Abuse* Rockford Health System and University of Illinois College of Medicine. Rockford, Illinois 1998

*Medical Aspects of Child Maltreatment*.   Family Advocacy Staff Training, AMEDD Center And School. San Antonio, Texas 1998

*The Expert Witness Testimony in Child Sexual Abuse Cases*. FASTA Course AMEDD College and School. San Antonio, Texas 1999

*Everything You Were Afraid to Ask About Child Pornography and Cyberporn*. FASTA Course AMEDD College and School. San Antonio, Texas 1999

*Shaken Baby Syndrome . A Mock Trial* 20th Annual Colloquium for Prevent Child Abuse Greensboro, North Carolina 1999

*Child Maltreatment for the Law Enforcement Officer*. Training at the North Carolina State Justice Academy. Roseboro, North Carolina 1999

*Trial Counsel Training in Child Abuse and Neglect Prosecution.* United States Army Judge Advocate General's School. Charlottesville, Virginia 1999

*The Role of the Pediatrician in Child Pornography.* Annual Prosecutor's Course, United States Air Force Judge Advocate General's School. Fort Walton Beach, Florida 1999

*Loopholes in Sexual Abuse Prosecution*. Defense Counsel Course, United States Air Force Judge Advocate General's School.Fort Walton Beach, Florida 1999

*Child Sexual Abuse, Medical Evaluation and Treatment*. Family Advocacy Staff Training-Advanced Course, AMEDD Center and School. San Antonio, Texas 1999

*The Role of Child Development and Family Court* District. Court and Family Court Judge Training Sponsored by the Institute of the Government of the University of North Carolina at Chapel Hill. Burlington, North Carolina 1999

*A Thin Line Between love and Hate…Child Maltreatment and Developmental Disabilities* 17th Annual Conference. Developmental-Behavioral Disorders Update 1999, Institute for Child Development Hackensack University Medical Center. Hilton Head Island, South Carolina 1999

*The Pediatrician's Role in Promoting Parental Nurturance* 17th Annual Conference. Developmental-Behavioral Disorders Update 1999 Institute for Child Development Hackensack University Medical Center. Hilton Head Island, South Carolina 1999

*A Comprehensive Review of Child Maltreatment.* Sponsored by the Army Community Service Family Advocacy Program. Fort Leonardwood, Missouri 1999

*The Application of Child Development in Forensic Practice and Case Evaluation.* The 7th Annual Scientific Assembly of the International Association of Forensic Nurses. Scottsdale, Arizona 1999

*The Medical Aspects of Child Abuse and Neglect.* The 4th Annual United States Army Special Operations Command Family Advocacy Program Training. Fort Bragg, North Carolina 1999

*Becoming Aware of Child Maltreatment* . The 2nd Annual Community Collaboration Conference of the United States Marine Corps Family Advocacy Program Training. Cherry Point, North Carolina 1999

*The Medical Analysis of Child Pornography* North Carolina Chapter of the American Professional Society of the Abuse of Children Annual Training    Lake Junaluska, North Carolina 1999

*The Role of the Pediatrician in Promoting Parental Nurturance.* For Pediatric Grand Rounds at the Institute of Child Development and the Department of Pediatrics Hackensack Medical Center Hackensack, New Jersey 1999

*The High Risk Parent-Child Relationship and the Military Career.* Zero to Three 14th National Training Institute. Anaheim, California 1999

*The Fast Track Parent*. The Annual Developmental Evaluation Center Leo M. Croghan Conference on Developmental Disabilities. Raleigh, North Carolina 1999

 *"Tanner" Staging and Medical Experts* .The Prosecution of Internet and Computer Crimes Against Children Sponsored by the State of South Carolina Office of the Attorney General. Charleston, South Carolina 1999

*Medical Aspects of Sexual Exploitation, Pornography, Prostitution, and PC Ploys* Child Abuse. A Multidisciplinary Approach to the Problem Sponsored by the University of Texas Health Science Center at San Antonio School of Medicine, Alamo Children's Advocacy Center, The University of

Texas Health Science Center at San Antonio School of Nursing . San Antonio, Texas 2000

*Parents, Prevention and Preferred Providers* Keynote Child Abuse. A Multidisciplinary Approach to the Problem Sponsored (as above). San Antonio, Texas 2000

 *Rape and the Pediatric Survivor.* A Comprehensive Review American Professional Society on the Abuse of Children. Advanced Training Institute 21st Annual Statewide Conference on Child Abuse & Neglect Sponsored by Prevent Child Abuse North Carolina. Greensboro, North Carolina 2000

*Rape-An Acute Assessment.* 21st Annual Statewide Conference on Child Abuse & Neglect Sponsored by Prevent Child Abuse North Carolina. Greensboro, North Carolina 2000

*First Response to Child Maltreatment Conference*. Sponsored by the Ft. Sam Houston Army Community Service Family Advocacy Program. Fort Sam Houston, Texas 2000

*Child Development and Child Maltreatment.* Family Court Project Judges Training Sponsored by the University of North Carolina Institute of Government. Burlington, North Carolina 2000

*Child Abuse and Neglect Training for Chaplains.* Sponsored by Dwight David Eisenhower Army Medical Center Clinical Chaplains Internship .Fort Gordon, Georgia 2000

*A Comprehensive Review of Child Maltreatment.* Family Advocacy Staff Training –AMEDD College and School .San Antonio, Texas 2000

*Good Parenting*.18th Annual Developmental-Behavioral Disorders and the Spectrum of Pediatric Challenges Conference. Sponsored by the Hackensack University Medical Center . Hilton Head, South Carolina 2000

*Is More Better? The Problem with Multiples* 18th Annual Developmental-Behavioral Disorders and the Spectrum of Pediatric Challenges Conference. Sponsored by the Hackensack University Medical Center. Hilton Head, South Carolina 2000

*Child Abuse Prosecution. An Expert Witness Perspective* Sponsored by the North Carolina District Attorneys Association and the University of North Carolina at Chapel Hill Institute of Government. Charlotte, North Carolina 2000

 *A Template for Shaken Baby Syndrome Testimony.* 8th Annual American Professional Society on the Abuse of Children (APSAC) Colloquium. Chicago, Illinois 2000

*Child Development and Child Maltreatment* .8th Annual APSAC Colloquium, Chicago, Illinois 2000.

*The Role of the Pediatrician in Child Pornography*.8th Annual APSAC Colloquium. Chicago, Illinois 2000

*Medical Assessment in the Multiple Victim Child Abuse Case*. AMEDD Center and School USAEUR Training.Weinheim, Germany 2000

*Medical Evaluation in Child Pornography*. U. S. Postal Inspector Training. Dallas, Texas 2000

*There's A Thin Line Between Love and Hate. Child Maltreatment and Children with Disabilities.*
Department of Pediatrics Grand Rounds Duke University Medical Center. Durham, North Carolina 2000

*Parents, Prevention, and Preferred Providers.* NCAPSAC Training, Lake Junaluska, North Carolina 2000

*Internet Crimes Against Children.*North Carolina Coalition Against Sexual Assault.   High Point, North Carolina 2000

*Child Maltreatment Prosecution .*Assistant United States Attorney Training. Raleigh, North Carolina 2000.

*When the Gavel Strikes- Lessons Learned in Forensic Pediatrics.*AMEDD Center and School Forensic Child Maltreatment Course. San Antonio, Texas 2000

*The Fast Track Parent.*The National Association for the Education of Young Children Annual Conference. Atlanta, Georgia 2000

*Medical Aspects of Child Abuse Training.* North Carolina Department of Social Service Training sponsored by the University of North Carolina at Chapel Hill. Wilmington, North Carolina 2000

*There's a Thin Line Between Love and Hate .Child Maltreatment and Children with Disabilities.*
The 7th Annual June Dobbs Child Development and Child Advocacy Center Training. Madison, Wisconsin 2000

*Milestones and Mishaps. Recognizing Child Maltreatment along the Main Road of Development.*
The 7th Annual June Dobbs Child Development and Child Advocacy Center Training. Madison, Wisconsin 2000

*Child Development, Family Ties and Child Maltreatment.* District Family Court Judges Training sponsored by the Institute of the Government of the University of North Carolina at Chapel Hill. Burlington, North Carolina   2000

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors, National Center for Missing and Exploited Children. Alexandria, Virginia 2001

*Portable Guides to Investigating Child Abuse Series.* Juvenile Justice Resource Center Washington, D.C2001.

*Child Abuse~A Comprehensive Review.* Joint Service Family Advocacy Staff Training San Antonio, Texas 2001

*Milestones & Mishaps. Recognizing Maltreatment Along the Road of Development.*
22nd Annual Statewide Conference on Child Abuse & Neglect Prevent Child Abuse North Carolina Greensboro, North Carolina 2001

*The Medical Role in Child Sexual Exploitation .*Protecting Children Online for Prosecutors. National Center for Missing and Exploited Children. Alexandria, Virginia 2001

*Kids Count~ Protect our Children, Protect our Future.* First Response to Child Maltreatment Conference. Fort Sam Houston, Texas 2001

*Multidisciplinary Team Approach To The Investigation and Prevention Of Child Abuse.* First Response to Child Maltreatment Conference. Fort Sam Houston, Texas 2001

*Medical Aspects Of Child Maltreatment.*Sponsored by University of North Carolina at Chapel Hill, Department of Pediatrics. Atlantic Beach, North Carolina 2001

 *"Let's Prevent Abuse".* Third Annual Community Wide Training on Child Abuse & Neglect. Monroe, North Carolina 2001

 *"Take A Stand For The Prevention Of Child Abuse And The Protection Of   Children".* Fort Bragg Family Advocacy Program. Fort Bragg, North Carolina 2001

*Pediatric Pornography – Actors, Actresses, and Viewers.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2001

*The Pediatrician who Suspects Child Abuse-Facts, Fictions, Failures, Forensics, Fears and Fines.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2001

*Milestones and Mishaps – Recognizing Maltreatment Along the "Main Road" of Development.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges, Hackensack University Medical Center. Hilton Head Island, South Carolina 2001

*Multivictim Course.* AMEDD Center and School.San Antonio, Texas 2001

*Medical/Forensic Exams in Child Sexual Abuse Cases Part I.* 9th Annual APSAC Colloquium. Washington, DC 2001

*Medical/Forensic Exams in Child Sexual Abuse Cases, Part II.*9th Annual APSAC Colloquium. Washington, DC 2001

*Pornography, Prostitution & PC Ploys.*Georgia Council on Child Abuse (GCCA) 17th Annual Training Symposium. Atlanta, Georgia 2001

 *The Adolescent Sex Worker.*Georgia Council on Child Abuse (GCCA) 17th Annual Training Symposium. Atlanta, Georgia 2001

 *Advanced Medical Evaluations in Child Abuse Cases.* APSAC Advanced Training Institute with Dr. Dirk Huyer Georgia Council on Child Abuse (GCCA) 17th Annual Training Symposium. Atlanta, Georgia 2001

*Internet Crimes Against Children .*Southeastern Forensic Pediatric Society. Atlanta, Georgia 2001

*Protecting Children Online for Prosecutors.* Office of Juvenile Justice and Delinquency Prevention

and Fox Valley Technical College. Tucson, Arizona 2001

*Recognizing and Interpreting Child Abuse Indicators for Investigative Personnel.* Child Abuse Recognition, Reporting and Investigation Training For Professional Staff. Fort Myer, Virginia 2001

*Recognizing and Reporting Child Abuse in the Medical Setting.* Child Abuse Recognition, Reporting and Investigation Training Radar Primary Care Clinic. Fort Myer, Virginia 2001

*Child Abuse and Child Development~Resident's Training.* Department of Pediatrics, The University of Texas Medical Branch, Galveston, Texas 2001

*Death by Neglect.* The Vine Ogra, MD. Distinguished Pediatric Lectureship,The University of Texas Medical Branch. Galveston, Texas 2001

*Evidence Based Medicine in Child Maltreatment.* The University of Texas Medical Branch. Galveston, Texas 2001

*The "Expert" Expert Witness.*Understanding Medical Findings in Child Abuse for Prosecutors Sponsored by the Barrow Community Hospital and the Tree House Child Advocacy Center. Winder, Georgia   2001

*Child Sexual Exploitation and the Law.*Understanding Medical Findings in Child Abuse for Prosecutors Sponsored by the Barrow Community Hospital and the Tree House Child Advocacy Center Winder, Georgia 2001

*A Multidisciplinary Response to Sexual Assault*.Sponsored by Cape Fear Valley Health System Emergency Department. Fayetteville, North Carolina 2001

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2002

*Child Sexual Exploitation for the Investigator.* Rape Crisis Volunteers of Cumberland County's Board of Directors and Sexual Assault Response Team. Fayetteville, North Carolina 2002

*Child Development and Maltreatment* .Child Advocacy Center of Cumberland County. Fayetteville, North Carolina 2002

*The Differential Diagnosis of Nonaccidental Trauma.*First Response To Child Maltreatment Conference Family Advocacy Program .Fort Sam Houston, Texas 2002

*It Takes A Village.* First Response to Child Maltreatment Conference Family Advocacy Program. Fort Sam Houston, Texas 2002

*Comprehensive Review of Child Maltreatment*.AMEDD Center and School. Fort Sam Houston, Texas 2002

*Infant and Family Abduction.* Grand Rounds Presentation Wilford Hall Regional Medical Center. San Antonio, Texas 2002

*The Sexual Exploitation of Adolescents* 23rd Annual Conference on Child Abuse and Neglect. Greensboro, North Carolina 2002

*Child Development and Child Maltreatment*.The Twenty-First Annual Professionals' Caring for Children Conference Sponsored by Partnership for Children. Fayetteville, North Carolina 2002

*Sexual Exploitation – An Update.* Teen Prostitution Task Force. Greensboro, North Carolina 2002

*Protecting Children Online for Prosecutors.* National Center for Missing and Exploited Children Special Session. Little Rock, Arkansas 2002

*The Adolescent Sex Worker.*Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2002

*Law and Order. Preparation for Health Care Providers Serving As Expert Witnesses.* Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2002

*Suspected Child Abuse and Neglect (SCAN) and the Army Substance Abuse Program (ASAP*). Annual Program Management Training, U.S. Army Medical Command. Reno, Nevada 2002

*Child Development* Judicial Family Court Training The University of North Carolina at Chapel Hill Institute of Government Chapel Hill, North Carolina 2002

*Advanced Child Exploitation Seminar*.National Advocacy Center. Columbia, South Carolina 2002

*Milestones and Mishaps.Recognizing Maltreatment Along the "Main Road" of Development.* Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia 2002

*Sexual Assault and the Disabled Child.* Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia 2002

*Sexual Assault and the Disabled Child*. Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia 2002

*Ask The Doctors (Ask The Expert*) .Prevent Child Abuse Georgia's 18th Annual Training Symposium and APSAC Advanced Institute .Atlanta, Georgia 2002

*Exploited Child Unit Training.* National Center for Missing and Exploited Children. Alexandria, Virginia 2002

*Anatomy of the Medical Expert Witness.* Physician's Course on Domestic Violence Sponsored by the U.S. Army Medical Command .San Antonio, Texas 2002

*Mock Trial Preparation.*Physician Course on Domestic Violence Sponsored by the U.S. Army Medical Command.San Antonio, Texas 2002

*Mock Trial.*Physician Course on Domestic Violence Sponsored by the U.S. Army Medical Command.

San Antonio, Texas 2002

*Death by Neglect.*Children's Advocacy Centers of North Carolina presents The Eighth Annual Symposium On Child Abuse & Neglect. Lake Junaluska, North Carolina 2002

*Sexual Exploitation of Children.* U.S. Army Short Course. San Diego, California 2002

*Protecting The Gift*.The Autism Society of Cumberland County. Fayetteville, North Carolina 2002

*Exploited Child Unit Training*.National Center For Missing and Exploited Children. Alexandria, Virginia 2002

*Sexual Assault Overview~SANE Training* .Rape Crisis Volunteers of Cumberland County. Fayetteville, North Carolina 2002

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2003

*Medical Aspect of Child Abuse.* Family Advocacy Staff Training – Advanced. San Antonio, Texas 2003

*The Medical Expert and Child Sexual Exploitation* Colloquium. Victimization With Child Pornography Department of Applied Psychology COPINE Child Studies Unit University College Cork. Cork, Ireland 2003

*Child Abuse & Children With Disabilities.* Treatment and Education of Autistic and related Communication handicapped Children (TEACCH). Fayetteville, North Carolina 2003

*Preparing and Presenting Testimony In Child Abuser Litigation* .Cape Fear Valley Health System, Fayetteville, North Carolina 2003

*Child Abuse & Domestic Violence. A Challenge for Developmental and Behavioral Clinicians;* 21st Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2003

*How Does The Concerned Pediatrician Maintain Rapport With The Abusive Family*. 21st Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center .Hilton Head Island, South Carolina 2003

*The Role of the Medical Expert In Child Pornography.* 21st Meeting of the Interpol Specialist Group on Crimes Against Children .Lyon, France 2003

*Updates in Child Sexual Exploitation.* Prevent Child Abuse Georgia 19th Annual Training Symposium and APSAC Advanced Institute. Atlanta,Georgia 2003

*Advance Training for HFG Program Managers & First Coordinator. Developmental Milestones,* Prevent Child Abuse Georgia 19th Annual Training Symposium and APSAC Advanced Institute. Atlanta, Georgia   2003

*Adolescent Pregnancy Resulting from Sexual Abuse.* Prevent Child Abuse Georgia 19th Annual Training Symposium and APSAC Advanced Institute.Atlanta,Georgia 2003

*Proving The Age Of A Child.*Investigation and Prosecution of Advanced Child Exploitation Cases Department of Justice. Columbia, South Carolina 2003

*Is There A Doctor in the House? ICAC Investigations and the Medical Expert* Crimes Against Children Conference. Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2003

*Physical Abuse and Child Development.When the History Doesn't Fit.* 2003 Crimes Against Children Conference, Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2003

*The Investigation of Sexual Abuse in the Disabled Victim.* 2003 Crimes Against Children Conference, Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2003

*Anatomy of the Medical Expert Witness.* Physician's Course On Domestic Violence, Sponsored by the US Army Medical Command. San Antonio, Texas 2003

*The Role of the Medical Expert in Child Pornography.*International Conference on Child Exploitation, Toronto Police Service Sex Crimes Unit. Toronto, Ontario 2003

*Pornography, Prostitution & PC Ploys. Child Sexual Exploitation* International Association of Forensic Nurses – 11th Annual Scientific Assembly. Las Vegas, Nevada 2003

*The Neurobiology of Trauma.* Family Advocacy Program Worldwide Conference. Colorado Springs, Colorado 2003

*Autism Spectrum Disorder – A Continuum In The Life Of A Child.* TRICARE Mid-Atlantic Region Special Needs Awareness Forum. Fayetteville, North Carolina 2003

*Internet Crimes Against Children.* 2003 AMSUS Conference. Ft. Sam Houston, Texas 2003

*The Development Impact of Intimate Partner Violence* 15th Annual Leo M. Croghan Conference on Developmental Disabilities   Raleigh, North Carolina 2003

*Child Homicide in Indian Country.*Indian Country Homicide Investigation Seminar. Chandler, Arizona 2004

*Forensic Aspects of Child Abuse.*Department of the Army Family Advocacy Staff Training, Advanced Forensic Course. San Antonio, Texas 2004

*The Medical, Psychological and Legal Aspects of Child and Juvenile Sexual Exploitation.* Basic Training for New Family Court Judges and Staff School of Government .Pinehurst, North Carolina 2004

*Child Sexual Exploitation Thoughts for Canada.*Child Find Manitoba and Cybertip CA. Winnipeg, Manitoba 2004

*Child Maltreatment. An Overview.*Department of the Army Family Advocacy Staff Training Course. Weinheim, Germany 2004

*An Advanced Training in Child Maltreatment and Family Violence.* Prevent Child Abuse North Carolina Conference. Durham, North Carolina 2004

*An Advanced Training in Child Maltreatment and Family Violence* .Prevent Child Abuse North Carolina Conference. Durham, North Carolina 2004

*The Short and Long-Term Effects of Child Sexual Abuse.* Regional Child Abuse Conference. Fayetteville, North Carolina 2004

*Intimate Partner Violence Screening.*U.S. Army Medical Command, Montcrief Army Community

*Family Injury Prevention-Overview.* U.S. Army Medical Command, Montcrief Army Community Hospital. Fort Jackson, South Carolina 2004

*Child Pornography and the Internet.*Dangers OnlinePreventing Child Pornography Emmanuel Baptist Church. Monroe, North Carolina 2004

*Identification and Community Responses to Child Pornograph* .Dangers Online: Preventing Child Pornography Emmanuel Baptist Church. Monroe, North Carolina 2004

*Family Injury Prevention* 2004*an Overview.*"Homecoming Alaska-Partners in Prevention" Seminar. Fort Richardson, Alaska 2004

*Family Injury Prevention – Intimate Partner Violence Screening.* "Homecoming Alaska-Partners in Prevention" Seminar .Fort Wainwright, Alaska 2004

*Child Sexual Exploitation Thoughts for Canada.* National Child Exploitation Workshop. Winnipeg, Manitoba 2004

*The Medical Role in Child Sexual Exploitation.*U.S. Army National Nurse Conference Fort Leonard Wood, Missouri 2004

*The Neurobiology Of Trauma.*22nd Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center.Hilton Head Island, South Carolina 2004

*The Emerging Culture of Sexploitation.* 22nd Annual Developmental-Behavioral Disorders and A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2004

*Deployment and Family Injury Prevention.* Fort Myer Family Advocacy Training. Fort Myer, Virginia 2004

*Safety NET.Multidisciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation.* American Prosecutors Research Institute's National Center for Prosecution of Child

Abuse at Purdue University West. Lafayette, Indiana 2004

*International Online Child Sexual Victimization Symposium.* Federal Bureau of Investigation, National Center for the Analysis of Violent Crime. Leesburg, Virginia 2004

*Early Intervention In A Time Of War.* Educational & Developmental Intervention Service Provider and Manager's Workshop. Savannah, Georgia 2004

*On The Ground Community Collaboration.* Department of Defense Family Advocacy Program Training Conference. Charlotte, North Carolina 2004

*The Link Between Promoting Healthy Sexual Behavior in Adolescents and Child Abuse Prevention.* Prevent Child Abuse Georgia 20th Annual Symposium. Atlanta, Georgia   2004

*Child Development and Child Maltreatment. Recognizing Common And Uncommon Offender Ideas About Cause and Effect* Prevent Child Abuse Georgia 20th Annual Symposium .Atlanta, Georgia 2004

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution National Center for Missing and Exploited Children. Alexandria, Virginia 2004

*Culture, Class and Consent in Sexual Exploitation & Trafficking* .The American Professional Society on the Abuse of Children – 12th Annual Colloquium. Hollywood, California 2004
*When No One Cares For Children ~ A Study of Neglect* .North Carolina Professional Society on the Abuse of Children. Apex, North Carolina 2004

*Child Pornography and the Medical Expert* .Dallas Police Department & Dallas Children's Advocacy Center.Dallas, Texas 2004

*Sexual Abuse of the Disabled Child.* Dallas Police Department & Dallas Children's Advocacy Center. Dallas, Texas 2004

*STD's in Child Abuse Cases.* Dallas Police Department & Dallas Children's Advocacy Center Dallas, Texas 2004

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors. National Center for Missing and Exploited Children. Alexandria, Virginia 2004

*Qualifying as a Medical Expert.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2004

*Preparing a Demonstrative Aid.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas   2004

*Family Injury Prevention an Overview.* Physician Assistant Training Methodist College Fayetteville, North Carolina 2004

*Child Abuse and Developmental Disabilities.* Alaska Child Maltreatment Conference. Anchorage, Alaska 2004

*Providing the Age of A Child*. Alaska Child Maltreatment Conference. Anchorage, Alaska 2004

*Internet Crimes Against Children*. Alaska Child Maltreatment Conference, Anchorage, Alaska 2004

*Child Exploitation and Prostitution*. Alaska Child Maltreatment Conference, Anchorage, Alaska 2004

*Child Sexual Abuse and Courtroom Testimony.* International Association of Forensic Nurses 12th Annual Scientific Assembly Chicago, Illinois 2004

*Child Sexual Abuse and Courtroom Testimony.* International Association of Forensic Nurses 12th Annual Scientific Assembly. Chicago, Illinois 2004

*Medical Aspect of Child Prostitution.* SCAR/Jasper Mountain 20th Annual Western Regional Symposium On Child Abuse and Sexual Assault .Eugene, Oregon 2004

*Deployments and Family Injury Prevention (Our New and Chaotic World).*AMSUS 2004 Conference Denver, Colorado   2004

*Neglect – Important Red Flags.* Guardian ad Litem Statewide Staff Meeting Camp Caraway, North Carolina 2004

*Factors in Family, Injury.* Morehouse School of Medicine**.**Atlanta, Georgia 2004

*Helping Families Deal with Deployment*.Family Advocacy Staff Training, Advanced (FASTA) Child Abuse Course. San Antonio, Texas 2004

*Child Sexual Exploitation and Internet Crimes Against Children.* The Alamo Children's Advocacy Center 2004 Child Abuse Conference. San Antonio, Texas 2004

*The Cause and Effects of Child Sexual Exploitation ~ An International Continuum. T*he Alamo Children's Advocacy Center 2004 Child Abuse Conference. San Antonio, Texas 2004

*Medical Evaluation of Alleged Sexual Abuse.* Safe Shores – The D.C. Children's Advocacy Center. Washington, DC 2005

*The Medical Role in Child Sexual Exploitation.* International Centre for Missing & Exploited Children Focus Training Meeting-Computer Facilitated Crimes Against Children. Washington, DC 2005

*Protecting Children Online for Prosecutors.* National Center for Missing and Exploited Children. Alexandria, Virginia 2005

*It Sounds Like Greek To Me!* North Carolina Conference of District Attorney's. Raleigh, North Carolina 2005

*Template For Testimony. Child Maltreatment* North Carolina Conference of District Attorney's Raleigh, North Carolina 2005

*The Emerging Culture of Sexploitation. The Game* Grand Rounds Schneider Children's Hospital. New Hyde Park, New York 2005

*How Old Am I? Analyzing Child Pornography and Its Role in Child Sexual Exploitation* ,National Child Exploitation Coordination Center Conference. Ottawa, Ontario 2005

*Impact of Deployment*. State of the Child Conference, Mount Olive, North Carolina 2005

*Child Maltreatment. A Developmental Perspective* Institute of Government at the University of North Carolina at Chapel Hill Family Court Judges and Staff Training .Chapel Hill, North Carolina 2005

*Child Sexual Exploitation. The Most Underreported Form of Child Maltreatment* Fayetteville State University Department of Social Work, College of Humanities and Social Sciences, Master of Social Work Student Association .Fayetteville, North Carolina 2005

*Family Injury Prevention an Update.* Child Advocacy Center. Fayetteville, North Carolina 2005

*Medical Aspects of Child Sexual Exploitation.* International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Madrid, Spain 2005

*FASTA 2005.*Family Advocacy Staff Training Advanced .San Antonio, Texas 2005

*Medical and Legal Aspects of Child Sexual Exploitation.*Missouri Department of Health & Senior Services SAFE-CARE Training. Jefferson City, Missouri 2005

*Child Sexual Exploitation and Internet Crimes Against Children.* Physician's Training presented by Internet Crimes Against Children (ICAC). Tampa, Florida 2005

*Social Medicine-Family Injury Prevention.* Physician's Training presented by Internet Crimes Against Children (ICAC).Tampa, Florida 2005

*Role of Faith Community in Supporting Grandparents Raising Grandchildren* .National Center on Grandparents Raising Grandchildren Symposium .Atlanta, Georgia 2005

*Emerging Culture of Sexploitation-Impact on Youth.* National Center on Grandparents Raising Grandchildren Symposium .Atlanta, Georgia 2005

*Child Sexual Exploitation and Internet Crimes Against Children.* Guardian ad Litem Video-conference Fayetteville, North Carolina 2005

*The Sexual Abuse of Children and Youths.*Multivictim Course. San Antonio, Texas 2005

*Developmental Pediatrics In A Time of War.* 23rd Annual Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2005

*An Ounce of Prevention.*23rd Annual Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center.Hilton Head Island, South Carolina 2005

*Medical Aspects of Child Sexual Exploitation.*International Training Initiative presented by The

International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Amman, Jordan, 2005

*Medical Aspect of Child Sexual Abuse.*Family Advocacy Staff Training Advanced(Multi-Victim). Weinheim, Germany 2005

*The Emerging Culture of Sexploitation* .The American Professional Society on the Abuse of Children-13th Annual Colloquium . New Orleans, Louisiana 2005

*Violence Against Children* .National Medical Association "Patients Dealing with Violence-The Physician's Role". New York, New York 2005

*The Emerging Culture of Sexploitation.* Hand In Hand With Children: Guiding And Protecting National Center for Missing & Exploited Children .Alexandria, Virginia 2005

*War and Peace. Family Violence and the Military Family* Family Court Staff Summer Training University of North Carolina School of Government. Chapel Hill, North Carolina 2005

*Child Sexual Exploitation.* Family Court Staff Summer Training,University of North Carolina School of Government. Chapel Hill, North Carolina 2005

*Medical Complications of Prostitution of Children I & II.* 17th Annual Crimes Against Children Conference.Dallas Children's Advocacy Center & Dallas Police Department .Dallas, Texas 2005

*Teamwork from the Beginning. Health Care Providers and Child Homicide Investigations* 17th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center & Dallas Police. Department Dallas, Texas 2005

*Child Pornography and the Medical Expert.*17th Annual Crimes Against Children Conference. Dallas Children's Advocacy Center & Dallas Police Department. Dallas, Texas 2005

*The Challenge of Autism.* Europe Regional Medical Command Annual Educational and Developmental Intervention Services Conference. Garmisch, Germany 2005

*Intervention in a Time of War.*Europe Regional Medical Command Annual Educational and Developmental Intervention Services Conference .Garmisch, Germany 2005

*Anatomy of the Medical Expert Witness.*Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2005

*Qualifying as an Expert Witness.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2005

*Preparing a Demonstrative Aid.* Physician's Course on Domestic Violence Academy of Health Sciences. Fort Sam Houston, Texas 2005

*Medical Aspects of Child Sexual Exploitation*
International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Moscow, Russia 2005

*Family Injury Prevention In A Time.Of War* Family Injury Prevention Training Naval Station Norfolk Norfolk, Virginia 2005

*Family Injury Prevention In A Time Of War*. Family Injury Prevention Training Fort Eustis. Fort Eustis, Virginia 2005

*Medical Aspects of Child Sexual Exploitation.* International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Wellington, New Zealand 2005

*What Have We Learned.Causation, Psychological and Social Factors* Missing & Exploited Children: The Past, the Present, and the Future European Summit on Missing & Exploited Children International Centre for Missing & Exploited Children. Buonas, Switzerland 2005

*Early Intervention in a Time of War.*Zero To Three: 20th National Training Institute Department of Defense Summit. Washington, DC 2005

*Deployment, Family Stress & the Health Care Provide.*Zero To Three: 20th National Training Institute Department of Defense Summit .Washington, DC 2005

*The Emerging Culture of Sexploitation* .Internet Crimes Against Children Conference. Louisville, Kentucky 2005

*Dynamics of the Child Victim and Offender.*Technical Assistance, Southeast Conference on Missing and Exploited Children. Protecting Victims of Child Prostitution. Fort Myers, Florida 2005

*Dynamics of the Child Victim and Offender.*Protecting Victims of Child Prostitution   National Center for Missing and Exploited Children Alexandria, Virginia 2006

*The Military Family.* Grand Rounds, University of North Carolina, Chapel Hill .Chapel Hill, North Carolina 2006

*Child Abuse (Neglect, Physical Injuries, Sexual Abuse).* Family Advocacy Staff Training Course.San Antonio, Texas 2006

*Child Development and Maltreatment.* New Family Court Judges and Staff Training,University of North Carolina School of Government Chapel. Hill, North Carolina 2006

*Medical Aspects of Child Sexual Exploitation*. International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Istanbul, Turkey 2006

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2006

*Family Injury Prevention in a Time of War.*The 25th Statewide Conference on Child Abuse & Neglect Prevention of Child Abuse. Durham, North Carolina 2006

*Child Maltreatment Prevention. The Road Behind and the Road Ahead.*The 25th Statewide Conference on Child Abuse & Neglect Prevention of Child Abuse. Durham, North Carolina 2006

*The Emerging Culture of Sexploitation.* Reassessing the Past, Present, and the Future Role of Children and Their Participation and Protection in American Law Hamline University School of Law. St. Paul, Minnesota 2006

*Culture, Class and Consent in Sexual Exploitation and Trafficking.*The Eastern Conference on Child Sexual Abuse Treatment The University of Wisconsin Madison .Arlington, Virginia 2006.

*Child Maltreatment in the Military. Part 1*The Eastern Conference on Child Sexual Abuse Treatment. The University of Wisconsin..Arlington,Virginia 2006

*Child Maltreatment in the Military – Part 2* The Eastern Conference on Child Sexual Abuse Treatment. The University of Wisconsin, Madison. Arlington, Virginia 2006

*Emerging Culture of Sexploitation.* Womanist Convening The College of St. Catherine St. Paul, Minnesota 2006

*Sexual Exploitation of Children over the Internet. What Parents, Kids and Congress Need to Know About Child Predators* Subcommittee on Oversight and Investigations, U.S. House of Representatives Committee on Energy and Commerce. Washington, DC 2006.

*Child Sexual Exploitation and Internet Crimes against Children.* Department of Human Resources, Division of Family and Children Services. Atlanta, Georgia 2006

*Justice is For Children To.*National Crime Victims' Rights Week XVIII Airborne Corps & Fort Bragg Staff Judge Advocate & Armed Services YMCA. Fort Bragg, North Carolina 2006

*Current Myths and Misconceptions Surrounding Disclosure Gaps of Sexual Abuse. Addressing the Gap* Child Find Manitoba – Missing & Exploited Children Conference.Winnipeg, Manitoba 2006

*Child Sexual Exploitation: Comprehensive Review of Child Internet Crimes.* "4th Annual Conference on Sexual Abuse in Children and Adolescents. What a Medical Provider Needs to Know" Emory University School of Medicine.Atlanta, Georgia 2006

*Child and Adolescent Maltreatment Evaluation.*"4th Annual Conference on Sexual Abuse in Children and Adolescents. What a Medical Provider Needs to Know" Emory University School of Medicine. Atlanta, Georgia 2006

*Multi-Victim Child Sexual Assault a Child Sexual Abuse Images.*"Hot Topics in the Investigation and Prosecution of Child Abuse"Children's Hospital of Wisconsin. Milwaukee, Wisconsin 2006

*The Emerging Culture of Sexual Exploitation.*"Hot Topics in the Investigation and Prosecution of Child Abuse" Children's Hospital of Wisconsin. Milwaukee, Wisconsin 2006

*Sexploitation and Rap Hip Hop Media.   A Growing Public Menace.* 24th Annual Developmental -Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina   2006

*GLBT: The Alphabet Soup of Teen Sexuality.* 24th Annual Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center.Hilton Head Island, South Carolina 2006

*The Emerging Culture of Sexploitation.*3rd Annual Multidisciplinary Training Conference Florida Network of Children's Advocacy Centers. Orlando, Florida 2006

*The Role of the Health Care Provider in Child Sexual Abuse Images.* 3rd Annual Multidisciplinary Training Conference Florida Network of Children's Advocacy Centers Orlando, Florida 2006.

*Is There a Doctor in the House? The Role of a Health Care Provider* North Carolina District Attorney's Association. Wilmington, North Carolina 2006

*Online Grooming.* APSAC's 14th National Colloquium. Nashville, Tennessee 2006

*Child Abuse (Neglect, Physical Injuries, Sexual Abuse.* Family Advocacy Staff Training Course. San Antonio, Texas 2006

*Medical Aspects of Child Sexual Exploitation.* International Training Initiative presented by The International Center for Missing and Exploited Children and Interpol, Sponsored by Microsoft. Dalian, China 2006

*Is There A Doctor In The House?* Kentucky Prosecutors Conference. Louisville, Kentucky 2006

*Case Studies in Family Prostitution of Children.*18th Annual Crimes Against Children Conference Fox Valley Technical College/Office of Juvenile Justice and Delinquency Prevention .Dallas, Texas 2006

*Medical Analysis of Child Pornography.*18th Annual Crimes Against Children Conference Fox Valley Technical College/Office of Juvenile Justice and Delinquency Prevention .Dallas, Texas 2006

*Family Violence and the Military Family.*18th Annual Crimes Against Children Conference Fox Valley Technical College/Office of Juvenile Justice and Delinquency Prevention .Dallas, Texas 2006

*The Role of the Medical Expert In The Case of Insult to Injury.* Physician's Course on Domestic Violence Academy of Health Sciences.Fort Sam Houston, Texas 2006

*Human Trafficking: A Hidden Crisis*Forensic Nursing. A Global Response to Crime, Violence and Trauma International Association of Forensic Nurses. Vancouver, British Columbia, 2006

*Culture, Class and Consent in Sexual Exploitation and Trafficking.* Midwest Conference on Child Sexual Abuse and Incest University of Wisconsin Madison. Madison, Wisconsin 2006

*Online Grooming.*Midwest Conference on Child Sexual Abuse and Incest University of Wisconsin Madison. Madison, Wisconsin 2006

*Exploitation of Children Through Prostitution.* Bringing Our Missing Children Home Safely. A State Clearinghouse/Non Profit Organization National Conference.Appleton, Wisconsin 2006

*From Horizon to Landscape ~ Child Sexual Exploitation in an Age of Information and Computer Technology.* 21st Annual San Diego Maltreatment Conference. San Diego, California 2007

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children .Alexandria, Virginia 2007

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution National Center for Missing and Exploited Children .Alexandria, Virginia 2007

*Child Pornography: Victim Dynamics and Identification.* SAFETY NET: Multidisciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation American Prosecutors Research Institute's National Center for Prosecution of Child Abuse .Philadelphia, Pennsylvania 2007

*Family Violence and the Military Family* Conference on Crimes Against Women. Dallas, Texas 2007

*Sexual Assault/Medical Forensics.* Uniformed Services Academy of Family Physicians Annual Meeting. Hilton Head, South Carolina 2007

*Who's Being Groomed? Child Sexual Exploitation & The Marketing of Sexua Harm.* 15th Annual Children's Justice Conference. Seattle, Washington 2007

*Child Sexual Abuse Images. We Have To Do More!* 15th Annual Children's Justice Conference. Seattle, Washington 2007

*Role of MDT's in Human Trafficking.* 15th Annual Children's Justice Conference .Seattle,Washington 2007

*Abuse and Neglect of Children with Disabilities.* The Interagency Child Abuse Prevention Council. Gaston County, North Carolina 2007

*Online Sexual Exploitation of Children.* 4th Annual Child Abuse Conference Cumberland County Department of Social Services. Fayetteville, North Carolina 2007

*Healthy Relationships in a Cyberspace World.* Greensboro Medical Society, Guilford County Department of Public Health and Anderson Grove Baptist Church. Greensboro, North Carolina 2007

*Family Injury Prevention and Shaken Baby Syndrome.* Winn Army Community Hospital. Fort Stewart, Georgia 2007

*The Least of These – Child Victims of Crime.* National Crimes Victims' Rights Week Office of the Staff Judge Advocate, XVIII Airborne Corps, Fort Bragg, & Armed Services YMCA .Fort Bragg, North Carolina 2007

*The Most Underreported Form of Child Abuse – Child Sexual Exploitation.* 5th Annual Protecting Ohio's Children Conference. Columbus, Ohio 2007

*Threat Level Orange for Kids – Computers & Crimes.* 5th Annual Protecting Ohio's Children Conference .Columbus, Ohio 2007

*Is My Space a Safe Space? A Social Networking Site for Dummies.* A Review of
Developmental-Behavioral Disorders & A Spectrum of   Pediatric Challenges Hackensack University
Medical Center. Hilton Head Island, South Carolina 2007

*Threat Level Orange for Children.* A Review of Developmental-Behavioral Disorders & A Spectrum
of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina
2007

 *Child Sexual Exploitation ~ Who's Being Groomed?* National Leadership Conference 2007
 National Children's Alliance.Washington, DC 2007

*Online Grooming.*The APSAC 15th Annual Colloquium, American Professional Society on the Abuse
of Children.Boston, Massachusetts 2007

*Sexual Exploitation of Children with Disabilities.*New Mexico Advanced SANE Conference
New Mexico Coalition of Sexual Assault Programs, Inc. Albuquerque, New Mexico 2007

*Child Sexual Abuse in the Military*.New Mexico Advanced SANE Conference New Mexico Coalition
of Sexual Assault Programs, Inc .Albuquerque, New Mexico 2007

*Role of SANE in Child Sexual Exploitation.* NC IAFN 2nd Annual Educational Retreat North Carolina
Chapter International Association of Forensic Nurses .Sunset Beach, North Carolina 2007

*Who's Being Groomed in Child Sexual Exploitation*. NC IAFN 2nd Annual Educational Retreat
North Carolina Chapter International Association of Forensic Nurses Sunset Beach, North Carolina
2007

*Normalization of Sexual Harm.*AFE-CARE Network Missouri Department of Health and Senior
Services Jefferson City, Missouri 2007

*Internet Exploitation of Children* The Spectrum of Prevention: Missouri Sexual Assault Prevention
Conference SAFE-CARE Network Missouri Department of Health and Senior Services.Jefferson City,
Missouri 2007

*Child Abuse in the Military Family*.19th Annual Crimes Against Children Conference, Dallas
Children's Advocacy Center and Dallas Police Department .Dallas, Texas 2007

*Medical Analysis of Child Pornography.*19th Annual Crimes Against Children Conference
Dallas Children's Advocacy Center and Dallas Police Department .Dallas, Texas 2007

*Compliant Victims: Who's Being Groomed.*19th Annual Crimes Against Children Conference
Dallas Children's Advocacy Center and Dallas Police Department.Dallas, Texas 2007

*Medical Analysis of Child Pornography.*19th Annual Crimes Against Children Conference
Dallas Children's Advocacy Center and Dallas Police Department.Dallas, Texas.2007

*Sexual Exploitation of Children* Gulf States Victim Witness Conference "All For One"
United States Attorney Middle District of Alabama Destin, Florida 2007

*Online Grooming ~ Who's Being Groomed?* Gulf States Victim Witness Conference " All For One" United States Attorney Middle District of Alabama Destin, Florida 2007

*Threat Level Orange ~ Child Sexual Exploitation.*8th National Conference on Child Sexual Abuse and Exploitation Prevention The National Children's Advocacy Center and the Association for Sexual Abuse Prevention .New Orleans, Louisiana 2007

*Online Grooming ~ Who's Being Groomed?* 2007 Protecting Texas Children Conference
The Children's Assessment Center   Houston, Texas 2007

*Online Grooming Part 1.*-Midwest Conference on Child Sexual Abuse Professional Development and Applied Studies, University of Wisconsin-Madison and Family Sexual Abuse Treatment, Inc Madison, Wisconsin 2007

*Online Grooming Part 2.* Midwest Conference on Child Sexual Abuse Professional Development and Applied Studies, University of Wisconsin-Madison and Family Sexual Abuse Treatment, Inc Madison, Wisconsin 2007

*Online Grooming ~ Who's Being Groomed?* 6th Annual Symposium on Child Abuse and Neglect "Child Sexual Exploitation and its Sequel" Children's Medical Resource Network .Whittington, Illinois 2007

*Child Sexual Exploitation: Who's Being Groomed?* Grand Rounds Pediatrics and Adolescent, Medicine, Mayo Clinic. Rochester, Minnesota 2007

*Child Sexual Exploitation.*Grand Rounds Pediatrics and Adolescent Medicine Mayo Clinic. Rochester, Minnesota 2007

*Threat Level Orange – The Internet & Youth* Grand Rounds. Pediatrics and Adolescent Medicine, Mayo Clinic. Rochester, Minnesota 2007

*Who's Being Groomed.* U.S. Department of Justice 2007 Project Safe Childhood National Conference. St. Louise, Missouri 2007.

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution.National Center for Missing and Exploited Children. Alexandria, Virginia 2007

*Sexual Exploitation of Children Through Media: Who's Being Groomed?* Prevent Child Abuse Arizona 19th Statewide Child Abuse Prevention Conference,Mesa, Arizona 2008

*Dynamics of the Child Victim and Offender.* Protecting Victims of Child Prostitution National Center for Missing and Exploited Children. Alexandria, Virginia 2008

*The Medical Role in Child Sexual Exploitation*. Protecting Children Online for Prosecutors. National Center for Missing and Exploited Children. Alexandria, Virginia 2008

*Commercial Sexual Exploitation of Children. The Worst of Human Trafficking Building Successful Teams-Child Abuse, Injury & Fatality: Investigation & Prevention Conference. Atlanta, Georgia* 2008

*The Sexualization of American Children.* 35th Annual National Conference on Juvenile Justice Office of Juvenile Justice & Delinquency Prevention .St. Louis, Missouri 2008

*Extended Military Deployment. The Short and Long-Term Impact on Children* Building Successful Teams-Child Abuse, Injury & Fatality: Investigation, Prosecution & Prevention Conference. Atlanta, Georgia 2008

*Child Maltreatment and Abuse.*16th Annual Social Work Symposium, University of North Carolina Pembroke. Pembroke, North Carolina 2008

*Follow The Yellow Brick Road.The Successful Journey for Military Children at Womack Army Medical Center* Month of the Military Child/Child Abuse Prevention Month Womack Army Medical Center.Fort Bragg, North Carolina 2008

*Child Exploitation.*Combating Sex. Trafficking, Women's Center at University of North Carolina-Chapel Hill. Chapel Hill, North Carolina 2008.

*Commercial Sexual Exploitation of Children,* Child. Abuse Investigations: Working Together to Figure it Out**.** Freddie Mack Foundation Child & Adolescent Protection Center, Children's National Medical Center Washington, DC 2008

*Child Sexual Exploitation, Who's Being Groomed?* Prevention of Child Exploitation Why We Should Care and What We Should Do College of Saint Elizabeth Madison, New Jersey 2008

*Update – Online Grooming for Health Care Providers Intervention and Prevention.* Grand Rounds, Phoenix Children's Hospital. Phoenix, Arizona 2008

*The New Norm-Compliant Victims vs Self Exploitation.*A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2008

*Media Addiction* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina 2008

*Sexualization of Childhood.*8th Annual Childhood and Society Symposium Point Park University. Pittsburgh, Pennsylvania 2008

*Safeguarding Children*.Child Sexual Abuse Conference, London Safeguarding Children Board. London, England 2008

*Child Pornography: Victim Dynamics and Identification.* National District Attorney's Association National Center for Prosecution of Child Abuse SAFETY NET: Multi Disciplinary Investigation and Prosecution of Computer-Facilitated Child Sexual Exploitation Redmond, Washington 2008

*The Sexually Exploited Youth Redefining Victimization.* Forensic Interviewing of Children, Adolescents, and Adults Seminar FBI New York Victim Assistance Program. New York, New York 2008

*Online Grooming.* 20th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center. Dallas, Texas 2008

*Medical Analysis of Child Pornography.* 20th Annual Crimes Against Children Conference Dallas Children's Advocacy Center. Dallas, Texas 2008

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing & Exploited Children Columbus, Ohio 2008

*Medical Interviews.* 2008 Innocence Lost National Initiative Training FBI Crimes Against Children Unit Lake Buena Vista, Florida 2008

*Medical Analysis of Child Pornography.* Project Safe Childhood National Conference Office of Juvenile Justice & Delinquency Prevention. Columbus, Ohio 2008

*Online Grooming.* Project Safe Childhood National Conference Office of Juvenile Justice & Delinquency Prevention. Columbus, Ohio 2008

*Anatomy of the Medical Expert Witness.* Physician's Course on Post Traumatic Stress Disorder, Family Violence and Sexual Assault. Fort Sam Houston, Texas 2008

*Qualifying as an Expert Witness.* Physician's Course on Post Traumatic Stress Disorder, Family Violence and Sexual Assault. Fort Sam Houston, Texas 2008

*Preparation of a Demonstrative Aid.* Physician's Course on Post Traumatic Stress Disorder, Family Violence and Sexual Assault. Fort Sam Houston, Texas 2008

*Medical Aspects of Child Physical and Sexual Abuse.* Making A Case Hinds County Sheriff's Department Office of Juvenile Justice & Delinquency Prevention. Raymond, Mississippi 2008

*The Sexualization of American Children.* Bringing Our Missing Children Home Safely, A State Clearinghouse/Nonprofit Organization Conference Office of Juvenile Justice & Delinquency Prevention. Greenville, South Carolina 2008

*Black and Blue ~ Intimate Partner Violence***.** Grand Rounds, Womack Army Medical Center  Fort Bragg, North Carolina 2008

*Child Sexual Exploitation: Abusers and Victims of Polygamy, Paternity, Ploys and Pornography* 24th Annual Midwest Conference on Child Sexual Abuse University of Wisconsin-Madison. Madison, Wisconsin 2008

*Child Sexual Exploitation: Is It See One, Do One, Teach One?* 27th Annual Research and Treatment Conference Teamwork in Trying Times: Improving Our Responses to Sexual Abuse. The Association for the Treatment of Sexual Abusers. Atlanta, Georgia 2008

*Commercial Sexual Exploitation of Children.* The Social Work Programs-Methodist University. Fayetteville, North Carolina 2008

*21st Century Youth: Solutions to Prevent Online & Technology Victimization.* Department of the

Attorney General Missing Child Center-Hawaii, Honolulu, Hawaii 2008

*21st Century Youth: Solutions to Prevent Online & Technology Victimization.* Department of the Attorney General Crime Prevention and Justice Assistance Division.Honolulu, Hawaii 2008

*Child Maltreatment.Legal and Social Implications* 20th Annual Multi-Jurisdictional Conference Office of Juvenile Justice & Delinquency Prevention.Green Bay, Wisconsin 2008

*Sexual Exploitation of Children.*20th Annual Multi-Jurisdictional Conference Office of Juvenile Justice & Delinquency Prevention. Green Bay, Wisconsin 2008

*Commercial Sexual Exploitation of Children.*The Social Work Program Methodist University. Fayetteville, North Carolina 2008

*Commercial Sexual Exploitation of Children ~ Understanding Victims Dynamics.*Through the Eyes of a Child: A Multi Disciplinary Approach to Child Advocacy Wisconsin Guardian ad Litem Conference Wisconsin Dells, Wisconsin 2008.

*Medical, Forensic and Social Aspects of Sexual Exploitation.* 23rd Annual San Diego International Conference on Child and Family Maltreatment. San Diego, California 2009

*Objectivity Under Pressure in Court: co-present with Attorney Paul Stern.* 23rd Annual San Diego International Conference on Child and Family MaltreatmentSan Diego, California 2009

*The Medical Role in Child Sexual Exploitation & Victim Identification.* Unsafe Havens I: Prosecuting Online Crimes Against Children National District Attorneys Association National Center for Prosecution of Child Abuse Santa Fe, New Mexico 2009

*The New Norm-Military School Children, Deployments and After.* National Association of School Psychologist Annual Convention **.**Boston, Massachusetts 2009

*Sexualization of America's Children.*Wisconsin Association of Women Police Conference. Appleton, Wisconsin 2009

 *The Truth in Child Maltreatment.*New Hanover County Juvenile Crime Prevention Council
 2009 Multidisciplinary TrainingWilmington, North Carolina 2009

*Dynamics of the Child Victim and Offender* Protecting Victims of Child Prostitution Department of the Attorney General/Missing Child Center-Hawaii.Honolulu, Hawaii 2009

*The Sexualization of American Children.*2009 Family Violence Conference Texas Center for the Judiciary San Antonio, Texas 2009

*Too Sexy, Too Young, Too Soon.*Junior League of Fayetteville & Child Advocacy Center Fayetteville, North Carolina 2009

"*How Many Ways Can You Hurt Me?".* Presenter: G8 Conference on Child Pornography
 University of North Carolina, Chapel Hill. Chapel Hill, North Carolina 2009.

*"How Many Ways Can I Hurt You?"*Asha Forum Consultation for North America Fuller Theological. Seminary in Pasadena, California .2009

*Cyberdysfuction Prevention Strategies*. A Review of Developmental-Behavioral Disorders & A Spectrum of   Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2009

*Autism, OCD and the Internet*. A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2009

*Child Sexual Exploitation and Internet Crimes Against Children Pediatric. Grand Rounds* Meharry School of Medicine.Nashville, Tennessee 2009.

*Online Grooming*. RadKIDS Possibilities Symposium,Western New England College.
 Springfield, Massachusetts 2009

*Sexual Exploitation of Children. The Victim Impact of Technology on Child Safety* American Professional Society on the Abuse of Children 17th Colloquium Midwest Conference on Child Sexual Abuse.Atlanta, Georgia 2009

*Sexually Explicit Music Videos ~ A Road Map to Compliant Victims and Self Exploitation* Fifth National Sexual Assault Response Training Conference .Seattle, Washington 2009

*Commercial Sexual Exploitation.*Fifth National Sexual Assault Response Training Conference. Seattle, Washington 2009

*Sexual Exploitation of Children.The Victim Impact of Technology on Child Safety* American Professional Society on the Abuse of Children (APSAC)17th Annual APSAC ColloquiumAtlanta, Georgia 2009

*Sexual Exploitation of Children.The Impact of Technology on Child Safety,* Center for Child Protection Austin, Texas 2009

*Overview of Victimization* Innocence Lost. Investigation and Prosecution of Sex Trafficking of Children Seminar National Advocacy Center.Columbia, South Carolina 2009

*Overview of Victimization.*Innocence Lost: Investigation and Prosecution of Sex Trafficking of Children Seminar National Advocacy Center.Columbia, South Carolina 2009

*Child Sexual Exploitation.*United States Army Worldwide Family Advocacy Conference Louisville, Kentucky 2009

*How Many Ways Can You Hurt Me? Child Pornography Victimization* 21st Annual Crimes Against Children Conference. Dallas, Texas 2009

*Dealing with the "Bad" Witness in the Prostitution of Children & Youth* .21st Annual Crimes Against Children Conference. Dallas, Texas 2009

*Child Homicide in the Name of God.*21st Annual Crimes Against Children Conference.Dallas, Texas

2009

*Child Torture.*21st Annual Crimes Against Children Conference. Dallas, Texas 2009

*How Many Ways Can You Hurt Me? Child Pornography Victimization ~ Repeat* 21st Annual Crimes Against Children Conference.Dallas, Texas 2009

*Child Torture ~ Repeat.* 21st Annual Crimes Against Children Conference.Dallas, Texas 2009

*Child Homicide in the Name of God .Repeat* 21st Annual Crimes Against Children Conference, Dallas, Texas 2009

*Understanding and Responding to Sexual Abuse and Exploitation of Children.* Alliance for Change through Treatment.Atlanta, Georgia 2009

*How Many Ways Can You Hurt Me?* World Childhood Foundation .Stockholm, Sweden 2009.

*Technology and Child Sexual Exploitation-Knowledge is Power!* The Fifteenth Annual Symposium on Child Abuse and Neglect, Children's Advocacy Center of North Carolina .Lake Junaluska, North Carolina 2009.

S*exual Exploitation of Children. The Victim Impact of Technology on Child Safety* 25th Annual Midwest Conference on Child Sexual Abuse University of Wisconsin-Madison Madison, Wisconsin 2009.

*Sexual Solicitation of Minors on the Internet.Clinical and Legal Challenges in the case of a 16 year old runaway* 56th Annual Meeting, American Academy of Child & Adolescent Psychiatry Honolulu, Hawaii 2009

*Sexual Exploitation of Children: The Victim Impact of Technology on Child Safety* 25th Annual Conference on Child Sexual Abuse *University of Wisconsin-Madison* Middleton, Wisconsin 2009

*Supporting Military Families in the Face of Trauma, Grief, and Loss. Connecting Science,Policy, and Practice* Zero to Three 24th National Training Institute. Dallas, Texas 2009

*Characteristics of Collectors/Offenders/Indicators of Other Offenses.*The National Center for Justice and the rule of Law,The University of Mississippi.Oxford, Mississippi 2010

*Dimensions of Child Pornography Victimization.*The National Center for Justice and the Rule of Law The University of Mississippi, Oxford, Mississippi 2010

*Exploitation Issues –Safeguarding Yourself.*Building Bridges: A Partnership with Community-Based Services for Families in Need Jimmy Ryce Law Enforcement Training Center, Alexandria, Virginia 2010

*Commercial Sexual Exploitation of Children.* Justice in Action Conference 2010 Center for omen's Studies Vanguard University .Costa Mesa, California 2010

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors

National Center for Missing and Exploited Children .Alexandria, Virginia 2010

*How Many Ways Can You Hurt Me: Child Pornography Victimization* Pediatric Grand Rounds Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2010

*How to Rehab a Bad Victim Witness.*Pediatric Grand Rounds Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2010

*Child Sexual Exploitation.*Team Approach to Child Abuse ,Neglect The University of North Carolina at Chapel Hill. Chapel Hill, North Carolina 2010

*Love is Not abusing: Anticipatory Guidance in Teen Relationships*. A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2010

*Sexualized Behaviors in Children, Normal, Abnormal or Do Something Now.*A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton Head Island, South Carolina 2010

*The Slippery Slope of Self-Made Porn*. The Future of Pornography: Stop Porn Culture! Conference Wheelock College.Boston, Massachusetts 2010

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2010

*Sexual Violence, Assault, Trafficking, and Exploitation. Making The Case* Durham Crisis Response Center .Durham, North Carolina 2010

*Human Trafficking* Strategies for Justice. Advanced Investigation and Prosecution of Child Abuse and Exploitation National District Attorneys Association. National Harbor, Maryland 2010

M*edical Protocols for Interviewing Victims of Human Trafficking*. Strategies for Justice, Advanced Investigation and Prosecution of Child Abuse and Exploitation National District Attorneys Association. National Harbor, Maryland 2010

*Child Sexual Exploitation. An Overview* Montana Sex Offender Management Symposium: The Full Spectrum Montana Department of Corrections.Great Falls, Montana 2010

*Child Pornography Collectors. What We Know and Don't Know* Montana Sex Offender Management Symposium: The Full Spectrum Montana Department of Corrections. Great Falls, Montana 2010

*Everything You Need to Know About Technology Facilitated Victimization of Children,But Were Afraid to Ask (Part1).* Forward March, Moving Children Forward During Challenging Times Southern Regional Area Health Education Center. Fayetteville, North Carolina 2010

*Everything You Need to Know About Technology Facilitated Victimization of Children,But Were Afraid to Ask (Part II).* Forward March: Moving Children Forward During Challenging Times Southern Regional Area Health Education Center.Fayetteville, North Carolina 2010

*Dimensions of Child Pornography Victimization.*West Virginia Judicial Education Conference The Supreme Court of Appeals of West Virginia and The West Virginia Judicial Association. Martinsburg, West Virginia 2010

*Child Pornography Offenders Dynamics.*West Virginia Judicial Education Conference. The Supreme Court of Appeals of West Virginia and The West Virginia Judicial Association. Martinsburg, West Virginia 2010

*Child Sexual Abuse & Exploitation: Educating, Empowering & Transforming Lives*. Family Court, Superior Court of the District of Columbia, Ninth Annual Multidisciplinary Training Conference. Washington, DC. 2010

*The Eye of the Storm.*Georgia Commercial Sexual Exploitation of Children Training. Children's Healthcare of Atlanta Child Protection Center at Scottish Rite .Atlanta, Georgia 2010

*Child Pornography Victimization. How Many Ways Cay You Hurt Me?* Alaska Child Maltreatment Conference Alaska Children's Alliance.Anchorage, Alaska 2010

*Child Torture Calling It Like It Is.* Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2010

*Dealing With A "Bad" Victim Witness.* Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2010

*The Internet -How Many Ways Can You Hurt Me?* Grand Rounds Wake Forest University Baptist Medical Center.Wake Forest, North Carolina 2010

*Pediatric Anticipatory Guidance on a Safer Internet.* Grand Rounds-Hackensack University Medical Center.Hackensack, New Jersey 2010

*Commercial Sexual Exploitation of Children.* Protecting Victims of Child Prostitution National Center for Missing and Exploited Children.Alexandria, Virginia 2010

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children.Alexandria, Virginia 2010

*Medical Overview of Physical Injuries & Sexual Abuse.*Family Advocacy Staff Training –AMEDD College and School.San Antonio, Texas 2011

*Characteristics of Collectors/Offenders/Indicators of Other Offenses.*The National Center for Justice and the Rule of Law, The University of Mississippi.Oxford, Mississippi 2011

*Dimensions of Child Pornography Victimization.*The National Center for Justice and the Rule of Law The University of Mississippi. Oxford, Mississippi 2011

*GBLT Parenting.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2011

*Internet Parenting: The Good, the Bad and the Ugly.* A Review of Developmental-Behavioral

Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center
Hilton Head Island, South Carolina 2011

*The Medical Role in Child Sexual Exploitation.*The Medical Role in Child Sexual Exploitation
Protecting Children Online for Prosecutors National Center for Missing and Exploited Children
Alexandria, Virginia 2011.

*Medical Issues for Attorneys in TPR Cases.*Child Protect Trial Advocacy for Civil Child Protection
Attorneys National District Attorneys Association. Winona, Minnesota 2011

*Child Maltreatment – Making the Case. Hindsight is Always 100%!"*APSAC 19th Annual
Colloquium.Philadelphia, Pennsylvania 2011

*Medical Overview of Physical Injuries & Sexual Abuse, Part I.* Family Advocacy Staff Training Course
(FAST).San Antonio, Texas 2011

*Medical Overview of Physical Injuries & Sexual Abuse, Part II.* Family Advocacy Staff Training
Course (FAST)San Antonio, Texas 2011

*Commercial Sexual Exploitation of Children and the Family Connection.*2011 Annual North Carolina
Pediatric Society Meeting.Asheville, North Carolina 2011

*Sexual Exploitation of Children: The Victim Impact of Technology on Child Safety.* 19th Oklahoma
Conference on Child Abuse and Neglect .Norman, Oklahoma 2011

*When Sexual Harm Becomes Normal.*19th   Oklahoma Conference on Child Abuse and Neglect.
Norman, Oklahoma 2011

*Severe Child Abuse or Torture?* 19th, Oklahoma Conference on Child Abuse and Neglect.
Norman, Oklahoma 2011

*The Impact of Entertainment and Fashion on Young People.*Office of Juvenile Justice and Delinquency
Prevention Training And Technical Assistance Centre National Conference.
National Harbor, Maryland 2011

*Child Victimization: How Many Ways Can Technology Hurt Me?* District of Columbia Superior Court
Criminal Division,Second Annual Criminal Justice Conference.Washington, D.C.   2011

*Eye of the Storm PartI.*11th   Annual Child Abuse and Neglect Conference. Atlanta, Georgia 2011

*Eye of the Storm Part II.*11th   Annual Child Abuse and Neglect Conference .Atlanta, Georgia 2011

*Characteristics of Collectors/ Offenders/ Indicators of Other Offenses Dimensions of Child
Pornography victimization.*The National Judicial College and National Center for Justice and The Rule
of Law: Handling Child Pornography Cases. Oxford, Mississippi 2011

*How Do We Address the Crisis of Child Abuse in the Internet Era?* International Center for Missing &
Exploited Children (ICMEC) Rome Forum before the Italian Senate. Rome, Italy 2011

*Working Together to Help Victims of Sex Trafficking.*Department of the Attorney General, Crime Prevention and Justice Assistance Division.Honolulu, Hawaii 2012

*The Medical Role in Child Sexual Exploitation.*Protecting Children Online for Prosecutors National Center for Missing and Exploited Children.Alexandria, Virginia 2012

*Medical Aspects of Child Abuse*. Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2012

*Commercial Sexual Exploitation of Children.* National Center for Missing and Exploited Children Alexandria, Virginia 2012

*An Overview of Domestic Minor Sex Trafficking: Remember That This Could Be Your Kid!* It Takes A Community to Protect a Child –Annual Child Abuse Conference Sponsored by the Child Advocacy Center of Fayetteville. Fayetteville, North Carolina 2012

*Medical Overview of Physical Injuries & Sexual Abuse.*Family Advocacy Staff Training Course Garmisch, Germany 2012

*Overview and Implications: Child Sexual Exploitation Cases.*Family Advocacy Outreach Network Conference Survivors and Solutions Jimmy Ryce Law Enforcement Center National Center for Missing and Exploited Children. Alexandria, Virginia 2012

*Homeschooling Curricula.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center Hilton .Head Island, South Carolina 2012

*Domestic Minor Sex Trafficking – Picking Up the Pieces.* A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges Hackensack University Medical Center. Hilton Head Island, South Carolina 2012

*Ethical Dilemmas Associated with Violence in Cyberspace.* ROBERT – Risk-taking Online Behavior Empowerment Through Research and Training Sponsored by the European Commission under the Safer Internet Plus Program. Berlin, Germany 2012

*Managing High Risk Patients. How to Identify Victims of Human Trafficking in a Medical Setting* Sponsored by The Sex Abuse Treatment Center Kapiolani Medical Center for Women & Children. Honolulu, Hawaii 2012

*Medical Aspects of Child Abuse*. Family Advocacy Staff Training Course (FAST). San Antonio, Texas 2012

*The Medical Role in Child Sexual Exploitation.* Protecting Children Online for Prosecutors National Center for Missing and Exploited Children. Alexandria, Virginia 2012

*A New Lethal Weapon:Internet Video Games, Search Engines and Chat.*25th Crimes Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department. Dallas, Texas 2012

*Domestic Minor Sex Trafficking: Offender Dynamics and Methods of Victimization.*25th Crimes

Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department.Dallas, Texas 2012

*Hiding in Plain Sight: The State of Ohio v Drs. Mark and Scott Blankenburg (Part 1 and* Part 2) 25th Crimes Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department.Dallas, Texas 2012

*Forensic Interviewer Training for Victims of Domestic Minor Sex Trafficking*. National Center for Missing and Exploited Children. 25th Crimes Against Children Conference Sponsored by the Dallas Children's Advocacy Center and the Dallas Police Department .Dallas, Texas 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part I*. Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part II*. Family Advocacy Staff Training Course (FAST). San Antonio, Texas 2012

*An Overview of Domestic Minor Sex Trafficking: Remember That This Could Be Your Kid!* Child Advocacy Center Annual Child Abuse Conference. Fayetteville, North Carolina 2012

*A Review of Developmental-Behavioral Disorders & A Spectrum of Pediatric Challenges* Hackensack University Medical Center.Hilton Head Island, South Carolina 2012

*Home Schooling Curricula*. Hackensack University Medical Center. Hilton Head Island, South Carolina 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part I*. Family Advocacy Staff Training Course (FAST)San Antonio, Texas 2012

*Medical Overview of Physical Injuries & Sexual Abuse, Part II*. Family Advocacy Staff Training Course (FAST).San Antonio, Texas 2012

*Interdisciplinary Approach to Management of Sex Trafficking*. "Managing High Risk Patients: How to Identify Victims of Human Trafficking in a Medical Setting" The Sex Abuse Treatment Center Kapi'olani Medical Center for Women & Children. Honolulu, Hawaii 2012

*Sex Trafficking and Sexual Exploitation: A Brief Overview of What to Look for in the Medical Setting*. "Managing High Risk Patients: How to Identify Victims of Human Trafficking in a Medical Setting" The Sex Abuse Treatment Center Kapi'olani Medical Center for Women & children Honolulu, Hawaii 2012

*Working with the Compliant Victim*. 2012 Protect Our Children Midwest Area Conference Omaha, Nebraska 2012

*Death by Neglect*.2012 Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2012

*Domestic Minor Sex Trafficking ~ What's Needed to Exit the Life*.2012 Alaska Child Maltreatment Conference Alaska Children's Alliance. Anchorage, Alaska 2012

*The Demand for Compliant Victims.* North Carolina Coalition Against Sexual Assault (NCCASA) Fayetteville, North Carolina 2012

*It's More than Just Rescuing.* North Carolina Coalition 2012 Against Sexual Assault (NCCASA). Fayetteville, North Carolina 2012

*Online Predators: The Emerging Threat.* National Youth Protection Symposium Boy Scouts of America. Atlanta, Georgia 2012

*From Trauma to Trial (Parts One & Two.* Connecticut Coalition Against Trafficking and Iota Upsilon Chapter Of Sigma Theta Tau International Nursing Honor Society New Britain, Connecticut 2012

*Sexual Torture* National District Attorneys Association National Center for Prosecution of Child Abuse Investigation and Prosecution of Child Fatalities and Physical Abuse. Honolulu, Hawaii 2012

*Adverse Childhood Experiences (ACE) and Precursors to Human Trafficking.* 27th Annual San Diego International Conference Chadwick Centre, Rady Children's Hospital-San Diego. San Diego, California 2013

*Who is on Trial Here Anyway? Expert Testimony in Human Trafficking.* 27th Annual San Diego International Conference Chadwick Centre, Rady Children's Hospital-San Diego. San Diego, California 2013

*Child Torture as a Form of Child Abuse.* 27th Annual San Diego International Conference Chadwick Centre, Rady Children's Hospital-San Diego. San Diego, California 2013

*New Dangers for Children in Cyberspace.* Joint Special Operations Command (JSOC) Family Growth and Enhancement Speakers Series .Fort Bragg, North Carolina 2013

*Child Trafficking.* Child Abuse and Neglect: A Training Program for Professionals The University of Florida College of Medicine - Jacksonville Department of Pediatrics, Division of Pediatrics Jacksonville, Florida 2013

*Severe Child Abuse or Torture?* Child Abuse and Neglect: A Training Program for Professionals The University of Florida College of Medicine - Jacksonville Department of Pediatrics, Division of Pediatrics. Jacksonville, Florida 2013

*Growing Up Online.* Practical Pediatrics 2013 Wake Forest School of Medicine. Winston-Salem, North Carolina 2013

*The Role of Pediatricians in Countering the Normalization of Sexual Harm.* Practical Pediatrics 2013 Wake Forest School of Medicine .Winston-Salem, North Carolina 2013

*Characteristics of Collectors/Offenders and Indicators of Other Offenses.* Internet Crimes Against Children (ICAC) Training for State Judges on Handling Child Poronography Cases University of Mississippi National Center for Justice & Rule of Law. 2013

*Dimensions of Child Pornography Victimization.* Internet Crimes Against Children (ICAC) Training

for State Judges on Handling Child Poronography Cases University of Mississippi National Center for Justice & Rule of Law. 2013

*Managing Ethical Dilemmas/Caregivers who Commit Murder.*Missing and Exploited Children Conference Canadian Centre for Child Protection **.**Winnipeg, Manitoba 2013.

*Children of Foster Care – What You Need to Know, But Were Afraid to Ask.* Hackensack University Medical Center.Hilton Head Island, South Carolina 2013

*Defending Childhood – Children Exposed to Real World Violence.* Hackensack University Medical Center .Hilton Head Island, South Carolina 2013

*Neurobiology of Trauma in Children.*U.S. Attorney's Office District of Columbia Children Exposed to Violence Regional Conference .Washington, DC 2013

*Child Sexual Exploitation: The Cost of Sexuality and Precursors to Human Trafficking.* APSAC 21st Annual Colloquium. Las Vegas, Nevada 2013

*Medical and Mental Health Needs for Victims of Domestic Minor Victims of Sex Trafficking.* APSAC 21st Annual Colloquium .Las Vegas, Nevada 2013

*Forensic Interviewing of Minor Victims of Sex Trafficking.* APSAC 21st Annual Colloquium Las Vegas, Nevada 2013.

*Medical Overview of Physical Injuries & Sexual Abuse, Part I.* Family Advocacy Staff Training Course (FAST)AMEDD Center & School.San Antonio, Texas 2013.

*Medical Overview of Physical Injuries & Sexual Abuse, Part II.* Family Advocacy Staff Training Course (FAST) AMEDD Center & School. San Antonio, Texas 2013

*Medical Responses to Trafficking.*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking. Koror, Palau 2013

*Polyvictimization & Adverse Child Experiences Medical.*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking .Koror, Palau 2013

*Human Trafficking (Keynote).*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking.Koror, Palau 2013

*Dynamics of Victimization & Human Trafficking Myths.* 1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking.Koror, Palau 2013

M*arginalized Populations: Race, Gender and Exploitation.*1st International Human Trafficking Conference Pacific Regional Response to Human Trafficking. Koror, Palau 2013

*Tricks of the Trade: Offenders, Perpetrators and Victims in Sex Trafficking.*25th Annual Crimes Against Children Conference.Dallas, Texas 2013

*Understanding Child Torture.*25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Defending Childhood: Children Exposed to Real World Violence.* 25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Somebody's Daughter: Taking on the Pimp (w/Julian Sher).* 25th Annual Crimes Against Children Conference.Dallas, Texas 2013

*Tricks of the Trade: Offenders, Perpetrators and Victims in Sex Trafficking.*25th Annual Crimes Against Children Conference.Dallas, Texas 2013

*Psychological Maltreatment and Manipulation: Case Examples for Multidisciplinary Child Abuse. Teams* 25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Victim Impact of Adverse Childhood Experiences: Cause or Effect of Sexual Exploitation?* 25th Annual Crimes Against Children Conference. Dallas, Texas 2013

*Understanding Child Torture (REPEAT).*25th Annual Crimes Against Children Conference Dallas, Texas 2013

*Victim Dynamics and the Normalization of Sexual Harm.*13th Annual Community Response to Child Abuse. Charleston, South Carolina 2013

*Offenders and the Culture of Pimping.*25th Annual Crimes Against Children Conference Dallas, Texas 2013

*Overview of Domestic Minor Sex Trafficking: Rebutting the Myths.* A Human Trafficking Overview for Forensic Interviewers National District Attorneys Association .Columbus, Ohio 2013

*Polyvictimization and Vulnerability to Human Trafficking.* A Human Trafficking Overview for Forensic Interviewers National District Attorneys Association .Columbus, Ohio 2013

*Medical Needs of Human Trafficking Victims and Interviewing Considerations.* Human Trafficking Overview for Forensic Interviewers National District Attorneys Association. Columbus, Ohio 2013

*Victim Dynamics and the Normalization of Sexual Harm.*The Dee Norton Lowcountry Children's Center. Mount Pleasant, South Carolina 2013

*Offenders and the Culture of Pimping.*The Dee Norton Lowcountry Children's Center. Mount Pleasant, South Carolina 2013

*Sexual Exploitation of Children in America.*Wisconsin Attorney General Conference on Protecting Children. Green Bay, Wisconsin 2013

*Domestic Minor Sex Trafficking-Victim Dynamics Team.* Children's Advocacy Centers of Texas Partners in Courage Annual Conference. Austin, Texas2013

*Adolescent Development and Victim Vulnerabilities in Sex Trafficking.* Child Sex Trafficking: Awareness & Response (C-STAR) Training National Center for Missing & Exploited Children (NCMEC). Glendale, California **2**014

*The Dynamics of Power & Control in Exploited Youth.* Child Sex Trafficking: Awareness & Response (C-STAR) Training National Center for Missing & Exploited Children (NCMEC). Glendale, California 2014

*Forensic Medical Examination.* Family Advocacy Staff Training Advanced (FASTA) Multi-Victim Child Sexual Victimization Course .San Antonio, Texas 2014

*Medical Overview of Physical Injuries & Sexual Abuse.* Family Advocacy Program-Family Advocacy Staff Training .San Antonio, Texas 2014

*Defending Childhood: Children Exposed to "Real World" Violence.* Developmental-Behavioral Pediatrics: Topics for Primary Care Texas Scottish Rite Hospital For Children Dallas, Texas 2014

*Media, Mirror Neurons and Massively Multiplayer Online Role-Playing Games.* Developmental-Behavioral Pediatrics: Topics for Primary Care Texas Scottish Rite Hospital For Children. Dallas, Texas 2014

*Children in Foster Care-What You Need to Know But Are Afraid to Ask.* Developmental-Behavioral Pediatrics: Topics for Primary Care Texas Scottish Rite Hospital for Children.Dallas, Texas 2014

*Child Sexual Exploitation: Scope of the Problem and Possibilities of Prevention.* National Children's Advocacy Center. Huntsville, Alabama 2014

*A Thin Line Between Love & Hate: Cyberbullying, Cyberstalking and Harassment.* Conference on Crimes Against Women Dallas Police Department Genesis Women's Shelter & Support Dallas, Texas 2014.

*Tricks of the Trade: Offenders, Perpetrators and Sex Trafficking, Part 1 & 2 (w/Julian* Sher). Conference on Crimes Against Women Dallas Police Department Genesis Women's Shelter & Support.Dallas, Texas 2014

*Overview and Implications: Child Sexual Exploitation Cases.* Building Bridges 2014: A Partnership with Community-Based Services for Families in Need Survivors and Solutions NCMEC Family Advocacy Outreach Network Training .Alexandria, Virginia 2014

*Defending Childhood Children Exposed to Real World Violence.* Bivona Summit on Child Abuse Bivona Advocacy Center . Rochester, New York 2014

*Neurobiology of Trauma: The Wallpaper of Violence.* Bivona Summit on Child Abuse Bivona Advocacy Center .Rochester, New York 2014

*Internet Crimes Against Children.* Child Abuse and Neglect: A Training Program for Professionals in the Field University of Florida College of Medicine .Jacksonville, Florida 2014

*Child Trafficking.* Child Abuse and Neglect: A Training Program for Professionals in the Field University of Florida College of Medicine. Jacksonville, Florida 2014

*Panel: Pornography and the Colonization of Childhood.* Coalition to End Sexual Exploitation 2014 Summit Morality in Media .Tysons Corner, Virginia 2014

*Adolescent Substance Abuse: Screening, Facts.* Hackensack University Medical Center Hilton Head Island, South Carolina 2014

*Prevention and Child Sexual Abuse – Offenders, Victims and Behavioral Outcomes.* Hackensack University Medical Center. Hilton Head Island, South Carolina 2014

*Torture of Children: Sins of Omission and Commissions.* 26th Annual Crimes Against Children Conference. Dallas, Texas 2014

*Psychological Maltreatment: Call a Spade a Spade!* 26th Annual Crimes Against Children Conference. Dallas, Texas 2014

Erasure Homicide of Children. Case Example of this type of " Missing Child" and Discussion of Offender Dynamics 26th Annual Crimes Against Children Conference. Dallas, Texas 2014

Erasure Homicide of Children. Case Example of this type of " Missing Child" and Discussion of Offender Dynamics-REPEAT 26th Annual Crimes against Children Conference. Dallas, Texas 2014

*Child Pornography: Abusive Images Infiltrate Multiple Types of Crimes.* 26th Annual Crimes Against Children Conference. Dallas, Texas 2014

*Torture of Children: Sins of Omission and Commissions-REPEAT.* 26th Annual Crimes Against Children Conference. Dallas, Texas 2014

*Psychological Maltreatment-Still Waters Run Deep.* 18th StateWide Native American Conference Reno, Nevada 2014

*Multivictim Investigations of Child Sexual Abuse and other forms of Maltreatment (Part 1).* 18th StateWide Native American Conference.Reno, Nevada 2014

*Multivicti, Investigations of Child Sexual Abuse and other forms of Maltreatment (Part 2).* 18th StateWide Native American Conference. Reno, Nevada 2014

*An Overview of Child Sexual Exploitation: What a Tangled Web We Weave.* 2014 Annual Symposium on Child Maltreatment Ann & Robert H. Lurie Children's Hospital of Chicago. Chicago, Illinois 2014

*Sexual Child Abuse or Torture: A Rose by Any Other Name Has Just as Many Thorns.* 2014 Annual Symposium on Child Maltreatment Ann & Robert H. Lurie Children's Hospital of Chicago. Chicago, Illinois 2014

*The Foster Care System.* Turri Day Conference Mott Children's Health Center .Flint, Michigan 2014

*The Sexualization of Children Efforts.* Turri Day Conference Mott Children's Health Center. Flint, Michigan 2014.

*Domestic Minor Sex Trafficking* .Turri Day Conference Mott Children's Health Center. Flint, Michigan 2014

*Just When We Thought We Understood It All. Newer Forms of Child Maltreatment* Children's Cove the Cape & Islands Child Advocacy Center. Hyannis, Maine 2014

*The Neurobiology of Trauma and Victim Impact-Investigative Implications.* Dallas Children's Advocacy Center .Dallas, Texas 2014

*Child Sexual Exploitation Today*. Dallas Children's Advocacy Center. Dallas, Texas 2014.

*Cyber Bullying* Protecting Your Special Needs Child Army Community Service (ACS). Fort Bragg, North Carolina 2015

*Child Neglect.*Protecting Your Special Needs Child Army Community Service (ACS). Fort Bragg, North Carolina 2015

*Emotional & Sexual Abuse.* Protecting Your Special Needs Child Army Community Service (ACS). Fort Bragg, North Carolina 2015

*Human Trafficking.*SHARP Victim Advocate Conference **.**Hunter Army Airfield, Georgia 201

*Cyberstalking* SHARP Victim Advocate Conference.Hunter Army Airfield, Georgia 2015

*The Sexualization of Children.*Project Harmony Child Advocacy Center – Speaking of Children Conference.Omaha, Nebraska 2015

*Violence in Sex Trafficking and Violence in Cyber Space. For Health Care Providers* Womack Army Medical Center Healthcare of Tomorrow Nursing Excellence Conference. Fort Bragg, North Carolina 2015

*Children Who Witness Family Homicide*.11th Annual Conference on Childhood Grief and Traumatic Loss ICAN Associates.Los Angeles, California 2015

*Grief of Sex Trafficking Homicide the Family's Missing Person*. 11th Annual Conference on Childhood Grief and Traumatic Loss ICAN Associates . Los Angeles, California 2015

*The Neurobiology of Trauma and Victim Impact-investigative Implications.* Child Abuse Trauma and Victim Impact United States Army Training Center. Fort Jackson, South Carolina 2015

*Adverse Childhood Experiences and Children Exposed to Violence*. Child Abuse Trauma and Victim Impact United States Army Training Center .Fort Jackson, South Carolina 2015

*Severe Abuse? Or Is This Torture?* Child Abuse Trauma and Victim Impact United States Army Training Center. Fort Jackson, South Carolina 2015

*Child Sexual Exploitation Today.* Child Abuse Trauma and Victim Impact United States Army Training Center.Fort Jackson, South Carolina 2015

*Psychological Impact of Cyberbullying and Cyberstalking (by an adult) of the Adolescent*. Shield Our Children from Harm Professional Conference: Adolescence Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2015

*Child Torture v. Serious Child (Physical) Abuse.* Shield Our Children from Harm Professional Conference: Adolescence Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2015

Adverse Childhood Experiences as They Pertain to Risk Taking Behaviors and Victimization Specifically, in the Area of DomesticMinorSex Trafficking. Shield Our Children from Harm Professional Conference: Adolescence Dartmouth-Hitchcock Medical Center. Lebanon, New Hampshire 2015

*The Torture of Children*. 2015 Child Abuse and Family Violence Summit Clackamas County Sheriff's Office. Oregon City, Oregon 2015

*An Overview of Child Sexual Exploitation As It Is Today.* 2015 Child Abuse and Family Violence Summit Clackamas County Sheriff's Office.Oregon City, Oregon 2015

*Sexual Trafficking.*20th Annual Joint Conference New York State Association for the Treatment of Sexual Abusers (NYSATSA) Conference/ New York Alliance of Sex Offender Service Providers (NYS ASOSP).Albany, New York 2015

Sexual Violence in the Military. 20th Annual Joint Conference New York State Association for the Treatment of Sexual Abusers (NYSATSA) Conference/ New York Alliance of Sex Offender Service Providers (NYS ASOSP).Albany, New York 2015

Going a Step Beyond Foster Care and Polivictimization and Case.Discussion-Ask the Expert Hackensack University Medical Center.Hilton Head Island, South Carolina 2015

*What We See is Just the Tip of the Iceberg: The Here and Now of Online Abusive Images.* 27th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center. Dallas, Texas 2015

*Jonathan Richardson: The Cat of None Tails Torture, Part 1 (with Paul Jackson).*27th Annual Crimes Against Children Conference Dallas Children's Advocacy Center. Dallas, Texas2015

*Jonathan Richardson: The Cat of None Tails Torture, Part 2 (with Paul Jackson*). Dallas Children's Advocacy Center. Dallas, Texas2015

*The Victim Impact of Multiple Forms of Child Abuse.* 27th Annual Crimes Against Children Conference, Dallas Children's Advocacy Center.Dallas, Texas 2015

*Missing Persons From Care.* 9th Annual Missing and Unidentified Persons Conference National Criminal Justice Training Center/Fox Valley Technical College .Atlanta, Georgia2015

*Violence in Cyberspace.*Know Your Part, Do Your Part, Justice for All Fort Bragg Special Victims

Summit. Fort Bragg, North Carolina 2015.

*What to know about Pimps & Traffickers.* Know Your Part, Do Your Part, Justice for All Fort Bragg Special Victims Summit. Fort Bragg, North Carolina 2015

*Sex Trafficking and Victim Dynamics.* Know Your Part, Do Your Part, Justice for All Fort Bragg Special Victims Summit. Fort Bragg, North Carolina 2015

*The Quagmire of Children and Families.* Violence Within the Home and Its Effects on Children Nexus XX Training Conference. University City, California 2015

*Why These Are Not Just Pictures.* Ohio Attorney General's Law Enforcement Conference Columbus, Ohio 2015

*Child Sexual Exploitation - What a Tangled Web We Weave.* North Carolina Association of District Court Judges, 2015 Fall Conference. Concord, North Carolina 2015

*Not Just Pictures.* 2015 Social Services Institute Together We Make A Difference. Hickory, North Carolina 2015

*Child & Family Maltreastment.* San Diego International Conference. San Diego, Calfornia 2016

Not Just Pictures. National Center for Missing & Exploited Children .Alexandria, Virginia 2016

*Child Sex Trafficking Awareness and Response.* Comprehensive Substance Treatment and Rehabilitation. Atlanta, GA 2016

*National Conference on Health Disparities.* Medical University of South Carolina. St, Charleston, South Carolina 2016

*Cyber Violence on College Campus.* North Carolina Agricultural and Technical State University Greensboro, North Carolina 2016

*Family Advocacy Outreach.* National Center for Missing & Exploited Children. Alexandria, Virginia 2016

*Child Abuse & Family Violence Summit.* Clackamas County Sheriff's Office. Oregon City, OR 2016

*Youth Technology & Virtual Communities .* Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*High Risk Online Behavior and the Emerging and Dangerous Trend.* In Sadomasochism by Youth Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*Not Just Pictures.* Victim Impact of Abusive Images .Brisbane, Australia 2016

*Dangers in the Digital Age.* The Changing Face of Sex Abuse Investigations, Toronto Child Abuse Conference. Toronto, Canada 2016

Child Sex Trafficking Course. Henderson, NV 2016

*A Homeschooling Prescription…When, Where and How*. A Review of Developmental Behavioral & A Spectrum Pediatric Challenges Hackensack University Medical Center. Hackensack, NJ 2016

Not Just Pictures. National Crime Victims Law Institute Conference.Portland, OR 2016

The Impact of Human Trafficking for (labor and sexual purposes). At the National and Local Level The White House Summit On The United State of Women 2016

*Not Just Pictures*.Child Abuse & Neglect Symposium .Medford, OR 2016

*Child Abuse & Family Violence Summit*. Clackamas County Sheriff's Office.Oregon City, OR 2016

*Youth Technology & Virtual Communities*. Child Safety & Sexual Crime Group.Brisbane, Australia 2016.

*High Risk Online Behavior and the Emerging and Dangerous Trend*. In Sadomasochism by Youth Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*Not Just Pictures*. Victim Impact of Abusive Images. Brisbane, Australia 2016

*Dangers in the Digital Age*. The Changing Face of Sex Abuse Investigations ,Toronto Child Abuse Conference. Toronto, Canada 2016

Child Sex Trafficking Course. Henderson, NV 2016

*A Homeschooling Prescription,When, Where and How*. A Review of Developmental Behavioral & A Spectrum Pediatric Challenges Hackensack University Medical Center.Hackensack, NJ 2016

*Not Just Pictures*. National Crime Victims Law Institute Conference.Portland, OR 2016

*Child Abuse & Family Violence Summit*. Clackamas County Sheriff's Office, Oregon City, OR 2016

*Youth Technology & Virtual Communities* .Child Safety & Sexual Crime Group. Brisbane, Australia 2016

Child Abuse & Family Violence Summit. Clackamas County Sheriff's Office Oregon City, OR 2016.

*Youth Technology & Virtual Communities* .Child Safety & Sexual Crime Group .Brisbane, Australia 2016

*High Risk Online Behavior and the Emerging and Dangerous*. Trend In Sadomasochism by Youth Child Safety & Sexual Crime Group. Brisbane, Australia 2016

*Not Just Pictures*.Victim Impact of Abusive Images. Brisbane, Australia 2016.

*Dangers in the Digital Age*: The Changing Face of Sex Abuse Investigations Toronto Child Abuse Conference. Toronto, Canada 2016

*Child Sex Trafficking Course*. Henderson, NV2016

*A Homeschooling Prescription When, Where and How*. A Review of Developmental Behavioral & A Spectrum Pediatric Challenges Hackensack University Medical Center. Hackensack, NJ 2016.

*Not Just Pictures*. National Crime Victims Law Institute Conference. Portland, OR 2016.

*The Impact of Human Trafficking for (labor and sexual purposes*). At the National and Local Level The White House Summit On The United State of Women 2016.

*Not Just Pictures*. Child Abuse & Neglect Symposium 2016.

*Not Just Pictures*. Child Abuse & Neglect Symposium. Medford, OR 2016.

*Viewers of Child Abuse Images- impact on partners and children*. From Discovery to recovery-Online Sexual Abuse of Children The Maria Collins Foundation International Conference. London, England 2016.

*Protecting Children On Line for Prosecutors*. National Center for Missing & Exploited Children Alexandria, VA 2016.

*Not Just Picture*. Sexual Violence in Cyberspace Crimes Against Children Conference .
Dallas, TX 2016

*Viewers of Child Abuse Images- impact on partners and children*.From Discovery to Recovery-Online Sexual Abuse of Children The Maria Collins Foundation International Conference
London, England 2016

*Protecting Children On Line for Prosecutors*. National Center for Missing & Exploited Children Alexandria, VA 2016.

*Not Just Picture*. Sexual Violence in Cyberspace Crimes Against Children Conference.
Dallas, TX 2016

*Viewers of Child Abuse Images- impact on partners and children* .From Discovery to recovery-Online Sexual Abuse of Children The Maria Collins Foundation International Conference. London, England 2016

*Protecting Children On Line for Prosecutors*. National Center for Missing & Exploited Children Alexandria, VA 2016

*Not Just Picture*. Sexual Violence in Cyberspace Crimes Against Children Conference. Dallas, TX 2016

*What Child Welfare Professional Need to Know and Do. Safeguarding Kids: What You Need to Know and Do. Not Just Pictures Documentary Screening*. Biennial Skill Building Conference –Rutgers Office of Continuing Education. 2016.

*CSTAR Training*. Portland, ME 2016

*Lives for Sales the Cost of Human Trafficking*. Special Victim's Summit. Fort Bragg, NC 2016

*Expert Witness Testimony in Sex Trafficking: A Forensic Nursing Perspective*. International Association of Forensic Nurses Conference. Denver, CO 2016

*Grand Rounds*. Womack Army Medical Center, Fort Bragg, NC 2016

*Youth Under Attack*. Youth Serving Organization Roles in Promoting Resiliency. Boy Scouts of America.

*Not Just Pictures*. The National Coalition to Prevent Child Sex Abuse & Exploitation.

*Not Just Pictures*. Pornography and Its Effects on the Developing Brain. The National Symposium on Pornography presented by the Roman Catholic Archdiocese. Port of Spain, Trinidad 2016

*Developmental & Behavioral Management of Lead-Poisoned Children*. Mott's Children's Health Center Tuuri ay Conference. Grand Blanc, MI 2016

*Intimate Partner Homicide*. Cumberland County DSS Domestic Violence Conference. Fayetteville, NC 2016

*Not Just Pictures*. Pennsylvania Society for Clinical Social Work.

*"Violence Against Children in Cyberspace"*. What's the Best Interest of Children When they are exposed to Family Violence? Michigan Child Abuse & Neglect Conference. Detroit, MI 2016

*Online Child Victimization-The Tip of the Iceberg*.The National Association of State Directors of Teacher Education & Certification (NASDTEC) Professional Practices Institute. Des Moines, IA 2016

*Difficult Issues in Addressing Domestic Violence*. Judges Traininging Domestic Violence. Durham, NC 2016

*What We Know About Online Victimization*. UW-Madison Conference on Child Sexual Abuse. 2016.

*Empowering Military Families.* Partnership for Children of Cumberland County Forward March Conference.

CSTAR (Child Sex Trafficking: Awareness & Response) Training Milwaukee, WI. 2017

Human Trafficking in Indian Country Seminar for the US Department of Justice. Topic: Health Care Needs of Trafficking Victims. Columbia, SC 2017

State of Child Conference-Screened Not Just Pictures' film; Q&A about Online Victimization of Youth. Mt. Olive, NC 2017

Mental Health Professional Training-Ft. Bragg, NC; Topics: Online Victimization; Victim Vulenerabilities Associated with Sex Trafficking; The Harm of Pormography for Children.   Fort Bragg, North Carolina 2017

WAMC Medical Education Leader's Development.   Fort Bragg, North Carolina 2017

USASOC FAP Conference: Topics 1) Child Safety in a Digital World; 2 Mitigating Child Abuse Risk Factors.   Fort Bragg, North Carolina 2017

Children's National Systems, Washington, DC. Keynote Speaker for Child Abuse Awareness Symposium- Topic Sexual Exploitation: Recognition, Intervention and Prevention. Washington, DC 2017

Fort Bragg, NC Child Abuse Awareness Month Kick Off: Abusive Head Trauma and Betrayal: No more Insult to injury. Fort Bragg, North Carolina 2017

CSTAR (Child Sex Trafficking: Awareness & Response) Training Omaha, NE. 2017

End Violence Against Women International Conference. Screened Not Just Pictures' film: Q&A about Online Victimization of Youth. Orlando, FL 2017

University of Florida Child Abuse & Neglect Conference, Palm Coast, FLPlenary: Abusive Images & Blackmail: Where Are We Today Workshop: Vivtim Vulnerabilities in Sex Trafficking. Palm Coast, FL 2017

Sexual Harassment/Assault Summit. Topics: 1: Cyber Stalking; 2) Human Trafficking. Hunter Army Airfield, GA. 2017

10th Annual Health Disparities Conference-New Orleans, LA. Topics: 1) Physical, Mental Health Consequences of Commerical Child Sex, Trafficking and Exploition; 2) The Role of the Health Care Provider: Developing a Trauma-Informed Lens to Provide are and Services to Victims-Survivors. New Orleans, LA 2017

Hackensack University Medical Center Conference, Hilton Head, SC. Topics: 1) Lead Poisoning; 2) Abusive Head Trauma. Hilton Head,SC   2017

Child Protection Network Annual Meeting, Tampa, FL. Topics: 1) Death by Neglect; 2 The Victim

Impact of Abusive Images. Tampa, FL 2017

Marie Collins Foundation Annual Conference, London, England Topic: The Complex Nature of Victim Impact in Child Sexual Exploitation.   London, England 2017

North Carolina District Attorneys Child Sex Trafficking Conference, Raleigh, NC. Topics: 1) Forensic Signs of a Child Trafficking/ Sexual Assault Victim; 2) Cognitive and Behavioral Challenges of Child Trafficking Victims 3) Interviewing Trafficked Victims. Raleigh, NC 2017

Virginia Crimes Against Children on-Hampton, VA. Screening of Not Just Pictures with Q&A about online Youth Vistimization. Hampton, VA 2017

W.VA Center for Children's Justice Conference, Charleston, W. VA. 1) Screening of Not Just Pictures; 2) Psychological Maltreatment & Manipulation; 3) Tricks of the Trade: Sex Trafficking. Charleston, VA 2017

Respondent at the World Congress "Child Dignity in the Digital World", Vatican, Rome. Topic: Child Sexual Abuse Online: Who Are the Offenders? Vatican, Rome 2017

Together We Can Conf-Louisiana. Topics: 1) Keynote Juvenile Sex Trafficking: Opening Eyes: 2) Worst Case Scenario-Child Torture. Lafayette, LA 2017

National Runaway and Homeless Youth Grantees Training, Kansas City, MO. Topics: 1) Opening Keynote: Runaway & Homeless Youth-Running From or Running to. Kansas City,MO 2017

NJ IAFN Training, Galloway, NJ. Topic: 1) Sexual Assault & Exploitation-Methods of Digital Victimization. 2) N.E.A.R Science & Barriers to the Medical History.   Galloway, NJ 2017

**Sharon W. Cooper, M.D.**                                    **Continued**
**PUBLICATIONS**

Not Just Pictures.   Prod. Sharon Cooper. Groundswell Pictures, 2015. Film.

Carter V. and Cooper S., Trauma Recovery and Healing are a Lifelong Journey: Recovery and Healing
for the "Missing" Victims of Prostitution in Perspectives on Missing Persons Cases.   Carolina
Academic Press. Durham, North Carolina 2015.

Cooper S., Missing, Abducted, or Killed in Perspectives on Missing Persons Cases.   Carolina
Academic Press.   Durham, North Carolina 2015.

Cooper S., The Medical Problems for Missing and Exploited Persons in Perspectives on Missing
Persons Cases.   Carolina Academic Press.   Durham, North Carolina 2015.

Cooper S., The Devastating Problem of Infant Abduction and Guidelines for Prevention, for Health
Care Professionals in Perspectives on Missing Persons Cases.   Carolina Academic Press.   Durham,
North Carolina 2015.

Leary M., Cooper S., Wetterling P., Broughton D.   Perspectives on Missing Persons Cases.   Carolina
Academic Press.Durham, North Carolina 2015.

Report of the Attorney General's National Task Force on Children Exposed to Violence. December 12,
2012. http://www.justice.gov/defendingchildhood/cev-rpt-full.pdf.2012.

Cooper S., The Medical Analysis of Child Sexual Abuse Images. Journal of Child Sexual Abuse, 20:6,
631-642.2011.

Cooper S., Broughton, D. Child Sexual Exploitation in Medical Responses to Child Sexual Abuse A
Resource for Professionals Working with Children and Families. Kaplan, R., Adams J., Starling S.,
Giardino A.   STM Learning, Inc.   St. Louis, Missouri. 2011.

Cooper S., How Many Ways Can You Hurt Me – Child Pornography Victim Impact; Invited Testimony
before the Russian Duma 11 June 2009. Moscow, Russia 2009.

Cooper S., Child Sexual Exploitation: Recognition and Prevention Considerations in Medical
Evaluation of Child Sexual Abuse: A Practical Guide, 3rd Ed., Finkle M., Giardino A., American
Academy of Pediatrics, Elk Grove Village, Illinois. 2009.

Cooper S., Estes R., Giardino AP, Kellogg ND, Vieth V., Quick Reference Child Sexual Exploitation
for Healthcare, Social Services, and Law Enforcement Professionals, G.W. Medical Publishing, Inc. St.
Louis, Missouri 2007.

**Sharon W. Cooper, M.D.       Continued**
**PUBLICATIONS**

Victimology of Child Sexual Abuse Images, in Children and Young Persons with Abusive and Violent Experiences Connected to Cyberspace Challenges for Research, Rehabilitation, Prevention and Protection.   Report from an Expert Meeting at Satra Bruk, Sweden 29-31 May 2006.

Cooper S., The AMBER Alert Program: Missing Children Before and After in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes. G.W. Medical Publishing, Inc. St. Louis, Missouri. 2005.

Cooper S., The Medical Expert and Child Sexual Exploitation in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes.   G.W. Medical Publishing, Inc. St. Louis, Missouri. 2005.

Cooper S., A Brief History of Child Sexual Exploitation in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes.   G.W. Medical Publishing, Inc. St. Louis, Missouri 2005.

Cooper S., Medical Analysis of Child Pornography in Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet Crimes.   G.W. Medical Publishing, Inc. St. Louis, Missouri 2005.

Cooper S., Estes R., Giardino AP, Kellogg ND, Vieth V., Medical, Legal & Social Science Aspects of Child Sexual Exploitation: A Comprehensive Review of Pornography, Prostitution, and Internet 2005.

Cooper, S. and King, D.   Effective Use of the Medical Expert in Child Pornography Cases, US Attorneys' USA Bulletin Vol. 52, No.2 (March 2004). U.S. Department of Justice. 2004

Cooper, S., Disability and Sexual Violence in Sexual Assault Victimization Across the Lifespan:   A Clinical Guide, Giardino, A., Datner, E., Asher, J., G.W. Medical Publishing, Inc. St. Louis, Missouri.2003.

Cooper, S., Sexual Assault in Correctional Settings in Sexual Assault Victimization Across the Life Span:   A Clinical Guide. Giardino A., Datner, E., Asher, J., G.W. Medical Publishing, Inc. St. Louis, Missouri. 2003.

Choi, Y., Longacre, J., Chesney-Graham, U., Cooper, S., Revised Group B Streptococcal (GBS) Infection Guidelines – Pediatrics Vol. 100 No. 6 – December 1997.1997.

**Sharon W. Cooper, M.D.        Continued**
**PUBLICATIONS**

Standard Operating Procedure for the Management of Child Abuse – Womack Army Medical Center, Fort Bragg, North Carolina 1996.

Training Syllabus for the Fifth Annual Multidisciplinary State Conference on Child Abuse, Neglect, and Behavioral Aspects of Child Abuse, San Antonio, Texas 1995.

Training Manual for the Department of Justice and Department of Defense Family Advocacy Command Assistance Team (FACAT), Contributor to section on medical evaluation of multiple victim investigations. 1993.

Standard Operating Procedure for Pediatric Rape and/or Sexual Abuse in the Emergency Room – Tripler Army Medical Center, Honolulu, Hawaii 1986.

# Exhibit H

FBI - CIRG/NCAVC/BAU-3
1 Range Road
Quantico, Virginia 22135
(703) 632-4193
jehardie@fbi.gov

# Supervisory Special Agent James E. Hardie

**Current Position**

I am a Supervisory Special Agent with the Federal Bureau Investigation (FBI), Critical Incident Response Group, National Center for the Analysis of Violent Crime, Behavioral Analysis Unit - 3, responsible for providing operational support to local, state, federal, and international law enforcement investigating crimes against children matters. These matters include abductions, homicides, physical/sexual abuse, sex trafficking, enticement, child pornography, and on-line sexual exploitation of children. I also provide training to local, state, federal, and international law enforcement partners regarding behavioral aspects of offenders and victims involved in crimes perpetrated on children.

**Investigative Background**

I have been a Special Agent since 2001. As a Special Agent, I have extensive experience investigating sex trafficking. I have also investigated a myriad of violent crimes to include: crimes against children matters, bank robberies, kidnappings, murder-for-hire, extortion, homicides and Indian Country matters.

From 2015 - 2017, I served as a Supervisory Special Agent with the Federal Bureau Investigation (FBI), Cleveland Field Office, Toledo Resident Agency, assigned as the supervisor of a criminal investigative squad that is responsible for matters related crimes against children, violent crimes, gangs, and drugs. As part of my duties, I oversaw Toledo's Child Exploitation Task Force, known as the Northwest Ohio Violent Crimes Against Children Task Force (NWOVCACTF). NWOVCACTF investigates crimes against children matters to include child sex trafficking under the FBI's Innocence Lost National Initiative (ILNI). This initiative is a partnership between the FBI, Department of Justice, Child Exploitation and Obscenity Section, and the National Center for Missing and Exploited Children (NCMEC). The mission of the ILNI is to address child sex trafficking, but as a result, ILNI task forces/working groups investigate all types of sex trafficking.

From 2013 - 2015, I served as the FBI's Detailee to NCMEC, located in Alexandria, Virginia. In this position, I served as the FBI's liaison at NCMEC, specializing in matters related to the sex trafficking of juveniles. I oversaw the exchange of sex trafficking related reporting received by NCMEC to the FBI's 71 Child Exploitation Task Forces, which conduct sex trafficking investigations under the FBI's ILNI. I was also responsible for providing the field investigative assistance/expertise in these matters.

From 2008 - 2013, I served as the Coordinator of FBI, Cleveland, Toledo RA's NWOVCACTF. I have conducted numerous interviews of individuals involved in prostitution to include juveniles and adults as well as pimps involved in the victimization of juvenile and adult victims. In addition to knowledge I have gained through the activities of NWOVCACTF, I regularly communicated with personnel from other ILNI task forces and am familiar with sex trafficking issues and trends outside of my territory as a result of this liaison.

| | | |
|---|---|---|
| **FBI Assignments** | Critical Incident Response Group, Behavioral Analysis Unit - 3 | 2017 to Present |
| | Cleveland Field Office, Toledo RA | 2015 to 2017 |
| | Headquarters, Violent Crimes Against Children Section | 2013 to 2015 |
| | Cleveland Field Office, Toledo RA | 2007 to 2013 |
| | San Diego Field Office | 2001 to 2007 |
| | | |
| **Collateral Duties** | Adjunct Faculty, Training Division | 2014 to Present |
| | Child Abduction Rapid Deployment Team Member | 2015 to 2017 |
| | National Center for Violent Crime, Field Coordinator (Cleveland) | 2008 to 2017 |
| | Evidence Response Team Member (San Diego and Cleveland) | 2002 to 2015 |

**Previous Sex Trafficking Expert Testimony**

| | |
|---|---|
| 2018 | United States v. Biancofiori, Northern District of Illinois |
| 2017 | United States v. Daewon Warren, District of South Carolina |
| 2017 | United States v. Damon Jackson, District of South Carolina |
| 2016 | State v. Trevonta Matthews, Columbia, South Carolina |
| 2015 | United States v. Edward Thomas, District of Connecticut |
| 2014 | United States v. Percy Love III, Eastern District of California |
| 2014 | United States v. Christopher T. Bryant, Western District of Michigan |
| 2014 | United States v. Eddie Allen Jackson, Western District of Michigan |
| 2012 | State v. Kevin J. Donaldson, Bowling Green, Ohio |
| 2011 | United States v. Anthony Willoughby, Northern District of Ohio |

**Significant Activities in Area of Expertise**

I have provided numerous presentations and training to law enforcement, government officials, social service professionals, health care professionals, as well as the general public to include:

>I have presented at the International Human Trafficking, Prostitution, and Sex Work Conference, University of Toledo, Toledo, Ohio, in 2010, 2012, and 2016.

>I have presented at the Ohio Attorney General's Law Enforcement Conference, Columbus, Ohio, in 2010, and 2012.

>I have presented at the Mid-States Organized Crime Conference in St. Charles Missouri, in 2015.

>I have presented at the Dallas Crimes Against Children Conference in Dallas, Texas, in 2014.

>I have presented at the Child Abduction Rapid Deployment Case Coordination Seminar in Denver, Colorado, in 2014.

>I have presented at the National Symposium on Child Abuse in Huntsville, Alabama, in 2014.

>I have taught topics pertaining to sex trafficking matters at NCMEC's Protecting Child Victims of Prostitution course, Salt Lake City, Utah, 2012. I also taught topics related to sex trafficking at NCMEC's Child Sex Trafficking: Awareness and Response courses in Stanford, California, 2014; Palm Beach, Florida, 2014; and Austin, Texas, 2015.

>I developed and taught an Advanced Sex Trafficking Investigations course for the Ohio Peace Officer's Training Academy, in 2011, and 2012

>At the request of the Department of Justice, International Criminal Investigative Training Assistance Program, and the United States Embassy, Belgrade, Serbia, I have traveled to Serbia and trained Serbian law enforcement, judicial, and government officials, as well as social service agencies on sex trafficking matters in 2011, and 2012.

I have served as a panelist at several annual Human Trafficking Awareness Day events held at the Ohio Statehouse, Columbus, Ohio.

I contributed to the publication of the FBI, Behavioral Analysis Unit's Sex Trafficking of Juveniles: An Investigative Guide for Law Enforcement.

I developed and produced a roll call video training series on child sex trafficking for front line officers with the International Association of Chiefs of Police and the Department of Justice, Community Oriented Policing Services.

I testified before the Ohio State Advisory Committee to the United States Commission on Civil Rights on sex trafficking matters in 2013

I testified before Ohio House of Representatives Judiciary and Ethics Committee on sex trafficking matters.

I was selected by then Ohio Attorney General Richard Cordray, and again by his predecessor Mike DeWine, to serve on Ohio's Trafficking In Persons Commission.

I participated in NCMEC's Long Tem Missing Summit, held in 2014.

I participated in the Supreme Court of Ohio, Courts' Response to Trafficking in Children Workgroup.

I participated in the Lucas County Human Trafficking Coalition.

I participated in ILNI operations at Super Bowl XLIV, in Miami, Florida, 2010, Super Bowl XLVI in Indianapolis, Indiana, 2012, and Super Bowl XLVIII in East Rutherford, New Jersey, 2014.

I have participated in several ILNI Operation Cross County coordinated prostitution sting operations, coordinated amongst the ILNI task forces/working groups nationwide.

## Education

**Master of Science, Criminal Justice, Forensic Psychology**, *with Distinction*, Tiffin University, 2017

**Bachelor of Criminal Justice, Forensic Psychology**, *summa cum laude*, Tiffin University, 1999

## Specialized Training Attended

| | |
|---|---|
| 2017 | **Leadership Development - Leading People**, FBI, *Leesburg, Virginia* |
| 2017 | **Child Abduction Rapid Deployment Case Coordination Seminar**, FBI, *New Orleans, Louisiana* |
| 2016 | **Symposium:  21st Century Violence Reduction Strategies**, DOJ, *Dallas, Texas* |
| 2016 | **Managing Integration for Mission Success**, FBI, *Milwaukee, Wisconsin* |
| 2015 | **Child Abduction Rapid Deployment Case Coordination Seminar**, FBI, *Boston, Massachusetts* |
| 2014 | **Instructional Strategies Course**, FBI, *Quantico, Virginia* |
| 2014 | **Presentation Skills Course**, FBI, *Washington, District of Columbia* |
| 2013 | **Interviewing Strategies through Statement Analysis**, FBI, *Quantico, Virginia* |
| 2013 | **Crime Scene and Death Scene Investigation**, Cuyahoga County Medical Examiner's Office, *Cleveland, Ohio* |
| 2012 | **Innocence Lost National Initiative Case Coordination Meeting**, FBI, *Chicago, Illinois* |
| 2012 | **Civil Rights Conference:  The Cost of Human Trafficking**, FBI/DOJ, *Cleveland, Ohio* |
| 2012 | **Introduction to Death Scene Investigation**, Cuyahoga County Medical Examiner's Office, *Cleveland, Ohio* |

| | |
|---|---|
| 2011 | **Evidence Response Team - Forensic Light Source, Reflective Ultra Violet Imaging System, Fuming and Dye Stain Training**, SPEX Forensics, *Cleveland, Ohio* |
| 2010 | **National Center for Analysis of Violent Crime Regional Workshop**, FBI, *Ann Arbor, Michigan* |
| 2010 | **Evidence Response Team - Human Remains Recovery School**, FBI/University of Tennessee, *Knoxville, Tennessee* |
| 2010 | **On-Line Covert Employee Course**, FBI, *Calverton, Maryland* |
| 2010 | **Innocence Lost: Basic On-Line Covert Investigative Training**, FBI, *Calverton, Maryland* |
| 2009 | **Crimes Against Children Conference**, Dallas Police Academy, *Dallas, Texas* |
| 2009 | **Evidence Response Team - Post Blast Investigator School**, FBI, *Arlington, Texas* |
| 2009 | **Innocence Lost National Initiative Training Conference**, FBI, *St. Louis, Missouri* |
| 2009 | **Juvenile Prostitution Forensic Interviewing**, U.S. Department of Justice, *Columbia, South Carolina* |
| 2009 | **Protecting Victims of Child Prostitution**, National Center for Missing and Exploited Children, *Atlanta, Georgia* |
| 2008 | **National Center for Analysis of Violent Crime Coordinator's Basic In-Service**, FBI, *Quantico, Virginia* |
| 2007 | **Regional Indian Gaming Conference**, FBI, *San Francisco, California* |
| 2005 | **2nd International Conference on Asian Organized Crime and Terrorism**, *Uncasville, Connecticut* |
| 2004 | **Indian Country Gaming Investigation Training**, FBI, *Groton, Connecticut* |
| 2004 | **Evidence Response Team - Reflective Ultra Violet Imaging System Technology Certification Course**, Sirchie Fingerprint Laboratories, *Youngsville, North Carolina* |
| 2004 | **Evidence Response Team - Advanced Latents**, FBI, *Albuquerque, New Mexico* |
| 2002 | **Law Enforcement Training for Safety and Survival**, FBI, *San Diego, California* |
| 2001 | **Crimes Against Children Conference**, Dallas Police Academy, *Dallas, Texas* |

**AWARDS &
DISTINCTIONS**

2017          **Citation for Special Achievement**, *FBI Cleveland* (for outstanding efforts as the
              Violent Crimes Against Children Program Coordinator for the Cleveland Division)

2017          **Graduate Student Award**, Ohio Council of Criminal Justice Education

2013          **Paladin Award**, *The Daughter Project* (non-profit serving sex trafficking victims for
              work combating sex trafficking in Ohio)

2012          **Distinguished Law Enforcement Group Achievement Award**, *Ohio Attorney
              General's Office* (for work combating sex trafficking in Ohio)

2012          **Certificate of Achievement**, *FBI Cleveland* (for exceptional performance of duties in
              a sex trafficking case)

2010          **Distinguished Service Award**, *Buckeye State Sheriff's Association* (for work
              combating sex trafficking in Ohio)

2010          **Outstanding Service Award**, *Owens Community College* (for work combating sex
              trafficking in Northwest Ohio)

2006          **Certificate of Achievement**, *FBI San Diego* (for exceptional performance of duties in
              an investigation that led to the dismantlement of a criminal organization involved in
              card cheating scams at casinos in the United States and Canada)

# Exhibit I

**Investigator Derek Stigerts**
Sacramento District Attorney's Office

**Career**
- Sacramento Police Officer, January 1991
- Promoted to Detective, November 2005
  - Assigned to the Sex Assault/Child Abuse Unit – November 2005
  - Transferred to Special Investigation Division (Vice Unit) – April 2006
  - Joined the FBI Child Exploitation Task Force – September 2006 to May 2017
    The task force's primary responsibilities include: (1) investigating commercial sexual exploitation of children cases, (2) recovering children exploited through prostitution, and (3) apprehending those responsible for their exploitation. Also investigated the commercial sexual exploitation of adults.
- Sacramento County D.A. Criminal Investigator – February 2018 to present
  - Assigned to the Child Abduction Unit

**Training**
- January 2007, completed a 40-hour training course presented by the U.S. Department of Justice: "Innocence Lost: Investigation and Prosecution of Sex Trafficking of Children."
- August 2007, completed a 40-hour training course presented by the National Center for Missing and Exploited Children: "Protecting Victims of Child Prostitution."
- July 2008, completed a 40-hour seminar presented by the U.S. Department of Justice: "Innocence Lost National Initiative Training Conference."
- January 2009, completed a 24-hour training course presented by the Las Vegas Metropolitan Police Department regarding the prostitution of children, the use of the internet in juvenile prostitution, and the prosecution of those responsible for prostituting children.
- January 2010, completed a 40-hour training course presented by the FBI: "Innocence Lost: Basic Online Covert Investigation Training."
- August 2010, completed a 40-hour training course presented by the Dallas Police Department: "Crimes Against Children Conference."
- July 2011, attended and presented at 40-hour training course presented by the U.S. Department of Justice: "Investigating and Prosecuting the Prostitution of Children."
- April 2012, attended and presented at the Internet Crimes against Children training: "National Law Enforcement Training on Child Exploitation."
- May 2012, attended and presented at 40-hour training course presented by the National Center for Missing and Exploited Children: "Protecting Victims of Child Prostitution."
- July 2014, attended and presented at 40-hour training course presented by the FBI: "Protecting Victims of Child Prostitution."

**Experience**
- Participated in the investigation of no less than 120 sex trafficking cases involving juvenile victims as well as sex trafficking of adult victims.
- Investigated crimes involving street prostitution, internet prostitution, pimping, pandering, human trafficking, and other crimes against children.
- Interviewed no less than 300 females involved in prostitution and 80 juvenile victims of prostitution.
- Interviewed no less than 30 suspected pimps regarding prostitution and pimping.
- Posed as a "customer" in an undercover capacity no less than 250 times in prostitution investigations.
- Testified as an expert in the Eastern Districts of California, Missouri, Arkansas, Washington, Louisiana, and New York, the Northern Districts of California, Oklahoma, and Illinois, the Western Districts of Texas and Washington, the Southern District of Texas, the Central District of California, and the Districts of Nevada, New Jersey, and South Carolina and testified no less than 20 times in state courts in 5 different states, regarding sex trafficking related fields, such as child and adult prostitution, language used by pimps, prostitutes, and customers, victim dynamics, the role of the internet and technology in pimping/prostitution, methods of recruitment, methods of manipulation, methods of control, and the prostitution/pimp sub-culture.

**Work as an Instructor**
- FBI Instructor: "Forensic Interviewing of Children and Adolescence Victims: "The Reality of the Game." 2010-2016
- Instructed U.S. Attorneys, District Attorneys, medical professionals, social workers, educators, child protective service employees, and other law enforcement regarding the prostitution sub-culture and the exploitation of children and adults through prostitution.

# Exhibit J

## CURRICULUM VITA

**Shannon Wolf, Ph.D., LPC-S**
Associate Director of Counseling Program
Professor of Psychology and Counseling
B. H. Carroll Theological Institute, Irving, Texas

**Office Address**

B. H. Carroll Theological Institute
6500 North Belt Line Rd Suite 100
Irving, TX 75063-6058
972.580.7600 ext. 29

Southcliff Counseling Center
4100 SW Loop 820
Fort Worth, TX 76019
817.924.2241

**Professional Experience**

Associate Director of Counseling Programs
Professor of Psychology and Counseling
B. H. Carroll Theological Institute, 2016 – Present
Irving, Texas
Teach psychology and counseling courses to master and doctoral level students. Assist in the creation of policy and decision making for the counseling program. Create syllabi, select text, and develop lesson plans. Offer academic advisement, serve on university committees, and develop course curricula.

Director of Counseling Ministry
Southcliff Christian Counseling Center, 2003-Present
Fort Worth, Texas
Provide counseling services to the community, offer consultation services for church staff members concerning counseling matters, provide mental health seminars for congregation and community, and manage counseling personnel and resources.

Professor of Master of Arts in Counseling
Dallas Baptist University, 2003 - 2016
Dallas, Texas
Taught psychology and counseling courses to master's level students. Created syllabi, selected text, and developed lesson plans. Offered academic advisement, served on university committees, and developed course curricula. Increased rank from Associate Professor to Professor.

Teaching Fellow
Southwestern Baptist Theological Seminary, 2003-2008
Fort Worth, Texas
Taught psychology and counseling courses to master's level students. Responsibilities included curriculum development, creation of syllabi, text selection, and lesson plan construction.

Case 2:18-cr-00422-DJH   Document 992-10   Filed 04/27/18   Page 131 of 140
Case 2:18-cr-00422-SHL   Document 421-10   Filed 12/12/18   Page 3 of 14

Wolf   2

Adjunct Faculty
Dallas Baptist University, 2007 – 2008
Dallas, Texas
Taught psychology and counseling courses to master's level students. Responsibilities included curriculum development, creation of syllabi, text selection, and lesson plan construction.

Clinical Intern Supervisor
Southwestern Baptist Theological Seminary, 2004-2008
Fort Worth, Texas
Directed supervision of counselors-in-training at the Baptist Marriage and Family Counseling Center and interacted with outside agencies in coordination of supervision of externs.

Graduate Assistant
Southwestern Baptist Theological Seminary, 2002-2006
Fort Worth, Texas
Assisted Dr. Dana Wicker in conducting research and instructing master level students, managed on-line grade book, and graded master's level assignments.

Missionary
International Mission Board, Southern Baptist Convention

      International Baptist Theological Academy, 1995-1997
      Budapest, Hungary
      Taught English translation to church leaders from Eastern Europe and Northern Africa, mentored Christians, taught English as a foreign language to the community, and conducted relationship evangelism

      Church Planter, 1997-1999
      Banja Luka, Bosnia
      Planted an indigenous evangelical church, mentored new Christians, and taught a Business English class at the University of Serbia.

**Licensure/Certifications**

Licensed Professional Counselor, Texas, Since 2003

Licensed Professional Counselor Approved Supervisor, Texas, Since 2009

International Critical Incident Stress Management Certification, 2002
      Approved CISM Instructor, Since 2016
      Advanced International Critical Incident Stress Management Certification, 2010
      Suicide Prevention, Intervention, Post-vention Certification, 2010

Taylor Johnson Temperament Analysis Trainer, Since 2008

Prepare/Enrich, 2001

Protection of Human Subjects in Research Certification, Since 2012
    Through Collaborative Institutional Training Initiative, Miami University

**Professional Affiliation**s

American Association of Christian Counselors, Since 2000
    Faculty advisor for BH Carroll Theological Institute's student chapter of American
    Association of Christian Counselors, 2016-Present
    Track Coordinator for World Conferences, 2013 - Present
    Frequent Contributor to the AACC Daily Blog

Society for Christian Psychology, Since 2005
    Executive Director of the Society, Since 2015
    Clinical Advisory Board, Since 2009
    Editor of the Society's quarterly newsletter, Since 2015
    Frequent Contributor to Society's Online Journal

American Psychological Association, Since 2017

Christian Association of Psychological Studies, Since 2009
    Regional Board of Directors, 2011 - 2014
    Track Coordinator for the 2013 International Conference

*Journal of Christian Psychology*, Associate Editor Since 2014

*Journal of Theology and Psychology*, Peer Reviewer Since 2012

*Journal of Psychology and Christianity*, Peer Reviewer Since 2013

Sage Publications, Psychology and Counseling Textbook Reviewer, Since 2014

**Community and International Involvement**

UnBound Group Counselor, Fort Worth, Texas, Since 2018.
Provide group therapy for family members of trafficking victims.

Fort Worth Critical Incident Stress Management. 2004 – Present
Coordinator for CISM team in providing emergency mental first aid, or debriefings,
following critical incidents to any agency or group of individuals requesting assistance.
The focus of this service is to minimize the harmful effects of emotional stress,
particularly crisis, following and emergency situations.

Texas Attorney General Task Force, Texas, 2012 – Present
Serve on a task force for Research and Development of minimum standards of care for
organizations providing safe homes and/or services for trafficked individuals in the state
of Texas.

Assist Local Churches in Developing Counseling Ministries, 2008 – Present

Consult with and provide guidance to local church leaders in developing Christian counseling ministries in their churches.

Traffick911 Consultant, Fort Worth, Texas, 2010 – 2013
Developed a counseling model and continue to serve in an advisory capacity for Traffick911, a nonprofit organization, that works towards preventing, rescuing, and restoring child victims of sexual trafficking.

Consultant for Homeland Security Task Force for Human Trafficking (Texas Office), 2013 - Present
Serve as a consultant for developing methods of interviewing child victims of human trafficking as well as assisting the team in the development of strategies for preventing burn-out and secondary trauma. I also provide expert testimony in federal court cases.

Crisis Counseling, Port au Prince, Haiti, March 2010
Led team of crisis counselors to work with individuals in Haiti. Provided trauma counseling for Haitian nationals, humanitarian aid workers, and expatriates in the wake of the January 2010 earthquake.

Lecturer and Trainer for Educators, Orphanage Administration, Community Leaders and Pastors, in Working with Traumatized Children, Xela, Guatemala, May, 2009
Provided training to community leaders and social agencies who worked with traumatized and at-risk children in a rural area of Guatemala.

**Teaching Specialization**

- Crisis and Trauma
- Multicultural Counseling: Specializing in crisis counseling outside the United States
- Basic and Advanced Counseling Skills
- Practicum
- Research and Statistics
  Served on various qualitative and quantitative dissertation committees. Assist students in working with and understanding statistical designs used in research. Offer guidance in selecting testing materials for dissertation.

**Master Level Courses Taught**

Pre-Practicum in Counseling (COUN 5391)
This course provides the experiential foundation for all practicum and internship experiences. Students learn communication and interpersonal skills and practice techniques of counseling.

Practicum I in Counseling (COUN 6392)
Counselors-in-training perform individual and group therapy. Students apply basic counseling skills to counseling situations.

Practicum II and III in Counseling (PSYCH 4423, 4433)
Counselors-in-training conduct group therapy. Students apply basic and advanced

counseling skills to real counseling situations.

Clinical Internship (PSYCH 5013)
In this final practicum experience, counselors-in-training continue developing their professional skills as they focus on individual and family counseling. Emphasis is placed on conceptualization and interview proficiency.

Psychological Testing and Assessment (PSYCH 4543)
This course examines assessment techniques and tools, particularly in relationship to individual, marriage and family counseling, in both church and community counseling settings. Students learn to administer and interpret selected evaluation and testing measures and develop psychological evaluations.

Abnormal Psychology (PSYCH 4353)
Students study the etiology and methods of the diagnosis of abnormal behavior with special attention given to a Christian approach to treatment and prevention. The church's ministry both to the individual and the family are addressed.

Research Methods (COUN 5387)
This course explores the scientific method of social and psychological research in order to aid the student in understanding the theoretical bases of scientific research. Students develop a working knowledge of research methods and problems associated with doing human research. In addition, students gain the ability to recognize both excellent and poor quality research and research methods.

Multicultural Perspectives (COUN 5389)
A comprehensive study of selected cultural groups is offered. In-depth analysis of contemporary multicultural trends and issues provide a foundational reference base for counseling practice in a growing pluralistic society. The student will examine some of the major cultural groups in the United States and identify implications for counseling.

Contemporary Approaches to Christian Counseling (COUN 6384)
This course provides a survey of selected contemporary approaches to Christian counseling. An investigation of psychology and theology as presented by leading theorists will include such topics as the relationship between religion and personality, healing and change, and functions of religious practices.

Theological Perspectives in Christian Counseling (COUN 6315)
This course offers a theological foundations of Christian counseling. Students will investigate the integration of counseling and theology and will include discussion of spiritual health, prayer, Scripture, sin, confession, forgiveness, and redemption, particularly as related to the counseling process.

Basic Skills in Christian Counseling (PSYCH 4003)
Students are introduced to basic counseling skills and to the application of these skills in managing change. Students learn and practice basic skills, consider aspects of theology relevant to the counseling process, and consider and evaluate the basic assumptions

that counselors bring to the counseling process.

Advanced Skills in Christian Counseling (PSYCH 4483) and (COUN 6316)
This course builds upon the basic skills and theory courses in counseling. Students
learn advanced skills within their associated theories while considering the relationship
between these theories and Christian theology.

Lifespan Human Development (COUN 5385)
This course examines developmental psychology, which focuses on physical, cognitive,
social, emotional, sexual, and personality development from conception to death within
the context of basic theories of development.

Introduction to Professional Counseling (COUN 5380)
Students study professional standards, ethical guidelines, legal aspects of practice,
standards of preparation for the profession, objectives of professional organizations,
and the professional identity of persons providing direct counseling services. The ethical
discussions include input from the profession, one's internal values, and Judeo-
Christian influence.

Group Dynamics (PSYCH 4383)
Group development, processes of interaction, and effects of group membership are
studied. Students experience group interaction in classroom work and gain an
understanding of dynamics underlying the inner working of groups. These processes
are related to working with groups of various kinds, particularly in the local church.

Group Counseling Methods (COUN 5383)
This course introduces group counseling theories and techniques. The student will
analyze group leadership and group processes and practice in leading groups.
Relationships in Ministry (PSYCH 3003)
This course is a study of human relations in ministry. It focuses upon understanding
oneself, interactions between persons in groups, and interactions between groups in the
performance of ministry.

Addictive and Compulsive Disorders (COUN 6311)
This course explores the nature of current drugs of choice and how they are being
abused. A survey of the addictive and compulsive behavior patterns associated with
alcohol/drug abuse, eating disorders, compulsive sexual behaviors, and compulsive
gambling practices are included. An in-depth study of treatment for addictive and
compulsive disorders is also focused on.

**Presentations**

"Human Trafficking: Keeping Students Safe:
ESC Region 11 – Conference for School Counselors
Fort Worth, Texas, November 2018

"Treating Survivors of Human Trafficking"
American Association of Christian Counselors World Conference
Nashville, Tennessee, September 2017

"The Issue of Trauma Bonds in Sex Trafficking"
North Texas Anti-Trafficking Team – Human Trafficking Institute
Arlington, Texas, December 14, 2016

"Understanding Trauma Bonds in Victims of Sex Trafficking"
American Association of Christian Counselors Regional Conference
Dallas, Texas, September 2016

"Self-Care: Protecting Yourself from Compassion Fatigue and Burnout"
Anti-Trafficking workshop
Fort Worth, Texas, May 21, 2016

"Trauma Bonds in Domestic Victims of Sex Trafficking"
American Association of Christian Counselors World Conference
Nashville, Tennessee, September 2015

"The Development of Trauma Bonds in Victims of Human Trafficking"
Christian Association for Psychological Studies International Conference Denver,
Colorado, April 8, 2015

"Exploring Professional Therapists' Worldviews through the Lens of Christian
Psychology"
13th Symposium of European Movement for Christian Anthropology, Psychology and
Psychotherapy
Rome Italy, October 3, 2014

"Understanding the Connection between Trauma Bonds and Personal Identity in Victims
of Sex Trafficking"
Christian Association for Psychological Studies International Conference
Atlanta, Georgia, April 5, 2014.

"Understanding the Connection between Trauma Bonds and Personal Identity in Victims
of Sex Trafficking"
38th Annual Adolescent Symposium of Texas
Garland, Texas, February 5, 2014.

"Developmental Approach to Counselor Education"
Christian Association for Psychological Studies Regional Meeting
Dallas, Texas, September 27, 2013.

"Ethics: The Uses and Misuses of Technology in Counseling"
Christian Association for Psychological Studies Regional Meeting
Dallas, Texas, September 27, 2013.

"Understanding the Connection Between Trauma Bonds and Personal Identity in
Victims of Sex Trafficking"
American Association for Christian Counseling World Conference
Nashville, Tennessee, September 13, 2013.

"Where Did That Come From?! Understanding the Importance of Worldviews"
Association for Early Childhood Education
Fort Worth, Texas, July 27, 2013.

"Counselor Supervision: The Process of Developing a Professional"
Christian Association for Psychological Studies International Conference
Portland, Oregon, April 6, 2013.

"Avoiding Secondary Trauma and Burn-Out"
Homeland Security Task Force on Human Trafficking
Plano, Texas, February 22, 2013.

"A Christian Psychology Approach to Neuropsychology, Psychopathology, and
Psychotherapy"
American Association of Christian Counselors National Conference
Branson, Missouri, September 27, 2012

"Issues and Ethics in Counselor Supervision"
Christian Association for Psychological Studies
Plano, Texas, June 1, 2012

"Logos-Centered Supervision: A Worldview Approach to Training Counselors" Christian
Association for Psychological Studies International Conference
Washington D.C., March 31, 2012

"A Little Too Close to Home: Human Trafficking in Texas"
Dallas Baptist University Symposium
Dallas, Texas, February 3, 2012

"After the Rescue: Counseling Children and Teens in the Aftermath of Sex Trafficking"
Christian Association for Psychological Studies
Dallas, Texas, November, 2011

"International Crisis Counseling"
American Association of Christian Counselors 2011 World Conference
Nashville, Tennessee, September, 2011

"Nothing Natural about Naturalism (or How did that get in the classroom??)"
Dallas Baptist University Symposium
Dallas, Texas, September, 2011

"Created in the Image of God"
Key Note Speaker Women's Retreat: South Hills Baptist Church
Glen Rose, Texas, June 25, 2011

"Loving God's Way"
Key Note Speaker Marriage Conference: First Baptist Grapeview
Grapeview, Texas, April 2011

"Taking Hope and Healing to the World: Global Crisis Counseling"
Christian Association for Psychological Studies International Conference
Indianapolis, Indiana, April 2011

"After the Assault: Helping Families Overcome Trauma"
Christian Counselors of Texas State Conference
Dallas, Texas, February 2011

"International Crisis Counseling: Taking Hope and Healing to the World"
Christian Association for Psychological Studies
Dallas, Texas, September 2010

"Healing Communities: A Great Need in the 21st Century"
Christian Association for Psychological Studies International Conference
Kansas City, Missouri, April 2010

"Strengthening Your Emotional and Spiritual Health"
Women of Excellence Retreat, Dallas Baptist University
Dallas, Texas, February 2010

"Dating 101"
Marriage Conference, South Hills Baptist Church
Fort Worth, Texas, October 2009

"Counseling Families of the Sexually Assaulted"
American Association of Christian Counselors World Conference
Nashville, Tennessee, September 2009

"Basic Techniques for Counseling Traumatized Children"
Seminar Series for Educators, Pastors, and Orphanage Administrators Xela,
Guatemala, May 2009

"Aftermath of Sexual Assault: Helping Individuals and Families Heal from Rape"
Dallas Baptist University Symposium
Dallas, Texas, February 2009

"Sex and the City of God"
Dallas Baptist University Symposium
Dallas, Texas, November 2008

Case 2:18-cr-00422-DSL   Document 922-10   Filed 04/27/20   Page 139 of 140
Case 2:18-cr-00422-SPL   Document 422-10   Filed 12/12/18   Page 39 of 40

Wolf 10

"Building Intimate Marriages"
International Baptist Convention
Interlaken, Switzerland, June 2006.

"Men 101"
Women's Conference
Wedgwood Baptist Church
Fort Worth, Texas, March 2006

"The Emotional You"
Women's Conference
Southern Oaks Baptist Church
Tyler, Texas, February 2006

"Co-Dependency in Parenting"
The Healing Place, Southcliff Baptist Church
Fort Worth, Texas 2006

"Ministering to People in Crisis"
Hurricane Katrina Aid Workers, North Richland Hills Baptist Church
North Richland Hills, Texas, 2005

"Suicidal Teens"
The Healing Place, Southcliff Baptist Church
Fort Worth, Texas, 2004

**Research**

"Understanding the Nature of Trauma Bonds in Domestic Minor Sex Trafficking Victims:
A Grounded Theory" (2014). Irving, Texas.

"A Study of the Differences in Trauma Related Symptoms in Adult Female Rape Victims
across Levels of Support Systems," (2008). Ph.D. Dissertation, Southwestern Baptist
Theological Seminary: Fort Worth, Texas.

**Published Works**

"Human Trafficking." (2016.) Treating trauma in Christian counseling. (Gingrich, H. &
Gingrich, F. Ed.) Downers Grove, IL: InterVarsity Press.

"Comment on "On Christian Psychology: An Interview with Russ Kosits." (July, 2015).
Christian Psychology Around the World, no. 7: 24-25.

"The Framework for Counseling from an Evangelical Perspective," (March, 2014).
Christian Psychology Around the World, no. 5: 89.

"The Counsel of Heaven on Earth: A Book Review." (2013). Christian Psychology Around the World, no. 4.

"A Book Review of Integrative Approaches to Psychology and Christianity: An Introduction to Worldview Issues, Philosophical Foundations, and Models of Integration." (2013), Edification. 6, no. 2: 153-155.

"Comment on Marina Truganova's essay, "A practical investigation of the image of Mother of God in Christian psychotherapy of trauma." (2012), Christian Psychology Around the World, no. 3: 169.

"The Shaping of a Professional Worldview in the Classroom: A Christian Psychology Project" (Winter 2011). Journal of Psychology & Christianity.30, no. 4: 329-338.

"Renting Lacy: A Book Review." "Soul and Spirit E-Newsletter" Society for Christian Psychology January, 2012.

"Child Abuse". (2011). Popular encyclopedia of Christian counseling (Clinton, T. and Hawkins, R. Ed). Irvine, CA: Harvest House.

"Dependent Personality Disorder". (2011). Popular encyclopedia of Christian counseling (Clinton, T. and Hawkins, R. Ed). Irvine, CA: Harvest House.

"A Journey Through Suffering." "Soul and Spirit E-Newsletter" Society for Christian Psychology June 24, 2011, http://christianpsych.org/wp_scp/a-journey-through-suffering/

"A Study of the Differences in Trauma Related Symptoms in Adult Female Rape Victims across Levels of Support Systems," (2008). Ph.D. Dissertation, Southwestern Baptist Theological Seminary: Fort Worth, Texas.

Supportive Relationship Inventory. (2008). Assessment Inventory. Southwestern Baptist Theological Seminary: Fort Worth, Texas.

Wicker, Dana, and Shannon Wolf, Counseling Center Handbook. (2004). Southwestern Baptist Theological Seminary: Fort Worth, Texas.
This manual was used as a required text for all practicum students at Southwestern Baptist Theological Seminary. It includes policy and procedure for the Baptist Marriage and Family Counseling Center at Southwestern Baptist Theological Seminary from 2004 - 2010.

Frequent contributor to Society for Christian Psychology's online journal.
Frequent contributor to American Association of Christian Counselors' online Newsletter.