# Exhibit C
# Filed Under Seal

3644117.2