MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF ITS MOTION *IN LIMINE* TO DETERMINE ADMISSIBILITY OF EVIDENCE** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States of America, by and through counsel undersigned, hereby requests permission to file excess pages (not to exceed 26 pages) in support of its Motion *in Limine* to Determine Admissibility of Evidence.

Although Local Rule of Civil Procedure 7.2(e), as incorporated by Local Rule of Criminal Procedure 47.1, provides that motions ordinarily should not exceed 17 pages in length, the United States respectfully requests permission to file excess pages here. This motion could be reorganized and divided into five short motions (one for each category of evidence the government is seeking a pretrial ruling on admissibility), but to promote efficiency and reduce the number of overall pages submitted to the Court, it seems more efficient to file it as a single pleading.  (If five separate briefs were submitted, each could be up to 17 pages long under Local Rule 7.2(e).)

Respectfully submitted this 17th day of April, 2020.

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/Marjorie Dieckman*
Marjorie Dieckman
U.S. Attorney's Office