IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>        Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

Based upon the United States of America's Motion for Leave to File Excess Pages in support of its Motion *in Limine* to Determine Admissibility of Evidence, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion for Leave to File Excess Pages.

Dated this _____ day of April, 2020.