# Exhibit A

| U.S. Exhibit Number | Party Opponent Admission | Coconspirator Statement | Statement of Party's Agent | Adoptive Admission | Not Offered for the Truth | Business Record |
|---|---|---|---|---|---|---|
| 1 | X | X | | | | |
| 2 | | X | | | X | |
| 3 | | X | | | X | |
| 4 | | X | | | X | |
| 5 | | X | | | X | |
| 6 | X | X | | X | | |
| 7 | | | X | | | |
| 8 | X | X | | | | |
| 9 | X | X | | | | |
| 10 | X | X | | X | | |
| 11 | | X | | | | |
| 12 | | X | | | | |
| 13 | | X | | | | |
| 14 | | | | | | X |
| 15 | X | X | | X | | |
| 16 | | X | | X | | |
| 17 | X | X | | | | |
| 18 | | X | | X | | |
| 19 | | X | | X | | |
| 20 | | X | | X | | |
| 21 | | | | | | X |
| 22 | | X | | X | | |
| 23 | | | | | | X |
| 24 | | X | | | | |
| 26 | | X | | X | | |
| 27 | | X | | | | |
| 28 | X | X | | X | | |
| 30 | | | | | | X |
| 31 | X | X | | X | | |
| 32 | | X | | X | | |
| 33 | | | X | X | | |
| 34 | | X | X | | | |
| 35 | X | | | | | |
| 36 | | | | | X | |
| 37 | | X | | X | | |
| 38 | X | X | | | | |
| 39 | | | | | X | |
| 40 | | X | | X | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | | | | | X | |
| 42 | | | | | X | |
| 43 | | X | | | | |
| 44 | | | | | X | |
| 45 | | X | | | | |
| 46 | | X | | X | | |
| 47 | | X | | | | |
| 48 | | X | | X | | |
| 49 | X | X | | | | |
| 50 | | X | | X | | |
| 51 | | X | | X | | |
| 52 | | | | | X | |
| 53 | | X | X | | | |
| 54 | | X | X | | | |
| 55 | X | X | | | | |
| 56 | X | X | | X | | |
| 57 | X | | X | | | |
| 58 | X | X | | X | | |
| 59 | X | X | | X | | |
| 60 | | X | | X | | |
| 61 | X | X | | | | |
| 62 | | X | | X | | |
| 63 | | X | X | | | |
| 64 | X | | X | | | |
| 65 | X | X | | | | |
| 66 | | | X | | | |
| 67 | X | X | X | | | |
| 68 | X | X | | | | |
| 69 | | X | X | | | |
| 70 | | X | | X | | |
| 71 | | X | | | | |
| 72 | X | X | | | | |
| 73 | | X | | X | | |
| 74 | X | X | | X | | |
| 75 | X | X | X | | | |
| 79 | X | X | | | | |
| 80 | | | | | X | |
| 81 | | | X | | | |
| 82 | | | X | | | |
| 83 | | | X | | | |
| 84 | | | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | | | X | | | |
| 87 | | | X | | | |
| 89 | | | X | | | |
| 90 | | X | | X | | |
| 91 | | | X | | | |
| 92 | | X | X | | | |
| 93 | | | | | X | |
| 94 | X | X | | X | | |
| 95 | X | X | | | | |
| 96 | X | X | X | X | | |
| 97 | | X | | X | | |
| 98 | | | | X | | |
| 101 | | | | | | X |
| 102 | | | X | | | |
| 103 | X | X | | X | | |
| 104 | | | X | | | |
| 105 | X | X | | | | |
| 106 | X | X | | | | |
| 108 | | | | | X | |
| 109 | | X | | | X | |
| 110 | X | X | X | | | |
| 112 | | X | | X | | |
| 113 | X | X | | X | | |
| 114 | X | X | | | | |
| 115 | | X | | X | | |
| 116 | | | | | X | |
| 117 | | | X | X | | |
| 118 | | | X | X | | |
| 119 | | | | | X | |
| 120 | | X | | | X | |
| 122 | | | X | | | |
| 123 | X | X | X | | | |
| 124 | | | X | | | |
| 125 | | X | | | | |
| 126 | | | X | | | |
| 128 | | X | | X | | |
| 129 | X | X | | | | |
| 130 | | X | | X | | |
| 131 | | | | | X | |
| 133 | | | | | X | |
| 134 | X | X | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 135 | | | X | | | |
| 136 | X | X | | | | |
| 137 | | | X | | | |
| 138 | X | X | X | | | |
| 139 | X | X | | | | |
| 140 | | | | | X | |
| 141 | | | X | | | X |
| 142 | | X | | | | |
| 143 | | X | | X | | |
| 144 | | | | | X | |
| 145 | | X | X | | | |
| 146 | X | X | X | | | |
| 147 | | X | | | | |
| 148 | X | X | | | | |
| 149 | X | X | X | | | |
| 150 | X | X | | | | |
| 151 | X | X | X | | | |
| 153 | | | | | X | |
| 154 | X | X | | X | | |
| 155 | | | X | X | | |
| 156 | | | X | X | | |
| 157 | | | X | X | | |
| 158 | X | X | X | | | |
| 159 | | | X | | | |
| 161 | | | | X | | |
| 162 | | X | | | X | |
| 163 | | X | | | X | |
| 164 | | X | | | X | |
| 165 | | X | | | X | |
| 166 | | | X | | | |
| 167 | X | X | X | | | |
| 168 | | | X | | X | |
| 169 | | X | X | | X | |
| 170 | | | X | X | | |
| 171 | | | | | X | |
| 172 | | X | | | X | |
| 173 | | | | | X | |
| 175 | | X | | X | | |
| 176 | | X | | X | | |
| 177 | X | X | | | | |
| 178 | X | X | | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 179 | | | X | | | |
| 180 | X | X | | | | |
| 181 | X | X | | X | | |
| 183 | | X | | | | |
| 185 | X | X | | | | |
| 187 | | | | | X | |
| 188 | | | X | | | |
| 189 | | X | X | | | |
| 190 | | X | X | | | |
| 193 | | | X | X | | |
| 194 | | | X | | X | |
| 195 | | | X | | | |
| 196 | | | | | X | |
| 197 | | | | | X | |
| 198 | | | X | | | |
| 199 | | | X | | | |
| 200 | | | X | | | |
| 201 | | X | | X | | |
| 202 | | X | | X | | |
| 203 | X | X | | | | |
| 204 | | | X | X | | |
| 205 | | X | | | | |
| 206 | | X | | X | | |
| 207 | | X | | | | |
| 208 | | | X | X | | |
| 209 | | | X | | | |
| 210 | | | X | | | |
| 231 | | | | | X | |
| 232 | | | | | X | |
| 233 | | | | | X | |
| 234 | | | | | X | |
| 235 | | | | | X | |
| 236 | | | | | X | |
| 237 | | | | | X | |
| 238 | | | | | X | |
| 239 | | | | | X | |
| 240 | | | | | X | |
| 241 | | | | | X | |
| 242 | | | | | X | |
| 243 | | | | | X | |
| 244 | | | | | X | |

|     |   |   |   |   |   |   |
|-----|---|---|---|---|---|---|
| 245 |   |   |   |   | X |   |
| 246 |   |   |   |   | X |   |
| 247 |   |   |   |   | X |   |
| 248 |   |   |   |   | X |   |
| 249 |   |   |   |   | X |   |
| 250 |   |   |   |   | X |   |
| 251 |   |   |   |   | X |   |
| 252 |   |   |   |   | X |   |
| 253 |   |   |   |   | X |   |
| 254 |   |   |   |   | X |   |
| 255 |   |   |   |   | X |   |
| 256 |   |   |   |   | X |   |
| 257 |   |   |   |   | X |   |
| 258 |   |   |   |   | X |   |
| 259 |   |   |   |   | X |   |
| 260 |   |   |   |   |   | X |
| 261 |   |   | X | X |   |   |
| 262 |   |   | X | X |   |   |
| 263 |   |   | X | X |   |   |
| 264 |   |   | X | X |   |   |
| 265 |   |   | X | X |   |   |
| 266 |   |   | X | X |   |   |
| 267 |   |   | X | X |   |   |
| 268 |   |   | X | X |   |   |
| 269 |   |   | X | X |   |   |
| 270 |   |   | X | X |   |   |
| 271 |   |   | X | X |   |   |
| 272 |   |   | X | X |   |   |
| 273 |   |   | X | X |   |   |
| 274 |   |   | X | X |   |   |
| 275 |   |   | X | X |   |   |
| 276 |   |   | X | X |   |   |
| 277 |   |   | X | X |   |   |
| 278 |   |   | X | X |   |   |
| 279 |   |   | X | X |   |   |
| 280 |   |   | X | X |   |   |
| 281 |   |   | X | X |   |   |
| 282 |   |   | X | X |   |   |
| 283 |   |   | X | X |   |   |
| 284 |   |   | X | X |   |   |
| 285 |   |   | X | X |   |   |

| | | | | | | |
|---|---|---|---|---|---|---|
| 286 | | | X | X | | |
| 287 | | | X | X | | |
| 288 | | | X | X | | |
| 289 | | | X | X | | |
| 290 | | | X | X | | |
| 291 | | | X | X | | |
| 292 | | | X | X | | |
| 293 | | | X | X | | |
| 294 | | | X | X | | |
| 295 | | | X | X | | |
| 296 | | | X | X | | |
| 297 | | | X | X | | |
| 298 | | | X | X | | |
| 299 | | | X | X | | |
| 300 | | | X | X | | |
| 301 | | | X | X | | |
| 302 | | | X | X | | |
| 303 | | | X | X | | |
| 304 | | | X | X | | |
| 305 | | | X | X | | |
| 306 | | | X | X | | |
| 307 | | | X | X | | |
| 308 | | | X | X | | |
| 309 | | | X | X | | |
| 310 | | | X | X | | |
| 311 | | | | | | X |
| 312 | | | | | | X |
| 313 | | | | | | X |
| 314 | | | | | | X |
| 315 | | | X | X | | |
| 316 | | | X | X | | |
| 317 | | | X | X | | |
| 318 | | | X | X | | |
| 319 | | | X | X | | |
| 320 | | | X | X | | |
| 321 | | | X | X | | |
| 322 | | | X | X | | |
| 323 | | | X | X | | |
| 324 | | | X | X | | |
| 325 | | | X | X | | |
| 326 | | | X | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 327 | | | X | X | | |
| 328 | | | X | X | | |
| 329 | | | X | X | | |
| 330 | | | X | X | | |
| 331 | | | X | X | | |
| 332 | | | X | X | | |
| 333 | | | X | X | | |
| 334 | | | X | X | | |
| 335 | | | X | X | | |
| 336 | | | X | X | | |
| 337 | | | X | X | | |
| 338 | | | X | X | | |
| 339 | | | X | X | | |
| 340 | | | X | X | | |
| 341 | | | X | X | | |
| 342 | | | X | X | | |
| 343 | | | X | X | | |
| 344 | | | X | X | | |
| 345 | | | X | X | | |
| 346 | | | X | X | | |
| 347 | | | X | X | | |
| 348 | | | X | X | | |
| 349 | | X | | X | | |
| 350 | | | X | X | | |
| 351 | | | X | X | | |
| 352 | | | X | X | | |
| 353 | | | X | X | | |
| 354 | X | X | | | | |
| 355 | | | X | X | | |
| 356 | X | X | | | | |
| 357 | | | X | X | | |
| 358 | | | X | X | | |
| 359 | | | X | X | | |
| 360 | | | X | X | | |
| 361 | | | X | X | | |
| 362 | | | X | X | | |
| 363 | | | X | X | | |
| 364 | | | X | X | | |
| 365 | | | X | X | | |
| 366 | | | X | X | | |
| 367 | | | X | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 368 | | | X | X | | |
| 369 | | | X | X | | |
| 370 | | | X | X | | |
| 371 | | | X | X | | |
| 372 | | | X | X | | |
| 373 | | | X | X | | |
| 374 | | | X | X | | |
| 375 | | | X | X | | |
| 376 | | | X | X | | |
| 377 | | | X | X | | |
| 378 | | | X | X | | |
| 379 | | | X | X | | |
| 380 | | | X | X | | |
| 381 | | | X | X | | |
| 382 | | | X | X | | |
| 383 | | | X | X | | |
| 384 | | | X | X | | |
| 385 | | | X | X | | |
| 386 | | | X | X | | |
| 387 | | | X | X | | |
| 388 | | | X | X | | |
| 389 | | | X | X | | |
| 390 | | | X | X | | |
| 391 | | | X | X | | |
| 392 | | | X | X | | |
| 393 | | | X | X | | |
| 394 | | | X | X | | |
| 395 | | | X | X | | |
| 396 | | | X | X | | |
| 397 | | | X | X | | |
| 398 | | | X | X | | |
| 399 | | | X | X | | |
| 400 | | | X | X | | |
| 401 | | | X | X | | |
| 402 | | | X | X | | |
| 403 | | | X | X | | |
| 404 | | | X | X | | |
| 405 | | | X | X | | |
| 406 | | | X | X | | |
| 407 | | | X | X | | |
| 408 | | | X | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 409 | X | X | | X | | |
| 410 | | | X | X | | |
| 411 | | | X | X | | |
| 412 | | | X | X | | |
| 413 | | | X | X | | |
| 414 | | | X | X | | |
| 415 | | | X | X | | |
| 416 | | | X | X | | |
| 417 | | | X | X | | |
| 418 | | | X | X | | |
| 419 | | | X | X | | |
| 420 | | | X | X | | |
| 421 | | | X | X | | |
| 422 | | | X | X | | |
| 423 | | | X | X | | |
| 424 | | | X | X | | |
| 425 | | | X | X | | |
| 426 | | | X | X | | |
| 427 | | | X | X | | |
| 428 | | | X | X | | |
| 429 | | | X | X | | |
| 430 | | | X | X | | |
| 431 | | | X | X | | |
| 432 | | | X | X | | |
| 433 | | | X | X | | |
| 434 | | | X | X | | |
| 435 | | | X | X | | |
| 436 | | | X | X | | |
| 437 | | | X | X | | |
| 438 | | | X | X | | |
| 439 | | | X | X | | |
| 440 | | | X | X | | |
| 441 | | | X | X | | |
| 442 | | | X | X | | |
| 443 | | | X | X | | |
| 444 | | | X | X | | |
| 445 | | | X | X | | |
| 446 | | | X | X | | |
| 447 | | | X | X | | |
| 448 | | | X | X | | |
| 449 | | | X | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 450 | | | X | X | | |
| 451 | | | | | | X |
| 452 | | | | | | X |
| 453 | | | | | | X |
| 454 | | | | | | X |
| 455 | | | | | | X |
| 456 | | | | | | X |
| 457 | | | | | | X |
| 471 | | | X | | | |
| 480 | | | | X | X | |
| 486 | | | | | X | |
| 487 | | | X | | | |
| 498 | | | X | | | |
| 499 | X | X | X | | | |
| 500 | X | X | X | | | |
| 501 | | | X | X | | |
| 502 | | | | | X | |
| 503 | X | X | | | | |