# Exhibit B

1 | ELIZABETH A. STRANGE
2 | Acting United States Attorney
District of Arizona

3 | KEVIN M. RAPP, AUSA (Arizona Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA, AUSA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4 | Two Renaissance Square
40 N. Central Avenue, Suite 1200
5 | Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

6 |
REGINALD E. JONES, Trial Attorney (Miss. No. 102806, reginald.jones4@usdoj.gov)
7 | U.S. Department of Justice
Child Exploitation and Obscenity Section
8 | 1400 New York Avenue NW Suite 600
Washington, DC 20530
9 | Telephone (202) 616-2807
Attorneys for Plaintiff

10 |

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE DISTRICT OF ARIZONA

13 | In re Grand Jury Subpoena No. 16-04-108    GJ No. 16-4

14 | **PARTIES' JOINT NOTICE RE: SUBPOENA COMPLIANCE**

15 | **(Filed Under Seal)**

16 | **Assigned to Hon. David G. Campbell**

17 |

18 |     The parties wish to provide a status update to the Court in this matter. On June 29,

19 | 2017, the Ninth Circuit affirmed this Court's order requiring Mr. Ferrer and Backpage to

20 | comply with subpoena number 16-04-108. On September 7, 2017, the Ninth Circuit issued

21 | its mandate. On September 15, 2017—well before the 14-day deadline imposed by this

22 | Court's compliance order—Mr. Ferrer and Backpage produced a hard drive to the United

23 | States containing documents responsive to subpoena number 16-04-108.

24 |     The United States is currently reviewing the hard drive, and working with

25 | Backpage's counsel on some logistical issues, to ensure that compliance is complete.

26 |

27 |

28 |

1         Respectfully submitted this 21st day of September, 2017.

2                                 ELIZABETH A. STRANGE
                                Acting United States Attorney

3                                 District of Arizona

4

5                                 KEVIN RAPP
                                DOMINIC LANZA

6                                 Assistant U.S. Attorneys

7                                 REGINALD E. JONES
                                Trial Attorney, CEOS

8

9 I hereby certify that on this date, I hand-delivered an original of the foregoing under-seal
document to the Clerk of the U.S. District Court and sent copies via electronic mail to:

10

11 James C. Grant
DAVIS WRIGHT TREMAINE LLP

12 1201 Third Avenue, Suite 2200
Seattle, WA 98101

13 jamesgrant@dwt.com

14

15 Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP

16 1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006

17 bobcornrevere@dwt.com

18

19 Tom Henze
Janey Henze Cook

20 HENZE COOK MURPHY, PLLC
4645 North 32nd Street

21 Phoenix, Arizona 85018

22 tom@henzecookmurphy.com
janey@henzecookmurphy.com

23

24

25

26

27

28

