# Exhibit D

**(Filed Separately Under Seal)**

11/19/2019 Affidavit of Internet Archive Business Manager Christopher Butler