# Exhibit E

## (Filed Under Seal)

Business record certification – Uncharted Software, Inc.