# Exhibit F

## (Filed Under Seal)

Business record certification – WayBack Machine