# Exhibit G

## (Filed Under Seal)

May 23, 2019 Declaration of Brian Fichtner