# EXHIBIT

# I

**To:**      scott.spear%villagevoicemedia.com@gtempaccount.com[scott.spear%villagevoicemedia.com@gtempaccount.com]
**From:**    Google Alerts
**Sent:**    Mon 1/2/2012 8:40:34 PM
**Subject:** Google Alert - backpage.com
**MAIL_RECEIVED:** Mon 1/2/2012 8:40:34 PM

**Web**                                                                 **5** new results for **backpage.com**

Google Redirect Virus Removal - Easiest Way To ... - **Backpage**
Other. USA. Google Redirect Virus Removal - Easiest Way To Remove Google Redirect Virus.
nyother.backpage.com/ElectronicsForSale/.../26556833

Newsy | **Backpage**.com Escort Ads Linked to Four Detroit Deaths ...
Backstage.com is linked with four women's deaths in Detroit after they posted their own adult escort ads.
www.newsy.com/.../backpage-com-escort-ads-linked-to-four-...

Start 2012 with a !! - houston escorts - **backpage**.com
Houston. FM 1960/249/Willowbrook. Start 2012 with a !! - 28.
houston.backpage.com/FemaleEscorts/start-2012.../10498299

Vintage Boat Motor Collection - phoenix boats ... - **Backpage**
Phoenix. Sun city. $1500, Vintage Boat Motor Collection.
phoenixnewtimes.backpage.com/BoatsForSale/.../15991995

iPad 2 32GB - fort lauderdale electronics for sale - **backpage**.com
$120, iPad 2 32GB · Enlarge Picture. Want to save money and Score a brand new iPad 2 for 90% off retail value? Check out the link below & read the article to ...
browardpalmbeach.backpage.com/.../120-ipad-2.../16026049

Tip: Use a minus sign (-) in front of terms in your query that you want to exclude. Learn more.

Delete this alert.
Create another alert.
Manage your alerts.