# EXHIBIT

# J

| | |
|---|---|
| **To:** | jim.larkin@villagevoicemedia.com[jim.larkin@villagevoicemedia.com] |
| **From:** | Google Alerts |
| **Sent:** | Sat 5/5/2012 10:58:24 PM |
| **Subject:** | Google Alert - backpage.com |
| **MAIL_RECEIVED:** | Sat 5/5/2012 10:58:24 PM |

=== News - 1 new result for [backpage.com] ===

Man Charged in Backpage.com Murders
ABC News
Three of the victims had offered escort services on backpage.com, a
nationwide site similar to Craigslist, according to police. On Dec.
<http://abcnews.go.com/blogs/headlines/2012/05/man-charged-in-backpage-com-murders/>

This as-it-happens Google Alert is brought to you by Google.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Delete this Google Alert:
http://www.google.com/alerts/remove?hl=en&gl=us&source=alertsmail&s=AB2Xq4it5YzjEAra9x13jCU7IHJ7cW
L9e4Q9u7k

Create another Google Alert:
http://www.google.com/alerts?hl=en&gl=us&source=alertsmail

Sign in to manage your alerts:
http://www.google.com/alerts/manage?hl=en&gl=us&source=alertsmail