# EXHIBIT

# K

**From:** Jim Larkin <Jim.Larkin@VillageVoiceMedia.com>
**Subject:** Misc.
**Sent:** Fri, 6 Jan 2012 16:58:41 -0700
**To:** Michael Lacey <michael.lacey@villagevoicemedia.com>
craigslist agreement 110608.pdf

Michael;

1) I agree we should contemplate a well-considered scorched earth strategy re: McKenna, and I trust Sitrick's potential on-the-ground call in NYC that we might want to go all in against McKenna. Our primary worry is that we simply inflict a flesh wound and he covers his tracks with Microsoft quickly and the story dies. We need to talk about this with Moon as much as I dread the conversation. And McKenna is part of the HUGE adult story on the web as you point out. He doesn't know what he's talking about (Governor from Microsoft?) and neither do the media, the religious or the advocates. Moon won't like it but we should consider a perfect Craigslist-Bing-Microsoft-Campaign$-McKenna media storm as soon as possible, if we can pull it off with better than a 2-1 chance of success.

2) I've followed this parade very closely and I don't think the AG's have any fucking legal authority over any of our activities on the web. They can't prosecute, they can't investigate, they can't subpoena, they can't do bupkis but follow Blumenthal's playbook and beat us harshly from the bully pulpit. So, any agreement that might come from these Moon discussions is strictly window dressing. We have so far agreed to let them bully us and we want them to end up patting us on the head and telling us to follow USC guidelines. I think that is the agreement we are working for with the AG's.

3) Will such an AG agreement calm a buyer? Fuck if I know. The buyers were scared of nothing last time so if I give them nothing again will that make them more comfortable? It might make our lives a little more comfortable if I can get a lender interested with a stand down letter. Is that what we stand to lose if we let the McKenna shit fly? I think so. I've attached the 2008 Blumenthal Craigslist agreement to the bottom of this email. It reads as useless as teats on a boar but to a banker it might seem wonderful. If we let the McKenna shit fly we might want to move right into Federal Court where it is my understanding that the AG's will be told they are barking up someone else's tree.

3) There are a dozen new ways to sell sex on the net every fucking day. We probably have a higher risk to lose our backpage business from the onslaught of inevitable web innovation than we do these lard assed AG's and their analog political agendas.

4) I heard Allesandra the other night and I agree that we need a woman (non lawyer) carrying our water on the tube.
McNally is a smart soldier but Tracy at Culloton's office would have presented better, too bad I fired them, huh? It wouldn't be the first time
I pleaded with a woman to come back. What do you think? Any other ideas on spokeswoman? Obviously it would be better not to
worry about it and if we blow the whole thing up maybe we won't have to worry for a few months.

5) The LAW package is on its way to your house.

Larkin

On Jan 6, 2012, at 4:00 PM, Michael Lacey wrote:

> good call
>
> couple of concerns to discuss iwht mooner
>
> 1) im unclear where this sharing of info is going with mckennas staff.
> a) there is absolutlely no conversation about web safeguards for
> industry/reform/usc
> b) they have no authority to do that or go after us
>
> 2) mckenna is out of there this fall
>
> 3) we will have to deal with new top dog for AG assoc later this year.
> and as AG in Indianna is showing, facts have no bearing if they can
> beat the underage prostutution drum
>
> 4) i wonder, and i dont know but i wonder, might it not be worth
> nailing mckenna because it is juiciest part of story BUT it also
> involves explaining at same time how big adult web is. CRAIG of
> course, yes. and so much more. And your attny generals are corrupt
> whores. Craig, Go Daddy, and political hypocricy could break big
> enough that this goes away. its not an AG drum to pound after a
> perfect storm of publicity. (even CNN had to change the story. a year
> ago when we started running copy the story was over 300,000 underage
> girls every year. now, cnn's anderson cooper sayinig we do a good job
> on that front, why cant we admit these are prostitutes.) i think we
> should consider perfect storm scenario , and if we do it means getting
> a full treatment
>
> 5)  what does the agreement look like that we need from AGs for
> business purposes and how does it bind the next AG pres when McK
> leaves office.
>
> wonder how long before cops catch someone in detroit

# JOINT STATEMENT

craigslist, the Attorneys General listed below, and the National Center for Missing and Exploited Children ("NCMEC"), announce new measures that craigslist is taking to help combat unlawful activity and improve public safety on its web site.

This agreement culminates a series of discussions and in person meetings between Jim Buckmaster, CEO of craigslist, Richard Blumenthal, Attorney General of the State of Connecticut, and NCMEC.

craigslist is a popular internet classifieds service that provides the public with many benefits. Like all communication tools, it can unfortunately be misused to facilitate unlawful activity.

craigslist has a long record of implementing measures to prevent misuse of its web site, assisting law enforcement investigations, and of improving safety for craigslist users. Law enforcement personnel have called craigslist's attention to misuse of craigslist's "erotic services" category to facilitate unlawful activity. This problem requires new safeguards for craigslist and new ways of working together with law enforcement. Further innovation and collaboration in addressing these issues will be beneficial for the safety of craigslist users and the general public. Accordingly, craigslist, the Attorneys General, and NCMEC, announce the following measures for combating unlawful activity and improving public safety on craigslist:

## I. DIGITAL TAGGING, COMMUNITY FLAGGING, ELECTRONIC SCREENING

* craigslist has implemented a community self-policing program which allows users to "flag" a posting the user believes violates the terms of use, including the prohibition against pornography. The objectionable posting is eliminated automatically if it receives above a threshold number of flags.

* craigslist uses electronic screening to block certain advertisements that craigslist believes will violate its Terms of Use before they are posted.

* craigslist digitally tags adult sections of the site using industry standard PICS rating headers to facilitate the effectiveness of PC-based parental screening software.

## II. TELEPHONE VERIFICATION

* craigslist has implemented a telephone verification system for the "erotic services" section of the site requiring any person seeking to post an advertisement to provide a working telephone number.

* Telephone verification enables craigslist to permanently block the phone number of any person posting unlawful or inappropriate advertisements.

## III. CREDIT CARD VERIFICATION AND FEE TO POST

* craigslist plans to implement credit card verification and fee to post for its "erotic services" category. Persons wishing to post ads in this category will be required to pay a fee using a valid credit card.

* Credit card verification and fee to post will reduce ad volume significantly, and encourage more responsible usage.

* Credit Card verification provides additional identifying information that will enable craigslist to block the accounts of persons who violate craigslist's terms of use.

* credit card information would be available to law enforcement agencies through a subpoena process.

* craigslist plans to contribute 100% of the net revenues from these advertisements to charity. A public accounting firm will verify the net revenue amounts.

## IV. LEGAL ACTION AGAINST SPAM OPERATORS

* Misuse of craigslist is facilitated by companies providing spamming, posting, and/or flagging services. These businesses seek financial profit by providing services and/or software that circumvent craigslist's terms of use and defense mechanisms or facilitate circumvention by other persons.

* craigslist has initiated (or will soon initiate) lawsuits against a number of these companies that violate craigslist's terms of use (or facilitate the violation of craigslist's terms of use by others).

* craigslist will provide evidence of unlawful activity by these operators to the Attorneys General for potential prosecution.

## V. COOPERATION WITH LAW ENFORCEMENT

* craigslist has developed search capabilities that enhance its ability to assist NCMEC and law enforcement agencies to locate missing persons, and identify exploited minors and victims of human trafficking.

* craigslist is continuing its development efforts in this area to further enhance its ability to assist law enforcement NCMEC and even social welfare agencies in their efforts to protect children from this type of victimization.

* craigslist will cooperate with law enforcement utilizing the subpoena process.

## VI. HUMAN TRAFFICKING AND CHILD EXPLOITATION AWARENESS

* craigslist is visited by more than 40 million Americans each month, generating more than 12 billion monthly page views. Information presented by craigslist can help raise awareness among Americans regarding the enormous suffering caused by human trafficking and the exploitation of minors in this country.

* craigslist, the Attorneys General, and NCMEC will work together to further refine and improve educational materials that are currently available on craigslist.

## VII. FUTURE EFFORTS

* craigslist and the Attorneys General will meet on a regular basis to discuss design and functionality improvements to combat unlawful activity and improve safety on its web site.

* craigslist will explore the implementation and use of technology that prevents image uploads likely to violate its terms of use.

* craigslist will work with the Attorneys General to develop more robust electronic screening of language used in craigslist postings.

Jim Buckmaster
President and Chief Executive Officer
craigslist, Inc.

Ernie Allen
President and Chief Executive Officer
National Center for Missing and Exploited Children

Richard Blumenthal
Attorney General of Connecticut

Terry Goddard
Attorney General of Arizona

Dustin B. McDaniel
Attorney General of Arkansas

John W. Suthers
Attorney General of Colorado

Richard S. Gebelein
Acting Attorney General of Delaware

Peter J. Nickles
Attorney General of the District of Columbia

Thurbert E. Baker
Attorney General of Georgia

Alicia G. Limtiaco
Attorney General of Guam

Mark J. Bennett
Attorney General of Hawaii

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Stephen Carter
Attorney General of Indiana

Tom Miller
Attorney General of Iowa

Jack Conway
Attorney General of Kentucky

Steven Rowe
Attorney General of Maine

Jim Hood
Attorney General of Mississippi

Jon Bruning
Attorney General of Nebraska

Kelly A. Ayotte
Attorney General of New Hampshire

Gary King
Attorney General of New Mexico

Wayne Stenehjem
Attorney General of North Dakota

Steve Six
Attorney General of Kansas

James D. "Buddy" Caldwell
Attorney General of Louisiana

Douglas F. Gansler
Attorney General of Maryland

Mike McGrath
Attorney General of Montana

Catherine Cortez Masto
Attorney General of Nevada

Anne Milgram
Attorney General of New Jersey

Roy Cooper
Attorney General of North Carolina

Nancy H. Rogers
Attorney General of Ohio

Drew Edmondson
Attorney General of Oklahoma

Tom Corbett
Attorney General of Pennsylvania

Henry McMaster
Attorney General of South Carolina

Robert E. Cooper, Jr.
Attorney General of Tennessee

William H. Sorrell
Attorney General of Vermont

Robert F. McDonnell
Attorney General of Virginia

Darrell V. McGraw, Jr.
Attorney General of West Virginia

Bruce A. Salzburg
Attorney General of Wyoming

Hardy Myers
Attorney General of Oregon

Patrick C. Lynch
Attorney General of Rhode Island

Lawrence E. Long
Attorney General of South Dakota

Mark L. Shurtleff
Attorney General of Utah

Vincent F. Frazer
Attorney General of the Virgin Islands

Rob McKenna
Attorney General of Washington

J. B. Van Hollen
Attorney General of Wisconsin