# EXHIBIT

# L

**Proposal for Research:** Backpage.com

As usual, the above costs include all direct costs associated with the project, which should be considered fixed rates associated with each research component. The only other costs associated with this project are related travel for meetings, communications, printing, and shipping, which are billed separately as they are incurred on a pass-through basis. While we provide an electronic copy of the crosstabs for free, there is a nominal cost for printing and shipping the crosstabs. As we do for all of our projects, we ask that each component of the project be paid in full before dialing begins.

Qualitive
component only

3.29.2012
date

James Larkin
Chairman and CEO
Village Voice media

Anna Greenberg
SVP
Greenberg Quinlan Rosner
4/2/12