# EXHIBIT

# O

| | |
|---|---|
| **From:** | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent:** | Tuesday, June 26, 2012 6:28 PM |
| **To:** | scarpenter@scottsdaleaz.gov |
| **Subject:** | Fwd: Request to hold posts |
| **Attachments:** | Posts 10777990 & 13535811.pdf |

---------- Forwarded message ----------
From: **Records Backpage** <records@backpage.com>
Date: Mon, Jun 25, 2012 at 2:05 PM
Subject: Fwd: Request to hold posts
To: Carl Ferrer <carl.ferrer@backpage.com>

Detective Carpenter,
Attached is a list of URLS and screen shots of other sites where the same phone numbers appeared. We included the contact info for these other sites.

We are preserving the information you requested. I believe you are in contact with our records dept already. If there is anything else we can do, please let us know.

- Carl

---------- Forwarded message ----------
From: **Carpenter, Scott - 541** <SCarpenter@scottsdaleaz.gov>
Date: Fri, Jun 22, 2012 at 1:18 PM
Subject: Request to hold posts
To: "records@backpage.com" <records@backpage.com>, "help@backpage.com" <help@backpage.com>

Can you please freeze the following posts, any related posts, and all related documents pending legal process from Scottsdale PD? We are currently investigating a homicide and these posts are related.

10777990

13535811

Thank you in advance for your assistance.

Detective Scott Carpenter

Scottsdale Police Department

Gang Investigations Unit

1

BP-AZGJ00074400

BP-PSI-074413

DOJ-BP-0000052203

(480)312-6352 office

(480)312-9124 fax

2

BP-AZGJ00074401

BP-PSI-074414

DOJ-BP-0000052204