# EXHIBIT

# V

**From:** Kellie Rish
**Sent:** Thursday, April 20, 2017 2:57 PM
**To:** sross@akingump.com
**Subject:** State of Louisiana v. Adam Littleton

Pursuant to our telephone conference, I am requesting the address for service of process for a custodian of records to appear to testify in a murder trial in my jurisdiction. We have already received records from backpage.com pursuant to a search warrant. We have a signed court order for the appearance of a custodian for trial, however we were unable to properly serve Backpage because they apparently are no longer located in Dallas. Please advise so that we can send out the necessary paperwork. Our trial is scheduled for June 19, 2017.

Kellie M. Rish
Assistant District Attorney
State of Louisiana
Parish of Jefferson
(504)361-2847