# EXHIBIT

# W

IN THE CRIMINAL DISTRICT COURT NO. 1
OF DALLAS COUNTY, TEXAS

No. OSW-17-004-H

| | | |
|---|---|---|
| In The Matter of Interstate Subpoena in: | § § § § § § | Uniform Act to Secure Attendance of Witnesses from Without the State in Criminal Proceedings |
| THE STATE OF LOUISIANA v. ADAM LITTLETON | | Case No. 16-2908 |

## WAIVER OF HEARING

I, the CUSTODIAN OF RECORDS FOR BACKPAGE.COM, LLC, have been personally served with the Order of this Court to appear and show cause why I should not be required to appear before the 24th Judicial District Court of Jefferson Parish, located at 200 Derbigny Street, Gretna, Louisiana 70053, to testify in a pending criminal prosecution, styled *The State of Louisiana v. Adam Littleton*, Case No. 16-2908, beginning on June 19, 2017, as set forth in the Certificate of the Honorable Lee V. Faulkner, Jr., Judge of the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisian, a copy of which is attached to the aforesaid order.

I, the CUSTODIAN OF RECORDS FOR BACKPAGE.COM, LLC, hereby voluntarily waive my right to a hearing on the Order to Show Cause and AGREE AND CONSENT that my testimony is material and necessary to the above-referenced proceeding and that said testimony will cause me no undue hardship. I accept service of the Interstate Subpoena and consent to appear and testify at the time and place directed.

[signature]
CUSTODIAN OF RECORDS
BACKPAGE.COM, LLC

Date: 05/08/2017

**Kellie Rish**

**From:** Nathan Backpage <nathan@backpage.com>
**Sent:** Monday, May 22, 2017 10:20 AM
**To:** Kellie Rish
**Subject:** State v. Adam Littleton - Backpage.com Testimony

Ms. Rish,
My name is Nathan Yockey, I am a Custodian of Records with Backpage.com and I have been assigned to aid in the authentication of certain records in the aforementioned case of State of Louisiana v. Adam Littleton.
At this point, I have fairly little knowledge aside from the relevance of the records and the specified date of June 19th set for a possible testimony. You can reach me at this email address or by phone at 469-317-6022 to discuss further travel options as well as any other information surrounding this case.

Regards,
Nathan J. Yockey
Backpage.com Subpoena Compliance Specialist
Custodian Of Records
469-317-6022
nathan@backpage.com

1