MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>         v.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | No. CR-18-00422-PHX-SMB<br><br>**MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT TO UNITED STATES' MOTION TO ADMIT EVIDENCE OF MURDERS IMPLICATING BACKPAGE** |

The United States of America respectfully requests leave to allow the non-electronic filing of one compact disc containing an Excel spreadsheet, which is Exhibit B referenced in its Motion to Admit Evidence of Murders Implicating Backpage (Doc. 920), filed on

April 17, 2020. The spreadsheet cannot be converted into a PDF format, and therefore cannot be filed electronically.[1]

Respectfully submitted this 17th day of April, 2020.

>MICHAEL BAILEY
>United States Attorney
>District of Arizona
>
>*s/Kevin M. Rapp*
>KEVIN M. RAPP
>MARGARET PERLMETER
>PETER S. KOZINETS
>ANDREW C. STONE
>Assistant U.S. Attorneys
>
>JOHN J. KUCERA
>Special Assistant U.S. Attorney
>
>BRIAN BENCZKOWSKI
>Assistant Attorney General
>U.S. Department of Justice
>Criminal Division, U.S. Department of Justice
>
>REGINALD E. JONES
>Senior Trial Attorney
>U.S. Department of Justice, Criminal Division
>Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Zachry Stoebe*
Zachry Stoebe
U.S. Attorney's Office

---

[1] Pursuant to the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual, Section N(2), Non-Electronic Filing of Exhibits and Other Documents - A party may seek leave of the court to allow the non-electronic filing of exhibits and other documents when they are not convertible to electronic form (*e.g.*, videotapes, maps, etc.) or are extremely large.