# Exhibit A

```
 1              IN THE SUPERIOR COURT OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF SACRAMENTO
 3       HONORABLE MICHAEL G. BOWMAN, JUDGE, DEPARTMENT 61
 4                          ---oOo---
 5   THE PEOPLE OF THE STATE OF CALIFORNIA )
                                            )   ORIGINAL
 6                                          )
                    -vs-                    )   Case Number:
 7                                          )   16FE019224
                                            )
 8   CARL FERRER, MICHAEL GERARD LACEY      )
     and JAMES ANTHONY LARKIN,              )
 9                            Defendants.   )
                                            )
10   _____)
11
                            ---oOo---
12
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
13
             PENAL CODE SECTION 1275.1(f) HEARING
14
                            ---oOo---
15
                   THURSDAY, OCTOBER 13, 2016
16
                            ---oOo---
17
```

---oOo---

Araceli Plasencia, CSR No. 8687

SACRAMENTO OFFICIAL COURT REPORTERS

Case 2:18-cr-00422-DJH   Document 929-1   Filed 04/17/20   Page 3 of 4

```
 1                       I N D E X
 2                       ---oOo---
 3   THURSDAY, OCTOBER 13, 2016                                    1
 4   WITNESSES FOR DEFENDANTS LACEY AND LARKIN:
 5        DON BENNETT MOON
          Direct Examination by Mr. Cassman                        4
 6        Cross-Examination by Ms. Mailman                         7
 7        MARGARET LARKIN
          Direct Examination by Mr. Cassman                       21
 8        Cross-Examination by Ms. Mailman                        23
 9   ARGUMENT BY MS. KRELL                                        24
10   COURT'S RULING RE 1275.1(f) HEARING                          25
11   DEFENSE REQUEST TO FILE 977 WAIVERS                          25
12   PEOPLE REQUEST BAIL CONDITIONS                               25
13   DEFENDANTS SIGN 977 WAIVERS IN OPEN COURT                    27
14   DEFENDANTS' PASSPORTS SURRENDERED                            27
15   DEMURRER BRIEFING SCHEDULING SET                             27
16   CERTIFICATE OF COURT REPORTER                                31
17
18                       ---oOo---
19
20
21
22
23
24
25
26
27
28
```

SACRAMENTO OFFICIAL COURT REPORTERS

```
 1    Q.    Do you currently represent Defendant Larkin in his
 2    individual capacity?
 3          MR. BLACKMON:  Do you mean, in connection with this
 4    proceeding?
 5    Q.    (By Ms. Mailman)  Do you currently represent
 6    Defendant Larkin in his individual capacity?
 7          THE COURT:  Either it's yes or no.
 8          THE WITNESS:  Well, I suppose that --
 9          MR. BLACKMON:  I object on the ground of vagueness,
10    your Honor.
11          THE COURT:  Tighten it up a little bit.  That's
12    sustained.
13    Q.    (By Ms. Mailman)  Is there currently an
14    attorney/client relationship between you and Defendant
15    Larkin?
16    A.    Yes.
17    Q.    Do you currently represent Defendant Lacey in his
18    individual capacity?
19          MR. BLACKMON:  Same objection.
20          THE COURT:  Sustained.
21          THE WITNESS:  Same answer as given.
22    Q.    (By Ms. Mailman)  So you currently have an
23    attorney/client privilege relationship between Defendant
24    Lacey and yourself?
25    A.    I do.
26    Q.    Do you have an attorney/client relationship
27    presently between yourself and backpage.com LLC?
28          MR. CASSMAN:  Objection, irrelevant.
```