# Exhibit C

**To:** Staff @ TER[staff@theeroticreview.com]
**From:** Carl Ferrer
**Sent:** Tue 10/9/2007 6:44:17 PM
**Subject:** RE: RE: Here is our stuff (to Dave)
Analytics_backpage.com_20070930-20071006_(ContentByTitleReport).pdf

Hey Dave,
The developers tell me they are working on it this week. Sorry for it taking so long. It is my top priority.

Attached is a report of a users that actually clicked the sponsor ad to read more. Do you know what kind of referrals you are tracking from me?

RE: other site reviews
That's a double "ugh...ugh" for us being a user generated content site. We should talk some more on the phone on this one.


Are you going to the PubCon in Las Vegas in December?
http://www.pubcon.com/



Carl



>>> "Staff @ TER" <staff@theeroticreview.com> 10/9/2007 4:16 AM >>>
Any luck getting the placement of our ad corrected or the problem with other review sights advertising on your site conflicting with our reciprocal link program?

Please advise,

David

---

From: Carl Ferrer [mailto:Carl.Ferrer@backpage.com]
Sent: Wed 9/26/2007 8:00 PM
To: Micah Killough
Cc: Staff @ TER
Subject: Fwd: RE: Here is our stuff (to Dave)



Hey Dave,
This ad looks great.

Hey Micah,
Please schedule this ad nationally as a sponsor ad. Go ahead and use staff@theeroticreview.com email address for the poster.

Once done, please send me a link. I need to schedule with the developers to anchor this sponsor ad as first ad on the upper right.

Carl