IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

　　　Based upon the United States of America's Motion for Leave to File Excess Pages in support of its Motion *in Limine* to Determine Admissibility of Evidence, and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the Motion for Leave to File Excess Pages (Doc. 915).

　　　Dated this 20th day of April, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge