Thomas H. Bienert, Jr. *(admitted pro hac vice)*
    tbienert@bmkattorneys.com
Whitney Z. Bernstein *(admitted pro hac vice)*
    wbernstein@bmkattorneys.com
BIENERT KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for James Larkin

Paul J. Cambria, Jr. *(admitted pro hac vice)*
    pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
    emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

*[Additional counsel listed on next page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>    Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DEFENDANTS LACEY, LARKIN, BRUNST, AND SPEAR'S MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE**<br><br>**UNDER SEAL**<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506<br><br>Trial Date:         August 17, 2020 |

Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John Brunst

Bruce Feder (AZ Bar No. 004832)
    bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Scott Spear

## DECLARATION OF ARIEL A. NEUMAN

I, Ariel A. Neuman, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant John Brunst in this action. I make this declaration in support of Defendants Lacey, Larkin, Brunst, and Spear's Motion To Dismiss Based On Outrageous Government Misconduct Invading Attorney-Client Privilege. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify. This declaration is made for a limited purpose, and does not purport to set forth all information I have about this matter.

2. Attached as **Exhibit 1** to this declaration is a true and correct copy of a letter I understand was sent to the government on or about April 26, 2018.

3. Attached as **Exhibit 2** is a true and correct copy of a letter I understand was sent to the government on or about May 2, 2018.

4. Attached as **Exhibit 3** is a true and correct copy of a letter I understand was sent to the government on or about May 1, 2018.

5. Attached as **Exhibit 4** to this declaration is a true and correct copy of a letter received from government counsel and dated May 3, 2018.

6. Attached as **Exhibit 5** to this declaration is a true and correct copy of a letter received from government counsel and dated May 14, 2018.

7. Attached as **Exhibit 6** to this declaration is a true and correct copy of a letter received from government counsel and dated May 18, 2018.

8. Attached as **Exhibit 7** to this declaration is a true and correct copy of Docket Entry 338 in this matter, referred to in the accompanying Motion as Logan Order I.

9. Attached as **Exhibit 8** to this declaration is a true and correct copy of Docket Entry 345 in this matter, referred to in the accompanying Motion as Logan Order II.

10. Attached as **Exhibit 9** to this declaration is a true and correct copy, as received

from the government, of the April 5, 2018 Memorandum of Interview ("MOI"), as revised and adopted on February 5, 2019. It is my understanding, based on the government's production, that in February and May 2019, the government asked Ferrer to review, revise, and adopt all of the MOIs prepared regarding his prior interviews. I am only attaching the revised and adopted versions to this declaration.

11. Attached as **Exhibit 10** to this declaration is a true and correct copy, as received from the government, of the April 17, 2018 MOI as revised and adopted on February 5, 2019.

12. Attached as **Exhibit 11** to this declaration is a true and correct copy, as received from the government, of the May 10, 2018 MOI as revised and adopted on February 5, 2019.

13. Attached as **Exhibit 12** to this declaration is a true and correct copy, as received from the government, of the July 23, 2018 MOI as revised and adopted on February 5, 2019.

14. Attached as **Exhibit 13** to this declaration is a true and correct copy, as received from the government, of the July 26, 2018 MOI as revised and adopted on May 13, 2019.

15. Attached as **Exhibit 14** to this declaration is a true and correct copy, as received from the government, of the December 14, 2018 MOI as revised and adopted on May 13, 2019.

16. Attached as **Exhibit 15** to this declaration is a true and correct copy, as received from the government, of the February 5, 2019 MOI.

17. Attached as **Exhibit 16** to this declaration is a true and correct copy, as received from the government, of the May 13, 2019 MOI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 1, 2020, at Los Angeles, California.

*/s/ Ariel A. Neuman*
Ariel A. Neuman