IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>5.  Dan Hyer,<br><br>            Defendant. | No. CR-18-00422-005-PHX- SMB<br><br>**[PROPOSED] ORDER** |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from July 27, 2020 to January 27, 2021 at _____.