IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>5.　Dan Hyer,<br>　　　　　Defendant. | No. CR-18-00422-005-PHX- SMB<br><br>**ORDER** |

　　　The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Continue Sentencing.

　　　**IT IS FURTHER ORDERED** continuing the Sentencing from July 27, 2020 to January 25, 2021 at 3:30 p.m., Courtroom 506 in Phoenix, Arizona.

　　　Dated this 5th day of May, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge