IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>              Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

Based on the United States' Motion to Extend Deadline for Response to Defendants' Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and extending the deadline for it to respond to Defendants' Motion to Dismiss (Doc. 940) to June 5, 2020.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.