Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienertkatzman.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>James Larkin,<br><br>                    Defendant. | CASE NO. 2:18-cr-00422-PHX-SMB-2<br><br>**NOTICE OF CHANGE OF DOCKET INFORMATION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that James Larkin seeks to remove attorneys Anthony R. Bisconti (CA SBN # 269230), Kenneth M. Miller (CA SBN # 151874), and John L. Littrell (CA SBN # 221601) from the docket of Case No.: 2:18-cr-00422-PHX-SMB-2 as they are no longer working on this matter.

DATED:  May 12, 2020

Respectfully submitted,

BIENERT | KATZMAN PC

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
*Attorneys for James Larkin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas