Thomas H. Bienert, Jr. *(admitted pro hac vice)*
  tbienert@bmkattorneys.com
Whitney Z. Bernstein *(admitted pro hac vice)*
  wbernstein@bmkattorneys.com
BIENERT KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for James Larkin

Paul J. Cambria, Jr. *(admitted pro hac vice)*
  pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
  emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

*[Additional counsel listed on next page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-PHX-SMB |
| Plaintiff, | **DEFENDANTS LACEY, LARKIN, BRUNST, AND SPEAR'S NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

1  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for John Brunst
8
   Bruce Feder (AZ Bar No. 004832)
9     bf@federlawpa.com
   FEDER LAW OFFICE, P.A.
10 2930 E. Camelback Road, Suite 160
   Phoenix, Arizona 85016
11 Telephone: (602) 257-0135

12 Attorney for Scott Spear

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear hereby file this Notice of Errata with respect to their Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege [Dkt No. 940]: The document attached as Exhibit 6 to the Declaration of Ariel A. Neuman was a different May 18, 2018 letter from government counsel than was intended.  Attached is a new declaration, with the replacement Exhibit 6.

DATED:  May 12, 2020　　　　　Thomas H. Bienert, Jr.
　　　　　　　　　　　　　　　Whitney Z. Bernstein
　　　　　　　　　　　　　　　BIENERT KATZMAN PC

　　　　　　　　　　　　　　　By:　　*s/ Thonas H. Beienert, Jr.*
　　　　　　　　　　　　　　　　　　Thomas H. Bienert, Jr.
　　　　　　　　　　　　　　　Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II (C) (3), Thomas H. Bienert, Jr., hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  May 12, 2020　　　　　Paul J. Cambria, Jr.
　　　　　　　　　　　　　　　Erin McCampbell
　　　　　　　　　　　　　　　LIPSITZ GREEN SCIME CAMBRIA LLP

　　　　　　　　　　　　　　　By:　　*s/ Paul J. Cambria, Jr.*
　　　　　　　　　　　　　　　　　　Paul J. Cambria, Jr.
　　　　　　　　　　　　　　　Attorneys for Michael Lacey

1  DATED: May 12, 2020                Respectfully submitted,

2                                     Gary S. Lincenberg
3                                     Ariel A. Neuman
                                      Gopi K. Panchapakesan
4                                     BIRD, MARELLA, BOXER, WOLPERT,
5                                     NESSIM, DROOKS, LINCENBERG &
                                      RHOW, P.C.
6

7
                                      By:    *s/Gary S. Lincenberg*
8                                                Gary S. Lincenberg
9                                            Attorneys for John Brunst

10
11 DATED: May 12, 2020                FEDER LAW OFFICE, P.A.

12
                                      By:    *s/ Bruce Feder*
13                                               Bruce Feder
                                             Attorneys for Scott Spear
14

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas