Thomas H. Bienert, Jr. *(admitted pro hac vice)*
   tbienert@bmkattorneys.com
Whitney Z. Bernstein *(admitted pro hac vice)*
   wbernstein@bmkattorneys.com
BIENERT KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for James Larkin

Paul J. Cambria, Jr. *(admitted pro hac vice)*
   pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
   emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Michael Lacey, *et al.*,<br><br>          Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DEFENDANTS' NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE** |

1  Gary S. Lincenberg *(admitted pro hac vice)*
      glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
      aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
      gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for John Brunst
8
   Bruce Feder (AZ Bar No. 004832)
9     bf@federlawpa.com
   FEDER LAW OFFICE, P.A.
10 2930 E. Camelback Road, Suite 160
   Phoenix, Arizona 85016
11 Telephone: (602) 257-0135

12 Attorney for Scott Spear

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                            Case No. 2:18-cr-00422-004-PHX-SMB
DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DEFENDANTS' NOTICE OF ERRATA RE
EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT
INVADING ATTORNEY-CLIENT PRIVILEGE

I, Ariel A. Neuman, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant John Brunst in this action. I make this declaration in support of Defendants Lacey, Larkin, Brunst, And Spear's Notice Of Errata Re Exhibit 6 To Motion To Dismiss Based On Outrageous Government Misconduct Invading Attorney-client Privilege.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached is a replacement **Exhibit 6**, which is a true and correct copy of the May 18, 2018 correspondence from government counsel which is referenced in the Motion.  My prior declaration mistakenly attached a different May 18, 2018 letter from government counsel.  I respectfully request that the Court consider this replacement Exhibit 6 when considering the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 12, 2020, at Los Angeles, California.

*s/ Ariel A. Neuman*
Ariel A. Neuman

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                               */s/ Toni Thomas*
                                               Toni Thomas