Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-SMB |
| Plaintiff, | **DEFENDANTS' MOTION TO (1) FILE REPLY IN SUPPORT OF MISCONDUCT MOTION THREE DAYS LATER AND (2) APPEAR VIA REMOTE VIDEO TELECONFERENCING FOR THE JUNE 19 HEARINGS IN LIGHT OF THE GLOBAL COVID-19 PANDEMIC** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

DEFENDANTS' MOTION TO (1) FILE REPLY IN SUPPORT OF MISCONDUCT MOTION THREE
DAYS LATER AND (2) APPEAR VIA REMOTE VIDEO TELECONFERENCING FOR THE JUNE 19
HEARINGS IN LIGHT OF THE GLOBAL COVID-19 PANDEMIC

## I.  BACKGROUND

On May 1, 2020, Defendants Lacey, Larkin, Spear, and Brunst filed a Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege (Dkt. 940) ("Misconduct Motion").  On May 10, 2020, the government filed a Motion to Extend Deadline for Response to Defendants' Motion to Dismiss (Dkt. 957).  Defendants did not oppose the government's request for an additional three weeks to respond to the Misconduct Motion.

On May 11, 2020, the Court set in-person oral argument on the Misconduct Motion for June 19, 2020 at 9am (Dkt. 966) and granted the government's request for additional time to respond (Dkt. 965).  Defendants immediately contacted the Court with their concerns about the in-person hearing and timing of their Reply (*see* Exhibit A, May 11, 2020 Email from Whitney Z. Bernstein).  Defendants were directed to file a motion (*see* Exhibit B, May 12, 2020 Email from Elaine Garcia).  This motion follows.  Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this motion or of an order based thereon.

## II.  MOTION

Defendants move this court (1) to extend Defendants' deadline to reply in support of the Misconduct Motion from June 12, 2020 to June 15, 2020 and (2) to convert the in-person hearings[1] set for June 19, 2020 to occur via remote video teleconference ("VTC").

First, Defendants did not oppose the government's request an extension for its opposition to the Misconduct Motion, believing that Defendants would likewise have additional time for their reply.  The scheduled oral argument makes that difficult, as the government's response is now due on June 5, 2020 and oral argument is two weeks later, on June 19, 2020.  Accordingly, Defendants request a short extension on the date by which their reply would be due.  Currently that date would be Friday, June 12, 2020.  Defendants request that the deadline be extended to Monday, June 15, 2020.  This would leave the Court three full days to consider the reply before the oral argument.

---

[1] Two in-person hearings are set for June 19, 20202: (1) oral argument on the Misconduct Motion (Dkt. 966) and (2) a hearing to discuss a jury questionnaire (Dkt. 900 at 2).

Second, the ongoing COVID-19 pandemic makes travel to the hearing unsafe for Defendants and their attorneys.  Defendants request that both the 9 a.m. oral argument on the Misconduct Motion and the 10 a.m. hearing regarding jury questionnaires both be held via video conference.  Over half of defense counsel reside out of state, including counsel who live in New York (and thus may be subject to two-week quarantine upon entering Arizona, should the current order[2] be extended yet again).  Many of the lawyers and nearly all of the defendants fall within the most vulnerable groups for COVID-19, based on age and medical conditions.  Additionally, several lawyers and Defendants reside with other vulnerable individuals who could be put at risk based on their activities.  The prospect of traveling on multiple commercial airlines (direct flights are now nearly non-existent) and appearing in the close quarters of a courtroom would place all of the Defendants, their lawyers, and our families at heightened risk of exposure to the virus.  Further, due to the unavailability of many flights, out-of-state counsel cannot confine travel to one day, necessitating extra risks of exposure in hotels and restaurants.

Defendants' request is consistent with Chief Judge Snow's March 30, 2020 General Order, which authorizes the use of videoconferencing to hearings during the crisis.  (*See* General Order 20-18).  Other state and federal courts, including the Ninth Circuit and the Supreme Court of the United States, have adopted video and telephonic hearing practices during this time.  Defendants respectfully request that these June 19 hearings be held via remote conferencing technology such as Zoom or WebEx.

## III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court (1) extend Defendants' deadline to reply in support of the Misconduct Motion from June 12, 2020 to June 15, 2020 and (2) hold the June 19, 2020 in-person hearings via video teleconference.  Should the Court require individual counsel or Defendants to proffer their specific medical conditions and concerns, this can be submitted *ex parte* and under seal.

---

[2] *See* https://azgovernor.gov/sites/default/files/eo-2020-24.pdf (last accessed May 12, 2020).

RESPECTFULLY SUBMITTED this 12th day of May 2020,

BIENERT | KATZMAN PC
*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) §
II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is
submitted, concur in the filing's content and have authorized its filing.*

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

BIRD MARELLA BOXER WOLPERT
NESSIM DROOKS LINCENBERG AND
RHOW PC
*s/ Ariel A. Neuman*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for John Brunst

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas

CERTIFICATE OF SERVICE