# Exhibit B

| | |
|---|---|
| **From:** | Elaine Garcia <Elaine_Garcia@azd.uscourts.gov> |
| **Sent:** | Tuesday, May 12, 2020 8:02 AM |
| **To:** | Whitney Bernstein |
| **Cc:** | Thomas H. Bienert; pcambria_lglaw.com; Erin McCampbell Paris; Bruce Feder; Ariel A. Neuman; Gary S. Lincenberg; Gopi K. Panchapakesan; david_deisenbergplc.com; joy.bertrand_gmail.com; Rapp, Kevin (USAAZ); Stone, Andrew (USAAZ); Jones, Reginald (CRM); Kozinets, Peter (USAAZ); Kucera, John (USACAC); Perlmeter, Margaret (USAAZ) |
| **Subject:** | RE: US v. Lacey et all, 18-CR-00422-PHX-SMB |

Good morning Ms. Bernstein,

Please provide all this information in a formal written motion and submit to the Court.

Thank you



Elaine Garcia, Courtroom Deputy Clerk to
District Judge Susan M. Brnovich and Senior Judge Stephen M. McNamee
United States District Court, District of Arizona
602-322-7223

---

**From:** Whitney Bernstein <wbernstein@bienertkatzman.com>
**Sent:** Monday, May 11, 2020 5:06 PM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Bruce Feder <bf@federlawpa.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>
**Subject:** US v. Lacey et all, 18-CR-00422-PHX-SMB

Dear Ms. Garcia,

We write regarding the Minute Order entered by the Court today, which set oral argument on Defendants' Motion to Dismiss for June 19, 2020 at 9am (Dkt. 966). We have two requests regarding this hearing. The second request also implicates the hearing on jury questionnaires, which is also set for June 19.

First, Defendants did not oppose the government's request for a month-long extension for its opposition to Defendant's Motion (granted today at Dkt. 965) based on the assumption that Defendants would likewise have additional time for their reply. The scheduled oral argument makes that difficult. Accordingly, Defendants request a short extension on the date by which their reply would be due. Currently that date would be Friday, June 12, 2020. We request that the deadline be extended to Monday, June 15, 2020. This would leave the Court three full days to consider the reply before the oral argument.

Second, we have serious concerns about traveling to Arizona for an in-person hearing on June 19 in light of the ongoing pandemic.  We request that the 9am motion to dismiss hearing and the 10am hearing regarding jury questionnaires both be held via video conference.  Several counsel reside out of state, including counsel who live in New York (and thus may be subject to two week quarantine upon entering Arizona, should the current order at https://azgovernor.gov/sites/default/files/eo-2020-24.pdf be extended yet again).  Many of the lawyers and virtually all of the defendants fall within the most vulnerable groups for COVID-19 based on age and medical conditions; additionally, many reside with other vulnerable individuals who could be put at risk based on our activities.  The prospect of traveling on multiple commercial airlines (direct flights are now non-existent) and appearing in the close quarters of a courtroom would place all of us, and our families, at heightened risk of exposure to the virus.  Further, due to the unavailability of many flights, there is no way that out of state counsel could confine travel to one day, necessitating extra risks of exposure in hotels and restaurants.  Many courts, including the Ninth Circuit, have adopted video and telephonic hearing practices during this time, and we respectfully request that these June 19 hearings be held via remote conferencing technology such as Zoom.

Thank you for passing this to Judge Brnovich for her consideration.  If a formal motion is required for either of these requests, please let us know.

Thank you,

Whitney


**Whitney Z. Bernstein**
**Attorney** | Orange County
**Bienert | Katzman** PC
Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700



The foregoing message is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privileges.  Accordingly, if you have received this message in error, please contact BIENERT | KATZMAN PC immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.