IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:18-CR-00422-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO (1) FILE REPLY IN SUPPORT OF MISCONDUCT MOTION THREE DAYS LATER AND (2) APPEAR VIA REMOTE VIDEO TELECONFERENCING FOR THE JUNE 19 HEARINGS IN LIGHT OF THE GLOBAL COVID-19 PANDEMIC** |

　　　The Court, having reviewed Defendants' Motion to (1) File Reply In Support Of Misconduct Motion [Dkt. 940] Three Days Later and (2) Appear Via Remote Video Teleconferencing for the June 19 Hearings In Light Of The Global Covid-19 Pandemic, and good cause appearing,

　　　**IT IS ORDERED** that Defendants' Motion is granted.  Defendants' Reply in support of Misconduct Motion [Dkt. 940] is due June 15, 2020, and the June 19, 2020 hearings will be held via remote video teleconferencing.

DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HON. SUSAN M. BRNOVICH**
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge