**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
*Attorney for Defendant, Scott Spear*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SPL |
| Plaintiff, | ) | |
| vs. | ) | **JOINDER TO DKT. 963 DEFENDANT'S OPPOSITION TO UNITED STATES' MOTION *IN LIMINE* RE DAVIS WRIGHT (DKT. 906)** |
| Scott Spear. | ) | |
| Defendant. | ) | |

The Defendant, Scott Spear, by and through his attorneys undersigned, hereby joins in DKT. 963, Defendant's Opposition to United States' Motion *in Limine* regarding Davis Wright Tremaine (DKT. 906), and adopts the positions set forth in said Motion as if fully set forth herein. The issues raised by Defendants Lacey and Larkin in said Motion apply with equal force to Defendant Spear.

It is expected that excludable delay under 18, U.S.C. §3161(h)(1) may occur as a result of this Motion or entry of an Order based herein.

RESPECTFULLY SUBMITTED this 14th day of May, 2020.

**FEDER LAW OFFICE, P.A.**

BY:   */s/ Bruce Feder*
Bruce Feder, Esq.
Attorney for Defendant, Scott Spear

. . .

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2020, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**     Kevin.Rapp@usdoj.gov
**Andrew Stone:**     Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**     Margaret.Perlmeter@usdoj.gov
**John Kucera:**     John.Kucera@usdoj.gov
**Reginald Jones:**     Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**     Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**     pcambira@lglaw.com
**James Grant:**     jimgrant@dwt.com
**Erin McCampbell:**     emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com
**Ronald London:**     ronnielondon@dwt.com
**Janey Henze Cook:**     janey@henzecookemurphy.com
**John Littrell:**     jlittrell@bmkattorneys.com
**Kenneth Miller:**     kmiller@bmkattorneys.com
**Thoms Bienert:**     tbienert@bmkattorneys.com
**Michael Kimerer:**     mdk@kimerer.com
**Tom Bienert:**     tbienert@bmkattorneys.com
**Gary Lincenberg:**     gsl@birdmarella.com
*Attorneys for the Defense*

*By: /s/   M. Evans*