# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al. | |
| Defendant(s). | |

The Court, having reviewed Defendants' Motion to (1) File Reply In Support Of Misconduct Motion (Doc. 940) Three Days Later and (2) Appear Via Remote Video Teleconferencing for the June 19, 2020 Hearings In Light Of The Global Covid-19 Pandemic (Doc. 970), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion is granted in part. Defendants' Reply in support of Misconduct Motion (Doc. 940) is due June 15, 2020, and the request to have the hearing by remote video teleconferencing is taken under advisement.  Currently, there is limited videoconferencing capability and that is reserved for criminal cases with in custody defendants, is set up for one person to appear by video, and is only set up in a limited number of courtrooms.  The Court needs to investigate the technical issues with multiple defendants/counsel appearing via video and find out if a courtroom is available with video conferencing set up.

Dated this 14th day of May, 2020.

Honorable Susan M. Brnovich
United States District Judge