Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CASE NO. 2:18-cr-00422-SMB<br><br>**DEFENDANT JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS LARKIN AND LACEY'S OPPOSITION TO UNITED STATES' MOTION *IN LIMINE* RE DAVIS WRIGHT [963]**<br><br>Assigned to Hon. Susan M. Brnovich |

3649357.1

Defendant John Brunst, by and through his undersigned counsel, joins in Defendants James Larkin and Michael Lacey's Opposition to United States' Motion *in Limine* re Davis Wright (Dkt. No. 963) ("Opposition").

Mr. Brunst agrees with the arguments made in the Opposition. Mr. Brunst adopts the positions set forth in the Opposition as if fully set forth herein.

DATED: May 14, 2020         Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:      */s/ Ariel A. Neuman*
             Ariel A. Neuman
     Attorneys for Defendant John Brunst

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, I served the attached document by email on the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Andrew C. Stone | andrew.stone@usdoj.gov |
| Bruce S. Feder | bf@federlawpa.com |
| David S. Eisenberg | david@deisenbergplc.com |
| Erin E. McCampbell | emccampbell@lglaw.com |
| James C. Grant | jimgrant@dwt.com |
| John Jacob Kucera | john.kucera@usdoj.gov |
| John Lewis Littrell | jlittrell@bmkattorneys.com |
| Joy Malby Bertrand | joyous@mailbag.com |
| Kevin M. Rapp | kevin.rapp@usdoj.gov |
| Margaret Wu Perlmeter | margaret.perlmeter@usdoj.gov |
| Michael D. Kimerer | mdk@kimerer.com |
| Paul John Cambria, Jr. | pcambria@lglaw.com |
| Peter Shawn Kozinets | peter.kozinets@usdoj.gov |
| Reginald E. Jones | reginald.jones4@usdoj.gov |
| Rhonda Elaine Neff | rneff@kimerer.com |
| Robert Corn-Revere | bobcornrevere@dwt.com |
| Ronald Gary London | ronnielondon@dwt.com |
| Seetha Ramachandran | sramachandran@proskauer.com |
| Thomas Henry Bienert, Jr. | tbienert@bienertkatzman.com |
| Whitney Z. Bernstein | wbernstein@bienertkatzman.com |

*/s/ Ariel A. Neuman*
Ariel A. Neuman