MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **UNITED STATES' NOTICE OF COMPLIANCE WITH COURT'S ORDER** (*CR 937*) |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States respectfully submits notice that it has complied with the Court's May 1, 2020 Order (*CR* 937) to meet-and-confer with Defendants by May 22, 2020 regarding its motion *in limine* (*CR* 931). On May 5, 2020, the government contacted Defendants to set a date and time for the meet-and-confer and requested they identify and inform the government of any points of contention regarding *CR* 931 prior to the meet-and-confer. (*See* Exhibit A at 4.) On May 13, 2020, Defendants responded with issues

they asked the government be prepared to discuss.  (*Id.* at 3.)  A meet-and-confer was then scheduled for May 21, 2020.  On May 20, 2020, the government provided written responses to the issues described in Defendants' May 13, 2020 email.  (*Id.* at 1-2.)  On May 21, 2020, the parties met and conferred regarding the evidence the government seeks to admit through its motion *in limine (CR* 931), including the issues addressed in Exhibit A.

        Respectfully submitted this 21st day of May, 2020.

                                BRIAN BENCZKOWSKI
                                Assistant Attorney General
                                Criminal Division, U.S. Department of Justice

                                *s/Reginald E. Jones*
                                REGINALD E. JONES
                                Senior Trial Attorney
                                U.S. Department of Justice, Criminal Division
                                Child Exploitation and Obscenity Section

                                MICHAEL BAILEY
                                United States Attorney
                                District of Arizona

                                KEVIN M. RAPP
                                MARGARET PERLMETER
                                PETER S. KOZINETS
                                ANDREW C. STONE
                                JOHN J. KUCERA
                                Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

        I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
Marjorie Dieckman
U.S. Attorney's Office