# SEALED EXHIBIT A (PUBLIC)