IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael Lacey et al.,<br><br>                    Defendants. | Case No. 2:18-CR-00422-SMB<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed Defendants' Motion to Continue and good cause appearing,

**IT IS ORDERED** that the Motion to Continue is granted, the August 17, 2020 trial date is vacated, the Parties' deadlines for final witness and exhibit lists will be re-set, and in ninety days, the Court will schedule a status conference to reassess the ability to set a trial date.

DATED this _____ day of _____, 20_____.

**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**