# EXHIBIT

# B

| | |
|---|---|
| **From:** | Andrew Padilla [andrew.padilla@backpage.com] on behalf of Andrew Padilla |
| **Sent:** | Friday, February 18, 2011 10:16 PM |
| **To:** | Adam Padilla; Allen Romero; Amanda Thatcher; Andrew Gilchrist; Angel Lampi; Angela Boyd; Beverlie Berry; Billie Miles; Brian Alstadt; Bryan Patenge; Cathleen Wingfield; Cody Gautier; Dawn Lee; Devyn Braga; Donavon Stewart; Ian Leal; James Hammer; Jana Scifers; Jason Statom; Jeff Lyons; Jennifer Phipps; Jessica Shelton; John Cady; Justin Dew; Kolter Whelan; LaTamara Barlow; Levi Yockey; Maria Rhoad; Martina Gutierrez; Matt Hanna; Michael Enriquez; Michael Sanchez; Misty Schneider; Monica Westover; Nathan Yockey; Nick Vann; Ray Ronan; Roger Williams; Sara Colombo; Sean Meyer; Stefano Ciaravella; Tara Kibbey; Tranica Reilly; Zeke Finlay |
| **Cc:** | Joye Vaught |
| **Subject:** | another term bites the dust |
| **Attachments:** | good.jpg; bad.jpg; bad (1).jpg; bad (2).jpg; bad (3).jpg |

All:

We've been filtering out the terms "TER" and "The Erotic Review" along with links to theeroticreview.com since January of this year but our internet safety experts have suggested we take a more aggressive approach.

Effective immediately, any variation of, or reference to, TER is banned.  If you find it in an ad, remove the phrase and update the ad but do not lock the ad from editing for this violation alone.  If the review ID number is attached to the reference (TER #8675309), remove the ID number along with the TER reference.

If you find a string of numbers without a direct reference to TER, it's allowed.
Examples:

"#123456"

"Well Reviewed #666666"

"Google my reviews #12011201"

An easy way to weed out a good chunk of these references is to do a search for "TER" on the city page.  You'll get some false positives but it should point you in the right direction.  Non-adult spammers will sometimes use hidden keywords like "block bus ter video" and the search will see the tail-end of "bus ter".  To avoid this, you can start your search after you've navigated to the Adult section of the city.

I'm attaching 4 example screenshots of what is not allowed (circled in red) and 1 example screenshot of what is okay (circled in green).

If you have any questions, please ask me or Joye.  Thanks.

Andrew Padilla
Operations Manager
Backpage.com | Village Voice Media
1201 E. Jefferson Street
Phoenix, AZ 85034

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00026361
DOJ-BP-0002126003