1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

8
9
10

United States of America,

Case No. 2:18-CR-00422-SMB

11

Plaintiff,

**[PROPOSED] ORDER**

12

vs.

13

Michael Lacey et al.,

14

Defendants.

15
16

The Court, having reviewed Defendants' Motion for Leave to File Excess Pages in its

17

Response in Opposition to the Government's Motion in Limine to Determine Admissibility of

18

Evidence (Dkt. 931), and good cause appearing,

19

**IT IS ORDERED** that the Motion for Leave to File Excess pages is granted.

20
21
22

DATED this _____ day of _____, 20_____.

23
24

_____

25

**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**

26
27
28