# Exhibit B

| | |
|---|---|
| **From:** | Bruce Feder |
| **To:** | Elaine Garcia; Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Kucera, John (USACAC); Rapp, Kevin (USAAZ); Stone, Andrew (USAAZ); pcambria_lglaw.com; tbienert@bienertkatzman.com; Gary S. Lincenberg; joy.bertrand_gmail.com; david_deisenbergplc.com; wbernstein@bienertkatzman.com; Erin McCampbell Paris; Ariel A. Neuman; Gopi K. Panchapakesan |
| **Cc:** | Feder Law |
| **Subject:** | Re: USA v. Lacey, etal, , re: DOC 978 |
| **Date:** | Wednesday, June 03, 2020 11:47:44 AM |
| **Attachments:** | image001.png |

Ms Garcia,

   The Bird Marella firm would schedule and host a ZOOM meeting on the date/time of the hearing that can accomodate >100 participants. It is also my understanding the Court may have access to a conferencing program called Cisco Meeting Service that sounds like it is a comparable system able to accomodate a similar number of participants. It is further my understanding that these programs allow participants who do not have access to a computer to also call in to the meeting by phone and participate in that fashion. Please let me know if there are other questions and/or concerns. Thanks for your quick response.

Bruce Feder

2930 East Camelback Road, Suite 160

Phoenix, Arizona 85016

(602) 257-0135

bf@federlawpa.com

Confidentiality Notice

This email or fax, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 1510 *et seq*.  The information contained in this electronic mail or fax transmission, including any accompanying attachment, is intended solely for its authorized recipient, and may be confidential and/or legally privileged.  If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing, or disclosing any of the information contained in it. In that event, please contact me immediately by telephone at (602) 257-0135 or by electronic email at bf@federlawpa.com and delete the original and all copies of this transmission, including any attachments, without reading or saving them in any manner.

**From:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Sent:** Wednesday, June 3, 2020 10:37 AM
**To:** Bruce Feder <bf@federlawpa.com>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; tbienert@bienertkatzman.com <tbienert@bienertkatzman.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>; david_deisenbergplc.com <david@deisenbergplc.com>; wbernstein@bienertkatzman.com <wbernstein@bienertkatzman.com>; Erin McCampbell Paris <eparis@lglaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>
**Cc:** Feder Law <fl@federlawpa.com>
**Subject:** RE: USA v. Lacey, etal, , re: DOC 978

Mr. Feder,

Judge Brnovich previously denied the request at Doc. 978 because our VTC courtrooms cannot handle the high number of participants.  Please advise how you plan to set up the ZOOM.  Our office would then need to advise our IT Department to make sure it is secure to do so.

Thank you

| 05/26/2020 | view978 | ORDER as to James Larkin (2), et al: The Court has considered the parties request to appear by video conference for oral argument, scheduled for June 19, 2020. After consultation with Court staff, video conferencing is not feasible. Therefore, IT IS ORDERED denying the Motion for Leave to Appear Via Remote Video Teleconference (Doc. 970 ). However, the parties may appear telephonically. The parties will receive dial-in instructions for connecting to the teleconference via electronic mail prior to the hearing. ORDERED by Judge Susan M. Brnovich on 5/26/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 05/26/2020) |



Elaine Garcia, Courtroom Deputy Clerk to
District Judge Susan M. Brnovich and Senior Judge Stephen M. McNamee
United States District Court, District of Arizona
602-322-7223

---

**From:** Bruce Feder <bf@federlawpa.com>
**Sent:** Tuesday, June 2, 2020 6:55 PM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Kucera, John (USACAC) <John.Kucera@usdoj.gov>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; tbienert@bienertkatzman.com; Gary S. Lincenberg <glincenberg@birdmarella.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>; david_deisenbergplc.com <david@deisenbergplc.com>; wbernstein@bienertkatzman.com; Erin McCampbell Paris <eparis@lglaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>
**Cc:** Feder Law <fl@federlawpa.com>
**Subject:** USA v. Lacey, etal, , re: DOC 978

Ms Garcia,
   The Court has ordered that counsel may participate telephonically in the 6/19/2020 hearing.

All defense counsel(and the defendants) request participation in the hearing on an equal basis with members of the prosecution who may attend in person, but without exposure to the risks discussed in the recently filed motion seeking a trial continuance. The defense suggests the option of re-scheduling the hearing to facilitate the use of a ' VTC ' courtroom if that could accomodate all participants, or alternatively, allowing the defense or prosecution to schedule a meeting on ZOOM, TEAM or other conferencing product   to host the hearing. Please let us know if this request needs to be filed  as a formal motion. Thanks.

Bruce Feder
2930 East Camelback Road, Suite 160
Phoenix, Arizona 85016
(602) 257-0135
bf@federlawpa.com

Confidentiality Notice

This email or fax, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 1510 *et seq*.  The information contained in this electronic mail or fax transmission, including any accompanying attachment, is intended solely for its authorized recipient, and may be confidential and/or legally privileged.  If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing, or disclosing any of the information contained in it. In that event, please contact me immediately by telephone at (602) 257-0135 or by electronic email at bf@federlawpa.com and delete the original and all copies of this transmission, including any attachments, without reading or saving them in any manner.