# EXHIBIT B

1   haven't seen the government's reasoning, I just wanted to bring
2   to the Court's attention a few factors that might affect
3   whether the Court would modify that.
4           THE COURT: Would modify that order?
5           MR. LINCENBERG: Would modify that order, for this
6   reason.
7           THE COURT: No. I've already read the response. I've
8   already ruled. So I'm not -- I'm not set for oral argument on
9   that. I don't know why, other than to supplement the record,
10  which seems inappropriate to me.
11          MR. LINCENBERG: Well, it's -- it's -- if I may
12  briefly? I'll take less than a minute on this, Your Honor.
13          THE COURT: Okay.
14          MR. LINCENBERG: The -- the -- if the government is
15  not prepared to turn that over because of ongoing
16  investigations or whatever, that's fine. We don't know what's
17  in their papers and so we can't comment on it, but there is a
18  lot of statements that were taken from Mr. Ferrer before the
19  original indictment. And it may be that there is no reason to
20  delay turning over those statements. And those statements, I
21  would presume, are going to be the most important evidence that
22  we see.
23          I am presuming that there is a lot in those statements
24  that would help index what documents are relevant and what the
25  government's twist is on those documents. And in the context

1  of dates and trying to move the process forward with discovery,
2  and -- and the delays that we're already undergoing with the
3  servers and so forth, I just wanted to raise with the Court
4  that it may be that the Court could slice the baby here and
5  that there may be some Jencks material that there is no reason
6  to delay it.
7          THE COURT:  I thought you raised that in your
8  response.
9          MR. LINCENBERG:  I don't think we did.  I mean, even
10 in terms of --
11         MR. RAPP:  Judge, maybe I can short circuit this.
12         THE COURT:  Sure.
13         MR. RAPP:  If I understood counsel, he's saying that
14 there were statements taken from Mr. Ferrer prior to the first
15 indictment?
16         MR. LINCENBERG:  Prior to the ultimate superseding --
17 the indictment that we're facing, the superseding indictment in
18 July of 2018.
19         MR. RAPP:  I misunderstood.  There were no statements
20 taken before the first indictment.
21         MR. LINCENBERG:  But it sounds like there were prior
22 to the superseding indictment that we're operating under.
23         And for the Court's benefit, what Judge Logan had told
24 the parties a year ago, told the government that if you're
25 going to supersede, it needs to be done by such and such a

1  date, I think it was July, the government met that date, so
2  there should be no further superseding indictments in this
3  case.
4          THE COURT:  Okay.  I understand what you're
5  requesting.
6          MR. LINCENBERG:  Thank you, Your Honor.
7          THE COURT:  Thank you.
8          Did the government want to put anything on the record
9  about that?
10         MR. RAPP:  No, Your Honor.
11         THE COURT:  In as much as that was an oral motion to
12 reconsider the Court's ruling, that motion is denied.
13         If there is nothing else in general, then I'll take up
14 Mr. Lacey's motion to modify release conditions, and whoever
15 wishes to leave may or you can stay.
16         MR. BIENERT:  Your Honor, may I just ask one
17 clarification, because -- and I realize I think we started
18 talking about something else and Your Honor was -- a little
19 while ago I thought you started to say something about, well,
20 should we -- making a reference to dates in light of the fact
21 that we still were trying to get more information from the
22 government on when they could get certain things.  I just
23 didn't know if it was your intention, because obviously this is
24 a status conference, but we do at least ask at the end that we
25 consider taking some things off calendar until we know more