# EXHIBIT E

**NOTE:** Attached to the electronic copy of this motion is the link to download Exhibit E (the video footage) for filing purposes; However, a disc with the video footage is attached to the courtesy hard copy of this filing for Judge Brnovich to review.

# EXHIBIT E

Link to viewable download:  https://web.tresorit.com/l#A-CTXGTvn5IxjUmNmHhrbg

