UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING DEFENDANT SPEAR'S MOTION FOR ISSUANCE OF SUBPOENAS** |
| Scott Spear, | ) | |
| Defendant. | ) | |

THIS COURT, having considered Defendant Spear's Amended Motion for Issuance of Subpoenas, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Amended Motion for Issuance of Subpoenas (Docket _____);

**IT IS FURTHER ORDERED** that the relevant Subpoenas Duces Tecums be issued for the pretrial production of documents.

DATED this _____ day of _____, 2020.

_____
THE HONORABLE SUSAN M. BRNOVICH