# EXHIBIT A

## Summary of Government's Suggested Protocols

**Jurors**

- Court could use staggered arrival times for potential jurors

- Court could use several staging areas to facilitate social distancing for potential jurors

- Court could use video teleconferencing for preliminary and general instructions and as a supplement to juror questionnaires on basic questions

- Court could conduct *voir dire* with small groups of jurors until a full jury is selected

- Court could consider seating potential and selected jurors in the courtroom gallery, with sufficient space to encourage social distancing

- Court could allow jurors to take breaks and deliberate in a spacious, unused courtroom

- Court could allow jurors to breaks and lunch in the large juror assembly room, immediately downstairs from and underneath the SPC

- Court could make personal protective equipment, including face masks and/or transparent face shields, available to jurors

- Court could require jurors to bring and wear their own face coverings

- Court could reimburse jurors for parking to avoid issues related to public transportation

- Court could safely provide lunch to jurors

- Court could ask jurors to bring their own food as well as determine where jurors can eat lunch and maintain social distancing

**Witnesses**

- parties may coordinate with potential witnesses as early as possible regarding service of subpoenas and transportation issues, and discuss any health concerns, risk factors, travel restrictions, or state or local quarantine requirements

- government recommends that witnesses not wear face coverings while testifying to avoid constitutional issues

- Court and parties can consider ways to protect witnesses and other trial participants, including by providing additional space and using plexiglass screens or transparent face coverings

**Trial Mechanics**

- To maximize social distance during the course of trial, the parties should plan ahead regarding seat arrangements for counsel, Defendants and support staff to maintain social distancing

- Court and parties should evaluate options for social distancing within the courtroom

- Court should conduct a walkthrough or mock trial with the parties and court personnel to identify issues with social distancing and protecting the safety of participants

- Court should use transparent plastic or plexiglass screens where possible to minimize interactions between court staff and attorneys

- Court should use microphones at counsel table to conduct conferences and sidebars

- Court could allow defense counsel to use the interpreter headsets in the courtroom to communicate with their clients while maintaining adequate distance between one another

- government intends to conduct a paperless trial using technology to minimize the need to approach witnesses or handle physical exhibits

- Court should reorganize the courtroom for social distancing trial presentation software (Trial Director) or the document camera (Elmo), so parties can evaluate technological options to ensure jurors can effectively review evidence (preloaded iPads for deliberation, the use of Jury Evidence Recording System (JERS), computer and thumb drives, etc.), including digital evidence, in courtrooms

- parties, at the direction of the Court and the General Services Administration, can evaluate plans for sanitizing court facilities throughout the phases of the trial and the Court can communicate safety measures to prospective jurors in advance

**Jury Instructions and Deliberations**

- Court may instruct jurors via closed circuit video or in pre-recorded instructions to shorten the length of time in court

- parties can evaluate which rooms will allow for safe social distancing during deliberations, including clearing the courtroom for deliberations and using microphones or other means of amplifying voices to ensure effective communication among jurors

**Venue/Public Access**

- Court should use the Special Proceedings Courtroom (SPC) in the Phoenix Courthouse, by itself or in conjunction with overflow space in another room where members of the public and press could view courtroom proceedings via closed-circuit video

- Court could set up a closed-circuit broadcast of proceedings available in a separate room to facilitate public access, if there is insufficient space to allow adequate social distancing for the public in the courtroom