# EXHIBIT B

# Confirmed COVID-19 Cases by Day

**COVID-19 Cases by Day**
Date of specimen collection is used for day

**What is an Epi Curve?**

An epi curve is a visual display of cases associated with an outbreak by a specific date. In the graph below, the date of specimen collection is used as the date.

Epi Curves may be used to describe an outbreak's time trend or distribution of cases over time, the general sense of the outbreaks' magnitude, and the most likely time period of exposure.

Hover over the icon to get more information on the data in this dashboard.

Select a county to filter the epi curve.




*Illnesses in the last 4-7 days may not be reported yet

Date Updated:     6/19/2020