MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (AZ Bar No. 014249)
    kevin.rapp@usdoj.gov
MARGARET PERLMETER (AZ Bar No. 024805)
    margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (AZ Bar No. 019856)
    peter.kozinets@usdoj.gov
ANDREW C. STONE (AZ Bar No. 026543)
    andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500

JOHN J. KUCERA (CA Bar No. 274184)
    john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

REGINALD E. JONES (MS Bar No. 102806)
    reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave NW, Room 2116
Washington, DC 20530
Telephone: (202) 616-2807

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **NOTICE OF FILING JOINT PROPOSED JURY QUESTIONNAIRE** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3657060.1

The United States, along with counsel for Defendants, hereby files its Joint Proposed Jury Questionnaire, in compliance with the Court's Order in (Doc. 1016).

DATED: June 26, 2020                    Respectfully submitted,

MICHAEL BAILEY
United States Attorney
District of Arizona

By:           /s/ Margaret Perlmeter
     _____

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
JOHN J. KUCERA
Assistant U.S. Attorneys

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

Attorneys for Plaintiff

Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Margaret Perlmeter herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

1   DATED:  June  26, 2020       Thomas  H.  Bienert,  Jr.

2                                       Whitney  Z.  Bernstein

3                                       BIENERT  KATZMAN  PC

4                                       By:     */s/ Thomas H. Bienert, Jr.*

5                                             Thomas  H.  Bienert,  Jr.

6                                       Attorneys  for  Defendant  James  Larkin

7   DATED:  June  26, 2020       Gary  S. Lincenberg

8                                       Ariel  A.  Neuman

9                                       Gopi  K. Panchapakesan

Gary  S. Lincenberg
Ariel  A.  Neuman
Gopi  K. Panchapakesan
BIRD, MARELLA,  BOXER,  WOLPERT,
NESSIM, DROOKS, LINCENBERG  &
RHOW, P.C.

By:     */s/ Gary S. Lincenberg*
          Gary  S. Lincenberg
Attorneys  for  Defendant  John  Brunst

DATED:  June  26, 2020       Paul  J. Cambria,  Jr.
Erin  McCampbell
LIPSITZ  GREEN  SCIME  CAMBRIA  LLP

By:     */s/ Paul J. Cambria, Jr.*
          Paul  J. Cambria,  Jr.
Attorneys  for  Defendant  Michael  Lacey

DATED:  June  26, 2020       FEDER  LAW  OFFICE,  P.A.

By:     */s/ Bruce Feder*
          Bruce  Feder
Attorney  for  Defendant  Scott  Spear

DATED:  June  26, 2020       DAVID  EISENBERG  PLC

By:     */s/ David Eisenberg*
          David  Eisenberg
Attorney  for  Defendant  Andrew  Padilla

3657060.1

3

1   DATED:  June 26, 2020                JOY BERTRAND  ESQ LLC

2

3                                        By:  _____/s/ Joy Malby Bertrand_____
                                              Joy Malby Bertrand
4                                        Attorney  for Defendant  Joye Vaught

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Margaret Perlmeter*
U.S. Attorney's Office