Juror Number [Official Use Only] _____

## *CONFIDENTIAL* JUROR QUESTIONNAIRE

Dear Prospective Juror:

You are being considered for the jury in a federal criminal case entitled *United States of America v. Michael Lacey, et al.*

You are ordered not to discuss this case or questionnaire with anyone, including your family, friends, and fellow jurors.

Six individuals (Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught) ("Defendants") have been charged in a superseding indictment with: (1) conspiracy to commit violations of the Travel Act by facilitating prostitution; (2) violations of the Travel Act; (3) conspiracy to commit money laundering; (4) concealment money laundering; (5) international promotional money laundering; (6) transactional money laundering; and (7) international concealment money laundering. The charges arise from the Defendants' various roles in the creation, operation, and management of the website Backpage.com. Defendants have each pleaded not guilty to all charges and are presumed innocent. The United States has the burden of proving an individual guilty beyond a reasonable doubt.

**Do not** do any research, including internet searches related to the subject of the case or any of the people involved. **Do not** "google" the names of any of the Defendants or the website www.backpage.com. With the limited information you will be provided in this questionnaire, if you inadvertently come across any information related to this case, such as the Defendants, the website www.backpage.com, the attorneys, or potential witnesses, please **immediately stop** reading as soon as you realize there is a possibility the information could relate to this case. Should you encounter (even by mistake) any information related to the subject of the case, the website, the people, the attorneys, or witnesses involved, you should **immediately notify the court**.

Please complete the following questionnaire to assist the attorneys and me in selecting a jury to serve in this case. Please answer the questions independently and be honest and complete with your responses. There are no right or wrong answers. The responses will be reviewed only for the purposes of selecting a jury and are designed to help this process move along more expeditiously with fewer questions in court.

Some of the questions may seem very personal. The questions are not meant to invade your privacy, but to help select a fair jury. If there is sensitive personal information that you prefer not to discuss in front of other jurors, please write "PRIVATE" next to your answer to that question, but please still answer the question. If the attorneys need to follow up with you about a private response, the attorneys and I will speak to you about that response outside the presence of the other jurors.

Please write clearly and answer ALL questions.   If a question does not apply to you, write "N/A" (not applicable) rather than leaving the answer blank.   This signals to the attorneys and I that the question does not apply to you, instead of leaving us wondering whether you missed the question or forgot to answer it.   If you do not understand a question, please write that in the space provided for the answer.

If you need more space for your response, please use the extra sheet of paper at the end of the questionnaire and indicate which numbered question you are answering.   **Do not write on the back of any page**.   Please use black or blue ink.

Please include your juror number atop each page so we may identify you in the event the pages become separated.   Please sign the questionnaire when you are finished, your answers will be treated the same as if they were made in open court under oath.

Please return the questionnaire to my chambers by no later than _____.

Thank you for your cooperation.



_____
HONORABLE SUSAN M. BRNOVICH
United States District Judge

## JURY SERVICE AND LENGTH OF TRIAL

1. Jury service is one of the highest duties and privileges of a citizen. The participation of citizens like you is essential to the proper administration of justice. This trial will begin August 17, 2020 and is expected to last through November 13, 2020. Trial will take place each day from 9:00 a.m. to 4:30 p.m. Tuesday through Friday. There will be a break for lunch as well as a short mid-morning and mid-afternoon break. There will be no trial on Mondays. The court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you. You must show that service in this case would cause an unacceptable amount of personal hardship. Keep in mind that if you are unable to serve in this trial, you could be summoned for another trial later this year (city, state, or federal).

   Would the length of the trial create an undue hardship?   ☐ YES   ☐ NO

   If YES, which of the following applies to you: (Check all that apply).

   a. ☐ Financial hardship and not paid during jury duty
      ☐ Sole provider of income for household
      ☐ Self-employed and only paid if working
      ☐ Unemployed and actively looking for work

   b. ☐ Paid vacation planned during the trial dates
      Dates from _____ to _____
      Destination: _____
      Have you purchased tickets?   ☐ YES   ☐ NO

   c. ☐ Scheduled medical surgery or appointments during the trial dates that cannot be rescheduled.   Dates: _____

   d. ☐ Am a student attending classes during the trial dates
      Dates/Times of classes: _____

   e. ☐ Have dependent daytime child or elder care responsibility with no substitute
      Relationship: _____
      Ages of dependent: _____

   f. ☐ Other Hardship.   Please explain in detail: _____
      _____

2. Do you have any difficulties understanding, reading and communicating in the English language?   ☐ YES   ☐ NO

   If YES, please explain:

   _____
   _____

3.    Do you have any medical, mental or physical conditions (including any caused by medications) that would make it difficult for you to sit as a juror or might interfere with your ability to concentrate, understand, and consider all of the evidence presented at trial?    ☐ YES    ☐ NO

If YES, please explain:

_____

_____

## <u>KNOWLEDGE OF CASE AND CASE PARTICIPANTS</u>

4.    Do you know U.S. District Court Judge Susan M. Brnovich or any of her court staff on any basis, social, professional or otherwise?    ☐ YES    ☐ NO

If YES, please explain:

_____

_____

5.    The Defendants in this case are Michael Lacey, James Larkin, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught.    Do you know any of the Defendants on any basis, social, professional or otherwise?    ☐ YES    ☐ NO

If YES, please explain:

_____

_____

6.    The Defendants are represented by their attorneys Paul Cambria, Erin McCampbell Paris, Thomas Bienert, Whitney Bernstein, Gary Lincenberg, Ariel Neuman, Gopi Panchapakesan, Bruce Feder, David Eisenberg and Joy Bertrand.    Do you know any of the defense lawyers on any basis, social, professional or otherwise?    ☐ YES    ☐ NO

If YES, please explain:

_____

_____

7.    The attorneys representing the United States are Kevin Rapp, Reginald Jones, Margaret Perlmeter, Peter Kozinets, Andrew Stone, and Daniel Boyle.    The case agents are Internal Revenue Service Special Agent Richard Robinson and FBI Special Agent Desirae Tolhurst.    Do you know any of the attorneys representing the United States or their case agents on any basis, social, professional or otherwise?    ☐ YES    ☐ NO

If YES, please explain:

_____

_____

8.  With the limited information you have been provided thus far, have you heard or read about, or do you know anything about, this case?  ☐ YES    ☐ NO

   If YES, please explain what you have heard, read, or learned, and when and where you heard, read, or learned it:

   _____

   _____

## BACKGROUND

9.  Full name: _____

10. Age: _____

11. Gender: _____

12. Residence:    County: _____    City: _____

   Zip code: _____    Years there: _____    Years in Arizona: _____

13. Race/Ethnicity (check all that apply):

   ☐ Caucasian        ☐ Hispanic/Latino        ☐ African American/Black
   ☐ Asian            ☐ South Asian (Indian Subcontinent)
   ☐ Native Hawaiian/Pacific Islander        ☐ Native American/Alaska Native
   ☐ Other (please specify) _____

14. Marital Status: (check all that apply):

   ☐ Single, never married    ☐ Married    ☐ Living with partner    ☐ Widowed
   ☐ Divorced        ☐ Separated        ☐ Other_____

## THE COVID-19 HEALTH EMERGENCY

15. Have you been tested for COVID-19? (Check all that apply.)
   ☐ YES, a PCR/diagnosis test    ☐ YES, an antibody test        ☐ NO

   If YES, when were you tested and what was the result of the test?

   Date of test: _____    Results:_____

16. Have you been diagnosed or assessed presumptively positive for COVID-19 but were unable to confirm the diagnosis with a test?  ☐ YES    ☐ NO

   If YES, when were you ill? _____

3656425.1

17. Have you been in close contact with anyone who has been diagnosed with a COVID-19 infection or who is at risk of contracting COVID-19 (such as a medical provider, transportation worker, or food provider) within the last two weeks?
    ☐ YES    ☐ NO

    If YES, what was nature of your contact with the infected person?

    _____

    _____

18. At any time over the past two weeks, have you developed flu-like symptoms such as a cough, fever, shortness of breath, or a loss of the sense of smell or taste?
    ☐ YES    ☐ NO

    If YES, please describe:

    _____

    _____

19. Are you a healthcare worker directly involved with the treatment of COVID-19?
    ☐ YES    ☐ NO

    If YES, please describe:

    _____

    _____

20. Are you over the age of 65 or a person with a serious underlying medical condition that places you at higher risk for severe illness from COVID-19 as defined by the Centers for Disease Control?   ☐ YES    ☐ NO

    If YES, check all that apply.

    ☐ > 65 years old    ☐ Reside in nursing home or long-term care facility
    ☐ Chronic lung disease    ☐ Moderate to severe asthma    ☐ Severe heart condition
    ☐ Severe obesity (BMI > 40)    ☐ Diabetes    ☐ Chronic Kidney Disease
    ☐ Liver Disease    ☐ Immunocompromised, specifically:_____
    ☐ Pregnancy    ☐ Other: _____

21. Do you reside with anyone who is over the age of 65 or with a serious underlying medical condition that would place them at higher risk for severe illness from COVID-19 as defined by the Centers of Disease Control?   ☐ YES    ☐ NO

    If YES, check all that apply to the at-risk person with whom you reside.

    ☐ > 65 years old    ☐ Reside in nursing home or long-term care facility
    ☐ Chronic lung disease    ☐ Moderate to severe asthma    ☐ Severe heart condition
    ☐ Severe obesity (BMI > 40)    ☐ Diabetes    ☐ Chronic Kidney Disease
    ☐ Liver Disease    ☐ Immunocompromised, specify: _____
    ☐ Pregnancy    ☐ Other: _____

3656425.1

22. Do you have any health or safety concerns about being a juror for the duration of this trial over the next three months?
☐ YES   ☐ NO

If YES, please describe:

_____

_____

23. The trial will take place at the Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. If selected, how would you report for jury service each day?  (Check all that may apply).

☐ Drive my own car (alone)
☐ Drive/Carpool with people in my household
☐ Drive/Carpool with people outside of my household
☐ Public Transportation   ☐ Taxi or Ride Share (Uber/Lyft)
☐ Walk or Bike   ☐ Other: _____

24. Do you agree to, and are you comfortable with, wearing a mask at all times in the courthouse (including in the courtroom, bathrooms, jury rooms, etc.)?
☐ YES   ☐ NO

## <u>OCCUPATION, EDUCATION AND TRAINING</u>

25. What is your current employment status?   (Check all that apply).
☐ Employed full-time   ☐ Employed part-time   ☐ Student
☐ Homemaker   ☐ Retired   ☐ Disabled   ☐ Unemployed

26. If employed, where do you work?

a. Job Title: _____
b. Employer: _____
c. Years there: _____
d. Your duties: _____
e. If you are currently unemployed, retired or disabled, list your prior occupations:

_____

_____

27. What is your highest level of education completed?   (Check one).

☐ Less than high school (Grade: ___ )  ☐ High school/GED   ☐ Technical school
☐ 2-year Associate's degree   ☐ 4-year Bachelor's degree
☐ Master's or Doctoral degree (list area of study): _____
☐ Other (please explain): _____

    a.  List any degrees, licenses, or certifications you have: _____

_____

    b.  Are you currently a student?   ☐ YES    ☐ NO

    If YES, what is your area of study? _____

28.    If married or partnered, what kind of work does your spouse/partner do? If he/she is unemployed/retired, what kind of work did he/she do most recently?)

_____

29.    If you have children, please state their ages and, if they work, the occupation of each.  Do not provide names.

_____

_____

_____

30.    Have you or anyone close to you ever worked for a governmental or public agency?
☐ YES   ☐ NO

    If YES:

    Who: _____

    Which agency(ies): _____

    What years? _____

    Job duties: _____

## MILITARY SERVICE

31.    Have you, a spouse or partner, or a close family member ever served in the military/armed forces, including the Reserves, State or National Guard, or ROTC?
☐ YES   ☐ NO

    If YES, answer the questions in the table below:

| Who | Branch | Duties | Dates of Service | Combat (Y/N) | Place of Service |
|-----|--------|--------|------------------|--------------|------------------|
|     |        |        |                  |              |                  |
|     |        |        |                  |              |                  |
|     |        |        |                  |              |                  |
|     |        |        |                  |              |                  |

3656425.1

32.   Were you ever involved in any way with military law enforcement, non-judicial punishment, military investigation, court martial, or administrative board or hearings?   ☐ YES      ☐ NO

If YES, please explain:

_____

_____

## PRIOR JURY SERVICE

33.   Have you previously served on a jury?   ☐ YES      ☐ NO

If YES, please state:

| When, Where? | Civil or Criminal? | Type of case (DUI, assault, personal injury, business dispute, contract, etc.) | Did the jury reach a verdict? If yes, what was the verdict? | Were you the foreperson? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

a.   Do you feel the justice system worked properly and fairly in each of those cases?   ☐ YES      ☐ NO

Please explain:_____

34.   Have you ever served on a grand jury?   ☐ YES      ☐ NO

If YES, when and where?_____

If YES, were you the foreperson?      ☐ YES      ☐ NO

## LEGAL AND CRIMINAL JUSTICE SYSTEM

35.   Have you, any members of your family, or close friends[1] ever been **ARRESTED**, **CHARGED** with, or **CONVICTED** of a crime (excluding minor traffic offenses)?  (Check all that apply)

☐ YES, Arrested      ☐ YES, Charged      ☐ YES, Convicted      ☐ NO

a.   If YES, who? (do not provide names; just the relation to you)_____

---

1.      For questions referencing family members or close friends, those terms mean any person with whom you have a close relationship so that their presence or role in your life could have an impact on, influence, or shape your thoughts, opinions, beliefs and judgment.

3656425.1

b.  What crime(s)?_____

c.  When and where? _____

d.  Was there a trial?   ☐ YES      ☐ NO _____

e.  If arrested, charged and/or convicted, do you, your family members or close friends feel like they were treated fairly by law enforcement and the criminal justice system?   ☐ YES      ☐ NO

If NO, explain:_____

_____

f.  Do you think this experience would impact your ability to be fair and impartial in this case?  ☐ YES      ☐ NO

If YES, explain:_____

_____

36.  Have you, any members of your family, or close friends ever been the **VICTIM** of a crime, regardless of whether it was reported to law enforcement authorities?
☐ YES      ☐ NO

a.  If YES, who? (do not provide names; just the relation to you) _____

b.  What crime(s)?_____

c.  When and where? _____

d.  Was it reported to law enforcement?   ☐ YES      ☐ NO

e.  If YES, was anyone caught or arrested?   ☐ YES      ☐ NO

f.  Were charges filed?   ☐ YES      ☐ NO

g.  Were there any convictions?   ☐ YES      ☐ NO

h.  Did you attend any court hearings (trial/sentencing)?   ☐ YES      ☐ NO

i.  If the crime was reported, how did you, your family members, or close friends feel about the response of law enforcement in that case?

_____

j.  If the matter went to court, did you, your family members, or close friends feel like you were treated fairly by the courts and the criminal justice system?
☐ YES      ☐ NO

If NO, please explain: _____

_____

k.  Do you think this experience would impact your ability to be fair and impartial in this case?  ☐ YES      ☐ NO

If YES, please explain:_____

_____

37.   Have you, any member of your family, or close friends ever been a **WITNESS** to a crime, regardless of whether it was reported to law enforcement authorities? ☐ YES    ☐ NO

    a.   If YES, who? (do not provide names; just the relation to you) _____

    b.   What crime(s)?_____

    c.   When and where?_____

    d.   Was it reported to law enforcement?   ☐ YES   ☐ NO   ☐ DON'T KNOW

    e.   Did law enforcement take your statement or ask you any questions? ☐ YES   ☐ NO

    f.   Was the crime prosecuted?   ☐ YES   ☐ NO   ☐ I DON'T KNOW

    g.   Did you testify in court?   ☐ YES   ☐ NO

    h.   If there was a police investigation and prosecution, did you, your family members, or close friends feel like you were treated fairly by the police, the courts and the criminal justice system?   ☐ YES       ☐ NO

    i.   Do you think this experience would impact your ability to be fair and impartial in this case?   ☐ YES       ☐ NO

If YES, please explain:_____

_____

38.   Have you, any members of your family, or close friends had any administrative problems with the United States government (for example, audited by the IRS; immigration proceedings; defaulted on a government loan)?   ☐ YES       ☐ NO

If YES, please explain the issue and how it resolved.

_____

_____

    a.   Do you think this experience would prevent you from being fair and impartial juror in this case?   ☐ YES       ☐ NO

If YES, please explain:_____

_____

39.   Have you, any member of your family, or close friends ever applied or volunteered for any position in **LAW ENFORCEMENT** or served in the capacity of a law enforcement officer?  By law enforcement officer, I am including not only state and local police officers, sheriffs and troopers, but also military police, volunteer police organizations, probation/parole officers as well as federal law enforcement agencies such as the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), United States Citizenship and Immigration Services (USCIS), Homeland Security Investigations (HSI/ICE), United States Postal Inspectors Service (USPIS) and the Internal Revenue Service Criminal Investigation Division (IRS).  **[Government objects to United States Citizenship and Immigration Services and ICE.  Defense object to replacing USCIS and ICE with Homeland Security Investigation]**
☐ YES, SELF        ☐ YES, FAMILY       ☐ YES, FRIEND         ☐ NO

If YES:
a. Please indicate who, when and where they served and what their duties were:

_____

_____

b. Is there anything about your service or your relationship with the person who serve(s) or serve(d) that would prevent you from being fair and impartial in this case?  ☐ YES      ☐ NO

If YES, please explain (do not provide names; just the relation to you):_____

_____

40.   Have you, any members of your family, or close friends ever been a **PLAINTIFF, DEFENDANT or WITNESS** in a court case? (Check all that apply.)
☐ YES, Plaintiff        ☐ YES, Defendant        ☐ YES, Witness        ☐ NO

If YES:
a. Please explain (1) the type of case, (2) what it involved, (3) your or their role in the case (plaintiff, defendant, witness), and (4) the outcome.

(1) _____

(2) _____

(3) _____

(4) _____

b. Do you think this experience would prevent you from being fair and impartial in this case?
☐ YES        ☐ NO

41.   Have you, any members of your family, or close friends ever testified in a court proceeding (civil, family, criminal, etc.?)  ☐ YES      ☐ NO

3656425.1

If YES, please explain the type of case (civil, criminal, family, etc.) and your role (plaintiff, defendant, witness, victim, other interested party). If you testified as an expert witness, please list your area of expertise (accountant, psychologist, chemist, etc.). **[Defendants object to the use of the word "victim." The government objects to the use of the phrase "other interested party" as a substitution for "victim."]**

_____

_____

Do you think this experience would prevent you from being fair and impartial in this case? ☐ YES    ☐ NO

If YES, please explain:_____

_____

42.    Have you followed any criminal cases or trials in the news or the media within the last five years or so? ☐ YES    ☐ NO

If YES:
a.  Which criminal cases or trials did you follow?_____

_____

b.  If you formed any opinions about the criminal justice system as a result of reading or watching any coverage of these cases or trials, please explain:

_____

_____

43.    How much do you agree or disagree with the following statements: (Answer each.)
a.  A defendant in a criminal trial should be required to prove his or her innocence.

☐ Agree Strongly        ☐ Agree Somewhat

☐ Disagree Strongly        ☐ Disagree Somewhat

b.  The criminal justice system makes it too hard for the prosecution to convict people accused of crimes.

☐ Agree Strongly        ☐ Agree Somewhat

☐ Disagree Strongly        ☐ Disagree Somewhat

c.  I would expect a person charged with a crime to testify in their own defense.

☐ Agree Strongly        ☐ Agree Somewhat

☐ Disagree Strongly        ☐ Disagree Somewhat

44.    Do you know any attorneys (not already identified) on any basis, social, professional or otherwise? ☐ YES    ☐ NO

If YES, please explain, including if the attorneys represent plaintiffs, defendants, or the government:

_____

_____

## EDUCATION, SPECIALIZED TRAINING OR EXPERIENCE

45.  Have you, any members of your family, or close friends studied or practiced law or had any legal training?   ☐ YES, SELF   ☐ YES, OTHER   ☐ NO

If YES, please explain who and the type of training or experience received (paralegal studies, law degree, criminal justice studies, judiciary, courtroom staff etc.) If you, any members of your family, or close friends are an attorney, please say who is (don't use names; just the relation to you) and state the area of law that is practiced.

_____

_____

46.  Have you, any members of your family, or close friends studied, received training, or had experience in any of the following fields? (ANSWER FOR EACH AND CHECK ALL THAT APPLY.)

| | | | |
|---|---|---|---|
| a. | Advertising or marketing | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| b. | Banking or accounting | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| c. | Journalism or media | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| d. | Mental health or social work | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| e. | Ministry | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| f. | Women's studies/rights | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| g. | Victim's rights | ☐ YES, Self   ☐ YES, Other | ☐ NO |
| h. | Online social media or website/ content development | ☐ YES, Self   ☐ YES, Other | ☐ NO |

If YES TO ANY ABOVE, please explain who and the type of training or experience received.

_____

_____

_____

3656425.1

47.   On a scale of 1-10, rate your level of proficiency with technology. [(1)-I do not know how to use a computer through (10)-expert]. _____

   a.  How many hours a day, on average, do you spend on your computer (work and leisure)? _____

   b.  Have you ever made a purchase of any kind from the Internet?
      ☐ YES          ☐ NO

   c.  Have you ever placed an ad, comment, or review on a site on the Internet?
      ☐ YES          ☐ NO

   If YES, please generally explain.

   _____

   _____

48.   Have you, any members of your family, or close friends ever owned, started up, or held a significant role in the growth, development, and management of a business?
   ☐ YES, SELF     ☐ YES, FAMILY     ☐ YES, FRIENDS     ☐ NO

   If YES, please explain.

   _____

   _____

   If you answered YES to the above question, please answer the following three follow-up questions:

   a.  Have you ever loaned or borrowed money to start a business?
      ☐ YES, loaned money          ☐ YES, borrowed money          ☐ NO
      If YES, please explain:

      _____

      _____

   b.  If you have ever sold a business, did you have any oversight or rights over the business after you sold it?   ☐ YES     ☐ NO     ☐ NOT APPLICABLE

      If YES, please explain.

      _____

      _____

   c.  If you have ever bought a business, did the former owner, bank, or loan issuer have any oversight or rights over the business after you purchased it?
      ☐ YES     ☐ NO     ☐ NOT APPLICABLE

      If YES, please explain.

      _____

      _____

49.    Do you, any members of your family, or close friends have any experience using or investing in virtual currencies or cryptocurrencies, for example, Bitcoin, Bitcoin Cash, Litecoin or Ethereum or payment platforms for cryptocurrencies such as Bitpay or Gocoin?  ☐ YES, SELF     ☐ YES, OTHER     ☐ NO

If YES, please explain.

_____

_____


50.    Do you, any members of your family, or close friends support, volunteer, donate to, or work for any groups or organizations that advocate for Human Trafficking Awareness, Sex Trafficking Awareness, Victims or the Prevention of the Sexual Exploitation of Women?  **[Defendants object to use of the term "victims" here.]**  ☐ YES      ☐ NO

If YES, please explain.

_____

_____

_____


51.    Have you, any members of your family, or close friends ever watched films or documentaries, or read, written, discussed, or reported anything concerning any of the following: (ANSWER FOR EACH.)  **[Defendants object to the inclusion of the term "child exploitation"]**

a.  The #MeToo movement     ☐ YES     ☐ NO
b.  Prostitution             ☐ YES     ☐ NO
c.  Sex trafficking          ☐ YES     ☐ NO
d.  Human trafficking        ☐ YES     ☐ NO
e.  Child exploitation       ☐ YES     ☐ NO

If YES FOR ANY, please explain.

_____

_____

_____

_____


52.    Do you, any members of your family, or close friends support, volunteer, donate to, or work for any groups or organizations that advocates for the legalization of prostitution or support the activities of sex workers?  ☐ YES      ☐ NO

If YES, please explain.

_____

_____

53.    Do you, any members of your family, or close friends support, volunteer, donate to, belong to or work for any groups or organizations that advocate for the Freedom of Speech or First Amendment Rights, Internet Rights, or Media Rights (for example, the American Civil Liberties Union (ACLU)?    ☐ YES        ☐ NO

If YES, please explain.

_____

_____

_____

## PERSONAL INTERESTS AND LEISURE

54.    List all religious, educational, social justice, civic, social, fraternal, union or professional organizations that you belong to or participate in.

_____

_____

55.    What do you like to do in your spare time?_____

_____

56.    What type of books or publications do you like to read?_____

_____

57.    From what sources do you generally get your news? (Check all that apply):
☐ Online newspapers    ☐ Hard copy newspapers        ☐ Television
☐ Radio        ☐ Magazines        ☐ Internet        ☐ Social media
☐ Twitter            ☐ Friends & Family            ☐ Facebook
☐ I never follow the news        ☐ Other source (specify): _____

a.    Please list the name of the source(s) you've indicated above (for example, The Arizona Republic/AzCentral, Phoenix New Times, Village Voice, One America News, New York Times, Washington Post, Frontline, FOX, MSNBC, CNN, NPR, The Blaze, Christian Radio or any radio talk shows, or social media platforms):

_____

_____

58.    Do you watch television shows depicting law enforcement or the courts/judicial system (for example, CSI, Law & Order, NCIS, America's Most Wanted, 48 HOURS, Dateline, 20/20, Forensic Files, Cold Case Files, American Justice, American Greed, or any crime documentary series, etc.)?    ☐ YES        ☐ NO

If YES, which shows do you watch? _____

_____

59.  Based on the programs you have seen, if selected for jury service, do you believe your service will be similar to what you have seen on television?  For example, do you expect the government prosecutors and/or the defense attorneys and defendants at trial to be depicted or characterized in the same ways you've seen them in the programs you watch?
☐ YES      ☐ NO

Comments: _____

_____

60.  What radio stations or radio programs, if any, do you listen to on a regular basis?

_____

61.  Which social networking or media sites do you use?  (Check all that apply).

☐ Facebook      ☐ Twitter      ☐ Instagram      ☐ Snapchat      ☐ TikTok
☐ LinkedIn      ☐ Pinterest      ☐ Reddit      ☐ Other: _____
☐ NextDoor      ☐ I do not use social media

If you participate in social groups on any of these sites, please list which groups:

_____

## PROSTITUTION AND ADULT-ORIENTED ENTERTAINMENT

62.  Do you have strong feelings about pornography on the Internet, or have you or someone close to you ever been affected by pornography? (Check all that apply.)
☐ YES      ☐ NO
If YES, please explain: _____

_____

63.  Do you have strong feelings about escort services or people working in the legal adult entertainment industry or have you or someone close to you ever been affected by this type of service?   ☐ YES      ☐ NO
**[Government objects to the use of the term "escort services."]**
If YES, please explain: _____

_____

_____

64.  Does it bother you that adult escort services are legal and/or that people working in this industry can legally advertise their services?   ☐ YES      ☐ NO
**[Government objects]**
If YES, please explain: _____

_____

_____

65. Do you have strong feelings about prostitution, or have you or someone close to you ever been affected by prostitution or the purchase or sale of a sex act for money (also referred to as "commercial sex")?   ☐ YES          ☐ NO

    If YES, please explain: _____

    _____

    _____

66. Do you think law enforcement (local, state or federal) and the government (local, state or federal) should expend their resources investigating and prosecuting individuals who are purchasers of commercial sex?   ☐ YES          ☐ NO

    Please explain your answer. _____

    _____

67. Do you believe that prostitution should be legalized?   ☐ YES          ☐ NO
    **[Defendants object]**

    Please explain your answer.

    _____

    _____

68. Do you think law enforcement should expend government resources investigating and prosecuting individuals who engage in child prostitution or the sex trafficking of children?   ☐ YES          ☐ NO   **[Defendants object to references to "child prostitution" or "trafficking of children"]**

    Please explain your answer.

    _____

    _____

69. Do you think law enforcement agencies should expend government resources investigating and prosecuting businesses or individuals who provide a platform that sell goods or services that promote or facilitate prostitution?   ☐ YES          ☐ NO

    Please explain your answer.

    _____

    _____

70. Have you, any members of your family, or close friends ever engaged in, been accused of engaging in, or been convicted of prostitution, soliciting prostitution, or any act related to the purchase of commercial sex?   ☐ YES          ☐ NO

    If YES, would that experience prevent you from being a fair and impartial juror in this case?   ☐ YES   ☐ NO

    If YES, please explain your answer.

    _____

    _____

71.     Have you, any members of your family, or close friends ever engaged in, been accused of engaging in, or convicted of sex trafficking or sex related crimes? ☐ YES     ☐ NO

If YES, would that experience prevent you from being a fair and impartial juror in this case?     ☐ YES     ☐ NO

If YES, please explain your answer.

_____

_____

## CASE SPECIFIC QUESTIONS

72.     Prior to filling out this questionnaire, had you heard of the website www.backpage.com?     ☐ YES     ☐ NO

73.     Have you, any members of your family, or close friends ever used www.backpage.com?     ☐ YES     ☐ NO

If YES:

For what purpose? _____

What sections did you use? _____

74.     Have you, any members of your family, or close friends ever visited an online classified website such as www.craiglist.org, www.ebay.com, www.oodle.com, or other online classified websites?     ☐ YES     ☐ NO

If YES:

Which website: _____

For what purpose? _____

What sections did you use? _____

75.     In general, what are your feelings about the laws and regulations affecting the internet, including the publishing of content posted by users of the websites?

_____

_____

76.     What are your feelings about whether websites (such as YouTube, Facebook, Twitter, Google, and Instagram, among others) should be responsible for the content posted by users of the websites?

_____

_____

3656425.1

77.    Have you, any members of your family, or close friends ever used an adult-oriented dating or connection service (for example, Tinder, Bumble, Hinge, Ship (getshipped), OkCupid, PlentyofFish, AdultFriendFinder, iHookup, AshleyMadison, NoStringsAttached, BeNaughty, GetItOn, MaritalAffair, Alt, Grindr, Pure, Match)?
☐ YES   ☐ NO

If YES, please explain who (don't use names) and identify which services:

_____

_____

78.    Do you have any strong feelings about tattoos or people who have tattoos?
☐ YES   ☐ NO

If YES, please explain:

_____

_____

79.    This case will involve testimony regarding sexually explicit topics. Words and phrases such as oral sex, anal sex, blow job, penis, and vagina may be used throughout this trial. Victims and witnesses may testify about their experiences with prostitution, child sex trafficking, and may describe their experiences using vulgar or sexually-graphic language. Sexually provocative images of victims and witnesses may be introduced into evidence. If chosen as a juror, you must be able to discuss the evidence and these sexually explicit topics with your fellow jurors as you deliberate on the evidence. **[Defendants object to use of the terms "victim" and "child" in this context.]**

Will you be able to deliberate on the evidence, knowing that it requires discussion over topics of a sexual nature?   ☐ YES   ☐ NO   ☐ NOT SURE

Please explain: _____

_____

80.    The nature of some of the charges that have been brought in this case involve claims of facilitating or promoting business enterprises involved in prostitution and money laundering. Is there anything about these subjects that would make it difficult for you to be fair and impartial in this case?   ☐ YES   ☐ NO

If YES, please explain: _____

_____

## VICTIMS AND WITNESSES

**[Defense objects to inclusion of the word "victim"]**

81.  Part of your role as a juror is to determine the facts of the case, including evaluating the credibility or believability of witnesses. Do you believe you can determine whether a person is (or is not) credible or believable?   ☐ YES   ☐ NO

Please explain: _____

_____

82.  Would you prejudge a witness or the case, even in the slightest way, if one or more of the parties, attorneys, or witnesses comes from a particular national, racial, ethnic, or religious group, or has a lifestyle different than your own? **[Government objects and proposes Question 83]**
☐ YES      ☐ NO

Please explain: _____

_____

83.  Some of the victims and witnesses in this case are ethnic minorities.  Would you find a victim or witness's testimony to be more or less credible simply based on their race, nationality, ethnicity or religion?   **[Defendants objects for the following reasons: (1) to the word "victim", duplicative to Question 82, and (3) argumentative]**
☐ YES   ☐ NO
Please explain: _____

_____

84.  Some of the victims and witnesses in this case are ethnic minorities and of a low socio-economic status.  Would you find a victim or witness's testimony to be more or less credible simply based on their socio-economic status?  **[Defendants objects to the word "victim" and as argumentative]**
☐ YES   ☐ NO
Please explain: _____

_____

85.  Some of the victims and witnesses in this case have experienced challenges with substance abuse and homelessness. Would you find a victim or witness's testimony to be less credible simply based on their experiences with substance abuse (drug or alcohol abuse) and homelessness?  **[Defendants object to the word "victim"]**
☐ YES      ☐ NO

Please explain: _____

86.    Are you familiar with implicit biases, which occur without conscious awareness?
       ☐ YES        ☐ NO
       If YES, what techniques work to reduce such bias within yourself?

_____

_____

## **FINAL QUESTIONS**

87.    The Court will instruct you on the applicable law at the conclusion of the case.  If
       selected as a juror, you will take an oath to follow the law, even if you disagree with
       it.  Will you follow the instructions and the law as it is provided to you even if you
       disagree with it?  ☐ YES        ☐ NO

88.    Understanding that jury service is an honor as well as a duty, is there any reason
       why you would prefer not to serve as a juror in this case?  This could include any
       situation at home or on the job, issues in your life and/or stressful or anxiety-
       producing life events, such as divorce, health, abuse, bankruptcy, moving, etc.
       ☐ YES        ☐ NO

       If YES, please explain:_____

_____

_____

89.    Do you have any religious, moral, spiritual or philosophical beliefs that would make
       it difficult for you sit in judgment of another person?   ☐ YES        ☐ NO

_____

_____

90.    Is there any other information you feel the judge or attorneys should know about
       you, including any reason why either side (the government or the defense) may not
       want you to serve as a juror in this case?  ☐ YES        ☐ NO

       If YES, please explain:_____

_____

_____

91.    Is there anything you wish to discuss with me and the attorneys in private, outside
       the presence of the other jurors?   ☐ YES        ☐ NO

       IF YES, please describe below.

3656425.1

Juror Number [Official Use Only] _____

_____

_____

I declare, under penalty of perjury, that all answers are true and correct to the best of my knowledge.


_____          _____
SIGNATURE                                  DATE

Juror Number [Official Use Only] _____

## EXPLANATION SHEET

If you were unable to sufficiently answer any question in the spaces provided, please use this area to complete your answer. Please indicate the question number(s) from the questionnaire associated with any comment(s) you make below.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3656425.1