Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S AMENDED MOTION FOR ISSUANCE OF 17(C) SUBPOENAS (DKT. 1019)** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial Date:   August 17, 2020 |

3657172.2

1   Defendant John Brunst, by and through his undersigned counsel, joins in
2   Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas
3   (Dkt. 1019) ("Motion").
4   Mr. Brunst agrees with the arguments made in the Motion.  Mr. Brunst adopts
5   the positions set forth in the Motion as if fully set forth herein.

7   DATED:  June 29, 2020            Respectfully submitted,

8                                    Gary S. Lincenberg
                                     Ariel A. Neuman
9                                    Gopi K. Panchapakesan
                                     Bird, Marella, Boxer, Wolpert, Nessim,
10                                   Drooks, Lincenberg & Rhow, P.C.

                                     By:    */s/Gopi K. Panchapakesan*
12                                          Gopi K. Panchapakesan
                                     Attorneys for Defendant John Brunst

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                                */s/Gopi K. Panchapakesan*
                                                Gopi K. Panchapakesan