Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cr-00422-002-PHX-SMB<br><br>**JAMES LARKIN'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S AMENDED MOTION FOR ISSUANCE OF 17(C) SUBPOENAS (DKT. 1019)**<br><br>Assigned to: Hon. Susan M. Brnovich<br>Courtroom:　506<br><br>Trial Date:　　January 12, 2021 |

Defendant James Larkin, by and through his undersigned counsel, joins in Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas (Dkt. 1019) ("Motion").

Mr. Larkin agrees with the arguments made in the Motion. Mr. Larkin adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 6th day of JULY 2020,

　　　　　　　　　　　　　　　　　　　　　　BIENERT | KATZMAN PC
　　　　　　　　　　　　　　　　　　　　　　*s/ Whitney Z. Bernstein*
　　　　　　　　　　　　　　　　　　　　　　Whitney Z. Bernstein
　　　　　　　　　　　　　　　　　　　　　　Thomas H. Bienert, Jr.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for James Larkin

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas