**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
*Attorney for Defendant Scott Spear*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Scott Spear,<br><br>    Defendant. | NO. CR18-00422 PHX SMB-003<br><br>**DEFENDANT SPEAR'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT SPEAR'S *AMENDED* MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENAS**<br><br>(*EXPEDITED REVIEW REQUESTED*) |

Defendant, SCOTT SPEAR, by and through his undersigned counsel, hereby requests an extension of time to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas, for a period of one week. Counsel has consulted with AUSA Kevin Rapp who has no objection to this request. The reason for this motion is Counsel needs additional time to prepare the reply.

As such, Defendant Spear requests that this Court issue an Order extending the reply deadline to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas, to July 13, 2020.

Defendant does not make this motion for reason of delay but in the interest of justice.

RESPECTFULLY SUBMITTED this 6th day of July, 2020.

**FEDER LAW OFFICE, P.A.**

BY: */s/ Bruce Feder*
Bruce Feder, Esq.
Attorney for Defendant Scott Spear

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2020, I electronically transmitted Defendant Scott Spear's Motion for Issuance of Subpoenas to the Clerk of the Court via the CM/ECF system for filing.

**COPY** of the foregoing emailed
this 6th day of July, 2020 to:

**The Honorable Susan M. Brnovich**
Brnovich_Chambers@azd.uscourts.gov

**Erin E. McCampbell,** emccampbell@lglaw.com
**Ariel A. Neuman,** aan@birdmarella.com
**Paul J. Cambria,** pcambria@lglaw.com
**Thomas H. Bienert,** Jr. tbienert@bienertkatzman.com
**Whitney Z. Bernstein,** wbernstein@bienertkatzman.com
**Gary S. Lincenberg,** glincenberg@birdmarella.com
**Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com
**Michael D. Kimerer,** mdk@kimerer.com
**Rhonda Elaine Neff,** rneff@kimerer.com
**David S. Eisenberg,** david@deisenbergplc.com
**Joy Malby Bertrand,** Joy.Bertrand@gmail.com
*Attorneys for Defendants*

**Kevin Rapp** Kevin.Rapp@usdoj.gov
**Andrew Stone** Andrew.Stone@usdoj.gov
**Margaret Perlmeter** Margaret.Perlmeter@usdoj.gov
**John Kucera** John.Kucera@usdoj.gov
**Reginald T. Jones** reginald.jones4@usdoj.gov
**Peter Kozinets** Peter.Kozinets@usdoj.gov
*Attorneys for United States of America*

<u>By: /s/ Mali Evans</u>