UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Scott Spear, | ) | |
| Defendant. | ) | |

THIS COURT, having considered Defendant Spear's Motion for extension of time to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Defendant Spear's Motion for extension of time to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas;

**IT IS FURTHER ORDERED** extending the deadline for Defendant Spears to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas to July 13, 2020.

DATED this _____ day of July, 2020.

_____
THE HONORABLE SUSAN M. BRNOVICH

1