## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-003-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Scott Spear, | |
| Defendants. | |

THIS COURT, having considered Defendant Spear's Motion for extension of time to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Defendant Spear's Motion for extension of time to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas (Doc. 1034);

**IT IS FURTHER ORDERED** extending the deadline for Defendant Spears to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas to July 13, 2020.

Dated this 6th day of July, 2020.

Honorable Susan M. Brnovich
United States District Judge