IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　　Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

　　　　Upon the stipulation of the parties, and good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting the parties' stipulation for restraint of property (Doc. 1036).

　　　　Dated this 8th day of July, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge