DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: (602.237.5076)
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>   v.<br><br>Andrew Padilla,<br><br>             Defendant. | CR 18-00422-06-PHX-SMB<br><br>**DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S MOTION FOR ISSUANCE OF RULE 17( c) SUBPOENAS (Doc. No. 1019)** |

Defendant Andrew Padilla, by and through undersigned counsel, hereby gives notice that he joins in Defendant Spear's Motion For Issuance of Rule 17( c) Subpoenas, which is docketed at Doc. No. 1019. Padilla adopts all of the positions, factual and legal arguments set forth in the Defendant's motion as if fully set forth herein.

Respectfully submitted this 14th day of July, 2020.


                        *s/ David Eisenberg*
                        DAVID EISENBERG
                        Attorney for Andrew Padilla

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp, Kevin.Rapp@usdoj.com
Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, reginald.jones4@usdoj.gov
Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov
Andrew C. Stone, andrew.stone@usdoj.gov

John Jacob Kucera, john.kucera@usdoj.gov

Paul J. Cambria, pcambria@lglaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Ariel A. Neuman, aan@birdmarella.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
Bruce S. Feder, bf@federlawpa.com
Joy Malby Bertrand, joyous@mailbag.com


*s/ David Eisenberg*
        David Eisenberg

2