IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　vs.<br>Michael Lacey, et al.,<br>　　　　　Defendant. | No. CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

　　　The Court having reviewed the Government's Motion to Confirm Trial Subpoenas, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Confirm Trial Subpoenas.

　　　**IT IS FURTHER ORDERED** that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of January 12, 2021.