**feder law office p.a.**
2930 East Camelback Road, Suite 160
Phoenix, Arizona 85016
602-257-0135 phone
602-954-8737 fax
bf@federlawpa.com
Bruce Feder – State Bar No. 004832
*Attorneys for Defendant Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | |
| vs. | **DEFENDANT SPEAR'S MOTION TO MODIFY HIS CONDITIONS OF RELEASE** |
| Scott Spear, *et al.*, | |
| Defendants. | |

Defendant Scott Spear, by and through his undersigned attorney, hereby moves under 18 U.S.C. § 3142(c)(1)(B) & (3) for an order modifying his conditions of pretrial release as set forth in the Court's April 9, 2018 Order (Doc. 31). Specifically, Defendant requests that the Court remove the condition of release requiring Mr. Spear to maintain or actively seek verifiable employment and provide proof of such to Pretrial Services, for the following reasons.

As this Court may be aware, Mr. Spear is 69 years old, and has some relatively serious medical conditions. He is attempting to assist in the preparation of his defense. The Covid-19 pandemic has significantly impacted the economy, as businesses and companies shut down. However, even if businesses were hiring right now, Mr. Spear

is at great risk of contracting Covid-19, due to his age and his health, and wouldn't be able to work.

None of the other defendants have this listed as one of their conditions.

Counsel has consulted with AUSA Kevin Rapp who has no objection to the removal of this condition.

Excludable delay under 18 U.S.C. § 3161(h)(1) may occur as a result of this Motion or of an order based thereon.

RESPECTFULLY SUBMITTED this 17th day of July, 2020.

**FEDER LAW OFFICE**

*/s/ Bruce Feder*
Bruce Feder
Attorney for Defendant Scott Spear

Electronic Filing Certification

On July 17, 2020, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE SUSAN M. BRNOVICH
United States District Court
Email: brnovich_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Ariel A. Neuman, aan@birdmarella.com
Paul J. Cambria, pcambria@lglaw.com
Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
Michael D. Kimerer, mdk@kimerer.com
Rhonda Elaine Neff, rneff@kimerer.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, Joy.Bertrand@gmail.com
*Attorneys for Defendants*

Kevin Rapp Kevin.Rapp@usdoj.gov
Andrew Stone Andrew.Stone@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
John Kucera John.Kucera@usdoj.gov
Reginald T. Jones reginald.jones4@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
*Attorneys for United States of America*

By:  */s/ M. Evans*