UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America,   | ) | NO. CR18-00422 PHX SMB-003 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Scott Spear, | ) | |
| Defendant. | ) | |

THIS COURT, having considered Defendant Spear's Motion to Modify his Conditions of Release, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Motion to Modify his Conditions of Release (Docket _____);

**IT IS FURTHER ORDERED** modifying Defendant Spear's release conditions to reflect the removal of the condition requiring Mr. Spear to maintain or actively seek verifiable employment and provide proof of such to Pretrial Services.

DATED this _____ day of _____, 2020.

_____
THE HONORABLE SUSAN M. BRNOVICH