IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>James Larkin,<br><br>                    Defendant. | Case No. 2:18-cr-00422-SMB-2<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed James Larkin's Motion to Continue Trial and good cause appearing,

**IT IS ORDERED** that the January 12, 2021 trial date is reset to April 12, 2021 and the Court will extend and reset related deadlines.

DATED this _____ day of _____, 20_____.

_____
**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**