# Exhibit 4

# Tweet

**Attorney General Brnovich Outreach**
@AZAG_Outreach

Arizona, it's #WebinarWednesday. Register for this week's webinars! Suicide Awareness & Prevention TODAY, Human Trafficking Prevention TOMORROW, August 20th, & E-Cigarette Awareness & Prevention on FRIDAY, August 21st. To register click: azag.gov/outreach/webin...



8:22 AM · Aug 19, 2020 · Twitter Web App