# Exhibit 5





**PRESENTED BY:**
**Office of the Arizona Attorney General**
**Mark Brnovich**

# Resources

**National Human Trafficking Resource Center (NHTRC)**

## 1-888-3737-888

email: NHTRC@PolarisProject.org

TOLL-FREE | 24 Hours/day, 7 Days/week

*Confidential | Interpreters available*







NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN®

www.missingkids.com

TRUST

