# Exhibit 6

← **Tweet**

 **Attorney General Brnovich Outreach**
@AZAG_Outreach

Arizona, it's #WebinarWednesday. Register for this week's webinars! Consumer Scams & Human Trafficking Prevention – Grades 7-12 TOMORROW, August 6th & Suicide Awareness & Prevention on FRIDAY, August 7th. To register for our webinars click: azag.gov/outreach/webin…



8:14 AM · Aug 5, 2020 · Twitter Web App