Exhibit 7



