# Exhibit 8

# Attorneys General Ask Congress to Amend Sex Trafficking Law

*Wednesday, August 16, 2017*

**PHOENIX** - Attorney General Mark Brnovich joined a bipartisan coalition of 49 other state and territorial attorneys general urging Congress to amend a federal sex trafficking law to ensure all law enforcement agencies can continue to fight online sex trafficking.

The attorneys general ask representatives to amend the Communications Decency Act (CDA) to clarify that ***states and territories*** retain authority to investigate and prosecute those accused of facilitating online child sex trafficking. The simple word addition to the CDA proposed in this letter will help to ensure that citizens and children are effectively protected throughout the entire country, in all courts. Some federal courts have interpreted the CDA to render state and local authorities unable to take action against companies that actively profit from the promotion and facilitation of sex trafficking and crimes against children.

The letter to Congress states:

> *"Federal enforcement alone has proved insufficient to stem the growth in online promotion of child sex trafficking. Those on the front lines of the battle against the sexual exploitation of children – state and local law enforcement – must have clear authority to investigate and prosecute facilitators of these and other horrible crimes."*

The intention of the CDA is to protect children from indecent material online. It was never intended to place facilitators of child sex trafficking outside the reach of law enforcement. However, according to the Attorneys General, the CDA is being used as a shield by those who profit from prostitution and crimes against children. In some cases, courts have interpreted certain provisions of the CDA to provide immunity from state prosecution to online classified ad sites, such as Backpage.com, that promote and profit from human trafficking.

> *"It is both ironic and tragic that the CDA, which was intended to protect children from indecent material on the internet, is now used as a shield by those who profit from prostitution and crimes against children,"* the attorneys general wrote.

View the letter (/sites/default/files/docs/press-releases/2017/letters/CDA_Final_Letter.pdf).

In addition to Arizona, the following states and territories signed on to the letter: Alabama, Alaska, Arkansas, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Michigan, Minnesota,

Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin and Wyoming.

PRESS RELEASE ARCHIVE

202009 (/press-releases/archive/202009) (11)
202008 (/press-releases/archive/202008) (8)
202007 (/press-releases/archive/202007) (11)
202006 (/press-releases/archive/202006) (14)
202005 (/press-releases/archive/202005) (18)
202004 (/press-releases/archive/202004) (15)
202003 (/press-releases/archive/202003) (27)
202002 (/press-releases/archive/202002) (13)
202001 (/press-releases/archive/202001) (23)
201912 (/press-releases/archive/201912) (16)
201911 (/press-releases/archive/201911) (14)
201910 (/press-releases/archive/201910) (15)

›› (/press-release/attorneys-general-ask-congress-amend-sex-trafficking-law?page=1)

PRESS CONTACT

Katie Conner
*Director of Media Relations*

2005 N Central Ave.
Phoenix, AZ 85004
(602) 542-8019

**Katie.Conner@azag.gov (mailto:Katie.Conner@azag.gov)**

---

**2005 N Central Avenue, Phoenix, AZ 85004 | Email: Contact Us (/contact-us) | Phone: (602) 542-5025**
**Privacy Statement (/privacy)**