Exhibit 10

← **Tweet**



**Mark Brnovich** ✓
@GeneralBrnovich

⌄

Coalition of AG's urge Congress to amend sex trafficking law to strengthen local law enforcement prosecutions: azag.gov/press-release/...

10:20 AM · Aug 16, 2017 · Twitter Web Client