# Exhibit 11

← **Tweet**

 **Mark Brnovich** ✓
@GeneralBrnovich

Here's a <mark>teaser video of my interview w</mark> **@TRUST4AZ** <mark>as we work together</mark> to end human trafficking

 TRUST And the AG's office take action for Arizona.
TRUST And the AG's office take action for Arizona. With TRUST's undying commitment to end human trafficking in ...
🔗 facebook.com

2:44 PM · Mar 9, 2017 · Twitter Web Client

← Tweet

**Mark Brnovich** ✓
@GeneralBrnovich

SAFE Action Project is a joint effort with #AZAg, @DHSgov and AZ Anti-Trafficking Network. Training designed for tourism industry professionals to identify, report, and prevent trafficking. Inaugural training today at @PHXSkyHarbor for airport employees. Thanks to @AmericanAir



1:02 PM · Jul 30, 2019 · Twitter for iPhone

 **Tweet**



Mark Brnovich
@GeneralBrnovich

Congratulations to Blaine Gadow for receiving the @TRUST4AZ Game Changer award. He is making a huge difference in the fight to end human trafficking. Just last week, he put an AZ man behind bars for 100+ years for child sex trafficking.



12:15 PM · Dec 12, 2019 · Twitter for iPhone



**Mark Brnovich** ✓
@GeneralBrnovich

We're launching new training today in conjunction with the AZ Anti-Trafficking Network & Homeland Security Investigations for hospitality staff on how to identify, report and prevent human trafficking. Training is part of SAFE Action Project. Learn more: safeactionproject.org






👤 The Phoenician, Scottsdale and Arizona Office of Tourism

9:34 AM · Jan 15, 2020 · Twitter for iPhone