# Exhibit 17

Case 2:18-cr-00422-DJH Document 1060-7 Filed 09/23/20 Page 2 of 2



| THE PROBLEM | WHAT WE DO | RESOURCES | TAKE ACTION | BLOG&EVENTS | ABOUT | DONATE |

# INTERNET SAFETY



## INTERNET SAFETY AMIDST THE COVID-19 OUTBREAK

Case 2:18-cr-00422-DJH Document 1060-7 Filed 09/23/20 Page 2 of 2

Technology, including social media and classified websites like Backpage.com, are widely viewed as responsible for the explosion of sex trafficking in the United States. Our own research backs this up.

To make matters worse, predators are luring child victims through online communications — via tablet, phone, even video game consoles. And there, our children are being sold for sex. So how do we protect them?

