Exhibit 18

CONFERENCE

# November 12

Keynote Presentation | 8:00 AM

# John Cotton Richmond

*U.S. Department of Justice, Human Trafficking Prosecution Unit*



**JOHN RICHMOND IS A FEDERAL PROSECUTOR SERVING AS THE SPECIAL LITIGATION COUNSEL** with the Civil Rights Division of the U.S. Department of Justice. He has investigated and prosecuted numerous victim centered labor and sex trafficking cases throughout the United States. John has also prosecuted cross burnings, police misconduct, and neo-Nazi hate crimes cases. John's work to combat human trafficking has earned numerous honors, including: being named one of the "Prosecutors of the Year" by the Federal Law Enforcement Foundation, receiving the David Allred Award for Exceptional Contributions to Civil Rights, twice earning the Department of Homeland Security's Outstanding Investigative Accomplishments in a Human Trafficking Award, winning the Distinguished Law Enforcement Teamwork Award from the Federal Executive Board, as well as twice receiving the Department of Justice's Special Commendation Award, and other honors. John frequently serves as an expert on human trafficking for the United Nation's Working Group on Trafficking in Persons and at the European Union's multilateral meetings on human trafficking. He has trained judges, prosecutors, federal agents, law enforcement officers, non-governmental organizations, and international delegations on human trafficking investigative and prosecutorial strategies. Prior to joining the Department of Justice, John worked on human trafficking crimes as the Director of the International Justice Mission's slavery work in India. John lives with is wife and three children in Vienna, Virginia.

## NOVEMBER 12 | 8:00 AM

Located in the Potomac Ballroom AB

 **sharedhope** INTERNATIONAL

JuST Conference 2015

# Walking In Her Shoes

Vice Detective Christi Decoufle and former sex trafficking victim Leah Rogers will educate the community and law enforcement about the sex trafficking industry. In this workshop, presenters will discuss inside information the FBI obtained when cracking the sex trafficking business along with the story of recovering Leah Rogers and catching her savage, high-profile pimp in Arizona. The audience will leave with greater awareness and ideas for prevention after hearing the story first-hand from the two women who lived it.

Located in Chesapeake A-C

## Meet the Speakers

### Leah Rodgers
*Survivor Advocate, Catholic Charities*



Leah was lured into sex trafficking by her boyfriend who she soon discovered was a pimp. Undercover officers plotted to catch him in a meeting with "underage" girls, but it was Leah who was caught and charged. Fortunately, the judge gave her a chance to be a part of a program that saved her life and she now travels around the world sharing her story with the detective that rescued her from human trafficking. Leah's book, *Game Over: The Story Behind a Sex-Trafficking Victim*, was written to educate others on how to prevent becoming prey to the sex industry and she is now a full-time advocate whose video testimony has received over 600,000 views and likes on Facebook.

### Christi Decoufle
*Vice Detective, Phoenix Police Department*



Christi is a 15-year veteran of the Phoenix Police Department and has been a Detective in the Vice Enforcement Unit for 10 years. She has a B.S. in Psychology and a M.Ed. focused on Psychology and Human Services. Christi is a subject matter expert in the area of domestic human trafficking and testifies as an expert witness in both state and federal court. She is a member of the FBI's Human Trafficking Task Force and the International Association of Human Trafficking Investigators. Christi works with the National Center for Missing and Exploited Children in identifying and rescuing juvenile victims of sex trafficking. She is a trained child forensic interviewer and has trained law enforcement, juvenile probation, the medical community, CPS, faith-based organizations, FBI, attorneys and educational institutions about sex trafficking.



# November 13

Session 7 | 3:30 PM– 5:00 PM

# Leader of Sex Trafficking Ring Convicted of Pimping Juveniles

This case study pertains to the federal prosecution of Jeremy Tate, a pimp who operated a prostitution business involving multiple prostitutes and trafficking victims, including juveniles. Tate and others used telephones and the Internet to arrange online advertising, schedule prostitution sessions and recruit other prostitutes. Tate took most of the proceeds from the prostitution business and distributed controlled substances to his victims and others to manipulate and intimidate them. Tate also enticed his victims to travel interstate to engage in prostitution for him. In addition to the victims' testimony, the case study highlights the victim-centered prosecution model which focuses on federal, state and local law enforcement authorities, government agencies and nongovernmental victim service providers collaborating in a multidisciplinary approach to identify juvenile sex crimes, assist victims and prosecute cases.

🧭 Located in the National Harbor 4

## Meet the Speaker

**Reginald Jones, Esq.** *Trial Attorney, U.S. Department of Justice, Criminal Division, Child Exploitation and Obscenity Section*



Reginald is a passionate and successful prosecutor who is currently employed with the Department of Justice in Washington, D.C. Reginald previously served as an Assistant United States Attorney for the Middle District of Louisiana and as an associate attorney at a regional law firm in Jackson, Mississippi. He earned a law degree from the University of Mississippi School of Law and a bachelor's degree with high honors from the University of Southern Mississippi. During his career, Reginald has led numerous complex investigations and prosecutions ranging from human trafficking, national and international child exploitation enterprise, racketeering enterprise, public corruption, healthcare fraud and abuse, tax fraud, and Ponzi Schemes. He has served as lead prosecutor in several cases, including in a sex trafficking ring investigation in which four defendants were convicted for operating an interstate prostitution enterprise in Louisiana, and has also tried a significant number of cases to verdict in federal court. Reginald has delivered presentations and led panels on numerous topics including human trafficking, child exploitation, and prosecutorial practice at Department of Justice national and international training sessions, and law enforcement conferences.

# Sponsors

**The Networking Reception is brought to you, in part, by:**



JOHNSON-LANCASTER
AND ASSOCIATES, INC.

**The Survivor Reception is brought to you by:**

    

**Special thanks to:**

 **Deborah
Alexander**

Thank you to everyone who contributed to the scholarship fund. Together, we raised $15,000 and were able to extend scholarships to 45 law enforcement agents and survivors who would have otherwise been unable to attend the conference. We are deeply grateful for your support!

Shared Hope International | P.O. Box 65337 | Vancouver, WA 98665

Tel: 1-866-HER-LIFE (1-866-437-5433)
E-mail: savelives@sharedhope.org
Web: www.sharedhope.org







Session 1 | 10:00 - 11:30 AM

sharedhope
INTERNATIONAL

# Operation Team Player

This presentation will be a case study into the life of Joseph Hazley and his desires to pimp girls to enhance his party lifestyle as well as his predatory sexual behaviors. 16 year old Desiree Robinson was murdered by a client as Hazley sat outside awaiting money from sex acts agreed to between the suspect and Robinson. The case study will focus on the investigation that commenced subsequent to her death which led to the arrest of two subjects without hearing from the victim as she was deceased. The agents, and prosecutors will present the case from start to finish and the presentation will end with words and feelings of the victim's mother, Yvonne Ambrose. Ambrose will speak to her fight against domestic minor sex trafficking and her advocacy in keeping her daughter's memory alive.

   * *The session may contain content and imagery not suitable for all audiences; attendee discretion is advised.*

 Junior Ballroom C      CLE, NASW

## Meet the Speakers



**Yvonne Ambrose**
*Founder & President, Desiree
Foundation Against Sex Trafficking*



**Felice Weiler, BS**
*Victim Witness Coordinator,
United States Attorney's Office*

18



**Michael Barker, MSW**
*Special Agent, FBI*

**Carrie Landau, MCJ**
*Special Agent, FBI*

**Christopher Parente, JD**
*AUSA, United States Attorney's Office*

**Jonathan Williamson, SA**
*Special Agent, FBI*



# Beyond Backpage and FOSTA:

## Addressing Online Facilitation of Sex Trafficking

This session will discuss the enactment of federal legislation last year that permits state criminal action and civil suits to address the use of technology platforms to promote or facilitate sex trafficking and prostitution, the cases and events that led to the legislation including the investigation and prosecution of Backpage.com, and their import in combatting sex trafficking in the United States.

 N 207           CLE, NASW

## Meet the Speaker



### Reginald Jones, JD
*Attorney, U.S. Department of Justice*

# DAY 2

**WEDNESDAY | OCTOBER 16**

# Survivor-Centered Approach:

## The Missing Piece in State Collaboration

CSEC is a multifaceted issue and the needs of survivors can be complex to the extent that the issue cannot be effectively addressed through any singular entity, perspective, discipline or approach. Development of a comprehensive response that considers everything from legislative to direct service approaches necessitates participation from numerous parties. In recent years, more states and local communities have developed collaborative entities, policies, laws, and practices to address human trafficking within their areas. However, many of these collaborative initiatives lack an important piece: a cohort of survivors and the vital input of that group. This presentation will address that crucial gap and the issues it creates in developing a strategic, comprehensive response to CSEC.

 Junior Ballroom A      CLE, NASW

## Meet the Speakers



**Jamie Rossland**
*Survivor Mentor, Delores Barr Weaver Policy Center*



**Bethany Gilot, MS**
*Statewide Human Trafficking Prevention Director, Florida Department of Children and Families*





# DAY 3

**THURSDAY | OCTOBER 17**

# PLENARY
**THURSDAY, OCTOBER 17**
**8:30 – 9:00 AM**

# U.S. Department of Justice's Efforts to Combat Demand

IN COLLABORATION WITH STATE AND LOCAL PARTNERS, THE U.S. DEPARTMENT OF JUSTICE IS TAKING AN "ALL FRONTS" approach to combating the plague of sex trafficking. This includes not only prosecuting traffickers and identifying and assisting victims, but also fighting demand and disrupting the illicit commercial sex marketplace that fuels sex trafficking. In this presentation, the Department's primary policy advisor will give an update on the ways in which the Department is working to disrupt the commercial sex marketplace and to decrease demand for the illicit services that constitute—or induce—sex trafficking.

 Grand Ballrooms A & B

## Meet the Speaker



### Beth A. Williams
*Assistant Attorney General, U.S. Department of Justice, Office of Legal Policy*

Beth A. Williams was sworn in as Assistant Attorney General on August 21, 2017, after unanimous confirmation by the Senate. As Assistant Attorney General for the Office of Legal Policy, she serves as the primary policy advisor to the Attorney General and the Deputy Attorney General, and as the Chief Regulatory Officer for the Department. From 2005–2006, Ms. Williams served as Special Counsel to the United States Senate Committee on the Judiciary, where she assisted with the confirmation of Chief Justice John G. Roberts, Jr. and Associate Justice Samuel A. Alito, Jr. to the United States Supreme Court. Prior to becoming Assistant Attorney General, Ms. Williams was a litigation and appellate partner at a national law firm, where her practice focused on complex commercial, securities, and First Amendment litigation.  Ms. Williams litigated cases in federal and state courts across the country.  She also served as chair of the firm's Women's Leadership Initiative in Washington, D.C. Ms. Williams received the firm's Pro Bono Service Award seven years in a row for her dedication to pro bono work.

# Sponsors

Thank you everyone that contributed to the scholarship fund for survivors to attend this year. We are deeply grateful for the gifts that continue to allow us to support the attendance of individuals who request assistance. This event is funded solely by the proceeds from admission sales and private donations. If you or your agency would like to contribute to a scholarship or sponsor any component of the JuST Conference event in 2020, please contact **Brittany@sharedhope.org** for more information.

**GOLD Sponsors:**



**SILVER Sponsor:**


**BRONZE Sponsor:**


**IN-KIND Sponsor:**


**DONORS:**
Kristina Kavanau
Laura Gelber
Dorothy J. Myers
Roberta Godbe-Tipp
Kristi Cornwell

Thank you to The Refuge and Kristina Kavanau for sponsoring the VIP Survivor Reception (for survivors only)



P.O. BOX 65337    VANCOUVER, WASHINGTON    98665
WWW.SHAREDHOPE.ORG   WWW.JUSTCONFERENCE.ORG