Exhibit 22

← **Tweet**



**Mark Brnovich**
@Mark4AZ

.@ruelaswritings: What 'sex trafficking' really means:
azcentral.com/story/life/az-...

9:20 AM · Jan 18, 2015 · Twitter Web Client