# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

　　　Based upon the United States of America's Motion for Leave to File Non-Electronic Exhibit to its Motion in Limine to Determine Admissibility of Evidence (Doc. 919), and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the United States' Motion for Leave.

　　　**IT IS FURTHER ORDERED** granting the United States' permission to file a compact disc containing trial exhibits.

　　　Dated this 5th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　　　　　United States District Judge