IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendant. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

　　　The Court having reviewed the Government's Motion to Confirm Trial Subpoenas, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Confirm Trial Subpoenas (Doc. 1069).

　　　**IT IS FURTHER ORDERED** that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of April 12, 2021.

　　　Dated this 14th day of October, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge