MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

BRIAN C. RABBITT
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey et al.,<br><br>　　　　Defendants. | No. CR-18-422-PHX-SMB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the United States District Court for the District of Arizona, that Special Assistant United States Attorney Daniel Boyle is substituted as counsel in place of Special Assistant United States Attorney John Kucera as an attorney for the United States in the

above-captioned matter.

    Respectfully submitted this 29th day of October, 2020.

                                          MICHAEL BAILEY
                                          United States Attorney
                                          District of Arizona

                                          *s/ Daniel Boyle*
                                          DANIEL BOYLE
                                          Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
Joy Faraj
U.S. Attorney's Office