1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

11

12

United States of America,

Plaintiff,

13

vs.

14

Michael Lacey, et al.,

15

Defendants.

16

17

18

| | |
|---|---|
| CASE NO. 2:18-cr-00422-004-PHX-SMB | |
| **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF SUBPOENAS** | |
| *[Filed concurrently with Defendants' Motion for Issuance of Subpoenas]* | |
| Assigned to Hon. Susan M. Brnovich Courtroom 506 | |

19

20

21

22

23

24

25

26

27

28

3679027.2

Case No. 2:18-cr-00422-004-PHX-SMB

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF SUBPOENAS

1    THIS COURT, having considered Defendants' Motion for Issuance of Subpoenas,

2 and good cause appearing,

3    **IT IS ORDERED** granting Defendants' Motion for Issuance of Subpoenas

4 (Docket:_____);

5    **IF IS FURTHER ORDERED** that the relevant Subpoenas Duces Tecums be

6 issued for the Pretrial Production Of Documents.

7

8 DATED:

9

10

11                                        Hon. Susan M. Brnovich
                                          United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF SUBPOENAS