1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-CR-00422-PHX-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Stay of Case Pending Resolution of the Mandamus Petition, and good cause appearing,

**IT IS ORDERED** that the Motion is granted and the case is stayed pending the Ninth Circuit's determination of the Petition for a Writ of Mandamus in case number 20-73408.

DATED this _____ day of _____, 20_____.

_____
**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**