DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** December 4, 2020 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Andrew Stone, Daniel Boyle, and Reginald Jones

**Defendant-1:** Michael Lacey, Released-Presence Waived
**Attorney for Defendant:** Paul Cambria, Jr., Robert Corn-Revere, and Erin McCampbell, Retained
**Defendant-2:** James Larkin, Released-Present
**Attorney for Defendant:** Thomas Bienert, Jr., Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant:** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Presence Waived
**Attorney for Defendant:** Gopi Panchapakesan and Gary Lincenberg, Retained
**Defendant-6:** Andrew Padilla, Released-Presence Waived
**Attorney for Defendant:** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released-Presence Waived
**Attorney for Defendant:** Joy Bertrand, CJA Appointment

**TELEPHONIC MOTION HEARING:**

All present parties appear telephonically. Oral argument is presented on the Motion to Stay (Doc. 1092). For the reasons stated on the record, the Court does not find the parties have met their burden to justify a stay in this matter. Accordingly,

**IT IS ORDERED** the Motion to Stay (Doc. 1092) is **denied**.

**IT IS FURTHER ORDERED** setting a telephonic status hearing for **January 4, 2021 at 11:00 a.m.**

**Court Reporter** Linda Schroeder        **Start: 10:02 a.m.**
**Deputy Clerk** Christine Boucher         **Stop: 11:25 a.m.**