AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME: Thomas H. Bienert, Jr. | 2. PHONE NUMBER: (949) 369-3700 | 3. DATE: December 7, 2020 |
|---|---|---|

| 4. FIRM NAME: Bienert | Katzman PC |
|---|

| 5. MAILING ADDRESS: 903 Calle Amanecer, Suite 350 | 6. CITY: San Clemente | 7. STATE: CA | 8. ZIP CODE: 92673 |
|---|---|---|---|

| 9. CASE NUMBER: 2:18-cr-00422-PHX-SMB | 10. JUDGE: Susan Brnovich | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. December 4, 2020    12. |

| 13. CASE NAME: United States v. Michael Lacey, et al. | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. Phoenix    15. STATE: Arizona |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Motion Hearing | December 4, 2020 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS (expedited) | ☐ | ☑ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- ☐ PAPER COPY
- ☑ PDF (e-mail)
- ☐ ASCII (e-mail)

ESTIMATED COSTS

E-MAIL ADDRESS: tthomas@bienertkatzman.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE: /s/ Thomas H. Bienert, Jr.

20. DATE: December 7, 2020

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY