FILED

DEC 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   20-10388 |
| Plaintiff-Appellee, | D.C. Nos.<br>2:18-cr-00422-SMB-1 |
| v. | 2:18-cr-00422-SMB-2<br>2:18-cr-00422-SMB-3 |
| MICHAEL LACEY; et al., | 2:18-cr-00422-SMB-4<br>2:18-cr-00422-SMB-6 |
| Defendants-Appellants. | 2:18-cr-00422-SMB-7<br>2:18-cr-00422-SMB<br>District of Arizona,<br>Phoenix |
| | ORDER |

Appellants' request to transfer the fee paid in this appeal to their mandamus petition, No. 20-73408, is denied without prejudice to renewal in No. 20-73408.

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 2) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court as to Appeal No. 20-10388 only.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Megan Howard
Deputy Clerk
Ninth Circuit Rule 27-7