|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 8 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: MICHAEL LACEY; et al.

_____

MICHAEL LACEY; et al.,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

        Respondent,

UNITED STATES OF AMERICA,

        Real Party in Interest.

No. 20-73408

D.C. No. 2:18-cr-00422-SMB
District of Arizona,
Phoenix

ORDER

Before: THOMAS, Chief Judge, and HURWITZ, Circuit Judges.

    This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer. The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court. Petitioners may file a reply within 7 days after service of the answer(s). The petition, answer(s), and any reply shall be referred to the next available motions panel. *See* 9th Cir. Gen. Ord. 3.3(f).

The Clerk shall serve this order on the district court and District Judge Susan M. Brnovich.