MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

BRIAN C. RABBITT
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' SECOND NOTICE RE: DECEMBER 4, 2020 TELEPHONIC MOTION HEARING ON DEFENDANTS' MOTION TO STAY (Doc. 1092)** |
| Michael Lacey, et al., | |
| Defendants. | |

Over the weekend, the United States learned of the attached declaration, filed in the Eastern District of Missouri on August 26, 2017, regarding the August 16, 2017 letter from the National Association of Attorneys General to Congress submitted as Exhibit 9 to the Motion for Recusal.[1] The declaration was filed in litigation against the Missouri Attorney General handled by the same three lawyers from Davis Wright Tremaine LLP who are among Defendants' counsel of record here.[2] It has one exhibit: the August 16, 2017 letter.

Respectfully submitted this 14th day of December, 2020.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/ Peter S. Kozinets*
>
> KEVIN M. RAPP
> MARGARET PERLMETER
> PETER S. KOZINETS
> ANDREW C. STONE
> Assistant U.S. Attorneys
>
> DAN G. BOYLE
> Special Assistant U.S. Attorney
>
> BRIAN C. RABBITT
> Assistant Attorney General
> U.S. Department of Justice, Criminal Division
>
> REGINALD E. JONES
> Senior Trial Attorney
> U.S. Department of Justice, Criminal Division
> Child Exploitation and Obscenity Section

---

[1] *Compare* Doc. 1059-10, Exhibit 9 *with* Docs. 35 and 35-1 in *Backpage.com, LLC v. Hawley*, 4:17-CV-1951 PLC (attached as Exhibit A hereto).

[2] *See Backpage.com, LLC v. Hawley*, 4:17-CV-1951 PLC, 2017 WL 5726868, at *1 (E.D. Mo. Nov. 28, 2017). None of the DWT lawyers signed the "Joint Declaration" attached to the Reply in Support of Motion for Recusal, Doc. 1071-2.

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
Joy Faraj
U.S. Attorney's Office