**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Susan M. Brnovich** | **Date:** January 4, 2021 |
| **USA v. Lacey et al** | **Case Number: CR-18-00422-PHX-SMB** |

**Assistant U.S. Attorneys:**  Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Andrew Stone, Daniel Boyle, and Reginald Jones

**Defendant-1:**  Michael Lacey, Released-Present
**Attorney for Defendant (1):**  Paul Cambria, Jr., and Erin McCampbell, Retained
**Defendant-2:**  James Larkin, Released-Present
**Attorney for Defendant (2):** Thomas Bienert, Jr., Retained
**Defendant-3:**  Scott Spear, Released-Present
**Attorney for Defendant (3):**  Bruce Feder, Retained
**Defendant-4:**  John Brunst, Released-Present
**Attorney for Defendant (4):**  Gopi Panchapakesan and Gary Lincenberg, Retained
**Defendant-6:**  Andrew Padilla, Released-Presence Waived
**Attorney for Defendant (6):**  David Eisenberg, CJA Appointment
**Defendant-7:**  Joye Vaught, Released-Presence Waived
**Attorney for Defendant (7):**  Joy Bertrand, CJA Appointment

**TELEPHONIC STATUS HEARING:**

All present parties appear telephonically.  Discussion held regarding the Petition for Writ of Mandamus filed with the Ninth Circuit Court of Appeals. Counsel for Defendant Larkin, with co-defendants joining, requests the Court to either issue a stay and/or continue the current trial date pending ruling from the Ninth Circuit Court of Appeals. The request for stay is denied based on the Courts' previous ruling (Doc. 1097).  Defendants are directed to file a written motion to continue the trial to allow the Government an opportunity to file a response.

**Court Reporter** Christine Coaly                    **Start:  11:20 a.m.**
**Deputy Clerk** Elaine Garcia                        **Stop:  11:35 a.m.**