United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Gregory Colburn, et al.,<br><br>Defendants. | Criminal Action No.<br>19-10080-NMG |

ORDER

GORTON, J.

Having carefully considered the assented-to motion to continue the February, 2021 trial filed by defendants Gamal Abdelaziz, John Wilson, Homayoun Zadeh and Robert Zangrillo ("Group 1 defendants"), the declarations filed <u>ex parte</u> and under seal in support thereof (Docket Nos. 1660-66) and the joint response of the parties (Docket No. 1659) to the Notice entered by this Court on November 25, 2020 (Docket No. 1648), the subject motion (Docket No. 1634) is **ALLOWED**.

The following amended pretrial schedule deadlines shall apply:

   1) Government expert disclosures: Friday, May 28, 2021;

   2) Reciprocal discovery from defendants: Monday, June 7, 2021;

   3) Government exhibit/witness lists: Thursday, June 17, 2021;

   4) Defense expert disclosures: Monday, June 28, 2021;

   5) Defense exhibit/witness lists: Friday, July 16, 2021;

6) Meet/confer on documents, etc.: Wednesday, July 21, 2021;

7) Rebuttal expert disclosures: Wednesday, July 28, 2021;

8) All parties motions *in limine*, voir dire, jury instructions: Friday, July 30, 2021;

9) All responses to motions *in limine*, voir dire, jury instructions: Friday, August 6, 2021;

10) Final pretrial conference: Wednesday, August 18, 2021 at 11:00 A.M.;

11) Jury empanelment to commence on Wednesday, September 8, 2021 at 9:00 A.M. (to be completed on or before Friday, September 10, 2021); and

12) Jury trial, opening statements and evidence, to commence on Monday, September 13, 2021 at 9:00 A.M.

During the extensive pre-trial period, the parties shall, if necessary to comply with the extended deadlines, 1) complete discovery by taking video depositions, 2) review documents and prepare witnesses remotely, i.e., by zoom video-technology and 3) ensure immunization and/or the requisite quarantining to have counsel and witnesses available for an in-person trial in September, 2021. If still warranted by the status of the pandemic or government regulations then in force, the parties are encouraged to agree upon the appearance of witnesses at trial by video deposition.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated December 21, 2020