# Exhibit B

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**DEBRA D. LUCAS**
Acting District Court Executive/Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**MICHAEL O'BRIEN**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010



As a potential juror in the U.S. District Court, District of Arizona, we want to address your potential concerns and inform you of the procedures implemented to ensure your health and safety while serving as a juror in this court.

In mid-March, the U.S. District Court suspended all jury trials as a result of the COVID-19 pandemic. The Court has continued to monitor the recommendations and guidelines from the CDC, local health authorities, as well as local and national leaders. Based on the guidance provided, we have taken the following steps to protect all court participants as we begin the process of transitioning back to conducting essential court proceedings:

- Judges are coordinating jury selections to ensure only one selection is held per day. This will keep the number of people in the jury assembly room and courtrooms to a minimum.
- Judges will prescreen jurors for availability for lengthy trials to minimize the number of jurors required to report.
- Seating in the jury assembly room and courtrooms will be limited to ensure jurors maintain proper physical distance from one another.
- The trial courtrooms will be disinfected daily per CDC guidelines.
- Magazines will be removed from the jury assembly room and the jury deliberation rooms.
- Only bottled water and pre-packaged snacks will be provided to the jurors.
- Vending machines are available and will be sanitized daily.
- All persons entering the courthouse will be required to wear face masks. We are requesting jurors to provide their own face masks. If a juror is unable to obtain a mask, one will be provided.
- Hand sanitizer stations have been placed throughout the courthouse and we encourage jurors to use them frequently.
- The court will make sanitizing wipes available so jurors may wipe down any surface where contact is required.
- The jury assembly room will be off limits to anyone other than jurors.
- Bathrooms will be cleaned and sanitized daily.

- Elevators, stair wells, and door handles will be cleaned and sanitized daily per CDC guidelines.
- The number of people in the elevator at any given time will be limited to four.
- If you can answer yes to any of the following questions, please contact the jury office:
    - ✓ Have you developed flu-like symptoms such as a cough, fever, or shortness of breath in the last two weeks?
    - ✓ Have you traveled outside the U.S. within the last 30 days?
    - ✓ Have you been in contact with anyone who has been diagnosed with COVID-19 disease?
- If you have an underlying health issue that would put you at a higher risk if exposed to COVID-19, please include that information when you complete the questionnaire. We can defer your service for up to six months.
- If you are a first responder, please include that information when you complete the questionnaire. We can defer your service for up to six months.
- If you are a full-time caregiver to a child 12 years or under, or a person over the age of 65 with serious health concerns, please include that information when you complete the questionnaire. We can defer your service for up to six months.

If you have any further questions, please contact the appropriate jury office listed below.

Contact information:
| | |
|---|---|
| Phoenix Jurors | 602-322-7278 or 1-800-736-7322 |
| Prescott Jurors | 1-800-357-2097 |
| Tucson Jurors | 520-205-4250 or 1-800-733-8966 |