# Exhibit C

**REDACTED**
_____

| | |
|---|---|
| **From:** | Denis M. Fitzgibbons <sba.communications@staff.azbar.org> |
| **Sent:** | Friday, January 22, 2021 12:19 PM |
| **To:** | |
| **Subject:** | ADDITIONAL INFORMATION: Legal Services May Qualify for Phase 1B of Arizona's Vaccine Prioritization |

Important Communication from the State Bar of Arizona Board of Governors



Dear Fellow Member:

The email sent yesterday inadvertently linked to the incorrect Executive Order. Executive Order 2020-12 can be found here.

We received an overwhelming response, and to further clarify per Arizona Department of Health Services, local allocators may further sub-prioritize qualified recipients in each phase based on vaccine supply. For example, Maricopa County Public Health currently has prioritized the following 1B categories for vaccination eligibility at this time: adults 75 and older, education and childcare workers, and law enforcement/protective services.

Please refer to the AZDH's website and county public health websites to find up to date information on vaccine distribution guidance, including distribution groups and timelines.

You can find additional recommendations from the Vaccine and Antiviral Prioritization Advisory Committee (VAPAC) here.

Finally, those who are regularly at the courts (such as prosecutors, defense attorneys and dependency attorneys), fall into the critical governmental services category and should work with their employers on opportunities for getting vaccinated.

Be well,

Denis M. Fitzgibbons
President



State Bar of Arizona

**Manage Your Subscription**

This message was sent to                                          from:

State Bar of Arizona
sba.communications@staff.azbar.org
4201 N. 24th St. Suite 100
Phoenix, Arizona 85016-6266 United States

