**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** February 12, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Peter Kozinets, Margaret Perlmeter, Andrew Stone, Daniel Boyle, and Reginald Jones

**Defendant-1:** Michael Lacey, Released-presence waived
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released-Present
**Attorney for Defendant (2):** Thomas Bienert, Jr., Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gopi Panchapakesan and Gary Lincenberg, Retained
**Defendant-6:** Andrew Padilla, Released-Presence Waived
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released-Presence Waived
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

**TELEPHONIC MOTION HEARING:**

Discussion held regarding the Defendants' Motion to Continue Trial (Doc. 1113). **IT IS ORDERED** granting the Motion to Continue Trial. Trial presently set for April 12, 2021 is reset for August 23, 2021 at 9:00 a.m., Courtroom 506.

**IT IS FURTHER ORDERED** setting a Telephonic Status Hearing for June 8, 2021 at 9:00 a.m. The parties will receive dial-in instructions for connecting to the teleconference via electronic mail prior to the hearing.

**IT IS FURTHER ORDERED** that the Status Hearing set for February 22, 2021 is VACATED.

**LATER:** The Final Trial Management Conference set for March 22, 2021 is vacated and reset for July 16, 2021 at 9:00 a.m. (2 hrs allowed) in Courtroom 506.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) will commence from April 13, 2021 to August 23, 2021.

| | |
|---|---|
| | **MTN HRG: 16 mins** |
| **Court Reporter** Christine Coaly | **Start:** 11:35 a.m. |
| **Deputy Clerk** Elaine Garcia | **Stop:** 11:51 a.m. |