IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-005-PHX-SMB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Dan Hyer, | **(Sixth Request)** |
| Defendant. | |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing (Doc. 1127).

**IT IS FURTHER ORDERED** continuing the Sentencing from April 5, 2021, to December 13, 2021 at 10:30 a.m. in Phoenix, Arizona.

Dated this 2nd day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge