Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
Email:  tbienert@bklwlaw.com
         wbernstein@bklwlaw.com
*Attorneys for James Larkin*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-PHX-SMB |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Pursuant to *LRCivP 83.3(d)* Bienert Katzman Littrell Williams LLP hereby provides notice of its firm name change. The firm changed its name, effective immediately to Bienert Katzman Littrell Williams LLP from its previous firm name of Bienert | Katzman PC. The firm's updated name and contact information is:

**BIENERT KATZMAN LITTRELL WILLIAMS**
**903 Calle Amanecer, Suite 350**
**San Clemente, California 92673**
**Phone: (949) 369-3700**
**Facsimile: (949) 369-3701**
**Email: tbienert@bklwlaw.com**
          **wbernstein@bklwlaw.com**

Case No. 2:18-cr-00422-PHX-SMB
NOTICE OF FIRM NAME CHANGE

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated: April 7, 2021 | BIENERT KATZMAN LITTRELL WILLIAMS LLP |
| 4 | | *s/ Thomas H. Bienert, Jr* |
| 5 | | Thomas H. Bienert, Jr. |
| | | Whitney Z. Bernstein |
| 6 | | Attorneys for James Larkin |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas