GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICHOLAS L. MCQUAID
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     v.<br><br>Michael Lacey, et al.,<br><br>           Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' NOTICE OF COMPLIANCE**<br><br>**(CR 1161)** |

The Court has ordered the government to file any objections to the Defendants' proposed jury questionnaire. (CR 1161.) On February 7, 2020, the government and the defense separately filed proposed jury questionnaires. (CR 876, 877.) The government noted in its filing that it received Defendants' proposed jury questionnaire too late in the

- 1 -

evening to allow for a sufficient review where objections could be noted. (CR 876.)

The May 5, 2020 trial date was continued and on June 10, 2020, the Court ordered the parties to file a joint proposed jury questionnaire by June 26, 2020. (CR 893, 1016.). On June 26, 2020, the parties jointly filed a proposed jury questionnaire. (CR 1029.) The government and Defendants' objections to proposed questions are noted within this jointly prepared proposed jury questionnaire and the parties intended for this filing to replace the February 7, 2020 filings. *Id.*

Respectfully submitted this 21st day of May, 2021.

>GLENN B. McCORMICK
>Acting United States Attorney
>District of Arizona
>
>*s/ Kevin M. Rapp*
>KEVIN M. RAPP
>MARGARET PERLMETER
>PETER S. KOZINETS
>ANDREW C. STONE
>Assistant U.S. Attorneys
>
>DAN G. BOYLE
>Special Assistant U.S. Attorney
>
>NICHOLAS L. MCQUAID
>Acting Assistant Attorney General
>U.S. Department of Justice
>Criminal Division, U.S. Department of Justice
>
>REGINALD E. JONES
>Senior Trial Attorney
>U.S. Department of Justice, Criminal Division
>Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office