**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** June 7, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Reginald Jones and Kevin Rapp

**Defendant-1:** Michael Lacey, Released – Not Present (Presence waived)
**Attorney for Defendant (1):** Paul Cambria, Jr. and Erin McCampbell-Paris, Retained
**Defendant-2:** James Larkin, Released-Present
**Attorney for Defendant (2):** Thomas Bienert, Jr., and Whitney Bernstein Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gopi Panchapakesan and Gary Lincenberg, Retained
**Defendant-6:** Andrew Padilla, Released- Not Present (Presence waived)
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released- Not Present (Presence waived)
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

**STATUS HEARING:**

All parties present are appearing by video. Discussion held regarding the proposed jury questionnaire and objections are resolved. Defense counsel for Defendant Larkin requests additional time to review the changes made on the record in today's hearing and submit additional questions. No objection. Request granted. The parties are directed to have the proposed questionnaire to the Court by no later than close of business on 6/10/2021.

Questions regarding trial procedures discussed. The parties are directed to make arrangements with the Jury Office to pickup the responses to the questionnaires **prior** to 7/16/2021 and prepare to discuss them at the Final Trial Management Conference set for 7/16/2021.

**IT IS ORDERED** setting an in-person status hearing for 8/13/2021 at 11:00 a.m.

| | |
|---|---|
| **Court Reporter** Christine Coaly | **SH:**     1 hr |
| **Deputy Clerk** Elaine Garcia | |
| | **Start:  4:04 PM** |
| | **Stop:   5:04 PM** |