**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Susan M. Brnovich** | **Date:** July 16, 2021 |
| **USA v. Lacey et al** | **Case Number: CR-18-00422-PHX-SMB** |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Not Present (Presence waived)
**Attorney for Defendant (1):** Paul Cambria, Jr. and Erin McCampbell Paris, Retained
**Defendant-2:** James Larkin, Released – Not Present (Presence waived)
**Attorney for Defendant (2):** Thomas Bienert, Jr., Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released- Not Present (Presence waived)
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released - Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## FINAL PRETRIAL CONFERENCE:

All parties present are appearing by video.  The responses to the juror questionnaires are reviewed with counsel and 224 jurors are stricken for cause.   The parties are directed to email the Court their proposed strikes for cause, including any objections, of the remaining jurors.

**IT IS ORDERED** continuing the Final Pretrial Conference to discuss any remaining strikes for cause and trial procedures for 8/9/2021 at 9:00 a.m to be held by Zoom.

**LATER:**  In order to determine if additional jurors should be ordered, the parties are directed to send their proposed strikes for cause by the end of day of **July 21, 2021**.

**Court Reporter** Christine  Coaly
**Deputy Clerk** Elaine Garcia

**FPTC:  2 hrs 52 mins**

**Start:  9:02 PM**
**Stop:  11:54 PM**