Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**DEFENDANTS' SUPPLEMENT TO MOTION TO DISCLOSE GRAND JURY INSTRUCTIONS ON PROSTITUTION**<br><br>(Oral argument requested) |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

SUPPLEMENT TO MOTION TO DISCLOSE
GRAND JURY INSTRUCTIONS ON PROSTITUTION

Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught ("Defendants"), by and through their undersigned attorneys, file the instant supplement to Defendants' Motion to Disclose Grand Jury Instructions on Prostitution ("Motion"). (*See* Doc. 1171.) In the Motion, Defendants asked this Court for an order requiring the government to disclose any and all instructions on the law concerning the definition of prostitution as well as any and all instructions concerning escort services. (*See* Doc. 1171 at 1, 7.) As an alternative, Defendants asked this Court to conduct *in camera* review of those instructions "to determine whether the grand jury was instructed in a manner that respected the Defendants' Due Process rights." (*Id.* at 7.) In the context of this case, that would mean the government's instructions included the appropriate definition(s) of the term "prostitution" and that the government did not suggest or state to the grand jury that "escort services" or other legal adult services are unlawful throughout the country and are synonymous with "prostitution services."[1]

On July 15, 2021, this Court issued an order denying Defendants' request for disclosure of the instructions to Defendants; but not addressing the alternative remedy that Defendants requested – the Court's *in camera* review of the instructions on the law concerning the definition of the term "prostitution" and whether the term "escort services," which are unquestionably lawful, were equated with unlawful prostitution services. (*See* Doc. 1179.) Critically, the Court *should* already have the instructions defining the terms "prostitution services" and "escort services" because the Court ordered the government to disclose "any and all" instructions to the Court concerning the Travel Act for *in camera* review. (*See* Doc. 879.) Assuming the government fully complied with that order, this Court would be in possession of all instructions necessary to conduct *in camera* review of this

---

[1]     As government counsel recently stated, concerning "escort" services:

> [Y]ou know, it's really prostitution services. I think escort is sort of a misnomer. So we would – we would ask that it's – because it suggests that **escort services** is somewhat legal. And, as we know, it's **only legal in a very a small county in Nevada**, so it's really prostitution services is really right [sic].

(Doc. 1171-1 at 15 (emphasis added).)

important issue impacting the Defendants' First and Fifth Amendment rights. The government should be ordered to disclose whether its prior submission of grand jury instructions included any and all instructions concerning the Travel Act charges, including definition(s) of the terms "prostitution services" and any statements regarding the legality or illegality of "escort services." The Court's *in camera* review, as an alternative to disclosure to the Defendants, in no way implicates grand jury secrecy concerns.

For all these reasons, Defendants respectfully request that this Court conduct *in camera* review of the instructions of law as they concern any definitions given for the terms "prostitution services" or "escort services," as well as to maintain the instructions as part of the official record for this case as well as any other portions of the grand jury proceedings previously provided to the Court. Further, in light of the numerous issues that Defendants have raised with respect to the grand jury proceedings in this case, Defendants request that this Court order the government to transcribe or to maintain the ability to transcribe the full grand jury transcripts for the official record in this case.

RESPECTFULLY SUBMITTED this 19th day of July, 2021,

Paul J. Cambria, Jr.
Erin E. McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

By: /s/ Paul J. Cambria, Jr.
Paul J. Cambria, Jr.
Attorneys for Michael Lacey

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2018) § II (C) (3), Erin E. McCampbell hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN LITTRELL WILLIAMS, PLC

By:     /s/ Whitney Z. Bernstein
        Whitney Z. Bernstein
        Attorneys for James Larkin

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.

By:     /s/ Ariel A. Neuman
        Ariel A. Neuman
        Attorneys for John Brunst

Bruce Feder
FEDER LAW OFFICE, P.A.

By:     /s/ Bruce Feder
        Bruce Feder
        Attorneys for Scott Spear

David Eisenberg
DAVID EISENBERG, P.L.C.

By:     /s/ David Eisenberg
        David Eisenberg
        Attorneys for Andrew Padilla

Joy Bertrand
JOY BERTRAND, ESQ.

By:     /s/ Joy Bertrand
        Joy Bertrand
        Attorneys for Joye Vaught

5

On July 19 2021, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to the
Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov