James C. Grant (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 5th Ave., Suite 3300
Seattle, Washington  98104
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:           jamesgrant@dwt.com

Robert Corn-Revere (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K St. N.W., Suite 500
Washington, D.C.  20005
Telephone:   (202) 973-4200
Facsimile:   (202) 973-4499
Email:           bobcornrevere@dwt.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-SMB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Pursuant to LRCrim 57.14 and LRCiv 83.3, Davis Wright Tremaine LLP ("DWT") hereby provides notice that, on August 5, 2021, the Court entered an order allowing the firm and attorneys James C. Grant, Robert L. Corn-Revere, and Ronald G. London to withdraw as counsel of record for Defendants Michael Lacey and James Larkin in above-entitled action.  Mr. Larkin will continue to be represented in this matter by Bienert Katzman Littrell Williams LLP.  Mr. Lacey will continue to be represented in this matter by Lipsitz Green Scime Cambria LLP.  Mr. Larkin and Mr. Lacey may be contacted through their respective continuing counsel of record.

DATED this 10th day of August, 2021.

>DAVIS WRIGHT TREMAINE LLP
>
>*[signature]*
>
>_____
>James C. Grant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

<i>s/ James C. Grant</i><br>James C. Grant