Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **MOTION FOR TRIAL SUSPENSION DURING JEWISH HOLIDAYS** |
| vs. | Assigned to Hon. Susan M. Brnovich |
| Michael Lacey, et al., | Courtroom 506 |
| Defendants. | Trial Date:        September 7, 2021 |

3740915.1

Defendant John Brunst requests that the September 7, 2021 trial start date be continued until September 8, 2021, as lead trial counsel for Brunst, Gary S. Lincenberg and Ariel A. Neuman, will observe the Jewish holiday of Rosh Hashanah (the first of Judaism's two "High Holy Days") on September 7, 2021.

Further, Brunst also requests that trial be suspended on September 16, 2021, as the Jewish holiday of Yom Kippur (the second of the "High Holy Days," and the holiest day of the year in Judaism) falls on that date.  Gary S. Lincenberg and Ariel A. Neuman, along with Bruce Feder (counsel for Defendant Scott Spear) and David Eisenberg (counsel for Defendant Andrew Padilla), will observe Yom Kippur on September 16, 2021.  Brunst requests that trial not take place on that date so that the four identified trial counsel (as well as any potential jurors or court staff) can observe Yom Kippur.

To the extent the Court seeks to make up those two trial dates at a later point in the trial schedule, Brunst has no objection.

Counsel for the other defendants do not object to the request.  The government also does not object to the request.

DATED:  August 12, 2021

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   */s/ Gary S. Lincenberg*
          Gary S. Lincenberg
   Attorneys for Defendant John Brunst