GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' NOTICE OF SUBMISSION OF THE PROPOSED STATEMENT OF THE CASE, VERDICT FORM, AND JURY INSTRUCTIONS** |

The United States submits its proposed statement of the case, verdict form, and jury instructions.

## I. Statement of the Case

The United States attaches its proposed statement of the case as Exhibit A. The government agrees that the Superseding Indictment does not need to be read to the jury in this case. But the jury is entitled to some explanation about the case beyond the actual charges. Defendants' proposed statement offers only one sentence about Backpage—that it was an online classified advertising website. (Doc. 1199 at 17.) The United States has attempted to provide relevant information about the case in a condensed and efficient manner.

## II. Verdict Form

The parties have submitted diametrically different proposed verdict forms. (United States' Verdict Form attached as Exhibit B.) Defendants' submission is bereft of any information (typically, only dates are provided) for a jury to connect a particular count to a victim, advertisement, or money laundering transaction. Simply stated, "[a] jury form is intended to assist the jury in analyzing and presenting its decision." *Cooper v. Paychex, Inc.*, 960 F. Supp. 966, 973 (E.D. Va. 1997). Defendants' submission will not assist the jury in tracking the evidence and presenting its decision, and Defendants' form should not be used here.

Rather, the Court should employ the United States' proposed verdict form. This case involves a 211-paragraph, 92-page, 100-count Superseding Indictment that will not be read to the jury. The United States' proposed verdict form condenses the substantive counts in the Superseding Indictment to sufficient information that will allow the jury to follow the evidence, differentiate among the charged counts, and clearly present its decision. Moreover, it is standard practice in multi-count cases tried in this District for verdict forms to track, on a count-by-count basis, the identifying information in the indictment. *See, e.g., United States v. Slade, et al.*, 09-CR-1492-PHX-ROS, Doc. 1336, Verdict Form (providing dates and specific descriptions of items mailed for mail fraud

counts; providing dates, amounts and other descriptive information for wire fraud counts; identifying transaction dates, amounts and other descriptors for money laundering counts); *United States v. Audette*, 14-CR-00858-PHX-SPL, Doc. 209, Verdict Form (for wire fraud counts, identifying financial institutions involved, dates, amounts, and account numbers for each charged transaction; for counts involving specific text messages or phone calls, providing detailed identifying information for each text or call); *United States v. Hinkeldey*, 15-CR-01118-PHX-SPL, Doc. 520, Verdict Form (for mail and wire fraud counts, identifying dates, items mailed or transaction amounts, and senders and recipients). Unlike Defendants' proposed verdict form, the United States' form is consistent with longstanding practice in this District and should be used here.

**III.   Jury Instructions**

The United States attaches its proposed jury instructions as Exhibit C. These jury instructions include the parties' proposed instructions and objections. To facilitate review, the United States has consolidated both parties' instructions and objections into a single document.

On August 5, 2021, Defendants submitted their proposed jury instructions. (Doc. 1199.) Defendants also attached several emails between the parties. (*Id.* at 98-113.) Based on Defendants' submission (Doc. 1199) the government believes some clarification is needed.

On June 26, 2020, the government sent drafts of its proposed jury instructions, verdict form, and the statement of the case to Defendants. (Doc. 1199 at 112-113.) With each trial continuance, Defendants delayed providing comments to government's drafts. (*Id.* at 105, 109-110, 112.) When the Court continued the trial to August 23, 2021, Defendants proposed sending their comments by July 7, 2021. (*Id.* at 105.) The parties ultimately agreed to a June 15, 2021 deadline, with the government to then file the parties' proposed jury instructions, verdict form, and statement of the case with the Court on July 26, 2021. (*Id.* at 102.)

When the government agreed to the July 26, 2021 date, it had not yet received Defendants' instructions and objections. (Doc. 1199 at 101-106.) At that time, the government did not anticipate that Defendants would submit 18 non-model instructions and modify nearly every model instruction that related to the substantive counts. (*Id.* at Ex. F.) As the government has since informed Defendants, responding to Defendants' proposed instructions and objections has been a time consuming task, especially considering that the last two months have been the government's busiest period for trial preparation. (*Id.* at 98.) The United States has diligently worked to complete its responses to Defendants' proposed instruction and objections, which are incorporated in Exhibit C.

Respectfully submitted this 13th day of August, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office