# Exhibit B

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                      FOR THE DISTRICT OF ARIZONA
8
9    United States of America,                    CR-18-00422-PHX-SMB
10                        Plaintiff,
11            v.
                                                **UNITED STATES' PROPOSED**
12   Michael Lacey, et al.,                          **VERDICT FORM**
13                        Defendants.
14
15
16
17        We, the Jury, find the defendants, Michael Lacey, James Larkin, Scott Spear, John

18   "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

19                              **<u>CONSPIRACY</u>**
20                             **18 U.S.C. § 371**
                                  **COUNT 1**
21
22        Michael Lacey        _____ GUILTY        _____ NOT GUILTY

23        James Larkin         _____ GUILTY        _____ NOT GUILTY

24        Scott Spear          _____ GUILTY        _____ NOT GUILTY

25        John "Jed" Brunst    _____ GUILTY        _____ NOT GUILTY

26        Andrew Padilla       _____ GUILTY        _____ NOT GUILTY

27        Joye Vaught          _____ GUILTY        _____ NOT GUILTY
28

**Travel Act – Facilitate Prostitution**
**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

## Count 2:

| Date | Description |
| --- | --- |
| Sept. 10, 2013 | Published ad depicting Victim 5 entitled "Get freaky Tuesday . . Come spend ur day with us – 19," with accompanying text "Doin incalls and outcalls" |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

James Larkin   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

## Count 3:

| Date | Description |
| --- | --- |
| Jan. 27, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

James Larkin   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 4:**

| Date | Description |
|------|-------------|
| Jan. 29, 2014 | Published ad depicting Victim 8 entitled "Puerto Rican mami in walpole area INCALLS – 19" after deleting one picture from the originally – submitted ad |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 5:**

| Date | Description |
|------|-------------|
| Jan. 31, 2014 | Published ad depicting Victim 8 entitled "Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! – 19" after deleting one picture from originally submitted ad |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 6:**

| Date | Description |
|------|-------------|
| Feb. 6, 2014 | Published ad involving P.R. entitled "75 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 7:**

| Date | Description |
|------|-------------|
| Apr. 20, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

1  **Count 8:**

2

3

| Date | Description |
|------|-------------|
| May 7, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

6

| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
|---|---|---|
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

16  **Count 9:**

17

18

| Date | Description |
|------|-------------|
| May 31, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

21

| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
|---|---|---|
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

1

2

**Count 10:**

3

| Date | Description |
|------|-------------|
| July 1, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 11:**

| Date | Description |
|------|-------------|
| Aug. 19, 2014 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

James Larkin    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 12:**

| Date | Description |
|------|-------------|
| Nov. 23, 2014 | Published ad depicting Victim 10 entitled "New in Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair – 18" after deleting picture from originally-submitted ad |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 13:**

| Date | Description |
|------|-------------|
| Jan 29, 2015 | Published ad depicting Victim 12 entitled "New in Town Sexy Dark Asian Bombshell with Nice & Tight {Booty} – 23" after deleting one picture from the originally-submitted ad |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 14:**

| Date | Description |
|------|-------------|
| Jan. 31, 2015 | Published ad depicting Victim 10 entitled "NEW IN TOWN sexy sweet European mixed Cuban California girl – 21" |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

James Larkin      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

Andrew Padilla      _____ GUILTY      _____ NOT GUILTY

Joye Vaught      _____ GUILTY      _____ NOT GUILTY

**Count 15:**

| Date | Description |
|------|-------------|
| Jan. 31, 2015 | Published ad depicting Victim 12 entitled "New in Town Sexy Dark Asian mixed Bombshell – 23" after deleting one picture from the originally-submitted ad |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

James Larkin      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

Andrew Padilla      _____ GUILTY      _____ NOT GUILTY

Joye Vaught      _____ GUILTY      _____ NOT GUILTY

**Count 16:**

| Date | Description |
| --- | --- |
| Feb. 4, 2015 | Published ad depicting Victim 11 entitled "Upscale Independent BRUNETTE BOMBSHELL 5-Star Fantasy – 26," after deleting pictures from originally-submitted ad |

Michael Lacey    _____ GUILTY     _____ NOT GUILTY

James Larkin    _____ GUILTY     _____ NOT GUILTY

Scott Spear    _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY     _____ NOT GUILTY

Andrew Padilla    _____ GUILTY     _____ NOT GUILTY

Joye Vaught    _____ GUILTY     _____ NOT GUILTY

**Count 17:**

| Date | Description |
| --- | --- |
| Feb. 18, 2015 | Published ad depicting Victim 11 entitled "Alexis Foxx the HOTTEST in town!!!!! – 26" after deleting six pictures from the originally-submitted ad |

Michael Lacey    _____ GUILTY     _____ NOT GUILTY

James Larkin    _____ GUILTY     _____ NOT GUILTY

Scott Spear    _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY     _____ NOT GUILTY

Andrew Padilla    _____ GUILTY     _____ NOT GUILTY

Joye Vaught    _____ GUILTY     _____ NOT GUILTY

**Count 18:**

| Date | Description |
|------|-------------|
| Feb. 26, 2015 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 19:**

| Date | Description |
|------|-------------|
| May 18, 2015 | Published ad depicting Victim 15 entitled "GORGEOUS ebony PLAYMATE Perfect Curves…Skills to make ur TOES CURL – 19," after removing one picture of the originally-submitted ad, with accompanying text "you agree… you are not affiliated with any law enforcement agency" and "Incalls & Outcall!!!" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 20:**

| Date | Description |
|------|-------------|
| May 19, 2015 | Published ad depicting Victim 15 entitled "Hot & Driping Submissive Ebony Playmates – 20," after removing one picture of the originally-submitted ad, with accompanying text "you agree … you are not affiliated with any law enforcement agency" and "We're ready to please and accommodate all of your needs and wants!! With a mouth that'll ROCK your [] and a [picture of cat] that'll leave you purring for more" |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin          _____ GUILTY         _____ NOT GUILTY

Scott Spear           _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY         _____ NOT GUILTY

Andrew Padilla        _____ GUILTY         _____ NOT GUILTY

Joye Vaught           _____ GUILTY         _____ NOT GUILTY

**Count 21:**

| Date | Description |
|------|-------------|
| July 1, 2015 | Published ad depicting Victim 17 entitled "AbSoLuTeLy AmAZiNg CoMe PLaY WiTh Me #1 MoST WaNtEd SwEeT SEXii PlAymate – 20" with accompanying text "By contacting me  you agree that you are not affiliated with any form of law enforcement," PERFECT & Will satisfy your every need," and "IN/CALLS – ONLY" |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin          _____ GUILTY         _____ NOT GUILTY

Scott Spear           _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY         _____ NOT GUILTY

Andrew Padilla        _____ GUILTY         _____ NOT GUILTY

Joye Vaught           _____ GUILTY         _____ NOT GUILTY

**Count 22:**

| Date | Description |
|------|-------------|
| July 2, 2015 | Published ad depicting Victim 17 entitled "SeXy!! Exotic playmate Call me! The girl you NEED to See! – 20," with accompanying text "I DO NOT OFFER 40$, 50$, 60$ SPECIAILS" and "IN/CALLS – ONLY" |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin          _____ GUILTY         _____ NOT GUILTY

Scott Spear           _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY         _____ NOT GUILTY

Andrew Padilla        _____ GUILTY         _____ NOT GUILTY

Joye Vaught           _____ GUILTY         _____ NOT GUILTY

**Count 23:**

| Date | Description |
|------|-------------|
| Aug. 13, 2015 | Published ad depicting Victim 13 entitled "Young SEXY PUERTO RICAN – 19," which accompanying text "I do half hour sessions that vary in donation prices, 80 for head, 120 for hooking up without head and 150 for hooking up with head" |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin          _____ GUILTY         _____ NOT GUILTY

Scott Spear           _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY         _____ NOT GUILTY

Andrew Padilla        _____ GUILTY         _____ NOT GUILTY

Joye Vaught           _____ GUILTY         _____ NOT GUILTY

**Count 24:**

| Date | Description |
|------|-------------|
| Aug. 15, 2015 | Published ad depicting Victim 16 entitled "Outcalls Now Freaky Curvy Caramel Lady OUTCALLS NOW – 23" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin           _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

Andrew Padilla         _____ GUILTY          _____ NOT GUILTY

Joye Vaught            _____ GUILTY          _____ NOT GUILTY


**Count 25:**

| Date | Description |
|------|-------------|
| Sept. 13, 2015 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin           _____ GUILTY          _____ NOT GUILTY

Scott Spear            _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY          _____ NOT GUILTY

Andrew Padilla         _____ GUILTY          _____ NOT GUILTY

Joye Vaught            _____ GUILTY          _____ NOT GUILTY

**Count 26:**

| Date | Description |
|---|---|
| Nov. 28, 2015 | Published ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!!" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 27:**

| Date | Description |
|---|---|
| Apr. 21, 2016 | Published ad entitled "Finally!! PSE & GFE – Kimber Rae and MIA Marie Together BOOK NOW" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 28:**

| Date | Description |
|------|-------------|
| Nov. 3, 2016 | Published ad entitled "GFEE New – 18" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 29:**

| Date | Description |
|------|-------------|
| Nov. 11, 2016 | Published ad entitled "Mind blowing Tiffany, Incall in Taunton – 37," with accompanying text "Soft GFE … Im real and reviewed" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 30:**

| Date | Description |
|------|-------------|
| Nov. 14, 2016 | Published ad entitled "Top Model 2016 Special 'Best Looking Young Asian' … -22," with accompanying text "Sexy Asian Girl Incall Service" and "GFE" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 31:**

| Date | Description |
|------|-------------|
| Nov. 14, 2016 | Published ad entitled "Sometimes It's All About The Journey, And The Destination…..Erectile Dysfunctional G F E Provider – 44," with accompanying text "You can find a few current reviews at T3R xxxxxx#" and "I have been EROS authenticated" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 32:**

| Date | Description |
|------|-------------|
| Nov. 19, 2016 | Published ad entitled "The True (G)irl (F)riend (E)xperience Visiting November 27th Sunday ~ PRE-BOOKING SPECIAIL ~ - 100," with accompanying text "Let's blur restrictions between financial transaction & Romantic Connection" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 33:**

| Date | Description |
|------|-------------|
| Nov. 24, 2016 | Published ad entitled "Top Asian Grand Opening 100% Young 100% Sexy … - 23," with accompanying text "BEST INCALL IN TOWN!" and "GFE" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 34:**

| Date | Description |
|------|-------------|
| Nov. 26, 2016 | Published ad entitled "I LOVE MEN!! I'm a GFE. OutCall and Incall with exception on the Incall!! – 42" |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 35:**

| Date | Description |
|------|-------------|
| Dec. 20, 2016 | Published ad entitled "OMG  Sexy Sensual 36DD-24-36 Stacked College Coed With The Best Mouth Ever! BOOK NOW! -24," with accompanying text "I do ALL the things YOU Wish Your Wife Did!!" and "(G).(F).(E) 30 min/$180" |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 36:**

| Date | Description |
|------|-------------|
| Jan. 15, 2017 | Published ad entitled "Real & Reviewed Girlfriend Theonesweet.weebly.com – 30," with accompanying text "250 G F E" |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

James Larkin   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

Andrew Padilla   _____ GUILTY      _____ NOT GUILTY

Joye Vaught   _____ GUILTY      _____ NOT GUILTY

**Count 37:**

| Date | Description |
|------|-------------|
| Apr. 4, 2017 | Published ad entitled "KISSING & GFE KOREAN GIRLS – 20" |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

James Larkin   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

Andrew Padilla   _____ GUILTY      _____ NOT GUILTY

Joye Vaught   _____ GUILTY      _____ NOT GUILTY

**Count 38:**

| Date | Description |
|---|---|
| Apr. 11, 2017 | Published ad entitled "Pettit Sexy #Corey# 4407239339 – 39," with accompanying text "complete GFE experience" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 39:**

| Date | Description |
|---|---|
| July 3, 2017 | Published ad entitled "WANNA HANG OUT NOW UpScale New In Town! Call ME now for an unforgettable visit – 20," with accompanying text "100% GFE with 100% no Pimps" |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

1

**Count 40:**

2

3

| Date | Description |
|------|-------------|
| July 15, 2017 | Published ad entitled "Ready for some fun daddy? This is your chance too have a amazing time – 21," with accompanying text "Slim body, nice tits, freaky, GFE" |

4

5

6

7

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

James Larkin   _____ GUILTY      _____ NOT GUILTY

8

Scott Spear   _____ GUILTY      _____ NOT GUILTY

9

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

10

Andrew Padilla   _____ GUILTY      _____ NOT GUILTY

11

Joye Vaught   _____ GUILTY      _____ NOT GUILTY

12

13

14

15

**Count 41:**

16

17

| Date | Description |
|------|-------------|
| July 15, 2017 | Published ad entitled "New in town BiGBubble Booty SWEETLiPS HOT BODY – 24," with "GFE" in accompanying text |

18

19

20

21

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

22

James Larkin   _____ GUILTY      _____ NOT GUILTY

23

Scott Spear   _____ GUILTY      _____ NOT GUILTY

24

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

25

Andrew Padilla   _____ GUILTY      _____ NOT GUILTY

26

Joye Vaught   _____ GUILTY      _____ NOT GUILTY

27

28

**Count 42:**

| Date | Description |
|------|-------------|
| July 21, 2017 | Published ad entitled "Pettit Sexy #Corey# 4407239339 – 30," with accompanying text "complete GFE experience" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 43:**

| Date | Description |
|------|-------------|
| July 23, 2017 | Published ad entitled "ASIAN GODDESS young – 20," with accompanying text "100% Discreet service" and "#GFE" |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 44:**

| Date | Description |
|------|-------------|
| Jan. 26, 2018 | Published ad entitled "GFE Service Available! Private Encounters w/ Pampering Beauty" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 45:**

| Date | Description |
|------|-------------|
| Jan. 30, 2018 | Published ad entitled "241 & white plans area Carfun Perfect Treat  Available No Rush," with "Sweet Sexy GFE" in accompanying text |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

1   **Count 46:**

2

3   | Date | Description |
   |------|-------------|
4   | Jan. 30, 2018 | Published ad entitled "GFE REAL HOT Sweet DREAM AMAZING BEST RELAX" |

5

6   Michael Lacey     _____ GUILTY     _____ NOT GUILTY

7   James Larkin     _____ GUILTY     _____ NOT GUILTY

8   Scott Spear     _____ GUILTY     _____ NOT GUILTY

9   John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

10   Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

11   Joye Vaught     _____ GUILTY     _____ NOT GUILTY

12

13

14

15   **Count 47:**

16

17   | Date | Description |
   |------|-------------|
18   | Jan. 30, 2018 | Published ad entitled "Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions," with accompanying text "gfe  Hh:$160  H: $220" |

20   Michael Lacey     _____ GUILTY     _____ NOT GUILTY

21   James Larkin     _____ GUILTY     _____ NOT GUILTY

22   Scott Spear     _____ GUILTY     _____ NOT GUILTY

23   John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

24   Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

25   Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 48:**

| Date | Description |
|------|-------------|
| Jan. 31, 2018 | Published ad entitled "Exotic Asian Beauty," with accompanying text "I am an independent GFE with excellent massage skills" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 49:**

| Date | Description |
|------|-------------|
| Feb. 1, 2018 | Published ad entitled "Nuru (Best GFE ever) incall only" |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 50:**

| Date | Description |
|------|------------|
| Feb. 6, 2018 | Published ad entitled "Tuesday with Ashleigh. Available now," with "GFE" in accompanying text |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

James Larkin   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 51:**

| Date | Description |
|------|------------|
| Feb. 6, 2018 | Published ad entitled "GFE Kisskisspop 100% real Photo Choice 9Asian girl Nurunude" |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

James Larkin   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

## Conspiracy To Commit Money Laundering
### 18 U.S.C. § 1956(h)
### COUNT 52

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |

## Concealment Money Laundering
### 18 U.S.C. § 1956(a)(1)(B)(i)
### COUNT 53-62

**Count 53:**

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| James Larkin | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |

- 27 -

**Count 54:**

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 56:**

| Date | Amount | Description |
|---|---|---|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 57:**

| Date | Amount | Description |
|---|---|---|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

James Larkin     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 58:**

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 59:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

- 30 -

**Count 60:**

| Date | Amount | Description |
|---|---|---|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 61:**

| Date | Amount | Description |
|---|---|---|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 62:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

James Larkin      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**International Promotional Money Laundering**
**18 U.S.C. § 1956(a)(2)(A)**
**COUNT 63-68**

**Count 63:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

James Larkin      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**Count 64:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 65:**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

James Larkin          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 66:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin         _____ GUILTY         _____ NOT GUILTY

Scott Spear         _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 67:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

James Larkin         _____ GUILTY         _____ NOT GUILTY

Scott Spear         _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 68:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

James Larkin _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

**Count 69:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 70:**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 13, 2013 | $62,491.47 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 71:**

| Date | Amount | Description |
|------|--------|-------------|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 72:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 73:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 74:**

| Date | Amount | Description |
|------|--------|-------------|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear         _____ GUILTY         _____ NOT GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear         _____ GUILTY         _____ NOT GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear         _____ GUILTY         _____ NOT GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear         _____ GUILTY         _____ NOT GUILTY

- 37 -

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**Count 79:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**Count 80:**

| Date | Amount | Description |
|------|--------|-------------|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

James Larkin      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

**Count 81:**

| Date | Amount | Description |
|---|---|---|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 82:**

| Date | Amount | Description |
|---|---|---|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 83:**

| Date | Amount | Description |
|---|---|---|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 84:**

| Date | Amount | Description |
|------|--------|-------------|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey           _____ GUILTY           _____ NOT GUILTY

John "Jed" Brunst           _____ GUILTY           _____ NOT GUILTY

**Count 85:**

| Date | Amount | Description |
|------|--------|-------------|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear           _____ GUILTY           _____ NOT GUILTY

**Count 86:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey           _____ GUILTY           _____ NOT GUILTY

John "Jed" Brunst           _____ GUILTY           _____ NOT GUILTY

**Count 87:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

James Larkin        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

**Count 88:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

**Count 89:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

**Count 90:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

     Michael Lacey    _____ GUILTY    _____ NOT GUILTY

     John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 91:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

     Michael Lacey    _____ GUILTY    _____ NOT GUILTY

     John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 92:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

     Michael Lacey    _____ GUILTY    _____ NOT GUILTY

     John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 93:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 94:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 95:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 96:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

**Count 97:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

**Count 98:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

**Count 99:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

## International Concealment Money Laundering
### 18 U.S.C. § 1956(a)(2)(B)(i)
### COUNT 100

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey            _____ GUILTY            _____ NOT GUILTY

_____            _____

DATE                                              FOREPERSON

- 45 -