Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>vs.<br><br>Scott Spear,<br><br>         Defendant. | Case No. 2:18-cr-00422-PHX-SMB<br><br>**DEFENDANT SPEAR'S RESPONSE AND OPPOSITION TO COURT ORDER ACCELERATING TRIAL DATE (DKT. 1217)** |

    Defendant Scott Spear files this response and opposition to the Court's order from earlier today accelerating the trial date by six days due to Defendant John Brunst's request for trial suspension for two days during the Jewish holidays of Rosh Hashanah and Yom Kippur (s*ee* DKT. 1217).  Spear and undersigned counsel request that trial begin on September 8, 2021 due to undersigned counsel's ongoing health issues.  The prior continuance (setting trial for September 7, 2021) was granted to accommodate counsel's health issues and ensure that counsel had sufficient time to prepare his client's defense.   The Court's order from today effectively unwinds that necessary continuance.  The two days that would need to be made up to accommodate the religious request (*see* DKT. 1214) can instead be made up on two other days during trial (such as September 13 and another day) or at the end of trial.  Counsel for the other defendants do not object to this request.  The government likewise did not object to the request to suspend trial during the Jewish holidays and to make up those two

dates later in the trial calendar (*see* DKT. 1214). Both sides are already under the Court's order to begin trial on September 7, 2021 (*see* DKT. 1211), and have scheduled the exchange of witness and exhibit lists based on that date.

The Court set trial to begin on September 7, 2021 because undersigned counsel's medical situation both impacted counsel's ability to work and prepare for trial and also created a public safety issue to have other trial participants or Defendant Spear around counsel. *See* Docket No. 1211. Counsel notified this Court as soon as counsel's medical issues presented. *See* Docket No. 1184. When counsel's condition did not improve and precluded his ability to prepare for trial, counsel requested a three-week continuance. *See* Docket No. 1198. The Court instead granted a two-week continuance of trial and a one-week continuance of the final pretrial conference *(see* DKT. 1211).

Unfortunately, undersigned counsel and his assistant are still symptomatic at this time. Counsel and his staff are hesitant to meet with Defendant Spear (see below), cannot come to Court under District Court General Order 21-11, and cannot effectively prepare for trial. Accelerating the trial start date is especially problematic, as a matter of due process, to Spear and public safety to all trial participants (*see* New York Times article, "Can the Vaccinated Develop Long Covid After a Breakthrough Infection?" dated August 16, 2021, attached hereto as **Exhibit A**).

Defendant Spear's medical conditions makes meeting with counsel medically risky (*see* **Exhibit B**, submitted under seal). Though counsel and staff can communicate with Spear by phone and through zoom, there are issues in the weeks before trial that need to be addressed in person. The inability to do this prejudices Spear's defense and compromises his due process rights.

Additionally, counsel and staff are presently prohibited from coming to Court (*see* District Court General Order 21-11, attached hereto as **Exhibit C**). This Order mandates that "[n]o person who has a fever, cough, sore throat, shortness of breath, unusual muscle pain, recent loss of taste or smell, nasal congestion or a runny nose (unless due to known allergies) is authorized to enter the courthouse." Counsel continues to have a cough, loss of/reduced

sense of taste and smell, and fatigue, while his assistant has continued to have a reduced sense of taste and smell, fatigue, Paresthesia or "Pins and Needles Syndrome", and brain fogginess, or "COVID-Brain," which adversely affects the cognitive and memory parts of the brain (*see* article from University of Michigan Medicine "Numbness and Tingling after COVID-19: Care Instructions" and article from Harvard Medical School, "What is COVID-19 Brain Fog and How Can You Clear It?" attached hereto as **Exhibit D**).  Accordingly, under the General Order governing the courthouse, counsel cannot appear at the August 20, 2021, Final Pretrial Conference, unless the Court overrides General Order 21-11.

Further, undersigned's continued symptoms, inability to meet with the client, and potential inability to participate in Friday's pretrial conference have continued to limit undersigned's ability to effectively prepare for trial.  Commencing trial earlier than planned will exacerbate these issues, which the Court recognized in continuing the trial by two weeks.  Allowing trial to begin on September 8, 2021 is prudent to give counsel and staff as much time as possible to recover and become asymptomatic.

Finally, the two days of trial that will need to be made up elsewhere to accommodate the Jewish holidays can be easily accomplished without accelerating trial by six days.  The trial day of September 7, which would be suspended for Rosh Hashanah, can instead occur on September 13, 2021, for example.  The trial day of September 16, which would be suspended for Yom Kippur, can instead occur on September 23, 2021, as the Court already noted (*see* DKT. 1217).  It is not necessary to accelerate trial by six days to accommodate two days of Jewish holidays.  Moreover, as a matter of due process to Defendant Spear and public safety to all trial participants and those in the courthouse, it makes sense to start trial on September 8, 2021 and use September 13, 2021 and another day to accommodate the Jewish holidays.

Defendant Spear and undersigned counsel request that trial begin on September 8, 2021, due to undersigned counsel and his assistant's ongoing health issues.  Counsel does not make this motion for reason of delay, but in the interest of justice.

RESPECTFULLY SUBMITTED this 16th day of August 2021,

**FEDER LAW OFFICE PA**

*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Mali Evans*
Mali Evans