# EXHIBIT B

# (SEALED)