1  Thomas H. Bienert, Jr. *(admitted pro hac vice)*
       tbienert@bienertkatzman.com
2  Whitney Z. Bernstein *(admitted pro hac vice)*
       wbernstein@bienertkatzman.com
3  BIENERT KATZMAN, PC
   903 Calle Amanecer, Suite 350
4  San Clemente, CA 92673
   Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701

6  Attorneys for Defendant James Larkin

7  Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
8  Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
9  Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
10 BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
11 1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
12 Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

13 Attorneys for Defendant John Brunst

14 *[Additional counsel listed on next page]*

16                 **UNITED STATES DISTRICT COURT**

17                  **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **DEFENDANTS' NOTICE OF INTENT TO OFFER BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich |
| Defendants. | Courtroom 506 |
| | Trial Date:     September 1, 2021 |

Paul J. Cambria, Jr. *(admitted pro hac vice)*
  pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
  emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

Bruce Feder (AZ Bar No. 004832)
  bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

David Eisenberg (AZ Bar No. 017218)
  david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

Attorney for Defendant Andrew Padilla

Joy Malby Bertrand (AZ Bar No. 024181)
  joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694

Attorney for Defendant Joye Vaught

Pursuant to Federal Rule of Evidence 902(11), Defendants notice their intent to use written certifications of business records in lieu of live testimony by record custodians at trial. Attached as **Exhibit A** is a copy of certifications from American Express, Visa, MasterCard, and Bank of Montreal. In the interest of efficiency, the identified certifications will be used in lieu of live testimony.

The corresponding records from these four companies that Defendants intend to use at trial will be identified on Defendants' trial exhibit list.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  August 18, 2021         Respectfully submitted,

Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert | Katzman PC

By:    */s/ Thomas H. Bienert, Jr.*
         Thomas H. Bienert Jr.
Attorneys for Defendant James Larkin

DATED:  August 18, 2021         Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:    */s/ Gary S. Lincenberg*
         Gary S. Lincenberg
Attorneys for Defendant John Brunst

| | | |
|---|---|---|
| 1 | DATED: August 18, 2021 | Paul J. Cambria |
| 2 | | Erin McCampbell |
| | | Lipsitz Green Scime Cambria LLP |

```
1   DATED:  August 18, 2021        Paul J. Cambria
2                                  Erin McCampbell
                                   Lipsitz Green Scime Cambria LLP
3
4                                  By:    /s/ Paul J. Cambria
                                          Paul J. Cambria
5                                  Attorneys for Defendant Michael Lacey

6
7   DATED:  August 18, 2021        Feder Law Office, P.A.

8                                  By:    /s/ Bruce S. Feder
                                          Bruce S. Feder
9                                  Attorney for Defendant Scott Spear

10
11  DATED:  August 18, 2021        The Law Office of David Eisenberg, PLC

12                                 By:    /s/ David Eisenberg
                                          David Eisenberg
13                                 Attorney for Defendant Andrew Padilla

14
15  DATED:  August 18, 2021        Joy Bertrand Esq. LLC

16                                 By:    /s/ Joy Malby Bertrand
                                          Joy Malby Bertrand
17                                 Attorney for Defendant Joye Vaught
```

3742711.1

4

DEFENDANTS' NOTICE OF INTENT TO OFFER BUSINESS RECORDS

# EXHIBIT A

Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**DECLARATION OF CUSTODIAN OF RECORDS OF AMERICAN EXPRESS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506<br><br>Trial Date:　　　August 17, 2020 |

3655792.1

1  I, __KEITH HERR__, certify and declare as follows:

2  1. I am over the age of 18 years and not a party to this action.

3  2. I am employed at The American Express Company ("Amex"), located at __1500 NW 136 AVE. Sunrise, FL 33323__. My position at Amex is __Assistant Custodian of Records.__

6  3. I am a duly authorized and qualified custodian of business records of Amex. In that capacity, I am familiar with the manner and methods used at Amex and by its personnel to make and maintain records as part of the ordinary course of business.

9  4. The records produced herewith and in response to the subpoena of Defendant John Brunst in the above-captioned action are certain records of Amex (collectively, "the records").

12  5. The records were made at or near the times of the acts and events described therein, and were made by, or from information transmitted by, people with knowledge of those acts and events.

15  6. The records were kept in the course of Amex's regularly conducted business activity.

17  7. Making the records was a regular practice of Amex's regularly conducted business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August __12th__, 2020, at __(Sunrise)__, __Florida__.
__Broward County__

_[signature]_

3655792.1

2

DECLARATION OF CUSTODIAN OF RECORDS

UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA vs. MICHAEL LACEY, ET AL.
CASE NO. 2:18-cr-00422-004-PHX-SMB

DECLARATION OF JO-ANN W. QUINTANA CERTIFYING RECORDS
OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Jo-Ann W. Quintana, declare that:

1. I am employed by Visa U.S.A. Inc., a wholly-owned subsidiary of Visa Inc. ("Visa"), as Sr. Director and by reason of my position, am authorized and qualified to make this declaration.

2. I certify that, to the best of my knowledge or based on information from persons at Visa with knowledge of such matters, the documents produced by Visa in the above referenced matter and stamped VISA-BP-AZ00001-VISA-BP-AZ07566 reflect business records that were:

    (a) made at or near the time of the occurrence of the matters set forth therein;

    (b) made by a person with knowledge of those matters, or based on information transmitted by a person with knowledge;

    (c) kept in the course of regularly conducted business activity; and

    (d) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2020.

/s/ Jo-Ann W. Quintana
_____
JO-ANN W. QUINTANA

1  Gary S. Lincenberg *(admitted pro hac vice)*
      glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
      aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
      gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **DECLARATION OF CUSTODIAN OF RECORDS OF MASTERCARD PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| Defendants. | |
| | Trial Date:     August 17, 2020 |

3647879.1

DECLARATION OF CUSTODIAN OF RECORDS

I, <u>Roxanne Stewart</u>, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. I am employed at MasterCard Incorporated ("MasterCard"), located at <u>2000 Purchase Street, Purchase, NY 10577</u>. My position at MasterCard is <u>Senior Specialist, Litigation</u>.

3. I am a duly authorized and qualified custodian of business records of MasterCard. In that capacity, I am familiar with the manner and methods used at MasterCard and by its personnel to make and maintain records as part of the ordinary course of business.

4. The records produced herewith and in response to the subpoena of Defendant John Brunst in the above-captioned action are certain records of MasterCard (collectively, "the records"). The records' pages bear numbers beginning with an "MC_DCTAZBP" prefix, which demonstrates that they were located and produced by MasterCard in response to a subpoena in this matter.

5. The records were made at or near the times of the acts and events described therein, and were made by, or from information transmitted by, people with knowledge of those acts and events.

6. The records were kept in the course of MasterCard's regularly conducted business activity.

7. Making the records was a regular practice of MasterCard's regularly conducted business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 12, 2020, at <u>9:30 am. Westchester County, New York.</u>

_Roxanne Stewart_
[Roxanne Stewart]

Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **DECLARATION OF CUSTODIAN OF RECORDS OF BANK OF MONTREAL PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich |
| Defendants. | Courtroom 506 |
| | Trial Date:    August 23, 2021 |

DECLARATION OF CUSTODIAN OF RECORDS

I, Christine James, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. I am employed at Bank of Montreal, located at 100 King Street, Toronto, ON M5X 1A1 Canada. My position is Team Lead, Legal eDiscovery & Litigation Support Team.

3. BMO Harris Bank, N.A. ("BHB") is a wholly owned United States subsidiary of Bank of Montreal.

4. I am a duly authorized and qualified custodian of business records of both Bank of Montreal and BHB (collectively, "BMO"). In that capacity, I am familiar with the manner and methods used at BMO and by its personnel and subsidiaries to make and maintain records as part of the ordinary course of business.

5. The records produced herewith and in response to the subpoena of Defendant John Brunst in the above-captioned action are certain records of BMO (collectively, "the records"). The records' pages bear numbers beginning with a "BMO" prefix, which demonstrates that they were located and produced by BMO in response to a subpoena in this matter.

6. The records were made at or near the times of the acts and events described therein, and were made by, or from information transmitted by, people with knowledge of those acts and events.

7. The records were kept in the course of BMO's regularly conducted business activity.

8. Making the records was a regular practice of BMO's regularly conducted business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 10, 2021, at Pickering, Ontario.

2
DECLARATION OF CUSTODIAN OF RECORDS

_____
Christine James