# Exhibit C

| Annual Revenue for Business Entities Years 2013 - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Backpage.com | 112,694,191.00 | 134,928,026.00 | 45,543,673.00 | | | |
| Website Tech | | | 51,896,668.00 | 76,598,293.00 | 74,400,882.00 | 15,136,478.00 |
| Ad Tech BV | | | 9,714,327.00 | 51,947,374.00 | 61,228,118.00 | 10,511,614.00 |
| Total Revenues by Year | 112,694,191.00 | 134,928,026.00 | 107,154,668.00 | 128,545,667.00 | 135,629,000.00 | 25,648,092.00 |

| Total Reported Income from Medalist Holdings, Inc. Officer Compensation, Ordinary Business Income and Interest Income Combined Years 2013 -2015 | | | |
|---|---|---|---|
| | 2013 | 2014 | 2015 |
| Michael Lacey | $ 38,540,819 | $ 50,400,876 | $ 25,907,885 |
| James Larkin | 37,436,225 | 49,208,968 | 23,948,701 |
| Jed Brunst | 6,025,074 | 10,174,688 | 3,803,023 |
| Scott Spear | 2,955,254 | 4,358,907 | 2,779,706 |
| Total Income by Year | **$ 84,957,372** | **$ 114,143,439** | **$ 56,439,315** |

USAO_BP-0025779