# Exhibit D

| **Total Credits** |
| :---: |
| January 2015 - May 2017 |
| **Website Technologies LLC account with MBC Limited (d/b/a "GoCoin") in USD** |

| Date | Sum of credit |
|---|---|
| 2015 January | $ 35,540.68 |
| 2015 February | 13,039.10 |
| 2015 March | 15,852.89 |
| 2015 April | 21,000.06 |
| 2015 May | 34,803.99 |
| 2015 June | 24,950.18 |
| 2015 July | 234,217.85 |
| 2015 August | 468,502.52 |
| 2015 September | 503,083.58 |
| 2015 October | 1,187,734.66 |
| 2015 November | 1,546,430.74 |
| 2015 December | 2,305,815.68 |
| 2016 January | 2,631,832.32 |
| 2016 February | 1,935,163.53 |
| 2016 March | 2,370,125.47 |
| 2016 April | 2,643,943.38 |
| 2016 May | 3,564,376.24 |
| 2016 June | 2,894,618.08 |
| 2016 July | 2,862,489.84 |
| 2016 August | 3,126,636.97 |
| 2016 September | 2,481,482.04 |
| 2016 October | 1,794,671.54 |
| 2016 November | 3,405,676.64 |
| 2016 December | 3,360,314.53 |
| 2017 January | 2,117,661.74 |
| 2017 February | 1,671,810.52 |
| 2017 March | 2,146,932.51 |
| 2017 April | 2,119,193.65 |
| 2017 May | 2,116,017.89 |

USAO_BP-0025780