# Exhibit G

| | Payments from Website Tech (BB&T x2008) to Cereus Properties (Arizona Bank and Trust x6211) 12/31/2015 to 8/31/2016 | | |
|---|---|---|---|
| Date | Amount | Page | Bates |
| 12/31/2015 | 811,424.07 | 1112 | DOJ-BP-0005015031 |
| 1/21/2016 | 819,927.00 | 1136 | DOJ-BP-0005015031 |
| 1/21/2016 | 819,928.00 | 1137 | DOJ-BP-0005015031 |
| 1/25/2016 | 674,754.00 | 1140 | DOJ-BP-0005015031 |
| 2/2/2016 | 459,450.59 | 1149 | DOJ-BP-0005015031 |
| 2/2/2016 | 1,985,703.95 | 1149 | DOJ-BP-0005015031 |
| 2/24/2016 | 2,904,483.00 | 1173 | DOJ-BP-0005015031 |
| 2/29/2016 | 470,846.73 | 1182 | DOJ-BP-0005015031 |
| 2/29/2016 | 802,469.81 | 1182 | DOJ-BP-0005015031 |
| 3/23/2016 | 300,437.00 | 1204 | DOJ-BP-0005015031 |
| 3/31/2016 | 429,808.62 | 1219 | DOJ-BP-0005015031 |
| 3/31/2016 | 2,964,567.98 | 1219 | DOJ-BP-0005015031 |
| 4/18/2016 | 1,328,421.00 | 1237 | DOJ-BP-0005015031 |
| 4/18/2016 | 1,105,197.00 | 1237 | DOJ-BP-0005015031 |
| 4/29/2016 | 3,625,726.66 | 1257 | DOJ-BP-0005015031 |
| 5/18/2016 | 1,476,505.00 | 1274 | DOJ-BP-0005015031 |
| 5/18/2016 | 264,438.00 | 1274 | DOJ-BP-0005015031 |
| 5/31/2016 | 3,171,675.80 | 1295 | DOJ-BP-0005015031 |
| 5/31/2016 | 432,961.87 | 1295 | DOJ-BP-0005015031 |
| 6/20/2016 | 842,878.00 | 1304 | DOJ-BP-0005015031 |
| 6/30/2016 | 3,076,147.75 | 1318 | DOJ-BP-0005015031 |
| 6/30/2016 | 414,087.42 | 1318 | DOJ-BP-0005015031 |
| 7/27/2016 | 438,818.86 | 1335 | DOJ-BP-0005015031 |
| 7/27/2016 | 3,252,681.62 | 1336 | DOJ-BP-0005015031 |
| 8/16/2016 | 804,250.00 | 1350 | DOJ-BP-0005015031 |
| 8/31/2016 | 3,171,264.42 | 1367 | DOJ-BP-0005015031 |
| 8/31/2016 | 400,357.22 | 1368 | DOJ-BP-0005015031 |
| 8/31/2016 | 2,000,000.00 | 1368 | DOJ-BP-0005015031 |
| Total | 39,249,211.37 | | |

USAO-BP-0032733