**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** August 20, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter (telephonic), Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr. and Erin McCampbell Paris (telephonic), Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. (telephonic) and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present (telephonic)
**Attorney for Defendant (3):** Bruce Feder, Retained (telephonic)
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg (telephonic) and Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released- Not Present (Presence waived)
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Not Present (Presence waived)
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

**STATUS HEARING:**

Discussion held regarding Statement of the case, Jenks Material, Preliminary Jury Instructions, and Exhibits. The Government's request to read the statement of the case during voir dire or in opening instructions is denied. Arguments held regarding First Amendment Instructions. The matter is taken under advisement. The Court will seat 17 jurors, which will include five (5) alternates. Defendants request for additional pre-emptory strikes is taken under advisement. Defendant Vaught objects to simultaneous strikes and will file briefing to support her objection. Trial procedures are discussed.

**IT IS ORDERED** that impeachment materials be lodged with the Court on the morning they intend to use them.

**IT IS FURTHER ORDERED** that all Counsel, paralegals, assistants and defendants take a Covid test on August 30, 2021 and provide proof to the court prior to the start of trial.

**IT IS FURTHER ORDERED** denying Defendant Spear's request for reconsideration of the Court's order to begin trial on September 1, 2021.

**IT IS FURTHER ORDERED** that the parties provide the Courtroom Clerk with an electronic copy of their exhibits no later than August 27, 2021.

| | |
|---|---|
| **Court Reporter** Christine Coaly | **Status Hrg 2 hrs 39 mins** |
| **Deputy Clerk** Elaine Garcia | |
| | **Start:** 9:38 AM |
| | **Stop:** 12:17 PM |