8/29/21, 12:04 PM


Select Language
Powered by Google Translate

# Criminal Court Case Information – Case History

## Case Information
Case Type:   Criminal                    Location:      Downtown

## Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Martinez, Juan | | |
| Joseph Michael Matthews - (2) | Defendant | M | LEGAL DEFENDER'S OFFICE, | Kemp | CR2012-133415-001 |
| B Victim - (3) | Victim | M | To Be Determined | | |
| B Witness - (4) | Witness | M | To Be Determined | | |

## Disposition Information

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Joseph Michael Matthews | 13-1105 (F1) | MURDER 1ST DEGREE | 6/22/2012 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 6/29/2012 |
| Joseph Michael Matthews | 13-1105 (F1) | MURDER 1ST DEGREE | 6/22/2012 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 6/29/2012 |
| Joseph Michael Matthews | 13-1304 (F2) | KIDNAP | 6/22/2012 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 6/29/2012 |
| Joseph Michael Matthews | 13-3405 (F6) | MARIJUANA VIOLATION | 6/22/2012 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 6/29/2012 |
| Joseph Michael Matthews | 13-3415 (F6) | DRUG PARAPHERNALIA VIOLATION | 6/22/2012 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 6/29/2012 |
| Joseph Michael Matthews | 13-1105 (F1) | MURDER 1ST DEGREE | 6/22/12 | Pled Guilty As Charged | Pled Guilty As Charged | 8/28/2015 |
| Joseph Michael Matthews | 13-1105 (F1) | MURDER 1ST DEGREE | 6/22/2012 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 10/23/2015 |
| Joseph Michael Matthews | 13-1304 (F2) | KIDNAP | 6/22/2012 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 10/23/2015 |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/13/2016 | 023 - ME: Order Entered By Court - Party (001) | 12/13/2016 | |
| 11/6/2015 | 023 - ME: Order Entered By Court - Party (001) | 11/6/2015 | |
| 11/6/2015 | DRE - Disposition Report - Party (001) | 11/10/2015 | |
| 11/5/2015 | EXW - Exhibits Work Sheet - Party (001) | 11/12/2015 | |
| 11/4/2015 | 193 - ME: Sentence-Imprisonment (monetary Orders Entered) - Party (001) | 11/4/2015 | |
| 10/23/2015 | OCP-Order of Confinement/Sentence of Imprisonment to ADOC - Party (001) | 11/13/2015 | |
| 10/23/2015 | PSR - Presentence Report - Party (001) | 11/13/2015 | |
| 10/23/2015 | NRR - Notice Of Rights - Party (001) | 10/28/2015 | |
| 9/4/2015 | 105 - ME: Plea Agreement/Change Of Plea - Party (001) | 9/4/2015 | |
| 8/28/2015 | PAG - Plea Agreement - Party (001) | 8/31/2015 | |
| 8/28/2015 | OCJ-Order of Confinement/Sentence to Maricopa County Jail - Party (001) | 8/31/2015 | |
| 8/4/2015 | NOF - Notice Of Filing - Party (001) | 8/4/2015 | |

**NOTE:** IN SUPPORT OF MOTION TO STRIKE NOTICE OF INTENT TO SEEK THE DEATH PENALTY

| | | | |
|---|---|---|---|
| 7/29/2015 | 027 - ME: Pretrial Conference - Party (001) | 7/29/2015 | |
| 6/19/2015 | 019 - ME: Ruling - Party (001) | 6/19/2015 | |
| 6/2/2015 | 027 - ME: Pretrial Conference - Party (001) | 6/2/2015 | |
| 6/2/2015 | SDD - Notice: Sealed Document - Party (001) | 6/3/2015 | |

**NOTE:** SUPPLEMENT TO MOTION

| | | | |
|---|---|---|---|
| 5/20/2015 | REP - Report - Party (001) | 5/21/2015 | |

**NOTE:** Defense Case Management Report May 21, 2015

| | | | |
|---|---|---|---|
| 5/14/2015 | 005 - ME: Hearing - Party (001) | 5/14/2015 | |
| 5/5/2015 | 598 - ME: Continuance Past last Day - Party (001) | 5/5/2015 | |
| 5/5/2015 | MOT - Motion - Party (001) | 5/5/2015 | |

**NOTE:** MOTION TO WAIVE THE DEFENDANT'S PRESENCE

| | | | |
|---|---|---|---|
| 4/30/2015 | 029 - ME: Status Conference - Party (001) | 4/30/2015 | |
| 4/29/2015 | 094 - ME: Oral Argument Set - Party (001) | 4/29/2015 | |
| 4/27/2015 | 027 - ME: Pretrial Conference - Party (001) | 4/27/2015 | |
| 4/24/2015 | MCO - Motion To Continue - Party (001) | 4/24/2015 | |

**NOTE:** MOTION TO CONTINUE CAPITAL TRIAL

| | | | |
|---|---|---|---|
| 4/19/2015 | REP - Report - Party (001) | 4/20/2015 | |

**NOTE:** Defense Case Management Report

| | | | |
|---|---|---|---|
| 3/27/2015 | NOT - Notice - Party (001) | 3/27/2015 | |

**NOTE:** JOSEPH MATTHEWS' / OF JOINDER TO DEFENDANT MACARIO LOPEZ'S MOTION FOR EVIDENTIARY HEARING IN SUPPORT OF MOTION TO STRIKE THE STATE'S NOTICE OF DEATH PENALTY

| | | |
|---|---|---|
| 3/27/2015 | NOT - Notice - Party (001) | 3/27/2015 |

**NOTE:** JOSEPH MATTHEWS INITIAL / OF DISCLOSURE REGARDING DEFENDANT'S MOTION TO STRIKE THE STATE'S NOTICE OF DEATH PENALTY

| | | |
|---|---|---|
| 3/24/2015 | 083 - ME: Conference Reset/Cont - Party (001) | 3/24/2015 |
| 3/2/2015 | 027 - ME: Pretrial Conference - Party (001) | 3/2/2015 |
| 2/25/2015 | REP - Report - Party (001) | 2/25/2015 |

**NOTE:** DEFENSE CASE MANAGEMENT REPORT

| | | |
|---|---|---|
| 1/29/2015 | 029 - ME: Status Conference - Party (001) | 1/29/2015 |
| 1/26/2015 | 027 - ME: Pretrial Conference - Party (001) | 1/26/2015 |
| 1/9/2015 | SDD - Notice: Sealed Document - Party (001) | 2/23/2015 |

**NOTE:** EXPARTE MOTION

| | | |
|---|---|---|
| 1/9/2015 | SDD - Notice: Sealed Document - Party (001) | 2/23/2015 |

**NOTE:** SIGNED ORDER

| | | |
|---|---|---|
| 1/6/2015 | 023 - ME: Order Entered By Court - Party (001) | 1/6/2015 |
| 11/13/2014 | 027 - ME: Pretrial Conference - Party (001) | 11/13/2014 |
| 11/7/2014 | REP - Report - Party (001) | 11/7/2014 |

**NOTE:** JOINT CASE MANAGEMENT

| | | |
|---|---|---|
| 10/23/2014 | 029 - ME: Status Conference - Party (001) | 10/23/2014 |
| 10/16/2014 | 028 - ME: Status Conference Set - Party (001) | 10/16/2014 |
| 10/16/2014 | OBJ - Objection/Opposition. - Party (001) | 10/16/2014 |

**NOTE:** OBJECTION TO MOTION TO STRIKE NOTICE OF INTENT TO SEEK THE DEATH PENALTY

| | | |
|---|---|---|
| 9/22/2014 | 027 - ME: Pretrial Conference - Party (001) | 9/22/2014 |
| 9/18/2014 | 022 - ME: Order Signed - Party (001) | 9/18/2014 |
| 9/11/2014 | SDO - Order to Seal Documents - Party (001) | 9/26/2014 |

**NOTE:** DEFENDANT EX PARTE MOTION, CORRESPONDING EX PARTE ORDER SIGNED 09/07/2014 BY THE COURT

| | | |
|---|---|---|
| 9/11/2014 | MOT - Motion - Party (001) | 9/11/2014 |

**NOTE:** Motion to Join and For Omnibus Hearing on Motions to Strike Notice of Intent to Seek the Death Penalty

| | | |
|---|---|---|
| 9/11/2014 | MOT - Motion - Party (001) | 9/11/2014 |

**NOTE:** Motion to Strike Notice of Intent to Seek the Death Penalty

| | | |
|---|---|---|
| 9/8/2014 | REP - Report - Party (001) | 9/8/2014 |

**NOTE:** Joint Case Management Report

| | | |
|---|---|---|
| 8/26/2014 | NOF - Notice Of Filing - Party (001) | 8/26/2014 |

**NOTE:** EX PARTE MOTION

| | | |
|---|---|---|
| 7/16/2014 | 027 - ME: Pretrial Conference - Party (001) | 7/16/2014 |
| 7/16/2014 | 019 - ME: Ruling - Party (001) | 7/16/2014 |
| 7/16/2014 | 023 - ME: Order Entered By Court - Party (001) | 7/16/2014 |
| 7/16/2014 | SDD - Notice: Sealed Document - Party (001) | 7/17/2014 |

**NOTE:** MOTION IN LIMINE TO ADMIT EVIDENCE OF INTOXICATION AS REBUTTAL EVIDENCE PURSUANT TO ARS 13-751(F)(6) - FILED 01/06/14 E-FILE ID#5635658

| | | |
|---|---|---|
| 7/16/2014 | SDD - Notice: Sealed Document - Party (001) | 7/17/2014 |

**NOTE:** AMENDED MOTION IN LIMINE TO ADMIT EVIDENCE OF INTOXICATION AS REBUTTAL EVIDENCE PURSUANT TO ARS 13-751(F)(6) - FILED 01/06/14 E-FILE ID#5635724

| | | |
|---|---|---|
| 7/16/2014 | SDD - Notice: Sealed Document - Party (001) | 7/17/2014 |

**NOTE:** REPLY TO STATE'S OBJECTION TO AMENDED MOTION IN LIMINE TO ADMIT EVIDENCE OF INTOXICATION AS REBUTTAL EVICENCE PURSUANT TO ARE 13-751(F)(6) - FILED 01/29/14 E-FILE ID#5679619

| | | |
|---|---|---|
| 7/9/2014 | REP - Report - Party (001) | 7/9/2014 |

**NOTE:** Defense Case Management Report

| | | |
|---|---|---|
| 7/2/2014 | 023 - ME: Order Entered By Court - Party (001) | 7/2/2014 |
| 7/1/2014 | 020 - ME: Matter Under Advisement - Party (001) | 7/1/2014 |
| 7/1/2014 | 598 - ME: Continuance Past last Day - Party (001) | 7/1/2014 |
| 6/17/2014 | 094 - ME: Oral Argument Set - Party (001) | 6/17/2014 |
| 6/12/2014 | 027 - ME: Pretrial Conference - Party (001) | 6/12/2014 |
| 6/6/2014 | REP - Report - Party (001) | 6/6/2014 |

**NOTE:** Defense Case Management Report

| | | |
|---|---|---|
| 5/20/2014 | MOT - Motion - Party (001) | 5/20/2014 |

**NOTE:** Motion to Vacate Trial Date

| | | |
|---|---|---|
| 5/2/2014 | 027 - ME: Pretrial Conference - Party (001) | 5/2/2014 |
| 4/25/2014 | REP - Report - Party (001) | 4/25/2014 |

**NOTE:** Defense Case Management Report

| | | |
|---|---|---|
| 4/8/2014 | 099 - ME: Withdrawal Of Counsel - Party (001) | 4/8/2014 |
| 4/8/2014 | SDO - Order to Seal Documents - Party (001) | 4/14/2014 |

**NOTE:** MOTION FOR ENTRY OF EX PARTE ORDER TO SEAL MOTIONS; EX PARTE ORDER TO SEL EX PARTE MOTIONS; EX PARTE MOTION TO WITHDRAW; EX PARTE DEFENDANT'S PRO SE MOTION TO CHANGE COUNSEL; MINUTE ENTRY DATED 04/03/2014

| | | |
|---|---|---|
| 3/28/2014 | SDO - Order to Seal Documents - Party (001) | 4/3/2014 |

**NOTE:** MINUTE ENTRY DATED 03/27/2014

| | | |
|---|---|---|
| 3/19/2014 | 027 - ME: Pretrial Conference - Party (001) | 3/19/2014 |
| 3/12/2014 | NOT - Notice - Party (001) | 3/12/2014 |

**NOTE:** EIGHTH DEFENSE CASE MANAGEMENT PLAN

| | | |
|---|---|---|
| 3/12/2014 | MOT - Motion - Party (001) | 3/13/2014 |

**NOTE:** MOTION FOR RETURN OF PROPERTY

| | | |
|---|---|---|
| 2/26/2014 | 027 - ME: Pretrial Conference - Party (001) | 2/26/2014 |
| 2/19/2014 | NOT - Notice - Party (001) | 2/19/2014 |

**NOTE:** SEVENTH DEFENSE CASE MANAGEMENT PLAN

| | | |
|---|---|---|
| 1/31/2014 | 083 - ME: Conference Reset/Cont - Party (001) | 1/31/2014 |
| 1/29/2014 | REL - Reply - Party (001) | 1/29/2014 |

**NOTE:** Reply to States Objection to Amended Motion in Limine to Admit Evidence of Intoxication as Rebuttal Evidence Pursuant to A.R.S. Section 13-751(F)(6)

| | | |
|---|---|---|
| 1/29/2014 | MOT - Motion - Party (001) | 1/29/2014 |

**NOTE:** Motion to Exceed Page Limitation
| 1/29/2014 | REL - Reply - Party (001) | 1/30/2014 |

**NOTE:** Reply to States Objection to Motion to Permit Lay Defense Mitigation Witnesses to Remain in the Courtroom During the Entire Trial
| 1/29/2014 | MOT - Motion - Party (001) | 1/30/2014 |

**NOTE:** Motion to Exceed Page Limitation
| 1/21/2014 | OBJ - Objection/Opposition. - Party (001) | 1/21/2014 |

**NOTE:** OBJECTION TO MOTION TO PERMIT LAY DEFENSE MITIGATION WITNESSES TO REMAIN IN THE COURTROOM
| 1/21/2014 | OBJ - Objection/Opposition. - Party (001) | 1/21/2014 |

**NOTE:** OBJECTION TO AMENDED MOTION IN LIMINE TO ADMIT EVIDENCE OF INTOXICATION AS REBUTTAL EVIDENCE PURSUANT TO A.R.S § 13-751(F)(6)
| 1/6/2014 | MOT - Motion - Party (001) | 1/6/2014 |

**NOTE:** MOTION TO PERMIT LAY DEFENSE MITIGATION WITNESSES TO REMAIN IN THE COURTROOM DURING THE ENTIRE TRIAL
| 1/6/2014 | NOT - Notice - Party (001) | 1/6/2014 |

**NOTE:** Defendants Notice of Aggravation/Penalty Phase Disclosure
| 1/6/2014 | MIL - Motion In Limine - Party (001) | 1/6/2014 |

**NOTE:** Amended Motion in Limine to Admit Evidence of Intoxication as Rebuttal Evidence Pursuant to ARS 13-751(F)(6)
| 1/6/2014 | MOT - Motion - Party (001) | 1/6/2014 |

**NOTE:** MOTION TO EXCEED PAGE LIMITATION
| 12/12/2013 | 027 - ME: Pretrial Conference - Party (001) | 12/12/2013 |
| 12/5/2013 | NOT - Notice - Party (001) | 12/5/2013 |

**NOTE:** SIXTH DEFENSE CASE MANAGEMENT PLAN
| 11/19/2013 | NOT - Notice - Party (001) | 11/22/2013 |

**NOTE:** STATE'S SECOND SUPPLEMENTAL LIST OF WITNESSES
| 10/31/2013 | 027 - ME: Pretrial Conference - Party (001) | 10/31/2013 |
| 10/25/2013 | NOT - Notice - Party (001) | 10/25/2013 |

**NOTE:** FIFTH DEFENSE CASE MANAGEMENT PLAN
| 9/16/2013 | 027 - ME: Pretrial Conference - Party (001) | 9/16/2013 |
| 9/13/2013 | 022 - ME: Order Signed - Party (001) | 9/13/2013 |
| 9/11/2013 | ORD - Order - Party (001) | 9/18/2013 |

**NOTE:** /TO RELEASE CERTAIN ITEMS OF EVIDENCE FOR TESTING
| 9/9/2013 | NOT - Notice - Party (001) | 9/9/2013 |

**NOTE:** FOURTH DEFENSE CASE MANAGEMENT PLAN
| 9/4/2013 | MOT - Motion - Party (001) | 9/4/2013 |

**NOTE:** Motion to Exceed Page Limit
| 9/4/2013 | MOT - Motion - Party (001) | 9/4/2013 |

**NOTE:** MOTION TO RELEASE ITEMS OF EVIDENCE FOR TESTING WITHOUT FURTHER TESTING, DIMINUTION, OR CONSUMPTION BY THE STATE
| 7/23/2013 | 027 - ME: Pretrial Conference - Party (001) | 7/23/2013 |
| 7/18/2013 | ALT - Appeals Letter Of Transmittal - Party (001) | 7/22/2013 |
| 7/18/2013 | CAO - Court Of Appeals Order - Party (001) | 7/22/2013 |

**NOTE:** RE: DECLINING SPECIAL ACTION JURISDICTION
| 7/15/2013 | MFD - Motion For Discovery - Party (001) | 7/15/2013 |

**NOTE:** REQUEST FOR DISCOVERY
| 7/15/2013 | NOT - Notice - Party (001) | 7/16/2013 |

**NOTE:** THIRD DEFENSE CASE MANAGEMENT PLAN
| 7/3/2013 | 002 - ME: Hearing Vacated - Party (001) | 7/3/2013 |
| 7/2/2013 | 066 - ME: Case Reassigned - Party (001) | 7/2/2013 |
| 6/24/2013 | SDO - Order to Seal Documents - Party (001) | 7/26/2013 |
| 6/10/2013 | 066 - ME: Case Reassigned - Party (001) | 6/10/2013 |
| 5/31/2013 | SDO - Order to Seal Documents - Party (001) | 6/21/2013 |
| 5/31/2013 | NCJ - Notice Of Change Of Judge - Party (001) | 5/31/2013 |

**NOTE:** Notice of Change of Judge
| 5/21/2013 | 025 - ME: Case Status Minute Entry - Party (001) | 5/21/2013 |
| 5/15/2013 | 027 - ME: Pretrial Conference - Party (001) | 5/15/2013 |
| 5/9/2013 | NOT - Notice - Party (001) | 5/9/2013 |

**NOTE:** SECOND CASE MANAGEMENT PLAN
| 4/22/2013 | MOT - Motion - Party (001) | 4/26/2013 |

**NOTE:** FOR ENTRY OF EX PARTE ORDERS
| 4/22/2013 | SDO - Order to Seal Documents - Party (001) | 5/13/2013 |
| 3/12/2013 | 022 - ME: Order Signed - Party (001) | 3/12/2013 |
| 3/12/2013 | 027 - ME: Pretrial Conference - Party (001) | 3/12/2013 |
| 3/8/2013 | NOT - Notice - Party (001) | 3/15/2013 |

**NOTE:** FIRST JOINT CASE MANAGEMENT PLAN
| 3/8/2013 | ORD - Order - Party (001) | 3/15/2013 |

**NOTE:** TO RELEASE CERTAIN ITEMS OF EVIDENCE FOR TESTING
| 2/27/2013 | 022 - ME: Order Signed - Party (001) | 2/27/2013 |
| 2/26/2013 | ORD - Order - Party (001) | 3/1/2013 |

**NOTE:** TO RELEASE CERTAIN ITEMTS OF EVIDENCE FOR TESTING
| 2/4/2013 | MOT - Motion - Party (001) | 2/4/2013 |

**NOTE:** SECOND / TO RELEASE CERTAIN ITEMS OF EVIDENCE FOR TESTING
| 1/31/2013 | MOT - Motion - Party (001) | 2/1/2013 |

**NOTE:** TO RELEASE CERTAIN ITEMS OF EVIDENCE FOR TESTING
| 1/25/2013 | RES - Response - Party (001) | 1/25/2013 |

**NOTE:** SHERIFF ARPAIO'S RESPONSE TO DEFENDANT MATTHEWS' MOTION TO RECONSIDER MOTION TO REDACT PRIVILEGED VISITOR INFORMATION
| 1/23/2013 | 023 - ME: Order Entered By Court - Party (001) | 1/23/2013 |
| 1/14/2013 | OBJ - Objection/Opposition. - Party (001) | 1/15/2013 |

**NOTE:** TO MOTION TO RECONSIDER MOTION TO REDACT PRIVILEGED VISITOR INFORMATION
| 1/7/2013 | MFR - Motion For Reconsideration - Party (001) | 1/7/2013 |

**NOTE:** MOTION TO REDACT PRIVILEGED VISITOR INFORMATION

| Date | Description | Date | Party |
|---|---|---|---|
| 12/20/2012 | 019 - ME: Ruling - Party (001) | 12/20/2012 | |
| 12/18/2012 | 020 - ME: Matter Under Advisement - Party (001) | 12/18/2012 | |
| 12/13/2012 | MOT - Motion - Party (001) | 12/13/2012 | |

**NOTE:** TO STRIKE SHERIFF ARPAIO'S OBJECTION TO MR. MATTHEWS' MOTION TO REDACT PRIVILEGED INFORMATION OR IN THE ALTERNATIVE TO CONTINUE HEARING SET FOR FRIDAY, DECEMBER 14, 2012.

| | | | |
|---|---|---|---|
| 12/13/2012 | RMR - Response to Defendant's Motion - Party (001) | 12/14/2012 | |

**NOTE:** SHERIFF ARPAIO'S / TO DEFENDANT MATTHEWS' MOTION TO STRIKE

| 12/13/2012 | MOT - Motion - Party (001) | 12/14/2012 | |
|---|---|---|---|

**NOTE:** Motion to Exceed Page Limitation

| 12/12/2012 | REL - Reply - Party (001) | 12/12/2012 | |
|---|---|---|---|

**NOTE:** Reply to States Objection to Motion to Redact Privileged Visitor Information

| 12/12/2012 | OBJ - Objection/Opposition. - Party (001) | 12/13/2012 | |
|---|---|---|---|

**NOTE:** SHERIFF ARPAIO'S JOINDER IN THE STATE OF ARIZONA'S OBJECTION TO MOTION TO REDACT PRIVILEGED VISITOR INFORMATION FROM JAIL RECORDS

| 12/7/2012 | 016 - ME: Ext/Time/Filing Granted - Party (001) | 12/7/2012 | |
|---|---|---|---|
| 12/5/2012 | OBJ - Objection/Opposition. - Party (001) | 12/5/2012 | |

**NOTE:** OBJECTION TO MOTION TO REDACT PRIVILEGED VISITOR INFORMATION

| 11/30/2012 | 003 - ME: Hearing Reset - Party (001) | 11/30/2012 | |
|---|---|---|---|
| 11/29/2012 | 095 - ME: Oral Argument Reset - Party (001) | 11/29/2012 | |
| 11/28/2012 | MOT - Motion - Party (001) | 11/29/2012 | |

**NOTE:** MOTION TO EXTEND TIME TO FILE RESPONSE

| 11/27/2012 | MOT - Motion - Party (001) | 11/28/2012 | |
|---|---|---|---|

**NOTE:** STATE'S FIRST SUPPLEMENTAL LIST OF WITNESSES

| 11/14/2012 | MCO - Motion To Continue - Party (001) | 11/14/2012 | |
|---|---|---|---|

**NOTE:** Oral Argument

| 11/13/2012 | MOT - Motion - Party (001) | 11/14/2012 | |
|---|---|---|---|

**NOTE:** TO EXCEED PAGE LIMITATION

| 11/13/2012 | MOT - Motion - Party (001) | 11/14/2012 | |
|---|---|---|---|

**NOTE:** TO REDACT PRIVILEGED VISITOR INFORMATION

| 11/2/2012 | 094 - ME: Oral Argument Set - Party (001) | 11/2/2012 | |
|---|---|---|---|
| 10/5/2012 | 027 - ME: Pretrial Conference - Party (001) | 10/5/2012 | |
| 9/27/2012 | 029 - ME: Status Conference - Party (001) | 9/27/2012 | |
| 9/26/2012 | AFS - Affidavit Of Service - Party (001) | 10/1/2012 | |

**NOTE:** SERVED 09/25/12

| 9/26/2012 | OBJ - Objection/Opposition. - Party (001) | 9/26/2012 | |
|---|---|---|---|

**NOTE:** Defendants Objection to Court-Ordered Testing Pursuant to A.R.S. Sections 13-753 and 13-754

| 9/19/2012 | 960 ME: Capital Case Assignment and Scheduling Order - Party (001) | 9/19/2012 | |
|---|---|---|---|
| 9/12/2012 | SDO - Order to Seal Documents - Party (001) | 9/28/2012 | |
| 9/4/2012 | NID - Notice of Intent to Seek the Death Penalty - Party (001) | 9/5/2012 | |

**NOTE:** STATES NOTICE OF INTENT TO SEEK THE DEATH PENALTY, NOTICE OF AGGRAVATING FACTORS AND WITNESSES

| 8/27/2012 | 019 - ME: Ruling - Party (001) | 8/27/2012 | |
|---|---|---|---|
| 8/27/2012 | 023 - ME: Order Entered By Court - Party (001) | 8/27/2012 | |
| 8/24/2012 | 194 : Me: Initial Pretrial Conference - Party (001) | 8/24/2012 | |
| 8/24/2012 | 016 - ME: Ext/Time/Filing Granted - Party (001) | 8/24/2012 | |
| 8/24/2012 | 023 - ME: Order Entered By Court - Party (001) | 8/24/2012 | |
| 8/24/2012 | MOT - Motion - Party (001) | 8/24/2012 | |

**NOTE:** FOR APPOINTMENT OF CITS FOR TRANSLATION/ TRANSCRIPTION SERVICES

| 8/23/2012 | 023 - ME: Order Entered By Court - Party (001) | 8/23/2012 | |
|---|---|---|---|
| 8/23/2012 | REL - Reply - Party (001) | 8/28/2012 | |

**NOTE:** TO STATES OBJECTION TO DEFENDANTS REQUEST FOR EXTENSION OF TIME TO CHALLENGE THE GRAND JURY PROCEEDINGS

| 8/21/2012 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 8/27/2012 | |
|---|---|---|---|
| 8/21/2012 | MOT - Motion - Party (001) | 8/21/2012 | |

**NOTE:** to Exceed Page Limitation

| 8/21/2012 | REL - Reply - Party (001) | 8/21/2012 | |
|---|---|---|---|

**NOTE:** TO STATES OBJECTION TO DEFENDANTS REQUEST FOR EXTENSION OF TIME TO CHALLENGE THE GRAND JURY PROCEEDINGS

| 8/20/2012 | OBJ - Objection/Opposition. - Party (001) | 8/20/2012 | |
|---|---|---|---|

**NOTE:** TO DEFENDANTS REQUEST FOR EXTENSION OF TIME TO CHALLENGE THE GRAND JURY PROCEEDINGS

| 8/17/2012 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (001) | 8/17/2012 | |
|---|---|---|---|

**NOTE:** DEFENDANTS / OF DEFENSES AND DISCLOSURE

| 8/16/2012 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (001) | 8/16/2012 | |
|---|---|---|---|
| 8/16/2012 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (001) | 8/16/2012 | |
| 8/16/2012 | RRF - Release Receipt For Official Court File/Transcripts/Exhibits - Party (001) | 8/16/2012 | |
| 8/15/2012 | REQ - Request - Party (001) | 8/16/2012 | |

**NOTE:** FOR SPANISH LANGUAGE COURT INTERPRETER

| 8/8/2012 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 8/10/2012 | |
|---|---|---|---|
| 8/7/2012 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (001) | 8/9/2012 | |
| 8/7/2012 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (001) | 8/9/2012 | |
| 8/7/2012 | RRF - Release Receipt For Official Court File/Transcripts/Exhibits - Party (001) | 8/9/2012 | |
| 8/6/2012 | DAR - Notice of Disclosure and Request for Disclosure - Party (001) | 8/7/2012 | |

**NOTE:**

| 8/3/2012 | RGJ – Request for Extension of Time to Challenge Grand Jury Proceedings - Party (001) | 8/6/2012 | |
|---|---|---|---|

**NOTE:**

| 7/11/2012 | 152 - ME: Not Guilty Plea Arraign - Party (001) | 7/11/2012 | |
|---|---|---|---|
| 7/9/2012 | ROB – Release Order Secured Appearance Bond - Party (001) | 7/18/2012 | |
| 7/5/2012 | 002 - ME: Hearing Vacated - Party (001) | 7/5/2012 | |
| 7/2/2012 | NAR - Notice Of Appearance - Party (001) | 7/11/2012 | |

**NOTE:** FOR REPRESENTATIVE OF VICTIM'S NEXT OF KIN

| 6/28/2012 | NSI - Notice of Supervening Indictment - Party (001) | 6/29/2012 | Plaintiff (1) |
|---|---|---|---|

| 6/28/2012 | 606 - ME: GJ Not/Supervening Indictment - Party (001) | 6/29/2012 | |
| 6/28/2012 | IND - Indictment - Party (001) | 6/29/2012 | Plaintiff (1) |
| 6/26/2012 | DCO - Direct Complaint - Party (001) | 6/26/2012 | |

## Case Calendar

| Date | Time | Event |
| --- | --- | --- |
| 6/29/2012 | 8:30 | Status Conference |
| 7/3/2012 | 8:30 | Preliminary Hearing |
| 7/9/2012 | 8:30 | Original Arraignment Hearing |
| 8/22/2012 | 8:15 | Initial Pretrial Conference |
| 9/24/2012 | 8:30 | Complex / Capital Case |
| 9/26/2012 | 9:45 | Status Conference |
| 10/2/2012 | 8:30 | Complex / Capital Case |
| 10/5/2012 | 8:30 | Complex / Capital Case |
| 11/30/2012 | 8:30 | Oral Argument |
| 12/4/2012 | 8:30 | Complex / Capital Case |
| 12/14/2012 | 14:30 | Oral Argument |
| 3/8/2013 | 8:30 | Complex / Capital Case |
| 5/10/2013 | 9:30 | Complex / Capital Case |
| 7/2/2013 | 8:30 | Pre-Trial Conference |
| 7/17/2013 | 9:30 | Complex / Capital Case |
| 7/17/2013 | 9:30 | Complex / Capital Case |
| 9/10/2013 | 8:30 | Complex / Capital Case |
| 10/28/2013 | 8:30 | Complex / Capital Case |
| 12/9/2013 | 8:30 | Complex / Capital Case |
| 1/31/2014 | 8:30 | Complex / Capital Case |
| 2/20/2014 | 8:30 | Complex / Capital Case |
| 3/14/2014 | 8:30 | Complex / Capital Case |
| 3/27/2014 | 10:00 | Status Conference |
| 4/3/2014 | 10:00 | Status Conference |
| 4/28/2014 | 8:30 | Complex / Capital Case |
| 6/9/2014 | 8:30 | Complex / Capital Case |
| 6/23/2014 | 8:30 | Oral Argument |
| 6/30/2014 | 9:00 | Oral Argument |
| 7/2/2014 | 8:30 | Pre-Trial Conference |
| 7/2/2014 | 8:30 | Pre-Trial Conference |
| 7/7/2014 | 8:30 | Pre-Trial Conference |
| 7/10/2014 | 8:30 | Complex / Capital Case |
| 8/4/2014 | 10:30 | Trial |
| 8/4/2014 | 10:30 | Trial |
| 9/9/2014 | 8:30 | Complex / Capital Case |
| 10/17/2014 | 15:30 | Status Conference |
| 10/31/2014 | 13:30 | Oral Argument |
| 11/10/2014 | 8:30 | Complex / Capital Case |
| 1/13/2015 | 8:30 | Complex / Capital Case |
| 1/23/2015 | 13:30 | Status Conference |
| 2/6/2015 | 13:30 | Oral Argument |
| 2/26/2015 | 8:30 | Complex / Capital Case |
| 4/6/2015 | 8:30 | Complex / Capital Case |
| 4/10/2015 | 9:30 | Complex / Capital Case |
| 4/13/2015 | 8:30 | Complex / Capital Case |
| 4/20/2015 | 8:30 | Complex / Capital Case |
| 4/24/2015 | 13:30 | Status Conference |
| 4/29/2015 | 8:30 | Oral Argument |
| 5/4/2015 | 10:30 | Trial |
| 5/8/2015 | 13:30 | Oral Argument |
| 5/21/2015 | 8:30 | Complex / Capital Case |
| 7/21/2015 | 8:30 | Complex / Capital Case |
| 8/28/2015 | 8:30 | Complex / Capital Case |
| 10/23/2015 | 10:30 | Sentencing |
| 2/2/2016 | 10:30 | Trial |