## DISTRICT JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 1, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained (telephonic)
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 1:

9:03 a.m. Court is in session. Counsel and defendants are present. 9:33 a.m. Jurors 1-28 and 30-31 are present and sworn. Voir dire commences. 11:07 a.m. Court is in recess.

11:28 a.m. Court reconvenes. Counsel and defendants are present. Jury panel is present. Voir dire continues. 12:20 p.m. Jury panel members are excused from the courtroom and court remains in session with Juror No. 16 present who addresses the Court. Juror No. 16 is excused from the courtroom. Upon agreement of counsel, Juror No. 8, 9, 17, 26 and 31 are excused. Over objection of defense counsel, Jurors No. 5 and 6 are excused. 12:29 p.m. Court is in recess.

1:19 p.m. Court reconvenes. Counsel and defendants are present. Jury panel is not present. Government's challenges for cause as to Jurors No. 2, 30, 24, and 7 are argued to the Court. There being no objection, the Court grants the Government's challenge as to Juror No. 2 and said juror is excused. Over objection of defense counsel, Government's challenge for cause as to Juror No. 7 is granted and said juror is excused. The Court takes under advisement the Government's challenge as to Juror No. 30. The Court sustains defense counsels' objection as to Juror No. 24 subject to the Court reviewing said juror's questionnaire. Defendants' challenges for cause as to Jurors 18, 14, 16 and 20 are argued to the Court. The Court sustains the Government's objection as to Jurors No. 18. Over Government's objection, the Court grants Defendants' challenge for cause as to Jurors No. 16 and 20 and said jurors are excused. The Court takes under advisement the Defendants' challenge for cause as to Juror No. 14. 1:47 p.m. Jurors No. 32-62 are present in the courtroom and sworn. Voire dire commences. 3:06 p.m. Court is in recess.

| | |
|---|---|
| USA v. Lacey et al | **Date:** September 1, 2021 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

3:17 p.m. Court reconvenes.  Counsel and defendants are present. Jury panel is not present. Upon agreement of counsel Jurors No. 36, 42, 47, 48, 50, 51, 52, 59, 60, and 61 will be excused.  3:29 p.m. Jury panel is present.  The Court excuses Jurors No. 36, 42, 47, 48, 50, 51, 52, 59, 60, and 61. Voir dire continues.  5:12 p.m.  The jury panel is excused until 9:00 a.m. on September 2, 2021.  Matters are discussed.  Counsel are directed to be present at 8:30 a.m. to advise the Court if they have any challenges for cause as to this group of jurors.

5:16 p.m. Court in recess until 8:30 a.m. on September 2, 2021.


**Court Reporter** Christine Coaly  
**Deputy Clerk** Elaine Garcia

**TD:   6 hrs 51 mins**  
**Start:  9:03 AM**  
**Stop:   5:16 PM**