**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 2, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 2:

8:36 a.m. Court is in session. Counsel and defendants are present. The jury panel is not present. There being no objection, the Court grants the Government's challenge as to Jurors No. 38, 39 and 45, and said jurors are excused. There being no objection, the Court grants the Defendants' challenge for cause as to Jurors No. 34, 44 and 56 and said jurors are excused. Defendants' challenge for cause as to Jurors No. 43, 54, and 57 are argued to the Court. The Court sustains the Government's objection as to said jurors. Over objection by the Government, the Court grants the Defendants' challenge for cause as to Jurors No. 37, 40, and 46 and said jurors are excused. The Court grants the Government's challenge as to Juror No. 30 and said juror is excused. The Court grants the Defendants' challenge for cause as to Juror No. 14 and said juror is excused. 9:02 a.m. Jurors 62-77 and 79-93 are present and sworn. Voir dire commences. 10:30 a.m. Court is in recess.

11:00 a.m. Court reconvenes. Counsel and defendants are present. Jury panel is not present. Upon agreement from counsel Juror No. 72 will be excused. Over objection by the Government, Juror No. 79 will be excused. Over objection by the Defendants, Juror No. 89 will be excused. 11:08 a.m. Jury panel is present. Jurors No. 70, 72, 79, 81, 86 and 89 are excused. Voir dire continues. 11:59 a.m. Jury panel members are excused from the courtroom and court remains in session. Separate discussion held with Jurors No. 24 and 27. Jurors No. 24 and 27 are excused from the courtroom. Upon agreement of counsel, Jurors No. 8, 9, 17, 26 and 31 are excused. Over objection of the Government, Jurors No. 24 and 27 are excused. 12:15 p.m. Court is in recess.

| | |
|---|---|
| USA v. Lacey et al | **Date:** September 2, 2021 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

1:05 p.m. Court reconvenes.  Counsel and defendants are present.  The jury panel is present.  Voir dire continues.  2:41 p.m. Court is in recess.

2:56 p.m.  Court reconvenes.  Counsel and defendants are present.  The jury panel is not present.  Over objection by the Government, Juror No. 80 is excused.  Upon agreement of counsel, Jurors No. 63, 82 and 87 are excused.  Over objection by Defendants, Juror No. 75 excused.  Over objection by the Government, the Court grants the Defendants' challenge for cause as to Jurors No. 71 and 83 and said jurors are excused.  3:24 p.m.  Jurors 94-99 are present.  Voir dire continues.  4:21 p.m. Jury panel members are excused from the courtroom and court remains in session.  There being no objection by counsel, Juror No. 99 is excused.  Juror No. 94 returns to the courtroom and is questioned further by counsel.  4:40 p.m. Juror No. 94 is excused from the courtroom and court remains in session.  Over objection by the Government, the Court grants the Defendants' challenge for cause as to Juror No. 96.  There being no objection by the Government, the Court grants the Defendants' challenge for cause as to Juror No. 94.  Defendant's Motion for Use of Back-and-Forth Peremptory Juror Strikes (Doc. 1243) is denied.  4:51 p.m.  Court is in recess.

5:04 p.m. Court reconvenes.  Counsel and defendants are present.   Jurors 94-98 return to the Courtroom and the oath is administered. The Court affirms with each juror individually that the answers given during voir dire were truthful.  5:06 p.m. The jury panel is excused until 8:45 a.m. on September 3, 2021.

5:07 p.m. Court is in recess until 8:30 a.m. on September 3, 2021.

| | |
|---|---|
| **Court Reporter** Barbara Stockford (AM) | **TD:**   6 hrs  43 mins |
| Christine Coaley (PM) | **Start:  8:36 AM** |
| **Deputy Clerk** Elaine Garcia | **Stop:   5:07 PM** |