✎AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| 1. NAME  Gopi K. Panchapakesan | 2. PHONE NUMBER  (310) 201-2100 | 3. DATE  September 3, 2021 |
|---|---|---|

| 4. FIRM NAME  Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |
|---|

| 5. MAILING ADDRESS  1875 Century Park East, 23rd Floor | 6. CITY  Los Angeles | 7. STATE  CA | 8. ZIP CODE  90067 |
|---|---|---|---|

| 9. CASE NUMBER  2:18-cr-00422-PHX-SMB | 10. JUDGE  Hon. Susan Brnovich | DATES OF PROCEEDINGS |
|---|---|---|

11. September 3, 2021    12.

| 13. CASE NAME  USA v. Lacey, et al. | LOCATION OF PROCEEDINGS |
|---|---|

14. Phoenix    15. STATE  AZ

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Trial | September 3, 2021 |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS(expedited) | ☐ | ☐ | | | |
| 3 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☑ | | ☐ ASCII (e-mail) | |
| REALTIME | ☐ | ☐ | | | |

E-MAIL ADDRESS

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  /s/ Gopi K. Panchapakesan

20. DATE  September 3, 2021

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY