**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 3, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 3:

9:10 a.m. Court is in session. Counsel and defendants are present. The jury panel is not present. The Court is advised that Jurors No. 18 and 33 would like to address the Court. 9:16 a.m. Juror No. 33 is present and addresses the Court. 9:18 a.m. Juror No. 33 is excused from the courtroom. 9:20 a.m. Juror 18 is present and addresses the Court. 9:23 a.m. Juror No. 18 is excused from the courtroom. Upon agreement from counsel, Jurors No. 33 and 18 are excused. Discussion held regarding remaining jurors and remaining strikes. 9:34 a.m. Court is in recess.

9:56 a.m. Court reconvenes. Counsel and defendants are present. The Court is advised that there are no Batson challenges. 10:47 a.m. The jury is present. Seventeen (17) jurors are seated. The remaining panel members are dismissed. The jury is sworn 10:54 a.m. The jury exits the courtroom and Court remains in session. Matters discussed. 11:24 a.m. Court is in recess.

11:45 a.m. Court reconvenes. Counsel and defendants are present. The jury is present. Preliminary Jury instructions are read. 12:08 p.m. Court is in recess.

1:15 p.m. Court reconvenes. Counsel and defendants are present. The jury is present. The Government presents opening statements. 3:08 p.m. Court is in recess.

3:26 p.m. Court reconvenes. Counsel and defendants are present. The jury is not present. The defendants' oral motion for declaration of mistrial is argued to the Court. The matter is taken under advisement pending a written motion. The Government is directed to provide the Court with a statement from the professor and the statement from the mother. Defendants are directed to file their written motion no later than Monday, September 6, 2021.

| | |
|---|---|
| USA v. Lacey et al | **Date:** September 3, 2021 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

4:10 p.m. Court is in recess until 9:00 a.m. on September 8, 2021.

| | |
|---|---|
| **Court Reporter** Linda Schroeder-Willis (AM) | **TD:   4 hrs 12 mins** |
| Christine Coaley (PM) | **Start:  9:10 AM** |
| **Deputy Clerk** Elaine Garcia | **Stop:   4:10 PM** |