1  Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
   Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
2  BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Facsimile: (949)369-3701
5  tbienert@bklwlaw.com
6  wbernstein@ bklwlaw.com
   *Attorneys for James Larkin*
7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10

11 | United States of America, | CASE NO. 2:18-cr-00422-PHX-SMB |
|---|---|
12 | Plaintiff, | **DEFENDANT JAMES LARKIN'S NOTICE OF JOINDER IN DEFENDANT JOHN BRUNST'S MOTION FOR A LIMITING INSTRUCTION RE: THIRD PARTY EVIDENCE ADDRESSED IN THE COURT'S AUGUST 11, 2021 ORDER ON THE GOVERNMENT'S MOTION *IN LIMINE* TO DETERMINE ADMISSIBILITY OF EVIDENCE (DKT. 1247)** |
13 | vs. | |
14 | Michael Lacey, *et al.*, | |
15 | Defendants. | |
16 | | |
17 | | |
18 | | |
19 | | |
20 | | **(Oral argument requested)** |
21 | | Assigned to Hon. Susan M. Brnovich |
22 | | Courtroom 506 |
23 | | Trial date: September 1, 2021 |

24      Defendant James Larkin, by and through his undersigned counsel, joins in Defendant John
25 Brunst's Motion for a Limiting Instruction Re: Third Party Evidence Addressed in the Court's
26 August 11, 2021 Order on the Government's Motion *In Limine* to Determine Admissibility of
27 Evidence (Dkt. 1247) ("Motion").
28

1 | Mr. Larkin agrees with the arguments made in the Motion.  Mr. Larkin adopts the positions
2 | set forth in the Motion as if fully set forth herein.
3 | RESPECTFULLY SUBMITTED this 8th day of SEPTEMBER 2021.

> BIENERT KATZMAN LITRELL
> WILLIAMS LLP
> */s/ Whitney Z. Bernstein*
> Whitney Z. Bernstein
> Thomas H. Bienert, Jr.
> *Attorneys for James Larkin*

---

1

Defendant James Larkin's Notice of Joinder in Defendant John Brunst's Motion for a Limiting Instruction Re: Third Party Evidence Addressed in the Court's August 11, 2021 Order on the Government's Motion In Limine to Determine Admissibility of Evidence (Dkt. 1247)

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

/s/ *Miriah Edwards*
Miriah Edwards