

# Exhibit A

Filed Under Seal