**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 8, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 4:

9:00 a.m. Court is in session. Counsel and defendants are present. The jury is not present. Discussion held regarding Defendants' Motion for Judgement of Acquittal, or in the Alternative, a Mistrial. For reasons set forth on the record, IT IS ORDERED that the motion is denied. 9:26 a.m. The jury is present. Opening statement presented by Defendant James Larkin. 11:09 a.m. Court is in recess.

11:32 a.m. Court reconvenes. Counsel and defendants are present. The jury is present. Opening statement presented by Defendant Scott Spear. 12:10 p.m. Court is in recess.

1:21 p.m. Court reconvenes. Counsel and defendants are present. The jury is present. Opening statement presented by Defendants Andrew Padilla, Joy Vaught, and Michael Lacey. 2:53 p.m. Court is in recess.

3:14 p.m. Court reconvenes. Counsel and defendants are present. The jury is present. Government case: Special Agent Brian Fichtner sworn and examined. Exhibit 489a admitted. The jury is excused until 9:00 a.m. on September 9, 2021 and Court remains in session. Discussion held regarding exhibits, witnesses, and other trial matters.

5:08 p.m. Court is in recess until 9:00 a.m. on September 9, 2021

| | |
|---|---|
| **Court Reporter** Christine Coaley (AM)<br>            Barbara Stockford (PM)<br>**Deputy Clerk** Elaine Garcia | **TD:  6 hrs 13 mins**<br>**Start:  9:00 AM**<br>**Stop:   5:08 PM** |