**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 9, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 5:

8:41 a.m. Court is in session. Counsel and defendants are present. The jury is not present. The Court is informed that Defendant Andrew Padilla is not feeling well. The Court questions Mr. Padilla. The Court will take a brief recess to allow counsel time to search for a place and time to have Mr. Padilla tested for COVID-19. 8:49 a.m. Court is in recess.

9:12 a.m. Court is in session. Counsel and defendants are present. 9:19 a.m. The jury is present. The Court informs the jury of the situation and excuses them until 9:00 a.m. on September 10, 2021. 9:21 a.m. The jury leaves the courtroom and Court remains in session. Discussion held regarding schedule and witnesses. The parties are advised that unless otherwise ordered, trial will resume on September 10, 2021.

9:26 a.m. Court is in recess until 8:30 a.m. on September 10, 2021

| | |
|---|---|
| **Court Reporter** Christine Coaley | **TD:   22 mins** |
| **Deputy Clerk** Elaine Garcia | **Start:  8:41 AM** |
| | **Stop:   9:26 AM** |