**DISTRICT JUDGE'S MINUTES (*amended)**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 10, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 6:

8:49 a.m. Court is in session. Counsel and defendants are present. The jury is not present. Discussion held regarding trial procedures and the Government's Memorandum (Doc. 1285). Defense counsel is reminded that they are not to contact the Clerk's Office regarding issues related to the trial. 9:14 a.m. The jury is present. Examination of Special Agent Fichtner continues. Exhibits 489b, 489c, 490a, 490d, 490b, 490e, 1636a are admitted. 10:39 a.m. Court is in recess.

11:20 a.m. Court is in session. Counsel and defendants are present. The jury is not present. Defendants' Motion to Limit Testimony of Jessika Svendgard (Doc. 1295) is argued to the Court. IT IS ORDERED that the motion is DENIED. 11:33 a.m. The jury is present. Jessika Svengard sworn and examined. 12:10 p.m. The jury leaves the courtroom and Court remains in session. Matters discussed. 12:13 p.m. Court is in recess.

1:15 p.m. Court is in session. Counsel and defendants are present. The jury is not present. Discussion held regarding the Government's objection to Defense Counsel's request to voir dire the witness, Jessika Svengard, regarding Exhibit 211c. The objection is overruled. 1:21 p.m. The jury is present. Ms. Berstein conducts voir dire with the witness, Jessika Svengard regarding Exhibit 211c. Over objection, Exhibit 211c is admitted. Examination of Jessika Svengard continues. 2:12 p.m. Court is in recess.

2:50 p.m. Court is in session. Counsel and defendants are present. The Jury is present. Examination of Jessika Svengard continues. The witness is excused. Nacole Svengard sworn and examined. The witness is excused. Examination of Special Agent Fichtner resumes. Exhibits 1636b, 1636c, 1636d, 1636e and 1636f are admitted.

| | |
|---|---|
| USA v. Lacey et al | **Date:** September 10, 2021 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

4:42 p.m.  Court is in recess until 8:30 a.m. on September 13, 2021

| | |
|---|---|
| **Court Reporter** Linda Schroder-Willis (AM)  Christine Coaley (PM) | **TD:**   5 hrs  32 mins  **Start:  8:49 AM** |
| **Deputy Clerk** Elaine Garcia | **Stop:   4:42 PM** |

*amended to correct the filing date on page 2.