**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Susan M. Brnovich** | **Date:** September 14, 2021 |
| **USA v. Lacey et al** | **Case Number: CR-18-00422-PHX-SMB** |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 8:

9:03 a.m. Court is in session. Counsel and defendants are present. The jury is not present.  For reasons set forth on the record, the Defendants' oral motion for mistrial is granted.  9:09 a.m. Court is in recess.

9:16 a.m.  Court reconvenes.  Counsel and defendants are present. The jury is present.  The jury is advised that a mistrial has been declared.  9:17 a.m. The jury is released from the admonition and is excused. Court remains in session**.**  The Court states for the record that Defendants' impeachment exhibit IM 16, although not admitted into evidence, was marked for identification as Exhibit 6157.

**IT IS ORDERED** setting an in-person Status Hearing re: New Trial for <u>October 5, 2021 at 11:00 a.m.</u>

9:19 a.m.  Court is adjourned.

| | |
|---|---|
| **Court Reporter** Christine Coley (AM) | **Total:  9 mins** |
| **Deputy Clerk** Elaine Garcia | **Start:  9:03 AM** |
| | **Stop:  9:19 AM** |