**AO 435**
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Peter Kozinets | 2. PHONE NUMBER: (602) 514-7500 | 3. DATE: 09/14/2021 |
| 4. FIRM NAME: U.S. Attorney's Office | | |
| 5. MAILING ADDRESS: 40 N. Central Ave., Ste. 1800 | 6. CITY: Phoenix | 7. STATE: AZ  8. ZIP CODE: 85004 |
| 9. CASE NUMBER: CR-18-00422-PHX-SMB | 10. JUDGE: Susan M. Brnovich | DATES OF PROCEEDINGS: 11. 9/10/2021  12. |
| 13. CASE NAME: U.S. v. Michael Lacey, et al. | 14. Phoenix | LOCATION OF PROCEEDINGS: 15. STATE: AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Trial (AM session) | 09/10/2021 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS (expedited) | [x] | [ ] | | [x] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

E-MAIL ADDRESS: peter.kozinets@usdoj.gov;marjorie.dieckman@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: s/Peter Kozinets (R21AZX90253)
20. DATE: 09/14/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY