FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 4 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | |
| v. | Jury Questions During Trial |
| Michael Lacey, et al., | |
| Defendant. | |

# JURY QUESTION   1

Date: 9-13-2021

QUESTION: Does the witness KNOW WHY his attempt to post a new ad failed AFTER HE CALLED BACKPAGE.COM?

# JURY QUESTION   2

Date: Sept 13

QUESTION: How many Escort license were granted & registered in Sacramento Compared to the number of escort Ads that appeared on backpage?

# JURY QUESTION

Date: Friday, Sept. 10

QUESTION: Do All escorts who take out Ads on Backpage have license to work as Escorts?

# JURY QUESTION

Date: Friday, Sept. 10

QUESTION: Did Jessica Svendgard have a legit license to work as an Escort?