| ✎ AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME David Eisenberg | 2. PHONE NUMBER 602-237-5076 | 3. DATE 9/16/2021 |
|---|---|---|
| 4. FIRM NAME Law Office of David Eisenberg, PLC | | |
| 5. MAILING ADDRESS 3550 N. Central Avenue, Suite 1155 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85012 |
| 9. CASE NUMBER 18CR422 | 10. JUDGE Brnovich | DATES OF PROCEEDINGS |
| | | 11. 09/1/21 | 12. 09/13/21 |
| 13. CASE NAME US v. Lacey, et al. | LOCATION OF PROCEEDINGS |
| | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.) **8 complete transcripts requested**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | 9/1, 9/2 and 9/3/2021 | [✓] TESTIMONY (Specify) Brian Ficthner 9/8 and 9/10 | |
| [X] OPENING STATEMENT (Plaintiff) | 9/3/2021 | Jessika Svendgard and Nacole Svengdard | 09/10/21 (#1301) |
| [X] OPENING STATEMENT (Defendant) | 9/8/202 | Sharon Cooper, M.D. | 09/13/21 (#1307) |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [X] OPINION OF COURT | 9/14/2021 (oral order of Court granting motion for mistrial) | | |
| [ ] JURY INSTRUCTIONS | 9/3/2021 | [✓] OTHER (Specify) See attached list of all 8 transcripts requested | 9/1/21 (#1265); 9/2/21(#1266)<br>9/3/21 (#1277); 9/8/21 (#1289)<br>9/9/21(#1298); 9/14/21(#1308) |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | [ ] PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS(expedited) | ☐ | ☐ | | [✓] PDF (e-mail) | |
| 3 DAYS | ☑ | ☐ | | | |
| DAILY | ☐ | ☐ | | [ ] ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS david@deisenbergplc.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/David Eisenberg

20. DATE 9/16/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

U.S. v. LACEY, ET AL., CASE #: 2:18-cr-00422-SMB
Attachment to AO435 Transcript Order Form

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2021 | 1265 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 1) (Court Reporter Christine Coaly). Hearing held 9:03 AM to 5:16 PM. |
| 09/02/2021 | 1266 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Trial (Day 2)(Court Reporter Barbara Stockford - AM. Christine Coaley - PM) Hearing held 8:36 AM to 5:07 PM. |
| 09/03/2021 | 1277 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 3) (Court Reporter Linda Schroeder-Willis - AM; Court Reporter Christine Coaley - PM) Hearing held 9:10 AMto 4:10 PM. |
| 09/08/2021 | 1289 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 4) (Court Reporter Christine Coaly - AM; Barbara Stockford - PM) Hearing held 9:00 AM to 5:08 PM. |
| 09/09/2021 | 1298 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial(Day 5) (Court Reporter Christine Coaly) Hearing held 8:41 AM to 9:26 AM |
| 09/10/2021 | 1301 | AMENDED MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Amending Doc. 1299 MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 6) (Court Reporter Linda Schroeder-Willis -AM; Christine Coaley - PM) Hearing held 8:49AM to 4:42 PM.<br><br>Reason for Amendment: to correct the filing date on page 2 of the attached pdf. |
| 09/13/2021 | 1307 | AMENDED MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Amending Doc. 1302 MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 7) (Court Reporter Linda Schroeder - AM; Christine Coaley – PM) Hearing held 8:53 AM to 4:37 PM.(ESG)<br><br>Reason for Amendment: to correct the end time and total time in court. (Entered:09/14/2021) |
| 09/14/2021 | 1308 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 8) Defendants' 1303Motion for Mistrial is GRANTED. (Court Reporter Christine Coaly) Hearing held 9:03 AM to 9:19 AM.(ESG) |