**AO 435**
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. NAME Andrew C. Stone | 2. PHONE NUMBER 602-514-7500 | 3. DATE 9/22/2021 |
|---|---|---|
| 4. FIRM NAME U.S. Attorney's Office | | |
| 5. MAILING ADDRESS 40 N. Central Ave., Ste. 1800 | 6. CITY Phoenix | 7. STATE AZ  8. ZIP CODE 85004 |
| 9. CASE NUMBER CR-18-422-PHX-SMB | 10. JUDGE Susan M. Brnovich | DATES OF PROCEEDINGS  11. 9/1 -   12. 9/14 |
| 13. CASE NAME U.S. v. Michael Lacey, et al. | | LOCATION OF PROCEEDINGS  14. Phoenix  15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify) | 9/8 Testimony of witness Brian Fichtner |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | 9/8 Judge's ruling on Motion for Mistrial | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Trial | 9/1, 9/2, 9/3 (AM only), 9/9, 9/13, & 9/14 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | [ ] | [ ] | |
| 14 DAYS | [ ] | [ ] | |
| 7 DAYS (expedited) | [ ] | [x] | |
| 3 DAYS | [ ] | [ ] | |
| DAILY | [ ] | [ ] | |
| HOURLY | [ ] | [ ] | |
| REALTIME | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS

E-MAIL ADDRESS: andrew.stone@usdoj.gov; marjorie.dieckman@usdoj.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/ Andrew C. Stone
20. DATE 9/22/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY