# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

United States of America,        )
                                 ) CR-18-00422-PHX-SMB
             Plaintiff,          )
                                 ) Phoenix, Arizona
        vs.                      ) September 8, 2021
                                 ) 1:19 P.M.
Michael Lacey, et al.,           )
                                 )
                                 )
             Defendants.         )
_____  )

BEFORE:   THE HONORABLE SUSAN M. BRNOVICH, JUDGE


REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

OPENING STATEMENTS


Official Court Reporter:
Barbara H. Stockford, RMR, CRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 39
Phoenix, Arizona  85003-2151
(602) 322-7247

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1                    A P P E A R A N C E S

 2      For the Government:

 3                   U.S. Attorney's Office
                     By: PETER S. KOZINETS, ESQ.
 4                       KEVIN M. RAPP, ESQ.
                         MARGARET WU PERLMETER, ESQ.
 5                       ANDREW C. STONE, ESQ.
                     Two Renaissance Square
 6                   40 North Central Avenue, Suite 1200
                     Phoenix, AZ  85004
 7
                     U.S. Department of Justice
 8                   Child Exploitation & Obscenity Section
                     By:  REGINALD E. JONES, ESQ.
 9                   1400 New York Avenue, NW, Suite 600
                     Washington, DC  20530
10

11      For the Defendant Michael Lacey:

12                   Lipsitz Green Scime Cambria LLP
                     By: PAUL J. CAMBRIA, JR., ESQ.
13                       ERIN McCAMPBELL PARIS, ESQ.
                     42 Delaware Avenue, Suite 120
14                   Buffalo, NY  14202

15

16      For the Defendant James Larkin:

17                   Bienert Katzman PC
                     By: THOMAS H. BIENERT, JR., ESQ.
18                       WHITNEY Z. BERNSTEIN, ESQ.
                     903 Calle Amanecer, Suite 350
19                   San Clemente, CA  92673

20      For the Defendant John Brunst:

21                   Bird, Marella, Boxer, Wolpert, Nessim, Drooks,
                     Lincenberg & Rhow PC
22                   By: GARY S. LINCENBERG, ESQ.
                         GOPI K. PANCHAPAKESAN, ESQ.
23                   1875 Century Park East, 23rd Floor
                     Los Angeles, CA  90067
24

25
```

```
 1                    A P P E A R A N C E S (Continued)

 2     For the Defendant Scott Spear:

 3                    Feder Law Office PA
                      By: BRUCE FEDER, ESQ.
 4                    2930 East Camelback Road, Suite 160
                      Phoenix, AZ  85016
 5

 6     For the Defendant Anthony Padilla:

 7                    David Eisenberg PLC
                      By: DAVID EISENBERG, ESQ.
 8                    3550 North Central Avenue, Suite 1155
                      Phoenix, AZ  85012
 9

10     For the Defendant Joye Vaught:

11                    Joy Bertrand Esq. LLC
                      By: JOY MALBY BERTRAND, ESQ.
12                    P. O. Box 2734
                      Scottsdale, AZ  85252
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                 **I N D E X**

2                                                           <u>**PAGE**</u>

3

  OPENING STATEMENT BY MR. EISENBERG                 5

4

  OPENING STATEMENT BY MS. BERTRAND                 19

5

  OPENING STATEMENT BY MR. CAMBRIA                 27

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

```
1                    (In open court; jury not present.)

2              THE COURT:  Mr. Eisenberg, are you going next?

3              MR. EISENBERG:  Yes, I am.  Your Honor.

4              THE COURT:  Okay.

5              MR. EISENBERG:  Your Honor, I've added a prop.

6              THE COURT:  Okay.

7                    (In open court; jury present.)

8              THE COURT:  Be seated.  We are back on the record with

9    the jury present.

10             Mr. Eisenberg?

11             MR. EISENBERG:  Thank you, Your Honor.

12                    OPENING STATEMENT BY MR. EISENBERG

13             MR. EISENBERG:  Colleagues, Mr. Padilla, Your Honor,

14   government counsel, jurors:  The government has the burden

15   here.  The burden is to prove beyond a reasonable doubt that my

16   client or any of the other clients intended to commit a certain

17   crime in this case:  facilitation of prostitution.  It was not

18   Mr. Padilla's intention to do that.  His intention was to

19   screen ads, as the head of the moderators, in order to allow

20   them to be published for legal services.  His intention was not

21   and, in fact, he made an active effort to prevent the

22   publication of ads that were illegal; that is, sex for money.

23             Mr. Padilla, would you stand, please?

24             Ladies and gentlemen, this is Andrew Padilla.  I am

25   David Eisenberg.
```

1          Thank you, sir.

2          I represent Mr. Padilla.  Mr. Padilla's job at

3    Backpage was operational.  He started in screening

4    advertisements.  The working environment of Backpage at that

5    time was over there on Jefferson Street, in a building that all

6    can see from the public walk, in the desk in an office.

7    Nothing hidden.  He worked at a desk with his fellow

8    moderators.  When the operation moved from Phoenix to Dallas,

9    he worked in the Dallas Observer building, not hidden, in a

10   building, not in a cave, not in a tent, not hidden.

11         His sources for guidance in terms of moderation -- and

12   I'll talk a little bit about this more, but I think it's

13   important to get it out right now.  He, Mr. Padilla, was not

14   the source or the idea for how moderation would work.  That

15   belonged principally to Carl Ferrer who was the chief executive

16   officer and the cofounder of Backpage.

17         You will hear throughout this case that any idea with

18   respect to how moderation was going to work did not come from

19   Andrew Padilla.  It came basically from Mr. Ferrer, and

20   Andrew Padilla followed Mr. Ferrer's guidance.  It also came

21   from the lawyers who -- about whom you have heard, and I'll

22   tell you a little bit more.

23         The attorneys by name:  There were at least three of

24   them before Liz McDougall came.  Some were in private practice.

25   Others actually had work space, work space at Backpage.  So

1   they were physically there in order to give advice with respect

2   to moderation.  So, if Mr. Padilla needed advice, he didn't

3   rely on himself.  He relied on the attorneys and he relied on

4   Mr. Ferrer.

5           His background is interesting in that he didn't get

6   past the 11th grade.  Went to high school in Maryvale.  When he

7   left, he worked in a warehouse from 1991 to 2004 as a

8   blue collar worker.  He was a forklift operator.

9           Eventually, after he worked there with his brother and

10  his father, he found a job at Backpage.  This job was to

11  moderate ads.  Nothing else.  He did nothing else at Backpage

12  except to moderate ads.  He started at $11 an hour in 2006.

13  Eventually, he worked his way up to being a salaried employee.

14  He did get a bonus, but it wasn't related to the volume of ads.

15  It wasn't related to the number of ads that he could publish or

16  that his teams could publish.  There was no penalty taken out

17  of his salary for rejecting an ad or taking an ad off the

18  Backpage website.  His income, therefore, was not dependent at

19  all on the number of ads that came through.

20          The evolution of these ads:  Starting about the first

21  three years, his main focus wasn't on moderation with respect

22  to adult; it was more on attending to cleaning up the spam that

23  had come in for publication.  And he assisted his clients with

24  ads.  He oversaw the edits of ads that were posted to the

25  various sections.  At that point in time, he did not focus on

1    adult moderation.  There was no need to do that.

2            Then along came the access to the postings that

3    were -- at some point, had been on Craigslist.  These allow,

4    according to the rules that he was supposed to follow, for the

5    publication of legal ads in the Adult Services section.  Not

6    pornography, not sex for money, but legal ads predicated upon

7    standard that he learned, not that he developed, but that he

8    learned.  And so, as a worker, as an operational person, his

9    goal was to follow the standard that had been set for him

10   principally by Mr. Ferrer and by the attorneys.

11           As volume increased, the moderation staff itself

12   increased so that, by 2008 and 2009, starting then until

13   moderation ended, there were at least 100 people doing this

14   work connected with Backpage.  The initial -- initial steps of

15   moderation hadn't been developed very much at the beginning

16   where it was simply get rid of nudity.  Anything that was nude

17   was gone.  That was the standard that my client followed

18   because that's the standard he was told to follow.  They

19   focused on language as well, but this was sort of an

20   indeterminate, indiscriminate, undefined standard.  What do the

21   words mean?  For guidance, they looked to Mr. Ferrer who was

22   the person in charge, not my client.

23           Mr. Ferrer became very busy.  The Backpage business

24   expanded.  It went global.  Work became more intense.  Some of

25   the moderators worked at home.  Some of the moderators came

UNITED STATES DISTRICT COURT

1    into the office.  However, as moderation needs increased, so

2    did the need for direction.  This is where Mr. Ferrer really

3    came in with respect to how you moderate an ad that appears to

4    have something in it that may be problematic.  Take out words

5    or take out pictures.  The decisions continued to come from the

6    lawyers.  You will see and the government will show you many,

7    many printouts, many PowerPoints, many attachments to emails

8    that list descriptions of words.  You saw them during

9    Mr. Jones' opening statement.  This word is out; that word is

10   out; that word is out; that word is out; can't do that word;

11   can't do these words in conjunction with other words.  All of

12   that got developed by Mr. Ferrer and the lawyers.

13          Now, you know, lawyers -- I'm not going to apologize

14   for lawyers.  I'm one of them, but the fact of the matter is,

15   when you are not a lawyer and you are working in the context of

16   something that involves legal reference, legal statements,

17   legal help, you tend to follow that which is exactly what my

18   client did throughout the time that he worked for Backpage --

19   go to the lawyers or go to the boss.

20          So here's the development.  Moderation, please

21   understand, constantly developed and I'm not going to go into

22   the actual of bits and pieces of it, but I'm going to divide

23   this into two steps.  First, as it began to develop, there were

24   meetings with Mr. Ferrer and the lawyers.  The attachments that

25   Mr. Ferrer sent out were discussed with the lawyers.  There

UNITED STATES DISTRICT COURT

1   were seminars.  People would gather in a room.  They would show

2   these words up on a board:  These are good; these are not.

3   Now, they consisted of banned words or phrases, some of the

4   ones that were very obvious.  The goal here was to take out

5   that which could be problematic and leave in that that which

6   passed muster.  This was hard to apply many times, but there

7   were banned portions not only of words, but parts of bodies.

8          Then, at times, even Mr. Ferrer himself directed the

9   removal of an ad.  Next came Ms. McDougall.  Now we've got

10  something more structured.  And, remember, my client is not the

11  developer of the structure.  He's the implementer.  He is the

12  manager.  He's the person who is supposed to bring it about.

13  That's his job.

14         And Ms. McDougall came in, I think it was 2012.  She

15  remained at Backpage for six years.  Her theory was, and it was

16  put into operation, if an ad had bad language, sex for money,

17  it was out.  The whole ad, gone.  Don't even bother to fool

18  with it.  Just don't let it pass.  If the image was bad, too

19  much was exposed, take the image out.  Let the rest of the ad

20  go.  That's what my client followed.  The ad in that case would

21  run.

22         In the whole context of this, in the thousands,

23  millions of ads that were posted, my client did not know the

24  posters.  He didn't know their backgrounds.  He didn't know

25  their locations, for the most part, except to tell from an ad,

1    and he didn't know their associations.  To him, this was a job

2    that required someone to have some oversight and try to put it

3    into practice.  Not the standards; the job.

4              Now, you've heard talk from my colleagues about the

5    commitment that Backpage had to law enforcement.  This was

6    designed to prevent underage exploitation.  And it was part of

7    Mr. Padilla's job and also part of his assistant, Ms. Vaught,

8    to determine whether there was a reason to refer an ad to

9    NCMEC, and this is how it worked.  There was no prohibition on

10   the moderator looking at an ad and deciding it's got to go to

11   NCMEC.  This is even before the ad got into the newspaper.

12   Send it to NCMEC.  They understood that.  That was part of

13   their prerogative and they had the right to do that.  Nobody

14   ever stopped a moderator from sending an ad to NCMEC.

15             If a moderator could not determine or felt insecure

16   about the issue -- is this for child exploitation? -- they were

17   free to come to Mr. Padilla and Ms. Vaught and, indeed, they

18   did.  And then, they, Mr. Padilla, would refer the ad to NCMEC

19   or tell the moderator "Go ahead and do it, it's okay."

20             There were also complaints from third parties about

21   child exploitation.  These too got referred to NCMEC.  The

22   standards to refer a potentially child-exploitive advertisement

23   were set by the lawyers and, to some extent, by Mr. Ferrer.

24   The elements were was the photo evocative?  Did it look like

25   somebody was underage?  Pretty hard to tell.  Pretty hard to

1    tell.  Was there an age indicator in the advertisement?

2    Something like "17" or "near 17" or "just got out of high

3    school" or something like that, that would be a criteria.  The

4    degree of nudity was another criteria and the context of the

5    advertisement itself, whether it was clear that an underage

6    person was offering themselves for sex for money.  You know,

7    sex for money wouldn't have mattered whether it was an adult or

8    an underage person; that ad was gone.  This is how it worked.

9          I told you a little bit about how the referral was

10   made.  Backpage had a link set up to NCMEC.  If you were going

11   to refer an ad, as a moderator, up it went into the link and

12   over it went to NCMEC just as soon as you could post it.  There

13   were 24-hour-a-day access, seven days a week.

14         So if a moderator working at home doing the night

15   shift, which they did, saw an ad, they wouldn't bother to call

16   Mr. Padilla.  They didn't have to.  They would send it over

17   then, that evening, and NCMEC was theoretically going to act on

18   the ad.  NCMEC was only open five days a week from

19   approximately 8:00 to 5:00.  Sometimes those ads didn't get

20   over to the next stage until later on.

21         Here's the next stage.  NCMEC might refer that

22   advertisement to law enforcement.  Law enforcement, as

23   Mr. Bienert showed you, would then, in effect, either ask or

24   subpoena Backpage for the information with respect to the ad

25   because they wanted to investigate the potential of the

1    referral from NCMEC to a child who had been in danger.

2            Every single time, every single time they sent in a

3    subpoena or a request, it was fulfilled by Mr. Padilla's

4    section.  They had a standing custodian of records whose job it

5    was to go find the ad and the history of the ad and they would

6    send it to law enforcement.

7            In turn, law enforcement did what we've been calling

8    "attaboys":  "Great job, great job.  Thank you so much.  Best

9    compliance I've ever seen."  And, indeed, there were times when

10   Backpage would refer more than the ad to that particular law

11   enforcement person.  They might even give other indicia of that

12   ad or other background with respect to it.  This compliance was

13   within 24 hours typically.

14           Through all of this, through all of these attaboys,

15   Mr. Padilla was never told by law enforcement, not by the

16   Denver police, not by the Boston police, not by whatever police

17   department you cared to look at, "You're committing

18   prostitution."  He never heard that.  Through all of these

19   emails and all of these contacts, there was never one thing

20   that was said to him and not one thing, I venture to guess,

21   said to anybody over at that moderation unit anything about

22   committing facilitation of prostitution.  Indeed, whether it

23   was said in any other form besides an email, it just isn't

24   there.  Just isn't there.  So, as far as he is concerned, he's

25   operating apparently within the law.

UNITED STATES DISTRICT COURT

1         Now, part of this case has been, during the opening,

2    contained a few items of emails that I think I need to set

3    straight.  First one is this email.  This was shown to you

4    during the government's opening.  Okay.  Here's the

5    advertisement or, sorry, the email.  It's Exhibit No. 56 in the

6    government's opening.  Just as they did with the other

7    defendants, they will put the picture of defendant on the ad.

8    It bears no longer saying this, it's repetitious, Mr. Padilla's

9    picture did not appear along with the email.

10         Here's an email dated October the 8th, 2010, and,

11   according to the government, it reads like this:  "Leaving

12   notes on our site that imply that we're aware of prostitution

13   or in any position to define it enough to" -- should be "is

14   enough to lose your job over."  This, as you can tell, has been

15   cropped.  The actual email is complete and I'll show it to you

16   in a minute.  "If you don't agree with what I'm saying

17   completely, you need to find another job."

18         There was not one mention of prostitution in the

19   PowerPoint presentation.  This was a presentation designed to

20   create a standard -- and this is important because they left

21   this in -- a standard of what images are allowed -- a standard,

22   a standard that you moderate, you could follow, and not allow

23   on the site.  That got left in.  Thank you.  If you need the

24   definition of "prostitution," get a dictionary.  Backpage and

25   you are in no position to redefine it, because we are dealing

1   with advertisements that are in the adult sector and what we

2   are doing is preventing an advertisement coming out for

3   prostitution.  The only way we can do that, according to what

4   we have been told, is if it's sex for money or something like

5   that, that type of thing.

6       Let's look at the real email or -- in it -- in its

7   entirety.  Here's the first sentence under "Until further

8   notice, do not leave notes in users' accounts."  And, as you

9   can tell from this particular email, what the government showed

10  you was cropped.

11      Next:  "Backpage and you, in particular, cannot

12  determine if any user on the site" -- should be "is" -- "is

13  involved with prostitution," and the reason is -- is that

14  unless, under the guidelines they have, the guidelines they

15  have, this is an ad for prostitution.  Otherwise, it's not our

16  business to define it.  Our business is to moderate it.  That's

17  the first email.

18      The second email had to do with nudity.  Here we go.

19  This is an email, January 14th, 2011.  Again, Mr. Padilla's

20  picture appears.  What this says is "Nudity violations will

21  always be a part of this business and we shouldn't treat our

22  users unfairly because the company standard for propriety is

23  constantly changing."

24      Here's the rest of the email.  First of all, let me

25  stop at the top of the email.  It's not just an email to one

1   person.  If you count the names on this email, it's from

2   Mr. Padilla, courtesy copy to Ms. Vaught.  There are some 40

3   names in this particular email.  They are all moderators and

4   here is what he is saying in its entirety.

5          First, down to the part that starts "Andrew Padilla

6   wrote":  "Backpage will be increasing the restrictions on

7   images in adult categories effective immediately. It will be

8   increasing the restrictions on images."

9          Second, "The latest changes apply specifically" -- and

10  then you can read what it applies to -- "bare breasts, butt

11  cleavage and sheer clothing."  He is now giving as much

12  guidance as he can to the changing evolution of the nudity

13  guidelines.  That's his job.  Not to develop the standards, but

14  to put them out.  Thongs are still acceptable for bottoms, but

15  they must be worn, so on and so forth.

16         The old rule supersedes this.  If genitalia is

17  otherwise exposed, out.  That is, if a thong is being worn

18  properly, but anything is visible or bulging out of the crotch,

19  it is still a violation.

20         This may not be a standard that's particularly

21  appealable in the sense of looking at things and being

22  judgmental about them.  That's not his job.  Nor was it the job

23  of Backpage because, as you have heard, these attorneys who had

24  preceded me have made a great point about what it means to be

25  able to publish in accordance with First Amendment and

1    Section 230 of the statute that was quoted quite thoroughly by

2    counsel.  They had the right to do this.  What they're trying

3    to do is do it in such a way that this all will pass muster and

4    there will be no worry about facilitation of prostitution.

5           Then it goes on to talk about sheer clothing is still

6    allowed and so forth.  And then at the bottom -- at the bottom,

7    it says:  As always, you should only be redacting content and

8    not deleting the entire ad when you find these violations.

9    These violations are completely different from ads for illegal

10   services.  This is a different type of advertisement.  Adult

11   content.  Nudity violations will always be a part of this

12   business and we shouldn't treat our users unfairly because the

13   company's standard -- not his, but the company's standard,

14   according to what has been properly set by the lawyers, is

15   constantly changing.  If, however, you run into ads that

16   endanger a minor in any way, Community Remove the ad and send

17   the ad URL to Joye.

18           "Community" may be a misnomer, but the idea is there.

19   Remove the ad, send it to Joye Vaught.

20           You didn't get any of that when the government opened

21   its case.

22           So what about Mr. Padilla's intent?  I think I've

23   captured it.  I've tried to capture it for you as best I could.

24   His intent was to accomplish his job.  For him, this was a good

25   job.  He had a job that he enjoyed doing because he was

1    responsible for putting out the newspaper.  His job was to

2    screen ads to comply with known but evolving standards by

3    conforming those standards which would be acceptable to the

4    escort business, the massage business and other forms of legal

5    adult entertainment.  These are standards not that he

6    developed.  He didn't set them.  They were set by Mr. Ferrer

7    and by the lawyers.  His intent was not to post ads or to cover

8    up for prostitution.

9         That, ladies and gentlemen, is my client in a

10   nutshell.  You know, if you really wanted to pedal prostitution

11   and facilitate it, he wouldn't have banned anything.  Let the

12   ad go in.  Let the money for sex go in.  Let it ride.  He

13   didn't need to ask for pay based upon the volumes of ads that

14   he could have put out.  He never did that.  Or he could have

15   gone off in some hut someplace in a remote area and done his

16   thing.  Didn't do that.  Worked in an office building

17   surrounded by several other people who were in that moderation

18   group.

19        So, ladies and gentlemen, as you go along and you

20   listen to all of this, keep in mind that, from his perspective,

21   what he was doing was to try to make the system work just like

22   every one of these other defendants was trying to do:  Make it

23   work so that it could properly publish in accordance with the

24   rules and regulations and the ideas that he and others were

25   operating under.

1          Thank you.

2          THE COURT:  Ms. Bertrand?

3          MR. BERTRAND:  Your Honor, I'll be using the Elmo

4    during the presentation.

5          THE COURT:  Okay.

6                 <u>OPENING STATEMENT BY MS. BERTRAND</u>

7          MR. BERTRAND:  Good afternoon.  My name is Joy

8    Bertrand.  And it's easy to keep us straight, as I said in voir

9    dire, because my client's name is Joye, Joye Vaught.  And

10   Ms. Vaught was Andrew Padilla's subordinate at Backpage.  We'll

11   talk about that in detail this afternoon.

12         Let's start with reasonable doubt.  And lawyers use

13   these words a lot, hear them on TV.  They have weight; they

14   have power.  And I'm going to leave this up here and refer to

15   it while we're talking.

16         What we don't talk about well is what is a reasonable

17   doubt.  And it's a juror, using reason or logic, could believe

18   that a doubt may be there, that there is a possibility of a --

19   of another version of the facts and other interpretation of the

20   facts than the prosecution asserts.  And it's their job in this

21   prosecution to rule out doubt.  And this may be doubt that the

22   lawyers suggest to you.  It might be doubt that you raise in

23   your own thoughts as you listen to the evidence.  But they have

24   to rule it out.  If they don't, there is only one verdict and

25   that's a "not guilty" verdict.

1          We talked in voir dire about some people -- some

2     people feel the system makes it too hard to convict.  It's

3     supposed to be hard.  Our Founding Fathers wanted it to be

4     hard.  So don't -- don't feel bad about holding them to the

5     high standard.

6          A doubt is any possibility that, if true, defeats any

7     element of the crimes that they have to prove.  And here

8     Ms. Vaught is in a little bit different situation.  Mr. Padilla

9     -- here Mr. Padilla are different in this case in that they

10     face none of the money laundering charges.  They only face the

11     conspiracy charge and the counts of specific facilitation of

12     prostitutions.  I'm not going to address the money laundering.

13     That's not anything we can respond to.  But I will talk about

14     the two crimes and what the government, the prosecution, has to

15     prove here -- every element beyond a reasonable doubt.

16          So, first, conspiracy.  Conspiracy is a fancy name for

17     an agreement, an understanding.  And a criminal conspiracy has

18     an intention behind the agreement to do something illegal.  You

19     can be -- you can conspire to commit arson.  You can conspire

20     to commit homicide.  You can conspire to do any crime, but you

21     have to have more than one person and everyone has to know

22     they're in this agreement.

23          The next thing that the government must show is that

24     this agreement was to do something illegal and everyone was

25     on -- had some understanding that this had an illegal intent to

1    it.

2          So I can conspire to throw a surprise birthday party

3    for somebody.  That's legal and there's nothing wrong with

4    doing that.  The word "conspiracy, the word "agreement" here

5    does not have any sinister meaning.

6          And then, lastly, someone has to do something in

7    furtherance of the agreement.  And that's what each of these

8    elements, the prosecution is going to show up wanting here.

9          So, first off, the government is going to have to

10   prove beyond a reasonable doubt that Ms. Vaught knew there was

11   an agreement to do anything and that there was an agreement.

12   An agreement to do what?  She's low on the totem pole here.

13   We've got powerful, powerful people running a huge

14   organization.  And, like many employees in huge organizations

15   at the bottom of the totem pole, they're not going to be

16   brought in to all of the understandings that the other people

17   have.  Here there's not even an agreement to break the law.

18          What we have is a newspaper going out of its way to

19   comply with the law and to make sure it's following the law.

20   And you're going to hear evidence in this case that Backpage

21   spent millions of dollars on moderation.  And, when Craigslist

22   shut down, it was a tsunami to Backpage, and Backpage answered

23   that by hiring more moderators, people working 24 hours a day,

24   working at home, working in other countries, just to process

25   these ads.

1        And, like Mr. Eisenberg said, they could have said
2   "Hey, you know what, let it roll.  Free speech.  Have at it."
3   They didn't.  They saw the responsibility with having this
4   forum and they accepted the responsibility and went out of
5   their way to make sure they were compliant.  And Ms. Vaught is
6   on the ground floor of this organization working with the
7   moderators and trying to keep all of this moving and trying to
8   make sure that they're each being careful.  So you're not going
9   to hear evidence that Ms. Vaught intentionally joined anything.
10  She was policing the ads and policing the moderators.

11        The evidence also will show that Ms. Vaught took her
12  job very seriously.  Some of the emails mentioned yesterday,
13  taken a little out of context, but there's two here, for
14  example.  Both -- these are within three months of each other.
15  Ms. Vaught was the supervisor for Colleen and she cc's Andrew,
16  her boss, on this.  She is warning Colleen to get her act
17  straight in moderating.  And she says, on February 27,
18  "Colleen, I am going through your work from last night and
19  finding some pretty bad violations in the ads you approved.
20  Please slow down and read carefully.  There isn't much room for
21  mistakes."  And then she gives the examples of the ads that
22  should not have been let through.

23        Colleen continues to miss and, in April 2014,
24  Ms. Vaught again writes to her.  She's putting this in writing.
25  She's putting her on notice, cc's Mr. Padilla:  "Hi, Colleen.

The number of ads you viewed last night was a lot higher than normal and there was no action taken on any of them.  I found a bunch of violations that were missed.  Here are a few examples.  This is a warning, Colleen.  Slow down and pay attention to the ads closely.  This is the kind of thing that can get someone fired."

And the way that -- you'll hear that the way Ms. Vaught was able to kind of initially tell who is doing their job and who isn't was by how many ads they went through in a shift and, if they went through too many, if they let too many through, Ms. Vaught knew they weren't paying attention or they were just scrolling through.  So when she saw someone whose numbers were off, she went in and checked herself and told employees "Knock it off.  Take this job seriously."

The other way that we know Ms. Vaught took her job seriously is that she interfaced with law enforcement.  She saw her job at Backpage as being an arm of law enforcement.  And, like you've seen, they had a reason to trust the police.  They had a reason to trust these law enforcement officers that were saying "Thanks, we couldn't have done it without you.  Great turnaround.  Thanks for helping us find a really bad guy."

Ms. Vaught and her colleagues were invited by law enforcement to speak at conferences.  That's someone who takes her job helping law enforcement seriously.  That's not someone joining a conspiracy to violate the same laws she's going to

1   work every day to make sure are not violated.

2        We also have Ms. Vaught's interaction with the

3   National Center for Missing and Exploited Children.  So she was

4   the person who had to cull through all of these materials that

5   would be sent to the Abuse at Backpage.com email.  Third

6   parties could be people perusing the site, saying "Hey,

7   something looks wrong with that.  Send that to Abuse."  Other

8   customers of Backpage could send reports of potential abuse.

9   And that created a lot of extra work for Ms. Vaught to sort

10  through.

11       And then there were the people that the moderators

12  observed in these ads that looked like they were underage.  And

13  you're going to hear in this trial that Ms. Vaught played it

14  safe.  She erred on the side of caution and she said anyone

15  that looks under 21, not under 18, goes to NCMEC.  And you're

16  going to hear testimony NCMEC at one time finally said "You

17  guys are flooding us with so many reports."  That's not someone

18  joining a criminal conspiracy to perpetuate the same crimes

19  she's going to work every day to stop.

20       You're also going to hear -- because this is a

21  specific intent crime, we do get to talk about people's

22  character, and you're going to hear Ms. Vaught had many reasons

23  to make sure that she was doing her job well, that she was

24  following the law.  She had demanding family obligations and

25  this job helped her take care of her family.  She was not going

1    to do something to jeopardize this.

2            Much like Mr. Padilla, she grew up on the west side.

3    She's got a high school diploma.  She's super-bright, and she

4    works.  She works really hard.  And this job, with that level

5    of education and this level of responsibility and status, made

6    her proud.  She was proud of working for Backpage and working

7    in the moderation section and helping law enforcement.

8            So that's the conspiracy.

9            Ms. Vaught and the other defendants are also charged

10   with distinct acts of allowing ads to go through and, by

11   allowing those ads to go through, to facilitate prostitution.

12   And here's where the government is going to really have

13   difficulty ruling out alternative options.  First, they've got

14   to show this is a specific intent crime.  So the prosecution

15   has to show that each one of these defendants looked at each

16   one of these ads.  You saw a couple of them posted:  "It's the

17   journey, not the destination" lady who is 44 in the nightie.

18   Each one of them saw the ad, said "That is prostitution and

19   I am going to assist."

20           MR. JONES:  Objection, Your Honor.  Argumentative and

21   misstates the law.

22           THE COURT:  The objection is sustained.

23           MR. BERTRAND:  They have to show they knew those ads

24   were for prostitution and that it was prostitution in the

25   jurisdiction where the ad was running.  So on top of it all,

1    they've also got to know how many dozens and dozens of local

2    laws to make sure that this one in Sacramento fits the

3    Sacramento definition versus the Seattle versus Wichita Falls.

4    And they had to know they were breaking the law when they

5    allowed the ad to run.  They can't.

6           The government, the evidence will show, will not be

7    able to rule out that they never saw these ads of the millions

8    that ran every day.  And, if they did, as Mr. Bienert pointed

9    out, they're all for legal conduct.

10          When we talked about, in voir dire, reasonable doubt,

11   which is the standard they must meet, it's high.  And in this

12   chart, you see there's all different gradations of belief and

13   acceptance of facts from "I believe they didn't do it

14   completely" to, in the middle, "it's possible, more likely than

15   not."  Okay.  Then you get into "I think it happened.  I have a

16   strong belief that it happened."  But it is not until we get to

17   reasonable doubt that you can convict.  Anything short of

18   reasonable doubt requires acquittal.

19          And here is the example I will leave with you:  We

20   measure risk.  All of us measure risk all the time.  And recall

21   the Tylenol incident in the eighties where cyanide was found in

22   maybe three bottles in all the United States.  That's why we

23   have to have those foil caps and all that stuff on our jars

24   now.  It's a couple years after that, and you or one of your

25   family members has a raging headache and you go to that

1    medicine cabinet and you say "Hmm, I don't know how long this

2    Tylenol's been sitting here."  Do you take it?  That's

3    reasonable doubt.  I ask you to keep that in mind throughout

4    this trial and hold them to their burden.  It never shifts.

5    The job always remains with them.  And if they cannot meet

6    reasonable doubt, the only option is to acquit these

7    defendants.

8            Thank you.

9                 OPENING STATEMENT BY MR. CAMBRIA

10            MR. CAMBRIA:  May it please the Court, fellow counsel,

11    ladies and gentlemen of the jury:  My name is Paul Cambria.

12    I represent Michael Lacey.

13            Michael, please stand.

14            Michael's wife, Jill, is here.  Michael's sons, Colin

15    and Roarke, stand please.  They're here for support.  And --

16    thank you.

17            And I'm here to talk about what I believe the proof

18    will show and will fail to show.  And Her Honor is here, of

19    course, to tell you what the law is at the end of this case.

20            This case is about knowledge.  It's about intent.

21    They have to prove that each of these defendants intended to

22    further a prostitution business, advertise through these ads

23    that they have listed in this indictment.

24            Let's put some things into perspective.  The proof

25    will show that there are millions and millions of ads during

1    the years that are covered in this indictment.  They have found

2    50 out of millions and millions that they claim demonstrate a

3    violation of the law and are part of their case.  Millions and

4    millions.  Just think about that for a second.

5           The other thing is this:  You heard from Mr. Bienert

6    about some of the history of our clients, of Mr. Lacey and

7    Mr. Larkin.  You know, some people hide behind the First

8    Amendment and some people believe in the First Amendment.  And

9    they believe in the First Amendment and the proof will show

10   that they're the real deal.  You heard Mr. Bienert refer to the

11   fact that there was a time, as you know, they formed these

12   various newspapers in the seventies when they were Arizona

13   State students.  They eventually had several newspapers, 17

14   around the country, and they specialized in being different in

15   the sense that they wrote about things that traditional

16   newspapers tried to avoid, things that were controversial,

17   things that criticized public officials.  And, indeed, they

18   criticized a local police enforcement official and he decided

19   to retaliate against them by arresting them the middle of the

20   night, putting them in jail, and these gentlemen began their

21   First Amendment voyage, if you will.  They fought back.  They

22   sued.  They won approximately three and a half million dollars.

23          The prosecution would have you believe here that money

24   is their driving force, that that's why they're doing all this,

25   and all this helping of the police and so on is just a cover.

Well, they took the three and a half million dollars that they earned in that lawsuit, they donated it to local Hispanic community groups of all political stripes and academic institutions that were opposed to racist and discriminatory political tactics.

They also spent millions of dollars, if you will, helping an organization called Children of the Night.  It's a nonprofit.  It helps women and girls who have been trafficked, and they spent millions of dollars on that.  They saved a historical building here at a cost of several million dollars.  This was the Booker T. Washington School at the time.  They saved that.  So the proof will show that money doesn't drive them.  They are the real deal.

And the reason why they have not buckled and said "Oh, yeah, we'll close the adult section" -- because that's what Craigslist did.  Craigslist was threatened and they closed the adult section of Craigslist.  Didn't do any good.  The proof will show without a doubt that the wrongdoers, the abusers, simply moved to another section of Craigslist or moved to Facebook or moved to TikTok or moved to one of the others.  You'll see.  But these gentlemen said, no, wait a minute, there are millions of people who are posting ads on Backpage that have nothing to do with criminal activity, whether it be a job or a couch or a car or what have you or a striptease or something like that in the adult sector that's legal.

1           When the federal government in 2018 came in and closed

2    Backpage.com and seized it, all those millions of people who

3    posted ads that had nothing to do with adult in any way had

4    their voice silenced.  And so these men feel and believe with

5    their hearts and their soul that the answer is not to ban the

6    website.  The answer is to use the website as a tool to fight

7    the wrongdoers.  The wrongdoers are the pimps, the people who

8    prey on others, the ones who violate the law.

9           There are wrongdoers in everything and every aspect of

10   life.  Think about it.  There are people who abuse telephones

11   to commit crimes.  They're wrongdoers and they use telephones

12   to commit crimes.  There are people who use the mail to commit

13   crimes, use the U.S. government's own function, the mail, to

14   commit crimes.  There will always be those people.

15          So the question then becomes do you eliminate the

16   websites, the phones, the mail because there are abusers or do

17   you join with the authorities and identify these people and

18   prosecute these people?  And that's the program that they

19   adopted.  And they were advised by their attorneys and others

20   that, if you shut down the adult section, like Craigslist,

21   they're just going to move to something else.  And Craigslist

22   they moved over to the dating sections.  You're going to see,

23   the proof is going to show, that even Facebook now is being

24   used to market people, if you will.  TikTok is, Tinder,

25   Twitter, a number of others -- they're all being used by the

abusers.

These people who sit here today never met one single person who ever posted an ad on Backpage.  They never forced them to write an ad.  They didn't force them to engage in any kind of conduct that would violate the law.  They didn't share in any funds that they may have made as a result of charging people for their services.  They didn't do any of those things.  They sold an ad.

Now you're going to learn from some of the witnesses here that, you know, this whole internet thing at the time that Backpage was created was in its infancy.  Everybody was learning what to do with it.  I mean -- and you can draw on your own experience.  You know, you start off and you have a Facebook page and you're lucky that you were able to put it on your phone.  And then one of your kids, like one of my six daughters, comes up and goes, "Oh, hey, Dad, do this, push that," and you find out all these great applications that are on it, right?

Well, when they form this -- and understand there's only one person who came up with Backpage, and that was Carl Ferrer.  It was his baby, okay.  Carl was an ad man.  That's what he did.  He sold ads.  He learned how to, you know, create more ads.  This was his thing.  That's what he did.  And so it was in its infancy at that time.  And that means that, you know, everybody got some experience as to how they would

1    start to abuse it, what would they do.  If you banned a phone

2    number in numbers, they'd write it out -- t-w-o, t-h-r-e-e --

3    that sort of thing.  Okay.  And these things kept happening.  A

4    lot of the websites did nothing to help the authorities

5    identify and prosecute the actual abusers.

6            Now, there'll be one thing that is beyond dispute:

7    Mike Lacey is a newspaper man.  He's identified all over this

8    case as an editor and a writer.  That's what he did.  He wasn't

9    a Backpage guy in the sense that he is no computer guy.  Yes,

10   he was co-owner of the parent company that owned Backpage, but

11   Backpage was created by Carl Ferrer.

12           Mike never took any ads.  Mike didn't do anything with

13   moderation or anything else, all these other things.  He didn't

14   develop any of the day-to-day protocols or any of that other

15   stuff.  He was the newspaper man.  Remember, they still had the

16   newspapers up until a certain period of time.  And you will see

17   from time to time through this case that he -- he appears, if

18   you will, when somebody says something that's an exaggeration

19   or is not true or whatever, Mike weighs in and writes an

20   article or contributes to an article or something.  That was

21   his thing.  He's a newspaper man.  Never changed from being a

22   newspaper man.  Backpage was the creation of Carl Ferrer, and

23   Carl was the hands-on person, and it will be obvious.

24           Their first witness they're going to call is somebody

25   who is going to tell you that he called Backpage to say that a

1   certain ad was to be removed because it was for prostitution.

2   Now he's a police officer who happened to post that ad.  And

3   who answers?  Carl Ferrer.  And, as he's talking to this

4   witness, he can hear the keys typing.  Carl is that hands-on

5   with Backpage.  That's what he does.  And he finds the ad and

6   so on and so forth.  This was Carl's baby.

7           The newspapers -- and again, to show you the

8   genuineness of these gentlemen as newspaper people, they won

9   over 3,800 awards including the xxx Pulitzer Prize for a

10  critical article.  That's the real deal.  These are real

11  newspaper people, and that's where Mike lives.  He's a

12  newspaper man.

13          He -- the first time he ever saw these 50 ads was when

14  these charges were filed and he was shown the ads and the

15  indictment.  He just didn't have anything to do with the

16  day-to-day operation of Backpage.  However, he was told

17  repeatedly by Carl Ferrer and a number of attorneys that Carl

18  and others had hired to advise them as to how to -- how do you

19  preserve the First Amendment for all the people that have now

20  been deprived of that when the government shut them down?  How

21  do you preserve that and, at the same time, not promote the

22  abuser's activity?

23          And a number of attorneys advised them.  A number of

24  court decisions.  You saw today Mr. Bienert referenced a number

25  of court decisions that you'll hear about where the courts

1    agreed that the First Amendment applies and that certain things

2    who maybe to the untrained appear to be something questionable,

3    it turns out that they're not and they're fully protected.

4         Example:  You'll hear testimony that these so-called

5    abusers, the pimps, they would post a picture of a total

6    stranger that they didn't even know, that they would just lift

7    off of the Web and they would post that picture and that would

8    be of a younger-looking person, and it was only done by them to

9    try to get people to acquire the ad, if you will.  And then

10   when the person who answered the ad went to the door, the old

11   maid card was there.  I mean, it was a whole different deal.

12   And so now you know that you can't rely on the pictures.

13        In fact, some of the witnesses will testify that

14   Backpage was very, very, very proactive in reporting anybody

15   they thought was under 25 years of age, and they would report

16   them to NCMEC.  And NCMEC is National Exploit -- National --

17   I'm sorry -- National Exploitation of Children.  And what it

18   meant, it was an organization that would report to the police.

19   So, for example, if somebody at Backpage thought that an

20   individual looked like they were under 25, they would report

21   them to NCMEC and then it would be up to the NCMEC

22   organization, or NCMEC, to follow through and to send that to

23   the appropriate legal authority, to the appropriate police, if

24   you will.  National Exploitation of Missing Children --

25   Exploitation and Missing Children.  NCMEC.

1    And, indeed, you'll find out that, at one point in

2  time, Mr. Lacey and others happened to have a meeting with the

3  NCMEC people and Mr. Lacey was upset because he felt that they

4  were not spending 100 percent of their time trying to take care

5  of children as opposed to veering off into some other area, if

6  you will.

7    So now we look at Backpage and say to yourself, all

8  right, they have to prove beyond a reasonable doubt that they

9  were facilitating this illegal conduct, this prostitution, in

10  violation of state law, whatever state it was in, this

11  prostitution business.  They'd have to, number one, know about

12  it and, number two, specifically intend to advance it.

13    Well, think about this for a second.  If you're

14  Mike Lacey and you're being told by the person who runs it day

15  in and day out we are spending millions of dollars collecting

16  information for the authorities, we are providing paper trails

17  to the authorities so they can prosecute the actual wrongdoers,

18  the pimps and so on, we are spending money to send our

19  employees to court to testify in prosecutions and to convict

20  people who are abusing your website -- and, indeed, the proof

21  will show that they did, indeed, send those people.  They did,

22  in fact, testify and those individuals were, in fact,

23  convicted.  And if you were a reasonable person of reasonable

24  intelligence -- and I submit that Mike Lacey is -- and you were

25  told we have a number of lawyers who are skilled in the

```
 1    First Amendment area and in the criminal area, some former
 2    prosecutors and so on, and they have advised us that we --
 3              MR. JONES:  Objection, Your Honor.
 4              THE COURT:  What's your objection?
 5              THE COURT REPORTER:  I'm sorry.  Mr. Jones, I didn't
 6    hear you.
 7              THE COURT:  Mr. Jones, the court reporter couldn't
 8    hear you.
 9              MR. JONES:  Sorry.  He's misstating the law,
10    Your Honor.
11              MR. CAMBRIA:  I didn't state the law, Your Honor.
12              THE COURT:  The objection is overruled.
13              MR. CAMBRIA:  Thank you.
14              -- and that you have hired lawyers who specialize in
15    this area and they have advised you how to do these things
16    lawfully and not be somebody who is advancing or promoting.  So
17    think about the website and ask yourself, as we go through this
18    case, if this is promotion or if this is prosecution.
19              Number one, they had a warning section on their
20    website that said, if you are underage or you have something to
21    do with someone underage, you are subject to being punished or
22    prosecuted.  They have on their website, on Backpage, a place
23    where you can report if you think somebody is abusing Backpage.
24    Just anybody now.  If you think, when you read their ads,
25    somebody is abusing someone, you can hit that and report them.
```

1    They have public service announcements on Backpage indicating

2    that there's severe criminal penalties for violating the law.

3    They have a specific manual, if you will, that they developed

4    for the police to tell the police how they can get information

5    from Backpage quicker so that they can use it to prosecute the

6    wrongdoers.  They have a manual that they put together and they

7    show the police how they can have a quick turnaround for

8    information.  Not only that, but they, on their own, develop a

9    program where they -- if the police say "We're interested in

10   this ad," they then, through their program, are in a position

11   to show that ad is connected with several other ads and they

12   then give all those to the police.

13          They also, the proof will show, have advised the

14   police, listen, there are abusers on other websites out there.

15   There are abusers on Craigslist and all these other places and

16   here's where they are.

17          And then the police have used Backpage to create

18   so-called sting ads where they would make up an ad, make it

19   appear to be an ad for prostitution.  Backpage, as it turned

20   out, the proof will show, took it right down and they had to

21   call Backpage and say "No, no, put that back up.  That's our

22   ad.  That's a police add.  We're using you to catch the

23   wrongdoers."  And Backpage put the ad back up.

24          So, now, if you're a normal, ordinary, regular person

25   and you're being told by Carl Ferrer and those running the

1    day-to-day business that all these things are being done,

2    including people being convicted and sent to jail as a result

3    of witnesses that you paid for to go to court, would you

4    believe that you are promoting criminal activity or you are

5    helping to identify the perpetrator, identify the bad people

6    who are abusing the system?

7         The internet is not going away.  You can say to

8    yourself all day long that, no matter what system you have,

9    there will always be somebody who will figure out how to go

10   around it.  It's just the nature of the beast, the nature of

11   the beast.  But if you do the best you can to help the

12   authorities to not promote it, but to detect and punish those

13   who are abusing it, you aren't promoting prostitution.

14        There are a couple of schools of thought here.  You're

15   going to hear from some groups that say, ah, well, we told

16   Backpage that there were prostitution ads on their site and

17   that they should close it down.  And that's one school.  Okay.

18   They like to talk about it.  They're the desk people.  Okay.

19   They make speeches.  They write articles and they tell you

20   what's good for you, okay.

21        Then there's a second camp, and those are the police

22   authorities who are in the trench actually making a difference.

23   Actually making a difference.  And they say we want you.  We

24   want to use you.  We want to use the internet to fight the

25   people abusing the internet.

UNITED STATES DISTRICT COURT

1          You'll find out that the FBI didn't want Backpage

2     taken down.  You'll find out that, once Backpage was taken down

3     and closed, not only did those millions of people who said

4     nothing that was against the law get silenced, but what

5     happened is the bad people, if you will, went to other

6     websites, some overseas outside the jurisdiction of the U.S.

7     What does that mean?  That means that, when police authorities

8     issue a subpoena to them, they're like, "Hi we're not in

9     America, sorry. (Imitates sound.) Here's your subpoena."

10          Mr. Bienert read some attaboys today, so to speak,

11     where police agencies said, "Wow, we can't believe how you

12     responded to us so quickly."  We had some police agencies that

13     said, "You are our partners."  "Our partners."  So I ask you,

14     you have to have the intent to commit the crime.  You have to

15     intend to make it go forward.  If you had Mueller, the head of

16     the FBI, thanking you for what you're doing -- and that's the

17     proof that will be in this case -- and you have over a hundred

18     police agencies thanking you, calling you their partner and "we

19     couldn't do it without you," would you for one second, as a

20     reasonable person, think that you were promoting crime as

21     opposed to fighting crime?

22          And, of course, they want to dismiss all this.  You

23     heard the comments:  "Oh, this is just a facade.  This is a

24     facade.  They're waving the First Amendment and they're telling

25     you all this stuff that they did just so they can keep the

1   money rolling.  That's their thing."  Well, you know what?

2   You're going to find out.  Millions of dollars.  And not just

3   one or two things, but, like, 10 different things.

4           Oh, and then there's the -- you heard in the opening

5   comments, well, if you have a so-called possible prostitution

6   ad and it has a word in it or words that indicate or may

7   indicate prostitution, and you take the words out and you post

8   the ad, it's still prostitution.  No.  Think about it.  If

9   those words are words that somebody who wants to commit a crime

10  are looking for and they're gone, that person isn't going to

11  commit a crime because the word that would have enticed them to

12  answer the ad is gone.  It's gone.  And so what you've done is

13  you've taken what's potentially an illegal ad and now you've

14  made it -- you've neutralized it.  You've made it something

15  that that person out there who may have tried to commit a crime

16  isn't going to respond to it.

17          Think about it.  If you had an ad that said handgun,

18  shotgun, rifle, machine gun for sale, well, we know machine gun

19  would be illegal, right?  So that would be an illegal ad.  Now

20  you take out the word "machine gun," what's left?  It's a legal

21  ad at that point because the very thing that might have

22  triggered some wrongdoer is gone.  It's gone.

23          So this case is about a number of people and whether

24  or not, based on what they were told -- and what was actually

25  happening, okay, so this wasn't just something where Carl said

1    all the lawyers are telling us this and we're putting these

2    things on a website and we're sending people out to testify and

3    we're letting the police know all these other things.  No, that

4    was actually happening.  That was happening.  That wasn't just

5    talk.

6         And people like Mike who aren't involved in the

7    day-to-day Backpage, why not rely?  Is that unreasonable to

8    rely on?  And you saw Mr. Bienert showed you some excerpts from

9    a number of different statements from police authorities.

10   You're going to find out that those actually happened.

11        So, now, if you're a regular, ordinary individual,

12   reasonable intelligence, and you're told that all these police

13   agencies are thanking you, do you think you're intending to

14   further illegal activity or are you helping to detect it?

15        So the First Amendment's preserved so that all those

16   people that I talked about when they shut Backpage down and all

17   the people that were posting for jobs and all the rest of it,

18   they all got silenced, well, Backpage and those people and all

19   of us are protected by allowing a website, but using the

20   website to detect and to punish the violators because, if

21   that's -- if that's the way it goes, everything has some

22   violator someplace.  We're going to get rid of everything?

23        So here's the situation.  I have -- there's one

24   particular count here that's different, that's -- that only

25   involves Mike Lacey, and this is a so-called concealment money

1    laundering count.  And I'm going to tell you what the evidence

2    is here and, in the end, say this is ridiculous, okay.  And

3    here's what it is.  Concealment money laundering, the one thing

4    that it requires -- and Her Honor gave you this in the initial

5    instructions that we had -- it requires that money be moved or

6    whatever and concealed.  Very important: concealed.  Okay.

7    Very critical element: concealed.

8           Mr. Lacey established a trust for his two sons.

9    Several million dollars.  And because every time some

10    government investigator -- you heard Mr. Bienert talked about

11    Dart and how he tried to shut down Master and Visa and all

12    that, and that the minute that these authorities show up, the

13    bankers run for the hills because they just don't want to be

14    part of that, okay.

15           So Mr. Lacey wanted to put his money in a trust for

16    his sons in a place where, if some agent walked into a bank,

17    the bank wouldn't say "Oh, get out of here, take your stuff

18    back."  All right.  So at the time that he did it until this

19    very day, there's been no finding that that money is unlawful.

20    There is no order saying that he has to, in some way -- at the

21    time that he established his trust, there was no order that

22    said that he couldn't touch the money or do what he wanted with

23    it and so on.

24           So he hired lawyers.  They put a trust together.  They

25    sent the money to an investment group in Hungary.  You might

say, wait a minute, that's international.  But the crime is

concealment international money laundering.  And he never

concealed it because the evidence will show as follows:  He had

his lawyers and his accountants, in writing, notify the

United States government, through the IRS, exactly where the

money was, how much there was, who the beneficiaries were, who

the creator was, where the money came from, in writing.  Notice

to the U.S. government of all the details.  Concealment?

Revelation.  Not concealment.  Anybody can have money offshore

as long as they report that, and that's what he did.

And you will get to see the so-called FBAR which is

the form that you file that totally gives all the details of

the money transaction.  And that's going to be the proof as to

that count; that it was in no way concealed.

So now we get to sort of the situation where I told

you Mike is a writer.  He's an editor.  And, after the one

point in time, he said that Backpage actually made prostitution

transparent.  And what he meant by that, which is pretty

obvious, is that they kept records now of anything that they

suspected violated the law.  They turned those records over to

the police.  They -- oh, and here's another thing.  They talk

about charging for the ads, okay.  Guess where charging for the

ads came from?  The Attorney Generals met with Craigslist and

said to Craigslist "We want you to charge for these adult ads

because it will create a paper trail that we can find and, if

1   you follow the money, you find the people involved."  Okay.

2   And I can just hear them in their summation saying "Yes, follow

3   the money and it comes over here to these guys."  No.  Follow

4   the money for the people who abuse the website.

5           And so they asked -- the Attorneys General asked that

6   the ads be charged for, and so that's what Craigslist did.  And

7   the lawyers at Backpage said they want people to charge for the

8   ads so they have a trail, and that's what they did, and they

9   provided that trail to the authorities.

10          And you're going to find out that Carl Ferrer, the guy

11  with the keyboard running it day-to-day, they were responsive.

12  If, for example, any police agency called up -- and if they

13  called, by the way, they could get Carl directly because he was

14  the hands-on guy -- they either got Carl or they got

15  Liz McDougall who was the attorney for Backpage, the company.

16  And they would call, Carl would answer the phone, and the

17  police officer could say "This ad is prostitution.  Will you

18  take it down?"

19          And, in fact, we're going to find out that one police

20  officer tested whether or not they actually took it down, and

21  so he posted a fake ad and -- he posted two fake ads

22  actually -- one was for an old green couch and the other one

23  was supposedly a possible prostitution ad -- and then called

24  Carl and said -- well, first he called McDougall and got her

25  answering service.  Then he called Carl, got Carl and told

1   Carl, "Here's the ad.  Here's what it is.  I'm a police

2   officer, and it's prostitution."

3           And at one point, he was asked, "Well how do you know

4   it's prostitution?" because, when you see the ad, you see that

5   it in no way looks like that clearly.  All right.  And that's

6   one thing.  One thing for sure:  The only two people who know

7   for sure whether or not a prostitution act occurred are going

8   to be the two people who are in the room who -- somebody who

9   responded to the ad and met up with someone.  And a lot of

10  times, you're going to find out that the ad is totally legal,

11  but when the person gets to the room, they are then

12  propositioned in the room.  Well, that's not on them because

13  the ad was legal.

14          Anyway, so you're going to see where the police tested

15  out the system.  And so they said, "This ad's illegal."

16          And McDougall asks, "Well, what's illegal about it?"

17  Because when you see it, it doesn't look -- you know, it

18  clearly doesn't show sex for money.

19          And instead of saying, "Ah," (makes sound), he goes,

20  "Oh, well, that's secret.  I can't tell you that right now."

21  Yeah, because it was a legitimate question by the lawyer which

22  is "Wait a minute, I'm looking at this ad and it doesn't look

23  like it's illegal to me."  Okay.

24          So, anyway, he calls and gets Carl.  And Carl goes

25  "Just a second."  Hears a click-click-click.  Carl goes, "Oh,

1    yeah, I found the ad and you also posted a couch ad." So, you

2    see, what they put in their system to link things, he found the

3    other ad.

4            And he goes, "Oh, yeah, yeah, yeah, you're right." He

5    goes, "But we know, but I can't tell you how we know, but

6    that's prostitution ad." Of course, it wasn't at all. He made

7    it up.

8            And so Carl said, "Okay, we're taking it right down."

9            So now this police officer decided, well, we're going

10   to test the system here and see whether or not he just paid me

11   lip service or whether he really took it down. And he goes

12   online and it's gone.

13           So he said, "Well, I'm going to try to repost it, only

14   I'm going to change a few things." Changes it. Guess what?

15   No ad. Well, I'm going to either use a different address or

16   use a different city. He tries three or four things. The ad

17   never gets reposted.

18           So, if you were somebody all about money, take it

19   down. As soon as it came up someplace else, hey, why not.

20   Didn't happen that way. They took it down. Took it down. In

21   place, in place. Guard, guardian things in place, if you will.

22           So now we get to this. And by the way, when Carl is

23   in Dallas running this whole thing, Mike never left Arizona.

24   Mike is an Arizona guy, family's here, and never had a reason

25   to be going with Carl because, obviously, he wasn't the guy

1    that ran the website.

2            So now ask yourself this:  You're going to have proof

3    absolutely that, when Craigslist closed "Adult," the abusers

4    moved to "Women Looking for Men," "Dating," all this stuff.

5    And you're going to find out also that others moved overseas

6    and you're going to find out that others moved to Facebook and

7    they moved to Twitter and they moved to TikTok.

8            Well, right now what happened is, when they said --

9    the government -- "The abusers are on Backpage.  We're closing

10   Backpage," when the abusers moved to Facebook, are they going

11   to come in and close Facebook?  When the abusers moved to

12   Twitter, are they going to close Twitter?  When they moved to

13   TikTok, are they going to close TikTok?  When will it end?  Or

14   are these guys the real deal who say we can help you get the

15   ones responsible, the ones who are preying upon the young

16   women, who are forcing -- whatever they're doing, taking their

17   money.  And a lot of people are, you know, consenting people

18   who are doing this stuff for a living and so on.  Backpage

19   isn't trying to make them succeed.  Backpage is doing

20   everything that they were doing, everything they could, to help

21   the police.

22           So the very last thing:  If you're sitting here and

23   you have all these police agencies -- the FBI, the FBI's head

24   and everything else -- tell you what a great job you're doing,

25   do you have the knowledge and intent to commit a crime?

1  I think the answer is clear.  And I look forward to the

2  opportunity to share that again with you when we are done and

3  we've heard all the proof.

4          Please keep an open mind and understand that we will,

5  in fact, prove things in this case, even though we have no such

6  burden, because we're going to ask questions, bring things out

7  that we think you should know.  And we'll rely on you all to

8  come up with the appropriate verdict after you've heard

9  everything in this case.  These people are part of the

10  solution, the practical realistic solution, as opposed to

11  people who are trying to make crimes happen.

12          Thank you, ladies and gentlemen.  Thank you.

13          (End of excerpt.)

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

1          C E R T I F I C A T E

2

3          I, BARBARA H. STOCKFORD, do hereby certify that I am

4    duly appointed and qualified to act as Official Court Reporter

5    for the United States District Court for the District of

6    Arizona.

7          I FURTHER CERTIFY that the foregoing pages constitute

8    a full, true, and accurate transcript of all of that portion of

9    the proceedings contained herein, had in the above-entitled

10   cause on the date specified therein, and that said transcript

11   was prepared under my direction and control.

12          DATED at Phoenix, Arizona, this 10th day of September

13   2021.

14

15

16                    _____/s/ Barbara H. Stockford_____
                       Barbara H. Stockford, RMR, CRR, CRC
17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT