# Exhibit B

| | |
|---|---|
| **From:** | Jones, Reginald (CRM) |
| **To:** | Whitney Bernstein; Rapp, Kevin (USAAZ); Stone, Andrew (USAAZ); Kozinets, Peter (USAAZ); Perlmeter, Margaret (USAAZ); Boyle, Daniel (USACAC); Stoebe, Zachry (USAAZ) |
| **Cc:** | Thomas H. Bienert; Toni Thomas; Paul Cambria; Erin McCampbell Paris; Bruce Feder; Feder Law; Gary S. Lincenberg; Ariel A. Neuman; Gopi K. Panchapakesan; david_deisenbergplc.com; joy.bertrand_gmail.com |
| **Subject:** | RE: US v. Lacey, et al. - 18-CR-00422-PHX-SMB - WDWA Brady & Jencks Materials |
| **Date:** | Friday, August 6, 2021 2:01:35 PM |
| **Attachments:** | former Backpage employee interviews.pdf |

**Counsel:**

**We have also located notes of interviews with moderators that do not appear to be memorialized in any formal MOIs or 302s. Although it is not our usual practice to produce agents' notes, we are producing them here out of an abundance of caution.**

**From:** Jones, Reginald (CRM)
**Sent:** Monday, August 2, 2021 7:29 PM
**To:** Whitney Bernstein <wbernstein@bklwlaw.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>; Stoebe, Zachry (USAAZ) <ZStoebe@usa.doj.gov>
**Cc:** Thomas H. Bienert <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** RE: US v. Lacey, et al. - 18-CR-00422-PHX-SMB - WDWA Brady & Jencks Materials

Counsel:

Please see attached.

Thanks,
Reggie


Reginald E. Jones
United States Department of Justice
Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 286-1059 (Direct)

**From:** Whitney Bernstein <wbernstein@bklwlaw.com>
**Sent:** Thursday, July 22, 2021 7:27 PM
**To:** Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Boyle, Daniel

(USACAC) <DBoyle@usa.doj.gov>; Stoebe, Zachry (USAAZ) <ZStoebe@usa.doj.gov>
**Cc:** Thomas H. Bienert <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Bruce Feder <bf@federlawpa.com>; Feder Law <fl@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** US v. Lacey, et al. - 18-CR-00422-PHX-SMB - WDWA Brady & Jencks Materials

Counsel:

Please see attached.

Thank you,

Whitney

### Whitney Z. Bernstein
**Partner** | Orange County

Bienert Katzman Littrell Williams LLP

Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700



The foregoing message is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privileges.  Accordingly, if you have received this message in error, please contact BIENERT KATZMAN LITTRELL WILLIAMS LLP immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.