**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** October 5, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Kevin Rapp, Margaret Perlmeter, and Reginald Jones

**Defendant-1:** Michael Lacey, present and released
**Attorney for Defendant (1):** Paul Cambria, Jr. and Erin McCampbell Paris (telephonic), Retained
**Defendant-2:** James Larkin, present and released
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, present and released
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, present and released
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan (telephonic), Retained
**Defendant-6:** Andrew Padilla, present and released
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, not present and released (presence waived)
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment (telephonic)

**STATUS HEARING:**

This is the time set for Status Hearing. Discussion held regarding the Court's proposed trial schedule. The Government has no objections. Other than the conflicts stated on the record by Mr. Beinert and Mr. Lincenberg, Defendants do not object to the new schedule. Defendants waive time from now until the new trial date. The parties are directed to review the prior juror questionnaires and submit changes, if any, to the Court by not later than **October 12, 2021**. Defendant Spear's request for additional Motions in Limine is **DENIED**.

**IT IS ORDERED** that jury selection will begin on **February 9, 2022 at 9:00 a.m.** Trial will commence on **February 22, 2022**. All applicable time is excluded.

**IT IS FURTHER ORDERED** setting a Status Hearing re: Juror Questionnaires on **January 31, 2022 at 9:00 a.m**. to be held via ZOOM.

**LATER:** The parties raised the issue of funding for the defense and requested a briefing schedule. **IT IS ORDERED** that Defendants file a motion regarding release of funds for their defense by no later than **October 26, 2021.** The Government's response is due by **October 9, 2021** and Defendants reply by **November 16, 2021.**

| | |
|---|---|
| **Court Reporter** Christine Coaly | **SH:  22 mins** |
| **Deputy Clerk** Elaine Garcia | |
| | **Start:  11:02 AM** |
| | **Stop:   11:24 AM** |