Thomas H. Bienert, Jr. *(admitted pro hac vice)*
    tbienert@bklwlaw.com
Whitney Z. Bernstein *(admitted pro hac vice)*
    wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for Defendant James Larkin

Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Michael Lacey, et al.,<br><br>    Defendants. | CASE NO. 2:18-cr-00422-004-PHX-SMB<br><br>**NOTICE OF FILING OF DEFENDANTS' PROPOSED SUPPLEMENTAL QUESTIONS FOR JUROR QUESTIONNAIRE**<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506<br><br>Trial Date: February 9, 2022 |

3753850.1

Paul J. Cambria, Jr. *(admitted pro hac vice)*
   pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
   emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

Bruce Feder (AZ Bar No. 004832)
   bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

David Eisenberg (AZ Bar No. 017218)
   david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

Attorney for Defendant Andrew Padilla

Joy Malby Bertrand (AZ Bar No. 024181)
   joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694

Attorney for Defendant Joye Vaught

3753850.1

2

NOTICE OF FILING OF DEFENDANTS' PROPOSED
SUPPLEMENTAL QUESTIONS FOR JUROR QUESTIONNAIRE

In connection with the October 5, 2021 Status Conference, Defendants James Larkin, Michael Lacey, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught submit the proposed Supplemental Questions for Juror Questionnaire attached as **Exhibit A**.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: October 12, 2021         Respectfully submitted,

                                                Gary S. Lincenberg
                                                Ariel A. Neuman
                                                Gopi K. Panchapakesan
                                                Bird, Marella, Boxer, Wolpert, Nessim,
                                                Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Gary S. Lincenberg*_____
            Gary S. Lincenberg
    Attorneys for Defendant John Brunst

DATED: October 12, 2021         Thomas H. Bienert Jr.
                                                Whitney Z. Bernstein
                                                Bienert Katzman Littrell Williams LLP

By: _____*/s/ Thomas H. Bienert, Jr.*_____
            Thomas H. Bienert Jr.
    Attorneys for Defendant James Larkin

DATED: October 12, 2021         Paul J. Cambria
                                                Erin McCampbell
                                                Lipsitz Green Scime Cambria LLP

By: _____*/s/ Paul J. Cambria*_____
            Paul J. Cambria
    Attorneys for Defendant Michael Lacey

| | | |
|---|---|---|
| DATED: October 12, 2021 | | Feder Law Office, P.A. |
| | By: | */s/ Bruce S. Feder* |
| | | Bruce S. Feder |
| | | Attorney for Defendant Scott Spear |
| DATED: October 12, 2021 | | The Law Office of David Eisenberg, PLC |
| | By: | */s/ David Eisenberg* |
| | | David Eisenberg |
| | | Attorney for Defendant Andrew Padilla |
| DATED: October 12, 2021 | | Joy Bertrand Esq. LLC |
| | By: | */s/ Joy Malby Bertrand* |
| | | Joy Malby Bertrand |
| | | Attorney for Defendant Joye Vaught |