# EXHIBIT A

**PROPOSED SUPPLEMENTAL/REVISED**
**QUESTIONS FOR JUROR QUESTIONNAIRE**

50. Do you, any members of your family, or close friends support, volunteer, donate to, or work for any groups or organizations that advocate for Human Trafficking Awareness, Sex Trafficking Awareness, or the Prevention of the Sexual Exploitation of Women (for example, the National Center for Missing and Exploited Children ("NCMEC"), the National Center on Sexual Exploitation, the Polaris Project, Shared Hope International, Legal Momentum, Demand Abolition, Florida Abolitionist, FairGirls, ChildSafe.ai, Arizona Anti-Trafficking Network ("AATN), Trust Arizona, Project Starfish, Auburn Theological Society/Auburn Seminary, B.H. Carroll Theological Institute, or others)?

If YES, please explain.

57a. Please list the name of the source(s) you've indicated above (for example, The Arizona Republic/AzCentral, Phoenix New Times, Village Voice, One America News, New York Times, Washington Post, Frontline, FOX, MSNBC, CNN, NPR, The Blaze, Christian Radio or any radio talk shows, ~~or~~ social media platforms, or publishing platforms like Substack.com or Medium.com):

61. Which social media sites do you use? (Check all that apply).

☐ Facebook   ☐ Twitter   ☐ Instagram ☐ Snapchat   ☐ TikTok   ☐ Parler
☐ Gab   ☐ LinkedIn   ☐ Pinterest   ☐ Reddit   ☐ YouTube
☐ Rumble   ☐ Other: _____
☐ I do not use social media

76A. Do you believe that websites hosting third-party content (such as Google/YouTube, Rumble, Facebook/Instagram, Parler, Twitter, Gab, and others) should be able to decide what content will be allowed on their websites? Please explain. _____

76B. Websites hosting third-party content often engage in 'content moderation'? Do you know what 'content moderation' is? _____ If yes, please describe. _____.

1

76C.   What are your feelings about whether websites hosting third-party content(such as YouTube, Facebook, Twitter, Google, and Instagram, among others) should be legally responsible for the content posted by users of the websites?

77.   Have you, any members of your family, or close friends ever used an adult-oriented dating or connection service (for example, Tinder, Bumble, Hinge, Ship (getshipped), OkCupid, PlentyofFish, AdultFriendFinder, iHookup, AshleyMadison, NoStringsAttached, BeNaughty, GetItOn, MaritalAffair, Alt, Grindr, Pure, Match, or OnlyFans)?

If YES, please explain who (don't use names) and identify which services: