IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>5. Dan Hyer,<br><br>            Defendant. | No. CR-18-00422-005-PHX-SMB<br><br>**[PROPOSED] ORDER** |
|---|---|

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from December 13, 2021, to _____ at _____.