1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE DISTRICT OF ARIZONA

9

10 United States of America,

Case No. 2:18-CR-00422-SMB

11 Plaintiff,

**[PROPOSED] ORDER**

12 vs.

13 Michael Lacey et al.,

14 Defendants.

15

16 The Court, having reviewed Defendants' Motion for Leave to File Excess Pages in its

17 Motion to Dismiss with Prejudice and good cause appearing,

18 **IT IS ORDERED** that the Motion for Leave to File Excess pages is granted.

19

20

21 DATED this _____ day of _____, 20_____.

22

23 _____

**HON. SUSAN M. BRNOVICH**

24 **United States District Court Judge**

25

26

27

28