# Index of Exhibits
# Motion to Dismiss with Prejudice

| | |
|---|---|
| Exhibit A | Jury Trial Day 1 AM & PM (Voir Dire) September 1, 2021 |
| Exhibit B | Jury Trial Day 2 AM (Voir Dire) September 2, 2021 |
| Exhibit C | Jury Trial Day 2 PM (Voir Dire) September 2, 2021 |
| Exhibit D | Jury Trial Day 3 AM (Voir Dire) September 3, 2021 |
| Exhibit E | Jury Trial Day 3 PM (Govt. Opening Statement) September 3, 2021 |
| Exhibit F | Jury Trial Day 4 AM (Defense Opening Bienert) September 8, 2021 |
| Exhibit G | Jury Trial Day 4 PM (Defense Openings of Feder, Eisenberg, Bertrand, and Cambria; Fichtner Testimony) September 8, 2021 |
| Exhibit H | Jury Trial Day 5 AM (Adjourned Day re Covid) September 9, 2021 |
| Exhibit I | Jury Trial Day 6 AM (Fichtner Testimony; J. Svendgard Testimony) September 10, 2021 |
| Exhibit J | Jury Trial Day 6 PM (Fichtner Testimony; J. Svendgard Testimony; N. Svendgard Testimony) September 10, 2021 |
| Exhibit K | Jury Trial Day 7 AM (Fichtner Testimony) September 13, 2021 |
| Exhibit L | Jury Trial Day 7 PM (Cooper Testimony) September 13, 2021 |
| Exhibit M | Jury Trial Day 8 AM (Mistrial Ruling) September 14, 2021 |
| Exhibit N | Transcript of December 4, 2020 Hearing |
| Exhibit O | Dismissal Order from *United States v. Lopez-Avila* 4:10-cr-00035-CKJ-HCE |
| Exhibit P | Correspondence with Govt. re Release of Funds, October 13, 2021 |
| Exhibit Q | **Filed Under Seal** WDWA Grand Jury Testimony, November 7, 2021 |
| Exhibit R | **Filed Under Seal** WDWA Vienneau Report |