# Exhibit Q

Filed Under Seal