DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: (602.237.5076)
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>           v.<br><br>Michael Lacey, et al.,<br><br>                      Defendants. | CR-18-00422-06-PHX-SRB<br><br>**DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES FOR DEFENDANTS' JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Defendant Andrew Padilla, by and through counsel, hereby gives notice that he joins in Defendants Lacey, Larkin, Spear and Brunts Motion For Leave To File Excess Pages For Defendants' Joint Motion to Dismiss With Prejudice (Doc. 1354). The Defendant's Joint Motion to Dismiss With Prejudice is docketed at Doc. No. 1355. Defendant Padilla adopts all the positions, factual and legal arguments set forth in the Defendants' motion as if fully set forth herein.

Respectfully submitted this 21st day of October, 2021.

                                        *s/ David Eisenberg*
                                        _____
                                        DAVID EISENBERG
                                        Counsel for Defendant Andrew Padilla

**Certificate of Service**

I hereby certify that on October 21, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.


   *s/ David Eisenberg*
     David Eisenberg