# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    vs.<br><br>5. Dan Hyer,<br><br>             Defendant. | No. CR-18-00422-005-PHX-SMB<br><br>**ORDER**<br><br>**(Seventh Request)** |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing (Doc. 1350).

**IT IS FURTHER ORDERED** continuing the Sentencing from December 13, 2021, to  May 31, 2022 at 10:00 a.m., in Phoenix, Arizona.

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

Dated this 21st day of October, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge