# Index of Exhibits

**Exhibits to Declaration of John Brust**

| | |
|---|---|
| Exhibit A | Membership Purchase Agreement November 8, 2012 |
| Exhibit B | Borrower Pledge and Security Agreement January 17, 2013 |
| Exhibit C | Credit Agreement January 17, 2013 |
| Exhibit D | Account Ledger Pertaining to BBVA Compass Account '4862, held by Cereus Properties from September 2017 to December 2017 |
| Exhibit E | Intellectual Property License between Backpage.com, LLC and Vermillion Holdings, LLC. April 22, 2015 |
| Exhibit F | Assignment of License Agreement between Vermillion Holdings, LLC and UGC Tech Group, C.V. April 22, 2015 |
| Exhibit G | Purchase and Sale Agreement Between Vermillion Holdings, LLC and UCG Tech Group, C.V. April 22, 2015 |
| Exhibit H | Loan Agreement between Vermillion Holdings, LLC and UGC Tech Group, C.V. April 22, 2015 |
| Exhibit I | Note Payable Schedule Regarding the Sale of the Backpage Business |

**Other Exhibits**

| | |
|---|---|
| Exhibit J | Email from AUSA Dan Boyle to Defense Counsel October 13, 2021 |
| Exhibit K | Letter from Thomas H. Bienert, Jr. to October 15, 2021 |
| Exhibit L | Email from Scott M. Garringer Chief, Criminal Division US Attorney's Office, Los Angeles October 18, 2021 |
| Exhibit M | Declaration of Daniel J. Quigley October 25, 2021, with Exhibits A and B |
| Exhibit N | Affidavit of US Postal Inspector Lyndon Versoza in Central District of California Case No. 18-mj-00722 March 28, 2018 |