# Exhibit D

| Date | Ref No. | Payee | Memo | Distribution | Deposit | Balance | Type | Memo | Destination Bank Acct. | Wire / Bk Transfer #s |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2017 | 567 | | To record receipt of 2/2 of VMG principal payment | | 60,000.00 | 376,984.33 | Journal | notes receivable | Org Voice Media Group | 20170901F2QCZ60C00401009011556FT03 |
| 09/14/2017 | 585 | | To record receipt of August VMG interest. | | 180,859.46 | 557,843.79 | Journal | notes receivable | Org Voice Media Group | 20170914F2QCZ60C00311209141637FT03 |
| 09/20/2017 | 588 | | To record receipt of VMG catch up payment for deferred interest | | 51,485.68 | 609,329.47 | Journal | notes receivable | Org Voice Media Group | 20170920F2QCZ60C00182509201311FT03 |
| 09/20/2017 | 1021 | JOHN E BRUNST | 09/20/2017 distribution | 28,326.17 | | 581,003.30 | Check | John Brunst distribution by check #1021 | | |
| 09/20/2017 | 1022 | TROY LARKIN | 09/20/17 distributions | 5,903.68 | | 575,099.62 | Check | Troy Larkin distribution by check #1022 | | |
| 09/20/2017 | 1023 | RAMON LARKIN | 09/20/2017 distribution | 5,903.68 | | 569,195.94 | Check | Ramon Larkin distribution by check #1023 | | |
| 09/25/2017 | 590 | | Distribution wires to shareholders | 20,468.47 | | 548,727.47 | Journal | Scott Spear distribution | Ally Bank 6292 | 20170925F2QCZ60C000055 |
| 09/25/2017 | 590 | | Distribution wires to shareholders | 213,795.31 | | 334,932.16 | Journal | James Larkin distribution | Republic Bank 938 | 20170925F2QCZ60C000056 |
| 09/25/2017 | 590 | | Distribution wires to shareholders | 225,602.68 | | 109,329.48 | Journal | Michael Lacey distribution | Republic Bank 485 | 20170925F2QCZ60C000054 |
| 09/29/2017 | 6493 | Voice Media Group / New Times | | | 49,636.49 | 158,965.97 | Deposit | rent | | |
| 10/10/2017 | 609 | | To record receipt of September VMG interest. | | 223,965.99 | 382,931.96 | Journal | notes receivable | Org Voice Media Group | 20171010F2QCZ60C00299010101251FT03 |
| 10/23/2017 | 615 | | To record Oct 2017 catch-up payment by VMG | | 100,000.00 | 482,931.96 | Journal | notes receivable | Org Voice Media Group | 20171023F2QCZ60C00159510231243FT03 |
| 10/26/2017 | 6577 | Voice Media Group / New Times | | | 49,607.74 | 532,539.70 | Deposit | rent | | |
| 10/31/2017 | 621 | | To record Oct 2017 catch-up payment by VMG | | 20,000.00 | 552,539.70 | Journal | notes receivable | Org Voice Media Group | 20171031F2QCZ60C00258410311311FT03 |
| 11/03/2017 | 622 | | To record Nov 2017 principal reduction payment by VMG | | 150,000.00 | 702,539.70 | Journal | notes receivable | Org Voice Media Group | 20171103F2QCZ60C00232211031409FT03 |
| 11/06/2017 | 636 | | To record Nov 2017 principal reduction payment by VMG | | 200,000.00 | 902,539.70 | Journal | notes receivable | Org Voice Media Group | 20171106F2QCZ60C00311911061627FT03 |
| 11/10/2017 | 637 | | To record receipt of October VMG interest. | | 229,739.31 | 1,132,279.01 | Journal | notes receivable | Org Voice Media Group | 20171110F2QCZ60C00027511100632FT03 |
| 11/13/2017 | 1028 | JOHN E BRUNST | 11/13/2017 distribution | 62,317.56 | | 1,069,961.45 | Check | John Brunst distribution by check #1028 | | |
| 11/13/2017 | 1029 | TROY LARKIN | 11/13/17 distributions | 12,988.10 | | 1,056,973.35 | Check | Troy Larkin distribution by check #1029 | | |
| 11/13/2017 | 1030 | RAMON LARKIN | 11/13/2017 distribution | 12,988.10 | | 1,043,985.25 | Check | Ramon Larkin distribution by check #1030 | | |
| 11/14/2017 | 645 | | VMG distribution wires | 45,030.64 | | 998,954.61 | Journal | Scott Spear distribution | Ally Bank 6292 | 20171114F2QCZ60C001089 |
| 11/14/2017 | 645 | | VMG distribution wires | 470,349.69 | | 528,604.92 | Journal | James Larkin distribution | Republic Bank 938 | 20171114F2QCZ60C001088 |
| 11/14/2017 | 645 | | VMG distribution wires | 496,325.90 | | 32,279.02 | Journal | Michael Lacey distribution | Republic Bank 485 | 20171114F2QCZ60C001086 |
| 11/22/2017 | 644 | | To record Nov 2017 principal reduction payment by VMG | | 100,000.00 | 132,279.02 | Journal | notes receivable | Org Voice Media Group | 20171122F2QCZ60C00345811221617FT03 |

| Date | Ref No. | Payee | Memo | Distribution | Deposit | Balance | Type | Memo | Destination Bank Acct. | Wire / Bk Transfer #s |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2017 | 6691 | Voice Media Group / New Times | | | 50,108.99 | 182,388.01 | Deposit | rent | | |
| 11/29/2017 | 648 | | To record Nov 2017 principal reduction payment by VMG (part of this may be Nov interest) | | 562,938.73 | 745,326.74 | Journal | notes receivable | Org Voice Media Group | 20171129F2QCZ60C00325711291605FT03 |
| 12/08/2017 | 668 | | To record receipt of November VMG interest. | | 219,538.27 | 964,865.01 | Journal | notes receivable | Org Voice Media Group | 20171208F2QCZ60C00217812081310FT01 |
| 12/13/2017 | 672 | | VMG distribution wires | 38,890.10 | | 925,974.91 | Journal | Scott Spear distribution | Ally Bank 6292 | 20171213F2QCZ60C002505 |
| 12/13/2017 | 672 | | VMG distribution wires | 406,211.10 | | 519,763.81 | Journal | James Larkin distribution | Republic Bank 938 | 20171213F2QCZ60C002503 |
| 12/13/2017 | 672 | | VMG distribution wires | 428,645.09 | | 91,118.72 | Journal | Michael Lacey distribution | Republic Bank 485 | 20171213F2QCZ60C002504 |
| 12/13/2017 | 1025 | JOHN E BRUNST | 12/13/2017 distribution | 53,819.71 | | 37,299.01 | Check | John Brunst distribution by check #1025 | | |
| 12/13/2017 | 1026 | TROY LARKIN | 12/13/17 distributions | 11,217.00 | | 26,082.01 | Check | Troy Larkin distribution by check #1026 | | |
| 12/13/2017 | 1027 | RAMON LARKIN | 12/13/2017 distribution | 11,217.00 | | 14,865.01 | Check | Ramon Larkin distribution by check #1027 | | |
| 12/15/2017 | 674 | | To record Dec 2017 principal reduction payment by VMG | | 50,000.00 | 64,865.01 | Journal | notes receivable | Org Voice Media Group | 20171215F2QCZ60C00467912151656FT01 |
| 12/28/2017 | 6783 / 6806 | Voice Media Group / New Times | | | 55,831.06 | 120,696.07 | Deposit | rent / legal costs | | |