# EXHIBIT F

<u>**EXECUTION VERSION**</u>

## ASSIGNMENT OF LICENSE AGREEMENT

This **ASSIGNMENT OF LICENSE AGREEMENT** (this "<u>Assignment</u>") is made as of April 22, 2015 ("<u>Effective Date</u>") by and between **VERMILLION HOLDINGS LLC**, a Delaware limited liability company ("<u>Assignor</u>"), and **UGC TECH GROUP C.V.**, a Dutch limited partnership ("<u>Assignee</u>").

### RECITALS

**WHEREAS**, Backpage.com LLC, a Delaware limited liability company and a subsidiary of Assignor ("<u>Backpage</u>") and Assignor entered into an Intellectual Property License dated as of the date hereof (the "<u>License Agreement</u>");

**WHEREAS**, Assignor and Assignee are parties to a Purchase and Sale Agreement dated as of the date hereof (the "<u>Purchase Agreement</u>") pursuant to which Assignor is assigning and transferring all of its right title and interest in and to the License Agreement to Assignee.

**WHEREAS**, this Assignment is entered into in furtherance of the purposes set forth in the Purchase Agreement; and

**WHEREAS**, any capitalized terms not defined herein shall have the meaning given to them in the License;

**NOW, THEREFORE**, in consideration of the recitals, the mutual promises contained in this Assignment and the Purchase Agreement, and for other good and valuable consideration, the parties hereby agree as follows:

1. <u>Assignment of Intellectual Property</u>. Assignor hereby sells, conveys, transfers and assigns to Assignee all of Assignor's right, title and interest in and to the License.

2. <u>Representations and Warranties</u>. Assignor makes no representations and warranties regarding the License Agreement other than those set forth in Article II of the Purchase Agreement.

3. <u>Miscellaneous</u>.

    (a) <u>Successors and Assigns</u>. This Assignment and all the provisions hereof shall be binding upon and inure to the benefit of the parties and their respective successors and permitted assigns.

    (b) <u>Severability and Further Assurances</u>. If any provision of this Assignment is held invalid, the remainder of the Assignment shall not be affected thereby. The parties agree to execute and deliver such documents, agreements and other writings and take such other actions as may be necessary or desirable in order to expeditiously consummate or implement the transactions contemplated in this Assignment.

(c) <u>Waiver</u>. The failure of either party to insist, in any one or more instances, upon performance of any of the terms or conditions of this Assignment, shall not be construed as a waiver or relinquishment of any rights granted hereunder.

(d) <u>Governing Law</u>. This Assignment shall be governed, construed and enforced in accordance with the internal laws of the State of Delaware, without regard to conflict of law principles, as to all matters including, without limitation, matters of validity, construction, effect, performance and remedies.

[Signature appears on following page.]

**IN WITNESS WHEREOF** the parties have caused this Assignment to be executed as of the Effective Date by their duly authorized representatives or agents.

**ASSIGNOR:**

**VERMILLION HOLDINGS, LLC,** a Delaware limited liability company

By: _____
Name:  John E. Brunst
Title    President

**ASSIGNEE:**

**UGC TECH GROUP C.V.,** a Dutch limited partnership

By:   CF Holdings GP LLC, its sole general partner

By: _____
Name: Carl A. Ferrer
Title    Chief Executive Officer

[Signature Page - General Assignment of Intellectual Property]

QB\34753092.2

IN WITNESS WHEREOF the parties have caused this Assignment to be executed as of the Effective Date by their duly authorized representatives or agents.

ASSIGNOR:

**VERMILLION HOLDINGS, LLC,** a Delaware limited liability company

By:_____
Name:  John E. Brunst
Title    President

ASSIGNEE:

**UGC TECH GROUP C.V.,** a Dutch limited partnership

By:    CF Holdings GP LLC, its sole general partner

By:_____
Name: Carl A. Ferrer
Title   Chief Executive Officer

[Signature Page - General Assignment of Intellectual Property]

QB\34753092.2