# EXHIBIT I

| Payments Received | | Atlantic (US Loan) | | | UGC (Foreign Loan) | | |
|---|---|---|---|---|---|---|---|
| | | Principal | Interest | Total | Principal | Interest | Total |
| 2015 (April-Dec) | | 9,987,500 | 26,093,714 | 36,081,214 | 950,000 | 3,841,286 | 4,791,286 |
| 2016 | | 6,686,394 | 37,499,540 | 44,185,934 | 22,281,351 | 4,739,850 | 27,021,201 |
| 2017 | | 2,005,178 | 5,757,263 | 7,762,441 | 29,947,460 | 1,401,317 | 31,348,777 |
| 2017 Principal Payments directed To Feder/Arguedas | | 1,000,000 | - | 1,000,000 | | | |
| 2017 Principal Payments directed to Kasowitz, Rusing and Kimerer | | | | | 1,500,000 | - | 1,500,000 |
| 2018 Principal Payments | | 3,818,491 | 895,848 | 4,714,339 | 8,842,620 | 56,675 | 8,899,295 |
| 2018 Principal Payments directed to Rusing | (March 2018) | 2,000,000 | - | 2,000,000 | 2,779,203 | - | 2,779,203 |
| | | 25,497,563 | 70,246,365 | 95,743,928 | 66,300,634 | 10,039,128 | 76,339,762 |
| | | | | | Total Payments-Both Loans | | 172,083,690 |

| | | | |
|---|---|---|---|
| Principal | | | 84,518,994 |
| Interest | | | 80,285,493 |
| Retainers | | | 7,279,203 |
| | | | 172,083,690 |

| Loan Summary | | | | | |
|---|---|---|---|---|---|
| Original Loan Balance | | 535,673,694 | | 77,172,218 | |
| Principal Payments- 2015 | | (9,987,500) | | (950,000) | |
| | 2016 | (6,686,394) | | (22,281,351) | |
| | 2017 | (3,005,178) | | (31,447,460) | (34,452,638) |
| Dec 2016 Note Amendment | | (353,999,800) | | - | |
| Loan Balance 12/31/17 | | 161,994,822 | | 22,493,407 | |
| Principal Payments- 2018 | 2018 | (3,818,491) | | (8,842,620) | |
| Record Deposits to Rusing | | (2,000,000) | | (2,779,203) | (2,779,203) |
| Balance 3-31-18 | | 156,176,331 | | 10,871,584 | (37,231,841) |

DEFENSE  006185