Exhibit L

| | |
|---|---|
| **From:** | Garringer, Scott (USACAC) |
| **To:** | Whitney Bernstein; Thomas H. Bienert |
| **Cc:** | Galatzan, Jonathan (USACAC); Boyle, Daniel (USACAC); Rapp, Kevin (USAAZ) |
| **Subject:** | RE: Letter from Tom Bienert re CACD 18-CV-8420-RGK |
| **Date:** | Monday, October 18, 2021 10:56:50 AM |

Mr. Bienert and Mr. Bernstein-

Thank you for your letter.  I have reviewed your requests and the four categories of assets you seek to be returned, and I have discussed your requests with AUSA Dan Boyle.  I have also discussed this matter with Acting U.S. Attorney Tracy Wilkison, and we are not going to intervene in the negotiations, particularly given the currently-pending briefing schedule on the motion you informed the Court you would be filing, which we do not want to delay.  If you would like the IOLTA funds returned, you will need to file a Monsanto motion and make a showing that you lack other assets to fund your defense.  Backpage has already agreed to forfeit those funds, so there is no question that those funds are tainted, but you can also challenge that forfeiture in the ancillary proceedings at the appropriate time.  Regarding the second category, we do not agree with your calculations and position that the government has no right to seize 10 percent of those funds, particularly given the money laundering charges and the government's entitlement to commingled assets as a result, which Steve Welk emphasized with Mr. Bienert during our discussion back on July 30, 2019.  Regarding the third category, there may be room to negotiate, so I encourage you to discuss with AUSA Boyle and his Chief, Jonathan Galatzan, but neither Tracy Wilkison nor I are going to intervene in those negotiations.  Similarly, I suggest that you raise the fourth category with AUSAs Boyle and Galatzan as well, as I am told that this theory has not been discussed with them.  AUSAs Boyle and Galatzan have full authority to negotiate these matters, and if you are not satisfied with those negotiations, you should file your motion, and the parties can litigate it.  I am not going to inject myself into those negotiations, particularly when the briefing schedule for that motion is underway.  Thank you,

SCOTT M. GARRINGER
Chief, Criminal Division
United States Attorney's Office
312 North Spring Street
Los Angeles, CA 90012
T: 213.894.2417 | scott.garringer@usdoj.gov

---

**From:** Whitney Bernstein <wbernstein@bklwlaw.com>
**Sent:** Friday, October 15, 2021 10:06 AM
**To:** Wilkison, Tracy (USACAC) <TWilkison@usa.doj.gov>; Garringer, Scott (USACAC) <SGarringer@usa.doj.gov>; Galatzan, Jonathan (USACAC) <jgalatzan@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>; McCormick, Glenn (USAAZ) <GMcCormick@usa.doj.gov>; Sechrist, Heather (USAAZ) <HSechrist@usa.doj.gov>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Connor, Deborah (CRM) <Deborah.Connor@usdoj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>

**Cc:** Thomas H. Bienert <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Paul John Cambria, Jr <pcambria@lglaw.com>; Erin McCampbell Paris <eparis@lglaw.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Bruce Feder <bf@federlawpa.com>; FL <fl@federlawpa.com>; Ramachandran, Seetha <SRamachandran@proskauer.com>; Daniel J. Quigley (quigley@djqplc.com) <quigley@djqplc.com>
**Subject:** [EXTERNAL] Letter from Tom Bienert re CACD 18-CV-8420-RGK

Dear Government Counsel,

Please see attached letter from Tom Bienert.

Thank you,

Whitney


**Whitney Z. Bernstein**
**Partner** | Orange County

Bienert Katzman Littrell Williams LLP

Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700

The foregoing message is confidential and intended for the designated recipient only. The foregoing information may be protected by attorney-client and/or work product privileges. Accordingly, if you have received this message in error, please contact BIENERT KATZMAN LITTRELL WILLIAMS LLP immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.