IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>               Defendants. | Case No. 2:18-CR-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed Defendants' Motion to Partially Vacate Seizure Warrants and Release Funds to Defendants ("Motion") and good cause appearing,

**IT IS ORDERED** that Defendants' Motion is granted.

The Court hereby vacates the seizure warrants restraining assets belonging to the Defendants, to the extent they restrain funds tied to the "VMG Depository Account Funds" and the "Attorney Retainer Funds," and orders the government to release those funds to the Defendants.

As to the "Foreign Loan Payments," those funds are not tainted or otherwise subject to pre-trial seizure or restraint. Accordingly, the government is ordered to release any seized funds traceable to the "Foreign Loan Payments."

/ / /

/ / /

/ / /

/ / /

As to the "Non-Adult Advertising Proceeds," those funds are not tainted or otherwise subject to pre-trial seizure or restraint. Accordingly, the government is ordered to release any seized funds traceable to the "Non-Adult Advertising Proceeds."

DATED this ____ day of _____, 20____.

**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**