1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  United States of America, | No. CR-18-00422-001-PHX-SMB |
| 10              Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Michael Lacey, et al., | |
| 13              Defendants. | |

14

15      I hereby recuse myself from any further action in the above-captioned matter.

16      **IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of

17  Arizona.

18      **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot

19  to the Honorable Diane J. Humetewa.  All future pleadings and papers submitted for filing

20  shall bear the following complete case number: CR-18-00422-PHX-DJH.

21      Dated this 29th day of October, 2021.

22
23
24
25

Honorable Susan M. Brnovich
United States District Judge

26
27
28