Thomas H. Bienert, Jr. *(admitted pro hac vice)*
  tbienert@bklwlaw.com
Whitney Z. Bernstein *(admitted pro hac vice)*
  wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
*Attorneys for James Larkin*

Paul J. Cambria, Jr. *(admitted pro hac vice)*
  pcambria@lglaw.com
Erin McCampbell *(admitted pro hac vice)*
  emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
*Attorneys for Michael Lacey*

[Additional counsel listed on next page]

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | CASE NO. 2:18-cr-00422-004-PHX-DJH<br><br>**DEFENDANTS' JOINT MOTION REQUESTING STATUS CONFERENCE**<br><br>Assigned to Hon. Diane J. Humetewa<br><br>Trial Date: February 9, 2022 |

1   Gary S. Lincenberg *(admitted pro hac vice)*
        glincenberg@birdmarella.com
2   Ariel A. Neuman *(admitted pro hac vice)*
        aneuman@birdmarella.com
3   Gopi K. Panchapakesan *(admitted pro hac vice)*
        gpanchapakesan@birdmarella.com
4   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
5   DROOKS, LINCENBERG & RHOW, P.C.
6   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
7   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
8   *Attorneys for John Brunst*

9   Bruce Feder (AZ Bar No. 004832)
        bf@federlawpa.com
10  FEDER LAW OFFICE, P.A.
11  2930 E. Camelback Road, Suite 160
    Phoenix, Arizona 85016
12  Telephone: (602) 257-0135
13  *Attorney for Scott Spear*

14  David Eisenberg (AZ Bar No. 017218)
        david@deisenbergplc.com
15  DAVID EISENBERG PLC
16  3550 N. Central Ave., Suite 1155
    Phoenix, Arizona 85012
17  Telephone: (602) 237-5076
    Facsimile: (602) 314-6273
18  *Attorney for Andrew Padilla*

19  Joy Malby Bertrand (AZ Bar No. 024181)
        joy.bertrand@gmail.com
20  JOY BERTRAND ESQ LLC
21  P.O. Box 2734
    Scottsdale, Arizona 85252
22  Telephone: (602)374-5321
    Facsimile: (480)361-4694
23  *Attorney for Joye Vaught*

24

25

26

27

28

Defendants Lacey, Larkin, Spear, Brunst, Padilla, and Vaught (collectively, "Defendants") hereby request that the Court set a status conference at the Court's earliest convenience, prior to any hearing on pending substantive motions, and preferably whereby out of town counsel have the option of participating by Zoom.  The government does not oppose Defendants' request for a status conference.

Defendants request a status conference so that the Court can address the following matters:

### 1)   <u>Inquiry regarding potential appearance of lack of impartiality</u>

As this Court is aware, three judges have recused themselves from this case (for undisclosed reasons, with two recusing after presiding for a significant amount of time).  With respect to the immediate past judge, Defendants moved for recusal over a year ago based upon Attorney General Brnovich's adversity to Backpage.com (Dkt. 1059).  In denying Defendants' motion for recusal at that time, Judge Brnovich criticized Defendants for not raising the issue earlier.  Because Defendants are aware of some facts that could cause a reasonable person with knowledge of the facts to conclude that Your Honor's impartiality might reasonably be questioned, Defendants request a status conference to alert the Court in a timely manner.[1]

Defendants are aware that Your Honor held at least one press conference with various organizations to raise awareness of human trafficking, some of which organization may be affiliated with witnesses on the government's witness list.  Defendants are also aware of Your Honor's close personal and professional connection with the late Senator John McCain and his wife, Cindy McCain, as well as Your Honor's significant support for organizations associated with the McCains, including financial contributions to the McCain Institute.  The McCains and

---

[1]   *See In re Bernard*, 31 F.3d 842, 847 (9th Cir. 1994) ("Counsel for a party who believes a judge's impartiality is reasonably subject to question has not only a professional duty to his client to raise the matter, but an independent responsibility as an officer of the court. Judges are not omniscient and, despite all safeguards, may overlook a conflict of interest. A lawyer who reasonably believes that the judge before whom he is appearing should not sit must raise the issue so it may be confronted and put to rest. Any other course would risk undermining public confidence in our judicial system.").

the McCain Institute have been outspoken critics of Backpage.com[2] and a driving force behind political efforts to shut down the site.  For example:

- On January 10, 2017, the McCain Institute posted the following message to its website:  "The McCain Institute is pleased to share the report of the Senate Permanent Subcommittee on Investigations[3] entitled: Backpage.com's Knowing Facilitation of Online Sex Trafficking.  It is the culmination of almost two years of investigation and highlights the reprehensible practice of advertising and selling children online for sex by backpage.com.  Hiding behind the Communications Decency Act, backpage.com has caused immeasurable harm, ruined lives, and destroyed families, while profiting handsomely.  By using "strip terms from ad" filters, they knowingly advertised underage victims for sale for sex.  Mrs. McCain and the McCain Institute have diligently focused attention on the need to shut down backpage.com's facilitation of sex trafficking and are pleased that the attached report and January 10, 2017, Senate hearing have succeeded."

- Following the issuance of the indictment in this case, in connection with an azcentral.com article entitled, "Cindy and John McCain laud Backpage seizure," Cindy McCain was quoted as saying that the seizure of Backpage means "the federal government means business now."  Former Senator John McCain released a statement that read: "The seizure of the malicious sex marketplace Backpage.com marks an important step forward in the fight against human trafficking."

- On January 9, 2020, the McCain Institute posted on Twitter the following statement from Cindy McCain:  "We shut down the biggest perpetrator of all,

---

[2]    The McCain Institute is also associated with at least one of the government's trial witnesses.

[3]    Senator McCain was a prominent member of the committee.

that was an organization called backpage."  On the McCain Institute's Twitter page, there are nearly 40 tweets regarding Backpage dating back to May 20, 2013.

- On August 11, 2017, Cindy McCain authored an op-ed for azcentral.com entitled, "My Turn: Why is it OK to sell Kids on websites like Backpage?"

- On September 27, 2017, in a hearing on "Human Trafficking of American Indian and Alaska Natives" before the Senate Committee on Indian Affairs, Cindy McCain provided a statement that read, in part, "[b]ecause of their exotic beauty, Native girls are also sold for a very high price on websites like backpage.com. Backpage has been found to be complicit in writing ads that vaguely attempt to disguise the selling of these precious children for sex.  In other words, Backpage *knowingly* promotes the abuse of our beautiful Native American children along with other ethnicities."  (emphasis in original).

- During the same hearing, Senator John McCain stated that human trafficking on reservations is "rampant" and that "websites like Backpage.com" are "knowingly exploiting Native Americans and Alaska natives."

Further, Defendants Lacey and Larkin, through their work at the *Phoenix New Times*, have been highly critical of the McCains.  For example, in 1989, they published an article entitled, "McCain: the Most Reprehensible of the Keating Five," criticizing Senator McCain's involvement in the Keating Five scandal.  Then, in 1994, they published an article entitled, "Opiate for the Mrs.," regarding Cindy McCain's alleged addiction to prescription painkillers.

Finally, there is an acrimonious history between Defendants and Sheriff Arpaio that relates to the *Phoenix New Times* and resulted in Defendants Lacey and Larkin's false arrest, and consequent lawsuit against Sheriff Arpaio and sizeable settlement with Maricopa County.  As Your Honor served in leadership positions in the law enforcement community during Sheriff Arpaio's tenure, Defendants inquire as to whether the Court had any communications relating to investigations or arrests of any Defendants that could influence the appearance of partiality.

In light of the foregoing, Defendants must raise and address the issue of whether the Court's partiality may reasonably be questioned.  *See* 18 U.S.C. § 455.  These issues should be

addressed before the Court rules on any substantive motions.

    **2)**    **Adjudication of outstanding motions and other issues**

Defendants request that the court set hearing dates for the following pending motions:

- Defendants' Renewed Motion to Dismiss for Invasion of the Lawyer-Client Privilege (Dkt. 1238).

- Defendants' Motion to Compel Government to Comply with its *Brady* and *Giglio* Obligations (Dkt. 1281).

- Defendants' Motion to Partially Vacate Seizure Warrants and Release Funds to Defendants (Dkt. 1366).

- Consideration of prior rulings (*i.e.* on motions *in limine*) in light of developments at the first trial.

- Jury instruction conference and consideration of a First Amendment preliminary jury instruction (particularly in light of the evidence the government presented during the prior trial).

**3)  Jury Questionnaire Schedule**

Defendants request that the Court address the scheduling of mailing out the jury questionnaires, distribution of completed questionnaires to counsel with sufficient time to review, and a hearing to review hardships. Defendants further request that the Court address proposed changes to the questionnaire submitted by the parties. Dkts. 1348, 1349, 1352, 1360, 1365.

**4)  Trial Schedule**

Should this case proceed to trial as currently scheduled, Defendants seek to clarify whether (i) the Court sits for trial Tuesday through Friday of each week, and (ii) defense counsel Gary Lincenberg's pre-paid travel on March 25-30, 2022, which was accommodated in the trial schedule Judge Brnovich's courtroom deputy clerk previously circulated, will be accommodated in this Court's schedule as well.

To discuss all of the foregoing issues, Defendants respectfully request a status conference before the Court.

DATED:  November 4, 2021          Respectfully submitted,

Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert Katzman Littrell Williams LLP

By:      /s/ Thomas H. Bienert, Jr.
                Thomas H. Bienert Jr.
             Attorneys for James Larkin

Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Thomas H. Bienert, Jr. hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

DATED:  November 4, 2021          Paul J. Cambria
Erin McCampbell
Lipsitz Green Scime Cambria LLP

By:      /s/ Paul J. Cambria
                Paul J. Cambria
             Attorneys for Michael Lacey

DATED:  November 4, 2021          Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:      /s/ Gary S. Lincenberg
                Gary S. Lincenberg
             Attorneys for John Brunst

DATED:  November 4, 2021          Feder Law Office, P.A.

By:      /s/ Bruce S. Feder
                Bruce S. Feder
             Attorney for Scott Spear

DEFENDANTS' JOINT MOTION REQUESTING STATUS CONFERENCE

1  DATED:  November 4, 2021          The Law Office of David Eisenberg, PLC

2                                    By:     /s/ David Eisenberg
3                                            David Eisenberg
                                            Attorney for Andrew Padilla
4

5  DATED:  November 4, 2021          Joy Bertrand Esq. LLC

6                                    By:     /s/ Joy Malby Bertrand
7                                            Joy Malby Bertrand
                                            Attorney for Joye Vaught
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' JOINT MOTION REQUESTING STATUS CONFERENCE

1

## CERTIFICATE OF SERVICE

2

      I hereby certify that on November 4, 2021, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice

4

of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel

5

of record.

6

7

                  */s/ Toni Thomas*
                  Toni Thomas

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' JOINT MOTION REQUESTING STATUS CONFERENCE