IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-CR-00422-PHX-DJH |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

The Court, having reviewed Defendants' Joint Motion Requesting Status Conference, and good cause appearing,

**IT IS ORDERED** that Defendants' Joint Motion Requesting Status Conference is granted and a Status Conference Hearing is Ordered on _____, 2021 [with the option for out of town counsel to appear via Zoom].

DATED this _____ day of _____, 2021.

_____
**HON. DIANE J. HUMETEWA**
**United States District Court Judge**