# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Pending before the Court is the Defendants' Joint Motion Requesting Status Conference ("Joint Motion") (Doc. 1378).[1]

### 1. Hearing Dates

Defendants ask the Court to set hearing dates for their pending motions, although not fully briefed. The Court, by prior separate minute entry, set December 3, 2021, for oral argument on Defendants' Motion to Dismiss (Doc. 1355). (Doc. 1376). To the extent that the Court believes any other pending motion requires oral argument, the Court will set a tentative hearing date. Accordingly, counsel are to meet and confer on which date/times they are available and file a notice of same with the Court by November 12, 2021:[2]

- December 13, 2021 [1:00 p.m. – 4:00 p.m.]
- December 20, 2021 [1:30 – 4:00 p.m.]

---

[1] By separate Order, the Court construed a portion of this Joint Motion to be a Motion for Recusal and provided an opportunity for additional briefing on the issues raised therein. (Doc. 1379). This Order addresses the remaining requests in the Joint Motion.

[2] Note that these are the only available dates on the Court's calendar. Further, the Court will permit out-of-state counsel to appear via ZOOM and only one counsel per party will be permitted to argue any singular motion.

- December 21 or 22, 2021 [1:30 – 4:00 p.m.]

**2.   Jury Questionnaires**

The Defendants also ask the Court to address "the scheduling out of mailing out the jury questionnaires." The date of mailing has been set by the U.S. District Court Jury Administrator as December 15, 2021, at the latest. The Court is aware of the parties' fully-briefed and requested changes to the jury screening questionnaire and the Court will submit its intended changes to the parties upon its revision. Prior Order of the Court (Doc. 1336) set January 31, 2022, as the status conference to review completed questionnaires for hardship. The Court will not change that setting.

**3.   Clarification of Trial Schedule**

Regarding the Trial Schedule, by separate Order (1374), the Court "inform[ed] the parties that it intends to hold them to the . . . trial dates previously set by Judge Brnovich[.]" That Order clearly means what it says, that any trial and non-trial dates agreed to by Judge Brnovich prior to this Court's assignment, are firm (to include Gary Lincenberg's and Paul Cambria's travel dates).

In accordance with the above,

**IT IS ORDERED** that Defendants' Joint Motion Requesting Status Conference (Doc. 1378) is **denied**.

**IT IS FURTHER ORDERED** that the parties are to meet and confer regarding their availability for possible hearing times on their pending motions, and notify the Court as to their availability by November 12, 2021.

Dated this 5th day of November, 2021.

Honorable Diane J. Humetewa
United States District Judge