IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-422-PHX-DJH<br><br>**ORDER** |

　　　　Based on the United States' Motion to Unseal for Limited Purpose, and good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting the United States' request to unseal the transcript of the motion hearing held on May 3, 2021, and permitting the transcript to be released to the United States.

　　　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.