Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **DEFENDANT LARKIN'S MOTION TO UNSEAL MAY 3, 2021 PROCEEDING FOR LIMITED PURPOSE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant James Larkin moves this Court for an order unsealing the transcript of the motion hearing held on May 3, 2021, for the limited purpose of allowing the transcript to be released to the defendant. Mr. Larkin previously filed a transcript request for the oral argument on that date (Doc. 1157). The proceedings were under seal and Mr. Larkin did not move the Court to unseal the proceedings at that time. Mr. Larkin now moves this Court to unseal the proceedings for the limited purpose of receiving the transcription.

RESPECTFULLY SUBMITTED this 8th day of November 2021,

          BIENERT KATZMAN LITTRELL WILLIAMS LLP
          *s/ Whitney Z. Bernstein*
          Thomas H. Bienert, Jr.
          Whitney Z. Bernstein
          Attorneys for James Larkin

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas