1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9    United States of America,                    Case No. 2:18-CR-00422-PHX-DJH

10                          Plaintiff,             **[PROPOSED] ORDER**

11   vs.

12   Michael Lacey, *et al.*,

13                          Defendants.

14

15        The Court, having reviewed Mr. Larkin's Motion to Unseal for a Limited Purpose and

16   good cause appearing,

17        **IT IS ORDERED** that Mr. Larkin's Motion to Unseal the Transcript of the May 3,

18   2021, hearing is granted, and the transcript is permitted to be released to Mr. Larkin.

19

20        DATED this _____ day of _____, 20_____.

21

22                                                 _____

23                                                 **HON. DIANE HUMEWETA**
                                                   **United States District Court Judge**

24

25

26

27

28