# EXHIBIT 1

```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN J. KUCERA (Cal. Bar No. 274184)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-3391
         Facsimile:  (213) 894-7177
 9       E-mail:   John.Kucera@usdoj.gov
10
11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
                     UNITED STATES DISTRICT COURT
13
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
15  UNITED STATES OF AMERICA,        No. CV 18-8566-RGK-PJWx

16        Plaintiff,                 WARRANT

17             v.

18  $5,462,027.17 IN BANK FUNDS
    SEIZED FROM COMPASS BANK ACCOUNT
19  '3873; AND $407,686.14 IN BANK
    FUNDS SEIZED FROM COMPASS BANK
20  ACCOUNT '4862,

21        Defendants.

22
23
24       TO: UNITED STATES MARSHALS SERVICE:

25       A Verified Complaint for Forfeiture having been filed in this

26  action,

27       IT IS ORDERED that you seize the defendants, $5,462,027.17 in

28  Bank Funds Seized from Compass Bank Account '3873; and $407,686.14 in

    Bank Funds Seized from Compass Bank Account '4862, and cause the same
```

to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: __10/9/2018_____

KIRY K. GRAY, Clerk

*Carmen Lujan* _____
Deputy Clerk of Court

2