# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Before the Court are the United States' Motion to Unseal for a Limited Purpose (Doc. 1381) and Defendant Larkin's Motion to Unseal May 3, 2021 Proceeding for Limited Purpose (Doc. 1383). Finding good cause appearing,

**IT IS ORDERED** granting the Motions (Docs. 1381 and 1383).

**IT IS FURTHER ORDERED** unsealing the transcript of the proceeding held on May 3, 2021 for the purpose of transcription and release of the transcript to the United States and Defendant Larkin. The transcript shall otherwise remain under seal until further Order of this Court.

The Court finds there is no excludable delay.

Dated this 9th day of November, 2021.

Honorable Diane J. Humetewa
United States District Judge