Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Scott Spear, *et al.*,<br><br>　　　　　Defendants. | Case No. CR18-00422-PHX-DJH-003<br><br>**NOTICE OF AVAILABILITY FOR HEARING ON REMAINING MOTIONS** |

Pursuant to the Court's order, the parties have conferred regarding their availability for scheduling Oral Argument on the remaining pending motions. Given the already existent December 3, 2021 date set for argument on the dismissal motion, all parties prefer that the remaining motions also be heard on that date. If that date is not available for the Court, the parties preferred date for scheduling Oral Argument is December 13, 2021 at 1:30 p.m.

Undersigned attorney Bruce Feder is scheduled to be outside the United States on December 13, 2021, and the availability of a reliable internet connection

1

to participate by Zoom for a hearing on that date (and the other dates listed by the Court in its order) is unknown. If there is an internet connection problem, undersigned counsel could appear telephonically, or will authorize other counsel present in person to 'stand in' for Scott Spear, his client, with the Court's permission.

RESPECTFULLY SUBMITTED this 10th day of November, 2021.

**FEDER LAW OFFICE PA**

*s/ Bruce Feder*
Bruce Feder
*Attorneys for Scott Spear*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HEMETEWA
United States District Court
Email: Hemetewa_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Ariel A. Neuman, aan@birdmarella.com
Paul J. Cambria, pcambria@lglaw.com
Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
David S. Eisenberg, david@deisenbergplc.com
Joy Malby Bertrand, Joy.Bertrand@gmail.com
*Attorneys for Defendants*

Kevin Rapp Kevin.Rapp@usdoj.gov
Andrew Stone Andrew.Stone@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
Reginald T. Jones reginald.jones4@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
*Attorneys for United States of America*

By: */s/ M. Evans*