Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **DECLARATION OF JOHN BRUNST IN SUPPORT OF REPLY RE: MOTION FOR RELEASE OF FUNDS** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Diane J. Humetewa |
| Defendants. | Trial Date:  February 9, 2022 |

# DECLARATION OF JOHN BRUNST

I, John Brunst, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of an email from Jeff Mars, CFO of Voice Media Group, to me, dated September 15, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 15 2021, at Phoenix, Arizona.

_____
John Brunst

# EXHIBIT A



Jed Brunst <jed.brunst@gmail.com>

## Fwd: Attached Image
1 message

Fri, Sep 15, 2017 at 2:26 PM

**Jeff Mars** <jeff.mars@voicemediagroup.com>
To: Jed Brunst <jed.brunst@cereusproperties.com>

Jed,
attached is an updated schedule of legal work related to the BP issues. Also attaching the detail for the two new invoices. Please let me know how you want to do the offset: i.e. remaining interest payment due and the rest towards the principal payment?
Thanks

Jeff Mars, CFO
Voice Media Group, Inc.

---------- Forwarded message ----------
From: <hrfax@voicemediagroup.com>
Date: 2017-09-15 14:13 GMT-07:00
Subject: Attached Image
To: "Mars, Jeff" <Jeff.Mars@voicemediagroup.com>

---

📎 **2399_001.pdf**
300K

Backpage related Counsel work:

Enclosed are invoices from Faegre Baker Daniels LLP, detailing the work that has been done to remove Voice Media Group/New Times Media from multiple civil litigations:

| Inv Date | Inv # | Inv $ |
| --- | --- | --- |
| 2/28/17 | 22036069 | $4829.00 |
| 3/24/17 | 22036648 | $880.00 |
| 4/27/17 | 22036792 | $29,430.00 |
| 5/30/17 | 22037933 | $6860.50 |
| 6/30/17 | 22038524 | $8586.50 |
| 7/31/17 | 22039616 | $17,433.37** |
| 8/31/17 | 22039664 | $15,043.75** |
| Total to date: | | $83,063.12 |

** New invoices added/ copies enclosed