IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | No. CR-18-422-PHX-DJH<br><br>**[PROPOSED] ORDER** |

The Court having reviewed the United States' Motion for Leave to File Excess Pages in Support of its Response to Defendants' Motion to Dismiss with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' Motion for Leave to File Excess Pages.