# Exhibit 3



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square       Main:     (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

December 17, 2019

| Paul J. Cambria Jr. | Jim Grant | Robert Corn-Revere |
|---|---|---|
| Attorney at Law | Davis Wright Tremaine, LLP | Davis Wright Tremaine, LLP |
| Lipsitz Green Scime Cambria, LLC | 920 Fifth Avenue, Suite 3300 | 1919 Pennsylvania Avenue N.W., Suite 800 |
| 42 Delaware Ave, Suite 120 | Seattle, WA 98104 | Washington, DC 20006 |
| Buffalo, NY 14202 | (attorney for Lacey and Larkin) | (attorney for Lacey and Larkin) |
| (attorney for Michael Lacey) | | |
| | | |
| Thomas H. Bienert, Jr., Esq. | Michael D. Kimerer, Esq. | Bruce Feder, Esq. |
| Bienert, Miller & Katzman, PLC | 1313 E. Osborn Road, Suite 100 | 2930 East Camelback Road, Suite 160 |
| 903 Calle Amanecer, Suite 350 | Phoenix, AZ 85014 | Phoenix, AZ 85016 |
| San Clemente, CA 92673 | (attorney for Jed Brunst) | (attorney for Scott Spear) |
| (attorney for James Larkin) | | |
| | | |
| David S. Eisenberg, Esq. | Joy Malby Bertrand, Esq. | Gary Lincenberg, Esq. |
| 3550 N. Central Ave., Suite 1155 | 1826 N. 7th Avenue | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |
| Phoenix, AZ 85012 | Phoenix, AZ, 85007 | 1875 Century Park East |
| (attorney for Andrew Padilla) | (attorney for Joye Vaught) | 23rd Floor |
| | | Los Angeles, CA 90067 |
| | | (attorney for Jed Brunst) |

Re:   U.S. v. Michael Lacey, et.al.
      CR-18-00422-PHX-SMB

Dear Counsel:

On November 27, 2019, the prosecution team indicated that it would provide you all non-privileged records received from the taint team to date.  (*See* 11/27/19 letter, attached hereto.)  As such, please find enclosed a thumb drive containing the following Bates Stamped records received from the taint team.[1]

---

[1] A thumb drive containing disclosure for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Lacey, et. al. Discovery Letter
December 17, 2019
Page 2

- Records Prosecution Team Received From Taint Team – DOJ-BP-0004900587-DOJ-BP-0004902871

Please reach out with any questions.

        Sincerely,

        BRIAN BENCZKOWSKI
        Assistant Attorney General
        Criminal Division
        U.S. Department of Justice

        *s/Reginald E. Jones*
        REGINALD E. JONES
        Senior Trial Attorney, CEOS
        (202) 616-2807
        reginald.jones4@usdoj.gov

        MICHAEL BAILEY
        U.S. Attorney

        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        ANDREW STONE
        JOHN J. KUCERA
        Assistant United States Attorneys

Enclosures