IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-422-PHX-DJH<br><br>**[PROPOSED] ORDER** |

　　　The Court having reviewed the United States' Motion for Leave to File a Surreply to Defendants' Motion to Partially Vacate Seizure Warrants and Release Funds (Doc. 1366), and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the United States' Motion for Leave to File a Surreply.