1 | Jonathan Baum (CA State Bar No. 303469)
2 | BOERSCH & ILLOVSKY LLP
  | 1611 Telegraph Ave., Suite 806
3 | Oakland, CA 94612
  | Tel: (415) 500-6640
4 | jonathan@boersch-illovsky.com

5 | Attorney for Movant Carl Ferrer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-CR-422-PHX-DJH |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

1  To the CLERK OF COURT AND ALL PARTIES OF RECORD:

2  Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address,

3  and contact information (including email) for Jonathan Baum as attorney for Movant

4  Carl Ferrer in the above-captioned case has changed. The new firm information is:

6  Jonathan Baum
   BOERSCH & ILLOVSKY LLP
7  1611 Telegraph Ave., Suite 806
   Oakland, CA 94612
8  Tel: (415) 500-6640
9  jonathan@boersch-illovsky.com

15  Dated:  Nov. 22, 2021          Respectfully submitted,

16                                 BOERSCH & ILLOVSKY LLP

18                             By  /s/ Jonathan Baum
                                   Jonathan Baum
19                                 Attorney for Movant Carl Ferrer

**CERTIFICATE OF SERVICE**

I certify that on this day of Nov. 22, 2021, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Jonathan Baum*
Jonathan Baum