**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR:  DEFENDANT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br>　　　Plaintiff,<br><br>　　　v.<br><br>Joye Vaught,<br>　　　Defendant. | Case No. CR-18-422-SMB<br><br>**MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY PHONE OR VIDEOCONFERENCING AT DECEMBER 3, 2021 HEARING** |

　　　NOW COMES the Defendant, Joye Vaught, by her attorney of record, to ask the Court to grant leave for her lawyer to appear by phone or videoconferencing at the December 3, 2021 Hearing set in this matter.  As further grounds therefore, the Defendant submits the following:

　　　Ms. Vaught's lawyer belongs to a mastermind group of women trial lawyers.  Since early October 2021, that group has had on its calendar a December 2-5, 2021 seminar in New Orleans, Louisiana.  To allow her to attend this pre-scheduled seminar, Ms. Vaught's lawyer asks this Court for leave to appear at the December 3, 2021 hearing by phone or videoconferencing

The Government does not object to this Motion.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED this 22nd day of November, 2021.

*s/Joy Bertrand*
*Joy Bertrand*
Attorney for Defendant Vaught

## CERTIFICATE OF SERVICE

On November 22, 2021, I, Joy Bertrand, attorney for the Defendant, filed the foregoing with the Arizona District Court's electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this pleading will be electronically served upon opposing counsel and co-defendants' counsel, upon its submission to the Court.

Respectfully submitted this 22d day of November, 2021.


s/Joy Bertrand
Joy Bertrand
Attorney for Defendant