# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br>    Plaintiff,<br><br>    v.<br><br>Joye Vaught,<br>    Defendant. | Case No. CR-18-422-SMB<br><br>**ORDER** |

Upon Motion of the Defendant, with good cause appearing and with no objection from the Government,

IT IS ORDERED granting Attorney Joy Bertrand leave to appear by [phone/videoconferencing] at the December 3, 2021 hearing in this matter.

IT IS FURTHER ORDERED that Attorney Bertrand shall [call 602-_____/log in to the Court's videoconferencing system at www._____] at 8:55 A.M. December 3, 2021.

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge