1    GARY M. RESTAINO
     United States Attorney
2    District of Arizona

3    KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
     MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4    PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
     ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5    Assistant U.S. Attorneys
     40 N. Central Avenue, Suite 1800
6    Phoenix, Arizona 85004-4408
     Telephone (602) 514-7500
7
     DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
8    Special Assistant U.S. Attorney
     312 N. Spring Street, Suite 1400
9    Los Angeles, CA 90012
     Telephone (213) 894-2426
10
     KENNETH POLITE
11   Assistant Attorney General
     Criminal Division, U.S. Department of Justice
12
     REGINALD E. JONES (D.C. Bar No. 1620183, reginald.jones4@usdoj.gov)
13   Senior Trial Attorney
     Criminal Division, U.S. Department of Justice
14   1400 New York Ave N.W., Suite 1200
     Washington, D.C. 20005
15   Telephone (202) 616-2807
     Attorneys for Plaintiff
16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE DISTRICT OF ARIZONA

19   United States of America,                    No. CR-18-422-PHX-DJH

20                    Plaintiff,

21          v.                            **UNITED STATES' MOTION FOR
                                          LEAVE FOR COUNSEL TO APPEAR
22                                        BY PHONE OR
                                          VIDEOCONFERENCE AT
23   Michael Lacey, et al.,               DECEMBER 3, 2021 HEARING**

24                    Defendants.

25          The United Stated respectfully requests leave of the Court for Special Assistant

26   United States Attorney Dan Boyle to appear by telephone or videoconference at the Court's

27   presently scheduled December 3, 2021 hearing on the Defendants' Motion to Dismiss

28   (Doc. 1355).

The United States makes this request for the following reasons:

- SAUSA Boyle is an Assistant United States Attorney in the Central District of California, and represents the United States in a parallel civil forfeiture case to this action, *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.*, C.D.Cal Case No. 2:18-cv-08420-RGK-PJW.   Due to the substantial factual overlap between these parallel matters, SAUSA Boyle also represents the government in this action.

- SAUSA Boyle resides in Los Angeles, California, and one of SAUSA Boyle's family members is currently quarantining pursuant to COVID-19 prevention protocols, making travel to this District for the December 3, 2021 hearing impractical.

- No defendant has opposed this request.

## CONCLUSION

The United States respectfully requests that the Court permit SAUSA Boyle to appear by telephone or videoconference at the currently scheduled December 3, 2021 hearing on defendants' Motion to Dismiss.

Respectfully submitted this 30th day of November, 2021.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Dan G. Boyle*
DAN G. BOYLE
Special Assistant U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

2

1  

REGINALD E. JONES
Senior Trial Attorney
2  
U.S. Department of Justice, Criminal Division

3  

4  

5  

6  

7  

8  

9  

10  

11  

12  

## **CERTIFICATE OF SERVICE**

13  

I hereby certify that on November 30, 2021, I electronically transmitted the attached

14  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

15  Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

16  as counsel of record.

17  *s/Marjorie Dieckman*

18  U.S. Attorney's Office

19  

20  

21  

22  

23  

24  

25  

26  

27  

28