IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having reviewed the United States' Motion for Leave for Counsel to Appear by Phone or Videoconference at the Court's presently-scheduled hearing on December 3, 2021, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' Motion for Leave for Counsel to Appear by Phone or Videoconference.