1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2  Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
4  San Clemente, California 92673
   Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701
6  tbienert@bklwlaw.com
   wbernstein@bklwlaw.com
7  *Attorneys for James Larkin*

8  Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice)*
   Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice)*
9  LIPSITZ GREEN SCIME CAMBRIA LLP
10 42 Delaware Avenue, Suite 120
   Buffalo, New York 14202
11 Telephone: (716) 849-1333
   Facsimile: (716) 855-1580
12 pcambria@lglaw.com
13 emccampbell@lglaw.com
   *Attorneys for Michael Lacey*
14
   Additional counsel listed on next page
15

16                IN THE UNITED STATES DISTRICT COURT
17                      FOR THE DISTRICT OF ARIZONA
18

19 | United States of America, | Case No. 2:18-cr-00422-PHX-SMB |
20 |           Plaintiff,       | **DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES FOR DEEFNDANTS' JOINT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE** |
21 | vs.                        |
22 | Michael Lacey, *et al.*,   |
23 |           Defendants.      |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

Defendants Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught, by and through their undersigned attorneys, respectfully request leave to file a joint Reply in support of Defendants' Joint Motion to Dismiss with Prejudice, and to exceed the page limits otherwise applicable under LRCiv. 7.2(e).

The original motion raised three bases for dismissal with prejudice pursuant to the Double Jeopardy Clause, the Court's supervisory powers, and the Due Process Clause. (Dkt. 1355.) The Court granted an expanded page limit of 29 pages to sufficiently address those issues in one pleading in a joint motion rather than in separate motions. (Dkt. 1368.) The Court also granted the government leave to file excess pages in its opposition to response to Defendants' motion (Dkt. 1402), and the government's opposition brief (Dkt. 1395), excluding exhibits, was 33 pages in length.

Defendants respectfully request leave to file a reply brief proportional to the government's 33-page opposition. Defendants further believe that it also serves judicial efficiency to address Defendants' reply in a joint brief rather than in separate briefs. Defendants therefore ask that the Court permit Defendants to file a joint reply brief that is 22 pages in length (which is fewer pages than would be permitted if each Defendant filed separately). Pursuant to LRCrim 12.1 and LRCiv 7.2(e)(2), Defendants ask that the Court grant this request to file a joint reply brief as described, a copy of which is being submitted with this motion.

RESPECTFULLY SUBMITTED this 30th day of November, 2021,

> BIENERT KATZMAN LITTRELL
> WILLIAMS LLP
> *s/ Whitney Z. Bernstein*
> Thomas H. Bienert, Jr.
> Whitney Z. Bernstein
> Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for John Brunst

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

2
MOTION TO FOR LEAVE TO FILE EXCESS PAGES FOR DEEFNDANTS'
JOINT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas