IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:18-CR-00422-DJH<br><br>**[PROPOSED] ORDER** |

　　　The Court, having reviewed Defendants' Motion for Leave to File Excess Pages for its Joint Reply in support of its Motion to Dismiss with Prejudice and good cause appearing,

　　　**IT IS ORDERED** that the Motion for Leave to File Excess pages is granted.

DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**HON. DIANE J. HUMETEWA**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**