# Exhibit U

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | October 15, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel / Alex Wyman (telephonically) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | | X | Dean Steward, Advisory Counsel | | X | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Cause is called for hearing with the defendant present (telephonically), his advisory counsel and the Government present.

The Court read and considered the briefs re jurisdiction and finds that the Court does not have jurisdiction given the interlocutory appeal and vacates the November 2, 2021 trial date and all pretrial dates.

The Court GRANTS THE Government's ex parte application extending the deadline to file the report on the TABS data by 30 days and IN PART regarding the subpoena as stated on the record. Counsel shall meet and confer on a proposed order re the subpoena and submit it to the Court.

| | : | 30 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |