# Exhibit V

| | |
|---|---|
| **From:** | Ernie Allen |
| **To:** | Ann Scofield |
| **Subject:** | FW: Kristof on Backpage |
| **Date:** | Tuesday, January 31, 2012 11:06:00 AM |
| **Attachments:** | Women"s Women Foundation Strib.docx |

Adapt for me.

---

**From:** Cordelia Anderson [mailto:cordelia@visi.com]
**Sent:** Monday, January 30, 2012 4:34 PM
**To:** Ernie Allen; Patty Wetterling; Sharon Cooper; Sharon Cooper
**Subject:** RE: Kristof on Backpage

All this attention is representing what I hope is a norms change and major pressure on them to change or at least in the mean time for many more to question "how can this possibly be legal?" Read the last few paragraphs of the front page attention Monday to the Strib article about the Women's Foundation funding.

We are also trying to amp up our efforts to get Mpls to make the zoning changes St Paul made re the businesses surrounding the sports facilities that profit from commercial sexual exploitation "gentleman's clubs"

**Cordelia Anderson, M.A.**
**Director, Sensibilities**
Currently Consulting with:
    - MN Coalition Against Sexual Assault (MNCASA)
    - National Children's Advocacy Centers
Past-President, National Coalition to Prevent Child Sexual Abuse & Exploitation
4405 Garfield Avenue South
Minneapolis, Minnesota  55419
612-824-6217 h/w
612-207-1779 cell
http://www.cordeliaanderson.com/



---

**From:** Ernie Allen [mailto:EALLEN@ncmec.org]
**Sent:** Monday, January 30, 2012 2:51 PM
**To:** Patty Wetterling; Sharon Cooper; Cordelia Anderson; Sharon Cooper
**Subject:** RE: Kristof on Backpage

Patty:

They know they are in the prostitution business, but they feel protected and insulated by the civil immunity provided by the Communications Decency Act for Internet "publishers." When I had my contentious meeting with their leaders a year ago, they said to me, "we will do everything possible to keep the kids off our site, but adult prostitution is none of your business." In my meeting with the Attorney General, I argued that while they might have civil immunity, I didn't understand how that protected them from criminal prosecution. I argued that they were facilitating a criminal enterprise, a federal crime. Several weeks later, the AG sent prosecutors from his Criminal Division along with

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT*
*TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

NCMEC 000383

DOJ-BP-0004570397

several FBI agents to NCMEC to meet with me. What they said was that they didn't think that Backpage's actions rose to the level of criminal culpability. They warned users about misuse of the site, made people click on answers promising not to do anything wrong, etc. DOJ felt that their activities did not generate the requisite "intent" to hold them criminally accountable. Clearly, I don't agree. However, I also understand the sensitivity on the part of the administration about doing anything that looks like Internet censorship. Look at the uproar generated by Hollywood's attempt to deal with online piracy; i.e., Google blacks out their logo, Wikipedia shuts down for a day, etc.

I am hopeful that the pressure is growing. My friends sent me an article today that indicated that a New York movie house which has advertised in Village Voice for years announced today that they would no longer advertise in VV due to the Kristof article. I will forward you the article.

One step at a time, but it is frustrating.

Ernie

---

**From:** Wetterling, Patty (MDH) [mailto:Patty.Wetterling@state.mn.us]
**Sent:** Monday, January 30, 2012 12:53 PM
**To:** Sharon Cooper; Ernie Allen; Cordelia Anderson; Sharon Cooper
**Subject:** RE: Kristof on Backpage

I don't understand how Backpage can't see that their profit off of the sale of these girls puts them in the same category as the pimps themselves. It is so important that the pressure continues…

Thanks for sharing Ernie,
Patty

---

**From:** Cooper, Sharon Watkins [mailto:sharon_cooper@med.unc.edu]
**Sent:** Sunday, January 29, 2012 6:05 PM
**To:** Ernie Allen; Cordelia Anderson; Wetterling, Patty (MDH); Sharon Cooper
**Subject:** RE: Kristof on Backpage

Ernie et al,

The paragraph about Charles Hynes having prosecuted no trafficking cases and then in one year indicting 32 people (nearly 3 a month) is an endorsement that we need to continue to education state investigators on how to recognize the real offender.

ECPATUSA has a new video out called <u>What I Have Been Through is Not Who I Am</u> which I am already using in trainings on this topic. Carol Smolenski kindly got one to me shortly after it was released. The video highlighted an interesting report from DePaul College of Law on interviews of ex-pimps. Thought this might add ammunition to this ongoing battle.

Sharon

---

**From:** Ernie Allen [EALLEN@ncmec.org]
**Sent:** Sunday, January 29, 2012 10:51 AM
**To:** Cordelia Anderson; Patty Wetterling; Sharon Cooper
**Subject:** FW: Kristof on Backpage

Cordelia, Patty, Sharon:

In the event that you didn't see Nicholas Kristof's column in Thursday's New York Times, I am passing it along. It is extraordinary.

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT
TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

NCMEC 000384

DOJ-BP-0004570398