# Exhibit W

Under Seal