# Exhibit X

**Under Seal**