Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | Case No. 2:18-cr-00422-PHX-DJH<br><br>**DEFENDANTS' SUPPLEMENTAL CITATIONS RE: DEC. 3, 2021 ORAL ARGUMENT ON PENDING MOTION TO DISMISS (DKT. 1355)** |

1  Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
   Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
2  Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW PC
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
6  Facsimile: (310) 201-2110
   glincenberg@birdmarella.com
7  aneuman@birdmarella.com
   gpanchapakesan@birdmarella.com
8  *Attorneys for John Brunst*

9
   Bruce Feder (AZ Bar No. 004832)
10 FEDER LAW OFFICE PA
   2930 E. Camelback Road, Suite 160
11 Phoenix, Arizona 85016
12 Telephone: (602) 257-0135
   bf@federlawpa.com
13 *Attorney for Scott Spear*

14
   David Eisenberg (AZ Bar No. 017218)
15 DAVID EISENBERG PLC
   3550 N. Central Ave., Suite 1155
16 Phoenix, Arizona 85012
17 Telephone: (602) 237-5076
   Facsimile: (602) 314-6273
18 david@deisenbergplc.com
   *Attorney for Andrew Padilla*
19

20 Joy Malby Bertrand (AZ Bar No. 024181)
   JOY BERTRAND ESQ LLC
21 P.O. Box 2734
22 Scottsdale, Arizona 85252
   Telephone: (602)374-5321
23 Facsimile: (480)361-4694
   joy.bertrand@gmail.com
24 *Attorney for Joye Vaught*

25
26
27
28

At oral argument before the Court on Dec. 2, 2021 (Dkt. 1426) regarding Defendants' pending motion to dismiss (Dkt. 1355), defense counsel referenced the *Fern* case and correspondence with the government about missing *Brady* materials.  As counsel did not cite the *Fern* case or note the docket entries for the quoted correspondence, Defendants submit this supplement to provide that information.  The full case cite is *United States v. Fern*, 155 F.3d 1318 (11th Cir. 1998).  Defense counsel quoted from the government's August 2, 2021 letter that was previously filed with the Court at Dkt. 1284 at Exhibit I at 2.  Defense counsel's letter that precipitated that letter is also in the record at Dkt. 1281-7.

RESPECTFULLY SUBMITTED this 7th day of December 2021,

      BIENERT KATZMAN LITTRELL WILLIAMS LLP
      *s/ Whitney Z. Bernstein*
      Thomas H. Bienert, Jr.
      Whitney Z. Bernstein
      Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

      LIPSITZ GREEN SCIME CAMBRIA LLP
      *s/ Paul J. Cambria, Jr.*
      Paul J. Cambria, Jr.
      Erin McCampbell Paris
      Attorneys for Michael Lacey

      BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
      *s/ Ariel A. Neuman*
      Gary S. Lincenberg
      Ariel A. Neuman
      Gopi K. Panchapakesan
      Attorneys for John Brunst

      FEDER LAW OFFICE PA
      *s/ Bruce Feder*
      Bruce Feder
      Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. An electronic version of the filing was emailed to registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas