# Exhibit A

| | |
|---|---|
| **From:** | Stone, Andrew (USAAZ) |
| **To:** | Elaine Garcia |
| **Cc:** | Thomas H. Bienert; Whitney Bernstein; Paul Cambria; Erin McCampbell Paris; Gopi K. Panchapakesan; Ariel A. Neuman; Gary S. Lincenberg; Bruce Feder; "david@deisenbergplc.com"; joy.bertrand_gmail.com; Rapp, Kevin (USAAZ); Kozinets, Peter (USAAZ); Perlmeter, Margaret (USAAZ); Jones, Reginald (CRM); Boyle, Daniel (USACAC) |
| **Subject:** | RE: United States v. Lacey et al: Witnesses and Exhibits |
| **Date:** | Friday, September 10, 2021 6:10:10 PM |

Good Evening,

Here is the United States' plan for witnesses on Monday. After Agent Fichtner concludes, the prosecution will call Dr. Sharon Cooper. We don't plan on admitting any exhibits through Dr. Cooper.

After Dr. Cooper testifies, the United States will call Tera Mackey and then Christina Decoufle.

Thanks,
Andy

---

**From:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>
**Sent:** Thursday, September 9, 2021 7:52 AM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bklwlaw.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Bruce Feder <bf@federlawpa.com>; 'david@deisenbergplc.com' <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** RE: United States v. Lacey et al: Witnesses and Exhibits

Good Morning,

Here is an update on witnesses. The government will call Tera Mackey after Mr. Fichtner's testimony concludes. Next will be Jessica Svendgard and Nacole Svendgard. Tomorrow, after Ms. Svendgard finishes, the government will call Christina Decoufle.

We don't anticipate that another witness will be necessary this week, but in an abundance of caution, if another witness is necessary the government will call Matt Frost. The exhibits to be offered through Mr. Frost are the following: 218, 219, 1599, 1600, 1600a-f, 1601, 1602, 1602a-e, 1603, 1603a-e, 1546, 1547, 1782a-s, 1784, 1784a-d, 1785, 1785a-d, 1822, 1823, and 1823a-c.

Thanks,
Andy

**From:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>
**Sent:** Wednesday, September 8, 2021 8:15 AM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bklwlaw.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Bruce Feder <bf@federlawpa.com>; 'david@deisenbergplc.com' <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** RE: United States v. Lacey et al: Witnesses and Exhibits

The government anticipates calling the following two witnesses this week:

Jessica Svendgard
211-c

Nacole Svendgard
No exhibits

We just learned that Tera Mackey has experienced some travel issues and will not be flying back to Phoenix this week (she was here and ready to testify last week).   Brian Fichtner will be the first witness the government calls after Defendants finish their opening statements.

Thanks,
Andy

**From:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>
**Sent:** Tuesday, August 31, 2021 5:10 PM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Cc:** Thomas H. Bienert <tbienert@bienertkatzman.com>; Whitney Bernstein <wbernstein@bklwlaw.com>; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Gopi K. Panchapakesan <gkp@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Bruce Feder <bf@federlawpa.com>; 'david@deisenbergplc.com' <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** United States v. Lacey et al: Witnesses and Exhibits

Ms. Garcia,

In accordance with the Court's Order (Doc. 1211), the government plans on calling the following three witnesses this week. In addition, I've listed the exhibits that we may introduce through each witness and the AUSA who will be examining the witness. For ease, I've also attached the government's witness list.

1. Brian Fichtner (number 20 on witness list) – examined by AUSA Kozinets
    - Exhibits
        - 489a
        - 489b
        - 489c
        - 490a
        - 490b
        - 490c
        - 490d
        - 490e
        - 1635
        - 1636a
        - 1636b
        - 1636c
        - 1636d
        - 1636e
        - 1636f
2. Tera Mackey (number 48 on witness list) – examined by AUSA Perlmeter
    - Exhibits
        - 1550-1557
        - 490a
        - 490c
        - 490d
        - 490e
3. Christina Decoufle (number 16 on witness list) – examined by AUSA Perlmeter
    - Exhibits
        - 1797
        - 1798

Please let us know if you have any questions.

Thanks,
Andy

Andrew C. Stone
Assistant United States Attorney
District of Arizona
602-514-7635
Andrew.stone@usdoj.gov