AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  CR18-422-PHX-SMB |
| | ) | |
| USA vs. Lacey, Michael, et al | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Vincent C. Ferrer
6235 Beacon Station Drive
Cumming, Georgia 30041

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Sandra Day O'Connor U.S. Courthouse 401 West Washington Street, SPC 19 Phoenix, Arizona 85003 | Courtroom No.: 200 |
|---|---|---|
| | | Date and Time: 9/1/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 6/15/21

**DEBRA LUCAS**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __James Larkin__ _____, who requests this subpoena, are:

Thomas H. Bienert, Jr. (admitted pro hac vice)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (admitted pro hac vice)
wbernstein@bienertkatzman.com
BIENERT KATZMAN, PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701