<u>**VIA PERSONAL SERVICE**</u>

Vincent C. Ferrer
6235 Beacon Station Drive
Cumming, Georgia 30041

      Re:    **United States v. Lacey, et al., Case No. CR18-422-PHX-SMB**
             **Subpoena to Testify**

Mr. Ferrer:

      You have been served with a **Subpoena to Testify** in the United States District Court for the District of Arizona as a witness in the trial of Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught. Pursuant to the subpoena, you are required to appear in Courtroom 200 of the Sandra Day O'Connor U.S. Courthouse at 401 West Washington Street, SPC 19, Phoenix, AZ 85003.

      Your subpoena is issued for September 1, 2021 at 9:00 a.m. You are not required to appear on that date as long as you agree to be placed "On Call" for the duration of the trial with at least 48 hours' notice. Please complete and sign the **Acknowledgement of Service of Trial Subpoena and Agreement to be "On Call"** with your contact information and return to this office so that we can put you on an "On Call" status. You may send the acknowledgement via email to Michele Ueda at mueda@bklwlaw.com or to Whitney Bernstein at wbernstein@bklwlaw.com, or via fax to (949) 369-3701.

      For trial, our office will assist you with travel arrangements. Please contact Michele Ueda or Whitney Bernstein at (949) 369-3700 or via email at mueda@bklwlaw.com or wbernstein@bklwlaw.com, respectively, to coordinate. Additionally, pursuant to Federal Rule of Criminal Procedure 17(b), attached to the subpoena is the required witness fee for the first day of your appearance, should your appearance be required.

      If you have any questions, please contact Michele Ueda or Whitney Bernstein at (949) 369-3700 or via email at mueda@bklwlaw.com or wbernstein@bklwlaw.com.

                      Very truly yours,

                      **BIENERT KATZMAN LITTRELL WILLIAMS LLP**

                      *Whitney Bernstein*

                      Whitney Z. Bernstein

      **LOS ANGELES**  601 W. 5ᵗʰ Street, Suite 720  Los Angeles, CA 90071  (213) 528-3400
      **ORANGE COUNTY**  903 Calle Amanecer, Suite 350  San Clemente, CA 92673  (949) 369-3700

AO 89  (Rev. 08/09)  Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the