AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. CR18-422-PHX-SMB |
| USA vs. Lacey, Michael, et al | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Vincent C. Ferrer
6235 Beacon Station Drive
Cumming, Georgia 30041

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Sandra Day O'Connor U.S. Courthouse | Courtroom No.: | 200 |
|---|---|---|---|
| | 401 West Washington Street, SPC 19 | Date and Time: | 9/11/2021 9:00 am |
| | Phoenix, Arizona 85003 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 6/15/21

DEBRA LUCAS
CLERK OF COURT

*signature*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___James Larkin___, who requests this subpoena, are:

Thomas H. Bienert, Jr. (admitted pro hac vice)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (admitted pro hac vice)
wbernstein@bienertkatzman.com
BIENERT KATZMAN, PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

**VIA PERSONAL SERVICE**

Vincent C. Ferrer
6235 Beacon Station Drive
Cumming, Georgia 30041

Re: United States v. Lacey, et al., Case No. CR18-422-PHX-SMB
Subpoena to Testify

Mr. Ferrer:

You have been served with a **Subpoena to Testify** in the United States District Court for the District of Arizona as a witness in the trial of Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught. Pursuant to the subpoena, you are required to appear in Courtroom 200 of the Sandra Day O'Connor U.S. Courthouse at 401 West Washington Street, SPC 19, Phoenix, AZ 85003.

Your subpoena is issued for September 1, 2021 at 9:00 a.m. You are not required to appear on that date as long as you agree to be placed "On Call" for the duration of the trial with at least 48 hours' notice. Please complete and sign the **Acknowledgement of Service of Trial Subpoena and Agreement to be "On Call"** with your contact information and return to this office so that we can put you on an "On Call" status. You may send the acknowledgement via email to Michele Ueda at mueda@bklwlaw.com or to Whitney Bernstein at wbernstein@bklwlaw.com, or via fax to (949) 369-3701.

For trial, our office will assist you with travel arrangements. Please contact Michele Ueda or Whitney Bernstein at (949) 369-3700 or via email at mueda@bklwlaw.com or wbernstein@bklwlaw.com, respectively, to coordinate. Additionally, pursuant to Federal Rule of Criminal Procedure 17(b), attached to the subpoena is the required witness fee for the first day of your appearance, should your appearance be required.

If you have any questions, please contact Michele Ueda or Whitney Bernstein at (949) 369-3700 or via email at mueda@bklwlaw.com or wbernstein@bklwlaw.com.

Very truly yours,

BIENERT KATZMAN LITTRELL WILLIAMS LLP

Whitney Bernstein

Whitney Z. Bernstein

LOS ANGELES 601 W. 5th Street, Suite 720 Los Angeles, CA 90071 (213) 528-3400
ORANGE COUNTY 903 Calle Amanecer, Suite 350 San Clemente, CA 92673 (949) 369-3700

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

UNITED STATES DISTRICT COURT
for the