Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice)*
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice)*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF APPEAL** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

1   Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
2   Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
    Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
3   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW PC
4   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5   Telephone: (310) 201-2100
6   Facsimile: (310) 201-2110
    glincenberg@birdmarella.com
7   aneuman@birdmarella.com
    gpanchapakesan@birdmarella.com
8   *Attorneys for John Brunst*
9
    Bruce Feder (AZ Bar No. 004832)
10  FEDER LAW OFFICE PA
    2930 E. Camelback Road, Suite 160
11  Phoenix, Arizona 85016
12  Telephone: (602) 257-0135
    bf@federlawpa.com
13  *Attorney for Scott Spear*
14
    David Eisenberg (AZ Bar No. 017218)
15  DAVID EISENBERG PLC
    3550 N. Central Ave., Suite 1155
16  Phoenix, Arizona 85012
17  Telephone: (602) 237-5076
    Facsimile: (602) 314-6273
18  david@deisenbergplc.com
    *Attorney for Andrew Padilla*
19
20  Joy Malby Bertrand (AZ Bar No. 024181)
    JOY BERTRAND ESQ LLC
21  P.O. Box 2734
22  Scottsdale, Arizona 85252
    Telephone: (602)374-5321
23  Facsimile: (480)361-4694
    joy.bertrand@gmail.com
24  *Attorney for Joye Vaught*
25
26
27
28

DEFENDANTS' NOTICE OF APPEAL

1    Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and

2  Joye Vaught, by and through their counsel, appeal to the United States Court of Appeals for the

3  Ninth Circuit from the Order (Dkt. 1444) filed December 29, 2021.  The Order denied

4  Defendants' Motion to Dismiss with Prejudice (Dkt. 1355) filed October 20, 2021, which asserted,

5  *inter alia*, that the Double Jeopardy clause of the Fifth Amendment to the United States

6  Constitution precludes a retrial.

7    The appeal of an order denying a double jeopardy motion constitutes an immediately

8  appealable final decision.  *Abney v. United States*, 431 U.S. 651, 661-62 (1977).  This is because:

9
10
   > the guarantee against double jeopardy assures an individual that, among other things, he will not be forced, with certain exceptions, to endure the personal strain, public embarrassment, and expense of a criminal trial more than once for the same offense.
11
   > . . . Obviously, these aspects of the guarantee's protections would be lost if the accused were forced to "run the gauntlet" a second time before an appeal could be
12
   > taken . . . Consequently, if a criminal defendant is to avoid exposure to double jeopardy and thereby enjoy the full protection of the Clause, his double jeopardy
13
   > challenge to the indictment must be reviewable before that subsequent exposure occurs.

14  *Id.*  Moreover, because Defendants' Motion to Dismiss with Prejudice was not frivolous, and the

15  Court's lengthy Order denying the motion does not even suggest otherwise, "the district court is

16  automatically divested of jurisdiction to proceed with trial pending appeal."  *Chuman v. Wright*, 960

17  F.2d 104, 105 (9th Cir. 1992).  *See also United States v. LaMere*, 951 F.2d 1106, 1108 (9th Cir. 1991);

18  *United States v. Dunbar*, 611 F.2d 985, 988 (5th Cir.) (1980) (absent "written findings determining []

19  the [double jeopardy] motion is frivolous . . . the trial cannot proceed until a determination is made

20  of the merits of an appeal").

21

22  RESPECTFULLY SUBMITTED this 3rd day of January, 2022,

23                                        BIENERT KATZMAN LITTRELL
24                                        WILLIAMS LLP
                                          *s/ Whitney Z. Bernstein*
25                                        Thomas H. Bienert, Jr.
                                          Whitney Z. Bernstein
26                                        Attorneys for James Larkin

27

28  *Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

1

2    LIPSITZ GREEN SCIME CAMBRIA LLP
     *s/ Paul J. Cambria, Jr.*

3    Paul J. Cambria, Jr.
     Erin McCampbell Paris

4    Attorneys for Michael Lacey

5
     BIRD MARELLA BOXER WOLPERT
6    NESSIM DROOKS LINCENBERG AND
     RHOW PC

7    *s/ Gary S. Lincenberg*
     Gary S. Lincenberg

8    Ariel A. Neuman
     Gopi K. Panchapakesan

9    Attorneys for John Brunst

10

11   FEDER LAW OFFICE PA
     *s/ Bruce Feder*

12   Bruce Feder
     Attorneys for Scott Spear

13

14   DAVID EISENBERG PLC
     *s/ David Eisenberg*

15   David Eisenberg
     Attorneys for Andrew Padilla

16

17   JOY BERTRAND ESQ LLC
     *s/ Joy Bertrand*

18   Joy Bertrand
     Attorneys for Joye Vaught

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF APPEAL

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on January 3, 2022, I electronically transmitted the attached document

3

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

4

Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

5

6

*/s/ Toni Thomas*
Toni Thomas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28