IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-CR-00422-DJH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

The Court, having reviewed Mr. Larkin's Motion for Extension of Time to Respond to Vincent Ferrer's Amended Motion to Quash, and good cause appearing,

**IT IS ORDERED** that the Motion for Extension of Time to Respond to Vincent Ferrer's Amended Motion to Quash is granted.

DATED this _____ day of _____, 20_____.

   
**HON. DIANE J. HUMETEWA**
**United States District Court Judge**