🖊 AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**

**DUE DATE:**

## TRANSCRIPT ORDER

| 1. NAME David Eisenberg | 2. PHONE NUMBER 602-237-5076 | 3. DATE 1/28/2022 |
|---|---|---|

**4. FIRM NAME** Law Office of David Eisenberg, PLC

| 5. MAILING ADDRESS 3550 N. Central Avenue, Suite 1155 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85012 |
|---|---|---|---|

| 9. CASE NUMBER 18CR422 | 10. JUDGE Diane Humetewa | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 9/9/2020 | 12. 10/5/2021 |

| 13. CASE NAME US v. Lacey, et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**

- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)   3 transcripts requested for inclusion in appellate record (CA 22-10000)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 9/9/20 (Dkt. 1055) |
| [ ] CLOSING ARGUMENT (Defendant) | | | 7/16/21 (Dkt. 1180) |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 10/5/21 (Dkt. 1336) |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [x] | [ ] | | [ ] PAPER COPY | |
| 7 DAYS (expedited) | [ ] | [ ] | | | |
| 3 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| REALTIME | [ ] | [ ] | | | |

E-MAIL ADDRESS  david@deisenbergplc.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/David Eisenberg

20. DATE 1/28/2022

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY          PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY