IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-005-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| 5. Dan Hyer, | |
| Defendant. | |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from May 31, 2022, to a date to be determined following the conclusion of Defendants' Appeal to the Ninth Circuit (Doc. 1445).