Rhonda Elaine Neff, #029773
**LAW OFFICES OF RHONDA NEFF, PLLC**
3200 North Central Avenue, Suite 2250
Phoenix, AZ 85012
Telephone: (602) 704-2041
Facsimile: (602) 654-1233
E-mail: rhonda@rhondanefflaw.com
*Attorney for Defendant John Brunst*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No. CR 18-0422-04-PHX-DJH |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT JOHN BRUNST** |
| **John Brunst,** | |
| Defendant. | |

Pursuant to LR Civ 83.3(b), undersigned counsel hereby moves this Court to withdraw Rhonda Elaine Neff as an attorney of record for Defendant John Brunst in this matter. This motion is made on the grounds, as confirmed by the accompanying Declaration of John Brunst (Exhibit A), that counsel no longer works for Kimerer Law Group, P.C. and Mr. Brunst does not wish to keep counsel retained to represent him in this matter. Mr. Brunst is represented in this action by the law firm of Bird Marella Boxer Wolpert Nessim Drooks, as well as Kimerer Law Group, P.C., so he will not be without representation and this withdrawal will not result in any delay or disruption of the proceedings.

Excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) is not anticipated to result from this motion.

RESPECTFULLY SUBMITTED this 17th day of October, 2022.

**LAW OFFICES OF RHONDA NEFF, PLLC**

Rhonda Elaine Neff
*Attorney for Movant Brunst*

**CERTIFICATE OF SERVICE**

I hereby certify on October 17, 2022, I electronically transmitted the foregoing Motion to Withdraw as Counsel to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing will be emailed thru the CM/ECF System to the registered CM/ECF registrants.

By: /s/ Rhonda Elaine Neff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR 18-0422-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF JOHN BRUNST** |
| John Brunst, | |
| Defendant. | |

I, John Brunst, declare as follows:

1. I am a movant and/or Defendant in the above-entitled matters;

2. I am currently represented in this matter by Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., as well as local counsel Kimerer Law Group, PLLC;

3. I understand that Ms. Neff no longer works for Kimerer Law Group, P.C. and I have decided I no longer wish to be represented by Rhonda Elaine Neff.

4. I join and concur in the motions to withdraw as my attorney of record;

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed this 13 day of October, 2022.

By: _____
John Brunst

3825088.1