Rhonda Elaine Neff, #029773
**LAW OFFICES OF RHONDA NEFF, PLLC**
3200 North Central Avenue, Suite 2250
Phoenix, AZ 85012
Telephone: (602) 704-2041
Facsimile: (602) 654-1233
E-mail: rhonda@rhondanefflaw.com
*Attorney for Defendant John Brunst*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No.  CR 18-0422-04-PHX-DJH |
| Plaintiff, | **ORDER RE:** |
| vs. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT JOHN BRUNST** |
| **John Brunst,** | |
| Defendant. | |

The Court having reviewed and considered the Motion to Withdraw as Attorney of Record for Defendant John Brunst, and for good cause appearing,

IT IS ORDERED granting the motion and withdrawing Rhonda Elaine Neff as attorney of record in this matter.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) from _____ to _____.

Dated this _____ day of _____, 2022.