Bruce Feder (AZ Bar No. 004832)
**FEDER LAW OFFICE, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Scott Spear, *et al*., <br><br> Defendants. | Case No. CR18-00422-PHX-DJH-003 <br><br> **DEFENDANT SPEAR'S MOTION TO APPEAR TELEPHONICALLY FOR STATUS CONFERENCE SET FOR NOVEMBER 2, 2022** <br><br> ***(Accelerated Ruling Requested)*** <br><br> *(Assigned to the Hon. Diane J. Humetewa)* |

  Defendant Scott Spear, by and through his attorney undersigned, respectfully moves this court to allow Bruce Feder/Feder Law Office, P.A., to appear telephonically for the Status Conference set for November 2, 2022, before this Court. Defendant requests this as undersigned counsel will be outside the United States from October 21, 2022 through November 5, 2022, and will likely only have telephonic access to the Court, his office and his clients. This trip was and has been preplanned and prepaid since approximately September, 2022.

  Therefore, it is respectfully requested that this Court issue an Order allowing undersigned counsel to appear telephonically for the Status Conference set for November 2, 2022 before this Court.

  It is not expected that excludable delay pursuant to 18 U.S.C. section 3161(h) will occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 19th day of October, 2022.

**FEDER LAW OFFICE PA**

*s/ Bruce Feder*
Bruce Feder
*Attorneys for Scott Spear*

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85004
Email: Humetewa_chambers@azd.uscourts.gov


By:   */s/ M. Evans*