UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Scott Spear,<br><br>    Defendant. | NO. CR18-00422 PHX SMB-003<br><br>**ORDER RE: DEFENDANT SPEAR'S MOTION TO APPEAR TELEPHONICALLY FOR STATUS CONFERENCE SET FOR NOVEMBER 2, 2022** |

**THIS COURT** having considered Defendant Spear's Motion to Appear Telephonically for the Status Conference set for November 2, 2022, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Motion to Appear Telephonically for the Status Conference set for November 2, 2022 (DKT.     ).

**IT IS FURTHER ORDERED** authorizing Attorney Feder to call into Courtroom 605 for the Status Conference on November 2, 2022 at 10:00 am MST using phone number/line _____.

DATED this _____ day of _____, 2022.

_____
THE HONORABLE DIANE J. HUMETEWA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26