IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>                    Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

   Upon Motion of the Defendant, with good cause appearing and with no objection from the Government,

   IT IS ORDERED granting Attorney Paul J. Cambria, Jr., leave to appear by [phone/videoconferencing] at the November 2, 2022 Status Conference in this matter.

   IT IS FURTHER ORDERED that Attorney Paul J. Cambria, Jr. shall [call 602-_____/log in to the Court's videoconferencing system at www._____] at 9:55 A.M. November 2, 2022.

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge