# EXHIBIT 1



**From:** ▬

**Sent:** Saturday, October 29, 2022 5:32 PM

**To:** Thomas H. Bienert <tbienert@bklwlaw.com>

**Subject:** Re: Termination and Withdrawal

Tom,
I have received your email below confirming my termination of your legal services in the Arizona district court (Honorable Judge Humetewa) effective today, October 29, 2022.
I do not oppose a motion stating as such to the Arizona district court. Since you are technically still my attorney however I want to review the motion before you file it with the Court in case I'd like you to add anything to my statement of non-opposition.
I am currently seeking new counsel and will update the court of the status of a substitute lawyer at the hearing. As I outlined to you previously I will be appearing in person at the hearing on Wednesday, November 2nd.
Sincerely,
Jim Larkin

Jim Larkin

------- Original Message -------
On Saturday, October 29th, 2022 at 12:15 PM, Thomas H. Bienert <tbienert@bklwlaw.com> wrote:

> Jim,
>
> This email confirms that you have terminated BKLW's representation of you in, among other matters, the federal criminal case in Arizona, that you will be getting other counsel to represent you in that case, and that BKLW will be filing a motion to withdraw as your counsel. I'm reminding you that your Arizona federal

criminal case has now been remanded from the 9th Circuit back to the U.S. District Court, and that the district court (the Honorable Diane Humetewa) has scheduled a status conference for this coming Wednesday, November 2, 2023, at 10:00 a.m., in the U.S. District Court at 401 West Washington Street in Phoenix. Judge Humetewa's minute order indicated that, among other things, she will address setting a trial date. You will need to appear at that hearing and, of course, if you have your new counsel by then, so should he or she.

Please send me an email back confirming that you received this information, do not oppose our motion to withdraw as counsel, and the approximate time by which you expect to have your new counsel retained and ready to appear in your case. I will then make this email and your responsive confirmation an exhibit to our motion to withdraw, which we intend to file this afternoon.

If the Court signs an order relieving us as counsel before Wednesday's hearing, I will not be appearing. If the court has not signed such an order by then, I will appear at the hearing either telephonically if the court approves that, or if required, in person.

**Thomas H. Bienert, Jr.**

**Partner** | Orange County

Bienert Katzman Littrell Williams LLP

Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400

Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700



The foregoing message is confidential and intended for the designated recipient only. The foregoing information may be protected by attorney-client and/or work product privileges. Accordingly, if you have received this message in error, please contact BIENERT KATZMAN LITTRELL WILLIAMS LLP immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.