# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>James Larkin,<br><br>          Defendant. | Case No. 2:18-cr-00422-PHX-DJH-2<br><br>**[PROPOSED] ORDER GRANTING BIENERT KATZMAN LITTRELL WILLIAMS LLP'S MOTION TO WITHDRAW AS RETAINED COUNSEL** |

Upon Bienert Katzman Littrell Williams LLP's ("BKLW") Motion to Withdraw as Retained Counsel ("Motion"), with good cause appearing,

**IT IS ORDERED** that BKLW's Motion is GRANTED.

**IT IS FURTHER ORDERED** that Thomas H. Bienert, Jr., Whitney Z. Bernstein, and Bienert Katzman Littrell Williams LLP are no longer counsel of record for Defendant James Larkin in this matter.

SO ORDERED this _____ day of _____, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge

Case No. 2:18-cr-00422-PHX-DJH-2
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW