Thomas H. Bienert, Jr. (CA Bar No.135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, admitted *pro hac vice*)
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
Email:  tbienert@bklwlaw.com
        wbernstein@bklwlaw.com
*Attorneys for James Larkin*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>James Larkin,<br><br>          Defendant. | Case No. 2:18-cr-00422-PHX-DJH-2<br><br>**MOTION FOR LEAVE FOR DEFENDANT JAMES LARKIN'S COUNSEL TO APPEAR BY VIDEO OR TELECONFERENCING FOR STATUS CONFERENCE ON NOVEMBER 2, 2022** |

Thomas H. Bienert, Jr., counsel of record for Defendant James Larkin, respectfully requests leave to appear by phone or videoconferencing at the November 2, 2022 Status Conference in this matter. As good cause therefore, Mr. Bienert submits the following:

As reflected in the concurrently-filed Bienert Katzman Littrell Williams LLP's Motion to Withdraw as Retained Counsel, Mr. Larkin terminated Bienert Katzman Littrell Williams LLP's ("BKLW") legal services and representation in this matter on October 29, 2022. As such, in the event that the Court does not grant the pending motion to withdraw before the hearing, Mr. Bienert requests that the Court permit him to appear telephonically at the November 2, 2022 Status Conference. Under the circumstances, given that Mr. Bienert is out of state and would incur costs

1 and expenses for travel and accommodations to attend this hearing in person, he submits that
2 attending the hearing via video or teleconference would be appropriate.
3    It is not expected that excludable delay pursuant to 18 U.S.C. § 3161(h) will occur because of
4 this motion or an order based thereon.

Respectfully submitted,

Dated: October 29, 2022         BIENERT KATZMAN LITTRELL WILLIAMS LLP

*s/ Thomas H. Bienert, Jr*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Thomas H. Bienert, Jr.*
Thomas H. Bienert, Jr.