Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANT JOHN BRUNST'S NOTICE OF CONFLICT WITH TRIAL DATE** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Diane J. Humetewa |
| Defendants. | Trial Date:        June 20, 2023 |

3831567.2

Pursuant to the Court's November 2, 2022 Order setting a June 20, 2023 trial date, counsel for Defendant John Brunst informs the Court of the following conflict:

- Mr. Lincenberg is scheduled to take a pre-planned international vacation between September 7 and September 15, 2023. This is an annual trip that Mr. Lincenberg takes with 24 individuals. It has been planned a year in advance and is partially paid. While this trip falls beyond the dates noted in the Court's trial schedule, we inform the Court of the potential conflict given the Court's indication at the November 2, 2022 hearing that the trial will continue through September 2023 if necessary.

Counsel for the government has informed counsel for Mr. Brunst that it has no conflicts with the proposed trial schedule.

DATED: November 8, 2022        Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:    */s/ Gopi K. Panchapakesan*
         Gopi K. Panchapakesan
    Attorneys for Defendant John Brunst