Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys Discharged by James Larkin*
*Motion to Withdraw Pending*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **BIENERT KATZMAN LITTRELL WILLIAMS LLP'S NOTICE RE DEFENDANT JAMES LARKIN'S RETENTION OF NEW COUNSEL** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

1    Thomas H. Bienert, Jr., Whitney Z. Bernstein, and Bienert Katzman Littrell Williams LLP
2 (collectively, "BKLW") have been terminated as counsel for defendant James Larkin and have a
3 motion pending to withdraw as counsel. The Court in its order at Docket 1502 directed Mr. Larkin
4 to have new counsel file a Notice of Appearance by November 22, 2022.
5    Defendant James Larkin hereby provides an update regarding the status of his retaining
6 new counsel to represent him in the instant matter. This update is based on the attached declaration
7 of James Larkin and the files and records in this case. See attached declaration as Exhibit A.

12 RESPECTFULLY SUBMITTED this 21st day of November 2022,

BIENERT KATZMAN LITTRELL WILLIAMS LLP
*s/ Thomas H. Bienert, Jr.*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys Discharged By James Larkin
Motion to Withdraw Pending

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas