# Exhibit A

## Declaration of James Larkin

I, James Larkin, hereby declare as follows.

1. I have personal knowledge of the facts set forth in this Declaration.

2. As the Court is aware, Beinert Katzman Littrell Williams LLP, has moved to withdraw as my counsel, as I terminated their representation on October 29, 2022 (Doc. 1488).

3. During the November 2, 2022 status conference in this matter, I told the Court that I was searching for new counsel.

4. On November 10, 2022, the Court ordered that my new counsel file by November 22, 2022, a Notice of Appearance (Doc. 1502).

5. I have been diligently attempting to retain new counsel since October 30, 2022, but have not yet completed the process.

6. Retaining new counsel in this matter is complex given the need to clear conflicts in a multi-defendant case with dozens of witnesses and the expected expense associated with the preparation for and participation in a two-month trial.

7. I have reached a tentative agreement to retain counsel, but that agreement is not yet final, and will not be final by November 22, 2022. I believe I will need an additional two weeks from that date to finalize retention.

8. As such, I would ask that the Court extend to December 6 the deadline by which my new counsel shall file a Notice of Appearance.

DATED this 21st day of November, 2022.

_____
James Larkin