1   Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2   Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
    BIENERT KATZMAN LITTRELL WILLIAMS LLP
3   903 Calle Amanecer, Suite 350
    San Clemente, California 92673
4   Telephone: (949) 369-3700
    Facsimile: (949) 369-3701
5   tbienert@bklwlaw.com
6   wbernstein@bklwlaw.com
    *Attorneys Discharged by James Larkin*
7   *Motion to Withdraw Pending*

8                   IN THE UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF ARIZONA

10

11  United States of America,              Case No. 2:18-cr-00422-PHX-DJH

12                      Plaintiff,          **BIENERT KATZMAN LITTRELL**
                                            **WILLIAMS LLP'S NOTICE RE**
13  vs.                                     **DEFENDANT JAMES LARKIN'S**
                                            **RETENTION OF NEW COUNSEL**
14  Michael Lacey, *et al.*,

15                      Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Thomas H. Bienert, Jr., Whitney Z. Bernstein, and Bienert Katzman Littrell Williams LLP

2    (collectively, "BKLW") have been terminated as counsel for defendant James Larkin and have a

3    motion pending to withdraw as counsel. The Court in its order at Docket 1504 directed Mr. Larkin

4    to have new counsel file a Notice of Appearance by December 6, 2022.

5        Defendant James Larkin hereby provides an update regarding the status of his retaining

6    new counsel to represent him in the instant matter. This update is based on the attached declaration

7    of James Larkin and the files and records in this case. See attached declaration as Exhibit A.

8

9

10

11

12   RESPECTFULLY SUBMITTED this 6th day of December 2022,

13

14
                                        BIENERT KATZMAN LITTRELL
                                        WILLIAMS LLP
15                                      *s/ Thomas H. Bienert, Jr.*
                                        Thomas H. Bienert, Jr.
16                                      Whitney Z. Bernstein
                                        Attorneys Discharged By James Larkin
17                                      Motion to Withdraw Pending

18

19

20

21

22

23

24

25

26

27

28

1

1

## **CERTIFICATE OF SERVICE**

2

3

4

5

      I hereby certify that on December 6, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

6

7

                              */s/ Toni Thomas*
                              Toni Thomas

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BKLW'S NOTICE RE DEFENDANT JAMES LARKIN'S RETENTION OF NEW COUNSEL