# Exhibit A

## Declaration of James Larkin

I, James Larkin, hereby declare as follows.

1. I have personal knowledge of the facts set forth in this Declaration.

2. As the Court is aware, Beinert Katzman Littrell Williams LLP, has moved to withdraw as my counsel, as I terminated their representation on October 29, 2022 (Doc. 1488).

3. During the November 2, 2022 status conference in this matter, I told the Court that I was searching for new counsel.

4. On November 10, 2022, the Court ordered that my new counsel file by November 22, 2022, a Notice of Appearance (Doc. 1502).

5. On November 21, 2022, Bienert Littrell Williams LLP filed on my behalf a declaration in which I explained that I have been diligently attempting to retain new counsel since October 30, 2022, that the process was proving quite complex, and that I needed an additional two weeks to finalize retention (Doc. 1503).

6. The Court ordered on November 23 that new counsel file a notice of appearance by December 6.

7. Although not yet complete, I have made substantial progress in securing the retention of new counsel, and expect that it will be finalized by the end of this week.

8. As such, I request that the Court extend to December 13 the deadline by which my new counsel shall file a Notice of Appearance.

DATED this 5th day of December, 2022.

_____
James Larkin

1