Timothy J. Eckstein, 018321
Joseph Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com
Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH-2 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| James Larkin, | |
| Defendant. | |

Osborn Maledon, P.A., by and through Timothy J. Eckstein, Joseph N. Roth, and Sarah P. Lawson, gives notice of its appearance as counsel for defendant James Larkin in the above captioned matter.

DATED this 13th day of December, 2022.

OSBORN MALEDON, P.A.

By      /s/ Timothy J. Eckstein
         Timothy J. Eckstein
         Joseph Roth
         Sarah P. Lawson
         2929 North Central, 20th Floor
         Phoenix, Arizona 85012-2794

         Attorneys for James Larkin

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants who have entered their appearance as counsel of record.

/s/ Timothy J. Eckstein