GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Dan Hyer,<br><br>　　　　　Defendant. | No. CR-18-00422-005-PHX-DJH<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(Tenth Request)** |

　　　　The United States of America hereby requests this Court to continue the sentencing hearing currently set for February 27, 2023, at 9:30 a.m. for Defendant Dan Hyer, to a date occurring after the conclusion of the trial in this matter, which is scheduled to begin on June 20, 2023.

- 1 -

Defendant Hyer's plea agreement contemplates that he will not be sentenced until the conclusion of his cooperation.

Counsel for the Defendant has no objection to this motion.

Respectfully submitted this 29th day of December, 2022.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/ Kevin M. Rapp*
>KEVIN M. RAPP
>MARGARET PERLMETER
>PETER S. KOZINETS
>ANDREW C. STONE
>Assistant U.S. Attorneys
>
>DAN G. BOYLE
>Special Assistant U.S. Attorney
>
>KENNETH POLITE
>Assistant Attorney General
>U.S. Department of Justice
>Criminal Division, U.S. Department of Justice
>
>AUSTIN M. BERRY
>Trial Attorney
>U.S. Department of Justice, Criminal Division
>Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

 s/Daniel Parke
U.S. Attorney's Office