IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Dan Hyer,<br><br>　　　　Defendant. | No. CR-18-00422-005-PHX-DJH<br><br>**ORDER** |

　　　The Court having reviewed the United States' Motion to Continue Sentencing, there being no objection, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Continue Sentencing.

　　　**IT IS FURTHER ORDERED** continuing the Sentencing from February 27, 2023, to _____ at _____.