Timothy J. Eckstein, 018321
Joseph Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-DJH-2 |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| James Larkin, | |
| Defendant. | |

Pursuant to the Court's December 19, 2020 Minute Entry (Doc. 1516), Counsel for Defendant James Larkin reports that prior counsel has transferred to current counsel all disclosures made by the Government. Counsel has separately confirmed with the Government that we are in possession of all disclosures made to date by the Government. Counsel takes no position on the completeness of those disclosures or whether the Government has satisfied its constitutional and ethical obligations, including those under *Brady v. Maryland*, 373 U.S. 83 (1963), or *Giglio v. United States*, 405 U.S. 150 (1972). Counsel will raise as soon as we become aware of any issues regarding the completeness of the Government's disclosures.

. . .

DATED this 17th day of January, 2023.

           OSBORN MALEDON, P.A.

           By /s/ Timothy J. Eckstein
              Timothy J. Eckstein
              Joseph Roth
              Sarah P. Lawson
              2929 North Central, 20th Floor
              Phoenix, Arizona  85012-2794

              Attorneys for James Larkin

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants who have entered their appearance as counsel of record.

 /s/ Timothy J. Eckstein