**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 2:18-cr-00422-DJH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Scott Spear, | ) | |
| | ) | (The Hon. Diane J. Humetewa) |
| Defendant. | ) | |

Eric W. Kessler enters his appearance on behalf of defendant Scott Spear for all further proceedings in this case.

RESPECTFULLY SUBMITTED this 24th day of January 2023.

                                      *s/ Eric W. Kessler*
                                      Eric W. Kessler
                                      *Attorney for Defendant*

///

///

///

///

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                                _s/ Eric W. Kessler_
                                                Eric W. Kessler
                                                *Attorney for Defendant*