IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH-2 |
|---|---|
| Plaintiff, | **ORDER RE:** |
| vs. | **DEFENDANT LARKIN'S AND DEFENDANT SPEAR'S MOTION TO CONTINUE TRIAL** |
| James Larkin, | |
| Defendant. | |

Pursuant to Defendant Larkin's and Defendant Spear's Motion to Continue Trial, and good cause appearing,

IT IS ORDERED vacating the current trial date of June 20, 2023 and resetting trial to commence on _____.

The other dates set forth in the Order Setting Final Pretrial Conference (Doc. 1524) are vacated and reset as follows:

1. Final Pretrial Conference: _____
2. Joint Pretrial Memorandum: _____
3. Motions in Limine: _____
4. Responses to Motions in Limine: _____
5. Case-Related Documents: _____
6. Courtroom Technology: _____

1