# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Before the Court is a Motion to Continue Trial filed by Defendants Larkin and Spear (Doc. 1526). The Motion is unopposed by the other Defendants. The Court will order Plaintiff to file an expedited response and set the Motion for hearing. No reply will be allowed.

The Court also seeks the parties' positions on whether severing Defendants Lacey and Larkin for a separate trial has previously been considered,[1] and whether, under the circumstances, judicial economy and the Defendants' interests would be better served by setting Defendants Lacey and Larkin for a separate trial.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a Response to the Motion to Continue (Doc. 1526) by **March 14, 2023, at 9:00 a.m.** Therein, Plaintiff shall also set out its position on the issue of severing Defendants Lacey and Larkin for separate trial.

**IT IS FURTHER ORDERED** that Defendants may file a Response to Plaintiff's

---

[1] If so, the parties shall provide citation to the docket and briefing that reference such discussions.

position on the issue of severing Defendants Lacey and Larkin for separate trial by **March 17, 2023, at 5:00 p.m.**

**IT IS FINALLY ORDERED** that a hearing on the Motion to Continue Trial (Doc. 1526) is set for **Monday, March 20, 2023, at 3:00 p.m.** in Courtroom 605 of the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.  Any requests to appear remotely must be supported by good cause.

Dated this 9th day of March, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge