1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **No. CR-18-00422-02-PHX-DJH** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | December 19, 2022 |
| James Larkin, | ) | 11:01 a.m. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**STATUS CONFERENCE**

Official Court Reporter:
Hilda Elizabeth Lopez, RMR, FCRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 30
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**<u>A P P E A R A N C E S</u>**

For the Government:

    U.S. ATTORNEY'S OFFICE
    By:  **Mr. Andrew C. Stone**, Esq.
         **Mr. Kevin M. Rapp**, Esq.
    2 Renaissance Square
    40 North Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408

For the Defendant:

    OSBORN MALEDON PA - Phoenix
    By:  **Mr. Timothy J. Eckstein**, Esq.
         **Sarah Pook Lawson**, Esq.
         **Joseph N. Roth**, Esq.
    2929 N. Central Avenue, 21st Floor
    Phoenix, AZ 85012

**P R O C E E D I N G S**

1
2
3       (Proceedings commence at 11:01 a.m.)
4            THE COURT:  All right.  Please be seated.
5            COURTROOM DEPUTY:  This is Case No. CR 18-422,
6  Defendant 2, United States of America vs. James Larkin, on for
7  status conference.  Counsel, please announce your presence for
8  the record with government going first.
9            MR. STONE:  Good morning, Your Honor, Andy Stone for
10 the United States.
11           THE COURT:  Good morning.
12           MR. ECKSTEIN:  Good morning.  Timothy Eckstein,
13 Joe Roth and Sarah Lawson on behalf of James Larkin.
14           THE COURT:  And good morning to you.  Who else do we
15 have on the line?  All right.  Hearing no one else -- all
16 right.
17           MR. RAPP:  Hello.
18           THE COURT:  Was there someone else present?
19           MR. RAPP:  Kevin Rapp has joined.
20           THE COURT:  All right.  Mr. Rapp, you are two minutes
21 late, but in any event, welcome.
22           All right.  I have set this status conference because
23 I wanted to make sure to have new counsel for Mr. Larkin become
24 familiar with the status of the case at this time.  And I
25 guess, Mr. Eckstein, I will assume that you are lead counsel on

1  this matter; is that correct?
2          MR. ECKSTEIN:  That's correct.
3          THE COURT:  All right.  And you have filed your Notice
4  of Appearance on the 13th of this month that is after this
5  Court has set a firm trial date.  Now, I want to make sure and
6  get on the record your acknowledgment of a number of things.
7          The firm trial date was set after an attempted meet
8  and confer of all counsel in the matter.  Obviously there are
9  numerous counsel involved in this case, and we could not come
10 up with an agreed-upon time so this Court had to set the case
11 bearing in mind its calendar as well as the age of the case,
12 and so the firm trial date has been set to begin on June the
13 20th of next year.  It will continue through August the 31st.
14 And if necessary, we built in a couple of weeks if we need to
15 spill over that date.  Trial will be in recess on July 4th and
16 5th.  It will also be in recess July 31st through August the
17 2nd, as well as September 1st and 4th.  Predominantly that is
18 to accommodate members of the potential jury for those 4th of
19 July and Labor Day holidays, and it also accommodates the Court
20 during the Ninth Circuit annual judicial conference in which I
21 have an obligation to attend being a committee chair.
22         And so we have, and I am sure that you are currently
23 meeting with prior counsel to obtain all of the discovery and
24 files, and I ask that government's counsel be present so that
25 they understand that they are under an immediate obligation

|    |    |
|----|----|
| 1  | also to provide you with discovery. |
| 2  | We have previously before this case went to the Ninth |
| 3  | Circuit on the Motion to Dismiss, we had previously come |
| 4  | together, all counsel, to revise a prescreening jury |
| 5  | questionnaire.  You should certainly make yourself familiar |
| 6  | with that jury questionnaire because it is the questionnaire |
| 7  | that we will use, and I don't believe I will permit any new |
| 8  | questions to be added to that or omitted from that absent |
| 9  | extraordinary circumstances. |
| 10 | Now, the other matter I wanted to address, and I put |
| 11 | this out there on the record, Mr. Eckstein, just so that you |
| 12 | and your counsel, co-counsel are firmly aware, that I do not |
| 13 | intend to entertain any Motion to Continue absent extraordinary |
| 14 | circumstances, and those circumstances may be related to a |
| 15 | client's health issue or something to that effect, but I want |
| 16 | to make sure that you and your co-counsel are completely aware |
| 17 | of your obligations to this Court.  This matter has been |
| 18 | pending for several years.  You're going to find the discovery |
| 19 | to be voluminous, and I am going to make sure that Mr. Stone |
| 20 | and Mr. Rapp do what they can to ensure that you have |
| 21 | absolutely everything in an orderly fashion as soon as |
| 22 | possible. |
| 23 | And so to that end, I want to ask Mr. Eckstein, have |
| 24 | you had any communications with Mr. Larkin's prior counsel to |
| 25 | begin receiving that information? |

1    MR. ECKSTEIN:  We have, Your Honor.
2    THE COURT:  And have you received all of the
3 information that they have pertaining to the case?
4    MR. ECKSTEIN:  We have not.
5    THE COURT:  All right.
6    MR. ECKSTEIN:  We started that process.  My hope and
7 expectation is we will have the entire file in the next day or
8 two.
9    THE COURT:  All right.  And Mr. Stone and Mr. Rapp,
10 have you provided Mr. Eckstein with your information in terms
11 of what needs to be turned over that Mr. Eckstein may or may
12 not have?  And I guess that's a question that Mr. Eckstein is
13 going to have to come to some conclusion, and I don't want to
14 do this at this point, but I am not opposed to imposing any
15 specific deadline for discovery to be provided, or I guess for
16 Mr. Eckstein for you to meet and confer with Mr. Stone and
17 Mr. Rapp as to what may or may not be missing in terms of any
18 discovery.
19    How do you propose to do that, Mr. Stone?
20    MR. STONE:  Well, I think, as you just outlined, Your
21 Honor, once Osborn Maledon has received information from
22 previous counsel and has an opportunity to see what has been
23 turned over and what they have, then it would make sense to
24 have a conversation, a phone call, a meeting with government
25 and Mr. Larkin's new counsel and discuss if there's any gaps to

```
 1   fill and in the most efficient manner in filling those gaps.
 2           THE COURT:  And I guess, Mr. Eckstein, the question
 3   really is to you, and if you need court intervention I'm happy
 4   to do so, but I want to make sure that prior counsel provides
 5   you with all of the files necessary to move forward in an
 6   expedited way, and so I guess what is your -- what is your
 7   understanding of when all of that material will be provided to
 8   you?
 9           MR. ECKSTEIN:  As I indicated before, I think it will
10   be within the next day or two that it will be transmitted to us
11   electronically.  I can't tell you not having received it yet
12   how -- whether there will be any issues in terms of us
13   downloading, having those materials organized, but my
14   expectation is that should not be a problem.
15           THE COURT:  All right.  And I guess based on what
16   you've received so far, how long do you think it will take you
17   to get through the material to determine whether or not you
18   need or believe there are additional items that the government
19   needs to provide?
20           MR. ECKSTEIN:  I would say a couple of weeks probably.
21           THE COURT:  All right.  So I think what I will do is I
22   will ask that you provide the Court with a status report in
23   terms of whether or not you've received all of the discovery in
24   the case or if you do need court intervention in order to
25   receive the material, and I think what we should probably do,
```

1  because I want to make sure that everything is provided to you
2  so that we don't have any cause for delay of this firm trial
3  date, I think we should aim to have that brief status filing by
4  you let's say by the beginning of the third week in January,
5  and let me look at that date.  Why don't we say by the 17th,
6  the 16th is a federal holiday, why don't you place on your
7  calendars January 17th for that status report, and I will then
8  assume that you've received all of the files necessary from
9  prior counsel; that you've reviewed all of those files; that
10 you've had follow-up communication with government's counsel;
11 that they have either attempted to get you any additional
12 material that is related and relevant to your case.
13         And I guess with that, I just want to make sure that
14 we are on track to ensure that you are brought expeditiously up
15 to speed so that we have no delay.  And so is there anything
16 further that you wish to raise with the Court at this time,
17 Mr. Eckstein?
18         MR. ECKSTEIN:  There is not, Your Honor.
19         THE COURT:  All right.  Mr. Stone.
20         MR. STONE:  No, Your Honor.
21         THE COURT:  All right.  With that then, we will stand
22 in recess.  Thank you, counsel.
23         MR. ECKSTEIN:  Thank you.
24         MR. STONE:  Thank you.
25    (Proceedings concluded at 11:13 a.m.)

**C E R T I F I C A T E**

I, HILDA E. LOPEZ, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 10th day of March, 2023.

s/Hilda E. Lopez_____
HILDA E. LOPEZ, RMR, FCRR