Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY VIRTUAL TELECONFERENCE AT MARCH 20, 2023 HEARING** |
| vs. | |
| Michael Lacey, et al., | *[Filed concurrently with [Proposed] Order]* |
| Defendants. | |
| | Assigned to Hon. Diane J. Humetewa, Courtroom 506 |

3855613.2

1   Defendant John Brunst, by and through his undersigned counsel, seeks leave to
2 attend the March 20, 2023 hearing regarding Defendants Larkin's and Spear's Motion to
3 Continue Trial by virtual teleconference.
4   As the government has seized the majority of Mr. Brunst's assets, he has
5 insufficient funds available to cover the fees and costs for the re-trial of this case, any
6 appeals, and litigation of the related consolidated civil forfeiture matter, and is seeking to
7 preserve resources as much as possible.  Mr. Brunst has not filed any motions in
8 connection with the March 20 hearing.  Mr. Brunst therefore requests that undersigned
9 counsel be permitted to appear at the March 20, 2023 hearing virtually.
10   The Government does not object to Mr. Brunst's request.

12 DATED:  March 14, 2023          Respectfully submitted,

                                 Gary S. Lincenberg
                                 Gopi K. Panchapakesan
                                 Ariel A. Neuman
                                 Bird, Marella, Boxer, Wolpert, Nessim,
                                 Drooks, Lincenberg & Rhow, P.C.


                                 By:     */s/ Gopi K. Panchapakesan*
                                         Gopi K. Panchapakesan
                                         Attorneys for Defendant John Brunst