**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

**FEDER LAW OFFICE PA**
Bruce S. Feder, 004832
2930 E. Camelback Rod., Ste. 160
Phoenix, Arizona 85016
(602) 257-0135 phone
bf@federlawpa.com
*Knapp Counsel*

*Attorneys for Defendant Scott Spear*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00422-DJH |
| Plaintiff, | **DEFENDANT SPEARS' POSITION RE: SEVERANCE** |
| v. | |
| Scott Spear, | (The Hon. Diane J. Humetewa) |
| Defendant. | |

Defendant Scott Spear, through counsel, submits his position statement on severance of any Defendants for trial.

Mr. Spear concurs with Mr. Larkin's position statement and joins in the same.

Additionally, private (Knapp) counsel for Mr. Spear, Bruce Feder, and the government have been negotiating the payment of outstanding fees owed by Mr. Spear to Mr. Feder as well as fees to be incurred going forward.

1

In this regard, in recent correspondence between AUSA Dan G. Boyle and Mr. Feder, Mr. Boyle stated the following: "…the government's position is that any limited role of private counsel at trial would reasonably be accommodated by the substantial fees already paid…"

This statement reflects a far different position than the Government asserted in its opposition to Mr. Larkin's and Mr. Spear's Motion to Continue. The government cannot have it both ways.

It is ethically incumbent upon undersigned counsel, as a very recently appointed CJA panelist for Mr. Spear, to be effective at trial. Thus, the need for a continuance as set forth in the pending Motion to Continue Trial (Doc. 1526).

RESPECTFULLY SUBMITTED this March 17, 2023.

                                                 *s/ Eric W. Kessler*
                                                 Eric W. Kessler, Esq.
                                                 *Attorney for Defendant Spear*

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                                    *s/ Eric W. Kessler*
                                                    Eric W. Kessler, Esq.
                                                    *Attorney for Defendant Spear*