DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>   v.<br><br>Andrew Padilla, et al.,<br><br>           Defendant. | CR-18-00422-06-PHX-DJH<br><br>**DEFENDANT PADILLA'S RESPONSE TO THE COURT'S ORDER re: GOVERNMENT'S POSITION ON SEVERANCE (DOC. 1527)** |

Defendant Andrew Padilla, by and through undersigned counsel, pursuant to the Court's Order dated March 9, 2023 (Doc. 1527), respectfully submits his response to the Government's position on the severance of co-defendants Michael Lacey and James Larkin from the other four defendants at the trial of this case. The Government's position is that it opposes severance (Doc. 1530, pp. 3-5). Mr. Padilla agrees with the Government but for reasons specific to his circumstances.

This case is complex from whatever perspective one takes. The Government anticipates calling approximately 70 witnesses. The most recent Government's exhibit list stretches 166 pages long. It lists over 1,800 separate exhibits, many of which have over 20 sub-components. While not all of these exhibits pertain to Mr. Padilla, who is charged with all 51 Travel Act counts, the vast majority of them do address those charges and would potentially affect him, given the Government's reliance on the *Pinkerton* theory of joint liability. Resources for court-appointed counsel, which includes the undersigned, to investigate, prepare and try this case are

not unlimited.  There are now three defense counsel who have been appointed pursuant to the Criminal Justice Act (co-defendants Padilla and Vaught and now Spear).  To the extent practical yet  consistent with the ethical obligations that each attorney owes to his or her client, resources to conduct pretrial preparation and other trial-related matters have been shared.  Moreover, consistent with the same ethical requirements and considering that retained counsel for the other three co-defendants have shared investigation, trial preparation and trial participation (at the first trial) with the undersigned, counsel for Mr. Padilla seeks to retain the same cost and labor-saving approach in this trial.

Wherefore, Mr. Padilla opposes severance of Defendants Lacey and Larkin.

Respectfully submitted this 17th day of March, 2023.

*s/ David Eisenberg*

DAVID EISENBERG
Counsel for Defendant Andrew Padilla

Certificate of Service

I hereby certify that on March 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov
Assistant U. S. Attorneys

and

Timothy J. Eckstein, teckstein@omlaw.com
Joseph Roth, jroth@omlaw.com
Sarah P. Lawson, slawson@omlaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Paul J. Cambria, pcambria@lglaw.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
Eric W. Kessler, Eric.Kessler@gmail.com

Bruce S. Feder, bf@federlawpa.com
Joy Malby Bertrand, joyous@mailbag.com

*s/ David Eisenberg*
David Eisenberg