Timothy J. Eckstein, 018321
Joseph N. Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

*Attorneys for James Larkin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH-2 |
|---|---|
| Plaintiff, | **DEFENDANT LARKIN'S RESPONSE TO THE UNITED STATES' POSITION ON SEVERANCE (DOC. 1530)** |
| vs. | |
| James Larkin (2), et al., | |
| Defendants. | |

In response to the Court's order (Doc. 1527) and the government's response (Doc. 1530 at 4), Defendant James Larkin does not believe that the parties or the Court have previously considered severing him and Mr. Lacey for a separate trial. Defendant Larkin has separately moved to continue the trial (Doc. 1526) because he believes it is necessary under the circumstances and it serves his interest in having competent, prepared trial counsel. Although he is not seeking a severance, Mr. Larkin has no objection to the Court ordering a severance to the extent the Court believes it is necessary to do so to grant his continuance request.

. . .

1

DATED this 17th day of March, 2023.

                              OSBORN MALEDON, P.A.

                              By /s/ Timothy J. Eckstein
                                  Timothy J. Eckstein
                                  Joseph Roth
                                  Sarah P. Lawson
                                  2929 North Central, 20th Floor
                                  Phoenix, Arizona 85012-2794

                                  *Attorneys for James Larkin*