GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>James Larkin (2), Scott Spear (3),<br><br>    Defendants. | CR-18-422-PHX-DJH-2, 3<br><br>**UNITED STATES' SUPPLEMENT TO RESPONSE TO DEFENDANTS LARKIN AND SPEAR'S MOTION TO CONTINUE TRIAL**<br>**[Doc. 1526]** |

On March 9, 2023, Defendants James Larkin and Scott Spear moved to continue trial in this matter, and on the same day, the Court ordered the government to file any

response by March 14, 2023, and ordered all parties to set forth their positions on a possible severance of certain defendants for trial. *See* Dkt. No. 1527. On March 14, 2023 the government filed its Response, and on March 17, 2023, Defendant Spear filed his Position regarding severance. *See* Dkt. No. 1536.

In his Position, Defendant Spear quoted from, but did not attach, a letter from government counsel to Defendant Spear's *Knapp* counsel, Bruce Feder, regarding Mr. Feder's request for release of funds (the "March 7 Letter"). To avoid any confusion over the March 7 Letter at the presently-scheduled hearing, attached as Exhibit A to this Supplement is the full March 7 Letter referenced in Defendant Spear's Position.

The government respectfully submits that the March 7 Letter does not support Defendant Spear's claim that the government is seeking to "have it both ways" by opposing a continuance here. *See* Dkt. No. 1536, at 2. Government counsel is obviously not privy to the division of labor between Defendant Spear's multiple counsel, and at the time the March 7 Letter was sent, the government had not seen Defendant Spear's arguments regarding Mr. Kessler's purported inability to prepare for trial, as set forth in his motion to continue – which would not be filed for two more days.

Respectfully submitted this 17th day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

 *s/Kevin Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW STONE
DANIEL BOYLE
Assistant U.S. Attorneys

AUSTIN BERRY
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Daniel Parke*
Daniel Parke
U.S. Attorney's Office