**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone: 480-656-3919
Fax: 480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR: DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br><br>　　v.<br><br>Joye Vaught,<br>　　　Defendant. | CR-2018-0422-SMB<br><br>**MOTION FOR LEAVE TO APPEAR BY PHONE AT MARCH 20, 2023 HEARING (EXPEDITED REVIEW REQUESTED)** |

NOW COMES the Defendant, Joye Vaught, by and through her counsel of record, Joy Bertrand, to ask this Court for leave for her counsel to appear by phone at the March 20, 2023 Hearing set in this matter. As further grounds therefore, the Defendant submits the following:

One of Undersigned Counsel's family has entered the active dying stage of hospice care and is not expected to live through the weekend. To allow Counsel to be present for her family, she asks for leave to appear by phone at the March 20, 2023 hearing in this matter.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED on March 16, 2023.

<u>s/Joy Bertrand</u>
Joy Bertrand
Attorney for Defendant

# CERTIFICATE OF SERVICE

On March 18, 2023, I, Joy Bertrand, attorney for the Defendant, Joye Vaught, filed the Defendant's Motion for Leave to Appear by Phone at March 20, 2023 Hearing with the Arizona District Court's electronic filing system. Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon opposing counsel and codefendant counsel upon its submission to the Court.

Respectfully submitted this Eighteenth day of March, 2023.


        s/Joy Bertrand
        Joy Bertrand
        Attorney for Defendant