# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Joye Vaught,<br>    Defendant. | CR-2018-0422-SMB<br><br>**ORDER** |

Upon Motion of the Defendant, with good cause appearing,

IT IS ORDERED granting the Defendant's Motion for Leave to Appear by Phone at March 20, 2023 Hearing.

SO ORDERED this ___ day of March, 2023.

_____

United States District Judge