Gary S. Lincenberg *(admitted pro hac vice)*
   glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
   aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
   gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANT JOHN BRUNST'S NOTICE OF CONFLICT WITH TRIAL DATE** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Diane J. Humetewa |
| Defendants. | Trial Date: August 8, 2023 |

3859555.2

1    Pursuant to the Court's March 23, 2023 Order (Dkt. 1546) setting an August 8,
2  2023 Trial Date, counsel for Defendant John Brunst informs the Court of the following
3  conflict:

4  - Mr. Lincenberg is scheduled to take a pre-planned international vacation between September 7 and September 15, 2023.  This is an annual trip that Mr. Lincenberg is involved in planning; dates were set over a year in advance so that 24 participants could set the time aside; and it is partially paid.

9    Mr. Brunst's counsel discussed with government counsel the possibility of not objecting to trial being held on these dates so long as the government agreed not to call a particular key witness during this timeframe.  While government counsel indicated it was unlikely that this witness would testify during this timeframe, government counsel declined to make any commitment in that regard.

DATED:  March 28, 2023          Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:     */s/ Gary S. Lincenberg*
              Gary S. Lincenberg
       Attorneys for Defendant John Brunst

3859555.2

2

BRUNST NOTICE OF CONFLICT WITH TRIAL DATE