IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | CR-18-422-PHX-DJH<br><br>**ORDER** |

Based on the United States' Unopposed Motion to Extend Deadline for Responding to Defendants' Motion to Dismiss (Doc. 1557) (First Request), and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' motion and setting <u>May 5, 2023</u> as the United States' deadline for responding to Defendants' Motion to Dismiss (Doc. 1557).

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.