# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, | |
| Defendant. | |

Upon consideration of Defendant Michael Lacey's Unopposed Motion to Amend His Conditions of Release (Doc. 1560) and finding good cause appearing,

**IT IS ORDERED granting** the Motion (Doc. 1560) and Defendant's conditions of release are hereby amended to remove the location monitoring technology, condition.

**IT IS FURTHER ORDERED** affirming all previously imposed conditions of release unless otherwise ordered by the Court.

The Court finds there is no excludable delay.

Dated this 7th day of April, 2023.

Honorable Diane J. Humetewa
United States District Judge