IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| James Larkin (2), et al., | |
| Defendants. | |

Upon consideration of Defendant James Larkin's Unopposed Motion to Amend Conditions of Release, and good cause appearing,

**IT IS ORDERED granting** the Motion and amending Defendant James Larkin's conditions of release to remove the condition requiring location monitoring technology.