1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-002-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| James Larkin, | |
| Defendant. | |

Upon consideration of Defendant James Larkin's Unopposed Motion to Amend Conditions of Release (Doc. 1574) and finding good cause appearing,

**IT IS ORDERED granting** the Motion (Doc. 1574) and Defendant's conditions of release are hereby amended to remove the location monitoring technology, condition.

**IT IS FURTHER ORDERED** affirming all previously imposed conditions of release unless otherwise ordered by the Court.

The Court finds there is no excludable delay.

Dated this 18th day of April, 2023.

Honorable Diane J. Humetewa
United States District Judge