IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>James Larkin (2), et al.,<br><br>Defendants. | Case No. 2:18-cr-00422-PHX-DJH<br><br>**[PROPOSED] ORDER** |

Upon consideration of Defendants James Larkin, Michael Lacey, Scott Spear, Jed Brunst, Andrew Padilla, and Joye Vaught's Unopposed Motion to Extend Deadline to Reply, and good cause appearing,

**IT IS ORDERED granting** the Motion.  Defendants shall file their reply to the pending motion to dismiss on or before May 12, 2023.