# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

For good cause showing, **IT IS ORDERED** Defendants James Larkin, Michael Lacey, Scott Spear, Jed Brunst, Andrew Padilla, and Joye Vaught's Unopposed Motion for an Extension of Time to File a Reply (Doc. 1579) is **granted**. Defendants shall file their Reply to the pending Motion to Dismiss on or before May 12, 2023.

Dated this 2nd day of May, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge