1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                         DISTRICT OF ARIZONA
7    United States of America
                                              CR 18-00422-06-PHX-DJH
8                   Plaintiff,
           v.                                        O R D E R
9
     Andrew Padilla, et al.,
10
                    Defendant.
11
12      Upon the motion of the Defendant Andrew Padilla for his counsel to appear by telephone
13   at the hearing set for May 22, 2023 at 11:00 a.m. in the matter of the Defendants' Motion to
14   Dismiss Superseding Indictment (Doc. 1557), good cause appearing.
15      **IT IS HEREBY ORDERED** granting the Defendant's motion (Doc.   ) for the reasons
16   stated in the motion and allowing counsel to appear by telephone at a number to be set by the
17   Court.
18      DATED
19
20                                   _____
                                            Diane J. Humetewa
                                        United States District Judge
21
22
23
24
25
26
27
28