Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY PHONE OR VIDEOCONFERENCING AT MAY 22, 2023 HEARING** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

NOW COMES the Defendant, Michael Lacey, by his attorney of record, to ask the Court to grant leave for his lawyer to appear by phone or videoconferencing at the May 22, 2023 Hearing in this matter.  As good cause therefore, the Defendant submits the following:

Mr. Lacey's counsel has an unmoveable personal conflict.  His daughter's college graduation is on May 20, 2023, after which, counsel will host a graduation party on the evening of May 21, 2023. Additionally, counsel will be hosting out-of-town guests at the time of the May 22, 2023 Hearing.  It is not possible to travel to and from the District of Arizona for the May 22, 2023 Hearing and attend these very important family milestones.

1    Further, because the government has seized the majority of Mr. Lacey's assets, and the

2    limited pool of assets available for trial costs was substantially depleted during the first trial in this

3    case, assets necessary for travel and accomodations are in short supply and need to be preserved for

4    the upcoming trial.

5    The Government does not object to this Motion.

6    The Court will find attached a proposed Order.

7    RESPECTFULLY SUBMITTED this 8th day of May, 2023,

8

9                                        Paul J. Cambria, Jr.
                                         LIPSITZ GREEN SCIME CAMBRIA LLP
10

11                                       By:    /s/ Paul J. Cambria, Jr.
                                                Paul J. Cambria, Jr.
12                                              Attorneys for Michael Lacey

13   On May 8, 2023, a PDF version

14   of this document was filed with
     Clerk of the Court using the CM/ECF
15   System for filing and for Transmittal

16   Of a Notice of Electronic Filing to the
     Following CM/ECF registrants:
17

18   Kevin Rapp, kevin.rapp@usdoj.gov
     Peter Kozinets, peter.kozinets@usdoj.gov
19   Daniel Boyle, daniel.boyle2@usdoj.gov

20   Margaret Perlmeter, margaret.perlmeter@usdoj.gov
     Andrew Stone, andrew.stone@usdoj.gov
21   Austin Maxwell Berry, austin.berry2@usdoj.gov

22

23

24

25

26

27

28                                              2