IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　　Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

　　　Upon Motion of the Defendant, with good cause appearing and with no objection from the Government,

　　　IT IS ORDERED granting Attorney Paul J. Cambria, Jr., leave to appear by [phone/videoconferencing] at the May 22, 2023 Hearing in this matter.

　　　IT IS FURTHER ORDERED that Attorney Paul J. Cambria, Jr. shall [call 602-_____/log in to the Court's videoconferencing system at www._____] at 10:55 A.M. May 22, 2023.

　　　SO ORDERED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge