1  Gary S. Lincenberg *(admitted pro hac vice)*
      glincenberg@birdmarella.com
2  Ariel A. Neuman *(admitted pro hac vice)*
      aneuman@birdmarella.com
3  Gopi K. Panchapakesan *(admitted pro hac vice)*
      gkp@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant John Brunst
8
9                **UNITED STATES DISTRICT COURT**
10                **FOR THE DISTRICT OF ARIZONA**
11

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY VIRTUAL TELECONFERENCE AT MAY 22, 2023 HEARING** |
| vs. | |
| Michael Lacey, et al., | *[Filed concurrently with [Proposed] Order]* |
| Defendants. | |
| | Date:   May 22, 2023<br>Time:   11:00 A.M.<br>Crtrm.: 506 |
| | Assigned to Hon. Diane J. Humetewa |
| | Trial Date:            August 8, 2023 |

3867186.1

1    Defendant John Brunst, by and through his undersigned counsel, seeks leave to
2 attend the May 22, 2023 Hearing on Defendants' Motion to Dismiss Superseding
3 Indictment by virtual teleconference.
4    As the government has seized the majority of Mr. Brunst's assets, he has
5 insufficient funds available to cover the fees and costs for the re-trial of this case, any
6 appeals, and litigation of the related consolidated civil forfeiture matter, and is seeking to
7 preserve resources as much as possible.  Mr. Brunst therefore requests that undersigned
8 counsel be permitted to appear at the May 22, 2023 hearing virtually.
9    The Government does not object to Mr. Brunst's request.

DATED:  May 9, 2023                    Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:     */s/ Gopi K. Panchapakesan*
              Gopi K. Panchapakesan
       Attorneys for Defendant John Brunst

3867186.1

2

MOTION FOR LEAVE FOR COUNSEL TO APPEAR BY
VIRTUAL TELECONFERENCE AT MAY 22, 2023 HEARING

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By:     */s/ Gopi K. Panchapakesan*
        Gopi K. Panchapakesan
        Bird, Marella, Boxer, Wolpert, Nessim,
        Drooks, Lincenberg & Rhow, P.C.