**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | Assigned to Hon. Diane J. Humetewa, Courtroom 506 |
| Michael Lacey, et al., | |
| Defendants. | |

3867224.1

ORDER

**[PROPOSED] ORDER**

Upon the motion of Defendant John Brunst, with good cause appearing, and with no objection from the Government,

IT IS ORDERED that Mr. Brunst's counsel may appear at the May 22, 2023 hearing in this action by virtual teleconference.

**IT IS SO ORDERED.**

Date:

Hon. Diane J. Humetewa
United States District Judge