**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

**FEDER LAW OFFICE PA**
Bruce S. Feder, SBN 004832
2930 E. Camelback Rod., Ste. 160
Phoenix, Arizona 85016
(602) 257-0135 phone
bf@federlawpa.com
*Knapp Counsel*

Attorneys for Defendant Scott Spear

[*Additional counsel listed on next two pages*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 2:18-cr-00422-03-PHX-DJH |
| Plaintiff, | **MOTION *IN LIMINE* TO PRECLUDE TESTIMONY, STATEMENTS, OR ARGUMENTS THAT ESCORT SERVICES, DATING ADS, MASSAGE SERVICES AND ADULT ADVERTISING ARE UNLAWFUL OR PRESUMED TO INVOLVE PROSTITUTION** |
| v. | |
| Michael Lacey, et al., | |
| | Date: July 27, 2023 |
| | Time: 1:00 p.m. |
| | Courtroom: 506 |
| | Assigned to Hon. Diane J. Humetewa |
| Defendants. | Trial Date: August 8, 2023 |

Paul J. Cambria, Jr. *(admitted pro hac vice)*
pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Attorneys for Defendant Michael Lacey

David Eisenberg (AZ Bar No. 017218)
david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
Attorney for Defendant Andrew Padilla

Joy Malby Bertrand (AZ Bar No. 024181)
joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
PO Box 2734
Scottsdale, Arizona 85252
Telephone: (602) 374-5321
Facsimile: (480) 361-4694
Attorney for Defendant Joye Vaught

Timothy J. Eckstein
teckstein@omlaw.com
Joseph Roth
jroth@omlaw.com
Sarah P. Lawson
slawson@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, AZ 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050

Attorneys for Defendant James Larkin

Gary S. Lincenberg *(admitted pro hac vice)*
glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

Defendant Scott Spear, through counsel, moves this Court *in limine* to preclude the Government from eliciting testimony, making statements, or arguing that certain lawful activities are unlawful or presumed to involve prostitution.

**Proposed Order:**

The Government is precluded from eliciting testimony, making statements, or arguing that the following lawful activities are unlawful or presumed to involve prostitution or are not protected by the First Amendment:

a) Licensed escort services;

b) Dating advertising that complies with Arizona law regarding the same;

c) Licensed massage services; and

d) Adult advertising, including escort, massage and dating advertisements that are facially lawful are not protected by the First Amendment.

**Escort Services:**

Escort services in Arizona are legal and defined in A.R.S. §13-1422 as follows: "Escort means a person who for consideration agrees or offers to act as a companion, guide or date for another person or who agrees or offers to privately model lingerie or to privately perform a striptease for another person." The licensing of escorts is left to each city. Escort agencies and advertising are regulated by A.R.S. §9-500.10.

**Massage Services:**

Massage services, and the advertising thereof, are also expressly legal in Arizona and are regulated by Title 32, Chapter 42 of the Arizona Revised Statutes.

**Online Dating Services**:

Online dating services are likewise expressly legal in Arizona and are governed by A.R.S. §44-7151, *et seq.*  This includes advertising by dating services.

There are no statutory or other legal authorities that give rise to any presumptions of prostitution regarding escorts, online dating sites and massage services.

**Ev. Rule 401 and 403:**

Since each of the above services are legal in Arizona, any testimony or suggestion by the Government that any of these services are really just fronts for prostitution, or that the jury should presume as such, is legally and factually incorrect, thereby negating any probative value and relevance under Ev. Rule 401.  Even if the Court went beyond Rule 401 and applied a 403 analysis, the result would be the same.  Because the activities are legal, any assertion to the contrary would be incorrect and lack any probative value.  Further, the resulting prejudice to these Defendants would be unfair because the activities are in fact legal.

Finally, the First Amendment protects truthful commercial speech (advertisements) about a lawful product, no matter how tasteless and excessive it sometimes may seem to some people.  *44 Liquormart, Inc. v. Rhode Island*, 517 U.S. 484, 116 S. Ct. 1495, 134 L. Ed. 2d 711 (1996).

Undersigned counsel attempted to discuss the Government's position on this Motion both by telephone and email, but the Government has not yet responded.

RESPECTFULLY SUBMITTED this June 8, 2023.

          */s/ Eric W. Kessler*
Eric W. Kessler, Esq.
Bruce Feder, Esq.
*Attorneys for Defendant Spear*

DATED: June 8, 2023

Timothy J. Eckstein
Joseph Roth
Sarah P. Lawson
Osborn Maledon, P.A.

          */s/ Timothy J. Eckstein*
Timothy J. Eckstein
Attorneys for Defendant James Larkin

DATED: June 8, 2023

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

          */s/ Gary S. Lincenberg*
Gary S. Lincenberg
Attorneys for Defendant John Brunst

DATED: June 8, 2023

Paul J. Cambria
Erin McCampbell Paris
Lipsitz Green Scime Cambria LLP

          */s/ Paul J. Cambria*
Paul J. Cambria
Attorneys for Defendant Michael Lacey

DATED: June 8, 2023

        The Law Office of David Eisenberg, PLC

        */s/ David Eisenberg*
        David Eisenberg
        Attorney for Defendant Andrew Padilla

DATED: June 8, 2023

        Joy Bertrand Esq., LLC

        */s/ Joy Malby Bertrand*
        Joy Malby Bertrand
        Attorney for Defendant Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

        *s/ Eric W. Kessler*
        Eric W. Kessler, Esq.
        *Attorney for Defendant Spear*