# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

This case is before the Court on its own review. A Final Pretrial Conference has been scheduled for July 27, 2023, at 1:00 p.m. (Doc. 1546). In that Order, the Court instructed the parties to meet with AV Support before and after the Final Pretrial Conference. (*Id.* at 5–6). The Court will reserve three hours for the Final Pretrial Conference and thus will reset the date and time on which the parties can meet with AV Support. Accordingly,

**IT IS ORDERED resetting** the date and time for the parties to meet with AV Support. Both sides shall meet with AV Support on **August 3, 2023**, in Courtroom 605 instead of the previously scheduled times on July 27, 2023. Representatives from the Government shall come at 9:30 a.m. and representatives from the Defense shall come at 11:00 a.m.

Dated this 23rd day of June, 2023.

Honorable Diane J. Humetewa
United States District Judge