IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-DJH<br><br>**ORDER** |

　　　The Court having reviewed the United States' Unopposed Motion to Extend Deadline to File Case Related Documents, and good cause appearing,

　　　**IT IS ORDERED** granting the Unopposed Motion to Extend Deadline to File Case Related Documents.

　　　**IT IS FURTHER ORDERED** extending the deadline for the parties' to file the case related documents to June 30, 2023.