# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Defendants have filed a Motion for Reconsideration of the Court's June 1, 2023, Order denying Defendants' Motion to Dismiss the Superseding Indictment (Doc. 1622). The Court will order expedited briefing on the Motion.

Accordingly,

**IT IS ORDERED** that the Government shall file its response to the Motion for Reconsideration by July 3, 2023. Defendants shall have until July 6, 2023, to file a supporting reply brief.

Dated this 29th day of June, 2023.

_Honorable Diane J. Humetewa_
United States District Judge