IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Upon Motion of the Defendant, with good cause appearing and with no objection from the Government,

IT IS ORDERED granting Defendant's request that the Court recess trial from September 6, 2023 through September 8, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge