# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　Defendants. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

This matter having been set for a firm Jury Trial on **August 8, 2023, at 9:00 a.m.**,

**IT IS ORDERED** that the completed juror questionnaires will be reviewed at the time of the Final Pretrial Conference set for July 27, 2023 at 1:00 p.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003.  The completed questionnaires will be made available to counsel on a USB flash drive that can be picked up in the Jury Administration Office on July 21, 2023.  Counsel shall bring their copies of the questionnaires to the Final Pretrial Conference. **Counsel are required to return the USB flash drive and all copies of the questionnaires to the Courtroom Deputy no later than the last day of trial.**

**IT IS FURTHER ORDERED** that the parties shall meet and confer prior to the Final Pretrial Conference regarding the completed questionnaires.  On or before July 21, 2023, chambers will email the parties a form list with the juror numbers, on which the parties shall indicate those jurors they **agree** should be stricken for cause or hardship and those jurors they **disagree** should be stricken for cause or hardship.  This joint list shall be

emailed to Humetewa_Chambers@azd.uscourts.gov no later than **9:00 a.m. on July 26, 2023**. **The parties shall not file this list.** The Court will rule on any disputed jurors at the Final Pretrial Conference.

Dated this 13th day of July, 2023.

Honorable Diane J. Humetewa
United States District Judge

- 2 -