Sara E. Kropf (*pro hac vice*)
**KROPF MOSELEY PLLC**
1100 H Street NW, Suite 1220
Washington DC 20005
Telephone: (202) 627-6900
Email: sara@kmlawfirm.com
Attorneys for Ernest Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE ON BEHALF OF NON-PARTY GOVERNMENT WITNESS ERNEST ALLEN** |
| Michael Lacey, et al., | |
| Defendants. | |

Sara E. Kropf, of the law firm Kropf Moseley PLLC, hereby enters her appearance in this matter *pro hac vice* on behalf of non-party government witness Ernest Allen. All future correspondence, court documents and discovery in reference to this case will be accepted at the following address:

Sara E. Kropf
Kropf Moseley PLLC
1100 H Street NW, Suite 1200
Washington, DC 20005
Telephone: (202) 627-6900
sara@kmlawfirm.com

RESPECTFULLY SUBMITTED this 17th day of July 2023.

**KROPF MOSELEY PLLC**

*/s/ Sara E. Kropf*
Sara E. Kropf (*pro hac vice*)
1100 H Street NW Suite 1200
Washington DC 20005
Attorneys for Ernest Allen

## Certificate of Service

I certify that on this 17th day of July 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ *Rebecca Guiterman*