UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>    v.<br><br>Andrew Padilla,<br><br>             Defendant. | CR-18-00422-06-PHX-DJH<br><br>**ORDER** |

Upon motion of Defendant and good cause appearing,

**IT IS ORDERED** granting Defendant Andrew Padilla's motion to appear by telephone or video teleconference at the Final Pretrial Conference in this case (Doc.   ).  Instructions will be provided for his remote appearance by separate e-mail notification.

Dated this        Day of July, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge