DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-18-00422-06-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S *AMENDED* MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE OR BY VIDEO TELECONFERENCE** |
| Andrew Padilla, | |
| Defendant. | **(Hearing Set for July 27, 2023 at 3:00 pm)** |

The Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant's request that he be allowed to appear by telephone or video conference for the final pretrial conference set for July 27, 2023, starting at 3:00 pm. The grounds for this request are that Mr. Padilla resides in the Dallas, Texas area. The round trip fare to fly from Dallas to Phoenix and back is approximately $560, and the hotel cost for two nights would be approximately *$235* (not $470 as originally stated). These expenses do not include ground transportation. This is a considerable outlay of funds for Mr. Padilla.

Wherefore, the Defendant respectfully requests that the Court enter an order allowing him to appear telephonically or by video teleconference.

Respectfully submitted this 25th day of July, 2022.

*s/ David Eisenberg*

DAVID EISENBERG
Counsel for Defendant Andrew Padilla

**Certificate of Service**

I hereby certify that on July 25, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*s/ David Eisenberg*
David Eisenberg

2