**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR:  DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Joye Vaught,<br>    Defendant. | CR-2018-0422-SMB<br><br>**MOTION FOR LEAVE FOR MS. VAUGHT APPEAR BY PHONE OR VIDEOCONFERENCING AT JULY 27, 2023 HEARING** |

NOW COMES the Defendant, Joye Vaught, by and through her counsel of record, Joy Bertrand, to ask this Court for leave for her to appear by phone or video conferencing at the July 27, 2023 final pretrial hearing in this matter.  As further grounds therefore, the Defendant submits the following:

Like Andrew Padilla, Ms. Vaught lives in the Dallas, Texas area.  Round-trial airfare to Phoenix and lodging would cost approximately $1,100 before ground transportation – a considerable expense for Ms. Vaught, who remains indigent.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED on July 25, 2023.

<u>s/Joy Bertrand</u>
Joy Bertrand
Attorney for Defendant

# CERTIFICATE OF SERVICE

On July 25, 2023, I, Joy Bertrand, attorney for the Defendant, Joye Vaught, filed the Defendant's Motion for Leave to Appear by Phone at July 25, 2023 Hearing with the Arizona District Court's electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon opposing counsel and codefendant counsel upon its submission to the Court.

Respectfully submitted this 25th day of July, 2023.


                s/Joy Bertrand
                Joy Bertrand
                Attorney for Defendant