1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,                          No. CR-18-00422-PHX-DJH

10                      Plaintiff,                        **ORDER**

11   v.

12   Michael Lacey, et al.,

13                      Defendants.

14

15          The Court, having become aware of Defendant Larkin's passing, will nonetheless

16   expect the parties to prepare for trial to commence on the current scheduled date.

17          **IT IS ORDERED** that counsel shall meet and confer on one or two additional voir

18   dire questions related to the jury panel's awareness of recent events to probe whether they

19   have heard of anything related to the impending trial and if so, whether it will impact their

20   ability to be a fair and/or impartial juror.  The parties shall submit that question(s) to the

21   Court by 10:00 a.m. on August 4, 2023.

22          Dated this 2nd day of August, 2023.

23
24
25                                                    _____

                                                     Honorable Diane J. Humetewa
26                                                   United States District Judge

27
28