Timothy J. Eckstein, 018321
Joseph N. Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>James Larkin (2), et al.,<br><br>Defendants. | Case No. 2:18-cr-00422-PHX-DJH<br><br>**NOTICE** |
|---|---|

Undersigned counsel hereby notifies the Court that on July 31, 2023, defendant James A. Larkin passed away. The parties will appear before the Court on Friday, August 4, at 1:00 p.m., to discuss a dismissal of the Superseding Indictment against Mr. Larkin under Fed. R. Crim. P. 48.

DATED this 2nd day of August, 2023.

OSBORN MALEDON, P.A.

By    s/ Timothy J. Eckstein
      Timothy J. Eckstein
      Joseph N. Roth
      Sarah P. Lawson
      2929 North Central, 20th Floor
      Phoenix, Arizona 85012-2794
      Attorneys for James Larkin

1