GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CR-18-422-PHX-DJH |
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO CONTINUE TRIAL** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States is prepared to go forward with trial as planned on August 8, 2023. The United States objects to any continuance that would result in a different venire panel. Undersigned counsel are sympathetic to the remaining individuals involved in this matter given the news of Mr. Larkin. Indeed, on August 1, 2023, undersigned counsel represented as much on a conference call with defense counsel, and noted that we could conceive a continuance of two to three weeks, but *only* to the extent that it would allow the current venire panel to be utilized so that all the work by the prospective jurors, the Clerk's Office, the Court, and the parties and their counsel could be salvaged.

The United States believes that a short continuance of no more than two or three weeks would allow the same venire panel to be maintained, give the parties and their counsel time to grieve, and still vindicate the public and the victims' rights to a speedy trial. *See* Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(7) ("a crime victim has . . .The right to proceedings free from unreasonable delay."). Indeed, the United States has contacted several of the victims, as is our statutory obligation, and each victim has expressed frustration at the idea of yet another delay. A continuance of just a couple of weeks would still result in the trial ending before Thanksgiving, whereas a continuance of two months would require the trial to cross the Thanksgiving, Christmas, and New Year's holidays such that maintaining the current venire panel would be essentially impossible.

Accordingly, the United States respectfully requests that this Court deny Defendants' motion for a two-month continuance.

Respectfully submitted this 2nd day of August, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/Austin M. Berry*

AUSTIN M. BERRY
Trial Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW STONE
DANIEL BOYLE
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Austin M. Berry*
Austin M. Berry
Trial Attorney