DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Andrew Padilla,<br><br>　　　　Defendant. | CR-18-00422-06-PHX-DJH<br><br>**DEFENDANT'S MOTION TO APPEAR BY TELEPHONE**<br><br>**(Hearing Set for August 4, 2023 at 1:00 pm)** |

　　　The Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant's request that he be allowed to appear by telephone for the hearing set for August 4, 2023, starting at 1:00 pm. The grounds for this request are that Mr. Padilla resides in the Dallas, Texas area. The round trip fare to fly from Dallas to Phoenix and back is approximately $560, and the hotel cost for two nights would be approximately $235. These expenses do not include ground transportation. This is a considerable outlay of funds for Mr. Padilla.

　　　Wherefore, the Defendant respectfully requests that the Court enter an order allowing him to appear telephonically.

　　　Respectfully submitted this 3rd day of August, 2022.

　　　　　　　　　　　　　　　　　　　　*s/ David Eisenberg*

　　　　　　　　　　　　　　　　　　　　DAVID EISENBERG
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Andrew Padilla

**Certificate of Service**

I hereby certify that on August 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

   *s/ David Eisenberg*
     David Eisenberg