UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br>  v.<br>Andrew Padilla,<br>            Defendant. | CR-18-00422-06-PHX-DJH<br><br>**ORDER** |

Upon motion of Defendant and good cause appearing,

**IT IS ORDERED** granting Defendant Andrew Padilla's motion to appear by telephone at the hearing in this case set for August 4, 2023 at 1:00 pm (Doc.   ).   Instructions will be provided for his remote appearance by separate e-mail notification.

Dated this       day of August, 2023.

                                                    Honorable Diane J. Humetewa<br>
                                                    United States District Judge