# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey,<br><br>　　　　　Defendant. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

In addition to the issues referenced in the Court's prior Orders (Docs. 1650 & 1654), the parties shall come prepared to discuss the following at the hearing set for Friday, August 4, 2023:

1. What progress defense counsel has made, if any, to identify a new data housing system and Trial Director "hot seat" person;
2. Whether the parties are agreeable to a shorter trial;
3. Whether the parties are willing to shorten the length of the juror questionnaires and if so, which questions they would agree to remove.

Dated this 3rd day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge