# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Upon consideration of the United States' request for a *Frye/Cooper* Hearing in its Trial Brief (Doc. 1642), and finding good cause appearing,

**IT IS ORDERED** referring this matter to Magistrate Judge Deborah M. Fine for purposes of setting a *Frye/Cooper* Hearing as soon as practicable at which time the United States may make a record in the presence of Defendants as to the United States' plea offers.

The Court finds there is no excludable delay.

Dated this 4th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge