# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-0422-PHX-DJH |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Lacey, et al., | |
| Defendants. | |

This matter has been referred to the undersigned for setting of a *Frye/Cooper* hearing (Doc. 1676).

Accordingly,

**IT IS ORDERED** setting a *Frye/Cooper* hearing for **August 15, 2023, at 9:30 a.m.** before Judge Fine in courtroom 303. One hour has been set aside for this hearing. Defendants must personally appear with their counsel.

The Court finds there is no excludable delay under 18 U.S.C. § 3161.

Dated this 7th day of August, 2023.

_____
Honorable Deborah M. Fine
United States Magistrate Judge