# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Michael Lacey et al.,<br><br>  Defendant. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

As set forth on the record at the Final Pretrial Conference held on July 27, 2023,

**IT IS ORDERED** that of the four hundred forty-four (444) prospective jurors who completed questionnaires, three hundred twenty (320) are stricken for cause.

**IT IS FURTHER ORDERED** that jurors twenty-five (25) and three hundred sixty-six (366) were stricken for cause on August 4, 2023.  The following one hundred twenty-two (122) prospective jurors remain:

**Juror Number**

1.  8
2.  23
3.  65
4.  135
5.  136
6.  148
7.  159

| | | |
|---|---|---|
| 8. | 177 | |
| 9. | 192 | |
| 10. | 201 | |
| 11. | 206 | |
| 12. | 220 | |
| 13. | 237 | |
| 14. | 260 | |
| 15. | 280 | |
| 16. | 312 | |
| 17. | 316 | |
| 18. | 324 | |
| 19. | 327 | |
| 20. | 336 | |
| 21. | 337 | |
| 22. | 350 | |
| 23. | 389 | |
| 24. | 410 | |
| 25. | 428 | |
| 26. | 429 | |
| 27. | 430 | |
| 28. | 431 | |
| 29. | 433 | |
| 30. | 457 | |
| 31. | 474 | |
| 32. | 509 | |
| 33. | 545 | |
| 34. | 557 | |

35. 559
36. 565
37. 582
38. 611
39. 622
40. 623
41. 654
42. 676
43. 678
44. 686
45. 691
46. 707
47. 710
48. 730
49. 738
50. 818
51. 825
52. 826
53. 849
54. 863
55. 864
56. 874
57. 876
58. 886
59. 930
60. 939
61. 942

| | | |
|---|---|---|
| 1 | 62. | 945 |
| 2 | 63. | 958 |
| 3 | 64. | 1018 |
| 4 | 65. | 1028 |
| 5 | 66. | 1032 |
| 6 | 67. | 1087 |
| 7 | 68. | 1093 |
| 8 | 69. | 1114 |
| 9 | 70. | 1161 |
| 10 | 71. | 1164 |
| 11 | 72. | 1172 |
| 12 | 73. | 1193 |
| 13 | 74. | 1204 |
| 14 | 75. | 1215 |
| 15 | 76. | 1224 |
| 16 | 77. | 1241 |
| 17 | 78. | 1242 |
| 18 | 79. | 1299 |
| 19 | 80. | 1316 |
| 20 | 81. | 1331 |
| 21 | 82. | 1356 |
| 22 | 83. | 1364 |
| 23 | 84. | 1370 |
| 24 | 85. | 1397 |
| 25 | 86. | 1398 |
| 26 | 87. | 1412 |
| 27 | 88. | 1417 |

| | | |
|---|---|---|
| 1 | 89. | 1449 |
| 2 | 90. | 1486 |
| 3 | 91. | 1505 |
| 4 | 92. | 1525 |
| 5 | 93. | 1539 |
| 6 | 94. | 1558 |
| 7 | 95. | 1575 |
| 8 | 96. | 1582 |
| 9 | 97. | 1585 |
| 10 | 98. | 1594 |
| 11 | 99. | 1615 |
| 12 | 100. | 1618 |
| 13 | 101. | 1702 |
| 14 | 102. | 1709 |
| 15 | 103. | 1710 |
| 16 | 104. | 1718 |
| 17 | 105. | 1723 |
| 18 | 106. | 1747 |
| 19 | 107. | 1754 |
| 20 | 108. | 1756 |
| 21 | 109. | 1757 |
| 22 | 110. | 1762 |
| 23 | 111. | 1772 |
| 24 | 112. | 1787 |
| 25 | 113. | 1792 |
| 26 | 114. | 1800 |
| 27 | 115. | 1807 |

| | | |
|---|---|---|
| 1 | 116. | 1809 |
| 2 | 117. | 1813 |
| 3 | 118. | 1824 |
| 4 | 119. | 1844 |
| 5 | 120. | 1858 |
| 6 | 121. | 1859 |
| 7 | 122. | 1873 |

Dated this 7th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge