IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Upon Objection to and Motion to Vacate the *Frye-Cooper* hearing in this matter, with good cause appearing,

IT IS ORDERED sustaining Defendant Joye Vaught's Objection to the *Frye-Cooper* Hearing.

IT IS ORDERED granting the Defendant's Motion to Vacate the Frye-Cooper Hearing, currently set for August 18, 2023.

The August 18, 2023 is vacated.

_____
United States Magistrate Judge