Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin McCampbell Paris (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT MICHAEL LACEY'S JOINDER IN DEFENDANT JOYE VAUGHT'S OBJECTION TO THE FRYE-COOPER HEARING AND MOTION TO VACATE HEARING** |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant Michael Lacey, by and through his undersigned counsel, joins in Defendant Joye Vaught's Objection to Frye-Cooper Hearing and Motion to Vacate Hearing (Dkt. 1681) ("Motion").

Mr. Lacey agrees with the arguments made in the Motion. Mr. Lacey adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 9th day of August, 2023,

                Paul J. Cambria, Jr.
                LIPSITZ GREEN SCIME CAMBRIA LLP

                By:    /s/ Paul J. Cambria, Jr.
                          Paul J. Cambria, Jr.
                          Attorneys for Michael Lacey

On August 9, 2023, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov