1  Timothy J. Eckstein, 018321
2  Joseph N. Roth, 025725
   Sarah P. Lawson, 036436
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, 20th Floor
4  Phoenix, Arizona 85012-2793
5  (602) 640-9000
   teckstein@omlaw.com
6  jroth@omlaw.com
   slawson@omlaw.com
7
8  Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | **MOTION TO EXONERATE BOND** |
| vs. | |
| James Larkin (2), et al., | |
| Defendants. | |

Pursuant to Fed. R. Crim. P. 46(f), Defendant James Larkin, by and through undersigned counsel, moves to exonerate the $1,000,000.00 secured bond posted by surety Margaret G. Larkin on April 12, 2018. Doc. 92. The Court issued on August 4, 2023, an oral order dismissing the superseding indictment as to James Larkin after Mr. Larkin passed away on July 31, 2023. Doc. 1675. A defendant's death exonerates the sureties from liability on a bond. *United States v. Costello*, 47 F.2d 684 (6th Cir. 1931); *People v. Niccoli*, 228 P.2d 827 (Cal. App. 1951). Accordingly, Defendant Larkin requests the Court enter an order directing the Clerk of the Court to release the cash bond to surety Margaret G. Larkin.

. . .

. . .

DATED this 9th day of August, 2023.

                        OSBORN MALEDON, P.A.

                        By    s/ Timothy J. Eckstein
                              Timothy J. Eckstein
                              Joseph N. Roth
                              Sarah P. Lawson
                              2929 North Central, 20th Floor
                              Phoenix, Arizona 85012-2794

                              Attorneys for James Larkin