**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

**ATTORNEY FOR:  DEFENDANT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br><br>   v.<br><br>Joye Vaught,<br>        Defendant. | CR-2018-0422-SMB<br><br>**MOTION FOR LEAVE FOR MS. VAUGHT APPEAR BY PHONE OR VIDEOCONFERENCING AT AUGUST 18, 2023 STATUS CONFERENCE AND FRYE-COOPER HEARING** |

NOW COMES the Defendant, Joye Vaught, by and through her counsel of record, Joy Bertrand, to ask this Court for leave for her to appear by phone or video conferencing at the August 18, 2023 Status Conference and Frye-Cooper hearing. As further grounds therefore, the Defendant submits the following:

This matter has two hearings set on the morning of August 18, 2023:  a status conference before Judge Humetewa and a Frye-Cooper hearing before Judge Fine.

Ms. Vaught lives in the Dallas, Texas area. Round-trip airfare to Phoenix and lodging would cost approximately $1,000 before ground transportation – a considerable expense for Ms. Vaught, who remains indigent.

The Court has allowed Ms. Vaught to appear at prior final pretrial conferences and other substantive hearings by phone. Ms. Vaught can be available by phone or videoconferencing for the August 18, 2023 hearings.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED on August 14, 2023.

<u>s/Joy Bertrand</u>
Joy Bertrand
Attorney for Defendant

# CERTIFICATE OF SERVICE

On August 14, 2023, I, Joy Bertrand, attorney for the Defendant, Joye Vaught, filed the Defendant's Motion for Leave to Appear by Phone at August 18, 2023 Status Conference and Frye-Cooper Hearing with the Arizona District Court's electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon opposing counsel and codefendant counsel upon its submission to the Court.

Respectfully submitted this Eighteenth day of August, 2023.

s/Joy Bertrand<br>
Joy Bertrand<br>
Attorney for Defendant