DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00422-06-PHX-DJH |
| Plaintiff, | |
| v. | **DEFENDANT PADILLA'S MOTION TO APPEAR BY TELEPHONE OR VIDEO TELECONFERENCE** |
| Andrew Padilla, | |
| Defendant. | **(Hearings Set for August 18, 2023 at 9:30 a.m. & 11:30 a.m.)** |

The Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant's request that he be allowed to appear by telephone or video conference for the status conference set for August 18, 2023, starting at 9:30 a.m. before this Court and for the *Frye/Cooper* hearing set for 11:30 a.m. before Judge Deborah M. Fine. The grounds for this request are that Mr. Padilla resides in the Dallas, Texas area. The round trip fare to fly from Dallas to Phoenix and back is at least $660 or more, and the hotel cost for one night would be approximately $200. These expenses do not include ground transportation. This is a considerable outlay of funds for Mr. Padilla.

Wherefore, the Defendant respectfully requests that the Court enter an order allowing him to appear telephonically or by video teleconference at both hearings.

Respectfully submitted this 15th day of August, 2023.

*s/ David Eisenberg*

DAVID EISENBERG
Counsel for Defendant Andrew Padilla

**Certificate of Service**

I hereby certify that on August 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*s/ David Eisenberg*
David Eisenberg

2