UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>          Plaintiff,<br>  v.<br>Andrew Padilla,<br><br>          Defendant. | CR-18-00422-06-PHX-DJH<br><br>**ORDER** |

Upon motion of Defendant and good cause appearing,

**IT IS ORDERED** granting Defendant Andrew Padilla's motion to appear by telephone or video conference at the status conference in this case set for August 18, 2023 at 9:30 a.m. and at the *Frye/Cooper* hearing set for August 18, 2013 at 11:30 a.m. (Doc.  ).

Instructions will be provided for his remote appearance by separate e-mail notification.

Dated this         day of August, 2023.

                                              Honorable Diane J. Humetewa
                                              United States District Judge