DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br>v.<br>Andrew Padilla,<br>       Defendant. | CR-18-00422-06-PHX-DJH-DMF<br><br>**DEFENDANT PADILLA'S MOTION TO APPEAR BY TELEPHONE OR VIDEO TELECONFERENCE**<br><br>**(Hearing Set for August 18, 2023 at 11:30 a.m.)** |

The Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant's request that he be allowed to appear by telephone or video conference for the *Frye/Cooper* hearing set for 11:30 a.m. The grounds for this request are that Mr. Padilla resides in the Dallas, Texas area. The round trip fare to fly from Dallas to Phoenix and back is at least $660 or more, and the hotel cost for one night would be approximately $200. These expenses do not include ground transportation. This is a considerable outlay of funds for Mr. Padilla.

Wherefore, the Defendant respectfully requests that the Court enter an order allowing him to appear telephonically or by video teleconference at the *Frye/Cooper* hearing.

Respectfully submitted this 15th day of August, 2023.

/

*s/ David Eisenberg*

DAVID EISENBERG
Counsel for Defendant Andrew Padilla

**Certificate of Service**

I hereby certify that on August 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

   *s/ David Eisenberg*
       David Eisenberg