UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR-18-00422-06-PHX-DJH-DMF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Padilla, | |
| Defendant. | |

Upon motion of Defendant and good cause appearing,

**IT IS ORDERED** granting Defendant Andrew Padilla's motion to appear by telephone or video conference at the *Frye/Cooper* hearing set for August 18, 2013 at 11:30 a.m. (Doc.  ). Instructions will be provided for his remote appearance by separate e-mail notification.

Dated this       day of August, 2023.

　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　United States Magistrate Judge