# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-0422-06-PHX-DJH |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Padilla, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Leave to Appear by Telephone or Video Teleconference (Doc. 1702). Defense counsel requests that Defendant Padilla be permitted to appear by telephone or video teleconference for the August 18, 2023, *Frye/Cooper* hearing stating that:

> The grounds for this request are that Mr. Padilla resides in the Dallas, Texas area. The round trip fare to fly from Dallas to Phoenix and back is at least $660 or more, and the hotel cost for one night would be approximately $200. These expenses do not include ground transportation. This is a considerable outlay of funds for Mr. Padilla.

(*Id*. at 1). Upon good cause shown,

**IT IS ORDERED** granting Defendant's Motion for Leave to Appear by Telephone or Video Teleconference (Doc. 1702). Defendant may appear telephonically for the scheduled *Frye/Cooper* hearing set **August 18, 2023, at 11:30 a.m.** before Judge Fine in courtroom 303. Defense counsel will receive dial-in instructions via separate electronic communication.

The Court finds no excludable delay under 18 U.S.C. § 3161.

Dated this 16th day of August, 2023.

_____
Honorable Deborah M. Fine
United States Magistrate Judge