IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-0422-07-PHX-DJH |
| Plaintiff, | |
| v. | **ORDER** |
| Joye Vaught, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Leave to Appear by Phone or Videoconference (Doc. 1698). Defense counsel requests that Defendant Vaught be permitted to appear by phone or teleconference for the August 18, 2023, *Frye/Cooper* hearing stating that:

> Ms. Vaught lives in the Dallas, Texas area. Round-trip airfare to Phoenix and lodging would cost approximately $1,000 before ground transportation – a considerable expense for Ms. Vaught, who remains indigent. The Court has allowed Ms. Vaught to appear at prior final pretrial conferences and other substantive hearings by phone. Ms. Vaught can be available by phone or videoconferencing for the August 18, 2023 hearings.

(*Id*. at 2). Upon good cause shown,

**IT IS ORDERED** granting Defendant's Motion for Leave to Appear by Phone or Videoconference (Doc. 1698). Defendant may appear telephonically for the scheduled *Frye/Cooper* hearing set **August 18, 2023, at 11:30 a.m.** before Judge Fine in courtroom 303. Defense counsel will receive dial-in instructions via separate electronic communication.

The Court finds no excludable delay under 18 U.S.C. § 3161.

Dated this 16th day of August, 2023.

_____
Honorable Deborah M. Fine
United States Magistrate Judge