# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Michael Lacey et al.,<br><br>        Defendants. | No. CR-18-00422-PHX-DJH<br><br>**ORDER** |

As set forth on the record at the Status Conference held on August 18, 2023,

**IT IS ORDERED** that the following one-hundred ten (110) prospective jurors shall report for jury selection:

**Juror Number**

1. 8
2. 23
3. 65
4. 135
5. 136
6. 148
7. 159
8. 192
9. 201
10. 206

| | | |
|---|---|---|
| 11. | 220 | |
| 12. | 280 | |
| 13. | 312 | |
| 14. | 316 | |
| 15. | 324 | |
| 16. | 336 | |
| 17. | 337 | |
| 18. | 410 | |
| 19. | 428 | |
| 20. | 430 | |
| 21. | 433 | |
| 22. | 457 | |
| 23. | 474 | |
| 24. | 509 | |
| 25. | 545 | |
| 26. | 557 | |
| 27. | 559 | |
| 28. | 582 | |
| 29. | 611 | |
| 30. | 622 | |
| 31. | 623 | |
| 32. | 654 | |
| 33. | 676 | |
| 34. | 710 | |
| 35. | 730 | |
| 36. | 818 | |
| 37. | 863 | |

| | | |
|---|---|---|
| 1 | 38. | 864 |
| 2 | 39. | 874 |
| 3 | 40. | 876 |
| 4 | 41. | 939 |
| 5 | 42. | 958 |
| 6 | 43. | 1018 |
| 7 | 44. | 1028 |
| 8 | 45. | 1087 |
| 9 | 46. | 1114 |
| 10 | 47. | 1161 |
| 11 | 48. | 1164 |
| 12 | 49. | 1172 |
| 13 | 50. | 1204 |
| 14 | 51. | 1215 |
| 15 | 52. | 1224 |
| 16 | 53. | 1241 |
| 17 | 54. | 1242 |
| 18 | 55. | 1316 |
| 19 | 56. | 1331 |
| 20 | 57. | 1356 |
| 21 | 58. | 1364 |
| 22 | 59. | 1370 |
| 23 | 60. | 1398 |
| 24 | 61. | 1412 |
| 25 | 62. | 1417 |
| 26 | 63. | 1449 |
| 27 | 64. | 1505 |

| | | |
|---|---|---|
| 1 | 65. | 1525 |
| 2 | 66. | 1539 |
| 3 | 67. | 1585 |
| 4 | 68. | 1594 |
| 5 | 69. | 1615 |
| 6 | 70. | 1702 |
| 7 | 71. | 1709 |
| 8 | 72. | 1710 |
| 9 | 73. | 1718 |
| 10 | 74. | 1723 |
| 11 | 75. | 1754 |
| 12 | 76. | 1756 |
| 13 | 77. | 1757 |
| 14 | 78. | 1762 |
| 15 | 79. | 1792 |
| 16 | 80. | 1807 |
| 17 | 81. | 1809 |
| 18 | 82. | 1824 |
| 19 | 83. | 1859 |
| 20 | 84. | 2802 |
| 21 | 85. | 2804 |
| 22 | 86. | 2808 |
| 23 | 87. | 2809 |
| 24 | 88. | 2811 |
| 25 | 89. | 2812 |
| 26 | 90. | 2820 |
| 27 | 91. | 2824 |
| 28 | | |

| | | |
|---|---|---|
| 1 | 92. | 2834 |
| 2 | 93. | 2837 |
| 3 | 94. | 2844 |
| 4 | 95. | 2849 |
| 5 | 96. | 2855 |
| 6 | 97. | 2857 |
| 7 | 98. | 2858 |
| 8 | 99. | 2860 |
| 9 | 100. | 2868 |
| 10 | 101. | 2869 |
| 11 | 102. | 2873 |
| 12 | 103. | 2876 |
| 13 | 104. | 2880 |
| 14 | 105. | 2884 |
| 15 | 106. | 2885 |
| 16 | 107. | 2892 |
| 17 | 108. | 2905 |
| 18 | 109. | 2908 |
| 19 | 110. | 2911 |

Dated this 18th day of August, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge