# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-002-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| James Larkin, | |
| Defendant. | |

Before the Court is a Motion to Exonerate Bond (Doc. 1690) as to Defendant James Larkin. Finding good cause, and no objection having been filed,

**IT IS ORDERED granting** the Motion to Exonerate Bond (Doc. 1690).

**IT IS FURTHER ORDERED** directing the Clerk of Court to release the $1,000,000.00 surety bond to the surety bond poster, Margaret G. Larkin.

The Court finds there is no excludable delay.

Dated this 24th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge