**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** August 29, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:**   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 1):**

 8:50 a.m. Court in session. Discussion held re: trial logistics. 9:16 a.m. Recess.

9:38 a.m. Court reconvenes.  109 prospective jurors present and sworn. Voir Dire begins. 11:22 a.m. Prospective jurors exit courtroom. 11:25 a.m. Recess.

12:41 p.m. Court reconvenes. Prospective jurors present. Voir Dire resumes. 1:36 p.m. Prospective jurors exit courtroom.  Jurors 1-10 escorted to jury room and will be brought forth and questioned further, individually. 2:27 p.m. Recess.

2:38 p.m. Court reconvenes. Individual voir dire resumes. 4:21 p.m. Individual voir dire of Jurors 1-10 completed. Jury released for the evening by Jury Administration. Discussion held with counsel. 4:46 p.m. Court in recess until Wednesday, August 30, 2023 at 8:45 a.m. at which time voir dire will resume.

| | |
|---|---|
| **Court Reporter** Cathy Taylor/Teri Veres | **Start:  8:58 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop:  4:46 PM** |
| | **Total: 5hrs 59 min** |