**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** August 30, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 2):**

8:45 a.m. Court reconvenes. Voir Dire resumes with Jurors 11, 13-20 and 21-35. 10:50 a.m. Recess.

11:05 a.m. Court reconvenes. **IT IS ORDERED** excusing Juror 29. 11:10 a.m. Voir Dire resumes with Jurors 35-50. 12:33 p.m. Recess.

1:15 p.m. Court reconvenes. **IT IS ORDERED** excusing Juror 47. 1:21 p.m. Voir Dire resumes with Jurors 51-65, 66-81. **IT IS ORDERED** excusing Juror 45. 3:21 p.m. Recess.

3:37 p.m. Court reconvenes. Pursuant to the parties' oral Stipulation, **IT IS ORDERED** excusing Jurors 1, 11, 21, 22, 38, 41, 51, 58, 68, and 80. 3:44 p.m. Voir Dire resumes with Jurors 82-97. 4:40 p.m. All remaining prospective jurors present. 4:47 p.m. Prospective jurors released for the evening. Pursuant to the parties' oral Stipulation, **IT IS ORDERED** excusing Jurors 83, 85, 90, 91, and 19. Discussion held with counsel. 5:05 p.m. Recess.

5:07 p.m. Court reconvenes after having been informed that Juror 108 is asking to address the Court. Parties present as listed with the exception of Mr. Kessler and Defendants. Having no objection, **IT IS ORDERED** excusing Juror 108 for the reasons stated on the record. 5:12 p.m. Court in recess until Thursday, August 31, 2023 at 8:45 a.m. at which time voir dire will resume.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Cathy Taylor | **Start:  8:45 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop:  5:12 PM** |
| | **Total:  6hrs 12min** |