**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** August 31, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 3):**

8:47 a.m. Court reconvenes. Discussion held re: objections to presentations. **IT IS ORDERED** the parties shall proceed as ordered by the Court. 8:56 a.m. Voir Dire resumes with Jurors 98-110. 9:48 a.m. Prospective jurors exit courtroom. **IT IS ORDERED** excusing Jurors 100 and 98. Discussion held re: Preliminary Jury Instructions. 10:23 a.m. Recess.

10:40 a.m. Court reconvenes. Argument re: strikes for cause/hardship heard. **IT IS ORDERED** excusing Jurors 5, 4, 87, 39, 54, and 78. 11:59 a.m. Recess.

12:38 p.m. Court reconvenes. (Counsel exercised their strikes during the recess.). Counsel inform the Court that there are no objections or issues related to their respective peremptory strikes. 12:48 p.m. Prospective jurors present. Panel of 16 jurors as renumbered on the record are called forward and sworn, and the remainder are released. 1:08 p.m. Jury is preliminary instructed. 1:35 p.m. Recess.

2:08 p.m. Court reconvenes. 2:10 p.m. Jury present. Government's Opening Statement. 3:04 p.m. Defendant Lacey's Opening Statement. 3:44 p.m. Recess.

4:01 p.m. Court reconvenes. Jury present. Defendant Brunst's Opening Statement. 4:35 p.m. Jury released for the evening. Discussion held with counsel. 4:41 p.m. Court in recess until Wednesday, September 6, 2023 at 8:30 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Jennifer Pancratz | **Start: 8:45 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop: 4:41 PM** |
| | **Total: 6hrs 8min** |