Gary S. Lincenberg *(admitted pro hac vice)*
 glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
 aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
 gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **MOTION FOR LEAVE FOR DEFENDANT JOHN BRUNST AND COUNSEL TO APPEAR TELEPHONICALLY** |
| vs. | |
| Michael Lacey, et al., | Date: September 5, 2023 |
| Defendants. | Time: 10:30 A.M.<br>Crtrm.: Special Proceedings Courtroom |

3887983.1

Mr. Brunst and his counsel (Mr. Panchapakesan) seek leave from the Court to attend the September 5, 2023 Status Conference telephonically.  Mr. Panchapakesan will be covering the trial proceedings this week, and the timing of the Status Conference conflicts with his travel plans.

DATED:  September 3, 2023        Respectfully submitted,

                                        Gary S. Lincenberg
                                        Ariel A. Neuman
                                        Gopi K. Panchapakesan
                                        Bird, Marella, Boxer, Wolpert, Nessim,
                                        Drooks, Lincenberg & Rhow, P.C.

                             By:   */s/ Gopi K. Panchapakesan*
                                          Gopi K. Panchapakesan
                                      Attorneys for Defendant John Brunst