**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3887984.1

Upon Motion of Defendant, with good cause appearing,

IT IS ORDERED that Defendant Brunst and his counsel (Mr. Panchapakesan) are granted leave from the Court to attend the September 5, 2023 Status Conference telephonically.  Details for the remote appearance will be emailed to Mr. Brunst's counsel, Gopi Panchapakesan.

**IT IS SO ORDERED.**

DATED:

                            Hon. Diane J. Humetewa
                            United States District Judge