DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-18-00422-06-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO APPEAR BY TELEPHONE** |
| Andrew Padilla, | |
| Defendant. | **(Hearing Set for September 5, 2023 at 10:30 am)** |

In accordance with the Court's Order of September 3, 2023 (Dkt. 1747), the Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant's request that he be allowed to appear by telephone for the status conference set for September 5, 2023, starting at 10:30 am.

Wherefore, the Defendant respectfully requests that the Court enter an order allowing him to appear telephonically or by video teleconference.

Respectfully submitted this 3rd day of September, 2023.

*s/ David Eisenberg*

DAVID EISENBERG
Counsel for Defendant Andrew Padilla

**Certificate of Service**

1
2    I hereby certify that on September 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as
3    counsel of record.
4
       *s/ David Eisenberg*
5         David Eisenberg
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28