# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　v.<br>Andrew Padilla,<br>　　　　Defendant. | CR-18-00044-06-PHX-DJH<br><br>**ORDER** |

Upon motion of Defendant, and good cause appearing,

**IT IS ORDERED** granting Defendant's motion to appear by telephone for the status conference to be held on September 5, 2023 (Doc.    ). Defense counsel will receive dial-in instructions via separate electronic communication.

Dated this       day of September, 2023.

　　　　　　　　　　　　　　　　　Diane J. Humetewa
　　　　　　　　　　　　　　　　　United States District Judge