**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

**FEDER LAW OFFICE PA**
Bruce S. Feder, 004832
2930 E. Camelback Rod., Ste. 160
Phoenix, Arizona 85016
(602) 257-0135 phone
bf@federlawpa.com
*Knapp Counsel*

*Attorneys for Defendant Scott Spear*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00422-DJH |
| Plaintiff, | **DEFENDANT SPEARS' MOTION TO WAIVE APPEARANCE AND HIS ATTORNEYS' REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| | Date: September 5, 2023 |
| | Time: 10:30 a.m. |
| Michael Lacey, et al., | |
| | (The Hon. Diane J. Humetewa) |
| Defendant. | |

Defendant Scott Spear, through counsel, moves this Court for its Order waiving Mr. Spear's appearance at the September 5, 2023 Status Conference due to his current illness.

Additionally, since Mr. Feder and Mr. Kessler sit closest to Mr. Spear and have

1

been side-by-side with him all day since August 29, 2023, Mr. Feder and Mr. Kessler do not believe it wise that they appear in Court with the rest of the participants until they know that they were not infected by the COVID virus by virtue of their physical proximity to Mr. Spear.  Mr. Feder and Mr. Kessler respectfully request that they be permitted to participate in the September 5, 2023 Status Conference by telephone.

RESPECTFULLY SUBMITTED this September 3, 2023.

      *s/ Eric W. Kessler*
Eric W. Kessler, Esq.
*Attorney for Defendant Spear*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

      *s/ Eric W. Kessler*
Eric W. Kessler, Esq.
*Attorney for Defendant Spear*