Paul J. Cambria, Jr. (NY Bar No.1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　　Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**MOTION FOR LEAVE FOR MICHAEL LACEY TO APPEAR BY PHONE AT SEPTEMBER 5, 2023 HEARING** |

　　　　In accordance with the Court's September 3, 2023 Order, Defendant Michael Lacey, by his attorney of record, respectfully requests that this Court grant leave for Mr. Lacey to appear by telephone at the September 5, 2023 Hearing in this matter.

　　　　Wherefore, Mr. Lacey respectfully requests that this Court enter an order allowing him to appear telephonically.

　　　　The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED this 4th day of September, 2023,

                              Paul J. Cambria, Jr.
                              LIPSITZ GREEN SCIME CAMBRIA LLP

                        By:   /s/ Paul J. Cambria, Jr.
                              Paul J. Cambria, Jr.
                              Attorneys for Michael Lacey

On September 4, 2023, a PDF version of this document was filed with Clerk of the Court using the CM/ECF System for filing and for Transmittal Of a Notice of Electronic Filing to the Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Austin Maxwell Berry, austin.berry2@usdoj.gov

2