IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Upon Motion of the Defendant, with good cause appearing,

IT IS ORDERED granting Defendant Michael Lacey leave to appear by telephone at the September 5, 2023 Hearing in this matter.

IT IS FURTHER ORDERED that Michael Lacey shall call 602-_____ at 10:25 A.M. September 5, 2023.

SO ORDERED this _____ day of _____, 2023.

_____

United States District Judge

2