Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **MOTION FOR LEAVE FOR DEFENDANT VAUGHT AND HER COUNSEL TO APPEAR BY PHONE AT SEPTEMBER 5, 2023 STATUS CONFERENCE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

NOW COMES Defendant Joye Vaught to move this Court for leave for her and her lawyer to appear by phone at the September 5, 2023 wtatus conference in this matter.  She further submits the following:

This Court set the September 5, 2023 status conference over the Labor Day weekend, to address Defendant Scott Spear's recent Covid diagnosis and its impact on the current jury trial.  Ms Vaught had not planned to be in Court on September 5, 2023.  Instead, she had planned to work a full day.  If she must come to court, she will lose several hours of work and, therefore, income.  Her ability to work during this trial is significantly curtailed, so asking Ms. Vaught to attend in person would be a considerable hardship.

DEFENDANT VAUGHT'S MOTION FOR LEAVE FOR HER AND HER COUNSEL TO APPEAR BY PHONE
AT SEPTEMBER 5, 2023 STATUS CONFERENCE

In an abundance of caution, Counsel asks this Court to allow her to appear by phone at the September 5, 2023 hearing, as well.  Counsel had planned to be returning from Nothern Arizona on September 5, 2023, returning to Phoenix in the evening.  Additionally, while she has tested negative with at-home Covid tests, she does have some symptoms similar to those she had when she had Covid in June 2022:  runny nose, constant headache, fatigue, and swelling in the joints of her hands. The joint swelling has only occurred for Counsel once before -- with the prior Covid infection. Since she was initially mis-diagnosed with "only" pneumonia the last time she had Covid, Counsel now is particularly cautious given this known exposure in close proximity to someone who has been diagnosed with and is symptomatic of Covid.

The Court will find attached a proposed Order.

RESPECTFULLY SUBMITTED this Fourth day of September, 2023,


By:     /s/ Joy Bertrand
        Joy Bertrand
        Attorney for Joye Vaught


On September 4, 2023, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to Codefendant Counsel and
CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Daniel Boyle, daniel.boyle2@usdoj.gov

DEFENDANT VAUGHT'S MOTION FOR LEAVE FOR HER AND HER COUNSEL TO APPEAR BY PHONE
AT SEPTEMBER 5, 2023 STATUS CONFERENCE