# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br>    Plaintiff,<br><br>    v.<br><br>Joye Vaught,<br>    Defendant. | Case No. CR-18-422-DJH<br><br>**ORDER** |

Upon Motion of the Defendant, with good cause appearing,

IT IS ORDERED granting Defendant Joye Vaught and her Counsel leave to appear by [phone/videoconferencing] at the September 5, 2023 status in this matter. Details for the remote appearance will be emailed to Ms. Vaught's counsel, Joy Bertrand.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge