GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | CR-18-422-PHX-DJH<br><br>**UNITED STATES' NOTICE TO THE COURT** |

The United States files this notice to the Court regarding the current CDC guidelines regarding Covid exposure. https://www.cdc.gov/coronavirus/2019-ncov/your-health/isolation.html (last accessed Sept. 7, 2023). Based upon the CDC's guidelines, the United States submits that, going forward, trial should not be delayed more than 5 days, regardless of the date of a positive Covid test.[1] Specifically, the current guidelines recommend that a person should isolate for 5 days from the *earlier* of (1) the day of symptom onset or (2) the day of person's first positive test result. Thus, for a person who experiences symptoms before they test positive, the CDC recommends counting from the date of symptom onset instead of counting from the date of a positive Covid test.

In Mr. Spear's case, symptoms began on Thursday, August 31, 2023. The CDC thus states that August 31 would be day zero, and that isolation is recommended through September 5, 2023. At that point, the only objective question is whether the person has been fever-free without use of fever-reducing medication for 24 hours. Indeed, positive tests can continue for an extended period of time: "After a positive test result, you may continue to test positive for some time. Some tests, especially PCR tests, may continue to show a positive result for up to 90 days." https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/testing.html.

Therefore, the United States recommends that the Court inquire of any Defendant or attorney regarding the date of symptom onset and the status of fever[2] and base any future delay of the trial on the CDC's guidelines.

---

[1] The only exception is if the individual is not fever-free five days after experiencing symptoms.

[2] A fever is defined as a measured temperature of 100.4 degrees Fahrenheit or greater. https://www.cdc.gov/quarantine/air/reporting-deaths-illness/definitions-symptoms-reportable-illnesses.html

Respectfully submitted this 7th day of September, 2023.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        NICOLE M. ARGENTIERI
        Acting Assistant Attorney General
        Criminal Division, U.S. Department of Justice

        *s/Austin M. Berry*
        AUSTIN M. BERRY
        Trial Attorney

        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER KOZINETS
        ANDREW STONE
        DANIEL BOYLE
        Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Austin M. Berry*
Austin M. Berry
Trial Attorney
U.S. Department of Justice
Child Exploitation & Obscenity Section