**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 12, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL (Day 4):**

9:01 a.m. Court reconvenes. Jury is not present. Discussion held re: Exhibits and the Court's rulings are as set forth on the record. 9:37 a.m. Recess.

10:27 a.m. Court reconvenes. Discussion held re: the Court's previous Order (Doc. 1081). 10:31 a.m. Jury present. Defendant Spear's Opening Statement. 11:25 a.m. Defendant Padilla's Opening Statement. 11:54 a.m. Recess.

1:03 p.m. Court reconvenes. 1:05 p.m. Jury present. Defendant Vaught's Opening Statement. 1:32 p.m. Carl Ferrer sworn and examined. Exhibit 2030 admitted. 2:30 p.m. Recess.

2:51 p.m. Court reconvenes. 2:53 p.m. Jury present. Witness examined further. Exhibits 1056, 1056a and 1057 are admitted. 4:34 p.m. Jury released for the evening. Discussion held with counsel re: Exhibits. 4:39 p.m. Court in recess until Wednesday, September 13, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Elaine Cropper | **Start:** 9:01 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:39 PM |
| | **Total:** 5hrs 18min |