**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 13, 2023 |
| USA v. Michael Lacey, et al | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 5):**

9:07 a.m. Court reconvenes. Jury is not present. Discussion held with counsel and Juror #8. 9:17 a.m. Jury present. Carl Ferrer examined further. Exhibits 10, 19, 20, 1155, 1156, 1835, and 1835a-c, are admitted. 10:32 a.m. Jury exits courtroom. Discussion held with counsel. 10:34 a.m. Recess.

10:54 a.m. Court reconvenes. Jury present. Witness examined further. Exhibits 1162, 23, 547, 549, 1164, and 551 are admitted. 12:03 p.m. Recess.

1:03 p.m. Court reconvenes. Jury present. Witness examined further. Exhibits 1841, 1849, 1849a, 1851, 1857, 1857a-b, 567, 567a, 899, 899e, 837, 1941, 1941a, 1172, 1172a, 1174, 1935, 24, 24a, 570, 1151, 1151a, 1944, 573a, 1862 and 574 are admitted. 2:37 p.m. Recess.

2:59 p.m. Court reconvenes. Jury present. Witness examined further. Exhibits 1946, 575, 575b, 28, 579, 902, 585, 585a, 34, 35, 588, and 311 are admitted. 4:31 p.m. Court in recess until Thursday, September 14, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Teri Veres | **Start:** 9:07 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:31 PM |
| | **Total:** 5hrs 42min |