**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: Diane J. Humetewa** | **Date:** September 14, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 6):**

9:00 a.m. Court reconvenes. Jury present. Carl Ferrer examined further. Exhibits 593a-b, 804, 49, 1187, 1613, 918, 1610, 1609a, 923, 932, 933, 925, and 52 are admitted. 10:27 a.m. Jury exits courtroom. Discussion held with counsel re: limiting instruction. Mr. Feder makes an oral Motion for a Mistrial. Argument heard. **IT IS ORDERED** that the Court will adhere to its previous ruling and the oral Motion for a Mistrial is **denied**. 10:36 a.m. Recess.

10:52 a.m. Court reconvenes. Jury present. Witness examined further. Exhibits 938, 907, 600, 57, 58, and 58a are admitted. 12:00 p.m. Jury exits courtroom. Discussion held re: authentication of emails and Doc. 1776. 12:11 p.m. Recess.

1:03 p.m. Court reconvenes. Discussion held with counsel re: Exhibits 1185 and 1185a. Ms. Bertrand makes an oral Motion for a Mistrial. Argument heard. **IT IS ORDERED** the oral Motion for Mistrial is **denied**. 1:20 p.m. Recess.

1:24 p.m. Court reconvenes. The Court having assessed the display in the atrium, the oral Motion for Mistrial remains denied. 1:31 p.m. Jury present. Witness examined further. Exhibits 58c, 56, 65, 604, 1928, 201, 1586, 610, 612, 614, 615, 39a, 1766, 1766a, and 1767 are admitted. 2:39 p.m. Recess.

3:01 p.m. Court reconvenes. Court supplements its record re: its ruling on Ms. Bertrand's oral Motion for a Mistrial. 3:05 p.m. Jury present. Witness examined further. Exhibits 1874, 1874a, 1185 pages 1-4 marked as 1185a, 940, 162, 162a, 163, 164, 165, 168, and 504-513 are admitted. 4:31 p.m. Jury exits courtroom. Discussion held re: Exhibits. 4:35 p.m. Court in recess until Friday, September 15, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Cathy Taylor/Teri Veres | **Start: 9:00 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop:  4:35 PM** |
| | **Total: 6hrs 1min** |