**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 19, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants:** **Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 8):**

9:10 a.m. Court reconvenes. Jury present. Carl Ferrer examined further. Exhibits 651, 655, 103, 103a, 104, 104a, 1881, 1881a, 1696, 1697, 1697a, 661, 912, 662b, 846, and 846a are admitted. 10:43 a.m. Recess.

11:03 a.m. Court reconvenes. Jury present. Witness examined further. Exhibits 670, 670a, 113, 113a, 115, 115b, 850, 850a, 119, and 203 are admitted. 12:03 p.m. Jury exits courtroom. Discussion held re: Exhibit 85 and 85a. Ms. Bertrand makes an oral Motion for Mistrial. Argument heard. **IT IS ORDERED** denying the oral Motion for Mistrial. 12:23 p.m. Recess.

1:04 p.m. Court reconvenes. 1:05 p.m. Jury present. Witness examined further. Exhibits 1698, 1698a, 1130, 42, 42a, 986, 986a, 120a, 711, 714a, 1827a, 1200a, and 1896 are admitted. 2:40 p.m. Jury exits. Discussion held with counsel. 2:43 p.m. Recess.

3:01 p.m. Court reconvenes. Discussion held re: Exhibits. 3:15 p.m. Jury present. Witness examined further. Exhibits 120, 1911b, 733a, 1919, 1919a, 146, 532, 532a, 725, 725b, 724, 1829, 1829a, 1830, 1830b, 154, and 154a are admitted. 4:35 p.m. Court in recess until Wednesday, September 20, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Elaine Cropper/Hilda Lopez | **Start:** 9:10 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:35 PM |
| | **Total:** 6hrs 6min |