**AMENDED**
**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 15, 2023 |
| USA v. Michael Lacey, et al | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 7):**

8:33 a.m. Court reconvenes. Discussion held re: Exhibits. The Court rules as set forth on the record. 9:04 a.m. Recess.

9:16 a.m. Court reconvenes. 9:18 a.m. Jury present. Carl Ferrer examined further. Exhibits 1021, 616a, 73, 643, 605, 1611, 630, 633, 637, and 638 are admitted. 10:39 p.m. Jury exits. 10:40 a.m. Recess.

11:03 a.m. Court reconvenes. Jury present. Witness examined further. Exhibits 1062, 1062a, 1052(b)(1), 641, 644, 645, 646, 647, 647a-e, 1612b, and **684a** are admitted. 12:31 p.m. Jury exits courtroom. Discussion held: re: Exhibits. Ms. Bertrand renews the oral Motion for a Mistrial. Argument heard. **IT IS ORDERED** denying the oral Motion for Mistrial. 12:46 p.m. Court in recess until Tuesday, September 19, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Elaine Cropper | **Start:** 8:33 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 12:46 PM |
| | **Total:** 3hrs 38min |