## Attachment A – Stipulated Defense Exhibits

| Defense | Date | Topic |
|---|---|---|
| 5174 | None | Chart of law enforcement response, contact, agency, and date |
| 5175 | 2/16/2011 | Emails between Ferrer and Barker about sting response |
| 5220 | 5/15/2013 | Emails between Backpage and Detective Mazure about the ads for the investigation |
| 5222 | 6/11/2013 | Emails between Backpage and Det. Petrie about ads for the investigation |
| 5223 | 8/9/2013 | Emails between Backpage and Dollear about ads and the subpoena |
| 5224 | 8/27/2013 | Emails between Backpage and Det. Zeller about ads and Tulsa subpoena |
| 5225 | 9/18/2013 | Emails between Backpage and SA Donaghy about ads and RI subpoena |
| 5226 | 11/12/2013 | Emails between Backpage and Det. Purlee about ads and Grand Rapids search warrant |
| 5227 | 1/21/2014 | Emails between Backpage and Det. Adcock about ads and Texas subpoena |
| 5228 | 1/24/2014 | Emails between Padilla and Constable Bercovici about removing ads |
| 5229 | 2/3/2014 | Emails between Backpage and Det. Osborn about subpoena |
| 5230 | 2/5/2014 | Emails from Det. Ring thanking Backpage for help |
| 5231 | 3/13/2014 | Emails from Det. Weiss thanking Backpage for response |
| 5232 | 2/4/2014 | Emails from Gordon from FBI thanking Backpage for help |
| 5233 | 5/13/2014 | Emails from Stapleton thanking Backpage for quick response |
| 5234 | 5/20/2014 | Emails from SADA Gasper thanking Backpage for quick response |
| 5235 | 5/22/2014 | Emails between TFO Wood and Backpage about subpoena |
| 5236 | 5/27/2014 | Emails from Dorsey thanking Backpage for help |
| 5237 | 6/3/2014 | Emails between Det. Thompson and Backpage about subpoena response |
| 5238 | 6/9/2014 | Emails from Det. Wall thanking Backpage for quick response |
| 5239 | 6/14/2012 | Emails from Trask (DAA) thanking Backpage for help |
| 5240 | 6/17/2014 | Emails from Allen thanking Backpage for quick reply |
| 5241 | 6/23/2014 | Emails from Lobb thanking Backpage for help |

| | | |
|---|---|---|
| 5242 | 6/26/2014 | Emails between Det. Engstler and Backpage about subpoena response |
| 5243 | 7/1/2014 | Emails from Wood thanking Backpage for subpoena response |
| 5244 | 7/29/2014 | Emails between ASA Longhitano and Padilla about reporting ads and subsequent identification and recovery |
| 5245 | 8/1/2014 | Emails between Knutson from FBI and Backpage about quick subpoena response and recovery of individual from ad |
| 5246 | 8/13/2014 | Emails between Penrod from MD gov and Padilla about placing ads in their respective town's escort section |
| 5247 | 9/3/2014 | Emails between Det. Martin and Backpage about timely subpoena response |
| 5248 | 9/15/2014 | Emails between Det. Landamia and Backpage about fast subpoena response |
| 5249 | 9/17/2014 | Emails between TFO Panico and Backpage about timely subpoena response |
| 5250 | 10/10/2014 | Emails between Officer Lansdown and Backpage about quick response |
| 5251 | 10/27/2014 | Emails between Steele and McDougal about Backpage being law enforcement friendly |
| 5252 | 10/28/2014 | Emails from Nieto of Houston PD thanking Backpage for speedy response |
| 5253 | 10/28/2014 | Emails from sheriff Burks thanking Backpage for quick response |
| 5254 | 11/4/2014 | Emails from Gordon from FBI thanking Backpage for help |
| 5255 | 11/19/2014 | Emails from Pereira thanking Backpage for quick response |
| 5256 | 12/6/2014 | Emails from Panico thanking Backpage for speedy response |
| 5257 | 12/18/2014 | Emails from VanBrunt from FBI thanking Backpage for quick response |
| 5258 | 1/2/2015 | Emails from Det. Barnard thanking Backpage for help |
| 5260 | 1/28/2015 | Emails from Schantzen thanking Backpage for assistance |
| 5261 | 1/30/2015 | Emails from SA Wrathall thanking Backpage for speedy assistance |
| 5262 | 2/11/2015 | Emails from Panico thanking Backpage for speedy response |
| 5263 | 2/18/2015 | Emails from SA Williger thanking Backpage for help |

| | | |
|---|---|---|
| 5264 | 2/27/2015 | Emails from ASA Longhitano thanking Backpage for prompt response |
| 5265 | 2/27/2015 | Emails from ASA Longhitano thanking Backpage for prompt response |
| 5266 | 3/5/2015 | Emails from investigator Crano thanking Backpage for help |
| 5267 | 3/16/2015 | Emails from sheriff Kozlar thanking Backpage for fast response |
| 5268 | 17-Mar | Emails from officer Carson thanking Backpage for info |
| 5269 | 3/17/2015 | Emails from Barker (FBI) thanking Backpage for help |
| 5270 | 3/31/2015 | Emails from ASA Brown thanking Backpage for quick response |
| 5271 | 4/17/2015 | Emails from Granit thanking Backpage for help |
| 5272 | 4/22/2015 | Emails from SA Impola thanking Backpage for quick reply |
| 5274 | 4/30/2015 | Emails from Haungs (FBI) thanking Backpage for helping and being quick |
| 5275 | 5/4/2015 | Emails from Hart (FBI) thanking Backpage for information |
| 5276 | 5/6/2015 | Emails from Sidoti thanking Backpage for quick response |
| 5277 | 4/13/2015 | Emails from Melendez thanking Backpage for quick response |
| 5278 | 5/27/2015 | Emails from Ryder thanking Backpage for fast response |
| 5279 | 5/28/2015 | Emails from Haungs (FBI) thanking Backpage for info |
| 5280 | 5/28/2015 | Emails from Haungs (FBI) thanking Backpage for help |
| 5281 | 7/9/2015 | Emails from Mcdermott (FBI) thanking Backpage for help |
| 5282 | 6/12/2015 | Emails from Panico thanking Backpage for speedy response |
| 5283 | 6/23/2015 | Emails from SA Masutani thanking Backpage for info |
| 5284 | 8/7/2015 | Emails from Gebo (USAVT) thanking Backpage for quick response |
| 5285 | 8/7/2015 | Emails from Det. Wood thanking Backpage for help |
| 5286 | 8/10/2015 | Emails from Jacobs (USANYE) thanking Backpage for fast turnaround |
| 5287 | 8/17/2015 | Emails from Dervish (FBI) thanking Backpage |
| 5288 | 8/19/2015 | Emails from SA Jansky thanking DOJ for quick response |
| 5289 | 8/20/2015 | Emails Det. Frascone thanking Backpage for quick response |
| 5290 | 8/31/2015 | Emails from Officer Townsend thanking Backpage for info that resulted in rescue |

| | | |
|---|---|---|
| 5291 | 9/13/2015 | Emails from SA Delgado thanking Backpage for fast response |
| 5292 | 9/14/2015 | Emails from Gordon (FBI) thanking Backpage |
| 5293 | 9/14/2015 | Emails from Gordon (FBI) thanking Backpage |
| 5294 | 9/15/2015 | Emails from Officer Herman thanking Backpage for timely response |
| 5295 | 9/15/2015 | Emails from Det. Bollas thanking Backpage for fast replies |
| 5297 | 9/18/2015 | Emails from Jacobs (USANYE) thanking Backpage for fast turnaround |
| 5298 | 9/25/2015 | Emails from SA Dugan thanking Backpage for prompt reply |
| 5299 | 10/30/2015 | Emails between Dennis and Backpage about positive trial results |
| 5300 | 9/28/2015 | Emails from Kirby (2015) thanking Backpage for helping quickly |
| 5301 | 10/8/2015 | Emails from DDA Rodriguez thanking Backpage for help that resulted in conviction |
| 5302 | 10/16/2015 | Emails from Gordon (FBI) thanking Backpage for being an asset |
| 5303 | 10/16/2015 | Emails from Gordon (FBI) thanking Backpage |
| 5304 | 10/22/2015 | Emails from SA Anderson thanking Backpage for quick subpoena return |
| 5305 | 10/30/2015 | Emails from SA Kindell thanking Backpage for assistance |
| 5306 | 11/12/2015 | Emails from Haungs thanking Backpage for tip and attention to subpoena |
| 5307 | 11/24/2015 | Emails from officer Kaluza thanking Backpage prompt response |
| 5308 | 12/9/2015 | Emails from Det. Gibbs thanking Backpage for help |
| 5309 | 12/14/2015 | Emails from Scaramucci thanking Backpage for timely responses |
| 5310 | 1/25/2016 | Emails from SA Delgado thanking Backpage |
| 5311 | 2/10/2016 | Email from Matthew B. Goeckel, Gainesville PD to Backpage Records re Backpage Subpoena 2/9/16 asking if it's possible to tell when an ad was deleted and what IP address was used for deletion |
| 5312 | 3/1/2016 | Email from Kimberlie A. Laff to Backpage Records thanking them for help with several subpoenas sent in 12/2014 |

| | | |
|---|---|---|
| 5313 | 3/1/2016 | Email response from Joseph Wechsler to Backpage Records thanking them for providing records related to a subpoena received 3/1/2016 |
| 5314 | 4/13/2016 | Letter from Office of the Prosecutor, County of Gloucester Justice Complex to Issa Martin, Backpage re prosecution of Jennie Norcross |
| 5315 | 4/21/2016 | Email from Kelly Harrison, DHS, to Nathan J. Yockey, Backpage Subpoena Compliance Specialist, re Charlotte trial - US v. Kenwaniee Vontorian Tate |
| 5316 | 4/26/2016 | Email from Michael C. McKeen, DHS, to Backpage Records re Supboena from 2012 |
| 5317 | 5/6/2016 | Email from Amy A. Storer, HSI, to Backpage Records thanking them for a subpoena response |
| 5318 | 5/9/2016 | Email from David Weiss, Brooklyn DA, to Issa J. Martin re Subpoena GJ#10223/15 |
| 5319 | 5/10/2016 | Email from Amy A. Storer, HIS, to Backpage Records re Subpoena ICE-HSI-SV-2016-00111 |
| 5320 | 5/12/2016 | Email from Dan Gaughan, Tempe PD to Backpage Records re POST ID's #39624816m #66190508, #38446417 |
| 5321 | 5/17/2016 | Email from Elizabeth Noonan, MA DA's Office to Backpage Records re Records related to Subpoena received 5/16/16 |