## Attachment B – Irrelevant, misleading, and cumulative

| Defense | Date | Topic |
|---|---|---|
| 5555 | 3/14/2012 | Emails between Detective Larson and Backpage about ads on other sites related to subpoena |
| 5556 | 3/15/2012 | Emails between Detective Barnard and Backpage about ads on other sites related to subpoena |
| 5558 | 3/14/2012 | Emails between Detective Cudd and Backpage about ads on other sites related to subpoena |
| 5559 | 3/16/2012 | Emails between Detective Nash and Backpage about ads on other sites related to subpoena |
| 5560 | 3/16/2012 | Emails between assistant federal public defender and Backpage about ads on other sites related to subpoena |
| 5561 | 3/20/2012 | Emails between special agent Vienneau and Backpage about ads on other sites related to subpoena |
| 5562 | 3/1/2012 | Email from Aaron Dennis, Columbus PD, to Backpage Help re Subpoenas Ohio 030912 Posts 9299389%2C, 9338458%2C, 9334474%2C |
| 5563 | 3/22/2012 | Email from John L. Morgan to Backpage Help re Subpoena 821698 |
| 5564 | 3/22/2012 | Email from Dustin B. Duff, Denver PD, to Backpage Help re Warrant, Denver County 031912 |
| 5565 | 3/23/2012 | Email from Anthony Gigliotti, Suffolk County PD, to Backpage Help re Information Request 032012 |
| 5566 | 3/23/2012 | Email from Detective Jason Howard to Backpage Help re Subpoena 032012 |
| 5567 | 3/26/2012 | Email from Eric Christiansen to Backpage Help re Warrant 179-12 |
| 5568 | 3/27/2012 | Email from Michael P. Adams, HSI, to Backpage Help re Subpoena 10-1-01861 |
| 5569 | 3/28/2012 | Email from Kate N. Reilly, HSI, to Backpage Help re Subpoena BA-12-838 |
| 5570 | 3/28/2012 | Email from Marc Jose, San Diego PD, re Warrant 42453 |
| 5574 | 3/31/2012 | Email from Michelle N. Burroughs to Backpage Help re Warrant 031912 |
| 5576 | 4/2/2012 | Email from Edgar G. Fritz to Backpage Help re Subpoena 00059088 |
| 5578 | 4/4/2012 | Email from Michael Fraggetta to Backpage Help re Subpoena 032312 |
| 5579 | 4/4/2012 | Email from Jeff Rich to Backpage Help re Court Order 032312 |
| 5580 | 4/5/2012 | Email from Colin McLachlan to Backpage Help re Request 032812 |
| 5183 | | Email re ads on other sites |

| | | |
|---|---|---|
| 5582 | 4/9/2012 | Email from Colette E. Ruich, FBI, to Backpage Help re Subpoena 030912 |
| 5583 | 4/9/2012 | Email from Louis H. Morlier, DHS, to Backpage Help re Subpoena HB15HS11HB0002 |
| 5584 | 4/9/2012 | Email from Aaliyah Muhammad to Backpage Help re Subpoena 032012 |
| 5585 | 4/10/2017 | Email from Sean McDermott, FBI re Subpoena KC-2012R00294-02 |
| 5586 | 4/9/2012 | Email from Ryan Dwyer to Backpage Help re Subpoena P-12-0620 |
| 5588 | 4/12/2012 | Email from Andrew D. Hall, Lakewood PD, to Backpage Help re Subpoena 041012 |
| 5589 | 4/23/2012 | Email from Steven J. Vienneau, FBI, to Backpage Help re Subpoena 00064941 |
| 5590 | 4/23/2012 | Email from Dara Bowlin to Backpage Help re Subpoena 041912 |
| 5594 | 4/26/2012 | Email from Dara Bowlin to Backpage Help re Subpoena 041912 |
| 5596 | 5/2/2012 | Email from Jeanine McWilliams to Backpage Help re Subpoena 04262012 |
| 5597 | 5/3/2012 | Email from Laura Graham to Backpage Help re Subpoena 04302012 |
| 5599 | 5/3/2012 | Email from Ralph DeFelice, HSI, to Backpage Help re Subpoena 196-12 Ottawa 04302012 post 10661733 |
| 5601 | 5/3/2012 | Emails from Det. Simpson thanking Backpage for sending ads |
| 5603 | 5/10/2012 | Emails from Det. Larson thanking Backpage for sending ads |
| 5604 | 5/10/2012 | Emails from ADA Chang thanking Backpage for sending ads |
| 5605 | 5/15/2012 | Emails from SA Wrathall thanking Backpage for sending ads |
| 5606 | 5/16/2012 | Emails from ADA Petri thanking Backpage for sending ads |
| 5608 | 5/16/2012 | Emails from Corporal Gonzalez thanking Backpage for sending ads |
| 5610 | 5/21/2012 | Emails from SAUP Chase thanking Backpage for sending ads |
| 5612 | 5/31/2012 | Emails from Agent Spadafora thanking Backpage for sending ads |
| 5613 | 6/1/2012 | Emails from SA Llenas thanking Backpage for sending ads |

| | | |
|---|---|---|
| 5616 | 6/4/2012 | Emails from officer Bartels thanking Backpage for sending ads |
| 5617 | 6/4/2012 | Emails from Det. McMurray thanking Backpage for sending ads |
| 5618 | 6/6/2012 | Emails from Det. Manz thanking Backpage for sending ads |
| 5619 | 6/7/2012 | Emails from SA Gutierrez thanking Backpage for sending ads |
| 5620 | 6/7/2012 | Emails from officer Meierding thanking Backpage for help |
| 5621 | 6/7/2012 | Email correspondence between Backpage Help Staff and Sergeant Daniel Steel regarding ads found on other websites with the same phone numbers as included in Warrant Denver County 053112 |
| 5622 | 6/8/2012 | Email correspondence between Backpage Help Staff and FBI SA Maria E. Johnson regarding ads found on other websites with the same phone numbers as included in Subpoena 00068535 |
| 5623 | 6/8/2012 | Email correspondence between Backpage Help Staff and FBI SA James J. Melia regarding ads found on other websites with the same phone numbers as included in Subpoena Eastern Dist. of Virginia 060412; Email response from SA Melia requesting Backpage re-send bodies of emails it sent to him on 6/7/2012 |
| 5624 | 6/8/2012 | Email correspondence between Backpage Help Staff and FBI SA Shaughna B. Loncar regarding ads found on other websites with the same phone numbers as included in Subpoena Eastern Dist. of Wisconsin 053112 |
| 5625 | 6/11/2012 | Email correspondence between Backpage Help Staff and Investigator Mark Brydges of the Anaheim Police Department Vice Detail regarding ads found on other websites with the same phone numbers as included in Warrant Orange County 060712 |
| 5626 | 6/13/2012 | Email correspondence between Backpage Help Staff and Officer Ashley Metzger-Robillard of the Tacoma Police Department, Special Investigations Unit regarding ads found on other websites with the same phone numbers as included in Warrant Pierce County 061212 |
| 5628 | 6/15/2012 | Email correspondence between Backpage Help Staff and Detective Christopher Ferreira regarding ads found on other websites with the same phone numbers as included in Subpoena Snohomish County 061212 |

| | | |
|---|---|---|
| 5631 | 7/9/2012 | Email correspondence between Backpage Help Staff and Kathleen Mullan and Jeff Perry regarding ads found on other websites with the same phone numbers as included in Subpoena Worcester County 070212 |
| 5632 | 7/10/2012 | Email correspondence between Backpage Help Staff and Detective Jeremy Free of the Vancouver Police Department, Digital Evidence Cybercrime Unit regarding ads found on other websites with the same phone numbers as included in Warrant Clark County 070912 |
| 5199 | 7/13/2012 | Email re ads on other sites |
| 5198 | 7/12/2012 | Email re ads on other sites |
| 5635 | 7/20/2012 | Email correspondence between Backpage Help Staff and FBI SA Carla J. Croft regarding ads found on other websites with the same phone numbers as included in Subpoena 00071828 |
| 5636 | 7/20/2012 | Email correspondence between Backpage Help Staff and Julie M. Aveitia regarding ads found on other websites with the same phone numbers as included in Subpoena ICE-HSI-EP-2012-03384 |
| 5637 | 7/23/2012 | Email correspondence between Backpage Help Staff and SA Patricia A. Calleri regarding ads found on other websites with the same phone numbers as included in Subpoena BU15HS12BU0006 log 201 |
| 5638 | 7/23/2012 | Email correspondence between Backpage Help Staff and Detective Melissa Borquez regarding ads found on other websites with the same phone numbers as included in Subpoena Maricopa County 071212 |
| 5641 | 7/27/2012 | Email correspondence between Backpage Help Staff and Robert Ballow regarding ads found on other websites with the same phone numbers as included in Subpoena HT-12-1046 |
| 5643 | 8/1/2012 | Email correspondence between Backpage Help Staff and Detective Brendan McGuire of the Portland Police Bureau regarding ads found on other websites with the same phone numbers as included in Subpoena Multnomah County 071112 |
| 5644 | 8/1/2012 | Email correspondence between Backpage Help Staff and SA Alan J. Heng regarding ads found on other websites with the same phone numbers as included in Subpoena 12SE-IMM-571 |

| | | |
|---|---|---|
| 5645 | 8/1/2012 | Email correspondence between Backpage Help Staff and Investigator Mark Pulli of the Massachusetts AGO regarding ads found on other websites with the same phone numbers as included in Subpoena Suffolk County 071612 |
| 5646 | 8/3/2012 | Email correspondence between Backpage Help Staff and ADA Marnie Lobel of the Queens County NY DA's Office regarding ads found on other websites with the same phone numbers as included in Subpoena Queens County 073112 Post 30226208 |
| 5647 | 8/6/2012 | Email correspondence between Backpage Help Staff and Kathleen Trask regarding ads found on other websites with the same phone numbers as included in Subpoena Massachusetts 080312 Post 20337933 |
| 5649 | 8/9/2012 | Email correspondence between Backpage Help Staff and FBI SA Martha E. Parker regarding ads found on other websites with the same phone numbers as included in Subpoena 00071702 |
| 5650 | 8/9/2012 | Email correspondence between Backpage Help Staff and SA James Stamas regarding ads found on other websites with the same phone numbers as included in Subpoena DAL-2012 |
| 5651 | 8/16/2012 | Email correspondence between Backpage Help Staff and Officer David Nieto regarding ads found on other websites with the same phone numbers as included in Subpoena Harris County 081012 |
| 5652 | 8/17/2012 | Email correspondence between Backpage Help Staff and Cpl. Jason Skrabanek regarding ads found on other websites with the same phone numbers as included in Subpoena Lubbock County 081412 |
| 5653 | 8/20/2012 | Email correspondence between Backpage Help Staff and ASA Rachel Ballard regarding ads found on other websites with the same phone numbers as included in Subpoena Montgomery County 080812 Post 7761833 |
| 5654 | 8/21/2012 | Email correspondence between Backpage Help Staff and FBI SA Barry W. Couch regarding ads found on other websites with the same phone numbers as included in Subpoena 00070319 |
| 5657 | 8/29/2012 | Email correspondence between Backpage Help Staff and SA Patricia A. Calleri regarding ads found on other websites with the same phone numbers as included in Subpoena BU15HS12BU0006 log 210 |

| | | |
|---|---|---|
| 5658 | 9/6/2012 | Email correspondence between Backpage Help Staff and Detective Robert McFarland regarding ads found on other websites with the same phone numbers as included in Subpoena Nueces County 082912 |
| 5661 | 9/19/2012 | Email correspondence between Backpage Help Staff and Detective Leon Guinn regarding ads found on other websites with the same phone numbers as included in Warrant Bell County 091312 |
| 5662 | 9/21/2012 | Email correspondence between Backpage Help Staff and ADA Lauren Abinanti regarding ads found on other websites with the same phone numbers as included in Subpoena Westchester County 091312 |
| 5663 | 9/26/2012 | Email correspondence between Backpage Help Staff and Robert Ballow regarding ads found on other websites with the same phone numbers as included in Subpoena HT-12-1232 |
| 5664 | 9/26/2012 | Email correspondence between Backpage Help Staff and Elizabeth Stammo regarding ads found on other websites with the same phone numbers as included in Subpoena Worcestor County 092012 Post 19193546 |
| 5665 | 10/2/2012 | Email correspondence between Backpage Help Staff and Officer David Nieto regarding ads found on other websites with the same phone numbers as included in Subpoena Harris County 092112 |
| 5666 | 10/3/2012 | Email correspondence between Backpage Help Staff and Andy Lau regarding ads found on other websites with the same phone numbers as included in Subpoena DOJ 092612 |
| 5668 | 10/8/2012 | Email correspondence between Backpage Help Staff and William Halpern regarding ads found on other websites with the same phone numbers as included in Subpoena Bronx County 100112 Post 33362144 |
| 5669 | 10/9/2012 | Email correspondence between Backpage Help Staff and Officer Andrew Hall of the Lakewood WA Police Department regarding ads found on other websites with the same phone numbers as included in Subpoena Lakewood 100312 Post 10712402 |
| 5670 | 10/9/2012 | Email correspondence between Backpage Help Staff and Michael Anthony Panico regarding ads found on other websites with the same phone numbers as included in Subpoena 3014 |

| | | |
|---|---|---|
| 5671 | 10/8/2012 | Email correspondence between Backpage Help Staff and Mark C. Leslie of DHS regarding ads found on other websites with the same phone numbers as included in Subpoena SU-12-058 |
| 5672 | 10/10/2012 | Email correspondence between Backpage Help Staff and Gabriel Morris regarding ads found on other websites with the same phone numbers as included in Warrant 12-689 King County |
| 5673 | 10/10/2012 | Email correspondence between Backpage Help Staff and Mike J. Kiokow of the King's County WA Sheriff's Office regarding ads found on other websites with the same phone numbers as included in Subpoena 2012R00711 16841 |
| 5676 | 10/16/2012 | Heading lines of an email from Taylor Glynn to help@Backpage.com, subject line "RE: Ads on other sites related to Subpoena Suffolk County 101112" sent 10/16/2012 9:31:52 AM |
| 5677 | 10/17/2012 | Email correspondence between Backpage Help Staff and Officer Andrew Hall of the Lakewood WA Police Department regarding ads found on other websites with the same phone numbers as included in Subpoena Lakewood 101612 |
| 5678 | 10/17/2012 | Email correspondence between Backpage Help Staff and Olivia D. Olson regarding ads found on other websites with the same phone numbers as included in Subpoena Southern Dist. of New York 101012 |
| 5679 | 10/18/2012 | Email correspondence between Backpage Help Staff and David W. Brown regarding ads found on other websites with the same phone numbers as included in Subpoena DeKalb County 101212 |
| 5680 | 10/18/2012 | Email correspondence between Backpage Help Staff and Detective Christopher Ferreira regarding ads found on other websites with the same phone numbers as included in Subpoena Snohomish County 101812 |
| 5681 | 10/19/2012 | Email correspondence between Backpage Help Staff and Detective Matthew Dixon regarding ads found on other websites with the same phone numbers as included in Subpoena Davidson County 101612 Post 6270248 |
| 5682 | 10/24/2012 | Email correspondence between Backpage Help Staff and Officer Catherine Clogher Bartels regarding ads found on other websites with the same phone numbers as included in Subpoena Harris County 101212 |

| | | |
|---|---|---|
| 5683 | 10/25/2012 | Email correspondence between Backpage Help Staff and Agent Montie Cutlip regarding ads found on other websites with the same phone numbers as included in Subpoena Cobb County 101812 |
| 5684 | 10/26/2012 | Email correspondence between Backpage Help Staff and Holly Welsh regarding ads found on other websites with the same phone numbers as included in Subpoena Cuyahoga County 102212 |
| 5685 | 11/1/2012 | Email correspondence between Backpage Help Staff and SA Ben F. Bauman of DHS-ICE regarding ads found on other websites with the same phone numbers as included in Subpoena CH13IM0114 |
| 5686 | 11/6/2012 | Email from Backpage Help Staff to SA Sarah Gioielli regarding ads found on other websites with the same phone numbers as included in Subpoena 4132; Email response from SA Gioielli asking whether Backpage removed all of the advertisements from their website |
| 5687 | 11/20/2012 | Email correspondence between Backpage Help Staff and Edgar Roman regarding ads found on other websites with the same phone number related to username perezjessica949@gmail.com |
| 5688 | 11/20/2012 | Email correspondence between Backpage Help Staff and Jean Phillips of the Plymouth Co. DA's Office regarding ads found on other websites with the same phone numbers as included in Subpoena Massachusetts 111412 |
| 5689 | 12/6/2012 | Email correspondence between Backpage Help Staff and Detective Amber Schlote regarding ads found on other websites with the same phone numbers as included in Subpoena Douglas County 112712 |
| 5690 | 12/7/2012 | Email correspondence between Backpage Help Staff and Detective Mitchell J. Wright regarding ads found on other websites with the same phone numbers as included in Subpoena RE-13-157778 |
| 5691 | 12/10/2012 | Email correspondence between Backpage Help Staff and Officer Jessica R. Bartholomew regarding ads found on other websites with the same phone numbers as included in Subpoena Hennepin County 112812 Post 8836268 |
| 5692 | 12/10/2012 | Email correspondence between Backpage Help Staff and Deputy Public Defender Sangeeta Sinha regarding ads found on other websites with the same phone numbers as included in Subpoena San Francisco County 112912 |

| | | |
|---|---|---|
| 5693 | 12/12/2012 | Email correspondence between Backpage Help Staff and Barbara Pacheco regarding ads found on other websites with the same phone numbers as included in Subpoena 12-11-023 Miami-Dade County |
| 5694 | 12/15/2012 | Email correspondence between Backpage Help Staff and Blake A. Allbritton regarding ads found on other websites with the same phone numbers as included in Subpoena Fairfax County 120512 |
| 5695 | 12/17/2012 | Email correspondence between Backpage Help Staff and Donald F. Roman regarding ads found on other websites with the same phone numbers as included in Subpoena ICE-HSI-CR-2013-00117 |
| 5696 | 12/18/2012 | Email correspondence between Backpage Help Staff to Detective Randy Hansen regarding ads found on other websites with the same phone numbers as included in Subpoena Dist. of Colorado 120612 |
| 5697 | 12/18/2012 | Email correspondence between Backpage Help Staff and Kevin Crittenden regarding ads found on other websites with the same phone numbers as included in Warrant Wayne County 112812 |
| 5698 | 12/19/2012 | Email correspondence between Backpage Help Staff and Mark C. Leslie regarding ads found on other websites with the same phone numbers as included in Subpoena SU-13-053 |
| 5699 | 12/19/2012 | Email correspondence between Backpage Help Staff and Alyssa Baumann of the Duluth MN PD regarding ads found on other websites with the same phone numbers as included in Subpoena St Louis County 121012 |
| 5700 | 12/20/2012 | Email correspondence between Backpage Help Staff and Christopher Ferreira regarding ads found on other websites with the same phone numbers as included in Warrant Snohomish County 121112 |
| 5701 | 12/21/2012 | Email correspondence between Backpage Help Staff and Frank Guarino regarding ads found on other websites with the same phone numbers as included in Warrant Riverside County 121212 |
| 5702 | 12/27/2012 | Email from Backpage Help Staff to Amanda C. Smith regarding ads found on other websites with the same phone numbers as included in Subpoena NO-2013-129; Email response from Smith asking if there is a way to tell if an ad is new or is automatically posted |

| | | |
|---|---|---|
| 5703 | 1/3/2013 | Email correspondence between Backpage Help Staff and Susan Terrey and boylej.bpd@cityofboston.gov regarding ads found on other websites with the same phone numbers as included in Subpoena Suffolk County 121712 |
| 5704 | 1/3/2013 | Email correspondence between Backpage Help Staff and Nathan Fay regarding ads found on other websites with the same phone numbers as included in Warrant Orange County 121712 |
| 5705 | 1/8/2013 | Email correspondence between Backpage Help Staff and Robert Ballow regarding ads found on other websites with the same phone numbers as included in Subpoena HT-13-375 |
| 5706 | 1/9/2013 | Email correspondence between Backpage Help Staff and Fernando R. Gutierrez regarding ads found on other websites with the same phone numbers as included in Subpoena 00082060 |
| 5710 | 1/15/2013 | Email correspondence between Backpage Help Staff and Detective Heather Kendall regarding ads found on other websites with the same phone numbers as included in Warrant 12-1110 Jefferson County |
| 5711 | 1/18/2013 | Email correspondence between Backpage Help Staff and Kay Richard regarding ads found on other websites with the same phone numbers as included in Subpoena Dist. of Maryland 011613 |
| 5712 | 1/25/2013 | Email correspondence between Backpage Help Staff and Donna Gavin regarding ads found on other websites with the same phone numbers as included in Subpoena Suffolk County 012313 8574926648 |
| 5713 | 1/30/2013 | Email correspondence between Backpage Help Staff and Donald F. Roman regarding ads found on other websites with the same phone numbers as included in Subpoena ICE-HSI-CR-2013-000174 |
| 5714 | 1/31/2013 | Email correspondence between Backpage Help Staff and Tonya M. Price regarding ads found on other websites with the same phone numbers as included in Subpoena 2013-I-042 |
| 5715 | 1/31/2013 | Email correspondence between Backpage Help Staff and Jaclyn Morrill regarding ads found on other websites with the same phone numbers as included in Subpoena Suffolk County 012213 |

| | | |
|---|---|---|
| 5716 | 2/4/2013 | Email correspondence between Backpage Help Staff and Rebecca J. Jolliff regarding ads found on other websites with the same phone numbers as included in Subpoena Kitsap County 012513 |
| 5717 | 2/6/2013 | Email correspondence between Backpage Help Staff and Kathleen Rieman regarding ads found on other websites with the same phone numbers as included in Subpoena Western Dist. of New York 013013 MC 0994 |
| 5718 | 2/5/2013 | Email correspondence between Backpage Help Staff and Detective Dave Mason regarding ads found on other websites with the same phone numbers as included in Subpoena Las Vegas 012513 |
| 5719 | 2/19/2013 | Email correspondence between Backpage Help Staff and Jason Laws regarding ads found on other websites with the same phone numbers as included in Subpoena ICE-HSI-GF-2013-00068 |
| 5720 | 2/25/2013 | Email correspondence between Backpage Help Staff and Welford Dunn regarding ads found on other websites with the same phone numbers as included in Warrant Virginia 021113 Post 9395458 |
| 5721 | 2/26/2013 | Email correspondence between Backpage Help Staff and Detective Roberto Cotto of the Phoenix Police Department regarding ads found on other websites with the same phone numbers as included in Subpoena Maricopa County 012313 |
| 5722 | 2/26/2013 | Email correspondence between Backpage Help Staff and Bob Lynn regarding ads found on other websites with the same phone numbers as included in Subpoena Ohio 011813 |
| 5723 | 2/27/2013 | Email correspondence between Backpage Help Staff and Michael Costello of NYPD regarding ads found on other websites with the same phone numbers as included in Records Request 022213 |
| 5725 | 3/6/2013 | Email correspondence between Backpage Help Staff and Detective Aaron Dennis regarding ads found on other websites with the same phone numbers as included in Subpoena Ohio 021313 Post 12738976 |
| 5728 | 3/25/2013 | Email correspondence between Backpage Help Staff and Deborah A. Freier regarding ads found on other websites with the same phone numbers as included in Subpoena Essex County 031213 |

| | | |
|---|---|---|
| 5729 | 4/2/2013 | Email correspondence between Backpage Help Staff and Stefania Iannacco regarding ads found on other websites with the same phone numbers as included in Subpoena New Castle County 032113 |
| 5730 | 4/2/2013 | Email correspondence between Backpage Help Staff and Wendy Lehner regarding ads found on other websites with the same phone numbers as included in Subpoena Anoka County 032113 Post 8474048 |
| 5731 | 4/2/2013 | Email correspondence between Backpage Help Staff and Ivan K. Young regarding ads found on other websites with the same phone numbers as included in Subpoena 2013-067 |
| 5732 | 4/2/2013 | Email correspondence between Backpage Help Staff and Heather L. Gordon regarding ads found on other websites with the same phone numbers as included in Subpoena 00085147 |
| 5733 | 4/2/2013 | Email correspondence between Backpage Help Staff and Jennifer M. Schorn regarding ads found on other websites with the same phone numbers as included in Subpoena Bucks County 031813 |
| 5734 | 4/3/2013 | Email correspondence between Backpage Help Staff and Detective Chris Maes regarding ads found on other websites with the same phone numbers as included in Warrant Bernalillo County 032513 Post 4775980 |
| 5737 | 4/8/2013 | Email correspondence between Backpage Help Staff and Robert Ballow regarding ads found on other websites with the same phone numbers as included in Subpoena HT-13-771 |
| 5738 | 4/8/2013 | Email correspondence between Backpage Help Staff and Stephen Fox regarding ads found on other websites with the same phone numbers as included in Subpoena Baltimore County 032713 Post 6771290 |
| 5739 | 4/9/2013 | Email correspondence between Backpage Help Staff and Scott D. Demeester regarding ads found on other websites with the same phone numbers as included in Subpoena Fulton County 040113 Post |
| 5740 | 4/11/2013 | Email correspondence between Backpage Help Staff and Carissa K. Bowling regarding ads found on other websites with the same phone numbers as included in Records Request 040413 Tallahassee Bowling |
| 5741 | 4/23/2013 | Email correspondence between Backpage Help Staff and Detective Lebryan Sperling regarding ads found on other websites with the same phone numbers as included in Warrant Fulton County 041513 |

| | | |
|---|---|---|
| 5742 | 4/30/2013 | Email correspondence between Backpage Help Staff and Paul McKean regarding ads found on other websites with the same phone numbers as included in Subpoena 13SE-IMM-276 |
| 5743 | 4/30/2013 | Email correspondence between Backpage Help Staff and ADA Jennifer L. Sprague regarding ads found on other websites with the same phone numbers as included in Subpoena Plymouth County 042613 Post 21883995 |
| 5744 | 4/30/2013 | Email correspondence between Backpage Help Staff and Elaine Coyman regarding ads found on other websites with the same phone numbers as included in Subpoena Plymouth County 042613 Post 21883995 |
| 5745 | 4/30/2013 | Email correspondence between Backpage Help Staff and Michael Frank regarding ads found on other websites with the same phone numbers as included in Subpoena Eastern Dist. of Virginia 041913 |
| 5746 | 5/1/2013 | Email correspondence between Backpage Help Staff and SA Matthew M. Perkins regarding ads found on other websites with the same phone numbers as included in Subpoena 22892 |
| 5747 | 5/1/2013 | Email from Backpage Help Staff to Mark Buehler regarding ads found on other websites with the same phone numbers as included in Subpoena Camden County 042913 Post 13618719; Email response from Buehler asking if there were new Backpage ads since the date of the subpoena |
| 5748 | 5/7/2013 | Email correspondence between Backpage Help Staff and Detective James Barrette regarding ads found on other websites with the same phone numbers as included in Warrant Riverside County 050113 Post 24324192 |
| 5749 | 5/9/2013 | Email correspondence between Backpage Help Staff and Sergeant John Chapman regarding ads found on other websites with the same phone numbers as included in Warrant Clark County 050813 3604338925 |
| 5750 | 5/14/2013 | Email correspondence between Backpage Help Staff and Detective John Sydow regarding ads found on other websites with the same phone numbers as included in Subpoena 24307 |
| 5751 | 5/14/2013 | Email correspondence between Backpage Help Staff and IA Tamara Wiesmann regarding ads found on other websites with the same phone numbers as included in Subpoena DEA 050913 |

| | | |
|---|---|---|
| 5753 | 5/15/2013 | Email correspondence between Backpage Help Staff and Michelle Gilliard regarding ads found on other websites with the same phone numbers as included in Subpoena Ohio 051313 6146035122 |
| 5754 | 5/17/2013 | Email correspondence between Backpage Help Staff and James Rankin regarding ads found on other websites with the same phone numbers as included in Subpoena San Diego County 050913 star.palmer@rocketmail.com |
| 5756 | 5/20/2013 | Email correspondence between Backpage Help Staff and Ylanda Pena regarding ads found on other websites with the same phone numbers as included in Subpoena Lubbock County 051613 |
| 5757 | 5/20/2013 | Email correspondence between Backpage Help Staff and Gerard Devine regarding ads found on other websites with the same phone numbers as included in Subpoena Bergen County 051413 Post 6103519 |
| 5758 | 5/21/2013 | Email correspondence between Backpage Help Staff and Barry Couch regarding ads found on other websites with the same phone numbers as included in Subpoena 25812 |
| 5759 | 5/29/2013 | Email correspondence between Backpage Help Staff and Officer Mike Gallagher of the Portland Police Bureau regarding ads found on other websites with the same phone numbers as included in Subpoena Multnomah County 052313 Post 8956107 |
| 5760 | 5/31/2013 | Email correspondence between Backpage Help Staff and Joe Gamboa regarding ads found on other websites with the same phone numbers as included in Warrant Tulsa County 052913 Post 6135358 |
| 5761 | 5/31/2013 | Email correspondence between Backpage Help Staff and Patrick T. Winn regarding ads found on other websites with the same phone numbers as included in Subpoena 26592 |
| 5762 | 6/4/2013 | Email correspondence between Backpage Help Staff and Jose Estevez regarding ads found on other websites with the same phone numbers as included in Subpoena Miami-Dade County 060313 Post 19547656 |
| 5763 | 6/3/2013 | Email correspondence between Backpage Help Staff and Anthony Householder regarding ads found on other websites with the same phone numbers as included in Subpoena 27370 |

| | | |
|---|---|---|
| 5765 | 6/12/2013 | Email correspondence between Backpage Help Staff and Gigi M. Scoles regarding ads found on other websites with the same phone numbers as included in Subpoena Essex County 060713 8625889653 |
| 5766 | 6/12/2013 | Email from Backpage Help Staff to Patrick M. Mitchell regarding ads found on other websites with the same phone numbers as included in Subpoena DeKalb County 061013 Visas |
| 5767 | 6/14/2013 | Email correspondence between Backpage Help Staff and Maurice Washington regarding ads found on other websites with the same phone numbers as included in Warrant King County 061113 Post 11942206 |
| 5768 | 6/21/2013 | Email correspondence between Backpage Help Staff and Rick Wright regarding ads found on other websites with the same phone numbers as included in Warrant Denver County 061313 |
| 5769 | 6/25/2013 | Email correspondence between Backpage Help Staff and Shannon E. Brill regarding ads found on other websites with the same phone numbers as included in Subpoena 00087429 |
| 5770 | 6/25/2013 | Email correspondence between Backpage Help Staff and David Swan regarding ads found on other websites with the same phone numbers as included in Subpoena Bergen County 061113 |
| 5772 | 7/12/2013 | Email correspondence between Backpage Help Staff and Kristina DAmbra regarding ads found on other websites with the same phone numbers as included in Middlesex County Subpoena 2013-153 |
| 5773 | 7/11/2013 | Email correspondence between Backpage Help Staff and Gabriel Morris regarding ads found on other websites with the same phone numbers as included in King County, Washington Subpoena 13-519 |
| 5774 | 7/16/2013 | Email correspondence between Backpage Help Staff and Isaac Wall regarding ads found on other websites with the same phone numbers as included in Subpoena 523094129 |
| 5775 | 7/23/2013 | Email correspondence between Backpage Help Staff and Hakan A. Catalan regarding ads found on other websites with the same phone numbers as included in Tyler Texas Subpoena 7-19-2013 |
| 5776 | 7/24/2013 | Email correspondence between Backpage Help Staff and David Nieto regarding ads found on other websites with the same phone numbers as included in Subpoena 86588413T |

| | | |
|---|---|---|
| 5777 | 7/24/2013 | Email correspondence between Backpage Help Staff and Barbara J. Owen regarding ads found on other websites with the same phone numbers as included in Subpoena 33503 |
| 5778 | 7/24/2013 | Email correspondence between Backpage Help Staff and Brian Severs regarding ads found on other websites with the same phone numbers as included in New Jersey Subpoena 07-23-2013 |
| 5780 | 7/30/2013 | Email correspondence between Backpage Help Staff and Meghan Burkeen regarding ads found on other websites with the same phone numbers as included in Portland Subpoena 7-24-2013 |
| 5781 | 7/30/2013 | Email correspondence between Backpage Help Staff and Lori Sendlak regarding ads found on other websites with the same phone numbers as included in Erie County Subpoena 7-26-2013 |
| 5787 | 8/13/2013 | Email correspondence between Backpage Help Staff and Shaun King regarding ads found on other websites with the same phone numbers as included in Warrant Los Angeles County 080713 |
| 5788 | 9/4/2013 | Email correspondence between Backpage Help Staff and Chris J. Maes regarding ads found on other websites with the same phone numbers as included in Warrant Bernalillo County 090313 |
| 5789 | 9/3/2013 | Email correspondence between Backpage Help Staff and Luke Goldworm regarding ads found on other websites with the same phone numbers as included in Subpoena Suffolk County 082913 |
| 5790 | 9/3/2013 | Email correspondence between Backpage Help Staff and Jennifer Doyle Batish regarding ads found on other websites with the same phone numbers as included in Subpoena Eastern Dist of Pennsylvania 082813 |
| 5791 | 9/3/2013 | Email correspondence between Backpage Help Staff and Michael A. Panico regarding ads found on other websites with the same phone numbers as included in Subpoena 37544 |
| 5793 | 9/11/2013 | Email correspondence between Backpage Help Staff and Brian A. Ozden regarding ads found on other websites with the same phone numbers as included in Subpoena 39830 |
| 5794 | 9/11/2013 | Email correspondence between Backpage Help Staff and Carol M. Lunday regarding ads found on other websites with the same phone numbers as included in Subpoena 39284 |

| | | |
|---|---|---|
| 5795 | 9/11/2013 | Email correspondence between Backpage Help Staff and Chad Optiz regarding ads found on other websites with the same phone numbers as included in Subpoena Multnomah County 090913 Post 9027391 |
| 5796 | 9/18/2013 | Email correspondence between Backpage Help Staff and Jennifer M. Schorn regarding ads found on other websites with the same phone numbers as included in Subpoena Bucks County 5218 |
| 5798 | 10/9/2013 | Email correspondence between Backpage Help Staff and Katherine S. Goebel regarding ads found on other websites with the same phone numbers as included in Records Request 093013 Wichita Goebel |
| 5799 | 10/9/2013 | Email correspondence between Backpage Help Staff and Joel A. Nelson regarding ads found on other websites with the same phone numbers as included in Subpoena Minnesota 092413 6129903494 |
| 5803 | 11/6/2013 | Emails from Cairns thanking Backpage for sending ads |
| 5804 | 11/12/2013 | Emails from Milroy (FBI) thanking Backpage for sending ads |
| 5805 | 11/7/2013 | Emails from Jacob (FBI) thanking Backpage for sending ads |
| 5806 | 11/6/2013 | Emails from Caughey (DHS) thanking Backpage for sending ads |
| 5808 | 11/19/2013 | Emails from Officer Harper thanking Backpage for sending ads |
| 5809 | 11/19/2013 | Emails from Inv. Moran thanking Backpage for sending ads |
| 5810 | 11/20/2013 | Emails from SA Ramirez thanking Backpage for sending ads |
| 5811 | 11/20/2013 | Emails from Gordon (FBI) thanking Backpage for sending ads |
| 5812 | 11/20/2013 | Emails from Det. Miller thanking Backpage for sending ads |
| 5813 | 11/21/2013 | Emails from Bartlett (AGO) thanking Backpage for sending ad |
| 5814 | 11/24/2013 | Emails from Neito thanking Backpage for sending ad |
| 5815 | 12/3/2013 | Emails from Upton thanking Backpage for sending ad |
| 5816 | 12/3/2013 | Emails from Det. Ronson thanking Backpage for sending ad |
| 5817 | 1/8/2014 | Emails from Frey thanking Backpage for sending ad |
| 5818 | 1/8/2014 | Emails from Det. Long thanking Backpage for fast warrant response |
| 5819 | 1/8/2014 | Emails from Lick thanking Backpage for sending ad |

| | | |
|---|---|---|
| 5820 | 1/21/2014 | Emails from Det. Adcock thanking Backpage for sending ad |
| 5821 | 1/22/2014 | Emails from Barba thanking Backpage for sending ad |
| 5823 | 1/27/2014 | Emails from Neito thanking Backpage for sending ad |
| 5824 | 1/28/2014 | Emails from Sgt Guckian thanking Backpage for sending ad |
| 5826 | 2/4/2014 | Emails from Knutson (FBI) thanking Backpage for help with ad |
| 5828 | 1/26/2015 | Emails from Det. Weiss thanking Backpage for help with conviction |
| 5831 | 5/22/2014 | Emails from SADA Gasper thanking Backpage for help with ad |
| 5840 | 7/3/2014 | Emails from Det. Wood thanking Backpage for help with ad |
| 5841 | 7/3/2014 | Emails from Medina thanking Backpage for help with ad |
| 5842 | 8/28/2014 | Emails from Det. Leung thanking Backpage for help |
| 5849 | 9/29/2014 | Emails from Det. McKloskey thanking Backpage help in a case |
| 5887 | 9/18/2015 | Emails from SA Burke thanking Backpage for response that aided in a recovery |