**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 20, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 9):**

9:12 a.m. Court reconvenes. Court informs counsel and parties that a juror is delayed. 9:14 a.m. Recess.

10:21 a.m. Court reconvenes. Jury present. Carl Ferrer examined further. Exhibits 156, 157, 157a, 1202, 1204, 1207, 1208, 1922, 1922b, 31, 335, 335b, 342, 342a, 1664, 1664a, 355, and 355b, are admitted. 11:58 a.m. Recess.

1:04 p.m. Court reconvenes. Jury present. Witness examined further. Exhibits 1665, 1665a, 1092, 173, 1110, 1111, 752, 175, 1116, 1116a, 1925, 1816, 212, 212a, 214, and 214a are admitted. 2:46 p.m. Recess.

3:07 p.m. Court reconvenes. Jury present. Exhibits 1909a, 869, 177, 178, 178a, 763, 181, 1049, 1049b, 1984, 1989, and 1120 are admitted. 4:06 p.m. Jury exits courtroom. Discussion held re: 1049b. 4:11 p.m. Recess.

4:17 p.m. Court reconvenes. 4:18 p.m. Jury present. Exhibits 872, 1122, and 1124 are admitted. 4:35 p.m. Jury exits courtroom. Discussion re: Exhibits. 4:40 p.m. Court in recess until Thursday, September 21, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Teri Veres/Elaine Cropper | **Start:** 9:12 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:40 PM |
| | **Total:** 5hrs 55min |