**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 21, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**JURY TRIAL (Day 10):**

8:57 a.m. Court reconvenes. Discussion held re: Exhibits. 9:02 a.m. Jury present. Carl Ferrer examined further. Exhibits 1125, 1546, 215, 215a, 217, 217a, 216, 216a, 489a1, 489a2, and 489a3 are admitted. 10:32 a.m. Recess.

10:54 a.m. Court reconvenes. Government clarifies that the Exhibits admitted prior to the recess are 489a-1, 489 a-2, and 489 a-3. 10:55 a.m. Jury present. Witness examined further. Exhibits 1213, 875, 792, 469, 471, 884, 884a, 1670, 877, 878, 1674, 880, 881, 1995, 767, 767a, and 886 are admitted. 12:01 p.m. Recess.

12:57 p.m. Court reconvenes. Court directs Defendants to file their response to the Government's Stipulation and Objections (Doc. 1801) by 9:00 a.m. on Friday, September 22, 2023. Witness examined further. Exhibits 885, 1214, 500, 2000, 1217, 1219, 1817, 220, 218, 221, 882, 1221, and 1224 are admitted. 2:33 p.m. Recess.

2:55 p.m. Court reconvenes. Jury present. Witness examined further. Exhibits 198, 199, 1226, 1819, 1820, 892, 894, 1229, 897, 1230, 783, 1235, 2045, and 1237 are admitted. 4:30 p.m. Jury exits courtroom. Discussion held re: Exhibits. 4:40 p.m. Court in recess until Friday, September 22, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Elaine Cropper | **Start:** 8:57 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:40 PM |
| | **Total:** 6hrs 3min |