**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 26, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:**   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants:** **Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 12):**

8:51 a.m. Court reconvenes. 8:55 a.m. Jury present. Carl Ferrer examined further. 10:36 a.m. Recess.

11:00 a.m. Court reconvenes. 11:06 a.m. Jury present. Witness examined further. Exhibits 536, 6212, and 6063 are admitted. 12:28 p.m. Jury exits courtroom. 12:32 p.m. Recess.

1:16 p.m. Court reconvenes. 1:20 p.m. Jury present. Witness examined further. Exhibits BFCF 116 (marked as Defense Exhibit 7000), 5618, and 5653 are admitted. 2:38 p.m. Jury exits courtroom. 2:39 p.m. Recess.

3:01 p.m. Court reconvenes. Jury present. Witness examined further. Exhibits 6219, 6047, and 6141 are admitted. 4:23 p.m. Cross-Examination by Mr. Cambria. 4:31 p.m. Jury exits courtroom. Discussion held re: Government's request to change the order in which witnesses will testify due to scheduling conflicts. **IT IS ORDERED** denying the United States' request. 4:44 p.m. Court in recess until Wednesday, September 27, 2023 at 8:45 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Cathy Taylor | **Start:** 8:51 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:44 PM |
| | **Total:** 6hrs 23min |