**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 27, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 13):**

8:53 a.m. Court reconvenes. Court asks counsel and parties to confer re: Juror #9. 8:56 a.m. Recess.

9:17 a.m. Court reconvenes. **IT IS ORDERED** releasing Juror #9 from service. 9:21 a.m. Jury present. Carl Ferrer examined further. Exhibits 662, 668, and 669 are admitted. 10:46 a.m. Recess.

11:06 a.m. Court reconvenes. Jury present. Witness examined further. Exhibit 6243 is admitted. 11:34 a.m. Cross-Examination by Mr. Lincenberg. 12:01 p.m. Recess.

12:45 p.m. Court reconvenes. Jury present. Witness examined further. 2:17 p.m. Recess.

2:37 p.m. Court reconvenes. Discussion held re: Exhibits. 2:49 p.m. Jury present. Witness examined further. Exhibits 6189, 6194, and 474 are admitted. 4:30 p.m. Jury exits courtroom. Discussion held with counsel. 4:35 p.m. Court in recess until Thursday, September 28, 2023 at 8:45 a.m.

| | |
|---|---|
| **Court Reporter** Cathy Taylor/Teri Veres | **Start:** 8:53 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:35 PM |
| | **Total:** 5hrs 56min |