# feder law office, p.a.
attorneys and counselors at law

harold feder •
bruce feder ••

• admitted in arizona and wyoming
•• admitted in arizona and washington dc
•• certified specialist in criminal law
   state bar of arizona

biltmore lakes corporate center, suite 160
2930 e. camelback road
phoenix, arizona 85016

telephone (602) 257-0135
facsimile (602) 954-8737

September 26, 2023

<u>*Sent via email to:*</u>

The Honorable Diane J. Humetewa
United States District Court - Phoenix Division
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, SPC 625
Courtroom 605
Phoenix, AZ 85004
humetewa_chambers@azd.uscourts.gov

Criminal Justice Act (CJA) Unit - Phoenix Division
cja_evoucher@azd.uscourts.gov

    **Re:**     <u>***USA v. Michael Lacey, et al., CR18-00422-PHX-DJH***</u>
              Letter of Explanation for Daily Transcript Request for Hearing on 09.25.23

Your Honor:

    Defense Counsel is requesting the transcript for the hearing held on September 25, 2023, and it is being requested on a daily-turnaround timeframe. The reason for the expeditious turn-around time request is that we are currently in trial in this matter, and this transcript is being ordered for purposes of being used during the cross-examination of the witness currently on the stand.

    Thank you.

                                                                 Very truly yours,

                                                                 s/ *Joy Bertrand*

                                                                 Joy Bertrand, Esq.

***JB/yc***