**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 28, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants:** **Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**JURY TRIAL (Day 14):**

8:49 a.m. Court reconvenes. Discussion held with counsel. 8:56 a.m. Jury present. Carl Ferrer examined further. Exhibit 886a is admitted. 10:31 a.m. Jury exits courtroom. 10:42 a.m. Recess.

10:57 a.m. Court reconvenes. Jury present. Witness examined further. Exhibits 8, 5364, 5427, 5459, 5443, 5415, 1214a, 5474, and 6196 are admitted. 12:14 p.m. Recess.

1:01 p.m. Court reconvenes. Jury present. Witness examined further. 1:27 p.m. Cross-Examination by Mr. Eisenberg. 2:38 p.m. Recess.

3:00 p.m. Court reconvenes. Jury present. Witness examined further. Exhibits 581, 51, 51a, 59, and 61 are admitted. 4:37 p.m. Jury exits courtroom. Discussion held with counsel. 4:40 p.m. Court in recess until Tuesday, October 10, 2023 at 9:00 a.m.

**Court Reporter** Jennifer Pancratz/Teri Veres   **Start:** 8:49 AM
**Deputy Clerk** Liliana Figueroa   **Stop:** 4:40 PM
   **Total:** 6hrs 27min