Jonathan M. Baum *(Admitted Pro Hac Vice)*
STEPTOE & JOHNSON LLP
One Market Plaza, Steuart Tower Ste 1070
San Francisco, CA 94105
Tel: (415) 365-6700
Fax: (415) 365-6700
jbaum@steptoe.com

Tahir L. Boykins (*(Admitted Pro Hac Vice)*
STEPTOE & JOHNSON LLP
633 W. Fifth St., Ste. 1900
Los Angeles, CA 90071
Tel: (213) 439-9400
Fax: (213) 439-9599
tboykins@steptoe.com

Attorneys for Defendant
CARL FERRER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>Defendants. | CASE NO. CR-18-422-PHX-DJH<br><br>**DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOVANT CARL FERRER'S MOTION FOR A PROTECTIVE ORDER**<br><br>[Filed concurrently herewith Movant Carl Ferrer's Motion for A Protective Order] |

I, Jonathan M. Baum, hereby declare:

1. I am a partner with Steptoe & Johnson LLP, counsel for Movant Carl Ferrer in this action. I have personal knowledge of the facts contained herein and, if called, I could testify competently to them.

2. James Grant of Davis Wright Tremaine LLP served as Mr. Ferrer's personal counsel in the criminal case filed against him in Sacramento County, California. Attached hereto as **Exhibit A** is a true and accurate copy of the title page of a Sacramento Superior Court Criminal Pleading where Grant is identified as "Counsel for Defendants Carl Ferrer, Michael Lacey and James Larkin."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C. on October 3, 2023.

/s/ Jonathan M. Baum
Jonathan M. Baum

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

/s/ *Debbie DeRivero*
Debbie DeRivero