**<u>EXHIBIT A</u>**