# KESSLER LAW GROUP
───── Est. 1983 ─────
## Attorneys At Law

October 6, 2023

CJA E-Voucher
(Via Email Only)

Re: 18-cr-00422
    Client: Scott Spear

Dear E-Voucher Unit,

The purpose of this letter is to provide justification for the less-than-30-day turnaround for the approximately 1.5 hour transcript in this case on September 25, 2023.

The hearing in question involved oral argument on evidentiary matters pertaining to the Government's first witness, and possible others to follow. That first witness is still on the stand.

The Court made rulings that are not otherwise memorialized in any orders, and I need that transcript to guide me so as not to violate any of the court's rulings. The Court has already admonished all defense counsel that they have, from time to time, overstepped her evidentiary boundaries. Part of the problem is the lack of anything in writing that defines those boundaries. The best evidence of the Court's rulings are the orders that the Court made during the September 25 hearing.

I you need anything further on this subject, please let me know.

Sincerely,

*Eric W. Kessler*

Eric W. Kessler
EWK/hs