**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 10, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 15):**

8:59 a.m. Court reconvenes. 9:04 a.m. Jury present. Carl Ferrer examined further. Exhibits 62, 609, 74, 1193, and 657 are admitted. 10:22 a.m. Recess.

10:43 a.m. Court reconvenes. 10:45 a.m. Jury present. Witness examined further. Exhibits 686, 686a, 129, 1138, 1138a, 5214, 5215, 5343, and 6142 are admitted. 11:38 a.m. Cross-Examination by Ms. Bertrand. Exhibit 6259 is admitted. 12:01 p.m. Recess.

12:58 p.m. Court reconvenes. Discussion held re: Doc. 1801-1 (Attachment A). 1:03 p.m. Jury present. Witness examined further. Pursuant to the parties' Stipulation (Doc. 1801), the following Exhibits are admitted: 5174, 5175, 5220-5258, 5260-5321. Exhibits 6257 and 6258 are admitted. 2:08 p.m. Redirect. Exhibit 5 (pages 1 and 17) is admitted. 2:41 p.m. Recess.

3:00 p.m. Court reconvenes. 3:02 p.m. Jury present. Witness examined further. 3:57 p.m. Jess Adams sworn and examined. 4:30 p.m. Jury exits courtroom. 4:33 p.m. Court in recess until Wednesday, October 11, 2023 at 8:45 a.m.

| | |
|---|---|
| **Court Reporter** Jennifer Pancratz/Cathy Taylor | **Start:** 8:59 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:33 PM |
| | **Total:** 5hrs 57min |