**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 12, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 17):**

8:48 a.m. Court reconvenes. For the reasons stated, **IT IS ORDERED** that Defendants' previous oral Motion for Mistrial is denied. Discussion held re: Exhibits. **IT IS ORDERED** the Court's rulings stand. **IT IS FURTHER ORDERED** granting in part Defendants' Joint Motion (Doc. 1822) as set forth on the record. 9:14 a.m. Jury present. Mickey Hansen examined further. 9:18 a.m. Cross-Examination by Mr. Panchapakesan. Exhibit 462 is admitted. 10:14 a.m. Jury exits courtroom. 10:18 a.m. Recess.

10:33 a.m. Court reconvenes. 10:33 a.m. Jury present. No additional cross-examination. Redirect. 10:45 a.m. Witness excused. Anya Beck sworn and examined. Exhibit 1602 is admitted. 11:08 a.m. Cross-Examination by Mr. Feder. 11:51 a.m. Cross-Examination by Mr. Eisenberg. 11:53. No additional cross-examination. Redirect. Witness excused. Jury exits courtroom. 11:56 a.m. Recess.

1:10 p.m. Court reconvenes. Jury present. Lin Howard sworn and examined. 1:27 p.m. Cross-Examination by Mr. Cambria. 1:36 p.m. No additional cross-examination and no redirect. Witness excused. Eric Murray sworn and examined. Exhibits 1971, 1971a-b, 1967, and 1967a-b are admitted. 2:41 p.m. Recess.

3:01 p.m. Court reconvenes. 3:04 p.m. Jury present. Witness examined further. Exhibits 1953, 1953a, and 2044 are admitted. 3:30 p.m. Cross-Examination by Ms. Bertrand. 4:11 p.m. Jury exits courtroom. 4:14 p.m. Court in recess until Friday, October 13, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Cathy Taylor/Teri Veres | **Start:** 8:48 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:14 PM |
| | **Total:** 5hrs 37min |