Timothy J. Eckstein, 018321
Joseph Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

Attorneys for the Estate of James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH-2 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| James Larkin (2), et al., | |
| Defendants. | |

Osborn Maledon, P.A., by and through Timothy J. Eckstein, Joseph N. Roth, and Sarah P. Lawson, gives notice of its appearance as counsel for the Estate of James Larkin in the above captioned matter.

DATED this 13th day of October, 2023.

OSBORN MALEDON, P.A.

By  /s/ Timothy J. Eckstein
Timothy J. Eckstein
Joseph Roth
Sarah P. Lawson
2929 North Central, 20th Floor
Phoenix, Arizona 85012-2794
Attorneys for the Estate of James Larkin