Timothy J. Eckstein, 018321
Joseph N. Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

Attorneys for the Estate of James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF JOSEPH N. ROTH IN SUPPORT OF MOTION TO ENFORCE ABATEMENT OF PROSECUTION** |
| James Larkin (2), et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Joseph N. Roth, declare as follows:

1. I am a member of the law firm Osborn Maledon, PA, counsel for the Estate of James Larkin (the "Estate").

2. Attached as Exhibit B to the Motion to Enforce Abatement of Prosecution is a true, correct, and complete copy of the First Amended Consolidated Master Verified Complaint for Forfeiture in the civil forfeiture action currently pending in the Central District of California, *United States v. $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889*, Lead Case No. CV 18-1840-RGK (the "Civil Forfeiture Action").

3. Attached as Exhibit C to the Motion are true, correct, and complete copies of the following documents recorded in Maricopa County, Arizona: "Waiver of

1

1  Homestead Exemption" and "Agreement to Forfeit Real Property to Obtain a Defendant's
2  Release."
3        4.     With regard to the properties and other assets listed at pages 2-3 of the
4  Motion, no defendant has filed a claim to any of these assets in the Civil Forfeiture Action,
5  nor is the Estate aware of any possible such claim.
6        5.     The government has not contended that any remaining defendant has
7  asserted or is reasonably expected to assert an interest in any of the properties and other
8  assets listed at pages 2-3 of the Motion.
9        I declare under penalty of perjury that the foregoing is true and correct.
10       Executed this 13th day of October, 2023.

                                    /s/Joseph N. Roth
                                     Joseph N. Roth

10108016.1

2