**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 13, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 18):**

9:00 a.m. Court reconvenes. Discussion held with counsel. 9:05 a.m. Jury present. Eric Murray examined further. Cross-Examination by Mr. Cambria. 9:13 a.m. No additional cross-examination. Redirect. 9:19 a.m. Witness excused. Jessika Svengard sworn and examined. Exhibit 211c is admitted. 9:46 a.m. Cross-Examination by Ms. Bertrand. 9:49 a.m. No additional cross-examination and no redirect. Witness excused. Brian Griffin sworn and examined. 10:34 a.m. Cross-Examination by Mr. Kessler.

11:01 a.m. Court reconvenes. 11:05 a.m. Jury present. Witness examined further. 11:19 a.m. Cross-Examination by Mr. Cambria. 11:21 a.m. No additional cross examination. Redirect. 11:24 a.m. Witness excused. Quoc Thai sworn and examined. Exhibits 1480, 1481, 1479, 1545, and 1691 are admitted. 12:32 p.m. Court in recess until Tuesday, October 17, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Cathy Taylor | **Start:** 8:52 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 12:32 PM |
| | **Total:** 3hrs 13min |