**EXHIBIT A**

| No. | Witness |
|---|---|
| 14 | D. Braga |
| 19 | A. Chapman |
| 23 | S. Columbo |
| 34 | J. Dougherty |
| 38 | A. Ferrer |
| 52 | P. Gordon |
| 55 | A. Gutierrez |
| 83 | A. Levy |
| 86 | A. Lutnick |
| 88 | J. Mars |
| 100 | A. Murphy |
| 109 | A. Padilla |
| 116 | Rep. of BDO |
| 117 | Rep. of BMO |
| 153 | S. Vienneau |