**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 17, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL (Day 19):**

8:59 a.m. Court reconvenes. Discussion held with counsel. 9:10 a.m. Jury present. Quoc Thai examined further. Exhibits 1689, 1690, and 1693 are admitted. 9:49 a.m. Cross-Examination by Mr. Panchapakesan. 10:34 a.m. Recess.

10:55 a.m. Court reconvenes. 10:57 a.m. Jury present. Cross-Examination by Mr. Cambria. 11:09 a.m. No additional cross-examination. Redirect. 11:20 a.m. Recross by Mr. Cambria. 11:23 a.m. Witness excused. Naiomy Figueroa sworn and examined. 11:37 a.m. Jury exits courtroom. Discussion held with counsel. 11:46 a.m. Jury present. Witness examined further. 12:02 p.m. Cross-Examination by Ms. Bertrand. 12:05 p.m. Cross-Examination by Mr. Cambria. 12:06 p.m. Cross-Examination by Mr. Eisenberg. 12:08 p.m. Cross-Examination by Mr. Feder. 12:09 p.m. No additional cross-examination. Redirect. 12:11 p.m. Witness excused. Recess.

1:15 p.m. Court reconvenes. Discussion held with counsel. The Court makes an inquiry of Jurors 10, 6, and 15, individually. Mr. Lincenberg makes an oral Motion for Mistrial. For the reasons stated, **IT IS ORDERED** the oral Motion for Mistrial is denied. 1:47 p.m. Jury present. Astrid Cervantes sworn and examined. No additional cross-examination and no redirect. Andrea Benson sworn and examined. 2:36 p.m. Cross-Examination by Mr. Eisenberg. 2:42 p.m. Cross-Examination by Mr. Cambria. 2:44 p.m. Cross-Examination by Mr. Feder. 2:55 p.m. No additional cross-examination and no redirect. Witness excused. 2:56 p.m. Recess.

3:19 p.m. Court reconvenes. 3:21 p.m. Jury present. Arshana Sanders-Willis sworn and examined. 2:55 p.m. No cross-examination and no redirect. Witness excused. Derek Fritze sworn and examined. Exhibits 1606, and 1606a-c are admitted. 4:17 p.m. Cross-Examination by Mr. Kessler. 4:30 p.m. Jury exits courtroom. Counsel are informed of the Court's intent to set aside Friday afternoons, beginning with this Friday, between 1:30 p.m. and 4:00 p.m. to review the Final Jury Instructions and Verdict, and to hear argument re: the same. Government is instructed to review its Verdict form. Discussion re: witnesses. **IT IS ORDERED** that by Wednesday, October 18th at 4:00 p.m., defense counsel shall

| | |
|---|---|
| **USA v.** Michael Lacey | **Date:** August 17, 2023 |
| **Case Number:** CR-18-00422-001-PHX-DJH | Page 2 of 2 |

disclose Rule 26.2 statements of their first witnesses. 4:51 p.m. Court in recess until Wednesday, October 18, 2023 at 9:00 a.m.

**Court Reporter** Hilda Lopez/Cathy Taylor  
**Deputy Clerk** Liliana Figueroa

**Start: 8:59 AM**  
**Stop:  4:51 PM**  
**Total: 6hrs 4min**