**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 18, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants:** **Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 20):**

8:59 a.m. Court reconvenes. Discussion held with counsel. 9:15 a.m. Jury present. Derek Fritze examined further. 10:14 a.m. No additional cross-examination. Redirect. 10:19 a.m. Witness excused. 10:23 a.m. Recess.

10:44 a.m. Court reconvenes. 10:47 a.m. Jury present. Jordan Thurman sworn and examined. 11:19 a.m. Cross-Examination by Mr. Eisenberg. 11:30 a.m. No additional cross-examination and no redirect. Witness excused. Bradley Myles sworn and examined. 12:12 p.m. Jury exits courtroom. Discussion held. 12:17 p.m. Recess.

1:15 p.m. Court reconvenes. 1:18 p.m. Jury present. Witness examined further. 1:22 p.m. Cross-Examination by Mr. Cambria. 1:29 p.m. Cross-Examination by Mr. Feder. 1:32 p.m. No additional cross-examination. Redirect. 1:33 p.m. Witness excused. John Shehan sworn and examined. Exhibits 624, 628, 652a, and 171 are admitted. 2:25 p.m. Cross-Examination by Mr. Cambria. 2:43 p.m. Recess.

3:04 p.m. Court reconvenes. Jury present. Witness examined further. 3:12 p.m. Cross-Examination by Mr. Feder. 3:25 p.m. Cross-Examination by Mr. Eisenberg. 3:29 p.m. Cross-Examination by Ms. Bertrand. 3:30 p.m. No additional cross-examination. Redirect. 3:32 p.m. Witness excused. Daniel Hyer sworn and examined.  Exhibits 11 and 11a are admitted. 4:30 p.m. Jury exits courtroom. 4:35 p.m. Court in recess until Thursday, October 19, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Teri Veres/Hilda Lopez | **Start:  8:59 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop:   4:35 PM** |
| | **Total:  5hrs 56min** |