**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
9237 E. Via de Ventura, Ste. 230
Scottsdale, AZ  85257
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

**FEDER LAW OFFICE PA**
Bruce S. Feder, 004832
2930 E. Camelback Rod., Ste. 160
Phoenix, Arizona 85016
(602) 257-0135 phone
bf@federlawpa.com
*Knapp Counsel*

*Attorneys for Defendant Scott Spear*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00422-DJH |
| Plaintiff, | **NOTICE OF CHANGE** |
| v. | **OF ADDRESS OF LAW** |
| | **FIRM** |
| Michael Lacey, et al., | |
| | (The Hon. Diane J. Humetewa) |
| Defendant. | |

Undersigned defense counsel gives notice of his firm's new address:

**KESSLER LAW GROUP**
**9237 E. Via de Ventura, Ste. 230**
**Scottsdale, AZ  85257**

/ / /

/ / /

1

RESPECTFULLY SUBMITTED this October 19, 2023

                                                          *s/ Eric W. Kessler*
                                                          Eric W. Kessler, Esq.
                                                          *Attorney for Defendant Spear*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                                          *s/ Eric W. Kessler*
                                                          Eric W. Kessler, Esq.
                                                          *Attorney for Defendant Spear*