1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        v.<br><br>Michael Lacey, et al.,<br><br>                    Defendants. | CR-18-00422-PHX-DJH<br><br><br>**UNITED STATES' PROPOSED<br>VERDICT FORM** |

## **UNITED STATES' PROPOSED VERDICT FORM**

We, the Jury, find the defendants, Michael Lacey, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

## **CONSPIRACY**
**18 U.S.C. § 371**
**COUNT 1**

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Travel Act – Facilitate Prostitution**
**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

## Count 2:

| Date | Exhibits | Ad Title | State |
|------|----------|----------|-------|
| Sept. 10, 2013 | 212, 212a | "Get freaky Tuesday . . Come spend ur day with us – 19" | Massachusetts |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

Andrew Padilla      _____ GUILTY      _____ NOT GUILTY

Joye Vaught      _____ GUILTY      _____ NOT GUILTY

## Count 3:

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 27, 2014 | 504 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey      _____ GUILTY      _____ NOT GUILTY

Scott Spear      _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst      _____ GUILTY      _____ NOT GUILTY

Andrew Padilla      _____ GUILTY      _____ NOT GUILTY

Joye Vaught      _____ GUILTY      _____ NOT GUILTY

**Count 4:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 29, 2014 | 214 | "Puerto Rican mami in walpole area INCALLS – 19" | Massachusetts |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 5:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2014 | 214a | "Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! – 19" | New Hampshire |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 6:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 6, 2014 | 505 | "75 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 7:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 20, 2014 | 506 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 8:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 7, 2014 | 507 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 9:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 31, 2014 | 508 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! - 38" | Washington |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 10:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 1, 2014 | 509 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! – 38" | Washington |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 11:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Aug. 19, 2014 | 510 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 5'7 125 lb Hot Blonde - 38" | Washington |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 12:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 23, 2014 | 215a | "New in Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair – 18" | California |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 13:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan 29, 2015 | 217a | "New in Town Sexy Dark Asain Bombshell with a Nice & Tight {Booty} – 23" | California |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 14:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2015 | 215 | "NEW IN TOWN sexy sweet European mixed Cuban California girl – 21" | Arizona |

      Michael Lacey   _____ GUILTY   _____ NOT GUILTY

      Scott Spear   _____ GUILTY   _____ NOT GUILTY

      John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

      Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

      Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 15:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2015 | 217 | "New in Town Sexy Dark Asian mixed Bombshell – 23" | Arizona |

      Michael Lacey   _____ GUILTY   _____ NOT GUILTY

      Scott Spear   _____ GUILTY   _____ NOT GUILTY

      John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

      Andrew Padilla   _____ GUILTY   _____ NOT GUILTY

      Joye Vaught   _____ GUILTY   _____ NOT GUILTY

**Count 16:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 4, 2015 | 216 | "Upscale Independent BRUNETTE BOMBSHELL 5-Star Fantasy – 26" | Colorado |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 17:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 18, 2015 | 216a | "Alexis Foxx the HOTTEST in town!!!!! – 26" | Colorado |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 18:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 26, 2015 | 511 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 24/7 - 38" | Washington |

    Michael Lacey    _____ GUILTY    _____ NOT GUILTY

    Scott Spear    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

    Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

    Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 19:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 18, 2015 | 220 | "GORGEOUS ebony PLAYMATE Perfect Curves…Skills to make ur TOES CURL – 19" | Texas |

    Michael Lacey    _____ GUILTY    _____ NOT GUILTY

    Scott Spear    _____ GUILTY    _____ NOT GUILTY

    John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

    Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

    Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 20:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| May 19, 2015 | 220a | "Hot & Driping Submissive Ebony Playmates – 20" | Texas |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 21:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 1, 2015 | 222 | "AbSoLuTeLy AmAZiNg CoMe PLaY WiTh Me #1 MoST WaNtEd SwEeT SEXii PlAymate – 20" | Arizona |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 22:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 2, 2015 | 222a | "SeXy!! Exotic playmate Call me! The girl you NEED to See! – 20" | Arizona |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 23:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Aug. 13, 2015 | 218 | "Young SEXY PUERTO RICAN – 19" | California |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 24:**

| Date | Exhibit | Ad Title | State |
|---|---|---|---|
| Aug. 15, 2015 | 221 | "Outcalls Now Freaky Curvy Caramel Lady OUTCALLS NOW – 23" | Michigan |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 25:**

| Date | Exhibit | Ad Title | State |
|---|---|---|---|
| Sept. 13, 2015 | 512 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 24/7 - 38" | Washington |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 26:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 28, 2015 | 513 | "50 Red R*O*S*E*S S*P*E*C*I*A*L – DON'T MISS OUT!!!!! 24/7 - 38" | Washington |

Michael Lacey ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

Scott Spear ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

John "Jed" Brunst ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

Andrew Padilla ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

Joye Vaught ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

**Count 27:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 21, 2016 | 1718 | "Finally!! PSE & GFE – Kimber Rae and MIA Marie Together BOOK NOW" | Massachusetts |

Michael Lacey ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

Scott Spear ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

John "Jed" Brunst ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

Andrew Padilla ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

Joye Vaught ＿＿＿＿＿＿ GUILTY ＿＿＿＿＿＿ NOT GUILTY

**Count 28:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 3, 2016 | 1719 | "GFEE New – 18" | Washington |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

Andrew Padilla   _____ GUILTY      _____ NOT GUILTY

Joye Vaught   _____ GUILTY      _____ NOT GUILTY

**Count 29:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 11, 2016 | 1720 | "Mind blowing Tiffany, Incall in Taunton – 37" | Massachusetts |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

Andrew Padilla   _____ GUILTY      _____ NOT GUILTY

Joye Vaught   _____ GUILTY      _____ NOT GUILTY

**Count 30:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 14, 2016 | 1721 | "Top Model 2016 Special 'Best Young Looking Asian' … -22" | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 31:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 14, 2016 | 1735 | "Sometimes It's All About The Journey, And The Destination…..Erectile Dysfunctional G F E Provider – 44" | Arizona |

| | | |
|---|---|---|
| Michael Lacey | _____ GUILTY | _____ NOT GUILTY |
| Scott Spear | _____ GUILTY | _____ NOT GUILTY |
| John "Jed" Brunst | _____ GUILTY | _____ NOT GUILTY |
| Andrew Padilla | _____ GUILTY | _____ NOT GUILTY |
| Joye Vaught | _____ GUILTY | _____ NOT GUILTY |

**Count 32:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 19, 2016 | 1722 | "The True (G)irl (F)riend (E)xperience VISITING November 27th Sunday ~ PRE-BOOKING SPECIAL ~ - 100" | Louisiana |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 33:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 24, 2016 | 1723 | "Top Asian Grand Opening 100% Young 100% Sexy … - 23" | Massachusetts |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

Andrew Padilla _____ GUILTY _____ NOT GUILTY

Joye Vaught _____ GUILTY _____ NOT GUILTY

**Count 34:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Nov. 26, 2016 | 1724 | "I LOVE MEN!! I'm a GFE. OutCall and Incall with exception on the Incall!! – 42" | California |

Michael Lacey   _____ GUILTY    _____ NOT GUILTY

Scott Spear   _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY    _____ NOT GUILTY

Andrew Padilla   _____ GUILTY    _____ NOT GUILTY

Joye Vaught   _____ GUILTY    _____ NOT GUILTY

**Count 35:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Dec. 20, 2016 | 1725 | "OMG Sexy Sensual 36DD-24-36 Stacked College Coed With The Best Mouth Ever! BOOK NOW! -24" | Massachusetts |

Michael Lacey   _____ GUILTY    _____ NOT GUILTY

Scott Spear   _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY    _____ NOT GUILTY

Andrew Padilla   _____ GUILTY    _____ NOT GUILTY

Joye Vaught   _____ GUILTY    _____ NOT GUILTY

**Count 36:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 15, 2017 | 1726 | "Real & Reviewed Girlfriend Theonesweet.weebly.com – 30" | Nevada |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 37:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Apr. 4, 2017 | 1727 | "KISSING & GFE KOREAN GIRLS – 20" | Massachusetts |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 38:**

| Date | Exhibit | Ad Title | State |
|---|---|---|---|
| Apr. 11, 2017 | 1728 | "Pettit Sexy #Corey# 4407239339 – 39" | Ohio |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 39:**

| Date | Exhibit | Ad Title | State |
|---|---|---|---|
| July 3, 2017 | 1729 | "WANNA HANG OUT NOW UpScale New In Town! Call ME now for a unforgettable Visit – 20" | Alabama |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 40:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 15, 2017 | 1730 | "Ready for some fun daddy? This is your chance too have a amazing time – 21" | Massachusetts |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 41:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 15, 2017 | 1731 | "New in town BiGBubble Booty SWEETLiPS HOT BODY – 24" | Arkansas |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

Andrew Padilla          _____ GUILTY          _____ NOT GUILTY

Joye Vaught          _____ GUILTY          _____ NOT GUILTY

**Count 42:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 21, 2017 | 1732 | "Pettit Sexy #Corey# 4407239339 – 30" | Ohio |

      Michael Lacey        _____ GUILTY        _____ NOT GUILTY

      Scott Spear        _____ GUILTY        _____ NOT GUILTY

      John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

      Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

      Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 43:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| July 23, 2017 | 1733 | "ASIAN GODDESS 100% young – 20" | Massachusetts |

      Michael Lacey        _____ GUILTY        _____ NOT GUILTY

      Scott Spear        _____ GUILTY        _____ NOT GUILTY

      John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

      Andrew Padilla        _____ GUILTY        _____ NOT GUILTY

      Joye Vaught        _____ GUILTY        _____ NOT GUILTY

**Count 44:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 26, 2018 | 223 | "GFE Service Available! Private Encounters w/ Pampering Beauty" | Michigan |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 45:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 30, 2018 | 224 | "241 & white plains area Carfun Perfect Treat Available No Rush" | New York |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 46:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2018 | 225 | "GFE REAL HOT Sweet DREAM AMAZING BEST RELAX" | New York |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 47:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 30, 2018 | 226 | "Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions" | New York |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

Andrew Padilla     _____ GUILTY     _____ NOT GUILTY

Joye Vaught     _____ GUILTY     _____ NOT GUILTY

**Count 48:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Jan. 31, 2018 | 227 | "Exotic Asian Beauty" | Florida |

Michael Lacey   _____ GUILTY    _____ NOT GUILTY

Scott Spear   _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY    _____ NOT GUILTY

Andrew Padilla   _____ GUILTY    _____ NOT GUILTY

Joye Vaught   _____ GUILTY    _____ NOT GUILTY

**Count 49:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 1, 2018 | 228 | "Nuru (best GFE ever) incall only" | Nevada |

Michael Lacey   _____ GUILTY    _____ NOT GUILTY

Scott Spear   _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY    _____ NOT GUILTY

Andrew Padilla   _____ GUILTY    _____ NOT GUILTY

Joye Vaught   _____ GUILTY    _____ NOT GUILTY

**Count 50:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 6, 2018 | 229 | "Tuesday with Ashleigh. Available now" | Texas |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Count 51:**

| Date | Exhibit | Ad Title | State |
|------|---------|----------|-------|
| Feb. 6, 2018 | 230 | "GFE Kisskisspop 100% real Photo Choice 9Asian girl Nurunude" | New York |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

Andrew Padilla    _____ GUILTY    _____ NOT GUILTY

Joye Vaught    _____ GUILTY    _____ NOT GUILTY

**Conspiracy To Commit Money Laundering**
**18 U.S.C. § 1956(h)**
**COUNT 52**

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Concealment Money Laundering**
**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNT 53-62**

**Count 53:**

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 54:**

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

Scott Spear _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

      Michael Lacey    _____ GUILTY    _____ NOT GUILTY

      Scott Spear    _____ GUILTY    _____ NOT GUILTY

      John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

      Michael Lacey    _____ GUILTY    _____ NOT GUILTY

      Scott Spear    _____ GUILTY    _____ NOT GUILTY

      John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 57:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

      Michael Lacey    _____ GUILTY    _____ NOT GUILTY

      Scott Spear    _____ GUILTY    _____ NOT GUILTY

      John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 58:**

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

**Count 59:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

**Count 60:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey   _____ GUILTY      _____ NOT GUILTY

Scott Spear   _____ GUILTY      _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY      _____ NOT GUILTY

**Count 61:**

| Date | Amount | Description |
|---|---|---|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 62:**

| Date | Amount | Description |
|---|---|---|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**International Promotional Money Laundering**
**18 U.S.C. § 1956(a)(2)(A)**
**COUNT 63-68**

**Count 63:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 64:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 65:**

| Date | Amount | Description |
|---|---|---|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 66:**

| Date | Amount | Description |
|---|---|---|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 67:**

| Date | Amount | Description |
|---|---|---|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ GUILTY     _____ NOT GUILTY

Scott Spear     _____ GUILTY     _____ NOT GUILTY

John "Jed" Brunst     _____ GUILTY     _____ NOT GUILTY

**Count 68:**

| Date | Amount | Description |
|---|---|---|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

Scott Spear    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

**Count 69:**

| Date | Amount | Description |
|---|---|---|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x9463) to Stewart Title (partial payment for Sedona property) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 70:**

| Date | Amount | Description |
|---|---|---|
| Sept. 13, 2013 | $62,491.47 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey    _____ GUILTY    _____ NOT GUILTY

John "Jed" Brunst    _____ GUILTY    _____ NOT GUILTY

**Count 71:**

| Date | Amount | Description |
|------|--------|-------------|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 72:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 73:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 74:**

| Date | Amount | Description |
|------|--------|-------------|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear          _____ GUILTY          _____ NOT GUILTY

John "Jed" Brunst          _____ GUILTY          _____ NOT GUILTY

**Count 79:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 80:**

| Date | Amount | Description |
|------|--------|-------------|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 81:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey         _____ GUILTY         _____ NOT GUILTY

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 82:**

| Date | Amount | Description |
|------|--------|-------------|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst         _____ GUILTY         _____ NOT GUILTY

**Count 83:**

| Date | Amount | Description |
|------|--------|-------------|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

**Count 84:**

| Date | Amount | Description |
|------|--------|-------------|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

**Count 85:**

| Date | Amount | Description |
|------|--------|-------------|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear        _____ GUILTY        _____ NOT GUILTY

**Count 86:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey        _____ GUILTY        _____ NOT GUILTY

John "Jed" Brunst        _____ GUILTY        _____ NOT GUILTY

**Count 87:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 88:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 89:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 90:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

Michael Lacey _____ GUILTY _____ NOT GUILTY

John "Jed" Brunst _____ GUILTY _____ NOT GUILTY

**Count 91:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

**Count 92:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

Michael Lacey   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

**Count 93:**

| Date | Amount | Description |
|---|---|---|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear   _____ GUILTY   _____ NOT GUILTY

John "Jed" Brunst   _____ GUILTY   _____ NOT GUILTY

**Count 94:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 95:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 96:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 97:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 98:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**Count 99:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

**International Concealment Money Laundering**
**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey          _____ GUILTY          _____ NOT GUILTY

_____          _____
DATE                           FOREPERSON

- 41 -