1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-PHX-DJH |
| Plaintiff, | **DEFENDANTS' PROPOSED VERDICT FORM** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

3895846.3

**<u>Conspiracy to Violate the Travel Act</u>**

**18 U.S.C. § 371**
**COUNT 1**

**<u>Count 1:</u>**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of Conspiracy to violate the Travel Act, as charged in Count 1 of the Indictment.

## **Travel Act**

### **18 U.S.C. § 1952(a)(3)(A)**
### **COUNTS 2-51**

**Count 2:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on September 10, 2013, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 3:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 27, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 4:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 5:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 6:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 6, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 7:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 20, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 8:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 7, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 9:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 31, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 10:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 11:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 19, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 12:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 23, 2014, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 13:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 29, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 14:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 15:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 31, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 16:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 4, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 17:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 18:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on February 26, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 19:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 18, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 20:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on May 19, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 21:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 1, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 22:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 2, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 23:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 24:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on August 15, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 25:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on September 13, 2015, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 26:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey        _____ NOT GUILTY        _____ GUILTY

   Scott Spear          _____ NOT GUILTY        _____ GUILTY

   John Brunst          _____ NOT GUILTY        _____ GUILTY

   Andrew Padilla       _____ NOT GUILTY        _____ GUILTY

   Joye Vaught          _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

November 28, 2015, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 27:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey        _____ NOT GUILTY        _____ GUILTY

   Scott Spear          _____ NOT GUILTY        _____ GUILTY

   John Brunst          _____ NOT GUILTY        _____ GUILTY

   Andrew Padilla       _____ NOT GUILTY        _____ GUILTY

   Joye Vaught          _____ NOT GUILTY        _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

April 21, 2016, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 28:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 3, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 29:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on November 11, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 30:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 31:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 14, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 32:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 19, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 33:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 24, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 34:**

     We, the Jury, unanimously find Defendant:

     Michael Lacey         _____ NOT GUILTY       _____ GUILTY

     Scott Spear           _____ NOT GUILTY       _____ GUILTY

     John Brunst           _____ NOT GUILTY       _____ GUILTY

     Andrew Padilla       _____ NOT GUILTY       _____ GUILTY

     Joye Vaught           _____ NOT GUILTY       _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on November 26, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 35:**

     We, the Jury, unanimously find Defendant:

     Michael Lacey         _____ NOT GUILTY       _____ GUILTY

     Scott Spear           _____ NOT GUILTY       _____ GUILTY

     John Brunst           _____ NOT GUILTY       _____ GUILTY

     Andrew Padilla       _____ NOT GUILTY       _____ GUILTY

     Joye Vaught           _____ NOT GUILTY       _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on December 20, 2016, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 36:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 37:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on April 4, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 38:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst           _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla        _____ NOT GUILTY          _____ GUILTY

   Joye Vaught           _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on
April 11, 2017, by specifically intending to promote or facilitate the promotion of
a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 39:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst           _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla        _____ NOT GUILTY          _____ GUILTY

   Joye Vaught           _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on
July 3, 2017, by specifically intending to promote or facilitate the promotion of a business
enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 40:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 41:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on July 15, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 42:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 21, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 43:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on July 23, 2017, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 44:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 26, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 45:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on January 30, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**<u>Count 46:</u>**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst           _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla        _____ NOT GUILTY          _____ GUILTY

   Joye Vaught           _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

January 30, 2018, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.


**<u>Count 47:</u>**

   We, the Jury, unanimously find Defendant:

   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

   Scott Spear            _____ NOT GUILTY          _____ GUILTY

   John Brunst           _____ NOT GUILTY          _____ GUILTY

   Andrew Padilla        _____ NOT GUILTY          _____ GUILTY

   Joye Vaught           _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit ___ on

January 30, 2018, by specifically intending to promote or facilitate the promotion of

a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 48:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on January 31, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.


**Count 49:**

    We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _____ NOT GUILTY | _____ GUILTY |

of violating the Travel Act in connection with the advertisement found at Exhibit ____ on February 1, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 50:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**Count 51:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

Andrew Padilla         _____ NOT GUILTY          _____ GUILTY

Joye Vaught            _____ NOT GUILTY          _____ GUILTY

of violating the Travel Act in connection with the advertisement found at Exhibit \_\_\_ on February 6, 2018, by specifically intending to promote or facilitate the promotion of a business enterprise involved in prostitution offenses in violation of the laws of _____.

**<u>Conspiracy to Commit Money Laundering</u>**

**18 U.S.C. § 1956(h)**
**COUNT 52**

**<u>Count 52:</u>**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of Conspiracy to commit Money Laundering, as charged in Count 52 of the Indictment.

DEFENDANTS' PROPOSED VERDICT FORM

## **Concealment Money Laundering**

### **18 U.S.C. § 1956(a)(1)(B)(i)**
### **COUNTS 53-62**

**Count 53:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing Concealment Money Laundering in connection with the May 18, 2016 transfer of $1,476,505.00 from Website Technologies to Cereus Properties.

**Count 54:**

     We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing Concealment Money Laundering in connection with the May 18, 2016 transfer of $264,438.00 from Website Technologies to Cereus Properties.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 55:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016

transfer of $3,171,675.80 from Website Technologies to Cereus Properties.


**Count 56:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the May 31, 2016

transfer of $432,961.87 from Website Technologies to Cereus Properties.


**Count 57:**

We, the Jury, unanimously find Defendant:

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          _____ GUILTY

John Brunst            _____ NOT GUILTY          _____ GUILTY

of committing Concealment Money Laundering in connection with the June 20, 2016

transfer of $842,878.00 from Website Technologies to Cereus Properties.

**Count 58:**

We, the Jury, unanimously find Defendant:

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    _____ GUILTY

John Brunst    _____ NOT GUILTY    _____ GUILTY

of committing Concealment Money Laundering in connection with the June 30, 2016 transfer of $3,076,147.75 from Website Technologies to Cereus Properties.

**Count 59:**

We, the Jury, unanimously find Defendant:

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    _____ GUILTY

John Brunst    _____ NOT GUILTY    _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $3,252,681.62 from Website Technologies to Cereus Properties.

**Count 60:**

We, the Jury, unanimously find Defendant:

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    _____ GUILTY

John Brunst    _____ NOT GUILTY    _____ GUILTY

of committing Concealment Money Laundering in connection with the July 27, 2016 transfer of $438,818.86 from Website Technologies to Cereus Properties.

**Count 61:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing Concealment Money Laundering in connection with the August 16, 2016 transfer of $804,250.00 from Website Technologies to Cereus Properties.

**Count 62:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing Concealment Money Laundering in connection with the August 31, 2016 transfer of $3,171,264.42 from Website Technologies to Cereus Properties.

## **International Promotional Money Laundering**

### **18 U.S.C. § 1956(a)(2)(A)**
### **COUNTS 63-68**

**Count 63:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the March 4, 2014 transfer of $6,450.00 from U.S. Bank to S.B (India).

**Count 64:**

We, the Jury, unanimously find Defendant:

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | _____ GUILTY |
| John Brunst | _____ NOT GUILTY | _____ GUILTY |

of committing International Promotional Money Laundering in connection with the August 5, 2016 transfer of $5,005,732.86 from Ad Tech B.V. to Cereus Properties.

**Count 65:**

We, the Jury, unanimously find Defendant:

Michael Lacey           _____ NOT GUILTY           _____ GUILTY

Scott Spear             _____ NOT GUILTY           _____ GUILTY

John Brunst             _____ NOT GUILTY           _____ GUILTY

of committing International Promotional Money Laundering in connection with the September 22, 2016 transfer of $2,916,955.00 from Ad Tech B.V. to Cereus Properties.


**Count 66:**

We, the Jury, unanimously find Defendant:

Michael Lacey           _____ NOT GUILTY           _____ GUILTY

Scott Spear             _____ NOT GUILTY           _____ GUILTY

John Brunst             _____ NOT GUILTY           _____ GUILTY

of committing International Promotional Money Laundering in connection with the October 3, 2016 transfer of $354,050.84 from Ad Tech B.V. to Cereus Properties.


**Count 67:**

We, the Jury, unanimously find Defendant:

Michael Lacey           _____ NOT GUILTY           _____ GUILTY

Scott Spear             _____ NOT GUILTY           _____ GUILTY

John Brunst             _____ NOT GUILTY           _____ GUILTY

of committing International Promotional Money Laundering in connection with the November 2, 2016 transfer of $2,726,170.00 from Ad Tech B.V. to Cereus Properties.

**Count 68:**

We, the Jury, unanimously find Defendant:

Michael Lacey           _____ NOT GUILTY           _____ GUILTY

Scott Spear             _____ NOT GUILTY           _____ GUILTY

John Brunst             _____ NOT GUILTY           _____ GUILTY

of committing International Promotional Money Laundering in connection with the November 15, 2016 transfer of $351,403.54 from Ad Tech B.V. to Cereus Properties.

1

**<u>Transactional Money Laundering</u>**

2

**18 U.S.C. § 1957(a)**
**COUNTS 69-99**

3

4   **<u>Count 69:</u>**

5          We, the Jury, unanimously find Defendant:

6          Michael Lacey               _____ NOT GUILTY          _____ GUILTY

7          John Brunst                 _____ NOT GUILTY          _____ GUILTY

8

9   of committing Transactional Money Laundering in connection with the August 21, 2013

10  transfer of $30,000.00 from Bank of America to Stewart Title.

11

12

13  **<u>Count 70:</u>**

14         We, the Jury, unanimously find Defendant:

15         Michael Lacey               _____ NOT GUILTY          _____ GUILTY

16         John Brunst                 _____ NOT GUILTY          _____ GUILTY

17

18  of committing Transactional Money Laundering in connection with the September 13,

19  2013 transfer of $62,491.47 from BMO Harris to Stewart Title.

20

21

22  **<u>Count 71:</u>**

23         We, the Jury, unanimously find Defendant:

24         Scott Spear                 _____ NOT GUILTY          _____ GUILTY

25

26  of committing Transactional Money Laundering in connection with the June 11, 2014

27  transfer of $300,000.00 from National Bank of Arizona to Spear Family Trust.

28

**Count 72:**

We, the Jury, unanimously find Defendant:

Scott Spear                      _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the June 20, 2014 transfer of $200,000.00 from National Bank of Arizona to TD Ameritrade.

**Count 73:**

We, the Jury, unanimously find Defendant:

Scott Spear                      _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the November 4, 2014 transfer of $1,000,000.00 from National Bank of Arizona to UBS Financial.

**Count 74:**

We, the Jury, unanimously find Defendant:

Scott Spear                      _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the May 14, 2015 transfer of $250,000.00 from National Bank of Arizona to Lincoln National Life.

**Count 75:**

       We, the Jury, unanimously find Defendant:

       Scott Spear             _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the May 26, 2015 transfer of $50,000.00 from National Bank of Arizona to Industrial Property Trust.

**Count 76:**

       We, the Jury, unanimously find Defendant:

       Scott Spear             _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the November 3, 2015 transfer of $300,000.00 from National Bank of Arizona to Ally Bank.

**Count 77:**

       We, the Jury, unanimously find Defendant:

       Scott Spear             _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the December 1, 2015 transfer of $200,000.00 from National Bank of Arizona to Wells Fargo.

**Count 78:**

We, the Jury, unanimously find Defendant:

Scott Spear                    _____ NOT GUILTY            _____ GUILTY

John Brunst                    _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the January 11, 2016 transfer of $133,045.00 from Cereus Properties to National Bank of Arizona.

**Count 79:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the January 26, 2016 transfer of $101,974.00 from Cereus Properties to Wells Fargo.

**Count 80:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the February 3, 2016 transfer of $1,507,944.00 from Cereus Properties to Charles Schwab.

**Count 81:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

John Brunst         _____ NOT GUILTY         _____ GUILTY

of committing Transactional Money Laundering in connection with the March 1, 2016 transfer of $1,692,020.00 from Cereus Properties to Bank of America.

**Count 82:**

We, the Jury, unanimously find Defendant:

John Brunst         _____ NOT GUILTY         _____ GUILTY

of committing Transactional Money Laundering in connection with the April 1, 2016 transfer of $220,944.00 from Cereus Properties to Wells Fargo.

**Count 83:**

We, the Jury, unanimously find Defendant:

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

John Brunst         _____ NOT GUILTY         _____ GUILTY

of committing Transactional Money Laundering in connection with the June 27, 2016 transfer of $397,500.00 from Arizona Bank & Trust to Fidelity Title.

**Count 84:**

We, the Jury, unanimously find Defendant:

Michael Lacey           _____ NOT GUILTY           _____ GUILTY

John Brunst             _____ NOT GUILTY           _____ GUILTY

of committing Transactional Money Laundering in connection with the July 20, 2016 transfer of $12,859,152.57 from Arizona Bank & Trust to Fidelity Title.

**Count 85:**

We, the Jury, unanimously find Defendant:

Scott Spear             _____ NOT GUILTY           _____ GUILTY

of committing Transactional Money Laundering in connection with the July 22, 2016 transfer of $50,000.00 from National Bank of Arizona to Strategic Storage Trust II.

**Count 86:**

We, the Jury, unanimously find Defendant:

Michael Lacey           _____ NOT GUILTY           _____ GUILTY

John Brunst             _____ NOT GUILTY           _____ GUILTY

of committing Transactional Money Laundering in connection with the August 2, 2016 transfer of $16,243.00 from Cereus Properties to Wells Fargo.

**Count 87:**

We, the Jury, unanimously find Defendant:

John Brunst                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $1,206,356.00 from Cereus Properties to Charles Schwab.


**Count 88:**

We, the Jury, unanimously find Defendant:

Michael Lacey                 _____ NOT GUILTY          _____ GUILTY

John Brunst                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.


**Count 89:**

We, the Jury, unanimously find Defendant:

Michael Lacey                 _____ NOT GUILTY          _____ GUILTY

John Brunst                    _____ NOT GUILTY          _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 90:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY       _____ GUILTY

      John Brunst         _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 91:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY       _____ GUILTY

      John Brunst         _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

**Count 92:**

    We, the Jury, unanimously find Defendant:

      Michael Lacey        _____ NOT GUILTY       _____ GUILTY

      John Brunst         _____ NOT GUILTY       _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $268,016.00 from Cereus Properties to Arizona Bank & Trust.

DEFENDANTS' PROPOSED VERDICT FORM

**Count 93:**

We, the Jury, unanimously find Defendant:

Scott Spear            _____ NOT GUILTY            _____ GUILTY

John Brunst            _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the October 6, 2016 transfer of $141,444.00 from Cereus Properties to National Bank of Arizona.

**Count 94:**

We, the Jury, unanimously find Defendant:

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**Count 95:**

We, the Jury, unanimously find Defendant:

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

DEFENDANTS' PROPOSED VERDICT FORM

**<u>Count 96:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey   _____ NOT GUILTY  _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 97:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey   _____ NOT GUILTY  _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**<u>Count 98:</u>**

We, the Jury, unanimously find Defendant:

Michael Lacey   _____ NOT GUILTY  _____ GUILTY

of committing Transactional Money Laundering in connection with the December 29, 2016 transfer of $3,300,000.00 from Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank.

**Count 99:**

 We, the Jury, unanimously find Defendant:

 Michael Lacey  _____ NOT GUILTY  _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017 transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

**International Concealment Money Laundering**

**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

   We, the Jury, unanimously find Defendant:

   Michael Lacey              _____ NOT GUILTY         _____ GUILTY

of committing Transactional Money Laundering in connection with the January 3, 2017

transfer of $16,500,000.00 from Johnson Bank to Primus Trust Co./K&H Bank.

DATE: _____

                                        _____
                                        FOREPERSON