**DISTRICT JUDGE'S MINUTES**
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 19, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets**

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 21):**

9:02 a.m. Court reconvenes. 9:04 a.m. Jury present. Daniel Hyer examined further. Exhibits 1150, 1837, 27, 798, 40, and 109 are admitted. 10:31 a.m. Recess.

10:51 a.m. Court reconvenes. Jury present. Witness examined further. Exhibits 1670a, 93, and 93a are admitted. 11:45 a.m. Cross-Examination by Mr. Feder. 12:01 p.m. Recess.

1:01 p.m. Court reconvenes. 1:04 p.m. Jury present. Witness examined further. Exhibit 5934 is admitted. 2:20 p.m. Cross-Examination by Mr. Eisenberg. 2:37 p.m. Recess.

2:58 p.m. Court reconvenes. 3:00 p.m. Jury present. Witness examined further. Exhibit 90 is admitted. 3:38 p.m. Cross-Examination by Ms. Bertrand. 4:08 p.m. Cross-Examination by Mr. Cambria. 4:10 p.m. No additional cross-examination and no redirect. Witness excused. Megan Lundstrom sworn and examined. 4:28 p.m. Court in recess until Friday, October 20, 2023 at 9:00 a.m.

(Note: Courtroom Deputy's review of the admitted exhibits for the duration of trial reveal omission of the admission of Exhibit 1238 on 9/21/2023 and Exhibit 1246 on 9/22/2023 in the minutes for those dates. Exhibit 1238 is deemed admitted on 9/21/2023 and Exhibit 1246 on 9/22/2023 as set forth on the record on those dates.)

| | |
|---|---|
| **Court Reporter** Cathy Taylor/Christine Coaly | **Start:  9:02 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop:   4:28 PM** |
| | **Total:  5hrs 45min** |