GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-005-PHX-DJH |
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| v. | |
| Dan Hyer, | **(Eleventh Request)** |
| Defendant. | |

The United States of America hereby requests this Court to continue the sentencing hearing currently set for December 11, 2023, at 9:30 a.m. for Defendant Dan Hyer, by ninety (90) days.

Defendant Hyer's plea agreement contemplates that he will not be sentenced until the conclusion of his cooperation.

Counsel for the Defendant has no objection to this motion.

Respectfully submitted this 20th day of October, 2023.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        *s/ Kevin M. Rapp*
        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        ANDREW C. STONE
        Assistant U.S. Attorneys

        DAN G. BOYLE
        Special Assistant U.S. Attorney

        KENNETH POLITE
        Assistant Attorney General
        U.S. Department of Justice
        Criminal Division, U.S. Department of Justice

        AUSTIN M. BERRY
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

 *s/Daniel Parke*
U.S. Attorney's Office