**Joy Bertrand, Esq.**
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone:  602-374-5321
Fax:  480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181

ATTORNEY FOR:  DEFENDANT JOYE VAUGHT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br>　　　Plaintiff,<br><br>　　v.<br><br>Joye Vaught,<br>　　　Defendant. | Case No. CR-18-422-SMB<br><br>**DEFENDANT VAUGHT'S JOINDER WITH DEFENDANT BRUNST'S MOTION RE: STATE OF MIND TESTIMONY** |

NOW COMES the Defendant, Joye Vaught, by her attorney of record, to join with Defendant Brunst's Motion to Seek Admission of Brunst's Testimony re: State of Mind.   She further submits the following:

Ms. Vaught proffers the following testimony, either through her own testimony or defense witnesses:

A.     Ms. Vaught believed that the moderation rules that she applied and enforced were designed to ensure that Backpage remained compliant with the law.  While she did not receive direct legal advice regarding her work at Backpage, she observed Backpage engage several lawyers to advise Backpage on its moderation practices.  For example, Ms. Vaught observed that Attorney Liz McDougall was hired, at least in part, to advise Backpage about moderation.  Ms. Vaught believed that, if a lawyer was directing Backpage regarding its moderation practices, then Backpage was compliant with the law.

B.      Ms. Vaught knew about the Western District of Washington grand jury investigation, because she was required to testify before that grand jury.  When the Government did not charge her or Backpage as a result of that investigation, Ms. Vaught believed that Backpage was operating lawfully.

C.      Ms. Vaught was encouraged by Attorney Liz McDougall to work with law enforcement and to attend conferences and trainings with law enforcement.  This encouragement from a lawyer hired by Ms. Vaught's employer gave Ms. Vaught the belief that the work she did as a moderator and then supervisor of moderators was in no way illegal.

RESPECTFULLY SUBMITTED this 22d day of October, 2023.

                          _s/Joy Bertrand_
                          *Joy Bertrand*
                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

On October 22, 2023, I, Joy Bertrand, attorney for the Defendant, filed the foregoing with the Arizona District Court's electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this pleading will be electronically served upon opposing counsel and co-defendants' counsel, upon its submission to the Court.

Respectfully submitted this 22d day of October, 2023.


s/Joy Bertrand
Joy Bertrand
Attorney for Defendant