**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 24, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:**   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 23):**

9:07 a.m. Court reconvenes. Court rules on pending motion and joinders as set forth on the record. (Docs. 1879, 1886, 1887, 1888, 1889). Discussion held with counsel. Defendants shall inform the Government by tomorrow at 9:00 a.m., whether the issue of forfeiture will be tried to the jury or the Court. 10:34 a.m. Recess.

1:01 p.m. Court reconvenes. Discussion held with counsel. 1:14 p.m. Jury present. **Defendants' case**: Grant Snyder sworn and examined. 1:41 p.m. Cross-Examination.1:49 p.m. Jury exits courtroom. 1:55 p.m. Recess.

2:02 p.m. Court reconvenes. 2:07 p.m. Jury present. Witness examined further. 2:12 p.m. Redirect. 2:28 p.m. Witness excused subject to recall. John Becker sworn and examined. Exhibits 6264 (page 2 of Exhibit 1, marked and admitted as 6264), 5516, 5540, 5541, 5542, 5545, and 5546 are admitted. 3:01 p.m. Jury exits courtroom. Defendants' oral Motion for Mistrial argued. **IT IS ORDERED** denying the oral Motion for Mistrial. 3:07 p.m. Recess.

3:25 p.m. Court reconvenes. Jury present. Witness examined further. 3:30 p.m. Grant Snyder recalled to the stand and examined further. 3:40 p.m. Witness excused. John Becker resumes the stand for cross-examination. 4:11 p.m. Redirect. 4:13 p.m. Witness excused. 4:14 p.m. Jury exits courtroom. Discussion held with counsel. 4:24 p.m. Court in recess until Wednesday, October 25, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Cathy Taylor | **Start:** 9:07 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:24 PM |
| | **Total:** 4hrs 25min |