**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 25, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 24):**

9:02 a.m. Court reconvenes. 9:05 a.m. Jury present. Stan Cook sworn and examined. 9:14 a.m. Cross-Examination. 9:25 a.m. Redirect. 9:26 a.m. Witness excused. Rick Yerman sworn and examined. 10:13 a.m. Cross-Examination. Exhibit 3012 is admitted. 10:35 a.m. Jury exits courtroom. 10:39 a.m. Recess.

10:57 a.m. Court reconvenes. 11:05 a.m. Jury present. Witness examined further. 11:20 a.m. Redirect. 11:22 a.m. Additional direct examination by Mr. Lincenberg and Mr. Feder. No re-cross. Witness excused. 11:27 a.m. Witness excused. Charles Strouse sworn and examined. 11:36 a.m. Cross-Examination. Exhibit 3000 (redacted) is admitted. 11:59 a.m. Jury exits courtroom 12:05 p.m. Recess.

1:03 p.m. Court reconvenes. Discussion held with counsel. 1:25 p.m. Jury present. Witness examined further. 1:26 p.m. Cross-Examination. 1:33 p.m. Redirect. 1:42 p.m. Witness excused. Dr. Kimberly Mehlman-Orozco sworn and examined. Dr. Mehlman-Orozco is designated as an expert. 2:19 p.m. Cross-Examination. 2:39 p.m. Jury exits courtroom. 2:45 p.m. Recess.

3:03 p.m. Court reconvenes. Discussion held with counsel. 3:11 p.m. Jury present. Witness examined further. 3:36 p.m. Redirect. 3:42 p.m. Witness excused. 3:44 p.m. Jury exits courtroom. Defendants renew their oral Rule 29 Motion. 3:59 p.m. Court in recess until Thursday, October 26, 2023 at 9:30 a.m. Jurors will report at 1:00 p.m. on October 26th.

| | |
|---|---|
| **Court Reporter** Elaine Cropper/Cathy Taylor | **Start:** 9:02 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 3:59 PM |
| | **Total:** 5hrs 23min |