**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 26, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants:** **Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 25):**

10:05 a.m. Court reconvenes. Discussion held re: Final Jury Instructions and Verdict. Defendants renew their oral Rule 29 Motion with additional argument. **IT IS ORDERED** taking the matter under advisement. 12:28 p.m. Recess.

1:30 p.m. Court reconvenes. As to the forfeiture issue being tried to the Jury, **IT IS ORDERED** the parties shall file briefing of no more than seven (7) pages by Tuesday morning. 1:54 p.m. Recess.

1:59 p.m. Court reconvenes. 2:02 p.m. Jury present. Defendants rest. No rebuttal case by the Government. Final Jury Instructions read. 3:06 p.m. Recess.

3:20 p.m. Court reconvenes. 3:22 p.m. Jury present. Government's closing argument. 4:33 p.m. Court in recess until Friday, October 27, 2023 at 8:45 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez/Elaine Cropper | **Start:** 10:04 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:33 PM |
| | **Total:** 5hrs 7min |