GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **STIPULATION AND REQUEST TO CONTINUE OPPOSITION DEADLINE TO MOTION TO ENFORCE ABATEMENT OF PROSECUTION** |
| Michael Lacey, et al., | |
| Defendants. | |

On October 13, 2023, the estate of former defendant James Larkin (the "Estate") filed a Motion to Enforce Abatement of Prosecution (the "Motion").  The United States' Opposition to the Motion is presently due on October 27, 2023.

Counsel for the United States and the Estate are presently engaged in discussions regarding the substance of the Motion, which counsel believe may moot some or all the relief requested.  Accordingly, the United States and the Estate hereby stipulate and request that the Court sign the accompanying Proposed Order continuing the United States' deadline to file an Opposition to the Motion from October 27, 2023 to Monday, November 6, 2023.

Dated: October 27, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/ Dan G. Boyle*
KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW STONE
DANIEL BOYLE
Assistant U.S. Attorneys

AUSTIN M. BERRY
Trial Attorney

Dated: October   27, 2023

 /s/ (*e-mail authorization 10-26-2023*)
Timothy J. Eckstein, ESQ.
Joseph N. Roth, ESQ.
Sarah P. Lawson, ESQ.

Attorneys for the Estate of
JAMES LARKIN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Daniel Parke*