IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br>        Defendant. | No. CR-18-422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

The Court having reviewed the stipulation and request of the parties and good cause appearing,

**IT IS ORDERED** granting the stipulation and request to continue the opposition and reply dates.

**IT IS FURTHER ORDERED** continuing the United States' deadline to file any response to the estate of former defendant James Larkin's Motion to Enforce Abatement of Prosecution is continued from Friday October 27 2023 to Monday, November 6, 2023