**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** October 31, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:**   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 27):**

8:43 a.m. Court reconvenes. Discussion held with counsel. Exhibit 171 having been admitted by the Government, it will go to the jury. 8:54 a.m. Recess.

9:05 a.m. Court reconvenes. The parties are informed that Juror #4 is out ill. 9:07 a.m. Recess.

9:20 a.m. Court reconvenes. Juror #4 is released from jury service. Defendants' objection is noted. 9:26 a.m. Jury present. Defendant Spear's closing argument by Mr. Feder. 10:37 a.m. Recess.

11:01 a.m. Court reconvenes. Jury present. Defendant Brunst's closing argument by Mr. Lincenberg. 12:04 p.m. Recess.

1:04 p.m. Court reconvenes. Jury present. Defendant Brunst's closing argument by Mr. Lincenberg resumes. 2:14 p.m. Recess.

2:34 p.m. Court reconvenes. 2:37 p.m. Jury present. Defendant Padilla's closing argument by Mr. Eisenberg. 3:48 p.m. Court in recess until Wednesday, November 1, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Elaine Cropper/Cathy Taylor | **Start:** 8:43 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 3:48 PM |
| | **Total:** 4hrs 57min |