**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 1, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 28):**

9:00 a.m. Court reconvenes. The parties are informed that Juror #7 is ill. 9:05 a.m. Recess.

9:16 a.m. Court reconvenes. Juror #7 will appear remotely by zoom. 9:28 a.m. Recess.

9:57 a.m. Court reconvenes. Jury present. Juror #7 present by zoom. Defendant Vaught's closing argument by Ms. Bertrand. 10:52 a.m. Recess.

11:10 a.m. Court reconvenes. Jury present. Juror #7 present by zoom. Government's Rebuttal. 12:11 p.m. Jury is released until Tuesday, November 7, 2023 at 9:00 a.m. Discussion held with counsel. The Court will set a separate hearing for **Thursday, November 2, 2023 at 10:00 a.m.** regarding the forfeiture issue. At the request of counsel, Mr. Panchapakesan may appear remotely and Mr. Brunst is permitted to appear telephonically. Ms. Bertrand and her client are excused from the hearing. Mr. Eisenberg and the Government shall confer and Mr. Eisenberg will inform the Court whether his presence and that of his client are necessary at the hearing. 12:23 p.m. Court otherwise in recess until Tuesday, November 7, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez | **Start:** 9:00 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 12:23 PM |
| | **Total:** 2hrs 25min |