**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 2, 2023 |
| USA v. Michael Lacey et al | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Andrew C. Stone, Austin Berry, Kevin M. Rapp, Margaret Perlmeter, Peter Kozinets, Daniel Boyle

**Attorney for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present telephonically; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present telephonically; **David S. Eisenberg**, CJA for Defendant Padilla, is excused from participation as is his client; **Joy M. Bertrand**, CJA for Defendant Vaught, is excused from participation as is her client.

**Defendants:**  ☒ Present    ☐ Not Present    ☐ Released    ☐ Custody    ☐ Summons    ☐ Writ

**IN-COURT HEARING:**

10:03 a.m. Discussion held re: Defendants' objection to the Government's closing argument made by Mr. Kessler. The Court will give Mr. Eisenberg and Ms. Bertrand an opportunity to join in the objection or add additional argument. As to the issue of forfeiture, Mr. Panchapakesan, for Defendants, shall provide a red-line version of what the Government has provided, by the morning of Monday, November 6, 2023. The parties are directed to meet and confer about an alternative procedure in the event the empaneled jury is unable to serve beyond November 9, 2023 and submit the same the Court by close of business on Tuesday, November 7, 2023. 10:40 a.m. Recess.

**Court Reporter** Hilda Lopez
**Deputy Clerk** Liliana Figueroa

**Start:** 10:03 AM
**Stop:** 10:40 AM
**Total:** 37min