**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 6, 2023 |
| **USA v. Michael Lacey et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Andrew C. Stone, Kevin M. Rapp, Peter Kozinets, Daniel Boyle

**Attorney for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present telephonically; **Bruce S. Feder**, Retained and **Eric W. Kessler**, CJA for Defendant Spear, present telephonically; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present telephonically; **David S. Eisenberg**, CJA for Defendant Padilla, present telephonically; **Joy M. Bertrand**, CJA for Defendant Vaught, present telephonically.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☐ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**IN-COURT HEARING:**

1:02 p.m. Counsel are informed that the Court will briefly instruct the Jury prior to deliberations and inquire of their availability to deliberate as early as 8:45 a.m. and as late as 5 p.m., in addition to extending their service through November 17, 2023.   Due to Ms. Bertrand's illness, she will be permitted to appear remotely.

Mr. Eisenberg and Ms. Bertrand join in the arguments made by Mr. Kessler and other counsel re: the Government's rebuttal argument. 1:23 p.m. Court in recess until Tuesday, November 7, 2023 at 9:00 a.m.

**Court Reporter** Hilda Lopez
**Deputy Clerk** Liliana Figueroa

**Start:** 1:02 PM
**Stop:** 1:23 PM
**Total:** 21 min