GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | |
| v. | **STIPULATION REGARDING MOTION TO ENFORCE ABATEMENT OF PROSECUTION** |
| Michael Lacey, et al., | |
| Defendants. | |

Counsel for the Estate of James Larkin (the "Estate") and for the United States have conferred regarding the matters raised in the Estate's Motion to Enforce Abatement (Doc. 1856). The parties have agreed that the motion may be resolved on the following terms.

1. The United States acknowledges that it is not seeking forfeiture in Case No. 18-cr-00422 of the assets listed on pages 2-3 of the Estate's motion at docket number 1856.

2. The United States will work in good faith with the Estate to ensure that documents previously recorded on real property in connection with Mr. Larkin's release pending trial can no longer cloud title.

3. The Estate's request for the release of assets seized from the Republic Bank of Arizona account number XXXX2500 is withdrawn.

Accordingly, the United States and the Estate jointly request that the Court sign the accompanying proposed form of order.

Dated: November 6, 2023

*/s/ Dan G. Boyle*
DAN G. BOYLE
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 6, 2023

/s/ (e-mail authorization 11-6-2023)
Timothy J. Eckstein, ESQ.
Joseph N. Roth, ESQ.

Attorneys for the Estate of
JAMES LARKIN