IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Michael Lacey, et al.,<br>　　　　　Defendant. | No. CR-18-422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

Based on the stipulation of the Estate of James Larkin and the United States, and good cause appearing, it is ordered that:

1. The United States acknowledges that it is not seeking forfeiture in Case No. 18-cr-00422 of the assets listed on pages 2-3 of the Estate's motion at docket number 1856.

2. The United States shall work in good faith with the Estate to ensure that documents previously recorded on real property in connection with Mr. Larkin's release pending trial can no longer cloud title.

3. The Estate's request for the release of assets seized from the Republic Bank of Arizona account number XXXX2500 is withdrawn.