**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 7, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:**   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets, Daniel Boyle

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** (telephonically), and **Gopi Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand** (zoom), CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 29):**

9:11 a.m. Court reconvenes. Discussion held with counsel. 9:37 a.m. Recess.

9:42 a.m. Court reconvenes. Jury present. Jury is informed by the Court that their jury service will be extended through November 17, 2023. Order to follow. Jury instructed re: deliberations. Jurors 12 and 2 are randomly drawn as alternates. 9:53 a.m. Jury of 12 retires to begin deliberations. The Court having immediately learned that Juror 16 is unwell, Juror 16 is deemed an alternate. Juror 2 is randomly drawn as a replacement deliberating juror. 9:59 a.m. Recess.

10:25 a.m. Court reconvenes. Discussion held with counsel. As to the forfeiture portion of the trial, the Court will limit each side to 2 hours for direct examination, no limit on cross-examination and 30 minutes for any redirect. **IT IS ORDERED** the parties shall file briefing within 24 hours related to the money forfeiture and Defendants' specific interest as discussed on the record. 10:39 a.m. Recess.

(10:20 a.m. Jury in recess prior to deliberations. 10:40 a.m. Jury begins deliberations. 11:41 a.m. Recess. 12:34 p.m. Jury resumes deliberations. 2:23 p.m. Recess. 2:45 p.m. Jury resumes deliberations. 4:26 p.m. Jury in recess and will reconvene on Wednesday, November 8, 2023 at 9:00 a.m.)

| | |
|---|---|
| **Court Reporter** Hilda Lopez | **Start:** 9:11 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:**  10:39 AM |
| | **Total:** 57 min |