## Attachment A

| Exhibit Number |
| --- |
| 212 |
| 212a |
| 214 |
| 214a |
| 215 |
| 215a |
| 216 |
| 216a |
| 217 |
| 217a |
| 218 |
| 220 |
| 220a |
| 221 |
| 222 |
| 222a |
| 223 |
| 224 |
| 225 |
| 226 |
| 227 |
| 228 |
| 229 |
| 230 |
| 504 |
| 505 |
| 506 |
| 507 |
| 508 |
| 509 |
| 510 |
| 511 |
| 512 |
| 513 |
| 1718 |
| 1719 |
| 1720 |
| 1721 |
| 1722 |
| 1723 |

| |
|---|
| 1724 |
| 1725 |
| 1726 |
| 1727 |
| 1728 |
| 1729 |
| 1730 |
| 1731 |
| 1732 |
| 1733 |
| 1735 |
| 1546 |
| 2036a |
| 211c |