# EXHIBIT 1

| | |
|---|---|
| **From:** | David Morgan, Publisher |
| **To:** | Mags_Everette@azd.uscourts.gov |
| **Subject:** | [EXTERNAL] Public Availability of Exhibits ( BackPage trial) |
| **Date:** | Tuesday, October 24, 2023 3:23:24 PM |

Ms Everett,

Seems like I asked this previously but I'm still not clear how to get access to admitted (and non-admitted?) exhibits during and/or after trial.

I recall the Clerk's office telling me that exhibits are not available to me via their system and that exhibits are returned to the respective attorneys at the end of trial.

But the Clerk is clearly at least the temporary custodian of copies of the exhibits and has them in a computer system. Many are publicly displayed during trial, evidently in/from a system within the control of the courtroom clerk.

Can you help me find and understand the procedures followed and the rules the govern the handling and public availability of exhibits by the Clerk's office.

Please advise.

Thanks,