# EXHIBIT 2

| | |
|---|---|
| From: | David Morgan, Publisher |
| To: | Mags_Everette@azd.uscourts.gov |
| Subject: | [EXTERNAL] Fed Court Rules - Records and Criminal Trial Exhibits |
| Date: | Wednesday, October 25, 2023 9:47:11 AM |

Good morning Ms Everette,

I expect to obtain counsel in this matter. I still haven't found the rule(s) which would permit the impediments to public access created by the procedures you describe.

With whom should I communicate in the Clerk's office to learn upon which rule they rely?

See below for at least one quickly located example of exhibits made publicly available by the court during trial - in 2006.

Please advise.

Thanks,

DMM

=======

United States v. Zacarias Moussaoui
Criminal No. 01-455-A

Trial Exhibits

The following web pages link to all 1,202 exhibits admitted into evidence during the trial of U.S. v. Moussaoui, with the exception of seven that are classified or otherwise remain under seal. *This is the first criminal case for which a federal court has provided access to all exhibits online.*

The exhibits were posted on July 31, 2006.

https://www.vaed.uscourts.gov/101cr00455-trial-exhibits

=======

65 FEDERAL RULES OF CRIMINAL PROCEDURE

Rule 55. Records

The clerk of the district court must keep records of criminal proceedings in the form prescribed by the Director of the Administrative Office of the United States Courts. The clerk must enter in the records every court order or judgment and the date of entry.

https://www.usgovernmentmanual.gov/Agency?EntityId=nbKrEPzeztc=&ParentEId=+klubNxgV0o=&EType=jY3M4CTKVHY=

(As amended Dec. 27, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Apr. 24, 1972, eff. Oct. 1, 1972; Apr. 28, 1983, eff. Aug. 1, 1983; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 29, 2002, eff. Dec. 1, 2002.)

--
-------
David M Morgan, Publisher
Capitol Times Interview - Q&A (15min video)
member of **IRE** - Investigative Reporters & Editors
SJP (Arizona) 2023 Awardee - Order of the Silver Key Society
25-plus years of notable journalism
Twitter @dmmCCR



U.S. Cell/Text  520-236-4051  Mexico 52-633-112-6458
use Signal and/or WhatsApp for encrypted voice, text, file transfers
Sign up for FREE local News Alerts (14,465 people get it, do you?)

the **COCHISE COUNTY RECORD** **- Serious Local News**
based next to the historic Cochise County courthouse at Bisbee, ARIZONA

More than 15,200 folks discuss the local news on  FaceBook at Cochise County Courts, Crime, Justice, Jail Reports & Politics