# EXHIBIT 3

Front Row at the BackPage Trial 

# Subscribe

**FREE**

# 0

✓ Access to some posts
✓ Occassional newsletters
✓ No advertisements

**SUBSCRIBE NOW**

**FULL TRIAL**

✓ Full access to all posts
✓ Newsletters EVERY trial day
✓ 100s of case-related court documents
✓ Simple, secure card payment
✓ No advertisements
✓ One-time payment

**SUBSCRIBE NOW**

# FAQ

Why is this case important? +

**What other question?** +

**Who am I?** +

©2023 Front Row at the BackPage Trial. Published with Ghost & Outpost.