# EXHIBIT 4

| | |
|---|---|
| **From:** | David Morgan, Publisher |
| **To:** | editor@cochisecountyrecord.com |
| **Subject:** | [EXTERNAL] BackPage Trial - Exh 171, complete |
| **Date:** | Friday, October 27, 2023 4:09:46 PM |

The court-admitted exhibit, complete with letter from Don Moon, referred to by attorney Paul Cambria during the first defense closing arguments this morning in USA v Lacey et al, and that caught the government (and the judge?) off-guard, is here:

https://www.documentcloud.org/documents/24089164-exhibit-171-ncmec-letter-don-moon-letter

\--
\-------
David M Morgan, Publisher
Capitol Times Interview - Q&A (15min video)
member of **IRE** - Investigative Reporters & Editors
SJP (Arizona) 2023 Awardee - Order of the Silver Key Society
25-plus years of notable journalism
Twitter @dmmCCR



U.S. Cell/Text  520-236-4051  Mexico 52-633-112-6458
use Signal and/or WhatsApp for encrypted voice, text, file transfers
Sign up for FREE local News Alerts (14,465 people get it, do you?)

the **COCHISE COUNTY RECORD** **- Serious Local News**
based next to the historic Cochise County courthouse at Bisbee, ARIZONA

More than 15,200 folks discuss the local news on  FaceBook at Cochise County Courts, Crime, Justice, Jail Reports & Politics