# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

In the interest of justice, the Court must retain the empaneled Jury in this matter longer than it had anticipated. At the outset, 110 prospective Jurors reported for jury selection on August 29, 2023. (Doc. 1711), and of this jury pool, 16 Jurors were selected to serve. (Doc. 1745). Initially, the Court had informed these prospective Jurors that jury service would be through November 9, 2023. However, due to unforeseen circumstances and delay caused by illness of a party and/or of the jury members, the Court has determined it is necessary to extend the service of the Jury through November 17, 2023.

Accordingly,

**IT IS ORDERED** that the service of the empaneled and deliberating Jurors shall be extended through **Friday, November 17, 2023**.

Dated this 7th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge