**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Diane J. Humetewa** | **Date:** November 8, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:   Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets,**
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg**, and **Gopi Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

**JURY TRIAL (Day 30):**

(9:23 a.m. Jury of 12 resume deliberations. 10:30 a.m. Recess. 10:45 a.m. Jury resumes deliberations. 11:46 a.m. Recess. 12:30 p.m. Jury resumes deliberations. 12:47 p.m. Court is informed the Jury has a written inquiry.)

1:32 p.m. Court reconvenes. Jury inquiry discussed. 1:44 p.m. Recess.

1:53 p.m. Court reconvenes. Response to the inquiry of the Jury discussed and will be provided to the Jury as set forth on the record. **IT IS ORDERED** the parties shall be prepared to discuss how to proceed with forfeiture on **Thursday, November 9, 2023 at 10:00 a.m.** 2:01 p.m. Recess.

(2:02 p.m. Jury provided with response to their written inquiry. 3:02 p.m. Recess. 3:30 p.m. Jury resumes deliberations. 4:29 p.m. Jury in recess and will reconvene on Thursday, November 9, 2023 at 9:00 a.m.)

| | |
|---|---|
| **Court Reporter** Hilda Lopez | **Start: 1:32 PM** |
| **Deputy Clerk** Liliana Figueroa | **Stop:  2:01 PM** |
| | **Total: 20 min** |