**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 9, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets, Daniel Boyle, Joseph Bozdech
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg**, and **Gopi Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla; **Joy M. Bertrand**, CJA for Defendant Vaught.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 31):**

(9:15 a.m. Jury of 12 resume deliberations. 10:26 a.m. Recess. 10:41 a.m. Jury resumes deliberations. 12:15 p.m. Recess.)

10:00 a.m. Court reconvenes. Counsel and parties present as noted with the exception of Mr. Eisenberg and his client, and they are excused from proceedings related to forfeiture. Defendant Vaught is not present and her presence is waived by counsel. Discussion re: forfeiture jury instructions and verdict held. Defendants' raise issue re: Jencks material related to Quoc Thai. Counsel shall brief the Court in no more than 20 pages by Monday, November 13, 2023 at noon, as set forth on the record. The parties having all joined in objections, the Court will include Mr. Eisenberg as having joined and allow him an opportunity to raise additional argument if he chooses.  11:11 a.m. Recess.

(1:11 p.m. Jury resumes deliberations. 2:06 p.m. Recess. 2:27 p.m. Jury resumes deliberations. 3:25 p.m. Jury in recess and will reconvene on Tuesday, November 14, 2023 at 9:00 a.m.)

**Court Reporter** Hilda Lopez   **Start:** 10:00 AM
**Deputy Clerk** Liliana Figueroa   **Stop:**  11:11 AM
  **Total:** 1hr 11min