# Exhibit 4

| | |
|---|---|
| **From:** | qthai1019@gmail.com |
| **To:** | Boyle, Daniel (USACAC) |
| **Cc:** | Stone, Andrew (USAAZ); "Versoza, Lyndon A" |
| **Subject:** | [EXTERNAL] 2018-07-20 TRACING FOR ALL ASSETS QT__LV Edits 5 |
| **Date:** | Wednesday, October 18, 2023 1:45:20 PM |
| **Attachments:** | 2018-07-20 TRACING FOR ALL ASSETS QT__LV Edits 5.docx |

Hello Dan,

I finished my testimony yesterday and I'm trying to get back into the swing of things.  But I wanted to share with you the latest draft of the tracing document that Lyndon and I put together years ago. You might already have a copy of a prior draft.  Here is the latest copy for your review.

I don't know what to expect or what the timetable will be going forward but I'm generally free after 1 and could make exceptions most days after 9AM.  Call me anytime though if it's for a quick chat, even at 6AM.  (My trading isn't as engaging as it was even 6 months ago.  I just move around covered calls and put credit spreads.)  Just let me know.

Q
602-625-3381