# Exhibit 11

1  Thomas H. Bienert, Jr., (CA State Bar No. 135311)
2  Whitney Z. Bernstein, (CA State Bar No. 304917)
   **BIENERT KATZMAN PC**
3  903 Calle Amanacer, Suite 350
4  San Clemente, CA  92673
   Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701
6  Email: tbienert@bienertkatzman.com
          wbernstein@bienertkatzman.com
7  *Attorneys for James Larkin*

8  Additional counsel on following page

9
10          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
11
                  **WESTERN DIVISION**
12

13 | UNITED STATES OF AMERICA | No. 2:18- CV-8420 RGK (PJWx) |
14 |
   |        Plaintiff,         | **NOTICE OF MOTION AND**
15 |                           | **MOTION TO DISMISS FIRST**
   |        v.                 | **AMENDED CONSOLIDATED**
16 |                           | **MASTER VERIFIED COMPLAINT**
17 | $1,546,076.35 IN BANK FUNDS | **FOR FORFEITURE FOR**
18 | SEIZED FROM REPUBLIC BANK   | **FAILINGTO STATE**
   | OF ARIZONA ACCOUNT '1889, et al., | **SUFFICIENTLY DETAILED**
19 |                           | **FACTS**
20 |        Defendants.        |
   |                           | Hearing Information
21 |                           | Date: August 17, 2020
22 |                           | Time: 9:00 a.m.
   |                           | Place:    Courtroom 850
23 |                           |           255 E. Temple Street, 7th Fl.
24 |                           |           Los Angeles, CA 90012
25

26

27

28
   ―――――――――――――――――――――――――――――――――――――――――
     NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
   CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
          STATE SUFFICIENTLY DETAILED FACTS

1  Gary S. Lincenberg (CA State Bar No. 123058)
2  Ariel A. Neuman (CA State Bar. No. 241594)
   Gopi K. Panchapakesan (CA State Bar No. 279586)
3  **BIRD, MARELLA, BOXER, WOLPERT, NESSIM,**
4  **DROOKS, LINCENBERG & RHOW, P.C.**
   1875 Century Park East, 23rd Floor
5  Los Angeles, CA 90067
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7  Email: glincenberg@birdmarella.com
8  aneuman@birdmarella.com
   gpanchapakesan@birdmarella.com
9  *Attorneys for John Brunst, Mary Ann Brunst,*
   *and The Brunst Family Trust*
10

11 Paul J. Cambria, Jr. (CA State Bar No. 177957)
   **LIPSITZ GREEN SCIME CAMBRIA LLP**
12 42 Delaware Avenue, Suite 120
13 Buffalo, NY 14202
   Telephone: (716) 849-1333
14 Facsimile: (716) 855-1580
15 Email: pcambria@lglaw.com
   *Attorneys for Michael Lacey*
16

17 John K. Rubiner (CA State Bar No. 155208)
   **FREEMAN, MATHIS & GARY LLP**
18 550 S. Hope Street, Suite 2200
19 Los Angeles, CA 90071
   Telephone: (213) 615-7000
20 Email: jrubiner@fmglaw.com

21 Bruce Feder (*admitted pro hac vice*)
   **FEDER LAW OFFICE, P.A.**
22 2930 E. Camelback Road, Suite 160
23 Phoenix, AZ 85016
   Telephone: (602) 257-0135
24 Facsimile: (602) 954-8737
25 Email: bf@federlawpa.com

26 *Attorneys for Scott Spear*

27

28 NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
   CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
   STATE SUFFICIENTLY DETAILED FACTS

1

2  David W. Wiechert, SBN 94607
   **WIECHERT, MUNK & GOLDSTIEN, PC**
3  27136 Paseo Espada, Suite B1123
4  San Juan Capistrano, CA 92675
   Tel: (949) 361-2822
5  Email: dwiechert@aol.com

6  Daniel J. Quigley (*admitted pro hac vice*)
   **DANIEL J. QUIGLEY, PLC**
7  5425 E. Broadway Blvd., Suite 352
8  Tucson, Arizona 85711
   Tel: (520) 867-4450
9  Email: quigley@djqplc.com

10 *Attorneys for Medalist Holdings,*
   *Inc., Leeward Holdings, LLC,*
11 *Camarillo Holdings, LLC, Vermillion*
12 *Holdings, LLC, Cereus Properties, LLC,*
   *Shearwater Investments, LLC, and Broadway*
13 *Capital Corp., LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   ─────────────────────────────────────
   NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
   CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
   STATE SUFFICIENTLY DETAILED FACTS

**TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on August 17, 2020, at 9:00 a.m., or as soon as counsel may be heard, claimants James Larkin, Michael Lacey, Scott Spear, John Brunst, Mary Ann Brunst, The Brunst Family Trust, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC (collectively, "Claimants")[*] will bring on for hearing the following Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture ("Complaint") under Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule G(8)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions, on grounds that the Complaint fails to state sufficiently detailed facts to support a reasonable belief the government can meet its burden of proof at trial.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, and the Complaint's allegations.[†]

---

[*] Claimants John Brunst, Mary Ann Brunst, and The Brunst Family Trust will be referred to collectively as "Brunst." Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC will be referred to collectively as the "Claimant Entities."
[†] Undersigned counsel contacted counsel for the Plaintiff, Assistant United States Attorney John Kucera, who indicated that the government opposes this motion.

1

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO STATE SUFFICIENTLY DETAILED FACTS

DATED: July 1, 2020          Respectfully submitted,

                             Thomas H. Bienert, Jr.
                             Whitney Z. Bernstein
                             BIENERT | KATZMAN PC

                             By:  /s/ Thomas H. Bienert, Jr.
                             _____
                                    Thomas H. Bienert, Jr.
                                    Attorneys for James Larkin

*Local Rule 5-4.3.4(a)(2)(i) Compliance: Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

DATED: July 1, 2020          Gary S. Lincenberg
                             Ariel A. Neuman
                             Gopi K. Panchapakesan
                             BIRD, MARELLA, BOXER, WOLPERT,
                             NESSIM, DROOKS, LINCENBERG &
                             RHOW, P.C.

                             By:  /s/ Gary S. Lincenberg
                             _____
                                    Gary S. Lincenberg
                                    Attorneys for John Brunst, Mary Ann
                                    Brunst, and The Brunst Family Trust

DATED: July 1, 2020          LIPSITZ GREEN SCIME CAMBRIA LLP

                             By:  /s/ Paul J. Cambria, Jr.
                             _____
                                    Paul J. Cambria, Jr.
                                    Attorneys for Michael Lacey

2

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
STATE SUFFICIENTLY DETAILED FACTS

DATED:  July 1, 2020          FREEMAN, MATHIS & GARY LLP

                              By:    _/s/ John K. Rubiner_
                                        John K. Rubiner

                              FEDER LAW OFFICE, PA

                              By:    _/s/ Bruce Feder_
                                        Bruce Feder

                              Attorneys for Scott Spear

DATED:  July 1, 2020          DANIEL J. QUIGLEY, PLC

                              By:    _/s/ Daniel J. Quigley_
                                        Daniel J. Quigley

                              WIECHERT, MUNK & GOLDSTEIN, PC

                              By:    _/s/ David W. Wiechert_
                                        David W. Wiechert

                              Attorneys for Medalist Holdings, Inc.,
                              Leeward Holdings, LLC, Camarillo
                              Holdings, LLC, Vermillion Holdings, LLC,
                              Cereus Properties, LLC, Shearwater
                              Investments, LLC, and Broadway Capital
                              Corp., LLC

3

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FAILING TO
STATE SUFFICIENTLY DETAILED FACTS