1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9    United States of America,                    | No. CR-18-00422-001-PHX-DJH
10                    Plaintiff,                   | **ORDER**
11   v.
12   Michael Lacey, et al.,
13                    Defendants.
14

15          Defendants have filed a Motion to Dismiss or to Strike Testimony, and Request for
16   a Hearing Due to the Government's *Jencks* and *Brady* Violations (Doc. 1967). The
17   Government has filed a Response (Doc. 1966). The Court finds cause to grant Defendants'
18   request for a hearing on the Motion.
19          Accordingly,
20          **IT IS ORDERED** setting an Evidentiary Hearing on Defendants' Motion to
21   Dismiss or to Strike Testimony, and Request for a Hearing Due to the Government's *Jencks*
22   and *Brady* Violations (Doc. 1967) for **November 14, 2023, at 2:30 p.m.** in Courtroom
23   605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix,
24   Arizona 85003.
25          **IT IS FURTHERED ORDERED** that parties shall deliver one (1) original and two
26   (2) copies of the witness and exhibit lists, using the forms located on the Court's website
27   at http://www.azd.uscourts.gov/judges/judges-orders, to the Courtroom Deputy no later
28   than **November 14, 2023, at 12:00 p.m.** Each party shall also submit a list of numbered

exibits with a concise description of each exhibit.

Dated this 13th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge