# EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**WITNESS LIST FOR EVIDENTIARY HEARING (CRIMINAL)**

☐ Motion to Suppress   ☒ Jury Trial

☐ Non-Jury Trial

USA vs. Michael Lacey, et al.   CR-18-422-PHX-DJH

☐ GOVERNMENT   ☒ DEFENDANTS

| NO. | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1 | Boyle, Daniel | | | |
| 2 | Ferrer, Carl | | | |
| 3 | Stone, Andrew | | | |
| 4 | Thai, Quoc | | | |
| 5 | Versoza, Lyndon | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

Defendants' Joint Witness List for Evidentiary Hearing on 11.14.23)