**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 14, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number:** CR-18-00422-PHX-DJH |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets, Daniel Boyle, Joseph Bozdech
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 32):**

(8:55 a.m. Court is informed that the Jury has a written inquiry. 9:20 a.m. Jury resumes deliberations.)

9:45 a.m. Court reconvenes. Jury inquiry and response discussed, and will be provided to the Jury as set forth on the record. 10:06 a.m. Recess.

(10:08 a.m. Jury provided with response to their written inquiry. 10:31 a.m. Recess. 10:50 a.m. Jury resumes deliberations. 11:59 a.m. Recess. 1:08 p.m. Jury resumes deliberations. 2:07 p.m. Court is informed that the Jury has two written inquires.)

2:50 p.m. Court reconvenes. Jury inquiries and responses discussed. 3:09 p.m. Recess.

3:16 p.m. Court reconvenes. Discussion re: responses to the Jury's inquires. 3:25 p.m. Recess.

3:41 p.m. Court reconvenes. 3:42 p.m. Jury present. Jury instructed further with *Allen Charge*. 3:45 p.m. Jury exits courtroom to resume deliberations. Court will proceed to the Evidentiary Hearing. For the reasons stated, **IT IS ORDERED** denying the Motion to Preclude Statements (Doc. 1970) as moot. 3:57 p.m. Quoc Thai sworn and examined. 4:16 p.m. Cross-Examination by Mr. Lincenberg. 4:48 p.m. Recess. Court will reconvene on Wednesday, November 15, 2023 at 11:00 a.m.

(4:15 p.m. Jury in recess and will reconvene on Wednesday, November 15, 2023 at 9:00 a.m.)

| | |
|---|---|
| **Court Reporter** Hilda Lopez | **Start:** 9:45 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:48 PM |
| | **Total:** 1hr 56min |