| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | Bank Info |
| **Date:** | Friday, April 20, 2018 4:11:39 PM |
| **Attachments:** | CZ_Bank Accounts as of 3.30.18.pdf |
| | Bank Accounts Certificate_Bank letter_protectio.pdf |
| | Bank letter_Fio Iban-Varicok company s r o .pdf |
| | Letter of Confirmation_company_OLIST OU_estonia.pdf |
| | 20151203 Current account agreement Rabobank NL64RABO0307604721 - UniversAds.pdf |
| | Gold Leaf s.r.o. - Bank Letter_newest.pdf |
| | 20160209_bankconfirmation.nh.pdf |
| | bank letter_procop_services.pdf |

This is complicated. But I tried to simplify as much as possible. International money can be found in merchant accounts and in treasury accounts. In this email I will detail the treasury accounts. You can find treasury accounts as follows:

1. Bank accounts under Ad Tech BV (UBO is Carl Ferrer)
Fio EURO Balance CZ9020100000002300995803, 1,228.76
Fio USD Balance CZ12201000000002000995801 18,610.10
Fio GBP Balance CZ71201000000002600995805 3,738.45
Frick CAD Balance LI09 0881 1060 7717 K000 K 8,292.87
Frick USD Balance LI30 0881 1060 7717 K000 U 2,601,164.44
Frick EURO Balance LI74 0881 1060 7717 K000 E 1,533,820.07
Frick EURO BTC Balance LI90 0881 1060 7717 K001 E 1,598,027.31
[I did not include ING since it is active mainly for receivables collection]

2. Bank accounts under partners
a. CZECH Partners
(1) Gold Leaf SRO- UBO is Amonan Lippa
(2) Protecctio SRO- UBO is Vladimir Hanus
(3) Varicok Company- SRO- UBO is Jana Polakova
SEE ATTACHED PDF WITH ALL ACCOUNT NUMBERS AND/OR THE BANK LETTERS WITH THE SAME INFO.

b. Estonia Partner
(1) Olist: UBO Ana Jipa
SEE BANK LETTER

c. Dutch partners*
(1) UniverseAds BV- UBO Julia Dorst
(2) Guilietta Group BV- UBO Omar Lopez
(3) Procop Holdings BV- UBO Chrietien
SEE BANK LETTERS

Partners may have more banks not on the list. But there should be the main ones. There are seven partners.

-carl

A

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fw: Re: Fw: Card Quiry |
| **Date:** | Tuesday, July 10, 2018 9:00:45 AM |
| **Attachments:** | CardQuiry_Posting Solution Liquidation Agreement Revised 3-28-18 (1).pdf |

We should talk about collecting this receivable. They are in the US.
The ceo will not return calls or emails.

After chargebacks, they have 400k to 500k which should be forfeited. You may need to reach out to her or find some other collection technique. My pleadings have not been successful. Heres her contact info:

Tina Henson
CEO
tina@cardquiry.com
559-240-6550

------- Original Message -------
On July 9, 2018 2:34 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

> I show $657,149.98 on the receivable schedule for CardQuiry.
>
> I do not have any banking information for them. They paid by incoming ACH to Prosperity. Prosperity doesn't give granular detail of transactions on statements.
>
> -Stefanie
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On July 9, 2018 4:26 PM, carl <carl.ferrer@protonmail.com> wrote:
>
> > How much do they owe us?
> >
> > Do you have the bank account number that they used to pay us? I am thinking about getting this info to Lyndon since Tina is not accepting my calls or returning any emails.
> >
> > -carl

B

USAO-BP-0037976

USAO-BP-0037977

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Cc:** | Jonathan Baum |
| **Subject:** | [EXTERNAL] Liabilities |
| **Date:** | Tuesday, July 10, 2018 12:43:28 PM |
| **Attachments:** | Potential future liabilities BP.xlsx |
| | Litigation Chart with only pending civil cases and plaintiffs law firm 7-10-18.xlsx |

As you requested, I attached two spreadsheets covering liabilities. One is legal expenses and business expense liabilities. The other is civil litigation possible liabilities.

- carl

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fwd: Re: Fw: Card Quiry |
| **Date:** | Tuesday, July 10, 2018 2:07:21 PM |

See below.

---------- Forwarded message ----------
From: Stefanie.parks<stefanie.parks@protonmail.com>
Date: On Tue, Jul 10, 2018 at 1:46 PM
Subject: Fwd: Re: Fw: Card Quiry
To: carl <carl.ferrer@protonmail.com>
Cc:
Yes CardQuiry was the company name that was listed on our bank statements.

-Stefanie

Sent with ProtonMail Secure Email.

------- Original Message -------
On July 10, 2018 12:05 PM, carl <carl.ferrer@protonmail.com> wrote:

> Do you know the company name that made the payments to us? IS it
> Card Quiry? Since they are not paying us, I am passing along info the
> SA Versoza. He will help collect.
>
> -carl
>
>
> ------- Original Message -------
> On July 9, 2018 2:34 PM, Stefanie.parks
> <stefanie.parks@protonmail.com> wrote:
>
>> I show $657,149.98 on the receivable schedule for
>> CardQuiry.
>>
>> I do not have any banking information for them. They
>> paid by incoming ACH to Prosperity. Prosperity doesn't
>> give granular detail of transactions on statements.
>>
>> -Stefanie
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On July 9, 2018 4:26 PM, carl
>> <carl.ferrer@protonmail.com> wrote:

USAO-BP-0038116

How much do they owe us?

Do you have the bank account number that
they used to pay us? I am thinking about
getting this info to Lyndon since Tina is not
accepting my calls or returning any emails.

-carl

USAO-BP-0038117

**From:** carl
**To:** Versoza, Lyndon A
**Cc:** Jonathan Baum
**Subject:** [EXTERNAL] Fw: Re: Updated receivables document
**Date:** Friday, July 13, 2018 3:19:25 PM
**Attachments:** Government Seizure Trx_carl_updates.xlsx
Prepaid Vendors (Legal included)_carl_updated.xlsx
Receivables Schedule 5.2018_updates_carl.xlsx

Lyndon,
Attached documents we will be updating next week. I added some updates. The next
receivable priority we need your help:  Paymitco. It's over a million. Plus, their sister company
owes us 500k from DCR (a payment aggregator). Total is 1.5 million. They are in Canada and
the US.

DCR documents where we attempted to collect a debt.
https://web.tresorit.com/l#BKbi3uXAx1IXPfWiw5rTYw

Paymitco's documents:
https://web.tresorit.com/l#ZNrd2vbk3ZEX4w2nmAPGmQ

Email contacts:  sales@paymitco.com
I worked with Debra for both paymitco and DCR:
Debra Lepage
 Vice President
DCR Strategies Inc.
2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6
Tel. (905) 212-9494  | Fax. (905) 212-9513 | Mobile. (514) 473-2220


Hope this info is helpful. Our demand letters in DCR link above has DCR / Paymitco's lawyer
info.

-carl




------- Original Message -------
On July 13, 2018 1:31 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:


Attached are three spreadsheets

1. Receivables Schedule - the first tab is a summary of receivable and reserve due.

2. Prepaid Vendors - this includes legal

3. Government Seizure Trx - All transfers made to USPS (cash and crypto) along



with the seized Prosperity account.

Let me know if you have any questions.

-Stefanie

Sent with ProtonMail Secure Email.

------- Original Message -------
On July 13, 2018 2:01 PM, carl <carl.ferrer@protonmail.com> wrote:

> Please send me your latest document. It should include prepayments
> and prepayments to attorneys (in separate section). I will update the
> status.
>
> We should have a master list / total on what had been successfully
> collected transferred to US. This would include bank transfers (ING,
> Crypto, etc).

USAO-BP-0038098

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fw: Crypto Capital transfers to USPS |
| **Date:** | Tuesday, July 17, 2018 9:43:54 AM |
| **Attachments:** | Ad tech transfers from Crypto Cap to USPS 7.17.2018.docx |
| | Website Technologies transfers from Crypto Cap to USPS 7.17.2018.docx |

Attached docs show these transfers done today:
AD TECH BV from CryptoCapital: 15,0000: PayoutADTech 07172018
Website Technologies from CryptoCapital: 50,0000: Payout Web Tech 07172018

------- Original Message -------
On July 17, 2018 9:32 AM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

Attached are the two screen shots of the last transfers from Crypto Cap to USPS.

Please let me know if you need anything else.

-Stefanie

Sent with ProtonMail Secure Email.

F

USAO-BP-0037964

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Cc:** | Jonathan Baum |
| **Subject:** | [EXTERNAL] RE: Payroll Question |
| **Date:** | Thursday, July 19, 2018 1:02:52 PM |

Exactly. That is correct.

I just spoke to Stefanie to confirm. Payroll was handled by the company's Phoenix corporate office and they used ADP. Backpage was a separate group within ADP.

-carl

------- Original Message -------
On July 19, 2018 12:59 PM, Versoza, Lyndon A <LAVersoza@uspis.gov> wrote:

> I may have found the answer.   Looks like you had a BMO Harris Website Tech account '856-1 designated as a payroll account.  Payroll was being sent to ADP. Does that sound correct?

> **From:** Versoza, Lyndon A
> **Sent:** Thursday, July 19, 2018 12:49 PM
> **To:** 'carl' <carl.ferrer@protonmail.com>
> **Cc:** Jonathan Baum <jbaum@clarencedyer.com>
> **Subject:** Payroll Question

> Carl,

> Hope this isn't too complex of a question.  In February 2014, do you remember which Bank account paid payroll?  And Which payroll company did you use.? I am looking for payroll payments from website technologies.

> **Inspector Lyndon Versoza**

> money laundering investigations | los angeles division

> u.s. postal inspection service

> 1055 n. vignes st. | los angeles | ca 90012

> **c:** 626.672.5538 | **o:** 213.830.2518 | **f:** 202.268.0260 | **e:** laversoza@uspis.gov

G

USAO-BP-0038126

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fw: Re: Government info (prepayments for retainers) |
| **Date:** | Thursday, August 2, 2018 1:26:00 PM |
| **Attachments:** | Prepaid Legal Payments 8.2.18.xlsx |
| | Retainer Wire Confirmations 8.2.18.zip |

Lyndon,
See attached info you requested.
-carl


------- Original Message -------
On August 2, 2018 3:09 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:


Attached is a spreadsheet that has two tabs.
The first  tab shows the prepayments made.
The second tab shows the account information that the payments were sent to.

Also is a zip folder that contains all of the wire confirmations that we had saved down (only a couple were missing and most likely in our email)

Please let me know if you have any questions of if additional info is needed.

-Stefanie

Sent with ProtonMail Secure Email.

USAO-BP-0037993

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | Fwd: Re: Fwd: RE: [EXTERNAL] Fw: Re: Government info (prepayments for retainers) |
| **Date:** | Thursday, August 2, 2018 1:53:50 PM |

See below:

---------- Forwarded message ----------
From: Stefanie.parks<stefanie.parks@protonmail.com>
Date: On Thu, Aug 2, 2018 at 3:42 PM
Subject: Fwd: Re: Fwd: RE: [EXTERNAL] Fw: Re: Government info
(prepayments for retainers)
To: carl <carl.ferrer@protonmail.com>
Cc:
Retainer payments were made to the trust account #50033414. Payments for
services rendered were made to account #1221415


-Stefanie

Sent with ProtonMail Secure Email.

------- Original Message -------
On August 2, 2018 3:36 PM, carl <carl.ferrer@protonmail.com> wrote:


See Lyndon's question below:


---------- Forwarded message ----------
From: Versoza, Lyndon A<LAVersoza@uspis.gov>
Date: On Thu, Aug 2, 2018 at 3:33 PM
Subject: Fwd: RE: [EXTERNAL] Fw: Re: Government
info (prepayments for retainers)
To: carl <carl.ferrer@protonmail.com>
Cc: Jonathan Baum <jbaum@clarencedyer.com>


Thanks, Carl!

Just for clarification, I also see wires to DWT at account BofA
account 1221415

Is there a difference in payments to '1415 vs the account
'3414 listed in this documentation?  Thanks

**From:** carl [mailto:carl.ferrer@protonmail.com]
**Sent:** Thursday, August 2, 2018 1:24 PM
**To:** Versoza, Lyndon A <LAVersoza@uspis.gov>
**Subject:** [EXTERNAL] Fw: Re: Government info (prepayments for retainers)

Lyndon,

See attached info you requested.

-carl

------- Original Message -------

On August 2, 2018 3:09 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

Attached is a spreadsheet that has two tabs.

The first  tab shows the prepayments made.

The second tab shows the account information that the payments were sent to.

Also is a zip folder that contains all of the wire confirmations that we had saved down (only a couple were missing and most likely in our email)

Please let me know if you have any questions of if additional info is needed.

-Stefanie

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | Fw: Re: Fw: Re: [EXTERNAL] Re: (No Subject) |
| **Date:** | Monday, August 6, 2018 11:52:57 AM |
| **Attachments:** | Prepaid Legal Payments 8.2.18.xlsx |

See below: It was JS settlement.


------- Original Message -------
On August 6, 2018 12:35 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

> The 1,000,000 that was sent to Perkins on 8/21 is on the list, in the bottom section - line 54 "Payments made towards settlement"
>
> The wire confirmation was also included in the ZIP folder that was sent.
>
> -Stefanie
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On August 3, 2018 5:15 PM, carl carl.ferrer@protonmail.com wrote:
>
> > This also looks like JS settlement.
> > Please advise.
> > Did pay Perkins prepaid legal funds with bitcoin?
> > -carl
> > ------- Original Message -------
> > On August 3, 2018 5:11 PM, Versoza, Lyndon A LAVersoza@uspis.gov wrote:
> >
> > > Another not on Stephanie's list. Let me know if you know what it's for:
> > > [image1.png]
> > > Lyndon Versoza
> > > On Aug 3, 2018, at 3:08 PM, carl <carl.ferrer@protonmail.commailto:carl.ferrer@protonmail.com> wrote:
> > > No problem. Keep them coming.
> > > The Henze Cook was a retainer for me (They were my personal attorney). We ended our relationship in 2017 and they transferred the funds to Clarence Dyer (my personal attorney). Clarence made sure Henze had no funds of mine after we terminated.
> > > ------- Original Message -------
> > > On August 3, 2018 5:02 PM, Versoza, Lyndon A <LAVersoza@uspis.govmailto:LAVersoza@uspis.gov> wrote:
> > > Bottom wire to Henze Cook isn't on the spreadsheet as well.
> > > Sorry. I hate to be doing it this way. If you have a better idea. Just trying to reconstruct and reconcile the data you have with what we have. Thanks.

USAO-BP-0038129

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | Fw: Re: Fw: Re: [EXTERNAL] Re: Rusing Lopez Lizardi |
| **Date:** | Monday, August 6, 2018 11:54:46 AM |
| **Attachments:** | Retainer Wire Confirmations 8.2.18.zip |

See below and attached.

------- Original Message -------
On August 6, 2018 12:28 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

> I have provided everything that we have saved down - in the ZIP folder that I attached to my original email (I have attached it to this one as well)
>
> Anything else would be located in the WT email account.
>
> -Stefanie
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On August 3, 2018 4:34 PM, carl carl.ferrer@protonmail.com wrote:
>
> > Just confirming, you can;t pull them since you have no access to those email accounts.
> > You may have a few downloaded ones on your laptop right? The bulk though are in emails.
> > -carl
> > ------- Original Message -------
> > On August 3, 2018 4:32 PM, Versoza, Lyndon A LAVersoza@uspis.gov wrote:
> >
> > > I haven't sent yet.
> > > But for now, when she can pull the invoices and or wire details for any of the transactions she provided. That would be most helpful. Thank you.
> > > Lyndon Versoza
> > >
> > > > On Aug 3, 2018, at 2:19 PM, carl carl.ferrer@protonmail.com wrote:
> > > > I spoke to Stefanie. This spreadsheet looks like its from JP Morgan.
> > > > We show 5/2: 500,000 going to Rusing from CSOB (May 5 on your spreadsheet)
> > > > We show 5/31: 1,000,000 going to Rusing from CSOB (June 2 on your spreadsheet)
> > > > It is a date issue since international wires take a day or longer and their are time zone issues.
> > > > We can always get you our CSOB bank statements to show this transaction if you would like.
> > > > These payments were for prepaid legal retainers.
> > > > In terms of documentation, Stefanie had it in her company emails. Great plains (MicroSoft Dynamics) does not have the documentation.
> > > > So to find the requests for these retainer funds you should search stefaniep@websitetechnologies.com, Michael@websitetechnologies.com or payables@websitetechnologies.com.
> > > > I might be missing an email from you. I only received this email and I think that might be another email I have not received with a list of payments to have Stefanie double check.
> > > > carl
> > > > ------- Original Message -------
> > > >
> > > > > On August 3, 2018 3:12 PM, Versoza, Lyndon A LAVersoza@uspis.gov wrote:
> > > > > Hi Carl,

> > > > > See the attached. I don't see these two transactions in the spreadsheet you sent. I don't have the Bank of the West data yet, but in looking in the data I do have, these are the only transactions I see to Rusing. Anyway to know if these are prepayment funds as well?
> > > > > Thanks

USAO-BP-0038134

| From: | carl |
|---|---|
| To: | Versoza, Lyndon A |
| Subject: | [EXTERNAL] Fw: Re: Crypto Capital balances |
| Date: | Monday, August 6, 2018 12:06:27 PM |

See Stefanie's email below on balances:

Here are some options:
1) Leave account open with these minimum amounts

2) Send all but $250 in each account (to keep the account open).

3) Or, we can send the balance and shut down the accounts.
The value in keeping the account open is we can secure wires from vendors holding excess funds. We could then wire the funds secured to the Government.

I'm OK with any option.
-carl


------- Original Message -------
On August 6, 2018 1:57 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

> Yes, I just reconciled them.
>
> WT - USD Account $2,657.87
> ADT - USD Account $1,235.00
> ADT - EURO Account (CONVERTED TO USD) $2,271.54
>
> -Stefanie
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On August 6, 2018 1:53 PM, carl <carl.ferrer@protonmail.com> wrote:
>
>> Can you send me updated balances for Crypto Cap accounts?
>>
>> -carl

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fw: Re: comerica |
| **Date:** | Tuesday, August 7, 2018 10:13:16 AM |

Just an FYI- we have another bank account that we do not use. It has $500 balance on it. Info is below:

-carl


------- Original Message -------
On August 7, 2018 12:10 PM, Michael Gage <mgage1625@protonmail.com> wrote:

> Comerica
>
> IC Holdings
> Acct # 1881685489
> $500 balance
>
>
> ---------------------------
> Michael Gage
> C: 469-964-1625
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On July 26, 2018 11:49 AM, carl <carl.ferrer@protonmail.com> wrote:
>
>> We keep it. We might need the bank account someday. I just need to tell the government. I don't think they care about $500 that much but they care about transparency. Thank you for heads up.
>>
>> I have heard of no forfeitures orders on that account?
>>
>> Send me the account number.
>>
>>
>> On Thu, Jul 26, 2018 at 11:46 AM, Michael Gage <mgage1625@protonmail.com> wrote:
>>
>>> Carl
>>>
>>> In reviewing our financials, we noticed we still have $500 in Comerica.  At least we think we do.  We don't have bank statements to determine if it is still there.  It is under the name IC Holdings.  What do you want us to do with it?

M

--------------------------
Michael Gage
C: 469-964-1625

Sent with ProtonMail Secure Email.

USAO-BP-0037970

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fw: Re: Crypto Capital |
| **Date:** | Wednesday, August 8, 2018 11:25:47 AM |
| **Attachments:** | Ad Tech transfers from Crypto Cap USD Acct 08082018.docx |
| | Website Technologies transfer from Crypto Cap 08082018.docx |
| | Ad Tech trasnfer from Crypto Cap EURO Acct 08082018.docx |

Attached


------- Original Message -------
On August 8, 2018 12:33 PM, Stefanie.parks <stefanie.parks@protonmail.com> wrote:

> The transfers have been done. I did my best to get the ending balances on both
> accounts to $250 each - but with trx fees and foreign exchange costs, they may be
> a little off.
>
> Attached are the screen shots of the transfers.
>
> -Stefanie
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On August 7, 2018 3:45 PM, carl <carl.ferrer@protonmail.com> wrote:
>
> > Stefanie,
> > The Government is requesting we transfer all but $250 in the crypto
> > capital bank accounts to their Chase account.
> >
> > Please leave $250 in each account. I f there are two currencies, you
> > can split it roughly between USD and EUR (nothing for CAD). This
> > will only leave $500 total exposed should Crypto Capital suddenly
> > fold.
> >
> > Please send documentation on the withdrawal so I can forward to my
> > contact.
> >
> > -carl

*N*

| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Cc:** | michael gage |
| **Subject:** | [EXTERNAL] Fw: one week left with ING account |
| **Date:** | Tuesday, August 21, 2018 10:22:26 AM |

Lyndon,
We can send 40k Euro to you or we can send to our US bank account. The funds in our US bank account are being used to cover expenses like Issa Martin (for records testimony). But I am OK with either option.

Please let me know of the Gov's decision in the next day or two.

-carl


------- Original Message -------
On August 21, 2018 9:00 AM, Michael Gage <mgage1625@protonmail.com> wrote:


Carl

ING account set to close on 8/28.  What do you want us to do with the balance (40,000 Euro)?  Gov't account or Spirit account?

---------------------------
Michael Gage
C: 469-964-1625

Sent with ProtonMail Secure Email.

| From: | carl |
|---|---|
| To: | Versoza, Lyndon A; Jonathan Baum |
| Cc: | michael gage |
| Subject: | Re: [EXTERNAL] Fw: one week left with ING account |
| Date: | Tuesday, August 21, 2018 10:37:07 AM |

Michael,
You can close out the account this week and send all remaining funds to the Gov's chase account.

-carl

------- Original Message -------
On August 21, 2018 10:33 AM, Versoza, Lyndon A <LAVersoza@uspis.gov> wrote:

> Just send it to the government account. Thank you.
>
> Lyndon Versoza
>
> On Aug 21, 2018, at 10:22 AM, carl <carl.ferrer@protonmail.commailto:carl.ferrer@protonmail.com> wrote:
>
> Lyndon,
> We can send 40k Euro to you or we can send to our US bank account. The funds in our US bank account are being used to cover expenses like Issa Martin (for records testimony). But I am OK with either option.
>
> Please let me know of the Gov's decision in the next day or two.
>
> -carl
>
> ------- Original Message -------
> On August 21, 2018 9:00 AM, Michael Gage
<mgage1625@protonmail.commailto:mgage1625@protonmail.com> wrote:
>
> Carl
>
> ING account set to close on 8/28. What do you want us to do with the balance (40,000 Euro)? Gov't account or Spirit account?
>
> -------------------------------------------------------------------------------------------------------------------
>
> Michael Gage
> C: 469-964-1625tel:204699641625
>
> Sent with ProtonMailhttps://protonmail.com Secure Email.

USAO-BP-0038238

**From:** carl
**To:** Versoza, Lyndon A
**Subject:** [EXTERNAL] Fw: ING
**Date:** Wednesday, August 22, 2018 10:24:23 AM

Wire confirmation to follow to you soon.

------- Original Message -------
On August 22, 2018 10:22 AM, Michael Gage <mgage1625@protonmail.com> wrote:

> We sent the balance from ING to the Gov't account.  Two wires, one USD and
> one Euro.
>
> Once Stefanie has the wire confirmations she will email them to you.
>
> ----------------------------
> Michael Gage
> C: 469-964-1625
>
> Sent with ProtonMail Secure Email.



| | |
|---|---|
| **From:** | carl |
| **To:** | Versoza, Lyndon A |
| **Subject:** | [EXTERNAL] Fwd: Fw: Fwd: Re: Mitchell Stein Carey, PC Trust Account |
| **Date:** | Thursday, August 30, 2018 10:43:22 AM |
| **Attachments:** | image001.jpg |
| | Mitchell Stein Retainer 5.3.2017.pdf |

Here is the info you need.

---------- Forwarded message ----------
From: Stefanie.parks<stefanie.parks@protonmail.com>
Date: On Thu, Aug 30, 2018 at 12:39 PM
Subject: Fwd: Fw: Fwd: Re: Mitchell Stein Carey, PC Trust Account
To: carl <carl.ferrer@protonmail.com>
Cc:
Below is the full account info for Mitchell Stein Az Bar account. (For Lyndon)

-Stefanie

Sent with ProtonMail Secure Email.

------- Original Message -------
On August 30, 2018 12:08 PM, Chris Kempel <chris.kempel@gmail.com> wrote:

-------- Forwarded Message --------
**Subject:** Re: Mitchell Stein Carey, PC Trust Account
  **Date:** Wed, 3 May 2017 16:16:09 -0500
  **From:** Stefanie Parks <stefaniep@websitetechnologies.com>
    **To:** Julie Greenwood <julie@mitchellsteincarey.com>
    **CC:** Anne M. Chapman <anne@mitchellsteincarey.com>

The wire has been approved. It's late enough here that it will probably
hit tomorrow.

The wire confirmation is attached.

Thanks,
Stefanie

Stefanie Parks
Controller
Website Technologies, LLC

On Wed, May 3, 2017 at 4:11 PM, Julie Greenwood
<julie@mitchellsteincarey.com> wrote:

USAO-BP-0038112

Wiring Instructions:

Alliance Bank of Arizona

One East Washington Street, Suite 100

Phoenix, AZ 85004

ABA:                          122105980

Account Name:          Arizona Bar Foundation

                                 Mitchell Stein Carey, PC

                                 IOLTA Trust

Account Number:       8010597402

Thank you Stefanie.

Color Log JPG

**Julie Greenwood**

Legal Assistant

MITCHELL | STEIN | CAREY, PC

One Renaissance Square

2 North Central Avenue, Suite 1900

Phoenix, AZ  85004

Julie@mitchellsteincarey.com

Main:   602-358-0290

Fax:     602-358-0291

Direct:  602-388-8959

www.mitchellsteincarey.com

This message and any of the attached documents contain information from the law firm of Mitchell | Stein | Carey, P.C. that may be confidential and privileged. If you are not the intended recipient, you may not read, copy, forward, distribute, or use this information in any way. No privilege has been waived by inadvertent receipt of this information. If you have received this transmission in error, please immediately notify the sender by reply e-mail and then delete this message. Please contact info@mitchellsteincarey.com or 602-358-0290 if you have any questions. Thank you.

USAO-BP-0038114