**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** November 15, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets, Daniel Boyle, Joseph Bozdech
**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**JURY TRIAL (Day 33):**

(9:20 a.m. Jury resumes deliberations. 10:14 a.m. Recess. 10:25 a.m. Jury resumes deliberations. 11:53 a.m. Recess. 12:45 p.m. Jury resumes deliberations. 1:11 p.m. Court is informed that the Jury has a written inquiry. 2:00 p.m. Recess. 2:10 p.m. Jury resumes deliberations.)

11:04 a.m. Court reconvenes for the continuation of the Evidentiary Hearing. Argument heard re: testimony of Quoc Thai. **IT IS ORDERED** finding that the documents in question are not *Jencks* material. **IT IS FURTHER ORDERED** taking the matter under advisement as to whether the documents are exculpatory or impeachment material. 11:52 a.m.

1:53 p.m. Court reconvenes. Jury inquiry and response discussed, and will be provided to the Jury as set forth on the record. 1:54 p.m. Recess.

(2:10 p.m. Jury provided with response to their written inquiry. 2:53 p.m. Court is informed that the Jury has a written inquiry.)

3:31 p.m. Court reconvenes. Jury inquiry and response discussed, and will be provided to the Jury as set forth on the record: 4:04 p.m. Recess.

(4:15 p.m. Jury provided with response to their written inquiry. 4:26 p.m. Jury in recess and will reconvene on Thursday, November 16, 2023 at 9:00 a.m.

| | |
|---|---|
| **Court Reporter** Hilda Lopez | **Start:** 11:04 AM |
| **Deputy Clerk** Liliana Figueroa | **Stop:** 4:04 PM |
| | **Total:** 1hr 22min |