# Exhibit A

| | |
|---|---|
| **From:** | David Morgan, Publisher |
| **To:** | editor@cochisecountyrecord.com |
| **Subject:** | [EXTERNAL] BackPage trial - POST VERDICT handout for jurors |
| **Date:** | Wednesday, November 15, 2023 10:27:15 AM |
| **Attachments:** | Your experience as a juror - VERSION 3.pdf |

Several members of the media will attempt to communicate with jurors - after the judge discharges them - outside of the court building.

I have alerted court security and provided a copy of the handout (attached here, also)

--
-------
David M Morgan, Publisher
Capitol Times Interview - Q&A (15min video)
member of **IRE** - Investigative Reporters & Editors
SJP (Arizona) 2023 Awardee - Order of the Silver Key Society
25-plus years of notable journalism
Twitter @dmmCCR



U.S. Cell/Text  520-236-4051  Mexico 52-633-112-6458
use Signal and/or WhatsApp for encrypted voice, text, file transfers
Sign up for FREE local News Alerts (14,585 people get it, do you?)

the **COCHISE COUNTY RECORD** - **Serious Local News**
based next to the historic Cochise County courthouse at Bisbee, ARIZONA

More than 15,200 folks discuss the local news on  FaceBook at Cochise County Courts, Crime, Justice, Jail Reports & Politics