```
 ✓ FILED      ___ LODGED
 ___ RECEIVED  ___ COPY

   NOV 1 6 2023

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
 BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-DJH |
| Plaintiff, | **VERDICT** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

We, the Jury, find the defendants, Michael Lacey, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

### CONSPIRACY
**18 U.S.C. § 371**
**COUNT 1**

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ✗ GUILTY |
| John "Jed" Brunst | _____ NOT GUILTY | ✗ GUILTY |
| Andrew Padilla | ✗ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ✗ NOT GUILTY | _____ GUILTY |

### Travel Act – Facilitate Prostitution
### 18 U.S.C. § 1952(a)(3)(A)
### COUNTS 2-51

**Count 2:**

| Date | Exhibits | State |
|------|----------|-------|
| Sept. 10, 2013 | 212, 212a | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | X_____ GUILTY |
| John "Jed" Brunst | X_____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | X_____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | X_____ NOT GUILTY | _____ GUILTY |

**Count 3:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 27, 2014 | 504 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | X_____ GUILTY |
| John "Jed" Brunst | X_____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | X_____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | X_____ NOT GUILTY | _____ GUILTY |

**Count 4:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 29, 2014 | 214 | Massachusetts |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

**Count 5:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2014 | 214a | New Hampshire |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

**Count 6:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2014 | 505 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

John "Jed" Brunst    ✗ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗ NOT GUILTY    _____ GUILTY

Joye Vaught    ✗ NOT GUILTY    _____ GUILTY

**Count 7:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 20, 2014 | 506 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

John "Jed" Brunst    ✗ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗ NOT GUILTY    _____ GUILTY

Joye Vaught    ✗ NOT GUILTY    _____ GUILTY

**Count 8:**

| Date | Exhibit | State |
|------|---------|-------|
| May 7, 2014 | 507 | Washington |

| | | |
|--|--|--|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | _X_ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _X_ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _X_ NOT GUILTY | _____ GUILTY |

**Count 9:**

| Date | Exhibit | State |
|------|---------|-------|
| May 31, 2014 | 508 | Washington |

| | | |
|--|--|--|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | _X_ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | _X_ NOT GUILTY | _____ GUILTY |
| Joye Vaught | _X_ NOT GUILTY | _____ GUILTY |

**Count 10:**

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2014 | 509 | Washington |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      _____ NOT GUILTY      ___✗___ GUILTY

John "Jed" Brunst      __✗__ NOT GUILTY      _____ GUILTY

Andrew Padilla      __✗__ NOT GUILTY      _____ GUILTY

Joye Vaught      __✗__ NOT GUILTY      _____ GUILTY

**Count 11:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 19, 2014 | 510 | Washington |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      _____ NOT GUILTY      ___✗___ GUILTY

John "Jed" Brunst      __✗__ NOT GUILTY      _____ GUILTY

Andrew Padilla      __✗__ NOT GUILTY      _____ GUILTY

Joye Vaught      __✗__ NOT GUILTY      _____ GUILTY

**Count 12:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 23, 2014 | 215a | California |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

**Count 13:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan 29, 2015 | 217a | California |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

- 7 -

**Count 14:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2015 | 215 | Arizona |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          \_\_X\_\_\_ GUILTY

John "Jed" Brunst     \_X\_\_\_ NOT GUILTY          _____ GUILTY

Andrew Padilla        \_X\_\_\_ NOT GUILTY          _____ GUILTY

Joye Vaught           \_X\_\_\_ NOT GUILTY          _____ GUILTY

**Count 15:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2015 | 217 | Arizona |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear            _____ NOT GUILTY          \_\_X\_\_\_ GUILTY

John "Jed" Brunst     \_X\_\_\_ NOT GUILTY          _____ GUILTY

Andrew Padilla        \_X\_\_\_ NOT GUILTY          _____ GUILTY

Joye Vaught           \_X\_\_\_ NOT GUILTY          _____ GUILTY

**Count 16:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 4, 2015 | 216 | Colorado |

| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
|---|---|---|
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

**Count 17:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 18, 2015 | 216a | Colorado |

| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
|---|---|---|
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

1

2  **Count 18:**

3

4

| Date | Exhibit | State |
|---|---|---|
| Feb. 26, 2015 | 511 | Washington |

5

6   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

7   Scott Spear            _____ NOT GUILTY          ___X___ GUILTY

8   John "Jed" Brunst      ___X___ NOT GUILTY            _____ GUILTY

9   Andrew Padilla        ___X___ NOT GUILTY            _____ GUILTY

10  Joye Vaught           ___X___ NOT GUILTY            _____ GUILTY

11

12  **Count 19:**

13

14

| Date | Exhibit | State |
|---|---|---|
| May 18, 2015 | 220 | Texas |

15

16  Michael Lacey          _____ NOT GUILTY          _____ GUILTY

17  Scott Spear            ___X___ NOT GUILTY            __☒__ GUILTY

18  John "Jed" Brunst      ___X___ NOT GUILTY            _____ GUILTY

19  Andrew Padilla        ___X___ NOT GUILTY            _____ GUILTY

20  Joye Vaught           ___X___ NOT GUILTY            _____ GUILTY

21

22

23

24

25

26

27

28

1

2   **Count 20:**

3

4   | Date | Exhibit | State |
|------|---------|-------|
5   | May 19, 2015 | 220a | Texas |

6

7   Michael Lacey _____ NOT GUILTY _____ GUILTY

8   Scott Spear \_\_\_X\_\_\_ NOT GUILTY \_\_\_\_\_ GUILTY

9   John "Jed" Brunst \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

10  Andrew Padilla \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

11  Joye Vaught \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

12

13  **Count 21:**

14

15  | Date | Exhibit | State |
|------|---------|-------|
16  | July 1, 2015 | 222 | Arizona |

17  Michael Lacey _____ NOT GUILTY _____ GUILTY

18  Scott Spear \_\_\_X\_\_\_ NOT GUILTY \_\_\_\_\_ GUILTY

19  John "Jed" Brunst \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

20  Andrew Padilla \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

21  Joye Vaught \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

22

23

24

25

26

27

28

**Count 22:**

| Date | Exhibit | State |
|---|---|---|
| July 2, 2015 | 222a | Arizona |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          X NOT GUILTY          ✗ GUILTY

John "Jed" Brunst          X NOT GUILTY          _____ GUILTY

Andrew Padilla          X NOT GUILTY          _____ GUILTY

Joye Vaught          X NOT GUILTY          _____ GUILTY

**Count 23:**

| Date | Exhibit | State |
|---|---|---|
| Aug. 13, 2015 | 218 | California |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          X NOT GUILTY          ✗ GUILTY

John "Jed" Brunst          X NOT GUILTY          _____ GUILTY

Andrew Padilla          X NOT GUILTY          _____ GUILTY

Joye Vaught          X NOT GUILTY          _____ GUILTY

**Count 24:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 15, 2015 | 221 | Michigan |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          __X__ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          __X__ NOT GUILTY          _____ GUILTY

Andrew Padilla          __X__ NOT GUILTY          _____ GUILTY

Joye Vaught          __X__ NOT GUILTY          _____ GUILTY

**Count 25:**

| Date | Exhibit | State |
|------|---------|-------|
| Sept. 13, 2015 | 512 | Washington |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          __X__ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          __X__ NOT GUILTY          _____ GUILTY

Andrew Padilla          __X__ NOT GUILTY          _____ GUILTY

Joye Vaught          __X__ NOT GUILTY          _____ GUILTY

**Count 26:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 28, 2015 | 513 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear      X    NOT GUILTY     _____ GUILTY

John "Jed" Brunst      X    NOT GUILTY     _____ GUILTY

Andrew Padilla      X    NOT GUILTY     _____ GUILTY

Joye Vaught      X    NOT GUILTY     _____ GUILTY

**Count 27:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 21, 2016 | 1718 | Massachusetts |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear      X    NOT GUILTY     _____ GUILTY

John "Jed" Brunst      X    NOT GUILTY     _____ GUILTY

Andrew Padilla      X    NOT GUILTY     _____ GUILTY

Joye Vaught      X    NOT GUILTY     _____ GUILTY

**Count 28:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 3, 2016 | 1719 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

**Count 29:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 11, 2016 | 1720 | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

## Count 30:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1721 | Massachusetts |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          ___X___ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          ___X___ NOT GUILTY          _____ GUILTY

Andrew Padilla          ___X___ NOT GUILTY          _____ GUILTY

Joye Vaught          ___X___ NOT GUILTY          _____ GUILTY

## Count 31:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1735 | Arizona |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          ___X___ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          ___X___ NOT GUILTY          _____ GUILTY

Andrew Padilla          ___X___ NOT GUILTY          _____ GUILTY

Joye Vaught          ___X___ NOT GUILTY          _____ GUILTY

- 16 -

## Count 32:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 19, 2016 | 1722 | Louisiana |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ___X___ NOT GUILTY _____ GUILTY

John "Jed" Brunst ___X___ NOT GUILTY _____ GUILTY

Andrew Padilla ___X___ NOT GUILTY _____ GUILTY

Joye Vaught ___X___ NOT GUILTY _____ GUILTY

## Count 33:

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 24, 2016 | 1723 | Massachusetts |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ___X___ NOT GUILTY _____ GUILTY

John "Jed" Brunst ___X___ NOT GUILTY _____ GUILTY

Andrew Padilla ___X___ NOT GUILTY _____ GUILTY

Joye Vaught ___X___ NOT GUILTY _____ GUILTY

**Count 34:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 26, 2016 | 1724 | California |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ___X___ NOT GUILTY _____ GUILTY

John "Jed" Brunst ___X___ NOT GUILTY _____ GUILTY

Andrew Padilla ___X___ NOT GUILTY _____ GUILTY

Joye Vaught ___X___ NOT GUILTY _____ GUILTY

**Count 35:**

| Date | Exhibit | State |
|------|---------|-------|
| Dec. 20, 2016 | 1725 | Massachusetts |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ___X___ NOT GUILTY _____ GUILTY

John "Jed" Brunst ___X___ NOT GUILTY _____ GUILTY

Andrew Padilla ___X___ NOT GUILTY _____ GUILTY

Joye Vaught ___X___ NOT GUILTY _____ GUILTY

**Count 36:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 15, 2017 | 1726 | Nevada |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      __X__ NOT GUILTY      _____ GUILTY

John "Jed" Brunst      __X__ NOT GUILTY      _____ GUILTY

Andrew Padilla      __X__ NOT GUILTY      _____ GUILTY

Joye Vaught      __X__ NOT GUILTY      _____ GUILTY

**Count 37:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 4, 2017 | 1727 | Massachusetts |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      __X__ NOT GUILTY      _____ GUILTY

John "Jed" Brunst      __X__ NOT GUILTY      _____ GUILTY

Andrew Padilla      __X__ NOT GUILTY      _____ GUILTY

Joye Vaught      __X__ NOT GUILTY      _____ GUILTY

**Count 38:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 11, 2017 | 1728 | Ohio |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X_____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    X\_\_\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    X\_\_\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    X\_\_\_\_\_ NOT GUILTY    _____ GUILTY

**Count 39:**

| Date | Exhibit | State |
|------|---------|-------|
| July 3, 2017 | 1729 | Alabama |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X_____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    X\_\_\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    X\_\_\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    X\_\_\_\_\_ NOT GUILTY    _____ GUILTY

**Count 40:**

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1730 | Massachusetts |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

Scott Spear       X_____ NOT GUILTY       _____ GUILTY

John "Jed" Brunst       X_____ NOT GUILTY       _____ GUILTY

Andrew Padilla       x_____ NOT GUILTY       _____ GUILTY

Joye Vaught       X_____ NOT GUILTY       _____ GUILTY

**Count 41:**

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1731 | Arkansas |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

Scott Spear       X_____ NOT GUILTY       _____ GUILTY

John "Jed" Brunst       X_____ NOT GUILTY       _____ GUILTY

Andrew Padilla       X_____ NOT GUILTY       _____ GUILTY

Joye Vaught       X_____ NOT GUILTY       _____ GUILTY

1

2  **Count 42:**

3

4

| Date | Exhibit | State |
|------|---------|-------|
| July 21, 2017 | 1732 | Ohio |

5

6  Michael Lacey     _____ NOT GUILTY     _____ GUILTY

7  Scott Spear      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

8  John "Jed" Brunst      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

9  Andrew Padilla      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

10 Joye Vaught      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

11

12 **Count 43:**

13

14

| Date | Exhibit | State |
|------|---------|-------|
| July 23, 2017 | 1733 | Massachusetts |

15

16 Michael Lacey     _____ NOT GUILTY     _____ GUILTY

17 Scott Spear      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

18 John "Jed" Brunst      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

19 Andrew Padilla      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

20 Joye Vaught      X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

21

22

23

24

25

26

27

28

**Count 44:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 26, 2018 | 223 | Michigan |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

**Count 45:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 224 | New York |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

1

2 **Count 46:**

3

4

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2018 | 225 | New York |

5

6   Michael Lacey          _____  NOT GUILTY          _____  GUILTY

7   Scott Spear          ☒_____  NOT GUILTY          _____  GUILTY

8   John "Jed" Brunst          ☒_____  NOT GUILTY          _____  GUILTY

9   Andrew Padilla          ☒_____  NOT GUILTY          _____  GUILTY

10   Joye Vaught          ☒_____  NOT GUILTY          _____  GUILTY

11

12 **Count 47:**

13

14

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 226 | New York |

15

16   Michael Lacey          _____  NOT GUILTY          _____  GUILTY

17   Scott Spear          ☒_____  NOT GUILTY          _____  GUILTY

18   John "Jed" Brunst          ☒_____  NOT GUILTY          _____  GUILTY

19   Andrew Padilla          ☒_____  NOT GUILTY          _____  GUILTY

20   Joye Vaught          ☒_____  NOT GUILTY          _____  GUILTY

21

22

23

24

25

26

27

28

## Count 48:

| Date | Exhibit | State |
|---|---|---|
| Jan. 31, 2018 | 227 | Florida |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

## Count 49:

| Date | Exhibit | State |
|---|---|---|
| Feb. 1, 2018 | 228 | Nevada |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_\_X\_\_\_ NOT GUILTY     _____ GUILTY

**Count 50:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 229 | Texas |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ___X___ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     ___X___ NOT GUILTY     _____ GUILTY

Andrew Padilla     ___X___ NOT GUILTY     _____ GUILTY

Joye Vaught     ___X___ NOT GUILTY     _____ GUILTY

**Count 51:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 230 | New York |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ___X___ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     ___X___ NOT GUILTY     _____ GUILTY

Andrew Padilla     ___X___ NOT GUILTY     _____ GUILTY

Joye Vaught     ___X___ NOT GUILTY     _____ GUILTY

**Conspiracy To Commit Money Laundering**
**18 U.S.C. § 1956(h)**
**COUNT 52**

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___X___ GUILTY

## Concealment Money Laundering
### 18 U.S.C. § 1956(a)(1)(B)(i)
### COUNT 53-62

### Count 53:

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | _____ NOT GUILTY | __X__ GUILTY |

### Count 54:

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | _____ NOT GUILTY | __X__ GUILTY |

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY    X    GUILTY

John "Jed" Brunst _____ NOT GUILTY    X    GUILTY

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY    X    GUILTY

John "Jed" Brunst _____ NOT GUILTY    X    GUILTY

**Count 57:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

**Count 58:**

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

1
2
## Count 59:

3
4

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

5
6
7
8    Michael Lacey          _____ NOT GUILTY          _____ GUILTY

9    Scott Spear            _____ NOT GUILTY          ✗ GUILTY

10   John "Jed" Brunst      _____ NOT GUILTY          ✗ GUILTY

11
12
## Count 60:

13
14

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) · |

15
16
17
18   Michael Lacey          _____ NOT GUILTY          _____ GUILTY

19   Scott Spear            _____ NOT GUILTY          ✗ GUILTY

20   John "Jed" Brunst      _____ NOT GUILTY          ✗ GUILTY

21
22
23
24
25
26
27
28

**Count 61:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

**Count 62:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

**International Promotional Money Laundering**
**18 U.S.C. § 1956(a)(2)(A)**
**COUNT 63-68**

<u>Count 63:</u>

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey     X    NOT GUILTY        _____ GUILTY

Scott Spear     X    NOT GUILTY        _____ GUILTY

John "Jed" Brunst     X    NOT GUILTY        _____ GUILTY

<u>Count 64:</u>

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY        _____ GUILTY

Scott Spear     X    NOT GUILTY        _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY        X    GUILTY

**Count 65:**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ___✗___ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___✗___ GUILTY

**Count 66:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ___✗___ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___✗___ GUILTY

**Count 67:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY      _____ GUILTY

Scott Spear     ___✗___ NOT GUILTY      _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY      ___✗___ GUILTY

**Count 68:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY      _____ GUILTY

Scott Spear     ___✗___ NOT GUILTY      _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY      ___✗___ GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

Count 69:

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x9463) to Stewart Title (partial payment for Sedona property) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ___✗___ GUILTY

Count 70:

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 13, 2013 | $62,491.47 | BMO Harris (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ___✗___ GUILTY

Count 71:

| Date | Amount | Description |
|------|--------|-------------|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear          _____ NOT GUILTY          ___✗___ GUILTY

- 35 -

**Count 72:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear          _____ NOT GUILTY          X\_\_\_\_ GUILTY

**Count 73:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to USB Financial |

Scott Spear          _____ NOT GUILTY          X\_\_\_\_ GUILTY

**Count 74:**

| Date | Amount | Description |
|------|--------|-------------|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear          _____ NOT GUILTY          X\_\_\_\_ GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear          _____ NOT GUILTY          X\_\_\_\_ GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear          _____ NOT GUILTY      __X__ GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear          _____ NOT GUILTY      __X__ GUILTY

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear          _____ NOT GUILTY      __X__ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      __X__ GUILTY

**Count 79:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst        _____ NOT GUILTY          X    GUILTY

**Count 80:**

| Date | Amount | Description |
|------|--------|-------------|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

John "Jed" Brunst        _____ NOT GUILTY          X    GUILTY

**Count 81:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey        _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst        _____ NOT GUILTY          X    GUILTY

**Count 82:**

| Date | Amount | Description |
|------|--------|-------------|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst        _____ NOT GUILTY          X    GUILTY

- 38 -

**Count 83:**

| Date | Amount | Description |
|---|---|---|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ☒ GUILTY

**Count 84:**

| Date | Amount | Description |
|---|---|---|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ☒ GUILTY

**Count 85:**

| Date | Amount | Description |
|---|---|---|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear          _____ NOT GUILTY          ☒ GUILTY

1

2 **Count 86:**

3

4

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

John "Jed" Brunst        _____ NOT GUILTY        X   GUILTY

**Count 87:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

John "Jed" Brunst        _____ NOT GUILTY        X   GUILTY

**Count 88:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

John "Jed" Brunst        _____ NOT GUILTY        X   GUILTY

- 40 -

**Count 89:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

**Count 90:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

**Count 91:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

**Count 92:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    __X__ GUILTY

**Count 93:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear    _____ NOT GUILTY    __X__ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    __X__ GUILTY

**Count 94:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

**Count 95:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

**Count 96:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

**Count 97:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey            _____ NOT GUILTY            _____ GUILTY

**Count 98:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

**Count 99:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

<u>**International Concealment Money Laundering**</u>
**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey      _____ NOT GUILTY       X GUILTY

11/16/2023
DATE

#2
FOREPERSON JUROR NUMBER