# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Andrew Padilla,<br><br>　　　　Defendant. | No. CR-18-00422-006-PHX-DJH<br><br>**JUDGMENT OF ACQUITTAL** |

**IT IS ORDERED** that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Counts 1-51 of the Superseding Indictment.

**IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby acquitted and discharged pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

Dated this 16th day of November, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge