IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-007-PHX-DJH |
| Plaintiff, | **JUDGMENT OF ACQUITTAL** |
| v. | |
| Joye Vaught, | |
| Defendant. | |

**IT IS ORDERED** that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Counts 1-51 of the Superseding Indictment.

**IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby acquitted and discharged pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

Dated this 16th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge