Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Knapp Counsel for Scott Spear*

Eric W. Kessler, Esq. (AZ Bar No. 009158)
KESSLER LAW GROUP
9237 E. Via De Ventura
Suite 230
Scottsdale, AZ 85258
Telephone: 480.644.0093
Eric@kesslerlawgroup.net
*Attorneys for Scott Spear*

*(Co-Counsel on following page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Scott Spear, *et al*.,<br><br>　　　　　Defendants. | Case No. CR18-00422-PHX-DJH<br><br>**JOINT MOTION TO EXTEND MOTIONS DEADLINES**<br><br>**(EXPEDITED REVIEW REQUESTED)**<br><br>*(Assigned to the Hon. Diane J. Humetewa)* |

1

Gary Lincenberg (CA Bar No. 123058, admitted *pro hac vice*)
Ariel Neuman (CA Bar No. 241594, admitted *pro hac vice*)
Gopi Panchapakesan (CA Bar No. 279856, admitted *pro hac vice*)
BIRD MARELLA BOXER WOLPERT, NESSIM DROOKS LINCENBERG RHOW, PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110
glincenbrg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Paul J. Cambria (NY Bar No. 1430909, admitted *pro hac vice*)
Erin McCampbell Paris (NY Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREENE SCHIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Fax: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

The Defendants, by and through their attorneys undersigned, with the consent of the government, move this court for an order extending the deadlines relating to the Defendants' pending Motion to Dismiss (*Jencks/Giglio*), the Defendants' Rule 29 motion supplement, and Defendants' anticipated motion under Rule 33(b)(2) (new trial), as follows:

| Motion | Defendants | Government |
|---|---|---|
| Defendants' Motion to Dismiss (*Jencks/Giglio*) | Reply: December 4, 2023 | Response: November 27, 2023 |
| Supplement to Rule 29 Motion for Judgment of Acquittal | Supplement: December 4, 2023 | Response: December 18, 2023 |
| Rule 33(b)(2) (new trial motion) | Motion: December 4, 2023 | Response: December 18, 2023 |

These requests are based on:

1. The substantial nature of the trial transcripts and other related materials to be reviewed to prepare these filings; and

2. The impending Thanksgiving holiday and planned travel during this holiday season by both defense and government counsel.

It is not expected that excludable delay pursuant to 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 20th day of November, 2023.

**FEDER LAW OFFICE, P.A.**

*s/ Bruce Feder*
Bruce Feder
*Knapp Counsel for Scott Spear*

**KESSLER LAW GROUP**

*s/ Eric Kessler*
Eric Kessler
*Attorneys for Scott Spear*

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Email: Humetewa_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Paul J. Cambria, pcambria@lglaw.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
*Attorneys for Defendants*

Andrew Stone Andrew.Stone@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Joseph Bozdech Joseph.Bozdech@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Kevin Rapp Kevin.Rapp@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
*Attorneys for United States of America*

By:  */s/ M. Evans*