David M Morgan
*dba* The Cochise County Record
10 Quality Hill Rd
PO Box 1218
Bisbee, AZ 85603
editor.SVDR@gmail.com
520-236-4051



Proposed Intervenor

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　Plaintiff<br><br>v.<br><br>Michael Lacey, *et al*<br>　　Defendants. | CR-18-422-PHX-DJH<br><br><br><br><br>*(PROPOSED)*<br>INTERVENOR'S<br>NOTICE OF JOINDER<br>TO DEFENDANT<br>SCOTT SPEAR'S<br>RESPONSE TO<br>GOVERNMENT'S<br>MOTION FOR<br>PROTECTIVE ORDER |

It appearing that all of Defendant Spear's arguments are relevant to and supportive of the public and media's interests in this matter, (proposed) Intervenor Morgan adopts and incorporates by reference, as if recited herein, the arguments, authorities, exhibits and requests for relief set forth therein.

Accordingly, David M Morgan, *pro se*, requests this court DENY the government's Motion for Protective Order.

Respectfully submitted,

Dated November 21, 2023

*/s/ David M Morgan*

David M Morgan
(Proposed) Intervenor

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I filed the foregoing brief with the Clerk of the U.S. District Court for the District of Arizona in person.

Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system