# Exhibit 1

| | |
|---|---|
| **From:** | Parke, Daniel (USAAZ) [Contractor] |
| **To:** | Bruce Feder; Gary S. Lincenberg; gpanchapakesan@birdmarella.com; Paul Cambria; Erin McCampbell Paris; eric@kesslerlawgroup.net |
| **Cc:** | Stone, Andrew (USAAZ); Berry, Austin (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Boyle, Daniel (USACAC); Rapp, Kevin (USAAZ) |
| **Subject:** | RE: Discovery Request re Hearing on Defendants" Motion to Dismiss or to Strike Testimony, and Request for a Hearing (Doc. 1967) being set for 11/14 at 2:30 p.m. in 605 |
| **Date:** | Thursday, November 16, 2023 9:51:36 AM |

Good morning Counsel,

After review we determined that thirteen documents in Disclosure 51 had bates numbers that overlapped with the documents provided in Disclosure 48. Those thirteen documents have been renumbered and now have bates numbers **USAO-BP-0038239** to **USAO-BP-0038267**, they should no longer overlap with the documents provided in Disclosure 48. As a result of renumbering, there are no documents for bates numbers **USAO-BP-0037987** to **USAO-BP-0037992**. Please access USAFX to download the updated documents which are accessible here: https://usafx.box.com/s/41xx1om8wpma59tvya72wennvnbo8iv6

Please let me know if you have any difficulties accessing or downloading the documents.

Thank you,
Daniel Parke | Legal Assistant [Contractor]
U.S. Attorney's Office | District of Arizona
40 N. Central Ave., Ste. 1800, Phoenix, AZ 85004-4408
Phone: (602) 514-7616 | Fax: (602) 514-7450 | daniel.parke@usdoj.gov

---

**From:** Parke, Daniel (USAAZ) [Contractor]
**Sent:** Tuesday, November 14, 2023 2:05 PM
**To:** Bruce Feder <bf@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; gpanchapakesan@birdmarella.com; Paul Cambria <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; eric@kesslerlawgroup.net
**Cc:** Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Berry, Austin (CRM) <Austin.Berry2@usdoj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** RE: Discovery Request re Hearing on Defendants' Motion to Dismiss or to Strike Testimony, and Request for a Hearing (Doc. 1967) being set for 11/14 at 2:30 p.m. in 605

Good afternoon Counsel,

Disclosure 51 has been uploaded to a USAFX file here:
https://usafx.box.com/s/41xx1om8wpma59tvya72wennvnbo8iv6

Please contact me as soon as possible if you do not have a USAFX account.

Thank you,
Daniel Parke | Legal Assistant [Contractor]

U.S. Attorney's Office | District of Arizona
40 N. Central Ave., Ste. 1800, Phoenix, AZ 85004-4408
Phone: (602) 514-7616 | Fax: (602) 514-7450 | daniel.parke@usdoj.gov

---

**From:** Rapp, Kevin (USAAZ)
**Sent:** Tuesday, November 14, 2023 12:02 PM
**To:** 'Bruce Feder' <bf@federlawpa.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Berry, Austin (CRM) <Austin.Berry2@usdoj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>; Eric Kessler <eric@kesslerlawgroup.net>
**Subject:** RE: Discovery Request re Hearing on Defendants' Motion to Dismiss or to Strike Testimony, and Request for a Hearing (Doc. 1967) being set for 11/14 at 2:30 p.m. in 605

Counsel:

We intend to have Carl Ferrer available to testify, if needed, at today's 2:30 hearing. In addition, if there is a forfeiture trial the attached 18 emails (post SSI) from Ferrer are Jencks/26.2 regarding the surrender of assets. The bulk of these assets referenced in the emails are not the subject of the forfeiture action here but are related to the civil complaint in CDCA and the Backpage action in CR 18-00465-PHX-DJH. Thanks.


**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes Section and Public Corruption Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**

---

**From:** Bruce Feder <bf@federlawpa.com>
**Sent:** Monday, November 13, 2023 5:58 PM
**To:** Gary S. Lincenberg <glincenberg@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Stone, Andrew (USAAZ) <AStone1@usa.doj.gov>; Rapp, Kevin (USAAZ) <KRapp@usa.doj.gov>; Berry, Austin (CRM) <Austin.Berry2@usdoj.gov>; Perlmeter, Margaret (USAAZ) <MPerlmeter@usa.doj.gov>; Kozinets, Peter (USAAZ) <PKozinets@usa.doj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>; Eric Kessler <eric@kesslerlawgroup.net>; joy@joybertrandlaw.com; david_deisenbergplc.com <david@deisenbergplc.com>
**Subject:** [EXTERNAL] Re: Discovery Request re Hearing on Defendants' Motion to Dismiss or to Strike Testimony, and Request for a Hearing (Doc. 1967) being set for 11/14 at 2:30 p.m. in 605

All- given the circumstances, the defense also requests that Carl Ferrer also be a available to testify at tomorrow's hearing. Thanks.

Get [Outlook for iOS](#)

**From:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Sent:** Monday, November 13, 2023 5:47:02 PM
**To:** Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Berry, Austin (CRM) <Austin.Berry2@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>; Bruce Feder <bf@federlawpa.com>; Eric Kessler <eric@kesslerlawgroup.net>; joy@joybertrandlaw.com <joy@joybertrandlaw.com>; david_deisenbergplc.com <david@deisenbergplc.com>
**Subject:** Discovery Request re Hearing on Defendants' Motion to Dismiss or to Strike Testimony, and Request for a Hearing (Doc. 1967) being set for 11/14 at 2:30 p.m. in 605

Government Counsel,

In preparation for tomorrow afternoon's hearing, please produce to us by 9:00 am tomorrow morning the following:

- All versions of the Quoc Thai Report (also referred to as Backpage Investigation Asset Tracing Master Document Draft dated 11/4/21)
- Notes, communications and reports of Mr. Thai and Mr. Versoza relating to their work on this case
- Notes and communications of government officials relating to communications with Mr. Thai and Mr. Versoza about the money laundering and forfeiture allegations
- Notes and communications of all government agents from discussions with Ferrer and his counsel relating to the money laundering and forfeiture allegations

Thank you,

## Gary S. Lincenberg

*California Top 100 Lawyer*
**Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor, Los Angeles, California 90067

---

**From:** AZDdb_Humetewa Chambers <humetewa_chambers@azd.uscourts.gov>
**Sent:** Monday, November 13, 2023 3:43 PM
**To:** Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Berry, Austin (CRM) <Austin.Berry2@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Gary S. Lincenberg

<glincenberg@birdmarella.com>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>; Bruce Feder <bf@federlawpa.com>; Eric Kessler <eric@kesslerlawgroup.net>; joy@joybertrandlaw.com; david_deisenbergplc.com <david@deisenbergplc.com>
**Cc:** Liliana Figueroa <Liliana_Figueroa@azd.uscourts.gov>
**Subject:** US v. Lacey - Hearing on Defendants' Motion to Dismiss or to Strike Testimony, and Request for a Hearing (Doc. 1967) being set for 11/14 at 2:30 p.m. in 605
**Importance:** High

Counsel,
I wanted to give you a head's up that an order will be out here soon setting an evidentiary hearing on Defendants' recent Motion to Dismiss (Doc. 1967) and the Government's Response to the oral Motion to Dismiss (Doc. 1966).   The hearing will be tomorrow, November 14, 2024, at 2:30 p.m. in 605 (not the SPC).  Exhibits and witness lists should be to Liliana by noon.  The Court anticipates that Defendants will want to examine Quoc Thai and Lyndon Versoza, so wants to make sure they can be made available.   Given that we will be in a smaller courtroom, the Court will also waive client appearances if they so request.

Again, an order will be out with these details soon.

Regards,
Christine

**Christine Ritland**
Law Clerk to Hon. Diane J. Humetewa
U.S. District Court, District of Arizona

