# Exhibit 3

| | |
|---|---|
| **From:** | Rapp, Kevin (USAAZ) |
| **To:** | Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Jones, Reginald (CRM) |
| **Cc:** | Tolhurst, Desirae K. (PX) (FBI); Fryberger, Amy L. (PX) (FBI); Robinson Richard W (Richard.Robinson@ci.irs.gov); Versoza, Lyndon A; Schuetta, Angela (USAAZ) [Contractor] |
| **Subject:** | BP witness list |
| **Date:** | Tuesday, January 8, 2019 12:44:50 PM |
| **Attachments:** | Witness List .docx |

All,

Attached is a draft preliminary witness list . Please review and if you believe we are missing a witness please forward the name and brief description of expected testimony or count that the testimony would support to Angela. Don't put it on the  list and send it back.   We have two pressing deadlines :  Jencks statements are due to defense by 2/25 and   witness list (and preliminary exhibit list)  are due on 4/1. We will review the witness list on 1/14 to determine if all statements have been forwarded to relativity. Lastly, the attorneys should review list and identify witnesses they intend on handling at trial. Once you select your witness you will be responsible for identifying exhibits that will be used. Any questions give me a call and don't send an email. Thanks.

**Kevin M. Rapp| Assistant U.S. Attorney**
**Senior Litigation Counsel**
**Financial Crimes and Public Integrity Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**