# Exhibit 5



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Conversation

---

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000283711 | **Location:** | Conference Call |
| **Investigation Name:** | Carl Allen Ferrer | | |
| **Date:** | June 11, 2019 | | |
| **Time:** | About 11:17 a.m.-3:00 p.m. | | |
| **Participant(s):** | Carl Ferrer, Former CEO, Backpage.com | | |
| | Jonathan Baum, Counsel to Ferrer | | |
| | Kevin Rapp, Asst U.S. Attorney | | |
| | Angela Schuetta, Paralegal, U.S. Attorney's Office (present for 1st hour) | | |
| | Richard Robinson, Special Agent | | |

[This MOI version includes changes proposed in the December 3, 2019 Interview.]

On the above date, the above-named parties called in for a pre-arranged conference call. Portions of some documents were read to Carl Ferrer (FERRER) over the phone, but FERRER did not have the documents to review during the call. FERRER provided the following information regarding Don Moon (MOON) and others involved with Backpage.com (Backpage):

### MOON'S Early Involvement with Backpage

1. MOON became involved in Backpage's business affairs during the time when Ed McNally and Hemu [Hemanshu Nigam] were providing services for Backpage. MOON just seemed to insert himself into the mix of advisors.

    a. After that, MOON took on something of an alpha role among the advisors, like a chairman.

    b. McNally understood that MOON had a lot of influence.

2. They would hear from MOON and from Jed Brunst (BRUNST) in terms of who among the lawyers and advisors would get paid.

    a. Early on there would be invoices and they wouldn't make payments without an invoice.

    b. Later on payments to law firms were all retainers. Backpage staff would be told to send a check to a given law firm.

3. After the sale, the sellers would sometimes count these sizable payments to law firms as principal payments, but they usually would not. FERRER has

   documents that would let him know exactly which payments were counted as principal payments.

4. MOON would often tell FERRER how hard it was for MOON to negotiate with Jim Larkin (LARKIN) and how MOON felt that LARKIN undervalued MOON'S contributions.

5. MOON often referred to himself as someone who had a good understanding of the legal environment and good business sense.

6. Backpage received invoices from MOON for services rendered.  Backpage would have issued a Forms 1099 for the payments made to MOON.

7. Backpage's business department perceived Liz McDougall (McDougall) as working for Backpage even though she was paid as a contractor.

    a. When McDougall was hired, Backpage was looking for someone to handle all things for Backpage, including hiring attorneys for cases. McDougall had some involvement in that, but MOON took over the hiring of attorneys.

    b. McDougall was to be Backpage's counsel, but MOON didn't feel that she was up to the challenge.

8. At times, McDougall and Jim Grant could barely talk on a civil basis.  Grant reported to MOON.

9. By 2012, McDougall reported to MOON.  MOON was running the legal strategy by that time.  McDougall did not report to FERRER.

10. LARKIN was not happy with McDougall.  When they first received a grand jury subpoena from the Western District of Washington McDougall expressed that she may need her own attorney.  This cause LARKIN to ask 'What kind of attorney is she?'

11. McDougall would say that MOON is a blow-hard and a bully.

    a. MOON didn't care for McDougall very much.  He downplayed her contribution and shut her out.

    b. She was aware that she was being shut out.  FERRER thinks that McDougall put up with this and stayed because the money was still pretty good.

## Marking Documents as Privileged

12. Around 2012, Liz McDougall had advised FERRER to start documents with headings or phrases such as "Questions for Counsel," "Legal Opinion," or "Privileged."

    a. Several documents often had no counsel involved, but were labeled that way.  It was just a way to protect the documents.

    b. This began around the time that the federal grand jury investigation in