UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST --- CRIMINAL

☐ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

NOV 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Motion to Suppress    ☐ Non-Jury Trial    ☒ Jury Trial

USA vs. Lacey, Michael, et al                CR- 18-422-PHX-DJH

Last, First, Middle Initial                  Year-Case No-Deft No-Judge

☒ GOVERNMENT             ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Adams, Jess | | 10/10/23 | 10/10-11/23 |
| 2. | Allen, Ernie | | | |
| 3. | Alstadt, Brian | | | |
| 4. | Beck, Anya | | 10/12/23 | 10/12/23 |
| 5. | Benson, Andrea | | 10/17/23 | 10/17/23 |
| 6. | Bethea, Gustave | | | |
| 7. | Butler, Christopher | | | |
| 8. | Cervantes, Astrid | | 10/17/23 | 10/17/23 |
| 9. | Decoufle, Christina | | | |
| 10. | Elliott, Martin | | | |
| 11. | Fassett, Byron | | | |
| 12. | Ferrer, Carl | | 9/12/23 | 9/12-10/10/23 |
| 13. | Fichtner, Brian | | | |
| 14. | Figueroa, Naiomy | | 10/17/23 | 10/17/23 |
| 15. | Fraizer, Shaniqua | | | |
| 16. | Fritze, Derek | | 10/17/23 | 10/17-18/23 |
| 17. | Frost, Matthew | | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 18. | Gallagher, Mike | | | |
| 19. | Gaughan, Daniel | | | |
| 20. | Gavin, Donna M. | | | |
| 21. | Griffin, Brian | | 10/13/23 | 10/13/23 |
| 22. | Hansen, Mickey | | 10/11/23 | 10/11-12/23 |
| 23. | Henderson, Katharine | | | |
| 24. | Hodges, Breahannah (Breahannah Leary) | | 10/11/23 | 10/11/23 |
| 25. | Howard, Lin | | 10/12/23 | 10/12/23 |
| 26. | Hyer, Daniel | | 10/18/23 | 10/18-19/23 |
| 27. | King, Penelope | | | |
| 28. | Landau, Carrie | | | |
| 29. | Leggat, Rob | | | |
| 30. | Lundstrom, Megan | | 10/19/23 | 10/19-20/23 |
| 31. | Luria, Isaac | | 10/11/23 | 10/11/23 |
| 32. | Mackey, Tera | | | |
| 33. | McGoldrick, Jason | | | |
| 34. | Mohan, Monita | | | |
| 35. | Mott, Detrick | | | |
| 36. | Murry, Eric | | 10/12/23 | 10/12-13/23 |
| 37. | Myles, Bradley | | 10/18/23 | 10/18/23 |
| 38. | Ortiz, Destinee | | | |
| 39. | Russo, Michael | | | |
| 40. | Sanders, Arshana  (Sanders-Willis, Arshana) | | 10/17/23 | 10/17/23 |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 41. | Selis, Paula | | | |
| 42. | Shehan, John | | 10/18/23 | 10/18/23 |
| 43. | Shehan, Staca | | | |
| 44. | Svengard, Jessika | | 10/13/23 | 10/13/23 |
| 45. | Svengard, Nacole | | | |
| 46. | Thai, Quoc | | 10/13/23 | 10/13-17/23 |
| 47. | Thurman, Jordan | | 10/18/23 | 10/18/23 |
| 48. | Way, Sarah | | | |

*The government reserves the right to call any witnesses on the defense witness list