**AMENDED**
DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Diane J. Humetewa** | **Date:** September 22, 2023 |
| **USA v. Michael Lacey, et al** | **Case Number: CR-18-00422-PHX-DJH** |

**Assistant U.S. Attorneys:** Kevin Rapp, Austin Berry, Margaret Perlmeter, Andrew Stone, Peter Kozinets

**Attorneys for Defendants: Paul J. Cambria Jr.**, Retained for Defendant Lacey, present; **Bruce S. Feder**, Retained *(Knapp)* and **Eric W. Kessler**, CJA for Defendant Spear, present; **Gary S. Lincenberg** and **Gopi K. Panchapakesan**, Retained for Defendant Brunst, present; **David S. Eisenberg**, CJA for Defendant Padilla, present; **Joy M. Bertrand**, CJA for Defendant Vaught, present.

**Defendants:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 11):**

9:11 a.m. Court reconvenes. 9:13 a.m. Jury present. Carl Ferrer examined further. Exhibits 2041, 2042, 85a pages 1 and 5, 836a page 2, 1 page 4, 1246, 1796, 220a, 222, and 222a are admitted. 10:46 a.m. Recess.

11:05 a.m. Court reconvenes. Discussion held re: Exhibit 1. 11:10 a.m. Jury present. Witness examined further. Exhibits 1 page 3, 1718, 1719, 1720, 1721, 1735, 1723, 1724, 1725, 1727 page 1, 1728, 1729, 1730, 1731, 1732, 1722, 1726, 1733, 223, 224, 226, 227, 228, 229, 230, and 225 are admitted. 12:20 p.m. Cross-Examination by Mr. Feder. 12:32 p.m. Jury exits courtroom. Discussion held re: Exhibits. Government shall file a Reply to its Stipulation and Objections (Doc. 1801) by 5:00 p.m. on Saturday, September 23, 2023. A hearing to address the objections re: Exhibits is set for **Monday, September 25, 2023 at 3:45 p.m. in Courtroom 605**. Counsel may appear telephonically and the presence of Defendants may be waived. Counsel waive the presence of their respective clients for Defendants Lacey, Padilla, Spear and Vaught for Monday's hearing. 12:47 p.m. Trial in recess until Tuesday, September 26, 2023 at 8:45 a.m.

| | |
|---|---|
| **Court Reporter** Cathy Taylor | **Start: 9:11 AM** |
| **Deputy Clerk** Liliana Figueroa | **Stop: 12:47 PM** |
| | **Total: 3hrs 31min** |