```
                FILED      ___ LODGED
                RECEIVED   ___ COPY

                  NOV 16 2023

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY                    DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>         Defendants. | No. CR-18-00422-PHX-DJH<br><br>**MINUTE ORDER RE: EXHIBITS** |

**CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATION**

I/We have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are accurate.

DATE: 11/2/23

_____
Attorney(s) for Plaintiff

DATE: 11/07/2023

_____
Attorney(s) for Defendant Lacey

DATE: 11.2.23

_____
Attorney(s) for Defendant Spear

DATE: 11/7/23

_____
Attorney(s) for Defendant Brunst

DATE: 11/07/2023

_____
Attorney(s) for Defendant Padilla

DATE: 11/07/2023

_____
Attorney(s) for Defendant Vaught