IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-DJH |
|---|---|
| Plaintiff, | **MINUTE ORDER RE: EXHIBITS** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the exhibits marked and/or admitted in the above-entitled case as the time of the Jury Trial are returned to respective counsel on November 16, 2023. Counsel are directed to retain custody of the exhibits until the case is completely terminated, including all appeals.

Dated this 16th day of November, 2023.

Debra D. Lucas,
District Court Executive/Clerk of Court

by: _____
L. Figueroa
Courtroom Deputy for Judge Diane J. Humetewa

_____ Plaintiff's counsel/representative signature

_____ Defendants' counsel/representative signature