IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>vs.<br><br>Michael Lacey, *et al.*,<br><br>           Defendants. | NO. CR-18-00422-PHX-SMB<br><br>**[PROPOSED] ORDER** |

Upon Motion of the Defendants, and with good cause appearing,

IT IS ORDERED granting Defendants' request to file a joint brief in excess of the page limits.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge