# UNITED STATES DISTRICT COURT
for the
## District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  **Office of Legal Affairs, Passport Services**
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:**  United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

## Disposition Notice

**Date:**  December 8, 2023

**By:**  VE

| | |
|---|---|
| Defendant:  Joye Vaught | Case Number:  0970 2:18CR00422 |
| Date of Birth: ███████ | Place of Birth:  Phoenix, Arizona |
| SSN: ███████ | |

### Notice of Court Order (Order Date: April 6, 2018)

☒  The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒  The above-named defendant surrendered Passport/Passport Card number ███████ to the custody of the U.S. Pretrial Services on April 12, 2018.

## NOTICE OF DISPOSITION
The above case has been disposed of.

☒  The above order of the court is no longer in effect.

☐  Defendant not convicted – Document returned to defendant.

☐  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒  Defendant acquitted.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court