| Trial Day | Date | Session | Copy / Original | Notes |
|---|---|---|---|---|
| Day 3 | 8/31/2023 | Afternoon only | Copy | |
| Day 4 | 9/12/2023 | Morning and Afternoon | Copy | Afternoon copy only provide 18 pg. exerpt without witness testimony |
| Day 7 | 9/15/2023 | Morning only | Original | Only provide 20 pg. exerpt without witness testimony |
| Day 17 | 10/12/2023 | Morning only | Copy | |
| Day 19 | 10/17/2023 | Afternoon only | Copy | |
| Day 22 | 10/20/2023 | Morning only | Copy | |
| Day 23 | 10/24/2023 | Morning only | Copy | |
| Day 24 | 10/25/2023 | Morning and Afternoon | Copy | |
| Day 25 | 10/26/2023 | Morning and Afternoon | Copy | |
| Day 26 | 10/27/2023 | Morning and Afternoon | Copy | |
| Day 27 | 10/31/2023 | Morning and Afternoon | Copy | |
| Day 28 | 11/1/2023 | Morning and Afternoon | Copy | |