# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The Court having reviewed the United States' Unopposed Motion to Extend Deadline to File Responses to Defendants' Post-Trial Motions [Docs. 2004, 2006, 2007, 2009], and good cause appearing,

**IT IS ORDERED** granting the United States' Unopposed Motion to Extend Deadline to File Responses to Defendants' Post-Trial Motions.

**IT IS FURTHER ORDERED** extending the deadline for the United States to file responses to Docs. 2004, 2006, 2007, and 2009 until and including December 22, 2023.