# Exhibit A

**Exhibit A**

**Summary of Ads Charged in Counts 2-18**

| Count | Ex. | Published in "Escorts" Section | P.R. Ad (Known Prostitute) | Prostitution Transaction Code Words | Image Moderation |
|---|---|---|---|---|---|
| 2 | 212, 212a | x[1] | | x | |
| 3 | 504 | x | x | x | |
| 4 | 214 | x | | x | x |
| 5 | 214a | x | | x | x |
| 6 | 505 | x | x | x | |
| 7 | 506 | x | x | x | |
| 8 | 507 | x | x | x | |
| 9 | 508 | x | x | x | |
| 10 | 509 | x | x | x | |
| 11 | 510 | x | x | x | |
| 12 | 215a | x | | x | x |
| 13 | 217a | x | | x | x |
| 14 | 215 | x | | x | |
| 15 | 217 | x | | x | x |
| 16 | 216 | x | | x | x |
| 17 | 216a | x | | x | x |
| 18 | 511 | x | x | x | |

---

[1] This mobile ad that doesn't identify the Escorts section, but contains a link to an Escorts ad by the same user. See Ex. 212a.