Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: 602.257.0135
bf@federlawpa.com
*Attorney/Knapp Counsel for Scott Spear*

Eric W. Kessler, Esq. (AZ Bar No. 009158)
KESSLER LAW GROUP
9237 E. Via De Ventura, Suite 230
Scottsdale, AZ 85258
Telephone: 480.644.0093
Eric@kesslerlawgroup.net
*Attorney for Scott Spear*

Gary Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Gopi Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD MARELLA BOXER WOLPERT, NESSIM DROOKS LINCENBERG RHOW, PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: 310.201.2100
glincenberg@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Paul J. Cambria (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell Paris (NY Bar No. 4480166, *admitted pro hac vice*)
LIPSITZ GREENE SCHIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: 716.849.1333
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR18-00422-PHX-DJH |
| Plaintiff, | **DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLIES AND MOTION FOR EXENSION OF TIME TO FILE RULES 29 AND 33 REPLIES** |
| vs. | |
| Scott Spear, *et al.*, | |
| Defendants. | *(Assigned to the Hon. Diane J. Humetewa)* |

1  Defendants, by and through their attorneys undersigned, hereby submit their Motion for Leave to File Replies and Request for an Extension of Time to Reply to the Governments' Response to the Defendants' Motion for New Trial. The defendants further submit their motion to file replies to their Rule 29 Motions. Finally, the Defendants request that the time for their replies be extended to on or before January 16, 2024.

Undersigned has consulted with the Government, who has no objection to the extension, but won't oppose the defendants' request for leave to file replies. Given the assertions made in the responses, replies to address such assertions are necessary.

Therefore, it is respectfully requested that these replies be allowed, and that the time for filing such replies be extended to and including January 16, 2024.

Defendant does not make this motion for reason of delay, but in the interest of justice.

RESPECTFULLY SUBMITTED this 27th day of December, 2023.

**FEDER LAW OFFICE, P.A.**

*s/ Bruce Feder*
Bruce Feder
*Knapp Counsel for Scott Spear*

**KESSLER LAW GROUP**

*s/ Eric Kessler*
Eric Kessler
*Attorneys for Scott Spear*

**BIRD MARELLA BOXER WOLPERT, NESSIM DROOKS LINCENBERG RHOW, PC**

*s/ Gary Lincenberg*
Gary Lincenberg
*Attorneys for Jed Brunst*

**LIPSITZ GREENE SCHIME CAMBRIA, LLP**

*s/ Paul Cambria*
Paul Cambria
*Attorneys for Michael Lacey*

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Email: Humetewa_chambers@azd.uscourts.gov

Andrew Stone Andrew.Stone@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Joseph Bozdech Joseph.Bozdech@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Kevin Rapp Kevin.Rapp@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
*Attorneys for United States of America*

By:  */s/ M. Evans*