IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR18-00422-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Scott Spear, *et al*., | |
| Defendants. | |

THE COURT, upon review of the defendants' Joint Motion for Leave to File Replies and to Extend Reply Deadline for Rules 29 and 33 Motions, and good cause appearing:

**IT IS HEREBY ORDERED** allowing the defendants leave to file replies regarding their Rules 29 and 33 Motions.

**IT IS FURTHER ORDERED** granting the defendants' Joint Motion to Extend Reply deadline to January 16, 2024.

DATED this _____ day of December, 2023.

The Honorable Diane J. Humetewa