# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

This case is before the Court on its own review. The Speedy Trial time as to counts the jury did not reach a verdict started on November 16, 2023. (*See* Doc. 1978).

Accordingly,

**IT IS ORDERED** that no later than **January 23, 2024**, the Government shall inform the Court whether it intends to proceed to trial on any of the Defendants for any of the counts for which the jury did not return a verdict.

Dated this 10th day of January, 2024.

Honorable Diane J. Humetewa
United States District Judge