# UNITED STATES DISTRICT COURT
for the
District of Arizona

## AMENDED NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Disposition Notice**

**Date:** January 12, 2024
**By:** kml

---

**Defendant:** James Larkin
**Date of Birth:** 1949
**SSN:** xxx-xx-6520

**Case Number:** 0970 2:18CR00422
**Place of Birth:** Nebraska

---

**Notice of Court Order** (Order Date: April 16, 2018)

☒  The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

**AMENDED NOTICE OF DISPOSITION**
The above case has been disposed of.

☒  The above order of the court is no longer in effect.

☒  Defendant deceased – Document forwarded to U.S. Department of State 1/11/24 in separate mailing.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court