NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | CR-18-422-PHX-DJH<br><br>**UNITED STATES' MOTION FOR LEAVE FOR TRIAL ATTORNEY AUSTIN M. BERRY TO APPEAR BY PHONE/VIDEO-CONFERENCE**<br><br>**Date: January 29, 2024**<br>**Time: 9:15 A.M.** |

Undersigned counsel for the United States, Austin M. Berry, hereby moves for permission to appear remotely via phone or video conference at the January 29, 2024 status conference currently scheduled for 9:15AM.

Respectfully submitted this 25th day of January, 2024.

                                         NICOLE M. ARGENTIERI
                                         Acting Assistant Attorney General
                                         Criminal Division, U.S. Department of Justice

                                         *s/Austin M. Berry*
                                         AUSTIN M. BERRY
                                         Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Austin M. Berry*
Austin M. Berry
Trial Attorney
Child Exploitation & Obscenity Section
Department of Justice