AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Arizona_____

United States of America,

                Plaintiff (s),

V.

Michael Lacey, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cr-00422-PHX-DJH

Notice is hereby given that, subject to approval by the court, __John Brunst__ substitutes
(Party (s) Name)

__Gary S. Lincenberg / Ariel A. Neuman / Gopi K. Panchapakesan__ , State Bar No. __Admitted Pro Hac Vice__ as counsel of record in
(Name of New Attorney)

place of __Gary S. Lincenberg / Ariel A. Neuman / Gopi K. Panchapakesan__
(Name of Attorney (s) Withdrawing Appearance)

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

Contact information for new counsel is as follows:

Firm Name: **BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**

Address: 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067

Telephone: (310) 201-2100      Facsimile (310) 201-2110

E-Mail (Optional): gkp@birdmarella.com

I consent to the above substitution.

Date: February 2, 2024

                                                          (Signature of Party (s))

I consent to being substituted.

Date: January 30, 2024

                                          Gary S. Lincenberg
                                          Ariel A. Neuman
                            (Signature of Former Attorney (s))
                                          Gopi K. Panchapakesan

I consent to the above substitution.

Date: January 30, 2024

                                          Gary S. Lincenberg
                                          Ariel A. Neuman
                            (Signature of New Attorney)
                                          Gopi K. Panchapakesan

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

3919342.1