Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

Eric W. Kessler, Esq. (AZ Bar No. 009158)
KESSLER LAW GROUP
9237 E. Via De Ventura
Suite 230
Scottsdale, AZ 85258
Telephone: 480.644.0093
Eric@kesslerlawgroup.net
*Attorney for Scott Spear*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR18-00422-PHX-DJH-003 |
| Plaintiff, | **DEFENDANT SPEAR'S MOTION TO CONTINUE SENTENCING, AND JOINDER TO CO-DEFENDANT MICHAEL LACEY'S SENTENCING CONTIUANCE REQUEST** |
| vs. | |
| Scott Spear, *et al*., | |
| Defendants. | |

The defendant, Scott Spear, by and through his attorneys undersigned, moves this court for its order continuing the present sentencing date from May 1, 2024, to no earlier than July 5, 2024, for the reasons that:

1)      It is believed the proper sentencing guideline determination will be complex and that expert assistance will be needed, given the relative uniqueness of the present case, particularly given the paucity of guideline calculations for the use of the Travel Act to a social media company protected by the First Amendment and § 230 of

1

the Communications Decency Act (CDA 230). It is anticipated that counsel for Mr. Spear will seek expert assistance in calculating and filing any necessary objections to the guideline calculations. As of the day of filing, counsel has not yet received a draft PSR, and anticipates it will not be filed for two weeks from today's date;

2)      Mr. Spear has substantial physical and other health considerations that are relevant to sentencing mitigation and also potential placement in the Federal Bureau of Prisons, including his age (73), and his serious spinal and respiratory problems (Counsel is still in the process of gathering all documentation necessary for the pre-sentence report writer, the BOP, and potential relevant experts). More specifically, these considerations are relevant to Mr. Spear's ability to withstand incarceration if this Court should consider such an outcome. The defense is in the process of retaining these experts but needs additional time for such experts to initiate and complete their work. It will likely be impossible to complete this preparation before the present May 1, 2024 sentencing date, especially as the initial PSR calculations will not be disclosed until 04/10/2024.  One expected expert anticipates needing until at least mid-June to complete her work;

3)      Given Mr. Spears' age, health, and the limited life expectancy of incarcerated individuals, it is likely that ANY term of imprisonment for Mr. Spears could amount to a life sentence.  As such, even putting aside the uncertain guideline range, the stakes at sentencing could not be higher.  Defense counsel requires additional time to adequately prepare for sentencing;

4)      The undersigned attorney has preplanned, prepaid travel plans to be outside of the state and country from the first week of May until on or about June 16, 2024. To comply with this court's order to file any sentencing memorandum six business days prior to sentencing, the present requested sentencing date is no earlier than July 5, 2024.

5)      This Court previously scheduled sentencing for Defendant Spear, Brunst, and Lacey on May 1, 2024. The government stipulated to continue the sentencing of Mr. Brunst to mid-June, 2024;

2

6)    Defense counsel have consulted with the assigned prosecutors who indicate they will file their position in the near future.

7)    Defendant Spear also joins in the sentencing continuance motion filed by co-defendant Michael Lacey, in all respects, as said motion applies to Mr. Spear as well.

RESPECTFULLY SUBMITTED this 27th day of March, 2024.

**FEDER LAW OFFICE, PA**

*s/ Bruce Feder*
Bruce Feder
*Attorneys for Scott Spear*

**KESSLER LAW GROUP**

*s/ Eric Kessler  (signed w/ permission)*
Eric Kessler
*Attorneys for Scott Spear*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2004, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HEMETEWA
United States District Court
Email: Hemetewa_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Paul J. Cambria, pcambria@lglaw.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
*Attorneys for Defendants*

Andrew Stone Andrew.Stone@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Joseph Bozdech Joseph.Bozdech@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Kevin Rapp Kevin.Rapp@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
*Attorneys for United States of America*

Angela Leonard Angela_Leonard@azd.courts.gov
*Presentence Report Writer*
*U.S. Adult Probation*

By:  */s/ M. Evans*