# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-DJH |
| Plaintiff, | **JUDGMENT OF ACQUITTAL** |
| v. | |
| Michael Lacey, | |
| Defendant. | |

**IT IS ORDERED** that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Count 63.

**IT IS FURTHER ORDERED** that pursuant to the Court's Order filed April 23, 2024, the Defendant is hereby discharged as to Counts 19-51, 66-70, 81, 83-84, 86, 88-92 and 94-99 of the Superseding Indictment.

**IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby acquitted and discharged as to these counts only pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

Dated this 23rd day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge