IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Scott Spear,<br><br>            Defendant. | No. CR-18-00422-003-PHX-DJH<br><br>**JUDGMENT OF ACQUITTAL** |

**IT IS ORDERED** that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Counts 19-51 and 63-68.

**IT IS FURTHER ORDERED** that pursuant to the Court's Order filed April 23, 2024, the Defendant is hereby discharged as to Counts 71-78, 85 and 93 of the Superseding Indictment.

**IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby acquitted and discharged as to these counts only pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

Dated this 23rd day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge