1  Bruce Feder (AZ Bar No. 004832)
   FEDER LAW OFFICE PA
2  2930 E. Camelback Road, Suite 160
   Phoenix, Arizona 85016
3  Telephone: (602) 257-0135
4  bf@federlawpa.com
   *Attorney for Scott Spear*
5

6  Eric W. Kessler, Esq. (AZ Bar No. 009158)
   KESSLER LAW GROUP
7  9237 E. Via De Ventura
8  Suite 230
   Scottsdale, AZ 85258
9  Telephone: 480.644.0093
10 Eric@kesslerlawgroup.net
   *Attorney for Scott Spear*
11

12                  IN THE UNITED STATES DISTRICT COURT

13                     FOR THE DISTRICT OF ARIZONA

14
   United States of America,              Case No. CR18-00422-PHX-DJH-003
15
                           Plaintiff,     **DEFENDANT SPEAR'S MOTION TO**
16                                        **EXTEND DEADLINE TO SUBMIT**
   v.                                     **OBJECTIONS TO PSR REPORT**
17
   Scott Spear, *et al*.,                 ***(EXPEDITED RULING REQUESTED)***
18
19                         Defendants.

20
           The defendant, Scott Spear, by and through his attorneys undersigned and pursuant
21
   to Rule 32(f)(1), moves this court for its order extending the deadline to submit objections
22
   to the PSR Report. Defendant requests that the deadline be extended to June 24, 2024,
23
   for the reasons that:
24
       1)  Sentencing has been continued to July 9, 2024;
25
       2)  Defendant has just retained an expert regarding the guideline calculations and their
26
           report is not yet prepared; and
27
       3)  Undersigned will be out of state  from May 8, 2024  through  June 15, 2024,  and
28

                                          1

will be unavailable during that time.

Therefore, it is requested that this Court issue an order extending the deadline to submit objections to the PSR Report.

RESPECTFULLY SUBMITTED this 23rd day of April, 2024.

**FEDER LAW OFFICE, PA**

*s/ Bruce Feder*
Bruce Feder
*Attorneys for Scott Spear*

**KESSLER LAW GROUP**

*s/ Eric Kessler  (signed w/ permission)*
Eric Kessler
*Attorneys for Scott Spear*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003
Efiling: https://ecf.azd.uscourts.gov/cgi-bin/login.pl

THE HONORABLE DIANE J. HUMETEWA
United States District Court
Email: Humetewa_chambers@azd.uscourts.gov

Erin E. McCampbell, emccampbell@lglaw.com
Paul J. Cambria, pcambria@lglaw.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
*Attorneys for Defendants*

Andrew Stone Andrew.Stone@usdoj.gov
Daniel Boyle Daniel.Boyle2@usdoj.gov
Peter Kozinets Peter.Kozinets@usdoj.gov
Joseph Bozdech Joseph.Bozdech@usdoj.gov
Margaret Perlmeter Margaret.Perlmeter@usdoj.gov
Kevin Rapp Kevin.Rapp@usdoj.gov
Austin Berry berry2.austin@usdoj.gov
*Attorneys for United States of America*

Angela Leonard Angela_Leonard@azd.courts.gov
*Presentence Report Writer*
*U.S. Adult Probation*

By:  */s/ M. Evans*

4