UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX DJH-003 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Scott Spear, | ) | |
| Defendant. | ) | |

THIS COURT, having considered Defendant Spear's Motion to Extend the Objections to the PSR Report deadline, and good cause appearing,

**IT IS ORDERED** granting Defendant Spear's Motion to Extend the Objections to the PSR Report deadline (Docket _____);

**IT IS FURTHER ORDERED** extending the objections to the PSR Report deadline, from April 25, 2024, to _____, 2024.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE DIANE J. HUMETEWA