GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CR-18-422-PHX-DJH |
| Plaintiff, | **UNITED STATES' MOTION FOR CORRECTION OF THE COURT'S APRIL 23, 2024 ORDER AND JUDGMENTS** |
| v. | |
| Michael Lacey, et al., | **(Docs. 2063, 2064, and 2066)** |
| Defendants. | |

In its April 23, 2024 Order on Defendants' Oral and Supplemental Rule 29 Motions (Order), the Court denied Defendant Michael Lacey and John Brunst's motions for acquittal regarding Counts 64-68 of the Superseding Indictment. (Doc. 2063 at 47-48.) Counts 64-68 charged Lacey and Brunst with International Promotional Money Laundering regarding five transfers from Ad Tech B.V. to Cereus Properties, in violation of 18 U.S.C. § 1956(a)(2)(A). (Doc. 230 ¶¶ 206-207.) After carefully analyzing the law and evidence, the Court found that Defendants had failed to show entitlement to Rule 29 relief on these counts. (Doc. 2063 at 47-48.) Accordingly, the Court wrote, "Defendants' requests for judgments of acquittal on Counts 64-68 are denied." (Doc. 2063 at 48.)

In a separate part of the Order, the Court found insufficient evidence to support Counts 69-99, which charged Transactional Money Laundering, in violation of 18 U.S.C. § 1957(a). (Doc. 2063 at 55-57; Doc. 230 ¶¶ 208-209.)

In the Order's Conclusion, however, the Court wrote that it had found insufficient evidence to support, among others, Counts 66-99. (Doc. 2063 at 73.) The Court directed the Clerk to issue Judgments of Acquittal for Lacey and Brunst on counts that included Counts 66-68. (Doc. 2063 at 73.) The Court then entered judgments of acquittal for Lacey and Brunst that included Counts 66-68. (Doc. 2064 at 1; Doc. 2066 at 1.)

Based on the Court's Rule 29 ruling—which expressly denied Defendants' requests for judgments of acquittal on Counts 64-68 (Doc. 2063 at 48)—it appears that the Order's concluding statements and directions regarding Counts 66-68 involved a non-substantive clerical or similar error that did not accurately conform with the Court's ruling. If so, then the United States respectfully moves the Court to issue: (1) an amended Order that omits Counts 66-68 from its concluding statements, and directions to the Clerk, on page 73 of Doc. 2063; (2) an amended Judgment of Acquittal for Lacey that omits Counts 66-68; and (3) an amended Judgment of Acquittal for Brunst that omits Counts 66-68. *See* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission.").

Respectfully submitted this 26th day of April, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

 s/ Peter S. Kozinets
KEVIN M. RAPP
MARGARET PERLMETER
PETER KOZINETS
ANDREW STONE
DANIEL BOYLE
Assistant U.S. Attorneys

AUSTIN M. BERRY
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

s/ Daniel Parke