IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey,<br><br>　　　　　Defendant. | No. CR-18-00422-001-PHX-DJH<br><br>**AMENDED JUDGMENT OF ACQUITTAL** |

　　　**IT IS ORDERED** that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Count 63.

　　　**IT IS FURTHER ORDERED** that pursuant to the Court's Orders filed April 23, 2024 and April 26, 2024, the Defendant is hereby discharged as to Counts 19-51, 69-70, 81, 83-84, 86, 88-92 and 94-99 of the Superseding Indictment.

　　　**IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby acquitted and discharged as to these counts only pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

　　　Dated this 26th day of April, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge