# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>John Brunst,<br><br>  Defendant. | No. CR-18-00422-004-PHX-DJH<br><br>**ORDER** |

Defendant was sentenced to 120 months in the Bureau of Prisons on August 28, 2024 and ordered to self-surrender to the custody of the United States Marshal on September 11, 2024. Accordingly,

**IT IS ORDERED** modifying the defendant's conditions of pretrial release as follows:

1. The defendant shall participate in the following location monitoring program component(s) and shall abide by all program requirements. The defendant shall pay all or part of the cost of the participation in the location monitoring program as directed by the court or Pretrial Services.

   ☒ **(Home Detention)** The defendant is restricted to his residence at all times except for; employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by Pretrial Services.

2. The defendant shall submit to the location monitoring technology at the officer's discretion and shall abide by all of the technological requirements and instructions provided by Pretrial Services.

**IT IS FURTHER ORDERED** affirming all other conditions of pretrial release.

Dated this 28th day of August, 2024.

Honorable Diane J. Humetewa
United States District Judge