UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF **Arizona**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **2:18-cr-00422-PHX-DJH**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **3/28/2018**

Date of judgment or order you are appealing: **8/29/2024**

Docket entry number of judgment or order you are appealing: **2174**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Michael Lacey

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☒ Yes   ☐ No

If yes, what is the prior appeal case number? **20-10388, 20-73408, 22-10000**

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Erin McCampbell Paris   **Date** 9/3/2024

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                           Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Michael Lacey

Name(s) of counsel (if any):

Erin McCampbell Paris / Paul J. Cambria, Jr.

Lipsitz, Green, Scime, Cambria, LLP

Address: 42 Delaware Ave., Buffalo, NY 14202

Telephone number(s): 716-849-1333

Email(s): eparis@lglaw.com; pcambria@lglaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Kevin M. Rapp, Assistant US Attorney/ Margaret Perlmeter, Assistant US Attorney / Peter S. Kozinets, Assistant US Attorney

Address: 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004

Telephone number(s): (602) 514-7500

Email(s): kevin.rapp@usdoj.gov; margaret.perlmeter@usdoj.gov; peter.koz

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Scott Spear

Name(s) of counsel (if any):
Bruce Feder
Eric Kessler

Address: Bruce Feder Feder Law Office PA 2930 E Camelback Rd., Ste. 16

Telephone number(s): (602) 257-0135

Email(s): bf@federlawpa.com / eric.kesslerlaw@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
John Brunst (Appellant)

Name(s) of counsel (if any):
Gary Lincenberg, Gopi Panchapakesean, Ariel Neuman
Bird Marella

Address: 1875 Century Park E #2300, Los Angeles, CA 90067

Telephone number(s): (310) 201-2100

Email(s): glincenberg@birdmarella.com; gpanchapakesan@birdmarella.co

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                            2                                      New 12/01/2018