UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 2:18-cr-00422-DJH-4

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/28/2018

Date of judgment or order you are appealing: 04/23/2024, 08/30/2024

Docket entry number of judgment or order you are appealing: 2063, 2182, 2184

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

United States of America

Is this a cross-appeal?  ● Yes   ○ No

If yes, what is the first appeal case number? 24-5374

Was there a previous appeal in this case?  ● Yes   ○ No

If yes, what is the prior appeal case number? 20-10388, 20-73408, 22-10000

Your mailing address (if pro se):

N/A

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: s/ Peter S. Kozinets        Date: Sep 20, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
Gary M. Restaino, U.S. Attorney.  Peter S. Kozinets; Kevin M. Rapp; Margaret Perlmeter; Joseph Bozdech, Assistant U.S. Attorneys.  Nicole M. Argentieri, Acting Assistant Attorney General.   Austin M. Berry, Trial Attorney.

Address: 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-4419

Telephone number(s): (602) 514-7500

Email(s): peter.kozinets@usdoj.gov; kevin.rapp@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?     ● Yes     ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
John Brunst

Name(s) of counsel (if any):
Ariel A. Neuman; Gary S. Lincenberg of: Bird Marella Rhow Lincenberg Drooks & Nessim, LLP

Address: 1875 Century Park E., 23rd. Fl., Los Angeles, CA 90067

Telephone number(s): (310) 201-2100

Email(s): aneuman@birdmarella.com; glincenberg@birdmarella.com.

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

United States of America (continued from above)

Name(s) of counsel (if any):

Joseph Bozdech
joseph.bozdech@usdoj.gov

Address:

Telephone number(s):

Email(s): margaret.perlmeter@usdoj.gov; austin.berry2@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

John Brunst (continued from above)

Name(s) of counsel (if any):

Gopi K. Panchapakesan and Michael Charles Landman of: Bird Marella Rhow Lincenberg Drooks & Ness

Address:

Telephone number(s):

Email(s): gpanchapakesan@birdmarella.com; mlandman@birdmarella.com

Name(s) of party/parties:

John Brunst

Name(s) of counsel (if any):

Michael D. Kimerer of Kimerer Law Group, PC

Address: 7349 N Via Paseo Del Sur, Ste. 515-75, Phoenix, AZ 85258

Telephone number(s): 602-279-5900

Email(s): MDK@kimerer.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                              New 12/01/2018