Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gkp@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

Bruce S. Feder, 004832
  bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

Attorney for Defendant Scott Spear

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANT JOHN BRUNST'S AND SCOTT SPEAR'S UNOPPOSED MOTION TO CONTINUE DECEMBER 20, 2024 RESTITUTION HEARING** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

4004823.1

Defendants John Brunst and Scott Spear respectfully request a short continuance of the December 20, 2024 restitution hearing due to defense counsel's pre-planned and prepaid family vacations over the Christmas and Jewish holidays. Mr. Panchapakesan and Mr. Lincenberg have prepaid vacations scheduled during the December 15 to December 31 time period. Counsel for Mr. Spear is also physically moving office locations during this time period.

The Government does not oppose a short continuance of the restitution hearing to January 2025. Defense counsel are collectively available in January 2025, except for the following dates: January 1-3, 17, and 27-30. The Government has indicated it is available in January 2025.

Defendants understand that the proposed settlement agreement between the parties—pursuant to which Defendants would forfeit substantial funds that would go toward restitution—is currently pending approval by the Office of the Deputy Attorney General. Approval of that settlement would streamline any restitution and/or restoration process.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (July 2024) § II(C)(3), Gopi K. Panchapakesan hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: November 14, 2024        Respectfully submitted,

Gary S. Lincenberg
Gopi K. Panchapakesan
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____*/s/ Gopi K. Panchapakesan*_____
              Gopi K. Panchapakesan
        Attorneys for Defendant John Brunst

4004823.1

1   DATED:  November 14, 2024          Feder Law Office, P.A.

2                                      By:     */s/ Bruce S. Feder*

3                                              Bruce S. Feder
                                        Attorney for Defendant Scott Spear
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28