# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Michael Lacey,<br><br>        Defendant. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

On remand from the Ninth Circuit (Doc. 2254),

**IT IS ORDERED** that Defendant Michael Lacey shall be released on bail from the Bureau of Prisons pending his appeal. Mr. Lacey shall be subject to all prior release conditions (*see* Doc. 67, *as amended by* Doc. 1561), and the $1,000,000.00 surety bond at (Doc. 71) is affirmed.

**IT IS FURTHER ORDERED** that the Government and counsel for Mr. Lacey shall meet and confer regarding amendments to Mr. Lacey's release conditions and submit any proposed changes, either jointly or separately, by close of business on November 26, 2024.

///
///
///
///
///

**IT IS FURTHER ORDERED** setting a Release Hearing for December 2, 2024, at 2:00 p.m. in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa.

Dated this 21st day of November, 2024.

*[signature]*

Honorable Diane J. Humetewa
United States District Judge