GARY M. RESTAINO
UNITED STATES ATTORNEY
District of Arizona
JENNIFER LEVINSON
Assistant United States Attorney
Arizona State Bar No. 020551
40 N. Central Avenue, #1800
Phoenix, Arizona 85004-4408
Telephone: (602)514-7500
Jennifer.Levinson@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 18-00422-PHX-DJH |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendant. | |

In accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, Assistant United States Attorney Jennifer Levinson hereby gives notice of association, as an attorney for the United States, in the above captioned matter.

DATED: December 19, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Jennifer Levinson*
JENNIFER LEVINSON
Assistant United States Attorney