GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W., 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF ERRATA RE: UNITED STATES' SUPPLEMENTAL MEMORANDUM REGARDING RESTITUTION (Doc. 2318)** |
| 3. Scott Spear, | |
| 4. John Jed Brunst, | |
| Defendants. | |

The United States respectfully submits this Notice of Errata to correct a portion of its Supplemental Memorandum filed on January 21, 2025 (Doc.2318). First, page 2, lines 13-14, mistakenly states that Victim 8 was posted on Backpage in 2014 until August 2015 when she was murdered. The correct reference should be the daughter of Victims 11 and 12 as referenced in Doc. 2274, Exhibit A. Second, on page 4, lines 9-10 it erroneously states that Backpage was sold to Carl Ferrer in 2018 and when the correct year is 2015.

Respectfully submitted this 23rd day of January 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*

KEVIN M. RAPP
MARGARET PERLMETER
JOSEPH BOZDECH
Assistant U.S. Attorneys

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY
U.S. Department of Justice
Child Exploitation and Obscenity Section

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/D. Parke*
U.S. Attorney's Office

- 2 -