UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA - PHOENIX DIVISION

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 2:18-cr-00422-PHX-DJH

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/28/2018

Date of judgment or order you are appealing: 07/03/2025

Docket entry number of judgment or order you are appealing: 2356

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ⦿ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Scott Spear

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 24-5374, 24-5375 & 24-5376

Your mailing address (if pro se):

N/A

N/A

City: N/A      State: N/A      Zip Code: N/A

Prisoner Inmate or A Number (if applicable): N/A

**Signature** s/ Bruce Feder      **Date** July 16, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                           Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Scott Spear

Name(s) of counsel (if any):

Bruce Feder, Esq.
Feder Law Office, PA

Address: 3104 E. Camelback Road, # 916, Phoenix, AZ 85016

Telephone number(s): 602.257.0135

Email(s): bf@federlawpa.com; fl@federlawpa.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Kevin Rapp, Austin Berry, Joseph Bozdech, all US Attorneys

Address: U.S. Attorneys Office, 40 N. Central Avenue, #1800, Phoenix, AZ 85004

Telephone number(s): 602.514.7500

Email(s): Kevin.Rapp@usdoj.gov;

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                               *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
John Brunst

Name(s) of counsel (if any):
Gary Lincenberg, Gopi Panchapakesan, Ariel Neuman
Bird Marella

Address: 1875 Century Park E #2300, Los Angeles, CA 90067
Telephone number(s): (310) 201-2100
Email(s): glincenberg@birdmarella.com; gpanchapakesan@birdmarella.com; ane

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Michael Lacey

Name(s) of counsel (if any):
Paul Cambria, Erin McCampbell-Paris
Lipsitz Green Scime Cambria LLP

Address: 42 Delaware Avenue, Suite 120, Buffalo, NY 14202
Telephone number(s): (716) 849-1333
Email(s): pcambria@lglaw.com; eparis@mauricewutscher.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                            2                            New 12/01/2018