Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gkp@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
|---|---|
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT SPEAR'S POSITION RE: RESTITUTION OBLIGATIONS OF DEFENDANTS FERRER AND HYER** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | |

4079524.1

1 | Defendant John Brunst, by and through his undersigned counsel, joins Defendant Spear's Position Re Restitution Obligations of Defendants Ferrer and Hyer (Dkt. 2377).

Mr. Brunst agrees with the statements made by Mr. Spear. Mr. Brunst adopts the positions set forth in the Position Re Restitution Obligations as if fully set forth herein. Mr. Brunst further notes that the arguments made in Spear's papers, as well as the Court's findings in its Restitution Order, apply equally to Backpage.com, LLC. *See, e.g.*, Dkt. 2356 at 4-8.

DATED: September 4, 2025

Respectfully submitted,

Gary S. Lincenberg
Gopi K. Panchapakesan
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By: _____*/s/ Gary S. Lincenberg*_____
        Gary S. Lincenberg
   Attorneys for Defendant John Brunst