| ✑AO 435 <br> AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts <br> **TRANSCRIPT ORDER** | **FOR COURT USE ONLY** <br> DUE DATE: |
|---|---|---|

| 1. NAME <br> Daniel John Hyer | 2. PHONE NUMBER <br> 214-729-0130 | 3. DATE <br> 12/30/2025 |
|---|---|---|

| 4. FIRM NAME <br> KC |
|---|

| 5. MAILING ADDRESS <br> 7006 San Mateo | 6. CITY <br> Dallas | 7. STATE <br> Texas | 8. ZIP CODE <br> 75223 |
|---|---|---|---|

| 9. CASE NUMBER <br> 2:18-cr-00422-SPL-5 | 10. JUDGE <br> Judge Susan Brnovich | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 2018 | 12. 2025 |

| 13. CASE NAME <br> US V Lacey, et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Phoenix | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 09/09/2025 | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 3-Day Transcript | ☐ | ☒ | | | |
| Next-Day (Daily) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | E-MAIL ADDRESS <br> djhyer@gmail.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE Daniel John Hyer

20. DATE 12/30/2025

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY